| | |
|---|---|
| From: | Rachel Skaistis <RSkaistis@cravath.com> |
| Sent: | Thursday, May 03, 2018 6:05 AM |
| To: | Goldman, Daniel B.; Pak, Claudia |
| Cc: | Trevor Broad |
| Subject: | [EXTERNAL] EIG Energy Fund XIV, L.P. v. Keppel Offshore & Marine Ltd., No. 18-CV-01047 |

Daniel and Claudia:

Keppel consents to the filing by EIG of its Amended Complaint.

Sincerely,

Rachel G. Skaistis
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, New York 10019

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.