**Kramer Levin**

Daniel B. Goldman
Partner
**T** 212-715-9162
**F** 212-715-8162
DGoldman@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
**T** 212.715.9100
**F** 212.715.8000

August 24, 2018

<u>VIA ECF and Hand Delivery</u>

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:   *EIG Energy Fund XIV, L.P., et al. v. Keppel Offshore & Marine LTD.,*
> <u>Case No. 18-cv-01047 (PGG)</u>

Dear Judge Gardephe:

We represent the plaintiffs EIG Energy Fund XIV, L.P., *et al.* (the "Funds") in the above-referenced matter.  On August 24, 2018, pursuant to Part IV(C) of Your Honor's individual rules of practice, the Funds filed their Opposition to Defendant Keppel Offshore & Marine LTD.'s motion to dismiss the complaint. Pursuant to Part IV(D) of Your Honor's individual rules of practice, we respectfully request that this Court hear oral argument on the motion.

Respectfully,

Daniel B. Goldman

DBG:nh

cc:   All Counsel of Record (via ECF and email)