# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | THOMAS E. DUNN | WORLDWIDE PLAZA | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| EVAN R. CHESLER | MARK I. GREENE | 825 EIGHTH AVENUE | TATIANA LAPUSHCHIK | OMID H. NASAB |
| RICHARD W. CLARY | DAVID R. MARRIOTT | NEW YORK, NY 10019-7475 | ALYSSA K. CAPLES | DAMARIS HERNÁNDEZ |
| STEPHEN L. GORDON | MICHAEL A. PASKIN | | JENNIFER S. CONWAY | JONATHAN J. KATZ |
| ROBERT H. BARON | ANDREW J. PITTS | TELEPHONE: +1-212-474-1000 | MINH VAN NGO | MARGARET SEGALL D'AMICO |
| DAVID MERCADO | MICHAEL T. REYNOLDS | FACSIMILE: +1-212-474-3700 | KEVIN J. ORSINI | RORY A. LERARIS |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | | MATTHEW MORREALE | KARA L. MUNGOVAN |
| PETER T. BARBUR | GEORGE E. ZOBITZ | | JOHN D. BURETTA | NICHOLAS A. DORSEY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | | J. WESLEY EARNHARDT | ANDREW C. ELKEN |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | CITYPOINT | YONATAN EVEN | JENNY HOCHENBERG |
| RICHARD HALL | GARY A. BORNSTEIN | ONE ROPEMAKER STREET | BENJAMIN GRUENSTEIN | VANESSA A. LAVELY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | LONDON EC2Y 9HR | JOSEPH D. ZAVAGLIA | G.J. LIGELIS JR. |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | TELEPHONE: +44-20-7453-1000 | STEPHEN M. KESSING | MICHAEL E. MARIANI |
| STEPHEN L. BURNS | LIZABETHANN R. EISEN | FACSIMILE: +44-20-7860-1150 | LAUREN A. MOSKOWITZ | |
| KEITH R. HUMMEL | DAVID S. FINKELSTEIN | | DAVID J. PERKINS | |
| DAVID J. KAPPOS | DAVID GREENWALD | | JOHNNY G. SKUMPIJA | |
| DANIEL SLIFKIN | RACHEL G. SKAISTIS | | J. LEONARD TETI, II | SPECIAL COUNSEL |
| ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | WRITER'S DIRECT DIAL NUMBER | D. SCOTT BENNETT | SAMUEL C. BUTLER |
| WILLIAM J. WHELAN, III | ERIC W. HILFERS | +1-212-474-1934 | TING S. CHEN | |
| PHILIP J. BOECKMAN | GEORGE F. SCHOEN | | CHRISTOPHER K. FARGO | |
| WILLIAM V. FOGG | ERIK R. TAVZEL | WRITER'S EMAIL ADDRESS | KENNETH C. HALCOM | |
| FAIZA J. SAEED | CRAIG F. ARCELLA | rskaistis@cravath.com | DAVID M. STUART | OF COUNSEL |
| RICHARD J. STARK | DAMIEN R. ZOUBEK | | AARON M. GRUBER | MICHAEL L. SCHLER |

August 24, 2018

<u>EIG Energy Fund XIV, L.P., et al. v. Keppel Offshore & Marine Ltd.,</u>
Case No. 1:18-cv-01047 (PGG)

Dear Judge Gardephe:

       Pursuant to Rule IV(D) of Your Honor's Individual Rules of Practice, Defendant Keppel Offshore & Marine Ltd. ("Keppel") in the above-referenced action respectfully requests the opportunity to present oral argument on its Motion to Dismiss Plaintiffs' First Amended Complaint.

Respectfully,

Rachel G. Skaistis

Hon. Paul G. Gardephe
   United States District Judge
      Southern District of New York
         40 Foley Square
            New York, NY 10007

VIA ECF AND HAND DELIVERY

Copy to:

Daniel B. Goldman
Kerri Ann Law
    Kramer Levin Naftalis & Frankel LLP
        1177 Avenue of the Americas
           New York, NY 10036
              (212) 715-9100
                  dgoldman@kramerlevin.com
                klaw@kramerlevin.com

VIA ECF AND EMAIL