UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EIG ENERGY FUND XIV, L.P. ,
EIG ENERGY FUND XfV-A, L.P.,
EIG ENERGY FUND XTV-B, L.P.,
EIG ENERGY FUND XTV (CAYMAN),
L.P.,EIG ENERGYTUND XV, L.P.,
EIG ENERGY FUND XV-A, L.P.,
EIG ENERGY FUND XV-B, L.P., and
EIG ENERGY FUND XV (CAYMAN),
L.P.,

                Plaintiffs,

- against -

KEPPEL OFFSHORE & MARINE LTD.,

                Defendant.

**ORDER**

18 Civ. 1047 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for February 11, 2021 at 10:00 a.m. will now take place on February 11, 2021 at **10:45 a.m.**

Dated: New York, New York
       February 10, 2021

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge