UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EIG ENERGY FUND XIV, L.P., <br> EIG ENERGY FUND XIV-A, L.P., <br> EIG ENERGY FUND XIV-B, L.P., <br> EIG ENERGY FUND XIV (CAYMAN), <br> L.P., EIG ENERGY FUND XV, L.P., <br> EIG ENERGY FUND XV-A, L.P., <br> EIG ENERGY FUND XV-B, L.P., and <br> EIG ENERGY FUND XV (CAYMAN), L.P., <br><br> Plaintiffs, <br><br> - against - <br><br> KEPPEL OFFSHORE & MARINE LTD., <br><br> Defendant. | **ORDER** <br><br> 18 Civ. 1047 (PGG) (RWL) |

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with the parties, the February 11, 2021 Amended Case Management Plan (Dkt. No. 66) is modified as follows: the parties must complete fact discovery by **July 23, 2021**.

There will be a status conference in this matter on **July 29, 2021 at 10:00 a.m.** By July 22, 2021, any party seeking to file a motion for summary judgment following the close of fact discovery will submit a pre-motion letter in accordance with this Court's Individual Rules.

Dated: New York, New York
       May 6, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge