UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EIG ENERGY FUND XIV, L.P.,<br>EIG ENERGY FUND XIV-A, L.P.,<br>EIG ENERGY FUND XIV-B, L.P.,<br>EIG ENERGY FUND XIV (CAYMAN), L.P.,<br>EIG ENERGY FUND XV, L.P.,<br>EIG ENERGY FUND XV-A, L.P.,<br>EIG ENERGY FUND XV-B, L.P., and<br>EIG ENERGY FUND XV (CAYMAN), L.P.,<br><br>       Plaintiffs,<br><br> - against -<br><br>KEPPEL OFFSHORE & MARINE LTD.,<br><br>       Defendant. | **ORDER**<br><br>18 Civ. 1047 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The telephone conference currently scheduled for July 29, 2021 is adjourned to **August 19, 2021** at **10:30 a.m**.

Dated: New York, New York
    July 27, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge