UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EIG ENERGY FUND XIV, L.P.,<br>EIG ENERGY FUND XIV-A, L.P.,<br>EIG ENERGY FUND XIV-B, L.P.,<br>EIG ENERGY FUND XIV (CAYMAN), L.P.,<br>EIG ENERGY FUND XV, L.P.,<br>EIG ENERGY FUND XV-A, L.P.,<br>EIG ENERGY FUND XV-B, L.P., and<br>EIG ENERGY FUND XV (CAYMAN), L.P.,<br><br>                Plaintiffs,<br><br>  - against -<br><br>KEPPEL OFFSHORE & MARINE LTD.,<br><br>                Defendant. | **ORDER**<br><br>18 Civ. 1047 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule will apply to Plaintiffs' motion for summary judgment and Defendant's cross-motion for summary judgment:

1. Plaintiffs' motion for summary judgment and Defendant's cross-motion for summary judgment are due on **September 19, 2021**;

2. Opposition briefs to each of the motions are due on **October 19, 2021**; and

3. Any replies are due on **November 2, 2021**.

Dated: New York, New York
       August 23, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge