UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EIG Energy Fund XIV, L.P.,<br>EIG Energy Fund XIV-A, L.P.,<br>EIG Energy Fund XIV-B, L.P.,<br>EIG Energy Fund XIV (Cayman), L.P.,<br>EIG Energy Fund XV, L.P.,<br>EIG Energy Fund XV-A, L.P.,<br>EIG Energy Fund XV-B, L.P., and<br>EIG Energy Fund XV (Cayman), L.P.<br><br>Plaintiffs,<br><br>-against-<br><br>Keppel Offshore & Marine Ltd.,<br><br>Defendant. | 18-cv-01047 (PGG)<br><br>**NOTICE OF DEFENDANT'S<br>MOTION FOR SUMMARY<br>JUDGMENT**<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that, upon Defendant Keppel Offshore & Marine Ltd.'s ("Keppel") accompanying Memorandum of Law in support of this motion, Keppel's Local Rule 56.1 Statement and Appendix, the Declaration of David Kumagai executed on September 20, 2021 with exhibits thereto, and upon the prior pleadings and proceedings herein, including the First Amended Complaint (Dkt. 17) and the Answer and Affirmative Defenses of Defendant (Dkt. 56), Keppel hereby moves this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Room 2204, New York, New York 10007, before the Honorable Paul G. Gardephe, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of Keppel, dismissing with prejudice the remaining claim against Keppel and granting such other relief as the Court deems just and proper.

September 20, 2021

Respectfully submitted,


CRAVATH, SWAINE & MOORE LLP,

by
_____
/s/ Peter T. Barbur
Peter T. Barbur
Rachel G. Skaistis
Members of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
pbarbur@cravath.com
rskaistis@cravath.com

*Attorneys for Defendant Keppel Offshore &
Marine Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the foregoing document to be served via email on the attorneys of record in the above-captioned action on September 20, 2021.

 

_____

David Kumagai