UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EIG ENERGY FUND XIV, L.P.,<br>EIG ENERGY FUND XIV-A, L.P.,<br>EIG ENERGY FUND XIV-B, L.P.,<br>EIG ENERGY FUND XIV (CAYMAN), L.P.,<br>EIG ENERGY FUND XV, L.P.,<br>EIG ENERGY FUND XV-A, L.P.,<br>EIG ENERGY FUND XV-B, L.P., and<br>EIG ENERGY FUND XV (CAYMAN), L.P.,<br><br>              Plaintiffs,<br><br>- against -<br><br>KEPPEL OFFSHORE & MARINE LTD.,<br><br>              Defendant. | **ORDER**<br><br>18 Civ. 1047 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Any renewed application to seal summary judgment papers (see Dkt. No. 136) is due by **February 16, 2023**.  If no such application is filed by that date, the summary judgment papers will be unsealed.

Dated: New York, New York
        February 9, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge