# Kramer Levin



Daniel B. Goldman
Partner
T 212.715.9162
F 212.715.8128
dgoldman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

August 9, 2023

**VIA ECF and Hand Delivery**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *EIG Energy Fund XIV, L.P., et al. v. Keppel Offshore & Marine Ltd.,*
     No. 18-cv-01047 (PGG)

Dear Judge Gardephe:

We represent Plaintiffs EIG Energy Fund XIV, L.P., *et al.* in the above-referenced matter. On August 8, 2023, counsel for Plaintiffs and Defendant conferred by telephone with a Law Clerk in the Court's Chambers. Pursuant to that call, Plaintiffs hereby respectfully submit non-redacted versions of the following Rule 56.1 Statements Plaintiffs previously filed in support of Plaintiffs' Motion for Summary Judgment and in opposition to Defendant's Motion for Summary Judgment:

|  | **Rule 56.1 Statement** | **Previous Dkt. No. (Under Seal)** | **Previous Dkt. No. (Redacted)** |
|---|---|---|---|
| **Exhibit 1** | Plaintiffs' Rule 56.1 Statement of Undisputed Facts in Support of Their Motion for Summary Judgment | Dkt. No. 99 | Dkt. No. 101 |
| **Exhibit 2** | Plaintiffs' Response to Defendant's Rule 56.1 Statement and Statement of Additional Undisputed Material Facts | Dkt. No. 110 | Dkt. No. 117 |
| **Exhibit 3** | Plaintiffs' Reply to Defendant's Local Rule 56.1 Counterstatement | Dkt. No. 113 | Dkt. No. 119 |

**The Honorable Paul G. Gardephe**
August 9, 2023



Thank you for your attention to this matter.

                Respectfully submitted,

                <u>/s/ Daniel B. Goldman</u>
                Daniel B. Goldman

CC: All Counsel of Record (via ECF)

KL3 3648749.1