# CRAVATH

Peter T. Barbur
pbarbur@cravath.com
T+1-212-474-1058
New York

EIG Energy Fund XIV, L.P., et al. v. Keppel Offshore & Marine Ltd.,
Case No. 1:18-cv-01047 (PGG) (SDNY)

Dear Judge Gardephe:

      We write on behalf of Defendant Keppel Offshore & Marine Ltd. ("KOM") in the above-referenced action. Pursuant to the parties' discussion with Your Honor's Chambers on August 8, 2023, we respectfully submit with this letter and are also publicly filing clean, unredacted copies of the following documents: (i) Local Rule 56.1 Statement of Defendant Keppel Offshore & Marine Ltd. in Support of its Motion for Summary Judgment; (ii) Defendant's Local Rule 56.1 Response and Counterstatement in Opposition to Plaintiffs' Motion for Summary Judgment; and (iii) Defendant Keppel's Reply 56.1 Statement in Support of its Motion for Summary Judgment and Response to EIG's Statement of Additional Facts.

      Respectfully,

      Peter T. Barbur

Hon. Paul G. Gardephe
   United States District Judge
      Southern District of New York
         40 Foley Square
           New York, NY 10007

VIA ECF

**NEW YORK**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

Copy to:

Daniel B. Goldman
Kerri Ann Law
Claudia Pak
    Kramer Levin Naftalis & Frankel LLP
        1177 Avenue of the Americas
            New York, NY 10036
                (212) 715-9100
                    dgoldman@kramerlevin.com
                    klaw@kramerlevin.com
                    cpak@kramerlevin.com

VIA ECF AND EMAIL