UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EIG ENERGY FUND XIV, L.P. ,
EIG ENERGY FUND XfV-A, L.P.,
EIG ENERGY FUND XTV-B, L.P.,
EIG ENERGY FUND XTV (CAYMAN),
L.P.,EIG ENERGYTUND XV, L.P.,
EIG ENERGY FUND XV-A, L.P.,
EIG ENERGY FUND XV-B, L.P., and
EIG ENERGY FUND XV (CAYMAN), L.P.,

      Plaintiffs,

  - against -

KEPPEL OFFSHORE & MARINE LTD.,

      Defendant.

**ORDER**

18 Civ. 1047 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  The parties' letter motions to seal – which now seek to redact only sensitive information such as bank account numbers, passport numbers, and personal phone numbers – are granted. The parties are directed to file new, public versions of their complete sets of summary judgment exhibits, containing only the redactions consistent with their sealing motions, by September 12, 2023. The Clerk of Court is directed to terminate the motions (Dkt. Nos. 138, 140).

Dated: New York, New York
    September 8, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge