UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| EIG ENERGY FUND XIV, L.P., : | |
| EIG ENERGY FUND XIV-A, L.P., : | |
| EIG ENERGY FUND XIV-B, L.P., : | |
| EIG ENERGY FUND XIV (CAYMAN), L.P., : | |
| EIG ENERGY FUND XV, L.P., : | |
| EIG ENERGY FUND XV-A, L.P., : | |
| EIG ENERGY FUND XV-B, L.P., and : | Case No. 18-cv-01047-PGG |
| EIG ENERGY FUND XV (CAYMAN), L.P., : | |
| : | |
| Plaintiffs, : | **NOTICE** |
| : | |
| - against - : | |
| : | |
| KEPPEL OFFSHORE & MARINE LTD., : | |
| : | |
| Defendant. : | |

---------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order, dated September 8, 2023 (Dkt. No. 150), Plaintiffs EIG Energy Fund XIV, L.P., EIG Energy Fund XIV-A, L.P., EIG Energy Fund XIV-B, L.P., EIG Energy Fund XIV (Cayman), L.P., EIG Energy Fund XV, L.P., EIG Energy Fund XV-A, L.P., EIG Energy Fund XV-B, L.P., and EIG Energy Fund XV (Cayman), L.P. hereby submit new, public versions of (i) the Appendix to Plaintiffs' Local Rule 56.1 Statement of Undisputed Facts and (ii) Plaintiffs' Exhibits 1 to 136 (replacing Dkt. Nos. 101-1 to 101-128).

Dated: New York, New York
       September 12, 2023

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Daniel B. Goldman
    Daniel B. Goldman
    Kerri Ann Law
    Claudia Pak
    1177 Avenue of the Americas
    New York, New York 10036
    (212) 715-9100
    dgoldman@kramerlevin.com
    *Attorneys for Plaintiffs*