UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

| | |
|---|---|
| EIG ENERGY FUND XIV, L.P., | : |
| EIG ENERGY FUND XIV-A, L.P., | : |
| EIG ENERGY FUND XIV-B, L.P., | : |
| EIG ENERGY FUND XIV (CAYMAN), L.P., | : |
| EIG ENERGY FUND XV, L.P., | : |
| EIG ENERGY FUND XV-A, L.P., | : |
| EIG ENERGY FUND XV-B, L.P., and | : Case No. 18-cv-01047-PGG |
| EIG ENERGY FUND XV (CAYMAN), L.P., | : |
| | : |
| Plaintiffs, | : |
| | : |
| - against - | : |
| | : |
| KEPPEL OFFSHORE & MARINE LTD., | : |
| | : |
| Defendant. | : |
| | : |

———————————————————————x

**Appendix to Plaintiffs' Local Rule 56.1 Statement of Undisputed Facts**

**Table of Contents**

*Translation included*

| Exhibit | Date (YYYY.MM.DD) | Beginning Bates No. | Description |
|---|---|---|---|
| 1* | 2010.01.00 | EIG_KEP_00166276; EIG00091793 | Confidential Information Memorandum: Pre-Salt Drilling Rigs Project |
| 2* | 2010.09.27 | EIG_KEP_00075177; EIG00025561 | Email with subject line: "Petrobras & drilling rigs [C1]," and relevant attachment "The Drilling Rigs Project: Petrobras' Strategy for its successful implantation" |
| 3 | 2010.10.25 | EIG_KEP_00075164 | Email with subject line: "Project Pre-Salt Oil Rigs," and relevant attachment "Pre-Salt Oil Rigs Project" |
| 4 | 2010.12.06 | KEPPEL00619705 | Email chain with subject line: "FW: Confidential" |
| 5* | 2010.12.30 | EIG_KEP_00050771; EIG00025390 | Email chain with subject line: "FW: Sete Brasil – NDA" |
| 6* | 2011.01.06 | EIG_KEP_00164882; EIG00091664 | Caixa Investment Memorandum FIP Sondas |
| 7 | 2011.01.10 | KEPPEL00036103 | Email chain with subject line: "Re: Updates on Brazil" |

KL3 3355372.1

- 2 -

| Exhibit | Date (YYYY.MM.DD) | Beginning Bates No. | Description |
|---|---|---|---|
| 8* | 2011.01.14 | KEPPEL00049887 | Email chain with subject line: "Fw: Petrobras/Finance Presentation on January 12, 2011," and relevant attachment "Drilling Rigs in Brazil Project: Presentation to Drilling Operators" |
| 9 | 2011.02.12 | KEPPEL00007701 | Email chain with subject line: "FW: Press Release – Contracting of the construction and chartering of drilling rigs with EAS and Sete Brasil S.A." |
| 10 | 2011.03.03 | EIG_KEP_00075067 | Email chain with subject line: "Sete Brasil" |
| 11 | 2011.04.09 | KEPPEL00010390 | Email with subject line: "FW: Barusco" |
| 12 | 2011.04.18 | KEPPEL00037968 | Article with title: "First phase backers eye preferential rights for next round" |
| 13 | 2011.06.02 | EIG_KEP_00073982 | Email with subject line: "Sete Brasil follow up requests" |
| 14* | 2011.06.03 | EIG_KEP_00073975 | Email chain with subject line: "RE: Thank you very much" |
| 15* | 2011.06.15 | KEPPEL00441474 | Email with subject line: "SETEBR Proposal," and relevant attachment "Keppel Fels Request for Proposals Letter" |
| 16 | 2011.06.23 | EIG_KEP_00203445 | Email chain with subject line: "RE: Sete compliance" |
| 17 | 2011.06.27 | EIG_KEP_00070012 | Energy Fund XIV Investment Recommendation |
| 18 | 2011.06.27 | EIG_KEP_00127316 | Minutes of TCW Energy Fund XIV EIG Investment Committee Meeting |
| 19 | 2011.06.30 | EIG_KEP_00049151 | Investment Agreement Second Round of Private Placements for the Sondas Project |
| 20 | 2011.07.12 | EIG_KEP_00076503 | Project Sondas Working Group: Confidential July 2011 |
| 21 | 2011.07.15 | KEPPEL00269513 | Email chain with subject line: "Re: Speculation Semi," and relevant attachments |
| 22 | 2011.07.15 | KEPPEL00619599 | Keppel Fels Limited Proposal Letter to Sete Brasil |
| 23 | 2011.07.30 | KEPPEL00010310 | Email chain with subject line: "Re: Enc: Sete visit Brasfels" |
| 24* | 2011.08.03 | KEPPEL00010458 | Email chain with subject line: "FW: Brasfels Visit" |

- 2 -

KL3 3355372.1

| Exhibit | Date (YYYY.MM.DD) | Beginning Bates No. | Description |
|---|---|---|---|
| 25* | 2011.08.11 | KEPPEL00011126 | Email chain with subject line: "Comments from Fábio Cunha of SETE BRASIL company" |
| 26* | 2011.08.16 | KEPPEL00020438 | Email with subject line: "Pipeline sector has deadline to meet ANP [Brazilian National Agency of Petroleum, Natural Gas, and Biofuels] Regulations" |
| 27 | 2011.08.15 | KEPPEL00030275 | Email chain with subject line: "RE: Film Sete" |
| 28 | 2011.08.20 | KEPPEL00020435 | Email chain with subject line: "Re: Videotape Brasfels shipyard on 8/24" |
| 29 | 2011.08.22 | KEPPEL00440969 | Keppel Corp. Ltd. Extract of Minutes of Directors' Meeting held on July 21, 2011 |
| 30* | 2011.08.23 | EIG_KEP_00048952 | Email chain with subject line: "Enc: [Sete Brasil] PPT Blair Thomas," and relevant attachment "Lakeshore Setebrasil Management Presentation" |
| 31 | 2011.09.08 | EIG_KEP_00048626 | First Amendment and Restatement Agreement |
| 32 | 2011.09.14 | EIG_KEP_00251571 | Email chain with subject line: "FW: [Sete Brasil] Information Memorandum," and relevant attachment "Sete Brasil Participações Private Placement: Confidential Information Memorandum" |
| 33 | 2011.09.16 | EIG_KEP_00069924 | EIG Energy Fund XV Investment Recommendation |
| 34 | 2011.09.16 | EIG_KEP_00127312 | Minutes of Energy Fund XV EIG Investment Committee Meeting |
| 35* | 2011.09.19 | KEPPEL00045696 | Email with subject line: "Message" |
| 36 | 2011.09.19 | KEPPEL00280920 | Instant messengering transcript of conversation between Nora Marsuki and Jeffery Chow |
| 37 | 2011.09.27 | KEPPEL00040804 | Email with subject line: "RE: Ship Offshore Forum Rio 16-17 September," and relevant attachment "The Drilling Rigs Project: Petrobras' Strategy for its successful implementation" |
| 38 | 2011.09.27 | KEPPEL00459977 | Brasfels Proposal letter for Newbuild DSS38E-DP3 Semisubmersible Rigs |

- 4 -

| Exhibit | Date (YYYY.MM.DD) | Beginning Bates No. | Description |
|---|---|---|---|
| 39 | 2011.10.30 | KEPPEL00556336 | Email chain with subject line: "Fw: Sete Brasil: LOI," and relevant attachment "Sete Brasil Management Presentation" |
| 40 | 2011.11.17 | KEPPEL00267958 | Keppel Corporation Human Resources Policies & Procedures Code of Conduct |
| 41 | 2011.11.29 | KEPPEL00427320 | Email chain with subject line: "For IMPAC approval: KOM – Proposed JV with Sete Brasil for Newbuild DSS38E Semisubmersible Rig," and relevant attachments |
| 42 | 2011.12.10 | KEPPEL00008389 | Email with subject line: "Cancellation of JV" |
| 43 | 2011.12.15 | KEPPEL00435116 | Email with subject line: "RE: Petrobras Bid – Option Rigs," and relevant attachment "Marketing Consulting and Services Agreement" |
| 44 | 2011.12.16 | KEPPEL00490690 | EPC Contract between Urca Drilling B.V. and Fernvale |
| 45 | 2012.02.09 | KEPPEL00080277 | Email chain with subject line: "RE: Presentation material for today" |
| 46 | 2012.02.13 | KEPPEL0042287 | "Email with subject line: "O&M Press Clippings – 130212," and relevant attachments |
| 47 | 2012.03.08 | KEPPEL00460745 | Email chain with subject line: "Fwd: Sete Brazil" |
| 48 | 2012.03.09 | KEPPEL00278825 | Email with subject line: "Daily News Report – 09 March 2012," and relevant attachment "Daily News" |
| 49* | 2012.03.16 | KEPPEL00020565 | Email chain with subject line: "RE: BrasFels investor visit" |
| 50* | 2012.03.20 | KEPPEL00012940 | Email chain with subject line: "Fw: RE: investors' visit to BrasFels" |
| 51 | 2012.03.30 | KEPPEL00046214 | Email chain with subject line: "Re: Sete Contract" |
| 52 | 2012.04.03 | KEPPEL00490240 | Email chain with subject line: "Fw: Sete" |
| 53 | 2012.03.22 | KEPPEL00572590 | LOI between Sete and Keppel Brasil |
| 54 | 2012.04.09 | KEPPEL00046490 | Email chain with subject line: "Re: Agreements" |
| 55* | 2012.04.20 | KEPPEL00280913 | Email chain with subject line: "Re: Deep Sea Oil Corp" |

| Exhibit | Date (YYYY.MM.DD) | Beginning Bates No. | Description |
|---|---|---|---|
| 56 | 2012.05.08 | KEPPEL00546088 | Email chain with subject line: "FW: Deep Sea Oil Corp," and relevant attachments |
| 57 | 2012.05.15 | KEPPEL00546194 | Email chain with subject line: "Fernvale / Eagle and Deep Sea Oil Agreements," and relevant attachments |
| 58* | 2012.05.18 | KEPPEL00074639 | Email chain with subject line: "Re: RE: RE: BrasFels Inspection" |
| 59 | 2012.07.19 | KEPPEL00281196 | Email chain with subject line: "Re: General" |
| 60 | 2012.07.24 | KEPPEL00541292 | Email chain with subject line: "RE: Commission Agreements between Fernvale and Eagle" |
| 61* | 2012.07.31 | EIG_KEP_00110494 | Rigs Project Second Amendment to the Investment Agreement |
| 62* | 2012.07.31 | EIG_KEP_00044772 | FIP Sondas Investment Commitment |
| 63* | 2012.07.31 | EIG_KEP 00211771 | FIP Sondas' Quotaholders Agreement |
| 64 | 2012.08.07 |  | Keppel Offshore & Marine Media Release: "Keppel signs contracts with Sete Brasil for five DSS 38E semis for US $4.1 billion" |
| 65 | 2012.08.07 | KEPPEL00000214 | Marketing Consulting and Services Agreement between Fernvale Deep Sea Oil |
| 66 | 2012.08.07 | KEPPEL00045252 | Agency Agreement between Fernvale and Eagle |
| 67 | 2012.08.07 | KEPPEL00555190 | Email chain with subject line: "RE: Zwi" |
| 68 | 2012.10.09 | KEPPEL00441071 | Email with subject line: "RE: Information requested on SETE Contract," and relevant attachment "KOM SRP (2012 – Q3)" |
| 69 | 2013.01.17 | KEPPEL00011057 | Email with subject line: "Re: Yard visitors" |
| 70 | 2013.02.22 | KEPPEL00007815 | Email chain with subject line: "Re: Brasfels visit with UKEF" |
| 71 | 2013.06.06 | KEPPEL00457152 | Email chain with subject line: "RE: VISIT TO BRASFELS – INVESTORS," and relevant attachment "Visita ao Estaleiro Keppel – dia 06/06/2013" |
| 72* | 2013.06.07 | KEPPEL00589219 | Email chain with subject line: "Re: 'All Lenders Meeting'" |
| 73 | 2013.06.12 | KEPPEL00008303 | Email chain with subject line: "RE: Sete semi man-hour" |

| Exhibit | Date (YYYY.MM.DD) | Beginning Bates No. | Description |
|---|---|---|---|
| 74 | 2013.09.21 | EIG_KEP_00249871 | 2013 EIG Partners' Conference agenda |
| 75* | 2013.09.25 | EIG_KEP_00249870 | EIG Conference Roundtable transcript |
| 76* | 2013.10.03 | KEPPEL00023181 | Email chain with subject line: "Invoice Reais URCA," and relevant attachment "INVOICE 070 EAGLE DO BRASIL" |
| 77 | 2013.12.31 | | Keppel Corp. 2013 Annual Report (excerpts) |
| 78 | 2014.06.24 | EIG_KEP_00142563 | Email chain with subject line: "Sete Brasil" |
| 79* | 2014.11.21 | EIG_KEP_00148015; EIG00064923 | Sete Letter to the Board of Directors re: "Audit of Contracts" |
| 80* | 2014.12.16 | EIG_KEP_00208069 | Executive Board Decision No. 1239/2014- BNDES Meeting of December 16, 2014 |
| 81 | 2014.12.16 | EIG_KEP_00209430 | PowerPoint Presentation titled: "Sete Brasil: December 2014 – Quarterly Review" |
| 82 | 2014.12.30 | KEPPEL00495287 | Email chain with subject line: "RE: Brazil update 2" |
| 83 | 2015.01.09 | KEPPEL00634953 | Email with subject line: "FW: Urca and Frade Anticorruption letters," and relevant attachments |
| 84 | 2015.01.10 | KEPPEL00485414 | Email chain with subject line: "Re: Sete / BNDS" |
| 85 | 2015.01.23 | KEPPEL00635162 | Email with subject line: "Fwd: Enc.: Sete Brasil Anticorruption Letters," and relevant attachments |
| 86 | 2015.01.31 | KEPPEL00089793 | Email with subject line: "SETE update" |
| 87 | 2015.02.02 | KEPPEL00641136 | Email chain with subject line: "RE: SETE update: Anti-Corruption Declarations" |
| 88* | 2015.02.05 | EIG_KEP_00235093 | Email chain with subject line: "Re: Sete Brasil – Communication to Shareholders" |
| 89 | 2015.02.06 | KEPPEL00440536 | Email chain with subject line: "Re: Barusco statement" |
| 90 | 2015.02.07 | KEPPEL00440618 | Email chain with subject line: "Re: Barusco statement" |
| 91 | 2015.02.09 | EIG_KEP_00284095 | Email chain with subject line: "SETE – news," and relevant attachment "Briefing Memo regarding SETE" |

- 7 -

| Exhibit | Date (YYYY.MM.DD) | Beginning Bates No. | Description |
|---|---|---|---|
| 92 | 2015.02.09 | KEPPEL00641231 | Email chain with subject line: "FW: Lava Jato – Letters to Clients of KO&M Business Units," and relevant attachment "KFELS Ltr. to Clients Refuting Allegations 9 Feb 2015 v3.docx" |
| 93 | 2015.02.10 | KEPPEL00553544 | Keppel Corp. Response to Media Reports on Ongoing Investigations on Petrobras |
| 94 | 2015.02.12 | KEPPEL00439868 | Email chain with subject line: "RE: Sete" |
| 95 | 2015.03.09 | KEPPEL00485355 | Email with subject line: "RE: Brazil News Report – 3 March 2015" |
| 96* | 2015.04.13 | EIG_KEP_00237889 | Letter with subject line: "Protection Mechanism with Liquidity for Management" |
| 97* | 2015.04.30 | EIG_KEP_00203226; EIG00155998 | Sete Brasil April 2015 Executive Report |
| 98 | 2015.05.15 | | Petrobras Form 20-F Annual Report (excerpts) |
| 99* | 2015.05.19 | EIG_KEP_00237593; EIG00110474 | Sete Announcement of Special Meeting of Shareholders |
| 100* | 2015.08.10 | | Brazilian Prosecutor's Pleading in Case No. 5040086-03.2015.4.04.7000 (translated) |
| 101 | 2016.08.03 | | Keppel Corp. Response to Media Reports |
| 102 | 2016.12.31 | KEPPEL00000153 | Keppel Offshore & Marine Organization Chart 2009-2016 |
| 103 | 2017.08.29 | | Jeffery Chow Information |
| 104 | 2017.08.29 | | *United States v. Chow* Plea Transcript |
| 105 | 2017.12.22 | | Keppel DPA with Attachments |
| 106 | 2018.09.26 | | Petrobras NPA with Attachments |
| 107 | 2018.09.27 | | SEC Press Release "Petrobras Reaches Settlement with SEC for Misleading Investors" |
| 108* | 2018.12.06 | EIG_KEP_00176682; EIG00228070 | Letter to Sete Brasil Shareholders: "Proposed Acquisition of All Issued Shares of Sete Brasil" |
| 109* | 2019.02.26 | EIG_KEP_00175809; EIG00228048 | Caixa Memo to Members of the FIP Sondas Investment Committee: "Supporting Documentation: 156th Meeting of the Investment Committee" |

KL3 3355372.1

- 8 -

| Exhibit | Date (YYYY.MM.DD) | Beginning Bates No. | Description |
|---|---|---|---|
| 110 | 2019.06.25 | | Skornicki Plea Transcript |
| 111* | 2019.11.01 | EIG_KEP_00249897; EIG00228789 | Minutes of the 156th Meeting of the Investment Committee |
| 112* | 2020.01.27 | EIG_KEP_00249872 EIG00228764 | Caixa Memo: "Fundo De Investimento Em Participacoes – Sondas- Multiestrategia" |
| 113 | 2021.06.04 | | Defendant's R&Os to Plaintiffs' RFAs |
| 114 | 2021.07.30 | | Defendant's First Amended Responses and Objections to Plaintiffs' First Set of Interrogatories |
| 115 | Undated | EIG_KEP_00166208 | Index of Documents Placed in the Data Room |
| 116 | Undated | EIG_KEP_00166643 | Draft Engineering, Procurement and Construction Contract Agreement between SPC and Contractor Drilling Rig Unit |
| 117 | Undated | EIG_KEP_00051566 | EIG Sete Funding Instructions |
| 118 | 2021.08.05 | | Excerpts of Albe Deposition Transcript (Alvin Albe) |
| 119 | 2021.07.22 | | Excerpts of Anderson Deposition Transcript (Jeffrey Anderson) |
| 120 | 2021.06.30 | | Excerpts of Chong Deposition Transcript (Kenneth Chong) |
| 121 | 2021.06.24 | | Excerpts of Chow Deposition Transcript (Jeffery Chow) |
| 122 | 2021.07.20 | | Excerpts of Corrigan Deposition Transcript (Kevin Corrigan) with Errata Sheet |
| 123 | 2020.10.16 | | Excerpts of Corrigan Deposition Transcript (Kevin Corrigan) [D.C. Action] |
| 124 | 2021.05.27 | | Excerpts of Hayden Deposition Transcript (Simon Hayden) with Errata Sheet |
| 125 | 2020.10.29 | | Excerpts of Hayden Deposition Transcript (Simon Hayden) with Errata Sheet [D.C. Action] |
| 126 | 2021.07.09 | | Excerpts of Loh Deposition Transcript (Chin Hua Loh) |
| 127 | 2021.06.04 | | Excerpts of Lowder Deposition Transcript (Kevin Lowder) with Errata Sheet |

| Exhibit | Date (YYYY.MM.DD) | Beginning Bates No. | Description |
|---|---|---|---|
| 128 | 2020.12.10 | | Excerpts of Lowder Deposition Transcript (Kevin Lowder) with Errata Sheet [D.C. Action] |
| 129 | 2021.01.27 | | Excerpts of Magela Deposition Transcript (Jose Magela Bernardes) [D.C. Action] |
| 130 | 2021.07.02 | | Excerpts of Merchant Deposition Transcript (Aziz Merchant) |
| 131 | 2021.06.17 | | Excerpts of Talbot Deposition Transcript (Kurt Talbot) |
| 132 | 2020.11.11 | | Excerpts of Talbot Deposition Transcript (Kurt Talbot) with Errata Sheet [D.C. Action] |
| 133 | 2021.07.15 2021.07.16 | | Excerpts of Tan Deposition Transcript (LP Tan) |
| 134 | 2021.07.31 | | Excerpts of Thomas Deposition Transcript (Robert Blair Thomas III) |
| 135 | 2020.12.16 | | Excerpts of Thomas Deposition Transcript (Robert Blair Thomas III) [D.C. Action] |
| 136 | 2021.06.11 | | Excerpts of Wade Deposition Transcript (Randall Wade) with Errata Sheet |

KL3 3355372.1