# EXHIBIT 2



STATE OF NEW YORK      )
                       )
                       )
COUNTY OF NEW YORK     )   ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with bates number EIG00025561 dated September 27, 2010.

Matthew Garrison
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 5th day of February, 2020,
by Matthew Garrison.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, State of New York
No. 01ZE6350239
Qualified in New York County
Commission Expires November 7, 2020



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

| | |
|---|---|
| From: | Denis CASTRO <denis.castro@sgcib.com> |
| To: | Corrigan, Kevin |
| Sent: | 9/27/2010 5:10:24 PM |
| Subject: | Petrobras & drilling rigs [C1] |
| Attachments: | Joao Carlos Ferraz.pdf; pic08925.jpg |

Kevin,

Check out the recent Petrobras presentation, which can help to understand the new "tender" of the drilling rigs to be constructed in Brazil. Theoretically, they have a plan A and B, however, it appears unlikely that plan A is feasible for all the units. Petrobras received few proposals from local operators, and with prices that were quite high according to the information to which I had access. I am available for any questions. I hope this is helpful. Regards, Denis

(See attached file: Joao Carlos Ferraz.pdf)

(Embedded image moved to file: pic08925.jpg)

****************************************************************
This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information. Any unauthorised use or dissemination is prohibited. E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified.
****************************************************************

Confidential    EIG00025561



Confidential

EIG00025562

EIG_KEP_00075178

# PETROBRAS

## Disclaimer

The presentation may contain forecasts about future events. Such forecasts merely reflect the expectations of the Company's management. Such terms as "anticipate", "believe", "expect", "forecast", "intend", "plan", "project", "seek", "should", along with similar or analogous expressions, are used to identify such forecasts. These predictions evidently involve risks and uncertainties, whether foreseen or not by the Company. Therefore, the future results of operations may differ from current expectations, and readers must not base their expectations exclusively on the information presented herein. The Company is not obliged to update the presentation/such forecasts in light of new information or future developments.

### Cautionary Statement for US investors

The United States Securities and Exchange Commission permits oil and gas companies, in their filings with the SEC, to disclose only proved reserves that a company has demonstrated by actual production or conclusive formation tests to be economically and legally producible under existing economic and operating conditions. We use certain terms in this presentation, such as oil and gas resources, that the SEC's guidelines strictly prohibit us from including in filings with the SEC.

1

Confidential

EIG00025563

EIG_KEP_00075179

# PETROBRAS



## AVISO

Todas as informações desta apresentação têm caráter meramente informativo, não constituindo uma oferta, convite ou solicitação de oferta de subscrição ou compra de quaisquer valores mobiliários no Brasil ou em qualquer outra jurisdição e, portanto, não deve ser utilizado como base para qualquer decisão de investimento.

## NOTICE

All information and data contained herein this presentation are merely informative, and do not constitute by any means a offer, invitation or request for an offer of subscription or acquisition of any securities in Brazil or in any other jurisdiction and, therefore, shall not be used as support for any decision for an investment.

2

Confidential

EIG00025564

EIG_KEP_00075180



# Contents

- The Brazilian Pre Salt Province
- The Sustainability of the Drilling Activities in Brazil
- The Main Risks for the "Brazil Initiative"
- Petrobras' Strategy for implementing the Project
- Project's Main Benefits
- Final Remarks

Confidential

EIG00025565

EIG_KEP_00075181



# PETROBRAS

## Contents

- **The Brazilian Pre Salt Province**
- The Sustainability of the Drilling Activities in Brazil
- The Main Risks for the "Brazil Initiative"
- Petrobras' Strategy for Implementing the Project
- Project's Main Benefits
- Final Remarks

Confidential

EIG00025566

EIG_KEP_00075182

# PETROBRAS

## Pre Salt Province



Confidential

EIG00025567

EIG_KEP_00075183

# PETROBRAS

## Pre Salt Province



Confidential

EIG00025568
EIG_KEP_00075184



Confidential

EIG00025569

EIG_KEP_00075185



# PETROBRAS

## Santos Basin Pre Salt in Comparison with Campos Basin



- Considering the 6 already conceded blocks (28%), they represent 150% of Campos Basin total area

9

Confidential

EIG00025571

EIG_KEP_00075187



# PETROBRAS

## Enhancing Reserves

Santos Pre-Salt volumes have more than doubled the existing Brazilian reserves: considering recoverable capacity already announced + transfer of rights compensation



* SPE Criteria
** Include Petrobras and Partners

11

Confidential

EIG00025573

EIG_KEP_00075189

# PETROBRAS 

## Contents

The Brazilian Pre Salt Province

**The Sustainability of the Drilling Activities in Brazil**

The Main Risks for the "Brazil Initiative"

Petrobras' Strategy for Implementing the Project

Project's Main Benefits

Final Remarks

Confidential

EIG00025574

EIG_KEP_00075190





Confidential

EIG00025576

EIG_KEP_00075192

# PETROBRAS

## The *South Cluster* of Pre-Salt Drilling Schedule

- In all already conceded blocks in Pre-Salt 31 wells have been drilled resulting in a 87% success rate.[1]
- Considering only Pre-Salt *South Cluster* (Santos Basin) 15 wells have been drilled with a 100% success rate.[1]
- So far, 5 ultra deepwater drilling rigs are in use.[1]



- 2000 — Acquisition of the Santos Basin Pre-Salt blocks
- 2007 — Tupi discovery announcement
- 2009 — 1st Oil Production in Pre-Salt
- 2010–2011 — Bem-Te-Vi, Tupi, Parati e Carioca
- 2011 — 1st Drilling rig from the *Intl* Package starts to operate
- 2012–2013 — Guará, Caramba e Iara
- 2014 — 1st *Brazilian* Drilling Rig starts to operate

(1) Source: Petrobras — as of April, 2010

15

Confidential

EIG00025577

EIG_KEP_00075193

# PETROBRAS

## Pre Salt Highlights



- **Total Area: 149,000 km²**
  - Area under concession: 41,772 km² (~28%) [1]
  - Area to be auctioned: 107,228 km² (~72%) [1]
- **Depth:**
  - 1,000-3,000 meters (water line)
  - Up to 7,000 depth (wells)
- **Fields:**
  - Santos Basin: 8-12 billion boe [2]
  - Campos Basin: 8-9 billion boe
- **Wells:**
  - Campos Basin: over 630
  - Santos Basin Pre Salt: 15 [3]

- Most of Petrobras' Business Plan is based on a fast track plan for maximizing the oil production in the Pre Salt area;
- For achieving such goals, a huge and long term drilling program is being implemented;
- A local drilling business market for operators, crews, shipyards, suppliers, technology and investors is being created and will be active for decades.

Note  (1): Not including the transfer of rights with compensation area
      (2): Considering only Tupi & Iara
      (3): as of April, 2010

16

Confidential

EIG00025578
EIG_KEP_00075194