# EXHIBIT 5



STATE OF NEW YORK )
)
)
COUNTY OF NEW YORK ) ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Portuguese into English of the attached document with bates numbers EIG00025390-EIG00025399

dated December 30, 2010.

Matthew Garrison
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this ___5th___ day of ___February___, 20_20___,

by Matthew Garrison.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, State of New York
No. 01ZE6350239
Qualified in New York County
Commission Expires November 7, 2020



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

| From: | Corrigan, Kevin <Kevin.Corrigan@tcw.com> |
|---|---|
| To: | Kevin Corrigan |
| Sent: | 12/30/2010 7:49:45 AM |
| Subject: | FW: Sete Brasil- NDA |
| Attachments: | image001.gif |

---------------------------------------------

From: Ricardo Szlejf[SMTP:RSZLEJF@SANTANDER.COM.BR]
Sent: Thursday, December 30, 2010 4:49:34 AM
To: Corrigan, Kevin
Cc: Songsanand, Patrick; Luiz Reis; Ivan Torregrosa Hong; Albert Vieira Munck
Subject: RE: Sete Brasil- NDA
Auto forwarded by a Rule

Kevin,

I understand that access must be regulated. If there is any difficulty, do not hesitate to contact me.

Unfortunately, most of the documentation is in Portuguese, but I understand that this will not be a problem for you (your Portuguese is fluent).

With respect to the main documents, I would recommend that you focus initially on the following:

- Investment memorandum prepared by Caixa Econômica Federal (which will be the administrator of FIP)

- Term Sheet

- Return scenarios and main premises used

- Strategic Guidelines Plan

- Schedule

Could we have a call early next week to clear up any questions and discuss the next steps? What do you think?

Yours,

Confidential                                    EIG00025390

Ricardo Szlejf

Santander Global Banking & Markets

Equity Capital Markets

+55 11 3012 7161

rszlejf@santander.com.br

From: Corrigan, Kevin [mailto:Kevin.Corrigan@tcw.com]
Sent: Wednesday, December 29, 2010 5:34 PM
To: Ricardo Szlejf
CC: Songsanand, Patrick
Subject: RE: Sete Brasil – NDA

Ricardo,

Do you know if there is another level of security necessary to access Intralinks? Patrick and I have been trying to get in, and we did not find anything. Then we tried to install software that the site had, but nothing happened.

Should I contact Intralinks or is there something on Santander's end?

Thanks, Kevin

Kevin Corrigan| Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 800 | Washington, DC 20006

Confidential                                                                     EIG00025391

202-600-3306 direct | 202-600-3406 fax | kevin.corrigan@tcw.com

From: Ricardo Szlejf [mailto:rszlejf@santander.com.br]
Sent: Wednesday, December 29, 2010 9:13 AM
To: Corrigan, Kevin
Cc: Luiz Reis; Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia; Albert Vieira Munck; Miriam Signor
Subject: RE: Sete Brasil- NDA

Correct. As soon as [we] receive the version signed by you (electronic copy), we will send the e-mails with the access instructions for the data room.

Could you send me the names and e-mail addresses of those who will have access to the data room through EIG?

You can send to the originals to my attention at the following address:

Av. Juscelino Kubitschek, 2235 – 24º Andar
04543-011 São Paulo – SP


Ricardo Szlejf


From: Corrigan, Kevin [mailto:Kevin.Corrigan@tcw.com]
Sent: Wednesday, December 29, 2010 12:08 PM
To: Ricardo Szlejf
CC: Luiz Reis; Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia; Albert Vieira Munck; Miriam Signor
Subject: RE: Sete Brasil – NDA

OK, perfect. I spoke with our attorney and we are all good with the final changes, including the term. I will sign and return soon. I presume that I can have access to Intralinks with a scanned version with you, knowing that two originals are on the way via courier? Please confirm the address where I should send the

originals.

Thanks,Kevin

Kevin Corrigan| Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 800 | Washington, DC 20006

202-600-3306 direct | 202-600-3406 fax | kevin.corrigan@tcw.com

From: Ricardo Szlejf [mailto:rszlejf@santander.com.br]
Sent: Wednesday, December 29, 2010 9:00 AM
To: Corrigan, Kevin
Cc: Luiz Reis; Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia; Albert Vieira Munck; Miriam Signor
Subject: RE: Sete Brasil- NDA

Kevin,

The NDA with comments from our legal advisers is attached. With respect to the term, we cannot accommodate less than five years (that is the period required by Petrobras).

Thanks,

Ricardo Szlejf

Santander Global Banking & Markets

Equity Capital Markets

+55 11 3012 7161

Confidential

rszlejf@santander.com.br

From: Corrigan, Kevin [mailto:Kevin.Corrigan@tcw.com]
Sent: Tuesday, December 28, 2010 6:31 PM
To: Ricardo Szlejf
CC: Luiz Reis; Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia; Albert Vieira Munck
Subject: RE: Sete Brasil – NDA

Ricardo,

I had to pass this NDA through my legal counsel and he made the attached comments (in red).
Let me know if they will cause any problems.

Thanks,

Kevin

Kevin Corrigan| Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 800 | Washington, DC 20006

202-600-3306 direct | 202-600-3406 fax | kevin.corrigan@tcw.com

From: Ricardo Szlejf [mailto:rszlejf@santander.com.br]
Sent: Monday, December 27, 2010 12:28 PM
To: Corrigan, Kevin
Cc: Luiz Reis; Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia; Albert Vieira Munck

Confidential

EIG00025394

Subject: RE: Sete Brasil – NDA

Kevin,

A draft of the NDA is attached.

Regards,


Ricardo Szlejf

Santander Global Banking & Markets

Equity Capital Markets

+55 11 3012 7161

rszlejf@santander.com.br

_____

From: Corrigan, Kevin < >
To: Luiz Reis
Cc: Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia
Sent: Monday December 27, 2010 12:30:00 PM
Subject: RE: Sete Brasil

Luis

Perfect. I'll await the NDA.

Thanks,Kevin

                                                     EIG00025395

Kevin Corrigan| Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 80(
| Washington, DC 20006

202-600-3306 direct | 202-600-3406 fax | kevin.corrigan@tcw.com

From: Luiz Reis [mailto:luiz.reis@santander.com.br]
Sent: Thursday, December 23, 2010 5:13 PM
To: Corrigan, Kevin
Cc: Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia
Subject: Res: Sete Brasil

Kevin,

I spoke with Petrobras and they are okay with giving AENB/SP access; you on Intralinks.

To do so, we will send you an NDA (the same one that all the shareholders sign). Okay?

Thanks,
Luiz

From: Corrigan.Kevin Kevin.Corrigan@tcw.com
To: Luiz Reis
Sent: Wednesday, December 22, 2010 7:23:56 PM
Subject: Sete Brasil

Dear Luiz,

Per our discussion today, I would like to confirm our interest in analyzing possible participation
of approximately USD 200-250 million through the vehicle in Austria, in Petrobras' Sete project,
in the form of capital or subordinated debt. We understand that the schedule will have
preliminary approval in mid-January, with final approval by the end of February, and the
financial closing in March, with a disbursement period of up to 12 months from March. We are
able to honor these dates, and would greatly appreciate access to "data room…#157 on
Intralinks.

Obviously, any obligation on our part is subject to a complete analysis of the material and approvals by our committees.

Please let me know if you require any additional information at this time.

Thank you for your attention and Merry Christmas.

Yours, Kevin

Kevin Corrigan| Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 800 | Washington, DC 20006

202-600-3306 direct | 202-600-3406 fax | kevin.corrigan@tcw.com

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

This message is intended exclusively for its addressee and may contain information that is confidential and protected by a professional privilege or whose disclosure is prohibited by law. Unauthorized use of such information is prohibited and subject to applicable penalties.

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

This message is intended exclusively for its addressee and may contain information that is confidential and protected by a professional privilege or whose disclosure is prohibited by law. Unauthorized use of such information is prohibited and subject to applicable penalties.

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

This message is intended exclusively for its addressee and may contain information that is confidential and protected by a professional privilege or whose disclosure is prohibited by law. Unauthorized use of such information is prohibited and subject to applicable penalties.

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

This message is intended exclusively for its addressee and may contain information that is confidential and protected by a professional privilege or whose disclosure is prohibited by law. Unauthorized use of such information is prohibited and subject to applicable penalties.

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

This message is intended exclusively for its addressee and may contain information that is confidential and protected by a professional privilege or whose disclosure is prohibited by law. Unauthorized use of such information is prohibited and subject to applicable penalties.

| | |
|---|---|
| **From:** | Corrigan, Kevin <Kevin.Corrigan@tcw.com> |
| **To:** | Kevin Corrigan |
| **Sent:** | 12/30/2010 7:49:45 AM |
| **Subject:** | FW: Sete Brasil- NDA |
| **Attachments:** | image001.gif |

---------------------------------------------

From: Ricardo Szlejf[SMTP:RSZLEJF@SANTANDER.COM.BR]
Sent: Thursday, December 30, 2010 4:49:34 AM
To: Corrigan, Kevin
Cc: Songsanand, Patrick; Luiz Reis; Ivan Torregrosa Hong; Albert Vieira Munck
Subject: RE: Sete Brasil- NDA
Auto forwarded by a Rule

Kevin,


Entendo que o acesso deve estar normalizado. Se tiver qualquer dificuldade, não hesite em entrar em contato.


Infelizmente a maior parte da documentação está em português, mas entendo que isto não será um problema para você (seu português é fluente).


Com relação aos principais documentos, recomendaria um foco inicial nos seguintes:


- Memorando de Investimentos elaborado pela Caixa Econômica Federal (que será a gestora do FIP)

- Term sheet

- Cenários de retorno e principais premissas utilizadas

- Plano de Diretrizes Estratégicas

- Cronograma


Poderíamos fazer um call no início da semana que vem, para tirar dúvidas e discutir os próximos passos. O que você acha?


Abraços,


**Confidential**

Ricardo Szlejf

Santander Global Banking & Markets

Equity Capital Markets

+55 11 3012 7161

rszlejf@santander.com.br

From: Corrigan, Kevin [mailto:Kevin.Corrigan@tcw.com]
Sent: quarta-feira, 29 de dezembro de 2010 17:34
To: Ricardo Szlejf
Cc: Songsanand, Patrick
Subject: RE: Sete Brasil- NDA

Ricardo,

Você sabe se ha outro nivel de segurança necesaria para acessar o Intralinks. Eu e Patrick tentamos entrar, e não encontramos nada. Depois tentamos instalar um software que tinha no site, mas nada aconteceu.

Devo contatar o Intralinks, ou existe algo do lado do Santander?

Grato, Kevin

Kevin Corrigan| Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 800 | Washington, DC 20006

EIG00025391

EIG_KEP_00050772

202-600-3306 direct | 202-600-3406 fax | kevin.corrigan@tcw.com

From: Ricardo Szlejf [mailto:rszlejf@santander.com.br]
Sent: Wednesday, December 29, 2010 9:13 AM
To: Corrigan, Kevin
Cc: Luiz Reis; Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia; Albert Vieira Munck; Miriam Signor
Subject: RE: Sete Brasil- NDA


Correto. Assim que receber a versão assinada por vocês (cópia eletrônica), vamos enviar os emails com as instruções de acesso ao data room.


Você pode me mandar os nomes e e-mails de quem terá acesso ao data room pelo EIG?


Pode encaminhar os originais aos meus cuidados, no endereço:


Av. Juscelino Kubitschek, 2235 – 24º. Andar

04543-011 São Paulo – SP


Ricardo Szlejf


From: Corrigan, Kevin [mailto:Kevin.Corrigan@tcw.com]
Sent: quarta-feira, 29 de dezembro de 2010 12:08
To: Ricardo Szlejf
Cc: Luiz Reis; Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia; Albert Vieira Munck; Miriam Signor
Subject: RE: Sete Brasil- NDA


OK, perfeito. Falei com nosso advogado, e estamos tudo bem com as mudanças finais, inclusive o prazo. Vou assinar e devolver d'aqui a pouco. Presumo que posso ter acesso ao Intralinks com uma versão escaneada com você, sabendo que duas originais estão a caminho pelo courier? Favor confirmar o endereço onde devo mandar as

Confidential

EIG00025392
EIG_KEP_00050773

originais.


Grato, Kevin




Kevin Corrigan| Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 800 | Washington, DC 20006

202-600-3306 direct | 202-600-3406 fax | kevin.corrigan@tcw.com




From: Ricardo Szlejf [mailto:rszlejf@santander.com.br]
Sent: Wednesday, December 29, 2010 9:00 AM
To: Corrigan, Kevin
Cc: Luiz Reis; Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia; Albert Vieira Munck; Miriam Signor
Subject: RE: Sete Brasil- NDA


Kevin,


Segue em anexo o NDA com os comentários de nossos legal advisors. Com relação ao prazo, não podemos flexibilizar para menos do que 5 anos (este é o prazo exigido pela Petrobras).


Grato,




Ricardo Szlejf

Santander Global Banking & Markets

Equity Capital Markets

+55 11 3012 7161

Confidential

EIG00025393

EIG_KEP_00050774

rszlejf@santander.com.br

From: Corrigan, Kevin [mailto:Kevin.Corrigan@tcw.com]
Sent: terça-feira, 28 de dezembro de 2010 18:31
To: Ricardo Szlejf
Cc: Luiz Reis; Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia; Albert Vieira Munck
Subject: RE: Sete Brasil- NDA


Ricardo,


Eu tive que passer este NDA pelo meu juridico e ele fez os comentarios anexos (em vermelho). Me deixa saber se vão causar algum problema.


Grato,


Kevin




Kevin Corrigan| Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 800 | Washington, DC 20006

202-600-3306 direct | 202-600-3406 fax | kevin.corrigan@tcw.com




From: Ricardo Szlejf [mailto:rszlejf@santander.com.br]
Sent: Monday, December 27, 2010 12:28 PM
To: Corrigan, Kevin
Cc: Luiz Reis; Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia; Albert Vieira Munck

EIG00025394

EIG_KEP_00050775

Subject: RE: Sete Brasil- NDA

Kevin,

Segue em anexo minuta do NDA.

Atenciosamente,

Ricardo Szlejf

Santander Global Banking & Markets

Equity Capital Markets

+55 11 3012 7161

rszlejf@santander.com.br

_____

From: Corrigan, Kevin < >
To: Luiz Reis
Cc: Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia
Sent: Mon Dec 27 12:30:00 2010
Subject: RE: Sete Brasil

Luis,

Perfeito, aguardo o NDA.

Grato, Kevin

**Confidential**

**EIG00025395**

**EIG_KEP_00050776**

Kevin Corrigan| Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 800 | Washington, DC 20006

202-600-3306 direct | 202-600-3406 fax | kevin.corrigan@tcw.com

From: Luiz Reis [mailto:luiz.reis@santander.com.br]
Sent: Thursday, December 23, 2010 5:13 PM
To: Corrigan, Kevin
Cc: Ivan Torregrosa Hong; Mara Regina Lima Alves Garcia
Subject: Res: Sete Brasil

Kevin,

Conversei com a Petrobras e eles estão ok em dar acesso ænbsp; vocês no Intralinks.

Para tal iremos te enviar um NDA (o mesmo que todos os acionistas assinaram). Ok?

Grato,
Luiz

———

De: Corrigan, Kevin <Kevin.Corrigan@tcw.com>
Para: Luiz Reis
Enviada em: Wed Dec 22 19:23:56 2010
Assunto: Sete Brasil

Prezado Luiz,

Conforme nossa discussão de hoje, quero confirmar nosso interesse em estudar uma possivel participação em torno de US$ 200-250 milhões a traves do vehiculo na Austria, no Projeto Sete da Petrobras, em forma de capital ou divida subordinada. Entendemos o calendario é ter uma aprovação preliminar em meados de janeiro, com aprovação final até o fim de fevereiro, e o fechamento financeiro em março, com um periodo de desembolso de até doze meses a partir de março. Nos temos a capacidade de honrar essas datas, e muito agradeceriamos accesso ao "data room…#157; em Intralinks.

**Confidential**

**EIG00025396**
**EIG_KEP_00050777**

Obviamente, cualquer obrigação por nossa parte esta sujeita a uma analisi completa do material e aprovações por parte dos nossos comitês.

Se você precisa de alguma informação adicional neste momento, favor avisar.

Grato pela atenção, e feliz Natal,

Abraço, Kevin

Kevin Corrigan| Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 800 | Washington, DC 20006

202-600-3306 direct | 202-600-3406 fax | kevin.corrigan@tcw.com

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

———

Essa mensagem ꬼestinada exclusivamente ao seu destinat▨o e pode conter informa紙s confidenciais, protegidas por sigilo profissional ou cuja divulga磯 seja proibida por lei. O uso n榇autorizado de tais informa紙s 頳roibido e est▨ujeito 故penalidades cab◆is.

This message is intended exclusively for its addressee and may contain information that is confidential and protected by a professional privilege or whose disclosure is prohibited by law. Unauthorized use of such information is prohibited and subject to applicable penalties.

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

———

Essa mensagem é destinada exclusivamente ao seu destinatário e pode conter informações confidenciais,

EIG00025397

EIG_KEP_00050778

protegidas por sigilo profissional ou cuja divulgação seja proibida por lei. O uso não autorizado de tais informações é proibido e está sujeito às penalidades cabíveis.

This message is intended exclusively for its addressee and may contain information that is confidential and protected by a professional privilege or whose disclosure is prohibited by law. Unauthorized use of such information is prohibited and subject to applicable penalties.

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

⎯⎯⎯

Essa mensagem é destinada exclusivamente ao seu destinatário e pode conter informações confidenciais, protegidas por sigilo profissional ou cuja divulgação seja proibida por lei. O uso não autorizado de tais informações é proibido e está sujeito às penalidades cabíveis.

This message is intended exclusively for its addressee and may contain information that is confidential and protected by a professional privilege or whose disclosure is prohibited by law. Unauthorized use of such information is prohibited and subject to applicable penalties.

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

⎯⎯⎯

Essa mensagem é destinada exclusivamente ao seu destinatário e pode conter informações confidenciais, protegidas por sigilo profissional ou cuja divulgação seja proibida por lei. O uso não autorizado de tais informações é proibido e está sujeito às penalidades cabíveis.

This message is intended exclusively for its addressee and may contain information that is confidential and protected by a professional privilege or whose disclosure is prohibited by law. Unauthorized use of such information is prohibited and subject to applicable penalties.

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

⎯⎯⎯

Essa mensagem é destinada exclusivamente ao seu destinatário e pode conter informações confidenciais, protegidas por sigilo profissional ou cuja divulgação seja proibida por lei. O uso não autorizado de tais

**Confidential**

informações é proibido e está sujeito às penalidades cabíveis.

This message is intended exclusively for its addressee and may contain information that is confidential and protected by a professional privilege or whose disclosure is prohibited by law. Unauthorized use of such information is prohibited and subject to applicable penalties.

**Confidential**

**EIG00025399**

**EIG_KEP_00050780**