# EXHIBIT 10

| | |
|---|---|
| **From:** | Kevin Corrigan <Kevin.Corrigan@eigpartners.com> |
| **To:** | Blair Thomas; Kurt Talbot |
| **CC:** | Niranjan Ravindran; Randall Wade; Clay Taylor; Kevin Lowder; Patrick Songsanand; William Sikora |
| **Sent:** | 3/3/2011 2:20:37 PM |
| **Subject:** | Sete Brasil |
| **Attachments:** | Sete Brasil Opportunity Risks & Mitigants.docx |

Blair and Kurt,

As a follow on to my earlier memo and last week's conversation, please find attached an updated memo on my understanding of the opportunity and next steps/timing.  I have calls into both Santander (as investor) and Machado Meyer (Jose Virgilio Lopes) to get some additional clarifications.

Any questions or comments, please let me know.

Thanks, Kevin

---

**From:** Kevin Corrigan
**Sent:** Monday, February 07, 2011 2:19 PM
**To:** Blair Thomas; Kurt Talbot
**Cc:** Niranjan Ravindran; Randall Wade; Clay Taylor; Kevin Lowder; Patrick Songsanand; William Sikora
**Subject:** Sete Brasil

Blair,

As discussed, please find attached a brief memo discussing the investment opportunity in Sete Brasil, the holding company being set-up by Petrobrás to initially capitalize seven SPV's to build, own and operate ultra deep water drill ships under long term charter contracts with Petrobrás.  Also attached is a presentation titled "Pre-Salt Oil Rigs Project" prepared by Banco Santander, Petrobrás' financial advisor, dated October, 2010.

I have not yet gone back to Santander on how an investment on the order of $50 million would be received by Petrobrás, or whether we would obtain a board seat and get comfortable with some of the governance issues under the structure currently being proposed. However, I will await further guidance before continuing our dialogue with Santander.  Please don't hesitate to contact me if you need additional information, as I realize I've only scratched the surface.  Please also not we are subject to a strict confidentiality agreement with both Petrobrás and Santander on these materials.

Best regards, Kevin



**Kevin Corrigan ›** Senior Vice President › kevin.corrigan@eigpartners.com
**1700 Pennsylvania Ave. NW ›** Suite 800 › Washington, DC 20006 › (o) 202.600.3306 › (f) 202.600.3406

---

**Confidential**