# EXHIBIT 12

# First phase backers eye preferential rights for next round

**Some of the backers of the first phase of Brazil's rig-owning project are already applying for preferential rights in the next round, aimed at building more rigs.**

15 April 2011 01:31 GMT

The aggressive development schedule in place for pre-salt concessions and for additional "rights transfer" means Petrobras cannot hang around before ordering more rigs for the critical 2013 to 2017 window.

Sete Brasil chief executive Joao Ferraz confirmed the next round of procurement would not be long coming. New investors are lining up, including big private private equity funds from Brazil, the US and Europe.

Some of the big Japanese trading corporations have expressed interest in both parts of the project, though rules underpinning Sete Brasil prevent one entity from participating simultaneously in Sete Brazil and one of its special purpose companies.

Sete Brasil is planning to invite shipyards to bid again, but Ferraz said it is using as a reference the $662 million per rig that Estaleiro Atlantico Sul bid for the first tender.

Construction cost estimates can be fed into the costing model that was created by Sete Brasil, and the resulting dayrate or service fee compared against international parameters, he added.

Petrobras is yet to decide on the number of rigs per contract next time, but the package is likely to be at least three units and no more than seven per yard. The view that Sete Brasil is already a success also means that Petrobras is unlikely to re-issue a tender for conventionally chartered units to be built in Brazil. The oil company formally cancelled the first such tender last week.

This is not to say that Petrobras will not tap the market for chartered rigs for shorter-term delivery, and just such a move is likely later this year.

Sete Brasil is planning an initial public offering on the Sao Paulo stock exchange within three years.

Once this happens, the FIP Sondas investment fund created by Sete Brasil's banking and pension fund equity partners will be extinguished and stakes converted into conventional shareholdings, Ferraz said.

Published: 15 April 2011 01:31 GMT | Last updated: 15 April 2011 02:05 GMT

Confidential                                                                                                                                           KEPPEL00037968