# EXHIBIT 13

| | |
|---|---|
| From: | Kevin Corrigan <Kevin.Corrigan@eigpartners.com> |
| To: | luizreis@globo.com |
| CC: | Ivan Hong; Kevin Lowder; jferraz@petrobras.com.br |
| Sent: | 6/2/2011 7:56:55 AM |
| Subject: | Sete Brasil follow up requests |

Luiz,

Thanks again for arranging a fantastic week in Brazil for the two of us. We thoroughly enjoyed our visits, and feel that we have gotten to know the important players in the Sete Brasil venture, which we are very excited to become a part of in the near future. As discussed prior to our departure, and most of this was raised with either you or Ivan during the course of the week, there are some additional information requirements that would be very useful to us as we finalize our due diligence, as follows:

Updated Sete Model:
-best estimate sequencing of system 2 (then 3 & 4) layered on first system of 7 drillships as modeled
-financing that includes follow on equity offering, and Caixa Economica sub debt which support future systems
-economics for tankers and FPSOs if appropriate for EIG to begin to evaluate in the model

Shipyard/EPC:
-local content summary of major components (supposedly will be outlined in the Exhibit XVI of the EPC, are these drafted yet?); would like to see detailed breakdown of the cost of each major component, the manufacturer, etc. which should sum to 55/45 local/non-local
-then outline the plan to get to 65/35 local/non-local (i.e. which components will shift from international content to local content column)
-copy of the EAS facilities presentation we viewed on the visit
-timing/construction schedule for Drill Co?
-information on shipyards for systems 2-4. Are the shipyards identified? Are there any studies to analyze the capacity to facilitate systems 2-4?
-Is there financial information on EAS available? Ideally, past three years, 2008-2010.

General/Petrobras:
-pre-sal technical information study (summary of the play, activity, basins, maps, history, progress, etc.)
-pre-sal development status update and projections (e.g. how the drillships fit in) *we realize the 5 year plan will cover most of this – any idea when that will be finalized?*

We look forward to your response, and remain committed to providing our contingent commitment letter by June 25th.

With renewed thanks and best wishes,

The Kevins



Kevin Corrigan  ›  Senior Vice President  ›  kevin.corrigan@eigpartners.com

1700 Pennsylvania Ave. NW  ›  Suite 800  ›  Washington, DC 20006  ›  (o) 202.600.3306  ›  (f) 202.600.3406

Confidential

EIG00013678

EIG_KEP_00073982

Confidential

EIG00013679
EIG_KEP_00073983