# EXHIBIT 15



STATE OF NEW YORK      )
                       )
                       )
COUNTY OF NEW YORK     )   ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range KEPPEL00441474 to KEPPEL00441475.

_____
Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 16th day of September, 2021,
by Edward J. Jacob.

_____
Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

Message

**From:** Pedro Barusco [pbarusco@setebr.com]
**Sent:** 14/6/2011 6:36:11 PM
**To:** Yew Yuen CHOW [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yewyuen.chow1]; zwi@eaglebr.com.br
**Subject:** SETEBR Proposal
**Attachments:** Keppel Fels.pdf Request for Proposals Letter [Carta Pedido Propposta Keppel Fels.pdf]; Confidentiality Agreement.pdf

Dear Sirs,

We are attaching a request for quotation to build drill ships and the draft confidentiality agreement, as arranged in the recent meeting at SETEBR headquarters.

Sincerely,

Pedro Barusco
SETEBR–Director of Operations

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

Confidential                                                                                                                                   KEPPEL00441474



Rio de Janeiro, June 14, 2011.

To
Keppel Fels

Gentlemen,

Sete Brasil Participações S.A. is a participant in the bidding process governed by International Invitation No. 0966646118 for the selection of proposals for the charter and operation of drilling units for Petróleo Brasileiro S.A. – PETROBRAS. As such, we ask that this company present a technical and commercial proposal for the construction of semi-submersible (SS) drilling units, that can be delivered within the timelines established in the Invitation above, which are forty-eight months for the delivery of the first unit and ninety-eight months for delivery of the last.

Such proposal, valid for no less than ninety (90) days, should be based on the terms, conditions and technical specifications originally presented to Sete International B.V., a company of the group Sete Brasil Participações S.A., within the scope of the Request for Proposal ## 0003555.09.8 and therein approved.

It is intended that the scope of supply and services be the same as previously defined, with a schedule for the sequential delivery of units on the earliest dates possible. Changes to the initial technical conditions, possibly introduced by the aforementioned International Invitation, will be addressed throughout the negotiating period between Sete Brasil and this company, to the extent that they may cause impacts to the original proposal.

The presentation of the proposal, in the least time possible, must be preceded by signing the confidentiality agreement, whose draft follows attached. Following this, the finalizing of the agreement is planned to define the mutual technical and commercial relationship, which will culminate with the presentation of the proposal in the name of Sete Brasil Participações S.A. to Petrobras at the scheduled bidding process.

In closing, our signature,

Sincerely,

_____
Pedro Barusco Filho
Director of Operations
Sete Brasil Participações S.A.

Message

| | |
|---|---|
| **From**: | Pedro Barusco [pbarusco@setebr.com] |
| **Sent**: | 14/6/2011 6:36:11 PM |
| **To**: | Yew Yuen CHOW [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yewyuen.chow1]; zwi@eaglebr.com.br |
| **Subject**: | PROPOSTA SETEBR |
| **Attachments**: | Carta Pedido Proposta Keppel Fels.pdf; Confidentiality Agreement.pdf |

Senhores

Encaminhamos em anexo pedido de cotação para construção de sondas marítimas e minuta de acordo de confidencialidade, conforme combinado em recente reunião na sede da SETEBR.

Atenciosamente,

Pedro Barusco
SETEBR-Diretor de Operações

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

Confidential          KEPPEL00441474



Rio de Janeiro, 14 de Junho de 2011.

À
Keppel Fels

Prezados Senhores,

A Sete Brasil Participações S.A. é participante do certame regido pelo Convite Internacional Nº 0966646118 para seleção de propostas de afretamento e operação de unidades de perfuração para Petróleo Brasileiro S.A. – PETROBRAS. Nessa condição, vem solicitar à essa empresa a apresentação de proposta técnica e comercial, para a construção de unidades de perfuração do tipo semi-submersíveis (SS), que possam ser entregues nos prazos estabelecidos no Convite supra, quais sejam, de 48 meses para a entrega da primeira unidade e de 98 meses para entrega da última.

Referida proposta, válida por não menos do que noventa (90) dias, deverá ter como base os termos, condições e especificações técnicas originalmente apresentados à Sete International B.V., empresa do grupo da Sete Brasil Participações S.A., no âmbito do Request For Proposal # # 0003555.09.8 e lá aprovados.

Pretende-se que o escopo de fornecimento e serviços seja o mesmo anteriormente definido, com cronograma para entrega seqüencial de unidades nas datas mais cedo possíveis. Alterações das condições técnicas iniciais, porventura introduzidas pelo Convite Internacional supra referido, serão tratadas ao longo do período de negociações entre Sete Brasil e essa empresa, na medida em essas possam promover impactos na proposta original.

A apresentação de proposta, no menor prazo possível, deve ser precedida de assinatura de termo de confidencialidade, cuja minuta segue anexa.  Em prosseguimento, planeja-se a celebração de termo de acordo definindo a relação técnica e comercial mútua, que culminará com a apresentação de proposta em nome da Sete Brasil Participações S.A. à Petrobras no certame em pauta.

Sendo o que tínhamos, firmamo-nos,

Atenciosamente,

_____
Pedro Barusco Filho
Diretor de Operações
Sete Brasil Participações S.A.

Confidential                                                                                                                              KEPPEL00441475