# EXHIBIT 18

# MINUTES OF TCW ENERGY FUND XIV
## EIG Investment Committee Meeting
### June 27, 2011

**Committee Member(s):**

Alvin Albe
Jeffrey Anderson
Blair Thomas

**Others Attending:**

Kurt Talbot
Robert Vitale (acting Secretary)
Jean-Daniel Borgeaud
Wallace Henderson
Jerry Stalun
Carla Vogel
Pritpal Aujla
Kevin Corrigan
Andy Zmurovsky
Stephen Suo
Patrick Hickey
Phil Abejar
Niranjan Ravindran
Simon Hayden
Benjamin Vinocour
Harold Henderson

**Investment Recommendation:** TCW Energy Fund XIV – up to Brazilian Reais ("R$") 250,000,000 (approximately $160,000,000) of common equity in Sondas – Fundo de Investimento em Paticipações ("FIP Sondas").

**Sondas – Fundo de Investimento em Paticipações**

Messrs. Corrigan and Hayden presented the investment opportunity, which is an investment of up to R$250,000,000 of common equity in FIP Sondas, a newly created investment vehicle established in Brazil that, along with Petróleo Brasileiro S.A. ("Petrobrás"), will own Sete Brasil Paticipações S.A. ("Sete").

The Investment Committee approved the investment.

*[signature]*
Robert L. Vitale

TCW064360.1

Confidential

EIG00246132
EIG_KEP_00127316