# EXHIBIT 20



# Project Sondas
# Working Group

## Confidential

July 2011



EIG00216125

EIG_KEP_00076503

# CIC Investment Review: Project Sondas
# Working Group List

**EIG**

| | | | |
|---|---|---|---|
| Kevin Corrigan | Senior Vice President | o | +1 202-600-3306 |
| kevin.corrigan@eigpartners.com | Washington, DC | m | +1 703-981-1431 |
| | | | |
| Simon Hayden | Vice President | o | +44 207-399-0917 |
| simon.hayden@eigpartners.com | London | m | +44 7810-151-966 |
| | | | |
| Kevin Lowder | Assistant Vice President | o | +1 713-615-7428 |
| kevin.lowder@eigpartners.com | Houston | m | +1 713-614-6944 |

**Sete Brasil (Company)**

| | | | |
|---|---|---|---|
| Joao Ferraz | CEO | o | +55(21)2524-8032 |
| joao.ferraz@setebr.com | Rio de Janeiro | | |
| | | | |
| Pedro Barusco Filho | COO | o | +55(21)2524-8531 |
| pbarusco@setebr.com | Rio de Janeiro | | |

**Lakeshore Capital (Financial Advisor)**

| | | | |
|---|---|---|---|
| Luiz Reis | Principal | | |
| luizreis@globo.com | Brasilia | m | +55(21)8151-6309 |

**Machado Meyer (Brazilian Counsel)**

| | | | |
|---|---|---|---|
| Virgilio Lopes | Partner | o | +55 (11) 3150-7041 |
| jvirgilio@machadomeyer.com.br | São Paulo | f | +55 (11) 3150-7071 |
| | | | |
| Virginia Nabuco Mesquita | Associate | o | +55 (11) 3150-7783 |
| mmesquita@machadomeyer.com.br | São Paulo | f | +55 (11) 3150-7071 |

**Confidential**