# EXHIBIT 24



STATE OF NEW YORK          )
                           )
                           )
COUNTY OF NEW YORK         )     ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range KEPPEL00010458 through KEPPEL00010459.

Matthew Garrison
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 12th day of June, 20 21,
by Matthew Garrison.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

| | |
|---|---|
| **Message** | |
| **From:** | eagle [eagle@globo.com] |
| **Sent:** | August 3, 2011 7:22:05 PM |
| **To:** | edmundo.santos@kfelsbrasil.com.br |
| **CC:** | Kai Choong Kwok [O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP) (FYDIBOHF23SPDLT)/CN=RECIPIENT/=Kaichoong.kwok]; Yew Yuen Chow [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yewyuen.chow1] |
| **Subject:** | FW: Brasfels Visit |

Edmundo,
Below is a schedule for Sete Brasil's visit to the shipyard. Please contact Fabio to further coordinate the visit and discuss what type of presentation you would like to have with him. If you have any questions, call me.
Regards,
Zwi
---Original Message---
From: Fabio Cunha [mailto:fabio.cunha@sete.br.com]
Sent: Tuesday, August 2, 2011 6:36 PM
To: eagle@globo.com
Cc: ivan.hong@gmail.com
Subject: RE: Brasfels Visit

Zwi,

We'll be leaving here Thursday the 4th at 11:40 AM. We should be arriving to the shipyard at 2:30 PM and will leave to come back at 4:15 p.m.
The invitees are:
Dr. Xu –              CIC
Mr. Yangyang -       CIC
Mr. Kevin Corrigan - EIG
Mr. Ivan Hong        Sete Brasil
Mr. Fabio Cunha -    Sete Brasil -  ██████████

IDs will be sent later.

Thank you,


Regards,

Fabio Cunha
Engineering & Projects
Sete Brasil Participações S.A.
R. Humaitá 275/Group 1302
Humaitá – Rio de Janeiro – Brazil
Tel.: +55 21 2528-0080 Cell: +55 21 8493-8507



---Original Message---
From: Eagle [mailto:eagle@globo.com]
Sent: Tuesday, August 2, 2011 2:34 PM
To: fabio.cunha@setebr.com
Subject: Brasfels Visit

Fabio,
As requested by Mr. Barusco, I'm at your disposal to coordinate the visit to the shipyard next Thursday the 4th starting at 2 PM. Please send me the names of the visitors with the identification number and any other information you feel is appropriate.
Regards
Zwi
Cell: 021 87028702
P.S. Call me if necessary

Confidential					KEPPEL00010458

Blackberry®Oi.
---
No virus was found in this message.
Verified by AVG – www.avgbrasil.com.br
Version: 10.0.1390/Virus database: 1518/3807 – Launch Date: March 8, 2011

```
_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____
```

Confidential                                                                                       KEPPEL00010459

Message

| | |
|---|---|
| **From:** | eagle [eagle@globo.com] |
| **Sent:** | 3/8/2011 7:22:05 PM |
| **To:** | edmundo.santos@kfelsbrasil.com.br |
| **CC:** | Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINITRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]; Yew Yuen CHOW [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yewyuen.chow1] |
| **Subject:** | FW: Visita Brasfels |

```
 Edmundo,
Segue abaixo program de visita da Sete Brasil ao Estaleiro. Favor entrar em
contato com Fabio para coordenar melhor a visita e ver com ele que tipo de
apresentação gostaria de ter. Qualquer duvida me ligue.
Sds
Zwi
-----Original Message-----
From: Fabio Cunha [mailto:fabio.cunha@setebr.com]
Sent: terça-feira, 2 de agosto de 2011 18:36
To: eagle@globo.com
Cc: ivan.hong@gmail.com
Subject: RES: Visita Brasfels

Zwi,

Estaremos saindo daqui na quinta dia 4, às 11:40h. Deveremos estar chegando
no estaleiro às 14:30h e saindo de volta às 16:15h.
Os convidados são:
Dr. Xu -              CIC
Sr. Yangyang-         CIC
Sr. Kevin Corrigan-   EIG
Sr. Ivan Hong         SeteBr
Sr. Fabio Cunha -     SeteBr -      [REDACTED]

Os IDs estarão sendo enviados posteriormente.

Obrigado,


Atenciosamente,

Fabio Cunha
Engenharia & Projetos
Sete Brasil Participações S.A.
R. Humaitá 275/ Grupo 1302
Humaitá- Rio de Janeiro- Brasil
Tel: +55 21 2528-0080 Cel: +55 21 8493-8507




-----Mensagem original-----
De: Eagle [mailto:eagle@globo.com]
Enviada em: terça-feira, 2 de agosto de 2011 14:34
Para: fabio.cunha@setebr.com
Assunto: Visita Brasfels

Fabio,
Conforme solicitado pelo Dr. Barusco, me coloco a sua disposicao para
coordenar a visita ao estaleiro na proxima quinta dia 4 apartir das 14
horas. Favor me passar os nomes dos visitantes com o numero da identidade e
outras informacoes que achar conveniente.
Sds
Zwi
Cel:021 87028702
P.S. Se necessario me ligue
```

Confidential                                                                                                                           KEPPEL00010458

BlackBerry®Oi.

-----

Nenhum vírus encontrado nessa mensagem.
Verificado por AVG - www.avgbrasil.com.br
Versão: 10.0.1390 / Banco de dados de vírus: 1518/3807 - Data de Lançamento: 08/03/11

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

Confidential  KEPPEL00010459