# EXHIBIT 25



STATE OF NEW YORK            )
                             )
                             )
COUNTY OF NEW YORK           )    ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range KEPPEL00011126 through KEPPEL00011128.

Matthew Garrison
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 12th day of June, 20 21,
by Matthew Garrison.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

Message

| | |
|---|---|
| **From:** | CARLA SHIMABUKURO [CARLA.SHIMABUKURO@kfelsbrasil.com.br] |
| **Sent:** | August 11, 2011 8:11:59 PM |
| **To:** | Kai Choong KWOK <kaichoong.kwok@keppelfels.com> |
| **CC:** | EDMUNDO SANTOS [edmundo.santos@kfelsbrasil.com.br] |
| **Subject:** | Comments from Fábio Cunha of SETE BRASIL company |

Sir,
Please see below the e-mail from Fábio Cunha of the SETE BRASIL company, regarding the visit that happened on August 4, 2011.

**Edmundo,**
**The visit was very fruitful and our investors and employees learned a lot about the construction of platforms/vessels.**
**The overall impression was good and reached the expected reduction in the risk perception of the project.**
**Thank you for your attention and your staff.**

| | |
|---|---|
| **From** | Fabio Cunha <fabio.cunha@setebr.com> |
| **To:** | EDMUNDO SANTOS <edmundo.santos@kfelsbrasil.com.br> |
| **Date** | Mon, August 8, 2011 8:17 AM |
| **Subject:** | RE: Brasfels Visit |

**Edmundo,**

**The visit was very productive and our investors and associates learned a lot about the construction of the semi-subs.**

**The overall impression was great and achieved the intended result- a lower perceived risk of the project.**

**Thanks to you and your staff for your attention.**

**Sincerely,**

**Fabio Cunha**

**Engineering & Projects**

*Sete Brasil Participações S.A.*

R. Humaitá 275/ Group 1302

Humaitá- Rio de Janeiro- Brasil

Tel: +55 21 2528-0080 Cell: +55 21 8493-8507

*From:* CARLA SHIMABUKURO [mailto:CARLA.SHIMABUKURO@kfelsbrasil.com.br] *Sent on:* Wednesday, August 3, 2011 11:45 AM
*To:* fabio.cunha@setebr.com
*Cc:* EDMUNDO SANTOS
*Subject:* Brasfels Visit

Good afternoon Fábio,

As requested, please let me know as soon as you have the shoe and smock sizes for the PPE.

Thanks,

-----Original Message-----
From: Fabio Cunha *[mailto:fabio.cunha@setebr.com]*
Sent: Tuesday, August 2, 2011 6:36 PM
To: *eagle@globo.com*
Cc: *ivan.hong@gmail.com*
Subject: RE: Brasfels Visit

Zwi,

We'll be leaving here Thursday the 4th, at 11:40 AM. We should be arriving at the shipyard at 2:30 PM and will leave to come back at 4:15 PM.
The invitees are:

Dr. Xu - CIC
Mr. Yangyang - CIC
Mr. Kevin Corrigan - EIG
Mr. Ivan Hong - SeteBr
Mr. Fabio Cunha - SeteBr - ▮▮▮▮▮

IDs will be sent later.

Thank you,


Sincerely,

Fabio Cunha
Engineering & Projects
Sete Brasil Participações S.A.
R. Humaitá 275/Group 1302
Humaitá- Rio de Janeiro- Brazil
Tel: +55 21 2528-0080 Cell: +55 21 8493-850

----Original message-----
From: Eagle *[mailto:eagle@globo.com]*
Sent on: Tuesday, August 2, 2011 2:34 PM

To: *fabio.cunha@setebr.com*
Subject: Brasfels Visit

Fabio,
As requested by Mr. Barusco, I am at your disposal to coordinate the visit to the shipyard next Thursday the 4th starting at 2 PM. Please send me the names of the visitors with their identification numbers and any other information you feel is appropriate.

Regards
Zwi
Cell:021 87028702
P.S. Call me  if necessary
BlackBerry®Oi.
-----
No virus was found in this message.
Verified by AVG - *www.avgbrasil.com.br*
Version: 10.0.1390/Virus database: 1518/3807 – Launch Date: 03/08/11


Carla Shimabukuro
Board Secretary
BrasFELS - Angra dos Reis - RJ
Tel: 55 (24) 3361-6043/55 (24) 9291-4024 - Extension: 6043
Email: carla.shimabukuro@kfelsbrasil.com.br
_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

Confidential

KEPPEL00011128

Message

| | |
|---|---|
| **From:** | CARLA SHIMABUKURO [CARLA.SHIMABUKURO@kfelsbrasil.com.br] |
| **Sent:** | 11/8/2011 8:11:59 PM |
| **To:** | Kai Choong KWOK <kaichoong.kwok@keppelfels.com> |
| **CC:** | EDMUNDO SANTOS [edmundo.santos@kfelsbrasil.com.br] |
| **Subject:** | Comments from Fábio Cunha of SETE BRASIL company |

Sir,
Please see below the e-mail from Fábio Cunha of the SETE BRASIL company, regarding the visit that happened on 04/08/2011.

**Edmundo,**
**The visit was very fruitful and our investors and employees learned a lot about the construction of platforms/vessels.**
**The overall impression was good and reached the expected reduction in the risk perception of the project.**
**Thank you for your attention and your staff.**

---

| | |
|---|---|
| **De** | Fabio Cunha <fabio.cunha@setebr.com> |
| **Para:** | EDMUNDO SANTOS <edmundo.santos@kfelsbrasil.com.br> |
| **Data** | Seg, Ago 8, 2011  8:17 . |
| **Assunto:** | RES: Visita Brasfels |

**Edmundo,**

**A visita foi muito proveitosa e nossos investidores e colaboradores aprenderam muito sobre a construção de semi-subs.**

**A impressão geral foi ótima e atingiu o resultado esperado- redução da percepção de risco do projeto.**

**Obrigado por sua atenção e do seu pessoal.**

**Atenciosamente,**

**Fabio Cunha**

**Engenharia & Projetos**

*Sete Brasil Participações S.A.*

R. Humaitá 275/ Grupo 1302

Humaitá- Rio de Janeiro- Brasil

Tel: +55 21 2528-0080 Cel: +55 21 8493-8507

Confidential                                                                                                    KEPPEL00011126

*De:* CARLA SHIMABUKURO [mailto:CARLA.SHIMABUKURO@kfelsbrasil.com.br]
*Enviada em:* quarta-feira, 3 de agosto de 2011 11:45
*Para:* fabio.cunha@setebr.com
*Cc:* EDMUNDO SANTOS
*Assunto:* Visita Brasfels


Boa tarde Fábio,

Conforme solicitado, por favor assim que tiver a numeração de calçado e jaleco dos EPI's me informar.

Grata,

-----Original Message-----
From: Fabio Cunha *[mailto:fabio.cunha@setebr.com]*
Sent: terça-feira, 2 de agosto de 2011 18:36
To: *eagle@globo.com*
Cc: *ivan.hong@gmail.com*
Subject: RES: Visita Brasfels

Zwi,

Estaremos saindo daqui na quinta dia 4, às 11:40h. Deveremos estar chegando no estaleiro às 14:30h e saindo de volta às 16:15h.
Os convidados são:

Dr. Xu - CIC
Sr. Yangyang-CIC
Sr. Kevin Corrigan-EIG
Sr. Ivan HongSeteBr
Sr. Fabio Cunha - SeteBr - ▉▉▉▉▉

Os IDs estarão sendo enviados posteriormente.

Obrigado,


Atenciosamente,

Fabio Cunha
Engenharia & Projetos
Sete Brasil Participações S.A.
R. Humaitá 275/ Grupo 1302
Humaitá- Rio de Janeiro- Brasil
Tel: +55 21 2528-0080 Cel: +55 21 8493-850

----Mensagem original-----
De: Eagle *[mailto:eagle@globo.com]*
Enviada em: terça-feira, 2 de agosto de 2011 14:34

Confidential
KEPPEL00011127

Para: *fabio.cunha@setebr.com*
Assunto: Visita Brasfels

Fabio,
Conforme solicitado pelo Dr. Barusco, me coloco a sua disposicao para coordenar a visita ao estaleiro na proxima quinta dia 4 apartir das 14 horas. Favor me passar os nomes dos visitantes com o numero da identidade e outras informacoes que achar conveniente.

Sds
Zwi
Cel:021 87028702
P.S. Se necessario me ligue
BlackBerry®Oi.
-----
Nenhum vírus encontrado nessa mensagem.
Verificado por AVG - *www.avgbrasil.com.br*
Versão: 10.0.1390 / Banco de dados de vírus: 1518/3807 - Data de Lançamento: 08/03/11


Carla Shimabukuro
Secretária da Diretoria
BrasFELS - Angra dos Reis - RJ
Tel: 55 (24) 3361-6043 / 55 (24) 9291-4024 - Ramal: 6043
E-mail: carla.shimabukuro@kfelsbrasil.com.br

---
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
---

Confidential
KEPPEL00011128