# EXHIBIT 26



STATE OF NEW YORK       )
                        )
                        )
COUNTY OF NEW YORK      )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range KEPPEL00020438 through KEPPEL00020440.

Matthew Garrison
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 12th day of June, 2021,
by Matthew Garrison.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

| | |
|---|---|
| **Message** | |
| **From:** | guiaoilegas@guiaoilegas.com [guiaoilegas@guiaoilegas.com] |
| **Sent:** | August 16, 2011 9:52:48 PM |
| **To:** | Tommy Sam [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam] |
| **Subject:** | Pipeline sector has deadline to meet ANP [Brazilian National Agency of Petroleum, Natural Gas, and Biofuels] Regulations |



### Market News – August 16, 2011

**Pipeline Sector has deadline to meet ANP regulations**
The National Agency of Petroleum, Natural Gas, and Biofuels (ANP) established that the operators of onshore pipelines…

**Transocean launches an US$1.4 billion offer to Aker Drilling**
Transocean, a major American company in the offshore drilling world, launched an offer of US$1.43 billion…

**Project will train workers for Fertilizer Plant**
With the presence of the Minister of Social Development and the Fight Against Hunger, Tereza Campello, and the Director of Gas & Energy of Petrobras…

**Sete Brasil receives contribution from EIG Fund**
While fears of a slowdown in the world's major economies are plaguing the markets…

**Petrobras executes agreement with Itaboraí City Hall**
While awaiting fulfilment of the Basic Environmental Plan of the Petrochemical Complex of Rio de Janeiro (Comperj)…

**Sonangol in the Santos Pre-Salt Basin**
Sonangol will be drilling its first exploratory well in the Santos Basin until the end of this month…

**US$2.5 billion in biofuels until 2015**
Petrobras, through Petrobras Biocombustível, will invest US$2.5 billion in expanding production…

**Wireless seismic sensors**
The Applied Computational Intelligence Laboratory at PUC-Rio is conducting studies…

**OSX will participate in the bidding process for twenty-one rigs of Petrobras**
OSX, the platform leasing and construction company of the Eike Batista group, already prepared a proposal….

**HRT wants thermal energy in Amazonas**
HRT executed two memoranda of understanding with power generation companies to build…

# GET IT NOW!!! THE 2011 PRINT VERSION

Gentlemen,

The print version of the **2011 Brazil Oil & Gas Guide** is now available. With **more than 400 pages,** the new edition includes more than **7,500 national and foreign companies which comprise the chain of suppliers of goods and services of the oil and gas industry, and the shipbuilding and offshore sector.**

In order to facilitate its consultation, the **2011 Brazil Oil & Gas Guide** was divided into **eight sections: Associations, Institutes, Organizations, and Syndicates; Biodiesel; Pipelines; Exploration and Production; Petrochemical; Products; Refineries**, and **Services.** In all, **more than 200 activities from the chain of equipment and product suppliers, almost 200 services, and approximately 100 entries from the pipeline segment** are listed.

Get your copy. **The purchase price is R$300.00 (shipping costs included).** Send an email to: priscila@guiaoilegasbrasil.com.br

**Purchase Information:**

Company Name:

Address: District:

Postal Code: City: State

Tel.: Fax:

Corporate Tax Roll [CNPJ] No.:

Municipal or State Registration:

Contact Person:

Note: After confirming payment, you will be sent a copy of the invoice and the guide via Sedex.

For more information, contact:

Priscila Lourenço – Sales

Tel.: (21) 2697-4509 Cell: (21) 9404-1879

Email: priscila@guiaoilegasbrasil.com.br

> Website: www.guiaoilegas.com.br
>
> "He who walks alone goes quicker. He who walks together goes farther."

If you do NOT wish to receive these emails, click this link

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

Confidential                                                                                                          KEPPEL00020440



STATE OF NEW YORK           )
                            )
                            )
COUNTY OF NEW YORK          )   ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached Valor news article titled *Sete Brasil Receives Contribution from EIG Fund* dated August 15, 2011.

_____
Matthew Garrison
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 12th day of June, 2021,
by Matthew Garrison.

_____
Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

https://valor.globo.com/noticia/2011/08/15/sete-brasil-recebe-aporte-do-fundo-eig.ghtml
[Valor – Globo.com - Article, August 15, 2011 – Sete Brasil Receives Contribution from EIG Fund]



[…]

### Sete Brasil Receives Contribution from EIG Fund

By Marcelo Mota, Rio de Janeiro — Valor

August 15, 2011 12:00 a.m. · Updated 9 years ago



Ferraz, President of Sete Brasil, believes the company can be awarded with the majority of Petrobras orders for rig procurement - Photo: Aline Massuca/Valor

While fears of a slowdown in the world's major economies are plaguing the markets, some feel safe enough to make long-term investments. The decision comes from American fund Energy & Infrastructure Group (EIG), which allocated R$250 million for the production in Brazil of oil exploration rigs in the pre-salt layer. It will be the first foreign investor in Sete Brasil, a company that has Petrobras and seven other Brazilian companies as members, which includes pension funds and banks.

"Turmoil does not frighten us," is what Kevin Corrigan, head of EIG's business in Latin America, told **Valor**. "We are corporate investors specialized in the energy sector."

Created in 1982, EIG has already developed fifteen funds dedicated to the sector. The most recent, from which the capital will come, has a net worth of US$4.1 billion, of which US$3 billion is still in search for ventures. "We have a lot of investments in oil production, but this is the first one in ultra-deep exploration rigs," said Corrigan.

Another R$250 million is being added to EIG's resources, which will be contributed by Luce Drilling, a company owned by Aldo Floris, an Italian who has become a naturalized Brazilian. Both are waiting for the results of the call for tenders involving another twenty-one rigs by Petrobras, which will receive proposals from interested parties in a month, to join the R$1.9 billion already capitalized in Sete Brasil by the pension funds Petros, Funcef, Previ, and Valia, and by the banks Bradesco, Santander, and BTG Pactual.

João Carlos Ferraz, Sete Brasil's CEO, estimates that odds are high for the company to "win, if not all, a large share of such batches." He believes that, as the scale grows, margin increases for Sete Brasil, which is competing against companies in Korea and China where the cost is up to 17% lower. In order to produce in Brazil and offer Petrobras internationally competitive prices, in addition to the growing scale, Ferraz also presents financial support and a model that revolves around Sete Brasil, a company that was created as a project within Petrobras' financial area about two years ago, when the government company was tackling the challenge of producing oil in the pre-salt layer while still complying with the nationalization rates required by ANP (the National Petroleum Agency).

According to Corrigan, EIG felt safe about the investment thanks to the risk mitigation fostered by such design, which allows, for instance, a longer time for the production of rigs: while in Korea a vessel like these is produced in 2.5 years, in the contracts already executed with Sete Brasil for the production of seven rigs, the average time is about four years.

According to Ferraz, the financial equation is also decisive. The first step was to establish a robust company. "With our capital, we can survive at least two years without raising funds," noted Ferraz. But the idea is to raise funds, and quite a lot of them. To improve the operating margin, Sete Brasil intends to leverage itself, with a debt ratio of three to one in relation to capital. This is above the segment average, which, according to him, is around 65% debt to 35% capital.

The executive forecast that the initial funding should originate in BNDES. Ferraz did not disclose the amount requested from the development bank, but believes that the projects' profile easily fits the company's criteria.

Message

| | |
|---|---|
| **From:** | guiaoilegas@guiaoilegas.com [guiaoilegas@guiaoilegas.com] |
| **Sent:** | 16/8/2011 9:52:48 PM |
| **To:** | Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam] |
| **Subject:** | Setor dutoviário tem prazo para atender à regulamentação da ANP |



## Notícias do mercado - 16/08/2011

### Setor dutoviário tem prazo para atender à regulamentação da ANP

A Agência Nacional do Petróleo, Gás Natural e Biocombustíveis (ANP) estabeleceu que as operadoras de dutos terrestres...

### Transocean lança oferta de US$ 1,4 bilhão pela Aker Drilling

A americana Transocean, maior companhia do mundo de perfuração offshore, lançou uma oferta de US$ 1,43 bilhão...

### Projeto capacitará mão de obra para Fábrica de Fertilizantes

Com a presença da ministra de Desenvolvimento Social e Combate à Fome, Tereza Campello, e da diretora de Gás & Energia da Petrobras...

### Sete Brasil recebe aporte do fundo EIG

Enquanto temores de desaceleração nas principais economias do mundo assolam os mercados...

### Petrobras assina convênio com a Prefeitura de Itaboraí

Em atendimento ao cumprimento do Plano Básico Ambiental do Complexo Petroquímico do Rio de Janeiro (Comperj)...

### Sonangol no pré-sal de Santos

A Sonangol irá perfurar até o fim deste mês o seu primeiro poço exploratório na Bacia de Santos...

### US$ 2,5 bilhão em biocombustíveis até 2015

A Petrobras, por meio da Petrobras Biocombustível, investirá US$ 2,5 bilhões na ampliação da produção...

### Sensores sísmicos wireless

O Laboratório de Inteligência Computacional Aplicada da PUC-Rio conduz estudos...

### OSX vai participar da licitação das 21 sondas da Petrobras

A OSX, empresa de construção e arrendamento de plataformas do grupo de Eike Batista, já preparou a proposta...

**HRT quer térmica no Amazonas**

A HRT assinou dois memorandos de entendimento com empresas de geração de energia para a construção...

**ADQUIRA JÁ!!! A VERSÃO IMPRESSA 2011:**

Prezados Senhores,

Já está à disposição a versão impressa do **Guia Oil & Gas Brasil 2011**. Com **mais de 400 páginas**, a nova edição reúne mais de **7500 empresas nacionais e estrangeiras que integram a cadeia de fornecedores de bens e serviços da indústria de petróleo e gás e do setor naval e offshore.**

Parar facilitar a consulta, o **Guia Oil & Gas Brasil 2011** foi **dividido em oito seções**: **Associações, Institutos, Organizações e Sindicatos**; **Biodiesel**; **Dutos**; **Exploração e Produção**; **Petroquímica**; **Produtos**; **Refinarias** e **Serviços**. No total estão listadas **mais de 200 atividades da cadeia de fornecedores de equipamentos e produtos, quase 200 de serviços e cerca de 100 do segmento de dutos.**

Adquira o seu exemplar. O **valor da aquisição é de R$ 300,00 (frete sedex já incluso)**. Enviei um e-mail para: priscila@guiaoilegasbrasil.com.br

**Dados para aquisição:**

Razão Social:

Endereço: Bairro:

Cep: Cidade: Estado:

Tel.: Fax:

CNPJ:

Inscrição Estadual ou Municipal:

Pessoa de contato:

Obs.: Após a confirmação do pagamento, será enviado nota fiscal e o exemplar do guia via sedex.

Maiores Informações,

Priscila Lourenço - Comercial

Tel.: (21) 2697-4509 Celular: (21) 9404-1879

E-mail: priscila@guiaoilegasbrasil.com.br

Confidential
KEPPEL00020439

Site: www.guiaoilegas.com.br

"Quem caminha só, vai mais rápido. Quem caminha junto vai mais longe."

Para NÃO fazer mais parte desta lista de envio de informações, acesse este link.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

Confidential                                                                                                        KEPPEL00020440



 Gerontólogos Alexandre Kalache e Alexandre da Silva falam da ameaça de "sindemia"

Segunda, dia 7, às 11h ➡

# Sete Brasil recebe aporte do fundo EIG

**Por Marcelo Mota, Do Rio** — Valor

15/08/2011 00h00 · Atualizado há 9 anos



Ferraz, presidente da Sete Brasil, acredita que pode ganhar a maioria das encomendas da Petrobras para contratação de sondas — Foto: Aline Massuca/Valor

Enquanto temores de desaceleração nas principais economias do mundo assolam os mercados, há quem tenha serenidade para fazer investidas de longo prazo. Foi o que decidiu o fundo americano Energy & Infrastructure Group (EIG), que destinou R$ 250 milhões para a produção, no Brasil, de sondas de exploração de petróleo na camada pré-sal. Será o primeiro estrangeiro na Sete Brasil, empresa que tem como sócios a Petrobras e outros sete brasileiros, entre fundos de pensão e bancos.

"Turbulência não nos assusta", disse ao **Valor** o responsável pelos negócios do EIG na América Latina, Kevin Corrigan. "Somos investidores institucionais especializados no setor de energia".

Criado em 1982, o EIG já desenvolveu 15 fundos dedicados ao setor. O mais recente, do qual sairão os recursos, reúne um patrimônio de US$ 4,1 bilhões, US$ 3 bilhões dos quais ainda em busca de oportunidades. "Investimentos na produção de petróleo temos bastante, mas em sondas de exploração ultraprofunda é o primeiro", disse Corrigan.

Aos recursos do EIG se somam outros R$ 250 milhões, que serão aportados pela Luce Drilling, empresa do italiano naturalizado brasileiro Aldo Floris. Ambos aguardam pelos resultados da concorrência para a contratação de mais 21 sondas pela Petrobras, que receberá propostas dos interessados em um mês, para se juntarem aos R$ 1,9 bilhão já capitalizados na Sete Brasil pelos fundos de pensão Petros, Funcef, Previ e Valia, e pelos bancos Bradesco, Santander e BTG Pactual.

Nas estimativas do presidente da Sete Brasil, João Carlos Ferraz, são boas as chances de a companhia "ganhar, se não todos, grande parte desses lotes". Conforme a escala cresce, segundo ele, melhora a margem da Sete Brasil, que concorre com empresas de Coreia e China, onde o custo é até 17% mais baixo. Para produzir no Brasil e oferecer à Petrobras preços competitivos internacionalmente, além da escala crescente Ferraz se vale também do suporte financeiro e do modelo desenhado em torno da Sete Brasil, que nasceu como um projeto dentro da área financeira da Petrobras, há cerca de dois anos, quando a estatal se viu diante do desafio de produzir petróleo no pré-sal sem deixar de atender aos índices de nacionalização de componentes exigidos pela Agência Nacional do Petróleo (ANP).

Segundo Corrigan, o EIG se sentiu seguro quanto ao investimento graças à mitigação do risco promovida por esse desenho, que prevê, por exemplo, um tempo mais dilatado para a produção das sondas: enquanto na Coreia uma embarcação como essas é produzida em 2,5 anos, nos contratos já celebrados com a Sete Brasil para a produção de sete sondas o tempo médio é de cerca de quatro anos.

A equação financeira também é decisiva, segundo Ferraz. O primeiro passo foi a constituição de uma empresa robusta. "Com o capital consigo sobreviver pelo menos dois anos sem captar", disse Ferraz. Mas a ideia é captar, e muito. Para melhorar a margem da operação, a Sete Brasil pretende se alavancar, com proporção de dívida de três para um, em relação ao capital. Acima da média do segmento, que, segundo ele, gira em 65% de dívida para 35% de capital.

Os primeiros recursos dessa natureza devem sair, aposta o executivo, do BNDES. Ferraz não revela o montante solicitado ao banco de fomento, mas acredita que o perfil dos projetos se encaixem facilmente nos seus critérios.