# EXHIBIT 27

## Message

| | |
|---|---|
| **From:** | ADRIANA FARAH [ADRIANA.FARAH@kfelsbrasil.com.br] |
| **Sent:** | 15/8/2011 7:20:49 PM |
| **To:** | Kai Choong KWOK [kaichoong.kwok@keppelfels.com]; EDMUNDO SANTOS [edmundo.santos@kfelsbrasil.com.br] |
| **CC:** | zwi@eaglebr.com.br; Betty MOK [KFE-HRD] [betty.mok@keppelfels.com]; LOW Tiau Tong [KFE-PROD] [tiautong.low@keppelfels.com]; Tommy SAM [tommy.sam@keppelfels.com]; Yew Yuen CHOW [KOM-USA] [yewyuen.chow@keppelom-usa.com]; GILBERTO ISRAEL [GILBERTO.ISRAEL@kfelsbrasil.com.br]; LUIZ QUEIROZ [luiz.queiroz@kfelsbrasil.com.br] |
| **Subject:** | RE: Film Sete |
| **Attachments:** | ADRIANA FARAH.vcf |

Dear Mr.Kc,

Noted. Will liaise with Zwi.

Best Regards

Adriana Farah
Administrative Supervisor
adriana.farah@kfelsbrasil.com.br
(21) 21029424

>>> Kai Choong KWOK <kaichoong.kwok@keppelfels.com> 15/8/2011 16:05
>>>
Adriana - plse liaise with Dr Zwi on the details and arrangements and organize accordingly.

Edmundo -plse co-ordinate.

Thks.

KC

-----Original Message-----
From: Yew Yuen CHOW [KOM-USA]
Sent: Monday, August 15, 2011 10:52
To: zwi@eaglebr.com.br
Cc: Kai Choong KWOK; Tommy SAM; GILBERTO ISRAEL
Subject: Re: Film Sete

Go ahead but our people must be involved. We must approve the final version before release. Rgds, yy

Sent from Samsung mobile

Zwi <zwi@eaglebr.com.br> wrote:


YY,
Please do not forget about Sete film, to be done on 24th of August Brasfels, please give me your instructions. I need to answer Mr. Barusco request until tomorrow.
Rgds
Zwi
BlackBerry(r)Oi.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
---

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
---

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
---

Confidential                                                                                                      KEPPEL00030276