# EXHIBIT 28

Message

| | |
|---|---|
| From: | Barbara Olsen [bolsen@barringtonmedia.com] |
| Sent: | 20/8/2011 5:53:52 AM |
| To: | ADRIANA FARAH [ADRIANA.FARAH@kfelsbrasil.com.br] |
| CC: | Kevin Corrigan [kevin.corrigan@eigpartners.com]; Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam]; Kai Choong KWOK <kaichoong.kwok@keppelfels.com; BETTY MOK [BETTY.MOK@kfelsbrasil.com.br]; luiz.reis@lakeshorepartners.com.br; Valeria Mello [valeria.mello@setebr.com] |
| Subject: | Re: Videotape Brasfels shipyard on 8/24 |

Adriana

Very good. I will contact the production company and get you names as soon as possible.

Thank you.

*Barbara Olsen*
*Barrington Media*
*6210 Wilshire Blvd.*
*Suite 300*
*Los Angeles, CA 90048*
*O. 323.934.5800*
*M. 323.804.8400*
*www.Barringtonmedia.com*
*bolsen@barringtonmedia.com*


-----Original message-----
**From:** ADRIANA FARAH <ADRIANA.FARAH@kfelsbrasil.com.br>
**To:** Barbara Olsen <bolsen@barringtonmedia.com>
**Cc:** Kevin Corrigan <kevin.corrigan@eigpartners.com>, "tommy.sam@keppelfels.com" <tommy.sam@keppelfels.com>, "Kai Choong KWOK <kaichoong.kwok@keppelfels.com" <Kai Choong KWOK <kaichoong.kwok@keppelfels.com>, BETTY MOK <BETTY.MOK@kfelsbrasil.com.br>, "luiz.reis@lakeshorepartners.com.br" <luiz.reis@lakeshorepartners.com.br>, Valeria Mello <valeria.mello@setebr.com>
**Sent:** Fri, Aug 19, 2011 21:36:34 GMT+00:00
**Subject:** Re: Videotape Brasfels shipyard on 8/24

Dear Barbara


Ok, i will be there next wednesday.

Kindly send me the full name of people from your crew.
Any issue you may contact me on the 24-92693960

Best regards


Adriana Farah
Administrative Supervisor
adriana.farah@kfelsbrasil.com.br
(21) 21029424

>>> Barbara Olsen <bolsen@barringtonmedia.com> 19/8/2011 17:32 >>>
Hi Adriana:

Valeria Mello at Sete Brasil has told me that you will escort me and my

Confidential                                                                                                           KEPPEL00020435

video crew on 8/24 so that we may videotape the Brasfels shipyards on 8/24. I will have 2-3 people with me in my crew. My plan is to drive to Brasfels on the morning of 8/24 and arrive at Brasfels at approximately 10:00 AM in the morning. I would like to videotape your operations for approximately 2-3 hours.

Thank you very much for your help and I look forward to meeting you. Thank you!

Barbara Olsen | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA  90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

Confidential
KEPPEL00020436