# EXHIBIT 36

| To: | Nora MARSUKI [KOM-LEGAL][nora.marsuki@keppelom.com]; Jeff CHOW [KOM-LEGAL][jeff.chow@keppelom.com] |
|---|---|
| From: | Nora MARSUKI [KOM-LEGAL][nora.marsuki@keppelom.com] |
| Sent: | Mon 19/9/2011 11:45:55 PM (UTC) |
| Subject: | Conversation with Nora MARSUKI [KOM-LEGAL], Jeff CHOW [KOM-LEGAL] |

Jeff CHOW [KOM-LEGAL] [7:36 AM]:
  Nora, can you find the Eagle Do Brasil commission agreement for P61 and email me a soft copy. Urgent.
Nora MARSUKI [KOM-LEGAL] [7:37 AM]:
  ok. let me look for it now
Jeff CHOW [KOM-LEGAL] [7:38 AM]:
  Type this message to YY.
Nora MARSUKI [KOM-LEGAL] [7:38 AM]:
  ok
Jeff CHOW [KOM-LEGAL] [7:39 AM]:
  Will need to prepare Commission Agreement with Eage for the 1.5%. Is this okay, as he will have to show that this is all he is getting?

Nora MARSUKI [KOM-LEGAL] [7:39 AM]:
  to text to him?
Jeff CHOW [KOM-LEGAL] [7:40 AM]:
  No. Type on paper and see how to get to him.
Nora MARSUKI [KOM-LEGAL] [7:40 AM]:
  ok

Confidential