# PETROBRAS

## Pre Salt Province



Confidential

KEPPEL00040833

# PETROBRAS

## Santos Basin Pre Salt Pole



| Blocks | Consortia |
|--------|-----------|
| BMS-8 | BR (66%), SH (20%) e PTG (14%) |
| BMS-9 | BR (45%), BG (30%) e RPS (25%) |
| BMS-10 | BR (65%), BG (25%) e PAX (10%) |
| BMS-11 | BR (65%), BG (25%) e PTG (10%) |
| BMS-21 | BR (80%), PTG (20%) |
| BMS-22 | EXX (40%), HES (40%) e BR (20%) |
| BMS-24 | BR (80%), PTG (20%) |

- The blue area represents the expected Pre-salt location
- Total Area: 149,000 km2 (55,000 sq-mi)
- Area under Concession: 41,772 km2 (15,342 sq-mi) @ 28%
- Area still to be conceded: 107,228 km² @ 72%



7

Confidential



Confidential

KEPPEL00040835

# PETROBRAS

## Santos Basin Pre Salt in Comparison with Campos Basin



- Considering the 6 already conceded blocks (28%), they represent 150% of Campos Basin total area

Confidential

KEPPEL00040836

# PETROBRAS

## Brazilian Pre Salt Province in Comparison with Gulf of Mexico



10

Confidential

# PETROBRAS

## Enhancing Reserves

Santos Pre-Salt volumes have <u>more than doubled</u> the existing Brazilian reserves:
considering recoverable capacity already announced + transfer of rights compensation



\* SPE Criteria
\*\* include Petrobras and Partners

Confidential

KEPPEL00040838

**PETROBRAS**

# Contents

The Brazilian Pre Salt Province

The Sustainability of the Drilling Activities in Brazil

The Main Risks for the "Brazil Initiative"

Petrobras' Strategy for Implementing the Project

Project's Main Benefits

Final Remarks

Confidential

# Oil and Gas Production Targets 2010-2020



Confidential

# Oil and Gas Production Targets Growth: Supermajors and Petrobras



Confidential                                                           KEPPEL00040841

# PETROBRAS

## The *South Cluster* of Pre-Salt Drilling Schedule

- In all already conceded blocks in Pre-Salt 31 wells have been drilled resulting in a 87% success rate.[1]

- Considering only Pre-Salt *South Cluster* (Santos Basin) 15 wells have been drilled with a 100% success rate.[1]

- So far, 5 ultra deepwater drilling rigs are in use.[1]



• 1st *Brazilian* Drilling Rig starts to operate
**2014**

•Guará, Caramba e Iara
**2012-2013**

•1st Drilling rig from the *Intl* Package starts to operate
**2011**

•Bem-Te-Vi, Tupi, Parati e Carioca
**2010-2011**

• 1st Oil Production in Pre-Salt
**2009**

•Acquisition of the Santos Basin Pre-Salt blocks
**2000**

•Tupi discovery announcement
**2007**

(1) Source: Petrobras – as of April, 2010

15

Confidential

KEPPEL00040842

# PETROBRAS

## Pre Salt Highlights



- **Total Area: 149,000 km²**
  - Area under concession: 41,772 km² (~28%) [1]
  - Area to be auctioned: 107,228 km² (~72%) [1]
- **Depth:**
  - 1.000-3.000 meters (water line)
  - Up to 7.000 depth (wells)
- **Fields:**
  - Santos Basin:  8-12 billion boe [2]
  - Campos Basin: 8-9 billion boe
- **Wells:**
  - Campos Basin: over  630
  - Santos Basin Pre Salt: 15 [3]

- Most of Petrobras' Business Plan is based on a fast track plan for maximizing the oil production in the Pre Salt area;

- For achieving such goals, a huge and long term drilling program is being implemented;

- A local drilling business market for operators, crews, shipyards, suppliers, technology and investors is being created and will be active for decades.

Note  (1): Not including the transfer of rights with compensation area
       (2): Considering only Tupi & Iara
       (3): as of April, 2010

16

Confidential

# PETROBRAS

## Drilling Rigs Demand (known)







- The 6 conceded blocks in the Pre Salt South Cluster area generate a long term demand of 40 drilling rigs;

- 1st set of 12 units: contracted back in 2008 and are expected to be delivery up to 2012;

- 28 remaining units: to be built in Brazil, and will be delivery from 2013 through 2018.

17

Confidential

KEPPEL00040844

# PETROBRAS

## New areas in Pre Salt - Transfer of Rights with Compensation



- After Petrobras started its recent program for contracting new drilling rigs (2008 and 2009) new areas in Pre Salt South Cluster have been added to Petrobras' portfolio;

- These new areas (Transfer of Rights with Compensation) mount approx. 3,900 $km^2$, or almost 10% of the already conceded area in Pre Salt;

- For these new blocks, Petrobras is the sole concessionaire.

Confidential

KEPPEL00040845

# PETROBRAS

## Contents

The Brazilian Pre Salt Province

The Sustainability of the Drilling Activities in Brazil

The Main Risks for the "Brazil Initiative"

Petrobras' Strategy for implementing the Project

Project's Main Benefits

Final Remarks

Confidential

KEPPEL00040846

**PETROBRAS**

# Main Risks and Challenges

Being a new industry, the rigs pioneer construction in Brazil must be preceded by careful assessment of all associated risks and include a package of mitigation factors:

### Credit Risk
- Intensive capital activity, there will be a great challenge for raising a massive volume of funds (equity and debt), ballasted with the charter contracts receivables

### Guarantees
- The guarantees package quality will mandatory for financing the project and its feasibility: DSCR, FGCN, Reserve Accounts, Portfolio Finance, Renewal and Performance Funds, etc.

### Shortfall of Revenues
- The final quality of the rigs and the Operator performance will be fundamental for guaranteeing the cash generation for repaying all obligations

### Technological Risk
- This is associated with the pioneer construction in Brazil, and must be mitigated to avoid difficulties with the construction process and the final quality of the rigs

### Charter Daily Rates
- All Charter and Services Daily Rates must be within international market parameters, otherwise no rig will be selected and contracted

### Delay and Cost Overrun
- The pioneer construction in Brazilian shipyards may lead to a loss of productivity, delays and higher costs. Mitigation: use of a proven wide accepted design, association with experienced contractors and FGCN



20

# PETROBRAS

## Risks and Mitigations

| RISKS | MITIGATING FACTORS | |
|---|---|---|
| | **Traditional** | **Additional** |
| **Non acceptance** upon delivery from shipyard | Use of a widely accepted design and a high performance shipyard with a successful history of construction | PB permanent supervision of shipyard's works and enforcing a high standard and experienced contractor association |
| **Delay** in delivery | Use of a high performance shipyard, warranties and liquidated damages | FGCN, contracting 7 identical units (learning curve) & enforcing shipyard association w/ an expert contractor |
| **Cost Overrun** | Use of a proved design, guarantee packages and insurance policies (BAR, DSU) | "Learning Curve" providing increase of productivity, shipyard collateral (FGCN), parametric index (pricing realignment) |
| Operator Low **Performance** | Use of a high standard and proved Operator and insurance policies | "Performance Fund", mechanism for Operator replacement, Operator & Petrobras as Company's shareholders |
| **Financing** (Credit) | Use of robust DSCR (over 1.20), assets residual value and an actual secondary market for such assets | Portfolio Finance structure, "Renewal and Performance Funds", PB as sponsor and construction supervisor and FGCN |
| **Market Prices** (for Daily Rates) | Long term contracts for drilling units chartering | Finance structure efficiency, longer tenors for debt repayment and comprehensive risks mitigation package |

21

Confidential

PETROBRAS

# Contents

The Brazilian Pre Salt Province

The Sustainability of the Drilling Activities in Brazil

The Main Risks for the "Brazil Initiative"

Petrobras' Strategy for implementing the Project

Project's Main Benefits

Final Remarks

Confidential

# PETROBRAS

## Petrobras' strategy for contracting the *Brazilian* drilling rigs

**PLAN A**

- To bid among regular drilling services contractors, offering a 10-year charter/services contract, but including a provision demanding the drilling rig construction in Brazilian shipyards

**PLAN B**

- To create a finance structure, initially associating Petrobras with Finance Investors, which will contract the drilling rigs construction in Brazilian shipyards, but eventually transferring Petrobras' shares to pre selected traditional drilling operators

Both bid processes will be run in parallel and will end simultaneously, allowing Petrobras to arbitrate by comparing charter daily rates from each alternative. Petrobras may choose the drilling rigs from the best PLAN or even to contract rigs from both options.

23

**PETROBRAS**

## Finance Structure Requirements

- To make the Project feasible the structure must:
  - comply with the premise of constructing the rigs in Brazilian shipyards;
  - require charter daily rates within international market parameters;
  - be bankable;
  - transfer drilling rigs ownership to drilling contractors;
  - attract interest from market regular players (drilling contractors, etc.);
  - be off balance sheet and non recourse to Petrobras.

- To reach such goals, the structure incorporates several features:
  - increase the tenor of the financing and its duration;
  - charter contract tenor detached from financing amortization schedule;
  - drilling rigs construction under Petrobras' permanent supervision;
  - risks mitigation enhancements, specially for rigs operation phase.

The structure shall enable the creation of a new and soundness market for drilling units in Brazil, including construction, operation and investments, with the participation of new *"Stakeholders"*

24

KEPPEL00040851

**PETROBRAS**

## Main Players Objectives - Petrobras and Brazilian Government

All Players were identified and their main objectives identified to be satisfied

**PETROBRAS**

- To ensure the availability of its demand for drilling rigs for Pre Salt application, minimizing charter costs and associated risks

**GOVERNMENT**

- To make use of Petrobras' huge drilling rigs orders for promoting the creation of a new, modern and competitive naval industry in Brazil

25

Confidential

**PETROBRAS**

# Benefits to Project Potential Players



- Downward interest rates scenario in Brazil provides the required incentive for Brazilian investors to evaluate new business opportunities
- Opportunity to participate in projects that may provide higher expectation of ROCE
- Explore "new business opportunities" together with Petrobras
- Brazilian Pension Funds become natural and important investors targets

- Natural interest in this business niche
- Although interest maybe high, involved risks may impair their participation, which can be resolved by Petrobras' structure and strategy
- Some have limited capacity to develop a large number of project simultaneously
- Unique opportunity to participate in multiple projects in one shot
- Brazilian local operators, whereas experience proof and reliable, become natural targets
- Other international reliable operators may also participate.

- BNDES will have an important and leading role for financing rigs construction, taking most of the long term debt;
- FGCN will reduce the construction risks perception and may enhance a higher interest from other potential financing entities, including ECAs;
- PRE SALT is attracting global recognition and calling attention from local and international financial investors and debt providers;
- Extra interest from other potential investors → to participate together with Petrobras in the creation of a new business niche

Confidential

# The Basic Structure for Each Drilling Unit



Confidential

KEPPEL00040854

# PETROBRAS

## Operators Revenues

**Each of the selected Operators will have the right for 2 different flow of revenues:**

(1) Share of dividends generated by charter rates flows, as Owner Company shareholder

(2) 100% of the Services Contract Daily Rates



28

# PETROBRAS

## Charter Daily Rates Determination – Finance Model

- Petrobras' finance model determines what should be the <u>minimum charter daily rates</u> resulting out of a given drilling rig <u>construction cost</u>, so that there will be always enough revenue to cover all obligations and expenses, above an additional margin: the <u>Debt Services Covered Ratio</u> (DSCR), including:
  - Senior Debt Service repayment
  - Shareholders return (ROCE)
  - Administrative costs
  - Construction works management costs
  - Taxes
  - Funding of the Performance and Renewal Funds
  - Drilling Rig Operation expenses (plus Operator margin)
  - Rig insurances
  - Spare Parts
  - Others

29

KEPPEL00040856

# PETROBRAS

## Project Strategy Timeline



| Step 1 | Step 2 | Step 3 | Step 4 |
|---|---|---|---|

Petrobras & Financial Investors establish the Company

All contracts are executed:
- Charter & Services
- Rigs Construction
- Financing
- Construction Insurance

Upon delivery of the rigs, Petrobras will transfer all of its rights & obligations to a selected Operator

Upon termination of Charter Contract Term, "Operator" may acquire shares owned by Financial Investors

30

KEPPEL00040857

# PETROBRAS

## Contents

The Brazilian Pre Salt Province

The Sustainability of the Drilling Activities in Brazil

The Main Risks for the "Brazil Initiative"

Petrobras' Strategy for Implementing the Project

Project's Main Benefits

Final Remarks

KEPPEL00040858

# PETROBRAS

## Main benefits brought by the Finance Structure

| Benefits | Petrobras | Federal Govern | Investor | Operator |
|---|:---:|:---:|:---:|:---:|
| Feasibility for the rigs construction in Brazil, stimulating the creation of a new, modern and competitive naval construction in the Country | ✓ | ✓ | | |
| Availability for Petrobras of new and up to date drilling rigs with charter daily rates aligned to market prices | ✓ | | ✓ | ✓ |
| Non recourse structure to any shareholder (Petrobras, Finance Investors and Operators) | ✓ | | ✓ | ✓ |
| Low flow of disbursements for any shareholder (Petrobras, Finance Investors and Operators) | ✓ | | ✓ | ✓ |
| Long term charter contracts with a preferential right to purchase finance investors shares at the end of the charter term (by Operator) | | | | ✓ |
| Traditional and reliable operators will participate to use their experience in favor of the Project | ✓ | | | ✓ |
| Offshore Deepwater Drilling Operations will be fast developed in Brazil, creating a competitive, sound and sustainable new market in the Country | ✓ | ✓ | ✓ | ✓ |

32

KEPPEL00040859

# PETROBRAS

## Contents

The Brazilian Pre Salt Province

The Sustainability of the Drilling Activities in Brazil

The Main Risks for the "Brazil Initiative"

Petrobras' Strategy for implementing the Project

Project's Main Benefits

Final Remarks

Confidential

**PETROBRAS**

## Final Remarks

- Oil Industry is <u>definitively moving to Brazil</u>;

- Brazilian Authorities' requirements indicate an <u>upward trend for Brazilian goods and services participation</u>, in almost all applications;

- In some cases, <u>standard ways</u> of doing and implementing businesses <u>may not be so effective for overcoming the new challenges</u>;

- But it is <u>possible to achieve feasibility and even to increase profitability</u> in such scenarios of drastic changes;

- <u>Petrobras would like to invite all players</u> to join us in finding solutions for existing and new challenges, using <u>know-how, experience and creativity</u>.

- One may say that the <u>new environment would impair their business</u>. Well, could be ...

- But we strongly believe that it is always possible to make a tasteful and refreshing lemonade from a bitter lemon...

34

Confidential



Thank you

João Carlos M. Ferraz
PETROBRAS - Finance&Treasury
General Manager
jferraz@petrobras.com.br

Confidential