# EXHIBIT 39

**To:** ANG Ting Yang [KOM-CDD][TingYang.Ang@keppelom.com]; TAN Leong Peng [KFE-
ENGRG][leongpeng.tan@keppelfels.com]; Jerald LEE Quan Ti[jerald.lee@keppelfels.com]
**Cc:** Kenneth CHONG [KOM-LEGAL][Kenneth.CHONG@keppelom.com]; Kai Choong
KWOK[kaichoong.kwok@keppelfels.com]; 'KARINA.STOFF@kfelsbrasil.com.br'[KARINA.STOFF@kfelsbrasil.com.br]; Yew Yuen
CHOW [KOM-USA][yewyuen.chow@keppelom-usa.com]; LAI Ching Chuan [KCL-CDP][chingchuan.lai@kepcorp.com]; Jeff CHOW
[KOM-LEGAL][jeff.chow@KEPPELOM.COM]
**From:** Tommy SAM[tommy.sam@keppelfels.com]
**Sent:** Sun 30/10/2011 6:13:57 AM (UTC)
**Subject:** Fw: Sete Brasil : LOI
Cópia de Modelo Financeiro Projeto Sete. 1sonda(II).zip
Sete Brasil_English_Keppels.ppt

Received this from Sete Brasil today. Let's review and see what other info we need. Tks

Best regards,
Tommy Sam

----- Original Message -----
From: Vinicius Dias [mailto:vinicius.dias@setebr.com]
Sent: Sunday, October 30, 2011 06:55 AM
To: Tommy SAM
Subject: Sete Brasil : LOI

Dear Tom,

please find attached a short presentation about Sete Brasil and its main
projects. We are also attaching a financial model where you can find our
key assumptions.
Please feel free if you have any doubt. Thank you in advance,

Vinicius Dias

Gerência de Finanças e RI
Tel: +55.21.2528.0080  Cel: +55.21.8493.8138
Rua Humaitá 275, grupo 1302  CEP: 22.261-005

-----Original Message-----
From: Tommy SAM [mailto:tommy.sam@keppelfels.com]
Sent: Saturday, October 29, 2011 7:47 PM
To: 'vinicius.dias@setebr.com'
Subject: Re: RES: RES: RES: Sete Brasil : LOI

Dear Vinicius,

Nothing has been received yet. Tks

Best regards,
Tommy Sam

----- Original Message -----
From: Vinicius Dias [mailto:vinicius.dias@setebr.com]
Sent: Sunday, October 30, 2011 05:38 AM
To: Tommy SAM
Subject: Re: RES: RES: RES: Sete Brasil : LOI

Dear Tommy,

We have just closed the financial model and will circulate. Have you not
received the .ppt presentation?

Vinícius Dias

On 10/29/2011, a 7:08 PM, Tomy SAM tommy.sam@keppelfels.com wrote:

> Dear Vinicius,
  Confidential

KEPPEL00556336

> 
> We have yet received any info since we last met.
> 
> As we need the info for board approval, would appreciate receiving asap.
> 
> Thanks
> 
> Best regards,
> Tommy Sam
> 
> 
> 
> ------Original Message------
> To: Vinicius Dias
> To: Kenneth CHONG [KOM-LEGAL]
> Cc: Fabio Cunha
> Cc: Jeff CHOW [KOM-LEGAL]
> Cc: Karina. Stoff
> Cc: Maria Clara Vargas
> Cc: Miriam.Signor@scbf.com.br
> Cc: LUCIANA PINA
> Cc: Fernanda.Ribeiro@scbf.com.br
> Cc: Isabela Faria
> Cc: Nora MARSUKI
> Cc: ANG Ting Yang [KOM-CDD]
> Cc: LAI Ching Chuan [KCL-CDP]
> Subject: Re: RES: RES: RES: Sete Brasil : LOI
> Sent: Oct 25, 2011 09:19
> 
> Dear Vinicius,
> 
> We will be there. Thanks.
> 
> Best regards,
> Tommy Sam
> 
> ------Original Message------
> From: Vinicius Dias
> To: Tommy SAM
> To: Kenneth CHONG [KOM-LEGAL]
> Cc: Fabio Cunha
> Cc: Jeff CHOW [KOM-LEGAL]
> Cc: Karina. Stoff
> Cc: Maria Clara Vargas
> Cc: Miriam.Signor@scbf.com.br
> Cc: LUCIANA PINA
> Cc: Fernanda.Ribeiro@scbf.com.br
> Cc: Isabela Faria
> Cc: Nora MARSUKI
> Cc: ANG Ting Yang [KOM-CDD]
> Cc: LAI Ching Chuan [KCL-CDP]
> Subject: RES: RES: RES: Sete Brasil : LOI
> Sent: Oct 25, 2011 08:51
> 
> Dear Tommy,
> if it is possible to you we can talk at 3:30pm, just before your
> meeting. Please let me know if works, bst rgds, Vinícius
> 
> From: Tommy SAM[mailto:tommy.sam@keppelfels.eom]
> Sent: Tuesday, October 25, 2011 12:11 AM
> To: 'vinieius.dias@setebr.eom'; Kenneth CHONG [KOM-LEGAL]
> Cc: 'fabio.eunha@setebr.eom'; Jeff CHOW [KOM-LEGAL];
> 'KARINA.STOFF@kfelsbrasil.eom.br'; 'melara.vargas@setebr.eom';
> 'Miriam.Signor@sebf.eom.br'; 'lueiana.pina@kfelsbrasil.eom.br';
> 'Fernanda.Ribeiro@sebf.eom.br'; 'Isabela.faria@setebr.eom'; Nora
> MARSUKI [KOM-LEGAL]; ANG Ting Yang [KOM-CDD]; LAI Ching Chuan
> [KCL-CDP]
> Subject: Re: RES: RES: Sete Brasil : LOI

Confidential

KEPPEL00556337

> 
> Dear Vinicius, The info requested by Keppel is to submit the same to
> our Board to seek approval for the investment of 20% of equity in one
> Sete Brasil vehicle (SPC BV) that will own one unit of the drilling
> rigs to be built by Keppel and operated by QGOG. For this purpose, we
> requested Sete Brasil's Business plan that contains its forecast for
> revenue, costs, assumptions, profit, type of financing, its structure
> and terms, ROI, equity investment and etc which a company would
> normally have to seek its own board or investors approval for any
> investment. And to help to understand those assumptions used for the
> Business Plan, we assume that Sete Brasil would have her financial
> model with cashflow analysis to work out the operating costs and the
> Daily Charter rate submitted to Petrobras in its bid. We will be in
> Sete's office tomorrow at 4pm and perhaps we could have a chat if it
> is convenient to you. Thanks Best regards, Tommy Sam
> 
> From: Vinicius Dias [mailto:vinicius.dias@setebr.com] Sent: Tuesday,
> October 25, 2011 06:04 AM To: Kenneth CHONG [KOM-LEGAL] Cc: Fabio
> Cunha <fabio.cunha@setebr.com>; Jeff CHOW [KOM-LEGAL]; KARINA STOFF
> <KARINA.STOFF@kfelsbrasil.com.br>; Maria Clara Vargas
> <mclara.vargas@setebr.com>; Miriam Signor <Miriam.Signor@scbf.com.br>;
> LUCIANA PINA <LUCIANA.PINA@kfelsbrasil.com.br>;
> Fernanda.Ribeiro@scbf.com.br <Fernanda.Ribeiro@scbf.com.br>; Isabela
> Faria <Isabela.faria@setebr.com>; Tommy SAM; Nora MARSUKI [KOM-LEGAL];
> ANG Ting Yang [KOM-CDD]; LAI Ching Chuan [KCL-CDP] Subject: RES: RES:
> Sete Brasil : LOI Dear Kenneth,
> 
> regarding your e-mail below, could you please clarify the following
doubts:
> 
> 1. The Business Plan; -  Are you making reference to Sete Brasil's
business plan or to a specific case study?
> 
> 2. Financing for both Bridging Loan (during Construction) and Long Term
Project Financing; Our strategy will be following the same structure which
we already have in place. So we will raise a bridge loan facility with our
relationship banks and the take out will be based on BNDES (Brazilian
Development Bank) and ECAs.
> 
> 3. The financial model for the pricing and the operating costs of the
Operator; We do not have modeling operational costs since Sete Brasil is
not an operator.
> 
> Regarding numbers 4 and 5, I believe those documents have  already been
submitted to you.
> 
> Please feel free to request any additional information. Thks, Vinícius
> Dias
> 
> From: Kenneth CHONG [KOM-LEGAL] [mailto:Kenneth.CHONG@keppelom.com].
> Sent: Monday, October 24, 2011 2:53 PM
> To: Vinicius Dias
> Cc: Fabio Cunha; Jeff CHOW [KOM-LEGAL]; KARINA STOFF; Maria Clara
> Vargas; Miriam Signor; LUCIANA PINA; Fernanda.Ribeiro@scbf.com.br;
> Isabela Faria; Tommy SAM; Nora MARSUKI [KOM-LEGAL]; ANG Ting Yang
> [KOM-CDD]; LAI Ching Chuan [KCL-CDP]
> Subject: RE: RES: Sete Brasil :
> LOI
> 
> Dear Vinicius,
> 
> We would be grateful if you could advise how soon you will be able to
revert with the documentation/information sought.
> 
> Thanks and Best Regards,
> Kenneth
> 
> From: Isabela Faria [mailto:isabela.faria@setebr.com] Sent: 20 October
> 2011 20:35 To: Kenneth CHONG [KOM-LEGAL] Cc: Fabio Cunha; Jeff CHOW

Confidential                                                          KEPPEL00556338

> [KOM-LEGAL]; KARINA STOFF; Maria Clara Vargas; Miriam Signor; LUCIANA
> PINA; Vinicius Dias; Fernanda.Ribeiro@scbf.com.br Subject: RES: RES:
> Sete Brasil : LOI
>
> Dear Kenneth:
>
> Many thanks for your email below.
>
> I am copying on this email our Finance Manager, Vinicius Dias, who can
assist you in relation to the finance questions that you may have.
>
> As per the documentation related with our Speculation Project, please
note the following:
> -        Term sheet CMA: is been prepared by our lawyers (SCBF) and
will be circulated no later than tomorrow morning prior to our meeting;
> -        Business Plan of the SPC: it will be prepared after we sign
the MOU and it will set forth the basis of the business of such SPC and
the main financial terms and conditions;
> -        Revised draft MOU: is been prepared by our lawyers (SCBF) and
it will be circulated no later than tomorrow morning prior to our
>
> _____
>
> CONFIDENTIALITY: This e-mail (including any attachments) is confidential
and may contain proprietary information. If you are not the intended
recipient, be advised that you have received this e-mail in error. Any
use, disclosure, dissemination, printing or copying of this e-mail is
strictly prohibited. If you have received this e-mail in error, please
immediately contact the sender by return e-mail and then irretrievably
delete it from your system.
>
> _____
> This email has been scanned by the MessageLabs Email Security System.
> For more information please visit http://www.messagelabs.com/email
> _____

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential
and may contain proprietary information. If you are not the intended
recipient, be advised that you have received this e-mail in error. Any
use, disclosure, dissemination, printing or copying of this e-mail is
strictly prohibited. If you have received this e-mail in error, please
immediately contact the sender by return e-mail and then irretrievably
delete it from your system.

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the
intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this
e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then
irretrievably delete it from your system.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

Confidential

KEPPEL00556340



Sete Brasil Participações S/A
*Management Presentation*

CONFIDENTIAL | November 2011



Confidential

KEPPEL00556411



## Sete Brasil

setebrasil

**The investment in Sete Brasil is a unique opportunity aligning attractive returns, strong creditworthiness of counterparties in a sector with enormous potential**

### Investment Summary

**Opportunity**
- Unique opportunity for a Pre-salt investment "play"
- Investment at "book value" and exit at "market multiples"
- Immediate ramp-up of activities – Sete Brasil is a leader in the sector by number of charter contracts
- Largest Brazilian Pension Funds and Banks, including BNDES, have analyzed and tested the Company's business model and financial structure

**Upside Scenarios**
- Higher levels of uptime (greater than 96% and performance bonus)
- Refinancing through the international capital markets using Project Bonds (lower WACC)
- Expand into the operating side of the business
- Petrobras' "off-balance" sheet vehicle for other type of assets related to the O&G sector (FPSOs, supply vessels, etc.)
- Sete Brasil is currently bidding for up to 21 new UDW rigs (proposals due Sep'2011)

**Market**
- Favorable oil price and increasing investments in E&P
- Deepwater and ultradeep water E&P is a trend
- High demand for UDW rigs (thus, higher daily rates e and asset value)
- Recent new discoveries (Campos, Santos e Espírito Santo basins)
- Sector attracted the expansion of private companies in the sector (OGX, QGEP, HRT ...)
- New ANP Pre-salt auctions expected for later 2011

**Petrobras**
- Petrobras is one of the largest O&G companies in the world and leader in deepwater E&P
- Sete Brasil has a close strategic partnership with Petrobras
- Petrobras will, on top of chartering the drillships, be the owners' engineering, supervise the construction and will also operate at least two drillships
- Currently, Petrobras (directly or through PNBV[1]) has ~23% stake in each SPV

(1) Petrobras Netherlands B.V. (Petrobras' subsidiary in the Netherlands)

5

LAKESHORE

Confidential

KEPPEL00556412



**Sete Brasil**                                                                      setebrasil

On June 6th, Petrobras invited local and international players to bid for 21 new high spec ultradeep water rigs to be built in Brazil

**Bid Highlights**

**Bid Mechanics**
- Charter Contracts will be awarded based on the lowest daily rate
- Up to 21 rigs will be contracted, including Lot A and Lot B (drillship or semisub)

**Start of Operations**
- The rigs are expected to be delivered in 48 to 96 months after the contracts are awarded

**Long Term Contracts**
- Bidder may present proposals for 10 and 15 year Charter Contracts
- The 10-year contracts may be extended for up to 10 years
- The 15-year contracts may be extended for up to 5 years

**Local Content**
- The rigs have to be build in Brazilian shipyards
- The minimum local content ranges from 55% to 65% depending on the start of operations date

**Asset Type**
- There are two lots, Lot A for drillships and Lot B for semisubmersible
- Water depth of 3,000 meters
- Dynamically positioned rigs
- Rigs have to built in Brazilian shipyards

**Shipyards and Operators**
- Sete Brasil has to bid in partnership with shipyards and operators
- Shipyard selection must also take into consideration Operators preferences

**Sete's Preferred Bidder Status**
- Sete Brasil can bid for the full set of 21 rigs
- Operators are limited to 5 Charter Contracts

**Sete's Competitive Edge**
- Sete has full access to all brownfield and greenfield shipyards in Brazil
- Sete's financial solution proved to be successful in the last international bid by Petrobras

Source: Petrobras, CDB Fairness and Sete Brasil                                    LAKESHORE                4

Confidential                                                                      KEPPEL00556413

## Sete Brasil

Sete Brasil has the potential to be become the one of the largest deepwater players globally



### Deepwater Fleet By Operator

Petrobras currently charters 28% of the global deepwater fleet and in the ultra-deepwater segment Petrobras also holds a unique position with more than twice as many as the next operator

### Deepwater Fleet Management (# of contracts)

Sete Brasil has the potential to become one of the largest deepwater players globally with a successful result in Petrobras' international bid

Confidential

KEPPEL00556414



KEPPEL00556415

## Sete Brasil

setebrasil

The Company will leverage on a Portfolio Financing structure. Sete International will consolidate the dividends flow from the SPVs and the reserve accounts

**Portfolio Structure**



The Portfolio Financing structure provides additional comfort to both lenders and shareholders through the dilution of (i) construction risks; (ii) uptime and operating risks; and (iii) charter contracts renewal risks. The proposed scheme consolidates the dividends flow from all seven SPVs in Sete International, allowing the cash flow generated from the performing assets to be used in an underperforming SPV

LAKESHORE

KEPPEL00556416



The term of Charter Contracts is well above industry standards and payments are based on performance (uptime)

**Summary of Charter Contract**

| Quality Offtaker | • Charter Contracts with Petrobras, the largest operator of USW rigs (1) and the largest producer from deepwater reserves<br>• Recently, Moody's upgraded Petrobras' rating from de "Baa1" to "A3"<br>• Contracts well known to the financing community |
|---|---|
| Performance Bonus | • Payments from Petrobras to the SPVs are performance based<br>• Uptime performance above 94% entitles the SPVs to receive a bonus of up to 10% (i.e. uptime of 100%, revenue is 110% of daily rate)<br>• Charter payments are not influenced by oil prices or the success of the well drilling program |
| Long Term Contracts | • Typical charter contracts in the sector are short-term (1-3 years)<br>• The Company has signed two 20-yr contracts and five 16-yr contracts<br>• Sete Brasil's average charter term is 13 year, thus low exposure to volatility of the sector's supply and demand (both in term of price and contract availability) |
| Others | • The daily rate at CoD will be adjusted according to the indexation of the EPC contract<br>• Thus if the indexation corresponds to 10% of the EPC contract, the daily rate will also increase by 10% |

*Source: Sete Brasil and companies' websites.*
*(1) Source: ODb-Petrobras Petrobras has 11 USW charter contracts, second place GP and Total have 3 charter contracts.*

6

KEPPEL00556417

Sete Brasil

setebrasil 

The FGCN's main objective is to provide comfort to lenders and investors on construction risk

**Key Characteristics**

- The FGCN has a projected net worth of R$5bn, out of which R$4bn are dedicated exclusively to guaranteeing the construction of rigs in Brazil
- The Brazilian Government is the only shareholder of the FGCN
- The fund's responsibilities are limited to its net worth, no additional governmental approvals are necessary for the utilization of the funds
- The FGCN offers two types of risk coverage on a first-loss basis:
  - (i) Credit Risk Insurance: mandatory for the SPVs
  - (ii) Performance Risk Insurance: optional for the shipyards
- Each SPV will sign a Collateral Agreement with FGCN, with the lenders as beneficiaries. The SPVs also acquire 1% of the FGCN quotas
- The total guarantee amount is limited to 25% of the funds net worth for each Collateral Agreement
- Example of events covered by the FGCN:
  - Bankruptcy (or financial distress) of the shipyards
  - Construction delays if the responsible party is the shipyard (FGCN can serve the debt)
  - Technical difficulties by the shipyards
  - Technical difficulties that lead to non-acceptance of the rigs by Petrobras

LAKESHORE

KEPPEL00556418



Corporate Governance

Sete Brasil has already R$1.82bn of Committed Capital

**Sete Brasil's Current Shareholders**

| Quota holder | Committed Capital | % Total |
|---|---|---|
| Petros | R$ 350,0 | 19,2% |
| Funcef | 350,0 | 19,2% |
| Banco Bradesco | 250,0 | 13,7% |
| BTG Pactual | 250,0 | 13,7% |
| Banco Santander | 250,0 | 13,7% |
| Previ | 180,0 | 9,9% |
| Valia | 100,0 | 5,5% |
| Lakeshore | 1,0 | 0,1% |
| Petrobras | 91,1 | 5,0% |
| **Total** | **R$ 1.822,1** | **100,0%** |

Confidential
KEPPEL00556419



## Corporate Governance

### setebrasil

**FIP Sondas currently convenes the largest Brazilian Pension Funds and three of the main Brazilian banks**

**FIP Sondas Current Quota Holders**

**Petros**
- Founded in 1970, Petrobras' employees pension fund is the 2nd largest in Brazil in terms of Assets Under Management ("AUM")
- AUM (Dec 2010) of R$60bn (US$35bn) and ~145,000 members

**Funcef**
- Caixa Economica Federal's employees pension fund
- 3rd largest Pension Fund in Brazil
- AUM (Dec 2010) of R$44bn (US$26bn) and ~100,000 members

**Bradesco**
- Bradesco is one of Brazil's largest private banks in total assets, and offers a wide range of banking and financial products to individuals, small/mid-sized companies and major corporations
- Total Assets (Dec'10): R$637bn (US$406bn)
- Net Income (2010): R$10bn (~US$6bn)
- Market Cap: R$100bn (~R$65bn)

**BTG Pactual**
- BTG Pactual is one of the leading investment banks, asset and wealth managers in Brazil
- In 2010, investors from Asia, Middle East, Europe and America made a US$1.8bn capital injection
- Total Assets (Dec'10): R$73.7bn (US$47bn)
- Net Income (2010): R$910 million (US$516 million)

**Santander**
- Santander branch in Brazil is the 4th largest bank in the country and the largest controlled by a foreign group
- Total Assets: R$396bn (US$262bn)
- Net Income: R$3.8bn (US$2.5bn)
- Market Cap: R$55bn (~R$35bn)

**Previ**
- Previ was founded in 1904 and is the largest pension fund in Latin America
- AUM (Dec 2010) of R$152bn (US$97bn) and ~165,000 members (Banco do Brasil's current and former employees)
- Key investor in the infrastructure sector

**Valia**
- Valia is the Vale's employees pension fund, founded in 1973
- AUM (Dec 2010) of R$13.6bn (US$8.7bn) and >88,000 members

FX rate as of August 2, 2011.

11

### LAKESHORE

KEPPEL00556420

**Corporate Governance**

setebrasil

## The Company's key Corporate Governance matters are determined at the FIP Sondas level

**General Quota holders Meeting (FIP Sondas)**
* Among other subjects, the Quota holders Meeting deliberates on issues related to changes in the FIP Sondas bylaws, issuance of new quotas and election of the Investment Committee members
* Most of the subjects to be voted require a minimum quorum of 85%

**Investment Committee (FIP Sondas)**
* Composed of 7 members from the FIP Sondas investors and 1 representative of FIP Sondas' manager
* The Investment committee deliberate on key strategic issues, such as, investment decisions, Board of Directors change, M&A, asset sale, IPO, etc
* Votes are proportional to the number of quotas held by each investor. Minimum quorum of 85%

**General Shareholders' Meeting (Sete Brasil)**
* The Shareholders' Meeting deliberates over matters such as the Strategic Guidelines Plan, the Company's Bylaws, capital reduction and new equity, dividend payments, election of the executives, executive compensation, changes to key contracts (ie. charter, service, EPC contracts)
* The voting guidelines in at the Shareholders' Meeting is set by the Investment Committee

**Board of Directors (Sete Brasil)**
* Composed of 9 to 11 members, 1 elected by Petrobras, 9 elected by FIP Sondas, and the CEO of Sete Brasil
* Investors with 10%+ of the committed capital in FIP Sondas have the right to elect a board member
* The Board deliberates on several issues, some by simple majority, others by minimum quorum of 75%

**Management ("C" Level)**
* Composed of 3 directors (CEO, CFO and COO)
* CEO e COO: indicated by Petrobras and elected by the Board (majority)
* CFO: indicated by the institutional investors and elected by the Board (majority)

LAKESHORE

KEPPEL00556421

## Corporate Governance

setebrasil 

The FIP Sondas was the investment vehicle selected by Petrobras and Institutional investors to participate in Sete Brail

### FIP Sondas Structure

- Manager & Administrative Agent: Caixa Econômica Federal
- Custodian Agent: Banco Bradesco S.A.
- Legal Advisor: Tauil & Chequer Advogados, associated with Mayer Brown LLP
- Auditor: PriceWaterhouseCoopers
- Term: Up to 20 years after the first quota payment
- Investment Period: Up to 10 years after the first quota payment
- Divestment Period: Up to 10 years
- Management Fee: 0.20% p.a. over total net worth
- Success Fee: N.A.
- Custody Fee: 0,02%
- Other relevant matters:
  - Restrictions on the individual stake held by a certain investor of FIP Sondas
  - In case of an IPO of Sete Brasil, the FIP expires and investors become direct shareholders of the company
  - After 3 years, in case an IPO does not occur, each investor has the right to convert its FIP quotas into Sete Brasil shares, as long as the FIP Sondas still complies with the FIP legislation and regulatory restrictions)
  - Lock-up Period during the equity contribution phase (approximately first 16 months)
  - Special lock-up period of 7 years for Petrobras, matching the construction phase
  - Veto rights to Petrobras in certain matters related to transfer of control to its competitors
  - Proportional Tag along in case of change of control

18

LAKESHORE

KEPPEL00556422



## Corporate Governance



setebrasil

### Experienced management composed of former Petrobras' employees with more than 60 years in the O&G industry

#### Key Executives

**João Carlos Ferraz, CEO**

- Joined Petrobras in 1980 and has over 30 years of experience in the oil industry
- Mr. Ferraz has worked in several areas of the value chain such as upstream, downstream and distribution, including offshore platforms
- In 2000, joined Petrobras Finance Department and was initially responsible for Project Finance structures, where he has developed and implemented 10+ transactions, raising over US$ 10bn
- In 2006, Mr. Ferraz was appointed as Petrobras Head of Treasury, where he was responsible for cash management strategies and financial operations of the Petrobras Holding, besides monitoring the treasury departments of Petrobras' subsidiaries on and offshore.
- In 2007, he developed a wide program aiming to centralize all financial and cash management transactions of the Petrobras Group, including cash pooling
- In 2008, Mr. Ferraz became the Head of the Financing Department of Special Projects of Petrobras, where he was responsible, among other initiatives, for the feasibility of the Pre-salt Sondas Project
- Mr. Ferraz holds a Bachelor Degree in Mechanical Engineering from UFRJ – *Universidade Federal do Rio de Janeiro*
- In the last years, Mr. Ferraz wrote the book "International Business Transactions with Brazil", about the advantages of Project Finance structures, specially for companies with footprint in emerging countries

**Pedro Barusco, COO**

- Joined Petrobras in 1979, where he developed his professional career
- Mr. Barusco worked for 15 years in the *Centro de Pesquisas da Petrobras* (CENPES), in the development of technologies for deep water oil production, as a naval engineering and oceanography manager of CENPES
- In 1995, he became the production facilities manager of the Exploration & Production Department of Petrobras
- In 2003, Mr Barusco was appointed as executive manager of Engineering of Petrobras, where he was responsible for the construction of several oil production platforms, refineries, oil and gas pipelines, oil, gas and LNG terminals and the new Research Centre of Petrobras. He also led the capacity increase and fuel quality improvement program in all Petrobras refineries.
- Mr. Barusco has worked in the Pre-salt Sondas Project of Petrobras since its inception
- Mr. Barusco holds a Bachelor Degree in Naval Engineering from University of São Paulo and a Masters Degree in Oceanic Engineering from COPPE -UFRJ

LAKESHORE

18



## Summary of Key Assumptions

setebrasil

The table below summarizes the key financial modeling assumptions of the initial set of 7 rigs

### Key Assumptions (first set of 7 drillships)

| Financing Assumptions | BNDES | ECA | Commercial Banks | Subordinated Debt |
|---|---|---|---|---|
| – Participation | – 45.0% | – 20.0% | – 10.0% | – 5.7% |
| – Tenors | – 3 + 15 years | – 3 + 12 years | – 3 + 10 years | – 5 + 10 years |
| – Spread | – 2.78% | – 3.00% | – 3.00% | – 6.50% |
| – Currency / Indexation | – USD/Libor | – USD/Libor | – USD/Libor | – BRL/IPCA |
| – Periodicity | – Quarterly | – Quarterly | – Quarterly | – Quarterly |
| – Amortization Schedule | – Mortgage Style | – Even Installments | – Customized | – Mortgage Style |
| – Upfront Fee | – N.A. | – 0% | – 2% | – 0% |

| Tax Assumptions | | Operational Assumptions | | Performance Fund |
|---|---|---|---|---|
| – Withholding Taxes (Netherlands) | | – # of Drillships | 7 | – Funding in the first year |
| – Interest: 0% | | – Capex (1) | US$662mm/rig | – Target: ~US$56mm |
| – Dividends: 0% | | – Total Investment (2) | US$890mm/rig | **Charter Agreement Renewal Fund** |
| – Withholding Taxes (Austria) | | – Uptime 1st year | 95% | – Funding in the 8th, 9th and 10th year |
| – Interest: 0% | | – Uptime after 1st year | 96% | – Target: ~US$117mm |
| – Dividends: 15% | | – Bonus after 1st year | 5% | **Contingency Reserve Account** |
| – Withholding Taxes (Brazil) | | – Total Daily Rate | $468,000/day | – Funding in the 1st year |
| – Dividend income: 0% | | – Service Rate | $162,000/day | – Target: ~US$180mm |
| | | – Mobilization Fee | US$30mm | |

Note: $/values in R$B.
(1) Based on the EPC shipyard EPC programme.
(2) Inflation effect when such as emphasize package during construction, EBITDA risk, spare costs and project management

LAKESHORE

16



## Summary of Key Assumptions

setebrasil

The projected Sources & Uses assumes a 80% / 20% capital structure and a mezzanine facility from FI-FGTS

### Sources & Uses (7 rigs)

| Uses | US$ | % Total | Sources | US$ | % Total |
|---|---|---|---|---|---|
| EPC | $4.637 | 86,5% | BNDES Exim | $2.411 | 45,0% |
| EPC Indexation | 405 | 7,5% | ECAs | 1.072 | 20,0% |
| Start-up Equipment | 105 | 2,0% | Commercial Banks | 804 | 15,0% |
| FGCN Insurance | 26 | 0,5% | **Total Senior Debt** | **$4.287** | **80,0%** |
| CMA | 58 | 1,1% | | | |
| Insurance Package | 78 | 1,5% | Mezzanine Facility | 305 | 5,7% |
| Financial Costs | 48 | 0,9% | **Total Sub-Debt** | **$305** | **5,7%** |
| | | | | | |
| | | | Class A | $651 | 12,2% |
| | | | Petrobras (5%) | 33 | 0,6% |
| | | | FIP Sondas (95%) | 619 | 11,5% |
| | | | Class B | 115 | 2,1% |
| | | | **Total Equity** | **$766** | **14,3%** |
| **TOTAL** | **$5.358** | **100,0%** | **TOTAL** | **$5.358** | **100,0%** |

### Sources & Uses (21 rigs)

| Uses | US$ | % Total | Sources | US$ | % Total |
|---|---|---|---|---|---|
| EPC | $16.800 | 86,5% | BNDES Exim | $8.659 | 45,0% |
| EPC Indexation | 1.473 | 7,5% | ECAs | 3.848 | 20,0% |
| Start-up Equipment | 315 | 2,0% | Commercial Banks | 2.886 | 15,0% |
| FGCN Insurance | 76 | 0,5% | **Total Senior Debt** | **$15.393** | **80,0%** |
| CMA | 175 | 1,1% | | | |
| Insurance Package | 279 | 1,5% | Mezzanine Facility | 1.097 | 5,7% |
| Financial Costs | 124 | 0,9% | **Total Sub-Debt** | **$1.097** | **5,7%** |
| | | | | | |
| | | | Class A | $2.339 | 17,0% |
| | | | Petrobras (5%) | 234 | 1,2% |
| | | | FIP Sondas (95%) | 2.105 | 10,9% |
| | | | Class B | 413 | 3,0% |
| | | | **Total Equity** | **$2.752** | **15,2%** |
| **TOTAL** | **$19.242** | **100,0%** | **TOTAL** | **$19.242** | **100,0%** |

### Sources & Uses (28 rigs)

| Uses | US$ | % Total | Sources | US$ | % Total |
|---|---|---|---|---|---|
| EPC | $21.437 | 87,1% | BNDES Exim | $11.070 | 45,0% |
| EPC Indexation | 1.878 | 7,6% | ECAs | 4.920 | 20,0% |
| Start-up Equipment | 420 | 1,7% | Commercial Banks | 3.690 | 15,0% |
| FGCN Insurance | 102 | 0,4% | **Total Senior Debt** | **$19.680** | **80,0%** |
| CMA | 234 | 1,0% | | | |
| Insurance Package | 357 | 1,5% | Mezzanine Facility | 1.402 | 5,7% |
| Financial Costs | 172 | 0,7% | **Total Sub-Debt** | **$1.402** | **5,7%** |
| | | | | | |
| | | | Class A | $2.990 | 12,2% |
| | | | Petrobras (5%) | 266 | 1,1% |
| | | | FIP Sondas (95%) | 2.724 | 11,1% |
| | | | Class B | 528 | 2,1% |
| | | | **Total Equity** | **$3.518** | **14,3%** |
| **TOTAL** | **$24.600** | **100,0%** | **TOTAL** | **$24.600** | **100,0%** |

Source: Sete Brasil.
Note: Values in US$ Millions.

LAKESHORE

KEPPEL00556426



## Summary of Key Assumptions

The SPV's P&L is simple, with one source of revenue (charter agreement) and commitments with opex and debt service. The remaining cash is distributed as dividends

KEPPEL00556427



### Appendix: Tax Summary

**sete**brasil

Sete Brazil has set up the SPVs and the international holding company (Sete International) in tax efficient jurisdictions well-known in the O&G sector

**Summary of Key Fiscal Aspects**

**Austria**
- Sete International located in Austria
- Double Tax Treaty Brazil-Austria for the avoidance of double taxation
- 15% withholding tax on dividends
- Dividends (and consolidated profits) are not taxed in Brazil
- 0% withholding tax on interest payments

**Netherlands**
- SPVs located in Holland
- No withholding tax on dividends between the Euro zone
- US$ functional currency
- Double Tax Treaty Brazil-Holland for the avoidance of double taxation
- Tax Sparing Credits on Charter Revenues (20% corporate tax credits)

**REPETRO Program** [1]
- Special Import and Export Program for the oil and gas industry
- Established in 1999
- Avoids several taxes on equipment and services, such as, import taxes, IPI, PIS/COFINS and VAT (ICMS)
- SPVs must be offshore

Source: Sete Brasil with Deloitte Consulting Assignment.
(1) Regime Aduaneiro Especial de Exportação e Importação.

12

**LAKESHORE**

KEPPEL00556428

## Appendix: Key Contracts

setebrasil

Key operational contracts

### Summary of Contractual Structure



LAKESHORE

KEPPEL00556429



## Appendix: Cash Flow Timeline

The chart bellow illustrates the key cash flow milestones for a single SPV

KEPPEL00556430



**Appendix: Asset Type**

setebrasil

**EAS is the largest shipyard in the Americas and has Samsung Heavy Industries as a shareholder**

### Asset Type

- **Type:** Drillship – according to Petrobras, its is the appropriate asset type for drilling in distant locations (far from the continent) as it is better suited for mobility and can cover large areas, such as the Pre-salt
- **Utilization:** besides the drilling activity, rigs are utilized for well control in order to increase productivity and longevity of the wells
- **Shipyard:** EAS (first set of 7 rigs)
- **Drilling Capacity:** up to 3,000m of water depth and up to 7,000m of Pre-salt wells
- **Key Characteristics:**
  - Dynamic positioning system
  - 6th generation, state-of-the-art UDW rigs
- **Commentary:**
  - risk of technical obsolescence for at least the first 25 years of the rigs' lives is therefore regarded as negligible [1]
  - Average age of the global offshore rig fleet is 22 years old [2]

### Estaleiro Atlântico Sul ("EAS")

- **Sponsors:** Camargo Correa, Queiroz Galvão, Samsung Heavy Industries and PJMR
- **Location:** Suape, Pernambuco (Brazil)
- **Technological Partnership:** Samsung Heavy Industries
- **Commentary:**
  - Largest shipyard in the Americas – steel processing capacity of 160thd ton/year
  - Founded in 2005, sponsors have invested already R$~2.0bn
  - Besides Sete Brasil backlog, EAS was selected as the key shipyard for most of the Transpetro's [2] tanker vessels
  - 2 dry-docks
  - Capacity to produce Tankers, Bulk Carriers, Container Ships, Cargo Ships, Chemical Carrier, Drilling Ship, Semi-submersible, FPSO, TLP and SPAR

(1) Source: ODS Petrodata Market Report (May 2010)
(2) Petrobras' subsidiary

28



KEPPEL00556431

## Appendix: Credit Enhancements



Sete International will host three credit enhancement funds funded by the dividends from the SPVs

### Summary of Key Credit Enhancements

**Contingency Reserve Account**
- Objective: fund eventual pre-completion costs not considered in the sources and uses
- Utilization: finance extraordinary pre-completion costs
- Amount: US$150mm (~US$22mm per SPV)
- Constitution: the reserve account will be funded in the first operating year of each rig with resources from the mobilization fee
- Location: Sete International

**Performance Fund**
- Objective: mitigate operating risks, such as downtime lower than expected
- Utilization: debt service and operational expenses
- Amount: US$56mm (~US$8mm per SPV)
- Constitution: the reserve account will be funded in the first operating year of each rig with resources from the mobilization fee
- Location: Sete International

**Charter Agreement Renewal Fund**
- Objective: mitigate risk related to the renewal of charter since tenor of senior debt is longer than the charter [1]
- Utilization: fund debt service during the period the rig is not contracted (operating)
- Amount: US$117mm (~US$17mm per SPV)
- Constitution: the reserve account will be funded with the SPVs cash flow generation in operating years 8, 9 and 10
- Location: Sete International

Source: Case Smat. Amount indexed for the first set of seven drillships.
(1) In the case of the SPVs with 10-year charter contracts.

25



KEPPEL00556432



KEPPEL00556433



Appendix: Project Rationale

setebrasil

Deepwater discoveries in Brazil represented ~1/3 of the global discoveries in the last five years

New Discoveries (2005-2010)

Deepwater Discoveries (2005-2010)

In the last five years, more than 50% of the global discoveries (17.3bn bbl) were made in deepwater and 62% of these discoveries are located in Brazil

Source: Randstats and PFC Energy

25

LAKESHORE

Confidential

## Appendix: Project Rationale

setebrasil

The discovery of the Pre-salt reserves is landmark in the global O&G industry and will attract large amounts of investments in the years to come

### Introduction to the Pre-salt



- **Total Area: 149,000 km²**
  - Area under concession: 45,615 km² (~39%)
  - Area to be auctioned: 103,385 km² (~61%)
- **Depths:**
  - 1,000-3,000m (water depth)
  - Up to 7,000m (basins)
- **Announced 2P Reserves:**
  - Pre-salt (south cluster): 9-14bn boe [1]
  - Campos Basin (Post-salt): 8-9bn boe
- **Drilled wells (as of 1Q'2011):**
  - Campos Basin: 630
  - Pre-salt (south cluster): 21

Petrobras' long-term business plan is based on a rapid development of the O&G wells of the Pre-salt reserves. Consequently, Petrobras has to successfully implement an aggressive drilling program. The current global supply of state-of-the-art rigs is not able to attend Petrobras' needs. This scenario creates favorable conditions for the creation of a new company, Sete Brasil, focused, initially, in supplying high spec rigs to Petrobras

Source: Petrobras and Sete Brasil.
(1) Tupi Basin (5-8bn boe), Guará Basin (1-2bn boe) and Iara Basin (3-4bn boe).

LAKESHORE

26.

Confidential

KEPPEL00556435



Appendix: Project Rationale

setebrasil

Petrobras forecasts an increase in the participation of the Pre-salt in the domestic production from 2% in 2011 to 40% in 2020

LAKESHORE

KEPPEL00556436



**Appendix: Project Rationale**

Petrobras' Pre-salt drilling program includes chartering 40 UDW new rigs for the blocks already auctioned (only ~39% of the Pre-salt area)







**Commentary**

- The 40 rigs (both drillships and semi-submersibles) are expected to start operations in 2011-2019 period:
  - The initial 12 rigs were contracted in 2007 and 2008 and are expected to be delivered in 2011-2012. These rigs are currently being built in offshore shipyards
  - The second set of rigs were chartered to Sete Brasil, and the drillships will be build at the EAS Shipyard
  - Petrobras is carrying out an international auction for the remaining 21 rigs [1]

LAKESHORE

KEPPEL00556437

## Appendix: Project Rationale



6th generation drillships and semi-submersibles rigs can reach up to 10,000 feet of water depth

### Evolution of Drilling Rigs



| Fixed Platforms | Jackup | Semi-submersibles | Drillships |
|---|---|---|---|
| • First offshore rigs developed<br><br>• Preferred technology for water depth of up to 150m<br><br>• Modular steel structures fixed to the sea floor<br><br>• Not equipped with thrusters or extra generators | • Mobile type of platform that is able to stand still on the sea floor, resting on supporting legs<br><br>• Typically used in shallow waters<br><br>• The jackup is maneuvered - self-propelled or by towing<br><br>• There are over 400+ jackup rigs worldwide | • Offers greater stability – thus less affected by wave loadings than ships<br><br>• Buoyancy from ballasted, watertight pontoons located below the ocean surface<br><br>• Semisubs can be towed into position by a tugboat and anchored, or moved by their own propellers with dynamic positioning<br><br>• 6th generation technology (available since 2005) can reach 10,000 feet of water depth | • Ship-shaped vessels with rigs mounted in the center<br><br>• Developed for deepwater exploration<br><br>• Drilling tower located in the center of the ship<br><br>• Has better navigation capabilities<br><br>• Greater storage capacity<br><br>• Dynamic positioning system (complex system of thrusters to keep the ship in the desired position) |

Source: Sete Brasil



29

KEPPEL00556438

**Appendix: Deepwater Drilling Industry**

 

The Pre-salt is the largest UDW market worldwide and Petrobras is the lead-operator

### Sector Highlights

- Favorable oil prices and increasing investments in E&P

- Trend towards more challenging and complex resources continues

- The supply side of the deepwater rig market is fragmented, with nearly 40 companies involved in managing the fleet. The top five contractors, namely Transocean, Diamond, Noble, Ensco and Seadrill, between them account for only a little more than half the fleet

- Latin America, where Brazil represents the bulk of the demand, is expected to present the highest growth rate in demand for deepwater rigs. Petrobras is by far the most important operator by any measure and currently leases half of the ultra-deepwater rigs in the world [1]

- Petrobras' initial demand for 39% of the auctioned area of the Pre-salt is 40 rigs and new ANP [2] auctions are expected to take place in 2H'2011

- ANP minimum local content rule (and penalties) in the O&G industry creates entry barriers to take advantage of the Brazilian demand

- Shortages and surpluses are not expected to be very great and therefore the fluctuations in day rates will be relatively limited

- Oil industry is in general fairly conservative and the offshore drilling industry is no exception. The risk of technical obsolescence for at least the first 25 years of the rigs' lives is regarded as negligible

- Redeployment opportunities for the Sete's rigs are also available: Gulf of Mexico, West Africa, Indian Ocean, Australasia and Southeast Asia

Source: Petrobras, Sete Brasil and OGX Petrobras.
(1) Considering rigs with water depth capacity >10,000 feet
(2) Agência Nacional do Petróleo, Gás Natural e Biocombustíveis (Brazilian Oil & Gas Agency)

36

LAKESHORE

Confidential

KEPPEL00556439



**Appendix: Deepwater Drilling Industry**

setebrasil

Today there are more than 160 deepwater rigs in operation with at least 70 under construction and on order

**Historical Deepwater Fleet Evolution**

**Deepwater Fleet By Operator** [1]

**Ultra-Deepwater Fleet By Operator** [2]

**Commentary**

- In the early 90's deepwater rigs represented a small percentage of the offshore industry. The first growth cycle was in the mid 90's and second growth wave started in 2007

- Utilization during the last 15 years was high

- Deepwater drilling activity concentrated in Brazil, Gulf of Mexico and West Africa

- Supply side fragmented, 40 companies involved in fleet mgmt

LAKESHORE



## Appendix: Deepwater Drilling Industry

**setebrasil**

Brazil and Petrobras are expected to drive the global deepwater rig demand, and low volatility is expected in day rates

### Deepwater Fleet By Operator [1]

### Historical and Projected Daily Rates [2]

### Commentary

- Latin America, where Brazil represents the bulk of the demand, is expected to present the highest growth rate in demand for deepwater rigs
- However, redeployment opportunities are available (Gulf of Mexico, West Africa, Indian Ocean, Australasia and Southeast Asia)
- ODS-Petrodata forecasts a steady supply of newbuild rigs, thus relatively flat daily rate projection
- Utilization of global supply of rigs is expected to remain high (90%+)

Note: Deepwater rigs: water depth > 3,000 feet. Ultra deepwater: water depth > 7,500 feet.
(1) Source: ODS-Petrodata, as of July 2011.
(2) Source: ODS-Petrodata, as of July 2011.

**LAKESHORE**

KEPPEL00556441

## Appendix: Risk Matrix

setebrasil

| Risk | Typical Mitigants | Additional Mitigants |
|---|---|---|
| **Construction & Engineering** | × Existent design with proven and successful track record and performance<br>× Experienced shipyards with proven track record in the construction of similar ships<br>× Minimization of interference areas between the project design and the shipbuilder<br>× Centralized supervision of the entire process | × Construction process of the drillships remains under direct supervision of Petrobras<br>× Learning curve and productivity gains embodied by shipyards through the repetition of the same building process<br>× EAS counts on Samsung Heavy Industries' technical support – the world largest shipyard |
| **Delay** | × Existent design with proven and successful track record and performance<br>× Experienced shipyards with proven track record in the execution of the chosen design<br>× Permanent supervision and monitoring program during construction phase<br>× EPC contract with Delay Liquidated Damages clause | × Use of the FGCN funds to pay interest and principal installments due until the start of commercial operations of the rig<br>× Learning curve and productivity gains embodied by shipyards through the repetition of the same building process<br>× Construction period of ~4 years (similar assets are build in 2-3 years offshore) |
| **Cost Overrun** | × Existent design with proven an successful track record and performance<br>× Turn-key date certain lump sum EPC contract<br>× Permanent supervision and monitoring program during construction phase<br>× Comprehensive insurance package during construction (BAR, DSU, Loss of Hire…)<br>× World class owner's engineering firm | × Economic re-equilibrium clause in the EPC contract that establish cost overruns will be covered by the parties that cause to them (if Petrobras, through an increase of daily rate)<br>× Direct supervision of the building process by Petrobras and the owner's engineering firm<br>× Contingency Reserve Account (~US$150mm) |

LAKESHORE

KEPPEL00556442



## Appendix: Risk Matrix

setebrasil

| Risk | Typical Mitigant | Additional Mitigants |
|---|---|---|
| Performance | • Selection of word-class and experienced operators<br>• Penalties and bonus clauses in the operation agreement that mirror charter agreement clauses<br>• Insurance package during operational phase | • Constitution of a Performance Fund, with the contribution from all SPVs<br>• Operator, as Class B Investor, also has aligned interest to achieve high performance levels<br>• Replacement clause in case of consistent low performance levels<br>• Petrobras' strong commitment to the project as sponsor and owner's engineer provides additional comfort, specially with regards to the acceptance of the drillships |
| Bankability & Funds Availability | • Several financing sources available for drilling rig projects (BNDES, ECAs, Commercial, Banks, Capital Markets)<br>• Strict financial-economic appraisal of the Project to ensure its capability to attain robust debt service coverage ratios (above 1.20x)<br>• Specific security package to mitigate all risks related to delay or default of any debt service obligation | • Structural credit enhancements, such as Portfolio Financing, Renewal and Performance Funds<br>• Asset residual value and active secondary market for this type of drilling rig<br>• O&G industry, and specially Pre-Salt, are strategic priorities to country development and count on full support and commitment from Brazilian Government and BNDES<br>• Sete Brasil and BNDES are in advanced negotiations of the terms and conditions of the long term financing<br>• Sete Brasil already started conversations with ECAs, e.g. US Eximbank (USA) and GIEK (Norway) |

LAKESHORE

KEPPEL00556443



**Appendix**

setebrasil

## Contacts

| Sete Brasil | | | Lakeshore Partners | | |
|---|---|---|---|---|---|
| João Carlos Ferraz | +55 11 2524 8531 | | Luiz Reis | +55 21 8159 6309 | |
| CEO | joao.ferraz@setebr.com | | Partner | luiz.reis@lakeshorepartners.com.br | |
| Vinicius Dias | +55 21 8493 8136 | | Ivan Hong | +55 11 9664 9868 | |
| Finance Manager | vinicius.dias@setebr.com | | Partner | ivan.hong@lakeshorepartners.com.br | |
| Leonardo Eder | +55 21 2524 8531 | | Fabio Kono | +55 11 9561 7408 | |
| Senior Analyst | leonardo.eder@setebr.com | | Partner | fabio.kono@lakeshorepartners.com.br | |

LAKESHORE

Confidential

KEPPEL00556444