# EXHIBIT 45

Message

| | |
|---|---|
| **From:** | Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAICHOONG.KWOK] |
| **Sent:** | 9/2/2012 4:49:59 PM |
| **To:** | TT LOW [tt.low@kfelsbrasil.com.br] |
| **Subject:** | RE: Presentation material for today |

I don't think we should give him.  If he wants, he should get it through SETE.

Rgds,

KC

-----Original Message-----
From: TT LOW [mailto:tt.low@kfelsbrasil.com.br]
Sent: Thursday, February 09, 2012 13:31
To: Kai Choong KWOK
Subject: Re: Presentation material for today

KC,
The China Investor from Sete Brasil is asking for the soft copy of
BrasFELS presentation material as evidence to prove BrasFELS capacity
and capability for the construction of drilling rigs for Sete Brasil.

Shall we sent him this info.

Thanks.

Regards
TT

>>> <tongxiao@china-inv.cn> 02/08/12 10:01 PM >>>
Dear Mr. Low

Thank you for hosting the due diligence trip in BrasFELS today, I
certainly enjoyed time in the shipyard.

Regarding the presentation materials, it would be great if you could
send me the soft-copy of the presentation. Because in the presentation
you have shown us the overview of P-56 working process, which you have
managed to deliver the work earlier with higher local content
achievement and reasonable cost. This is a good evidence to prove
BrasFELS capacity.

Also, the presentation material provides the overview of BrasFELS
operating capacity with the most updated figures and events (best
project team award in 2011).

Due to the concern about the inconsistency, I think this presentation
was focusing on the overview and operational aspects of BrasFELS, not on
the Sete semi-subs project in particular. It will help me to obtain a
clearer high level overview of the BrasFELS. Please let me know whether
it is possible to have this soft copy.

Once again, thank you for this trip, it was impressive.


Best Regards,
Xiao Tong


_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

Confidential
KEPPEL00080277

_____

_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

Confidential                                                                                                                                                             KEPPEL00080278