# EXHIBIT 47

Message

| | |
|---|---|
| **From:** | CHOW Yew Yuen [KOM-COO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YEWYUEN.CHOW11] |
| **Sent:** | 8/3/2012 4:16:17 AM |
| **To:** | Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]; Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam]; Zwi [zwi@eaglebr.com.br]; Jeff CHOW [KOM-LEGAL] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jeff.chow] |
| **Subject:** | Fwd: Sete Brazil |

FYI.

Sent from my iPad

Begin forwarded message:

> **From:** "CHOO Chiau Beng [Keppel CEO]" <chiaubeng.choo@keppelom.com>
> **Date:** March 7, 2012 10:40:58 AM GMT+08:00
> **To:** "ANG Ting Yang [KOM-CDD]" <TingYang.Ang@keppelom.com>, "TONG Chong Heong [KOM-CEO]" <ChongHeong.tong@keppelom.com>, "CHOW Yew Yuen [KOM-COO]" <YewYuen.CHOW@keppelom.com>, "SIT Peng Sang [KOM-Director]" <pengsang.sit@keppelom.com>, "WONG Ngiam Jih [KOM-CFO]" <ngiamjih.wong@KEPPELOM.COM>, "Edmund MAH [KOM-FIN]" <Edmund.Mah@keppelom.com>, "LOH Chin Hua [KCL-CFO]" <ChinHua.LOH@kepcorp.com>, "TEO Soon Hoe [Keppel SED]" <soonhoe.teo@kepcorp.com>
> **Cc:** "LAI Ching Chuan [KCL-CDP]" <chingchuan.lai@kepcorp.com>, "Michael CHIA [KCL-GSD]" <Michael.Chia@KEPCORP.COM>
> **Subject: Re: Sete Brazil**

We should find out as much as possible!

Sent from Blackberry Wireless Handheld

**From:** ANG Ting Yang [KOM-CDD]
**Sent:** Wednesday, March 07, 2012 10:10 AM
**To:** CHOO Chiau Beng [Keppel CEO]; TONG Chong Heong [KOM-CEO]; CHOW Yew Yuen [KOM-COO]; SIT Peng Sang [KOM-Director]; WONG Ngiam Jih [KOM-CFO]; Edmund MAH [KOM-FIN]
**Cc:** LAI Ching Chuan [KCL-CDP]; Michael CHIA [KCL-GSD]
**Subject:** FW: Sete Brazil

Dear All

Sete Brasil is looking to raise up to US$1b to fund the construction of 21 drilling rigs for Petrobras.

Petrobras will pay Sete Brasil an average of US$530,000 day rate for leasing the rigs. Contract durations are between 10, 15 and 20 years.

Given the potential of recurring cash flows, and exposure to the buoyant Brazil offshore oil and gas market through one of the largest drilling rig owners in the world, will such an investment be of interest to KOM?

For your comments and inputs please.

Best regards

Ting Yang

---

**From:** Tan, Aaron [mailto:aaron.tan@credit-suisse.com]
**Sent:** Tuesday, March 06, 2012 9:39 PM
**To:** ANG Ting Yang [KOM-CDD]; Michael CHIA [KCL-GSD]; LAI Ching Chuan [KCL-CDP]
**Cc:** Low, Edwin; Tan, Kuan Ern
**Subject:** Sete Brazil

Hi Michael / CC / Ting Yang,

Am enclosing a profile of Sete Brazil which is a vehicle formed to hold the charter contracts that Petrobras will award to drillers as part of its pre-salt development program.

They are looking for an equity investment USD500 mn to USD1 bn (current shareholders include pension funds, commercial banks, Petrobras) so let us know if this is of interest?

Key highlights include:
- Unique opportunity for a Pre-salt investment "play", getting exposure to the highly attractive ultra deepwater market
- Investment at "book value" and exit at "market multiples"
- Sponsors' IRR in the 15% -20% range (levered, equity, nominal, US$)
- Immediate ramp-up of activities – Sete Brasil is a leader in the sector by number of charter contracts
- Largest Brazilian Pension Funds and Banks, including BNDES, have analyzed and tested the Company's business model and financial structure
- Partnership with Petrobras

Regards,

---
Aaron Tan
Director - Investment Banking
CREDIT SUISSE
Tel: (65) 6212 3138
Fax: (65) 6212 7138
Mob: (65) 9003 0899

Confidential
KEPPEL00460746

Email: aaron.tan@credit-suisse.com

```
================================================================================
Please access the attached hyperlink for an important electronic communications disclaimer:
http://www.credit-suisse.com/legal/en/disclaimer_email_ib.html
================================================================================
```

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.