# EXHIBIT 49



STATE OF NEW YORK            )
                             )
                             )
COUNTY OF NEW YORK           )     ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range KEPPEL00020565 through KEPPEL00020566.

_____
Matthew Garrison
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 12th day of June, 2021,

by Matthew Garrison.

_____
Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

Message

| | |
|---|---|
| **From:** | Kai Choong Kwok [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAICHOONG.KWOK) |
| **Sent:** | March 16, 2012 9:44:42 PM |
| **To:** | zwi@eaglebr.com.br, Gilberto Israel [GILBERTO.ISRAEL@kfelsbrasil.com.br], EDMUNDO SANTOS [edmundo.santos@kfelsbrasil.com.br] |
| **Cc:** | Tommy Sam [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam] |
| **Subject:** | RE: BrasFels investor visit |

Hi Zwi,

Sure, we will accommodate.

Gilberto and Edmundo will organize.

Best,

KC


**From:** zwi@eaglebr.com.br [mailto:zwi@eaglebr.com.br]
**Sent:** Friday, March 16, 2012 09:43 AM
**To:** Kai Choong Kwok; Tommy Sam
**Subject:** Fw: BrasFels investor visit

KC,
May I confirm?
Good morning
Best
Zwi
Sent via my BlackBerry® device from Claro

**From:** David Rodin <david.rodin@setebr.com>
**Date:** Fri, March 16, 2012 09:34:11 AM -0300
**To:** <zwi@eaglebr.com.br>
**Subject:** BrasFels investor visit

Good morning Zwi,

Fabio Cunha asked that I contact you because we'd like to bring one of our potential investors to the BrasFels shipyard. Can we count on your usual assistance?

We are anticipating this visit to be on March 27 or 28.

Regards,

Confidential                                                                                              KEPPEL00020565



**David Rodin**
Engineering and Project Execution

Tel/Fax: +55 21 2528-0080
david.rodin@setebr.com
www.setebr.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

Confidential

KEPPEL00020566

Message

| | |
|---|---|
| **From:** | Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAICHOONG.KWOK] |
| **Sent:** | 16/3/2012 9:44:42 PM |
| **To:** | zwi@eaglebr.com.br; GILBERTO ISRAEL [GILBERTO.ISRAEL@kfelsbrasil.com.br]; EDMUNDO SANTOS [edmundo.santos@kfelsbrasil.com.br] |
| **CC:** | Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam] |
| **Subject:** | RE: visita de investidores ao BrasFels |

Hi Zwi,

Sure, we will accommodate.

Gilberto and Edmundo will organize.

Rgds,

KC


**From:** zwi@eaglebr.com.br [mailto:zwi@eaglebr.com.br]
**Sent:** Friday, March 16, 2012 09:43
**To:** Kai Choong KWOK; Tommy SAM
**Subject:** Fw: visita de investidores ao BrasFels

KC,
May I confirm?
Bom dia
Rgds
Zwi
Sent via my BlackBerry® device from Claro

**From:** David Rodin <david.rodin@setebr.com>
**Date:** Fri, 16 Mar 2012 09:34:11 -0300
**To:** <zwi@eaglebr.com.br>
**Subject:** visita de investidores ao BrasFels

Bom dia Zwi,

O Fabio Cunha solicitou que entrasse em contato pois gostaríamos de levar um dos nossos possíveis investidores ao Estaleiro BrasFels. Podemos contar com a atenção de sempre?

Estamos prevendo esta visita no dia 27 ou 28 de março.

Att,



David Rodin
Engenharia e Implantação de Projetos

Tel./Fax: +55 21 2528-0080
david.rodin@setebr.com
www.setebr.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.