# EXHIBIT 50



STATE OF NEW YORK          )
                           )
                           )
COUNTY OF NEW YORK         )      ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range KEPPEL00012940 through KEPPEL00012941.

Matthew Garrison
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 12th day of June, 2021,
by Matthew Garrison.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

Message

| | |
|---|---|
| **From:** | zwi@eaglebr.com.br [zwi@eaglebr.com.br] |
| **Sent:** | March 20, 2012 8:58:56 PM |
| **To:** | Tommy Sam [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam]; Kai Choong Kwok [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok] |
| **Subject:** | Fw: RE: investors' visit to BrasFels |

FYI
Zwi
Sent via my BlackBerry® device from Claro

**From:** David Rodin <david.rodin@setebr.com>
**Date:** Tuesday, March 20 2012 09:46:33 PM -0300
**To:** <zwi@eaglebr.com.br>
**Subject:** RE: investors' visit to BrasFels

Good morning Zwi,

I received the Investors' schedule and would like to confirm the visit to Brasfels Shipyard for March 27th from 12:00 PM to 5:00 PM.

Below is the list of visitors:

- Ivan Hong
- Jeppe Starup
- Amer Saleh Al Ameri
- Hoshrav Patel
- Simon Hayden
- Kevin Corrigan

I await your contact.

Regards,



**David Rodin**
Engineering and Project Execution

Tel/Fax: +55 21 2528-0080
david.rodin@setebr.com
www.setebr.com

**From:** David Rodin [mailto:david.rodin@setebr.com]
**Sent on:** Friday, March 16, 2012 09:34 AM
**To:** 'zwi@eaglebr.com.br'
**Subject:** investors' visit to BrasFels

Confidential                                                                                                    KEPPEL00012940

Good morning Zwi,

Fabio Cunha asked that I contact you because we'd like to bring one of our potential investors to the BrasFels shipyard. Can we count on your usual assistance?

We are anticipating this visit to be on March 27 or 28.

Regards,



**David Rodin**
Engineering and Project Execution

Tel/Fax: +55 21 2528-0080
david.rodin@setebr.com
www.setebr.com

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

Confidential

KEPPEL00012941

| Message | |
|---|---|
| **From:** | zwi@eaglebr.com.br [zwi@eaglebr.com.br] |
| **Sent:** | 20/3/2012 8:58:56 PM |
| **To:** | Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam]; Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok] |
| **Subject:** | Fw: RES: visita de investidores ao BrasFels |

FYI
Zwi
Sent via my BlackBerry® device from Claro

---

**From:** David Rodin <david.rodin@setebr.com>
**Date:** Tue, 20 Mar 2012 09:46:33 -0300
**To:** <zwi@eaglebr.com.br>
**Subject:** RES: visita de investidores ao BrasFels

Bom dia Zwi,

Recebi a programação dos Investidores e gostaria de confirmar a visita ao Estaleiro Brasfels para o dia 27 de março de 12:00 às 17:00.

Abaixo segue a lista dos visitantes:

- Ivan Hong
- Jeppe Starup
- Amer Saleh Al Ameri
- Hoshrav Patel:
- Simon Hayden
- Kevin Corrigan

Aguardo seu contato.

Att,



David Rodin
Engenharia e Implantação de Projetos

Tel./Fax: +55 21 2528-8080
david.rodin@setebr.com
www.setebr.com

---

**De:** David Rodin [mailto:david.rodin@setebr.com]
**Enviada em:** sexta-feira, 16 de março de 2012 09:34
**Para:** 'zwi@eaglebr.com.br'
**Assunto:** visita de investidores ao BrasFels

Confidential   KEPPEL00012940

Bom dia Zwi,

O Fabio Cunha solicitou que entrasse em contato pois gostaríamos de levar um dos nossos possíveis investidores ao Estaleiro BrasFels. Podemos contar com a atenção de sempre?

Estamos prevendo esta visita no dia 27 ou 28 de março.

Att,



David Rodin
Engenharia e Implantação de Projetos

Tel./Fax: +55 21 2528-0080
david.rodin@setebr.com
www.setebr.com

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

Confidential
KEPPEL00012941