# EXHIBIT 51

Message

| | |
|---|---|
| **From**: | zwi@eaglebr.com.br [zwi@eaglebr.com.br] |
| **Sent**: | 30/3/2012 2:28:41 PM |
| **To**: | Jeff CHOW [KOM-LEGAL] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jeff.chow] |
| **Subject**: | Re: Sete Contract |

Jeff,
Ok, please help on that.
Rgds
Zwi
Sent via my BlackBerry® device from Claro

-----Original Message-----
From: "Jeff CHOW [KOM-LEGAL]" <jeff.chow@KEPPELOM.COM>
Date: Fri, 30 Mar 2012 13:39:38
To: zwi<zwi@eaglebr.com.br>
Subject: RE: Sete Contract

I'm working on it and will quietly try to have it ready over the weekend, when I can get some quiet time.

Regards,
Jeff/


-----Original Message-----
From: zwi [mailto:zwi@eaglebr.com.br]
Sent: Friday, March 30, 2012 7:17 PM
To: Jeff CHOW [KOM-LEGAL]
Cc: Tommy SAM
Subject: Sete Contract


Jeff,

I am having pressure from my partners about my contract, the first payment for the 5 units will be pay soon. Until now was not solved the first one paid by Urca to Fernavale since Dec/011, already more than 3 months.
Rgds
Zwi

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symantecloud.com
_____

_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symantecloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symantecloud.com
_____