# EXHIBIT 52

Message

| | |
|---|---|
| **From**: | zwi@eaglebr.com.br [zwi@eaglebr.com.br] |
| **Sent**: | 3/4/2012 1:25:16 PM |
| **To**: | Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam] |
| **Subject**: | Fw: Sete |

```
FYI
Zwi
------Original Message------
From: Jeffery S. Chow
To: Zwi Skornicki
Subject: Sete
Sent: Apr 3, 2012 09:50


Zwi:

I am at the airport headed to Singapore to close on the "agreemenrts".

I am proposing one in Brazil like the old ones from BrasFELS.  0.5%.

Others outside from Fernvale.

You mentioned that you have other companies you can use?  Can you send names of these companies?

Thanks,
Jeff

_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary
information. If you are not the intended recipient, be advised that you have received this e-mail in
error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If
you have received this e-mail in error, please immediately contact the sender by return e-mail and then
irretrievably delete it from your system.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

Sent via my BlackBerry® device from Claro

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____
```