# EXHIBIT 53



**STRICTLY PRIVATE AND CONFIDENTIAL**

March 22, 2012

To:
Keppel FELS Brasil S.A.
Rua da Assembleia, 10 – 2013,
Zip Code 22261-005, Rio de Janeiro, RJ, Brazil

Estaleiro BrasFELS Ltda.
Rua da Assembleia, 10 – 2013,
Zip Code 22261-005, Rio de Janeiro, RJ, Brazil

Attention:      Kwok Kai Choong, Chief Executive Officer/President

Re.: EPC Contracts for International Invitation No.0966646118

Dear Sirs:

1.      Reference is made to the recent negotiations by and among the subscriber hereof – Sete Brasil Participações S.A. ("Sete Brasil"), Estaleiro BrasFELS Ltda. ("BrasFELS") and Keppel FELS Brasil S.A. ("KeppelFELS") together with BrasFELS the "FELS Companies" and the FELS Companies together with Sete Brasil, the "Parties"), regarding the construction of five (5) semi-submersible drilling rig units in accordance with the requirements and technical specification set out in the International Invitation No.0966646118 released by Petróleo Brasileiro S.A. – Petrobras ("Petrobras") on June 03, 2011 (each a "Unit" and together "Units"), for purposes of utilization in the exploration of oil in ultra-deep waters ("Project") and the terms of your commercial proposal sent to Sete Brasil on July 9, 2011 and further revised on September 27, 2011 with regard to the construction of the Units, including the price for the construction of each Unit as well as the attachments to this letter agreement (collectively the "Proposal").

2.      In connection with the implementation of the Project, Sete Brasil and the FELS Companies hereby express their firm intent to purchase and construct, respectively, five (5) Units each under an Engineering, Procurement and Construction Contract, to be entered into by and between Sete Brasil (through an affiliate to be incorporated), as owner, and BrasFELS (or an affiliate, in accordance with paragraph 3 below), as contractor, respectively under each contract based on substantially in the same terms and conditions of the Engineering, Procurement and Construction Contract, entered into by and between Urca Drilling B.V. and Fernvale Pte. Ltd., on December 16, 2011 including its exhibits, in particular Exhibit XXVIII – Contractor Documentation ("EPC Contracts") and the Proposal.

3.      To the extent that *Fundo de Garantia de Construção Naval* - FGCN expressly agrees to approve an affiliate of BrasFELS, Sete Brasil agrees to adjust the EPC Contract accordingly.

4.      Sete Brasil (through an affiliate to be incorporated) agrees to pay as down payment the equivalent of two percent (2%) of the contract price per EPC Contract (as set forth in the Price Schedule for each Unit and the individual cash flow for each Unit as per the attachment), to be entered into pursuant to this

KEPPEL00572590

letter agreement within ten (10) banking days from the execution of this letter agreement to bank account(s) to be designated by BrasFELS and that the remaining two percent (2%), to complete the four percent (4%) down payment, as established in the proposal for each Unit, shall be invoiced according the EPC Contracts conditions and after the execution of each EPC Contract.

5.      The Parties further agree (i) to finalize the terms and conditions of the EPC Contracts based on the Proposal; (ii) to reach a final agreement in connection with item (i) above in order to execute the EPC Contracts no later than the execution of the charter agreements to be entered by the affiliates of Sete Brasil and Petrobras or 60 (sixty) days from the execution of this letter agreement, extendable for an additional 30 (thirty) days upon mutual agreement of the Parties, whichever happens first ("Final Execution Date"); and (iii) to obtain the necessary corporate approvals to the extent applicable, prior to the aforesaid date. For the purposes of this letter agreement the Final Execution Date shall be informed by Sete Brasil to the FELS Companies by means of a written notice to be sent to the address indicated above.

6.      In view of the foregoing, the Parties also agree that BrasFELS (or an affiliate, in accordance with paragraph 3 above), as the contractor under each of the EPC Contracts, shall already start to perform the works and activities related to the construction of the Units, as provided for in the Proposal in accordance with the Preliminary Schedule of Works, a Local Content Breakdown Plan and Locations of Hull Construction, attached herein.

7.      The Parties further agree that the Notice to Proceed (as defined in the EPC Contracts) shall be issued under the EPC Contracts no later than the Final Execution Date and shall establish that the commencement of the Works shall be considered the date of execution of this letter agreement.

8.      If Sete Brasil (or its affiliate, as the case may be) refuses to execute or fails to enter into the EPC Contracts on or before the Final Execution Date, Sete Brasil shall reimburse any reasonable and duly documented costs incurred by BrasFELS (or its affiliate, as the case may be), after the date of this letter agreement and in connection with the performance of the works and activities related to the construction of the Units as set forth herein, up to an amount equivalent of four percent (4 %) of the price for each Unit, less any amounts advanced by Sete Brasil pursuant to this letter agreement. If BrasFELS (or its affiliate, as the case may be) refuses to execute or fails to enter into the EPC Contracts on or before the Final Execution Date BrasFELS shall promptly cause to be reimbursed to Sete Brasil, without further notice, any amount advanced by or on behalf of Sete Brasil pursuant to paragraph 4 above per EPC Contract that is not executed. In either event, the remedies mentioned in this paragraph and shall be the sole remedy of the Parties.

9.      This letter agreement constitutes the entire agreement between the Parties and supersedes all prior letters, agreements, representations, warranties, statements, promises, information, arrangements and understandings, whether oral or in written, express or implied, with respect to the subject matter hereof. This letter agreement shall remain binding and in full force and effect, unless otherwise agreed in writing by the Parties hereof, until the execution and delivery of the EPC Contracts or, if the Parties fail to agree on the terms and conditions of the EPC Contracts, until the Final Execution Date.

10.      In connection with the purposes of this letter agreement, each Party (the "Disclosing Party") may provide the other (the "Receiving Party") with confidential or proprietary information ("Confidential Information") pertaining to their business plans, technology and operations. The Receiving Party agrees that such Confidential Information must be used solely for the purposes of this letter agreement and that such Confidential Information or the fact of this letter agreement (or the contents thereof) must not be disclosed to any third party without the prior written consent of the Disclosing Party. Such information may only be disclosed to those employees of the Parties or potential partners in the operation of the Unit having a need to know it for the purpose of this letter agreement. However, the Receiving Party is entitled to make any disclosure of the Confidential Information (or the fact or contents of this letter agreement) where so required by law or order of a competent authority (or pursuant to the rules or requirements of any relevant stock exchange), provided that the Disclosing Party is given prior written notice. The confidentiality obligations and restrictions of use set forth in this clause shall survive the termination or expiration of this letter agreement. Confidential Information does not include information which (i) is known to the non-disclosing Party at the time of disclosure by the disclosing Party as evidenced by

2

written records of the non-disclosing Party, (ii) has become publicly known and made generally available through no wrongful act or inaction of the non-disclosing Party, or (iii) has been rightfully received by the non-disclosing Party from a third party who is authorized to make such disclosure.

11.    This letter agreement shall be governed exclusively by and construed and enforced in accordance with the laws of the Federative Republic of Brazil.

12.    If the terms outlined above are acceptable to you, please execute this letter agreement and return an executed counterpart to us as evidence of your acceptance and agreement with its terms.

Yours truly,

SETE BRASIL PARTICIPAÇÕES S.A.

Name: João Carlos de Medeiros Ferraz

Title: Chief Executive Officer

Name: Pedro José Barusco Filho

Title: Chief Operations Officer

Acknowledged and agreed on 3/22/12 by:

KEPPELFELS BRASIL S.A

Name: Kwok Kai Choong

Title: Chief Executive Officer/ President

Name: Sam Yuin Sing

Title: Vice President

ESTALEIRO BRASFELS LTDA.

Name: Kwok Kai Choong

Title: Chief Executive Officer/ President

Name: Sam Yuin Sing

Title: Vice President

3

KEPPEL00572592

Attachments:

- Keppel Fels proposal from 09/ July/2011
- Keppel Fels revised proposal from 27/ September/2011
- Keppel Fels letter to Sete Brasil dated 28/Nov/2011 and related emails
- Price schedule (equal for each Unit)
- Individual cash flow (for each Unit)
- Preliminary Schedule of Works (for each Unit)
- Local Content Breakdown Plan (for each Unit)
- Locations of Hull Construction (for each Unit)
- Minutes of Meeting dated March 20, 2012
- copy of the waiver letter in relation to Section 3.15 of the EPC Contract



4

KEPPEL00572593



Keppel FELS Limited      Tel: (65) 6863 7200
(Co Reg No. 196700147N)  Fax: (65) 6261 7719
50 Gul Road
Singapore 629351
www.keppelfels.com

**CONFIDENTIAL**

09th July 2011                    Our Ref:  Q/N087/11/SETE/R1

Sete Brasil
Rua Nilo Pecanha 50
Suite 409- Rio de janeiro.

Attn:   Mr. Pedro Barusco

Dear Sir,

### REVISED PROPOSAL FOR NEWBUILD DSS38E-DP3 SEMISUBMERSIBLE RIGS

Reference to your email dated 08th July 2011, our team here has been working hard to review our cost in order to provide Sete Brasil the most attractive proposal in pursuit of this contract. However, the escalations of labour rates and equipment prices, together with the devaluation of currencies have caused significant impact on our construction cost.

However, to reinforce our interest in this project with Sete Brasil, we hereby present our revised proposal for Semi Submersible Drilling Rig based on our DSS38E-DP3 design. Our firm proposal is as follows:

### 1.    PRICE & DELIVERY

Our firm price to provide design, engineering, procurement of materials and equipment to construct the one unit of KFELS DSS38E-DP3 delivery ex-yard will be **United States Dollars Eight Hundred Nine Million and Eight Hundred Thousand (US$809,800,000/-).**

The price above is based on seven (7) units contracted as a package with delivery schedule tabulated below:

Q/N087/11/SETE/R1
KFELS DSS 38E-DP3 Semisubmersible Rigs
Page 2 of 3

| Slot | Delivery of unit from contract award |
|------|--------------------------------------|
| 1 | 48months |
| 2 | 58 months |
| 3 | 66 months |
| 4 | 74 months |
| 5 | 82 months |
| 6 | 90 months |
| 7 | 98 months |

This amount is pegged at USD$1.00=R$1.56 applying the escalations formula set out in Appendix A

Prices offered as our base case do not include any projected price escalations during construction duration. The formulas to cover these escalations, if any, are set forth in Appendix A - Proposed Price Escalation Formula.

Should PNBV include escalation formula prior the contract award, we shall work with you with an attempt to normalize these two formulas.

## 2.    BASIS OF OFFER

The basis of our proposal is as follows:
a) KFELS DSS38E DP3 compliant to the requirements in Convite Internacional No 0966646118 dated 03rd June 2011 and circular letters up to Circular 2 with the following qualifications listed in Appendix B - List of qualifications to PNBV latest requirements

Exclusion includes:
a) Supply, installation and commissioning of any Third party equipment (mud logging unit, wire-line logging unit, well test equipment, mud centrifuge etc).
b) Drilling loose items (spiders, tubular, drill strings etc).

## 3.    PAYMENT TERM

Our offer is based on mutually acceptable progress payment terms according to the milestones in our construction schedule. Due to the dynamics of shipyards operating in Brazil, we require the cashflow during the construction to be positive, hence we are open to discuss in details with Sete Brasil on the payment terms and payment currencies involved for these newbuild projects.

KEPPEL00572595

*Q/N087/11/SETE/R0*
*KFELS DSS 38E-DP3 Semisubmersible Rigs*
*Page 3 of 3*

---

## 4. TERMS AND CONDITIONS

This offer shall remain valid for one hundred and twenty (120) days.

Based on our vast experiences of such newbuild projects, project management style varies broadly among different drilling contractors. This has a huge impact on the execution of the project and hence we would like to be notified of the drilling contractors who will be potentially be involved in this prospective project.

## 5. CONFIDENTIALITY AGREEMENT

All information contained in the Proposal is confidential and will be held in strict confidence by the addressee. The information will not be disclosed, in any part thereof to any person, except to those employees, officers, directors and affiliates at all levels of the addressee who are involved in the tender process of the KFELS DSS38E-DP3 Semi Submersible Drilling Rig, on a need to know basis.

We look forward to continue working together with Sete Brasil to develop and realize this project. Should you have any clarifications, please do not hesitate to contact us. We look forward to a favorable response from you as soon as possible.

Yours faithfully,
Keppel FELS Ltd

Chow Yew Yuen
Managing Director
Keppel Offshore and Marine

**ATTACHMENTS:**
* Appendix A: Proposed Price Escalation Formula
* Appendix B: List of qualifications to PNBV latest requirements

KEPPEL00572596

## Appendix A - Proposed Price Escalation Formula

**Brazilian Content Portion:**

The Parties agree, however, that the amount related to the effectively proven Brazilian Local Content, according to Exhibit XVI of this Agreement shall be subject to the following formula:

$$PM = PO \times \frac{PTAXo}{PTAXm} \times Fy$$

Where:

**PM** : Monthly Adjusted Brazilian Local Content Amount in US dollars (or Euros);

**PO** : Contractual Payment, related to the effective Brazilian Local Content, in US Dollars (or Euros), determined in the monthly Measurement Report;

**PTAXo** : The sale foreign exchange rate of the US dollar (or Euro), published by Central Bank of Brazil on the data base system called SISBACEN, site PTAX 800 – Option 5, corresponding to two working days before the Contractor Commercial Proposal issued date;

**PTAXm** : The sale foreign exchange rate of the US dollar (or Euro), published by Central Bank of Brazil on the data base system called SISBACEN, site PTAX 800 – Option 5, corresponding to the last Business Day of the measurement period;

**Fy** : Yearly adjustment factor determined by the following parametric formula, calculated every twelve months counted from the Contractor Commercial Proposal issued date, to express the escalation costs related to the Brazilian Local Content:

$$Fy = 0,40 \times \frac{MOn}{MOo} + 0,40 \times \frac{FAn}{FAo} + 0,20 \frac{En}{Eo}$$

Where,

**MOn** : Definitive value of the Price Index corresponding to "*Custo de construção - Mão-de-obra – Município do Rio de Janeiro – Coluna 10 - FGV (código A0159401)*" representing the cost of man power, referred to the month preceding the one to which the adjustment is due.

**MOo** : Definitive value of the Price Index corresponding to "*Custo de Construção - Mão-de-obra - Município do Rio de Janeiro - Coluna 10 – FGV (código A0159401)*" representing the cost of man power, referred to the month preceding the one to which the Contractor Commercial Proposal was issued.





FAn : Definitive value of the Price Index corresponding to *"Indústria de Transformação – Metalurgia Básica - Coluna 30 - FGV (código 1006823)"*, representing the cost of raw materials in the price composition, referred to the month preceding the one to which the adjustment is due.

FAo : Definitive value of the Price Index corresponding to *"Indústria de Transformação – Metalurgia Básica - Coluna 30 - FGV (código 1006823)"*, representing the cost of raw materials in the price composition, referred to the month preceding the one to which the Contractor Commercial Proposal was issued.

**En** : Definitive value of the Price Index corresponding to *"Máquinas e Equipamentos —FGV série IPA-EP - Bens Finais - Bens de Investimento - Máquinas e Equipamentos (código 1004812)"*, representing the cost of construction equipment in the price composition, referred to the month preceding the one to which the adjustment is due.

**Eo** : Definitive value of the Price Index corresponding to *"Máquinas e Equipamentos —FGV série IPA-EP - Bens Finais - Bens de Investimento - Máquinas e Equipamentos (código 1004812)"*, representing the cost of construction equipment in the price composition, referred to the month preceding the one to which the Contractor Commercial Proposal was issued.

## Foreign Content Portion

$$PM = PO \times Fy$$

Where:
PM: Adjusted Foreign Content Amount in U.S. Dollars.

PO: Portion of Contract Price corresponding to the Foreign Content in US Dollars included in the Measurement Report.

Fy: Yearly adjustment factor determined by the following parametric formula, calculated every twelve months, and counted from the Proposal Submission Date:

$$Fy = 0.95 \times \frac{OFGME}{OFGMe_o} + 0.05 \times \frac{ECI}{ECI_o}$$

Where:
OFGME: Definitive value of the Price Index corresponding to *"Oil and Gas Field Machinery and Equipment (code PCU333132333132)"* published by *"United States Bureau of Labor Statistics Data – BLS"*, for the month immediately preceding the month to which the adjustment is due (i.e., each twelve (12) month anniversary of the Proposal Submission Date).

OFGMEo: Definitive value of the Price Index corresponding to *"Oil and Gas Field Machinery and Equipment (code PCU333132333132)"* published by *"United States Bureau of Labor Statistics Data – BLS"*, for the month immediately preceding the month in which Contractor's Commercial Proposal was submitted.

Confidential

**ECI**: Definitive value of the Price Index corresponding to *"Employment Cost Index, Total Compensation, Private Industry"* published by *"United States Bureau of Labor Statistics Data – BLS"*, for the month immediately preceding the month to which the adjustment is due (i.e., each twelve (12) month anniversary of the Proposal Submission Date).

**ECIo**: Definitive value of the Price Index corresponding to *"Employment Cost Index, Total Compensation, Private Industry"* published by *"United States Bureau of Labor Statistics Data – BLS"*, for the month immediately preceding the month in which Contractor's Commercial Proposal was submitted.

KEPPEL00572599

Appendix B - List of qualifications to PNBV technical requirements

| S/N | PNBV Ref | Technical Description in Convite N⁰ 0966646118 | KFELS Basis |
|---|---|---|---|
| 1 | 2.2.2d | The UNIT shall be able to navigate between locations, with drill string and BHA in setback... | The UNIT shall be able to navigate between locations (up to 1 day), with drill string and BHA in setback |
| 2 | 2.10.1 | The unit shall have independent lines, for both boards, which enable the transfer of fluids of the active and reserve system, for tug boats and vice-versa, as well as the water, oil and bulks transfer, at any time, without interfering with drilling, manufacturing operations and/or drilling/completion fluid treatment and with the wash over of tanks. | Not Included. |
| 3 | 9.2.2. | 01 (one) shear ram type super-shear/casing-shear with capacity for cut of lining of 14" 113 lb/pé, grau Q-125 HC; | 01 (one) super-shear/casing-shear type shear ram to cut the casing of 10 ¾", 89,3 ft-lb, grade P-110 and casing of 13 5/8", 88,2 ft-lb, grade P-110; |
| 4 | 9.2.4. | A centralizer shall be provided to be used in BOP latch into BAP funnel, if supplied connector have external diameter below 72°. | Not Included. |
| 5 | 9.19.2. | Provide rigid tubing 3/8" ID, class pressure 5KPSI between the Main Deck (reel) area and the platform (driller cabin) for connection of ANM EDS system with Jic 4 conections at the ends.,. | Not Included. |
| 6 | 10.4 | The electromagnetic brake system shall be exempted, in UNITS where the drilling winch acts as a active compensation system of movements or where their engines work in a regenerative form, and provided with disk brakes with braking capacity equal or superior to 3 **times** the load capacity of the winch. | The electromagnetic brake system shall be exempted, in UNITS where the drilling winch acts as a active compensation system of movements or where their engines work in a regenerative form, and provided with disk brakes with braking capacity equal or superior to **2 times** the load capacity of the winch. |





KEPPEL00572600

# BrasFELS

27th September 2011                                    Our Ref: Q/N087/11/SETE/R2


SETE BRASIL PARTICIPAÇÕES S.A.
Rua Humaitá, 275, sala 1302
CEP 22261-005, Rio de Janeiro - RJ


Attn:    João Carlos de Medeiros Ferraz
         Pedro José Barusco Filho

Reference:    Letter of Invitation dated of June 14, 2011
              Proposal for Newbuild DSS 38E-DP3 Semisubmersible Rigs


Dear Sir,


## PROPOSAL FOR NEWBUILD DSS38E-DP3 SEMISUBMERSIBLE RIGS


Reference to our latest discussion on latest round of Petrobras tenders, we hereby present our proposal for Semi Submersible Drilling Rig based on the KFELS DSS38E-DP3 design. Our firm proposal is as follows:


## 1.    PRICE & DELIVERY


Our firm price & delivery schedule to provide design, engineering, procurement of materials and equipment to construct six (6) units of KFELS DSS38E-DP3 delivery ex-yard BrasFELS is presented as below. A Keppel FELS internationally designated company will execute the contract, and will subcontract the Brazilian portion of the work to BrasFELS Ltda.


BRASFELS S. A.

Av. Conde Maurício de Nassau, s/n.,
Jacuecanga
23914-460 - Angra dos Reis, RJ
Tel.: (55)(24) 3361 8075
Fax: (55)(24) 3361 3458

# BrasFELS

| Slot | Price | Delivery of unit from contract award |
|------|-------|--------------------------------------|
| 1 | USD798,000,000 | 48 months |
| 2 | USD812,160,000 | 58 months |
| 3 | USD812,160,000 | 66 months |
| 4 | USD812,160,000 | 74 months |
| 5 | USD812,160,000 | 82 months |
| 6 | USD812,160,000 | 90 months |

The price above is based on six (6) units contracted as a package with delivery schedule tabulated above.

The portion of the price in R$, as set forth in Appendix B hereto, is pegged at USD$1.00=R$1.56 applying the escalations formula set out in Appendix A.

Prices offered as our base case do not include any projected price escalations during construction duration. The formulas to cover these escalations, if any, are set forth in the draft EPC Contract Terms and Conditions (Contract Formula). However, as indices required for such Contract Formula may not be available, it is agreed that until such time as the Contract Formula indices are available, we shall apply the escalation formula set out in the attached Appendix A - Proposed Price Escalation Formula.

## 2.  BASIS OF OFFER

The basis of our proposal is as follows:

a) KFELS DSS38E DP3 is mainly based on the Charter Bid Specifications (where they are applicable to semisubmersibles). Should there be a requirement for the one shear ram type super-shear/casing-shear with capacity for cutting of lining of 14" 113 lb/pe, grau Q-125 HC, this shall be supplied at an additional cost of US$3.7 million per unit.

**BRASFELS S.A.**

Estrada Rio-Santos, Km 91
Jacuecanga
23900-000 - Angra dos Reis, RJ
Tel.: (55)(24) 3361 6000/3457
Fax: (55)(24) 3361 3409

**BrasFELS**

b) The EPC Contract terms and conditions shall be mutually acceptable to the parties, including, but not limited to, those issues relating to FGCN and requirements to maintain the tax exemptions under the Brazilian tax regimes. The parties shall negotiate in good faith the terms and conditions.

**Exclusion includes:**

a) Supply, installation and commissioning of any Third party equipment (mud logging unit, wire-line logging unit, well test equipment, mud centrifuge, etc.).

b) Drilling loose items (spiders, tubular, drill strings, etc.).

For avoidance of doubt, this offer supersedes any and all earlier proposals on the referenced subject matter.

## 3.   PAYMENT TERM

The payment term for our offer is based on milestones payments according to our schedule as set out in the attached Appendix B: Details of payment schedule.

## 4.   TERMS AND CONDITIONS

This offer shall remain valid for one hundred and twenty (120) days from 3rd October 2011 and we herewith provide a guarantee from our parent, Keppel FELS Brasil S.A., to guarantee the validity of this offer.

## 5.   PROPOSED JOINT VENTURE STRUCTURE

For the first unit of the series, the proposed Joint Venture (JV) to own the unit shall be made up of a Keppel FELS Ltd designated company (10-20%), a Queiroz Galvão Óleo e Gás S.A designated company (20%) and a Sete Brasil designated company (60-70%). The proposed financing model for this project shall be 20% equity and 80% financing to be secured by Sete Brasil at terms mutually acceptable to all shareholders. The charter arrangement with Petrobras shall be at terms as mutually acceptable to shareholders as well.

**BRASFELS S.A.**

Estrada Rio-Santos, Km 91
Jacuecanga
23900-000 - Angra dos Reis, RJ
Tel.: (55)(24) 3361 6000/3457
Fax: (55)(24) 3361 3409

**BrasFELS**

Any associated bonus from Petrobras for the 1st unit will be split 50%-50% between the JV and Keppel FELS Limited. All bonuses for any subsequent units will be 100% for Keppel FELS Limited.

This JV proposal is subjected to Keppel FELS Limited's Board Approval.

## 6.   CONFIDENTIALITY AGREEMENT

All information contained in the Proposal is confidential and will be held in strict confidence by the addressee. The information will not be disclosed, in any part thereof to any person, except to those employees, officers, directors and affiliates at all levels of the addressee who are involved in the tender process of the KFELS DSS38E-DP3 Semi Submersible Drilling Rig, on a need to know basis.

We look forward to a favorable response from you as soon as possible.

Yours faithfully,

BrasFELS Ltda.

Sam Yuin Sing                    Gilberto Israel

*ATTACHMENTS:*

* Appendix A: Proposed Price Escalation Formula
* Appendix B: Details of payment schedule

BRASFELS S.A.

Estrada Rio-Santos, km 81
Jacuecanga
23900-000 - Angra dos Reis, RJ
Tel.: (55)(24) 3361 6000/3437
Fax: (55)(24) 3361 3406

**BrasFELS**

Rio de Janeiro, 28 de Novembro de 2011.

**To: SETE BRASIL PARTICIPAÇÕES S.A.**

Rua Humaita, 275, sala 1302

CEP 22261-005, Rio de Janeiro – RJ

Attn:   Mr. Joao Carlos de Medeiros Ferraz

Mr. Pedro Jose Barusco Filho

Dear Sir,

Concerning our Proposal presented on September 27, 2011, in view of the signing on this date of the Letter of Intent for 1 (one) unit of DRU only and its related EPC Contract, we hereby inform that in respect of the 1st unit, the delivery in 48 months shall be deemed exhausted and no longer applicable.

Kindly acknowledge your same understanding of the aforegoing by countersigning below.

Yours faithfully,

Kwok Kai Choong
President/CEO

We, Sete Brasil Participações S.A., hereby confirm that the aforegoing represents our understanding and agreement of the position.

Sete Brasil Participações S.A.

**Estaleiro BrasFELS Ltda.**
Estrada Rio Santos, Km 81  S/N°
Jacuecanga -23905-000 - Angra dos Reis, RJ
Tel.: (55)(24) 3361 6000
Fax: (55)(24) 3361 6059

KEPPEL00572605

## Fabio Cunha

| | |
|---|---|
| **De:** | Tommy SAM |
| **Enviado em:** | segunda-feira, 19 de março de 2012 14:08 |
| **Para:** | 'isabela.faria@setebr.com' |
| **Cc:** | 'zwi@eaglebr.com.br'; TAN Leong Peng [KFE-ENGRG]; Kenneth CHONG [KOM-LEGAL]; 'fabio.cunha@setebr.com' |
| **Assunto:** | Re: LOI KFELS and Sete |

Dear Isabela,

You are correct. The said letter sets out to clarify that the first unit in the proposal has been exhausted with the execution of the EPC contract for one drilling semi. The 2nd to the 6th units as stated in our proposal are still valid subject to the terms and conditions stated therein. Therefore, it does not amend, alter or otherwise change any provision related to the EPC Contract executed between Urca Drilling BV and Fernvale Pte. Ltd on December 16, 2011.

Thanks

Best regards,
Tommy Sam

**From:** Isabela Faria [mailto:isabela.faria@setebr.com]
**Sent:** Monday, March 19, 2012 09:25 PM
**To:** Tommy SAM
**Cc:** zwi@eaglebr.com.br <zwi@eaglebr.com.br>; TAN Leong Peng [KFE-ENGRG]; Kenneth CHONG [KOM-LEGAL]; fabio.cunha@setebr.com <fabio.cunha@setebr.com>
**Subject:** LOI KFELS and Sete

Dear Tommy:

We refer to the attached letter.

This is to confirm our understanding that the intent of the attach letter is to amend your proposal presented on September 27, 2011 specifically in relation to the first unit sets forth in the aforesaid proposal.  The attached letter does not amend, alter or otherwise change any provision related to the EPC Contract executed between Urca Drilling BV and Fernvale Pte. Ltd on December 16, 2011.

Please confirm this understanding.

Best regards,

Isabela Faria

1

 KEPPEL00572606

| BRASFELS LTDA. | CONTRACT SETE-SPC Drilling B.V. |
|---|---|
| | DRU#1 - EXHIBIT XVI |

## DRILLING RIG UNIT 2

| EXHIBIT XVIII - EPC PRICE SCHEDULE | Sheet: 1/1 |
|---|---|

| 1 | PRICE SCHEDULE "A" |
|---|---|
| | Lump-sum price for supplying **1 DRILLING RIG UNIT**, as established in item **9.2.1** of the Contract. |

| ITEM | DESCRIPTION | |
|---|---|---|
| 1 | SCHEDULE "A" - TOTAL PRICE<br>This amount shall correspond to the sum of partial prices paid in the currencies specified under items 1.1, 1.2, and 1.3 | |
| 1.1 | Price to be paid in US$ (American Dollars) | US$ 370,551,600 |
| 1.2 | Price to be paid in € (Euros) | --0-- |
| 1.3 | Price to be paid in R$ (Brazilian Reais) | R$ 706,518,384 |
| 1 | **TOTAL PRICE**<br>Sum of partial prices as per items 1.1, 1.2 and 1.3<br>CONVERTED TO US$ AMERICAN DOLLARS AT US$1 = R$ 1.56 | US$ 823,448,000 |

| OWNER | BIDDER | DATE |
|---|---|---|
| SETE-SPC Drilling B.V. | | BASE DATE<br>FOR ESCALATION :<br><br>JULY 09 2011 |

KEPPEL00572607

## A) Agreed Changes to Technical Specification

### 1. Keppel_Sete Comment List B -

| S/N | GTD Rev 10 | Final Status | Accepted Price (US$) |
|---|---|---|---|
| 19 | 19.6.3 - A complete system for storing and mixing the mud with other required fluids like water, brine/base oil etc. | Item Closed. Commercially Agreed | $155,960.00 |

### 2. Keppel_Sette Comment List A -

| Item | Title | Final Status | Accepted Price (US$) |
|---|---|---|---|
| 9 | Doors in accommodation | Item Closed. Commercially Agreed | $65,750.00 |
| 12 | Private Bathroom and toilets | Item Closed. Commercially Agreed | $32,400.00 |
| 26 | Sea Water Cooling System | Item Closed. Commercially Agreed | $6,499,350.00 |
| 32 | Oily water separator | Item Closed. Commercially Agreed | $98,000.00 |
| 65 | Mud system | Item Closed. Commercially Agreed | $372,400.00 |
| 75 | BOP and Diverter Control System | Item Closed. Commercially Agreed | $277,550.00 |
| 85 | Choke and Kill Manifold | Item Closed. Commercially Agreed | $84,700.00 |
| 94 | Ballast system | Item Closed. Commercially Agreed | $326,200.00 |
| 105 | 19.8.3-8.04 RISER (continuation) | Item Closed. Commercially Agreed | $29,000.00 |
| AA | BOP Shear Ram Upgrade | Item Closed. Commercially Agreed | $3,700,000.00 |

Total Amount   $11,641,310.00

Overall Discount   $353,310.00

Agreed Amount   $11,288,000.00

## B) Original Contract Price = US$ 812,160,000.00

## C) Final Contract Price = US$ 823,448,000.00
(Original Contract Price + Agreed Amount)





KEPPEL00572608

| BRASFELS LTDA. | CONTRACT SETE-SPC Drilling B.V. |
| | DRU#1 - EXHIBIT XVI |

## DRILLING RIG UNIT 3

| EXHIBIT XVIII - EPC PRICE SCHEDULE | Sheet: 1/1 |

| 1 | PRICE SCHEDULE "A" |
| | Lump-sum price for supplying 1 DRILLING RIG UNIT, as established in item 9.2.1 of the Contract. |

| ITEM | DESCRIPTION | |
|---|---|---|
| 1 | SCHEDULE "A" - TOTAL PRICE<br>This amount shall correspond to the sum of partial prices paid in the currencies specified under items 1.1, 1.2, and 1.3 | |
| 1.1 | Price to be paid in US$ (American Dollars) | US$ 370,551,600 |
| 1.2 | Price to be paid in € (Euros) | --0-- |
| 1.3 | Price to be paid in R$ (Brazilian Reais) | R$ 706,518,384 |
| 1 | TOTAL PRICE<br>Sum of partial prices as per items 1.1, 1.2 and 1.3<br>CONVERTED TO US$ AMERICAN DOLLARS AT US$1 = R$ 1.56 | US$ 823,448,000 |

| OWNER | BIDDER | DATE |
|---|---|---|
| SETE-SPC Drilling B.V. | | BASE DATE FOR ESCALATION:<br>JULY 09 2011 |

Confidential

## A) Agreed Changes to Technical Specification

### 1. Keppel_Sete Comment List B -

| S/N | GTD Rev 10 | Final Status | Accepted Price (US$) |
|---|---|---|---|
| 19 | 19.6.3 - A complete system for storing and mixing the mud with other required fluids like water, brine/base oil etc. | Item Closed. Commercially Agreed | $155,960.00 |

### 2. Keppel_Sette Comment List A -

| Item | Title | Final Status | Accepted Price (US$) |
|---|---|---|---|
| 9 | Doors in accommodation | Item Closed. Commercially Agreed | $65,750.00 |
| 12 | Private Bathroom and toilets | Item Closed. Commercially Agreed | $32,400.00 |
| 26 | Sea Water Cooling System | Item Closed. Commercially Agreed | $6,499,350.00 |
| 32 | Oily water separator | Item Closed. Commercially Agreed | $98,000.00 |
| 65 | Mud system | Item Closed. Commercially Agreed | $372,400.00 |
| 75 | BOP and Diverter Control System | Item Closed. Commercially Agreed | $277,550.00 |
| 85 | Choke and Kill Manifold | Item Closed. Commercially Agreed | $84,700.00 |
| 94 | Ballast system | Item Closed. Commercially Agreed | $326,200.00 |
| 105 | 19.8.3-8.04 RISER (continuation) | Item Closed. Commercially Agreed | $29,000.00 |
| AA | BOP Shear Ram Upgrade | Item Closed. Commercially Agreed | $3,700,000.00 |

Total Amount   $11,641,310.00

Overall Discount   $353,310.00

Agreed Amount   $11,288,000.00

## B) Original Contract Price = US$ 812,160,000.00

## C) Final Contract Price = US$ 823,448,000.00
(Original Contract Price + Agreed Amount)

| BRASFELS LTDA. | CONTRACT SETE-SPC Drilling B.V. |
|---|---|
| | DRU#1 - EXHIBIT XVI |

## DRILLING RIG UNIT 4

| EXHIBIT XVIII - EPC PRICE SCHEDULE | Sheet: 1/1 |
|---|---|

| 1 | PRICE SCHEDULE "A" |
|---|---|
| | Lump-sum price for supplying 1 DRILLING RIG UNIT, as established in item 9.2.1 of the Contract. |

| ITEM | DESCRIPTION | |
|---|---|---|
| 1 | SCHEDULE "A" - TOTAL PRICE<br>This amount shall correspond to the sum of partial prices paid in the currencies specified under items 1.1, 1.2, and 1.3 | |
| 1.1 | Price to be paid in US$ (American Dollars) | US$ 370,551,600 |
| 1.2 | Price to be paid in € (Euros) | --0-- |
| 1.3 | Price to be paid in R$ (Brazilian Reais) | R$ 706,518,384 |
| 1 | TOTAL PRICE<br>Sum of partial prices as per items 1.1, 1.2 and 1.3<br>CONVERTED TO US$ AMERICAN DOLLARS AT US$1 = R$ 1.56 | US$ 823,448,000 |

| OWNER | BIDDER | DATE |
|---|---|---|
| SETE-SPC Drilling B.V. | | BASE DATE<br>FOR ESCALATION :<br><br>JULY 09 2011 |

KEPPEL00572611

## A) Agreed Changes to Technical Specification

### 1. Keppel_Sete Comment List B -

| S/N | GTD Rev 10 | Final Status | Accepted Price (US$) |
|---|---|---|---|
| 19 | 19.6.3 - A complete system for storing and mixing the mud with other required fluids like water, brine/base oil etc. | Item Closed. Commercially Agreed | $155,960.00 |

### 2. Keppel_Sette Comment List A -

| Item | Title | Final Status | Accepted Price (US$) |
|---|---|---|---|
| 9 | Doors in accommodation | Item Closed. Commercially Agreed | $65,750.00 |
| 12 | Private Bathroom and toilets | Item Closed. Commercially Agreed | $32,400.00 |
| 26 | Sea Water Cooling System | Item Closed. Commercially Agreed | $6,499,350.00 |
| 32 | Oily water separator | Item Closed. Commercially Agreed | $98,000.00 |
| 65 | Mud system | Item Closed. Commercially Agreed | $372,400.00 |
| 75 | BOP and Diverter Control System | Item Closed. Commercially Agreed | $277,550.00 |
| 85 | Choke and Kill Manifold | Item Closed. Commercially Agreed | $84,700.00 |
| 94 | Ballast system | Item Closed. Commercially Agreed | $326,200.00 |
| 105 | 19.8.3-8.04 RISER (continuation) | Item Closed. Commercially Agreed | $29,000.00 |
| AA | BOP Shear Ram Upgrade | Item Closed. Commercially Agreed | $3,700,000.00 |

Total Amount  $11,641,310.00

Overall Discount  $353,310.00

Agreed Amount  $11,288,000.00

## B) Original Contract Price = US$ 812,160,000.00

## C) Final Contract Price = US$ 823,448,000.00
(Original Contract Price + Agreed Amount)

KEPPEL00572612

| BRASFELS LTDA. | CONTRACT SETE-SPC Drilling B.V. |
| | DRU#1 - EXHIBIT XVI |

## DRILLING RIG UNIT 5

| EXHIBIT XVIII - EPC PRICE SCHEDULE | Sheet: 1/1 |

| 1 | PRICE SCHEDULE "A" |
| | Lump-sum price for supplying **1** DRILLING RIG UNIT, as established in item **9.2.1** of the Contract. |

| ITEM | DESCRIPTION | |
|---|---|---|
| 1 | SCHEDULE "A" - TOTAL PRICE<br>This amount shall correspond to the sum of partial prices paid in the currencies specified under items 1.1, 1.2, and 1.3 | |
| 1.1 | Price to be paid in US$ (American Dollars) | US$ 370,551,600 |
| 1.2 | Price to be paid in € (Euros) | --0-- |
| 1.3 | Price to be paid in R$ (Brazilian Reais) | R$ 706,518,384 |
| 1 | TOTAL PRICE<br>Sum of partial prices as per items 1.1, 1.2 and 1.3<br>CONVERTED TO US$ AMERICAN DOLLARS AT US$1 = R$ 1.56 | US$ 823,448,000 |

| OWNER | BIDDER | DATE |
|---|---|---|
| SETE-SPC Drilling B.V. | | BASE DATE<br>FOR ESCALATION:<br><br>JULY 09 2011 |

KEPPEL00572613