## A) Agreed Changes to Technical Specification

### 1. Keppel_Sete Comment List B -

| S/N | GTD Rev 10 | Final Status | Accepted Price (US$) |
|---|---|---|---|
| 19 | 19.6.3 - A complete system for storing and mixing the mud with other required fluids like water, brine/base oil etc. | Item Closed. Commercially Agreed | $155,960.00 |

### 2. Keppel_Sette Comment List A -

| Item | Title | Final Status | Accepted Price (US$) |
|---|---|---|---|
| 9 | Doors in accommodation | Item Closed. Commercially Agreed | $65,750.00 |
| 12 | Private Bathroom and toilets | Item Closed. Commercially Agreed | $32,400.00 |
| 26 | Sea Water Cooling System | Item Closed. Commercially Agreed | $6,499,350.00 |
| 32 | Oily water separator | Item Closed. Commercially Agreed | $98,000.00 |
| 65 | Mud system | Item Closed. Commercially Agreed | $372,400.00 |
| 75 | BOP and Diverter Control System | Item Closed. Commercially Agreed | $277,550.00 |
| 85 | Choke and Kill Manifold | Item Closed. Commercially Agreed | $84,700.00 |
| 94 | Ballast system | Item Closed. Commercially Agreed | $326,200.00 |
| 105 | 19.8.3-8.04 RISER (continuation) | Item Closed. Commercially Agreed | $29,000.00 |
| AA | BOP Shear Ram Upgrade | Item Closed. Commercially Agreed | $3,700,000.00 |

Total Amount $11,641,310.00

Overall Discount $353,310.00

Agreed Amount $11,288,000.00

## B) Original Contract Price = US$ 812,160,000.00

## C) Final Contract Price = US$ 823,448,000.00
(Original Contract Price + Agreed Amount)



KEPPEL00572614

| BRASFELS LTDA. | CONTRACT SETE-SPC Drilling B.V. |
|---|---|
| | DRU#1 - EXHIBIT XVI |

### DRILLING RIG UNIT 6

| EXHIBIT XVIII - EPC PRICE SCHEDULE | Sheet: 1/1 |
|---|---|

| | PRICE SCHEDULE "A" |
|---|---|
| **1** | |
| | Lump-sum price for supplying **1** DRILLING RIG UNIT, as established in item **9.2.1** of the Contract. |

| ITEM | DESCRIPTION | |
|---|---|---|
| 1 | SCHEDULE "A" - TOTAL PRICE<br>This amount shall correspond to the sum of partial prices paid in the currencies specified under items 1.1, 1.2, and 1.3 | |
| 1.1 | Price to be paid in US$ (American Dollars) | US$ 370,551,600 |
| 1.2 | Price to be paid in € (Euros) | --0-- |
| 1.3 | Price to be paid in R$ (Brazilian Reais) | R$ 706,518,384 |
| 1 | **TOTAL PRICE**<br>Sum of partial prices as per items 1.1, 1.2 and 1.3<br>CONVERTED TO US$ AMERICAN DOLLARS AT US$1 ≈ R$ 1.56 | US$ 823,448,000 |

| OWNER | BIDDER | DATE |
|---|---|---|
| SETE-SPC Drilling B.V. | | BASE DATE<br>FOR ESCALATION :<br><br>JULY 09 2011 |

KEPPEL00572615

## A) Agreed Changes to Technical Specification

1. Keppel_Sete Comment List B -

| S/N | GTD Rev 10 | Final Status | Accepted Price (US$) |
|---|---|---|---|
| 19 | 19.6.3 - A complete system for storing and mixing the mud with other required fluids like water, brine/base oil etc. | Item Closed. Commercially Agreed | $155,960.00 |

2. Keppel_Sette Comment List A -

| Item | Title | Final Status | Accepted Price (US$) |
|---|---|---|---|
| 9 | Doors in accommodation | Item Closed. Commercially Agreed | $65,750.00 |
| 12 | Private Bathroom and toilets | Item Closed. Commercially Agreed | $32,400.00 |
| 26 | Sea Water Cooling System | Item Closed. Commercially Agreed | $6,499,350.00 |
| 32 | Oily water separator | Item Closed. Commercially Agreed | $98,000.00 |
| 65 | Mud system | Item Closed. Commercially Agreed | $372,400.00 |
| 75 | BOP and Diverter Control System | Item Closed. Commercially Agreed | $277,550.00 |
| 85 | Choke and Kill Manifold | Item Closed. Commercially Agreed | $84,700.00 |
| 94 | Ballast system | Item Closed. Commercially Agreed | $326,200.00 |
| 105 | 19.8.3-8.04 RISER (continuation) | Item Closed. Commercially Agreed | $29,000.00 |
| AA | BOP Shear Ram Upgrade | Item Closed. Commercially Agreed | $3,700,000.00 |

Total Amount   $11,641,310.00

Overall Discount   $353,310.00

Agreed Amount   $11,288,000.00

## B) Original Contract Price = US$ 812,160,000.00

## C) Final Contract Price = US$ 823,448,000.00
(Original Contract Price + Agreed Amount)

KEPPEL00572616

## CASHFLOW FOR RIGS 2-6

### Unit #2 — $823,448,000.00 — 10 months apart — 1 USD: 1.56

| S/No | Period | Milestone | Payment | USD Portion | USD Portion (%) | BRL Portion (%) | USD Portion (USD) | BRL Portion (USD) | BRL Portion (BRL) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Month 0 | Down Payment | 4.0% | 32,937,920 | 100% | 0% | 32,937,920 | - | - |
| 2 | Month 13 | 13 months after EPC Signing | 6.0% | 49,406,880 | 90% | 10% | 44,466,192 | 4,940,688 | 7,707,473 |
| 3 | Month 17 | Upper Hull Strike Steel | 12.0% | 98,813,760 | 75% | 25% | 74,110,320 | 24,703,440 | 38,537,366 |
| 4 | Month 19 | Lower Hull Strike Steel | 5.0% | 41,172,400 | 60% | 40% | 24,703,440 | 16,468,960 | 25,691,578 |
| 5 | Month 22 | Keel Lay - Lower Hull | 10.0% | 82,344,800 | 60% | 40% | 49,406,880 | 32,937,920 | 51,383,155 |
| 6 | Month 26 | Start of Upper Hull Grand Assembly | 9.0% | 74,110,320 | 60% | 40% | 44,466,192 | 29,644,128 | 46,244,840 |
| 7 | Month 28 | Install 1st Engine | 10.0% | 82,344,800 | 50% | 50% | 41,172,400 | 41,172,400 | 64,228,944 |
| 8 | Month 31 | Undocking | 10.0% | 82,344,800 | 45% | 55% | 37,055,160 | 45,289,640 | 70,651,838 |
| 9 | Month 34 | Start Lower Hull Consolidation | 6.0% | 49,406,880 | 20% | 80% | 9,881,376 | 39,525,504 | 61,659,786 |
| 10 | Month 37 | Start Engine Load Test | 6.0% | 49,406,880 | 15% | 85% | 7,411,032 | 41,995,848 | 65,513,523 |
| 11 | Month 40 | Leave for Marine Mating | 6.0% | 49,406,880 | 5% | 95% | 2,470,344 | 46,936,536 | 73,220,996 |
| 12 | Month 49 | Startup Drawworks | 6.0% | 49,406,880 | 5% | 95% | 2,470,344 | 46,936,536 | 73,220,996 |
| 13 | Month 55 | Leave for Anchorage | 5.0% | 41,172,400 | 0% | 100% | - | 41,172,400 | 64,228,944 |
| 14 | Month 57 | Delivery | 5.0% | 41,172,400 | 0% | 100% | - | 41,172,400 | 64,228,944 |
| | | Total | 100.0% | 823,448,000 | | | 370,551,600 | 452,896,400 | 706,518,384 |

### Unit #3 — $823,448,000.00 — 8 months apart — 1 USD: 1.56

| S/No | Period | Milestone | Payment | USD Portion | USD Portion (%) | BRL Portion (%) | USD Portion (USD) | BRL Portion (USD) | BRL Portion (BRL) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Month 0 | Down Payment | 4.0% | 32,937,920 | 100% | 0% | 32,937,920 | - | - |
| 2 | Month 13 | 13 months after EPC Signing | 6.0% | 49,406,880 | 90% | 10% | 44,466,192 | 4,940,688 | 7,707,473 |
| 3 | Month 25 | Upper Hull Strike Steel | 12.0% | 98,813,760 | 75% | 25% | 74,110,320 | 24,703,440 | 38,537,366 |
| 4 | Month 27 | Lower Hull Strike Steel | 5.0% | 41,172,400 | 60% | 40% | 24,703,440 | 16,468,960 | 25,691,578 |
| 5 | Month 30 | Keel Lay - Lower Hull | 10.0% | 82,344,800 | 60% | 40% | 49,406,880 | 32,937,920 | 51,383,155 |
| 6 | Month 34 | Start of Upper Hull Grand Assembly | 9.0% | 74,110,320 | 60% | 40% | 44,466,192 | 29,644,128 | 46,244,840 |
| 7 | Month 36 | Install 1st Engine | 10.0% | 82,344,800 | 50% | 50% | 41,172,400 | 41,172,400 | 64,228,944 |
| 8 | Month 39 | Undocking | 10.0% | 82,344,800 | 45% | 55% | 37,055,160 | 45,289,640 | 70,651,838 |
| 9 | Month 42 | Start Lower Hull Consolidation | 6.0% | 49,406,880 | 20% | 80% | 9,881,376 | 39,525,504 | 61,659,786 |
| 10 | Month 45 | Start Engine Load Test | 6.0% | 49,406,880 | 15% | 85% | 7,411,032 | 41,995,848 | 65,513,523 |
| 11 | Month 48 | Leave for Marine Mating | 6.0% | 49,406,880 | 5% | 95% | 2,470,344 | 46,936,536 | 73,220,996 |
| 12 | Month 57 | Startup Drawworks | 6.0% | 49,406,880 | 5% | 95% | 2,470,344 | 46,936,536 | 73,220,996 |
| 13 | Month 63 | Leave for Anchorage | 5.0% | 41,172,400 | 0% | 100% | - | 41,172,400 | 64,228,944 |
| 14 | Month 65 | Delivery | 5.0% | 41,172,400 | 0% | 100% | - | 41,172,400 | 64,228,944 |
| | | Total | 100% | 823,448,000 | | | 370,551,600 | 452,896,400 | 706,518,384 |

KEPPEL00572617

## CASHFLOW FOR RIGS 2-6

### Unit #4 — $ 823,448,000.00 — 8 months apart

| S/No | Period | Milestone | Payment | USD Portion | Native Currency (%) | | USD Portion (USD) | Native Currency | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | USD Portion (%) | BRL Portion (%) | | BRL Portion (USD) | BRL Portion (BRL) |
| 1 | Month 0 | Down Payment | 4.0% | $ 32,937,920 | 100% | 0% | $ 32,937,920 | $ - | $ - |
| 2 | Month 13 | 13 months after EPC Signing | 6.0% | $ 49,406,880 | 90% | 10% | $ 44,466,192 | $ 4,940,688 | $ 7,707,473 |
| 3 | Month 33 | Upper Hull Strike Steel | 12.0% | $ 98,813,760 | 75% | 25% | $ 74,110,320 | $ 24,703,440 | $ 38,537,366 |
| 4 | Month 35 | Lower Hull Strike Steel | 5.0% | $ 41,172,400 | 60% | 40% | $ 24,703,440 | $ 16,468,960 | $ 25,691,578 |
| 5 | Month 38 | Keel Lay - Lower Hull | 10.0% | $ 82,344,800 | 60% | 40% | $ 49,406,880 | $ 32,937,920 | $ 51,383,155 |
| 6 | Month 42 | Start of Upper Hull Grand Assembly | 9.0% | $ 74,110,320 | 60% | 40% | $ 44,466,192 | $ 29,644,128 | $ 46,244,840 |
| 7 | Month 44 | Install 1st Engine | 10.0% | $ 82,344,800 | 50% | 50% | $ 41,172,400 | $ 41,172,400 | $ 64,228,944 |
| 8 | Month 47 | Undocking | 10.0% | $ 82,344,800 | 45% | 55% | $ 37,055,160 | $ 45,289,640 | $ 70,651,838 |
| 9 | Month 50 | Start Lower Hull Consolidation | 6.0% | $ 49,406,880 | 20% | 80% | $ 9,881,376 | $ 39,525,504 | $ 61,659,786 |
| 10 | Month 53 | Start Engine Load Test | 6.0% | $ 49,406,880 | 15% | 85% | $ 7,411,032 | $ 41,995,848 | $ 65,513,523 |
| 11 | Month 56 | Leave for Marine Mating | 6.0% | $ 49,406,880 | 5% | 95% | $ 2,470,344 | $ 46,936,536 | $ 73,220,996 |
| 12 | Month 65 | Startup Drawworks | 6.0% | $ 49,406,880 | 5% | 95% | $ 2,470,344 | $ 46,936,536 | $ 73,220,996 |
| 13 | Month 71 | Leave for Anchorage | 5.0% | $ 41,172,400 | 0% | 100% | $ - | $ 41,172,400 | $ 64,228,944 |
| 14 | Month 73 | Delivery | 5.0% | $ 41,172,400 | 0% | 100% | $ - | $ 41,172,400 | $ 64,228,944 |
| | | Total | 100% | $ 823,448,000 | | | $ 370,551,600 | $ 452,896,400 | $ 706,518,384 |

### Unit #5 — $ 823,448,000.00 — 8 months apart

| S/No | Period | Milestone | Payment | USD Portion | Native Currency (%) | | USD Portion (USD) | Native Currency | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | USD Portion (%) | BRL Portion (%) | | BRL Portion (USD) | BRL Portion (BRL) |
| 1 | Month 0 | Down Payment | 4.0% | $ 32,937,920 | 100% | 0% | $ 32,937,920 | $ - | $ - |
| 2 | Month 13 | 13 months after EPC Signing | 6.0% | $ 49,406,880 | 90% | 10% | $ 44,466,192 | $ 4,940,688 | $ 7,707,473 |
| 3 | Month 41 | Upper Hull Strike Steel | 12.0% | $ 98,813,760 | 75% | 25% | $ 74,110,320 | $ 24,703,440 | $ 38,537,366 |
| 4 | Month 43 | Lower Hull Strike Steel | 5.0% | $ 41,172,400 | 60% | 40% | $ 24,703,440 | $ 16,468,960 | $ 25,691,578 |
| 5 | Month 46 | Keel Lay - Lower Hull | 10.0% | $ 82,344,800 | 60% | 40% | $ 49,406,880 | $ 32,937,920 | $ 51,383,155 |
| 6 | Month 50 | Start of Upper Hull Grand Assembly | 9.0% | $ 74,110,320 | 60% | 40% | $ 44,466,192 | $ 29,644,128 | $ 46,244,840 |
| 7 | Month 52 | Install 1st Engine | 10.0% | $ 82,344,800 | 50% | 50% | $ 41,172,400 | $ 41,172,400 | $ 64,228,944 |
| 8 | Month 55 | Undocking | 10.0% | $ 82,344,800 | 45% | 55% | $ 37,055,160 | $ 45,289,640 | $ 70,651,838 |
| 9 | Month 58 | Start Lower Hull Consolidation | 6.0% | $ 49,406,880 | 20% | 80% | $ 9,881,376 | $ 39,525,504 | $ 61,659,786 |
| 10 | Month 61 | Start Engine Load Test | 6.0% | $ 49,406,880 | 15% | 85% | $ 7,411,032 | $ 41,995,848 | $ 65,513,523 |
| 11 | Month 64 | Leave for Marine Mating | 6.0% | $ 49,406,880 | 5% | 95% | $ 2,470,344 | $ 46,936,536 | $ 73,220,996 |
| 12 | Month 73 | Startup Drawworks | 6.0% | $ 49,406,880 | 5% | 95% | $ 2,470,344 | $ 46,936,536 | $ 73,220,996 |
| 13 | Month 79 | Leave for Anchorage | 5.0% | $ 41,172,400 | 0% | 100% | $ - | $ 41,172,400 | $ 64,228,944 |
| 14 | Month 81 | Delivery | 5.0% | $ 41,172,400 | 0% | 100% | $ - | $ 41,172,400 | $ 64,228,944 |
| | | Total | 100% | $ 823,448,000 | | | $ 370,551,600 | $ 452,896,400 | $ 706,518,384 |

Sete Brasil
Jurídico

KEPPEL00572618

## CASHFLOW FOR RIGS 2-6

Unit #6 | $ 823,448,000.00

| S/No | Period | | Milestone | Payment | USD Portion | Native Currency (%) | | USD Portion (USD) | Native Currency | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | USD Portion (%) | BRL Portion (%) | | BRL Portion (USD) | BRL Portion (BRL) |
| 1 | Month | 0 | Down Payment | 4.0% | $ 32,937,920 | 100% | 0% | $ 32,937,920 | $ - | $ - |
| 2 | Month | 13 | 13 months after EPC Signing | 6.0% | $ 49,406,880 | 90% | 10% | $ 44,466,192 | $ 4,940,688 | $ 7,707,473 |
| 3 | Month | 49 | Upper Hull Strike Steel | 12.0% | $ 98,813,760 | 75% | 25% | $ 74,110,320 | $ 24,703,440 | $ 38,537,366 |
| 4 | Month | 51 | Lower Hull Strike Steel | 5.0% | $ 41,172,400 | 60% | 40% | $ 24,703,440 | $ 16,468,960 | $ 25,691,578 |
| 5 | Month | 54 | Keel Lay - Lower Hull | 10.0% | $ 82,344,800 | 60% | 40% | $ 49,406,880 | $ 32,937,920 | $ 51,383,155 |
| 6 | Month | 58 | Start of Upper Hull Grand Assembly | 9.0% | $ 74,110,320 | 60% | 40% | $ 44,466,192 | $ 29,644,128 | $ 46,244,840 |
| 7 | Month | 60 | Install 1st Engine | 10.0% | $ 82,344,800 | 50% | 50% | $ 41,172,400 | $ 41,172,400 | $ 64,228,944 |
| 8 | Month | 63 | Undocking | 10.0% | $ 82,344,800 | 45% | 55% | $ 37,055,160 | $ 45,289,640 | $ 70,651,838 |
| 9 | Month | 66 | Start Lower Hull Consolidation | 6.0% | $ 49,406,880 | 20% | 80% | $ 9,881,376 | $ 39,525,504 | $ 61,659,786 |
| 10 | Month | 69 | Start Engine Load Test | 6.0% | $ 49,406,880 | 15% | 85% | $ 7,411,032 | $ 41,995,848 | $ 65,513,523 |
| 11 | Month | 72 | Leave for Marine Mating | 6.0% | $ 49,406,880 | 5% | 95% | $ 2,470,344 | $ 46,936,536 | $ 73,220,996 |
| 12 | Month | 81 | Startup Drawworks | 6.0% | $ 49,406,880 | 5% | 95% | $ 2,470,344 | $ 46,936,536 | $ 73,220,996 |
| 13 | Month | 87 | Leave for Anchorage | 5.0% | $ 41,172,400 | 0% | 100% | $ - | $ 41,172,400 | $ 64,228,944 |
| 14 | Month | 89 | Delivery | 5.0% | $ 41,172,400 | 0% | 100% | $ - | $ 41,172,400 | $ 64,228,944 |
| | | | Total | 100% | $ 823,448,000 | | | $ 370,551,600 | $ 452,896,400 | $ 706,518,384 |

8 months apart


Sete Brasil Juridico

KEPPEL00572619



NEWBUILD DESIGN SCHEDULE FOR DRU #1-6
(TO BE BUILT IN BRAZIL)

Confidential

KEPPEL00572620

NEWBUILD DRYING SCHEDULE FOR DRU #1 - 6
(TO BE BUILT IN BRAZIL)

KEPPEL00572621

Confidential

KEPPEL00572622

Confidential

KEPPEL00572623

Confidential

KEPPEL00572624

NEWBUILD OFFSHORE SCHEDULE FOR DRU #1 - 6
(TO BE BUILT IN BRAZIL)

KEPPEL00572625

NEWBUILD PROGRAM SCHEDULE FOR DRU # 1 - 6
(TO BE BUILT IN BRAZIL)

KEPPEL00572626



Confidential

KEPPEL00572627

Confidential

KEPPEL00572628

Confidential

KEPPEL00572629

NEWBUILD PASSAGE SCHEDULE FOR DRUG #1 - 6
(TO BE BUILT IN BRAZIL)

Confidential

KEPPEL00572630

# Preliminary Local Content Plan for Rigs 2 to 6

| | Rig No 2 | | Rig No 3-4 | |
|---|---|---|---|---|
| | % of Contract Value | Brazilian Content % | % of Contract Value | Brazilian Content % |
| **Fab / Integration / Commissioning** | 33.8% | 78.8% | 34.9% | 79.8% |
| - Lower Hull + Living Quarters + Drill Floor Substructure. | 7.2% | 0.0% | 7.1% | 0.0% |
| - Upper Hull | 21.5% | 100.0% | 22.0% | 100.0% |
| - Integration & Commissioning | 5.1% | 100.0% | 5.8% | 100.0% |
| **Equipment / Bulk Material** | 50.0% | 36.0% | 51.1% | 40.1% |
| - Drilling Package | 24.0% | 29.0% | 24.5% | 34.0% |
| - Power/Propulsion/DP Package | 8.3% | 40.0% | 8.5% | 50.0% |
| -Bulk Material | 10.2% | 43.7% | 10.5% | 43.7% |
| -Others | 7.4% | 43.8% | 7.6% | 43.8% |
| **Engineering/PMT/Miscellaneous** | 16.2% | 65.4% | 14.0% | 85.4% |
| **Global Local Content** | | 55.2% | | 60.3% |

| | Rig No 5 | |
|---|---|---|
| | % of Contract Value | Brazilian Content % |
| **Fab / Integration / Commissioning** | 36.6% | 90.4% |
| - Lower Hull + Living Quarters | 3.5% | 0.0% |
| - Upper Hull + Drill Floor Substructure | 27.2% | 100.0% |
| - Integration & Commissioning | 5.9% | 100.0% |
| **Equipment / Bulk Material** | 53.1% | 49.4% |
| - Drilling Package | 25.5% | 50.0% |
| - Power/Propulsion/DP Package | 8.8% | 60.0% |
| -Bulk Material | 10.9% | 43.7% |
| -Others | 7.9% | 43.8% |
| **Engineering/PMT/Miscellaneous** | 10.3% | 57.3% |
| **Global Local Content** | | 65.2% |

| | Rig No 6 | |
|---|---|---|
| | % of Contract Value | Brazilian Content % |
| **Fab / Integration / Commissioning** | 37.7% | 90.6% |
| - 4 Lower Hull Blocks + Living Quarters | 2.5% | 0.0% |
| - Rermaining Lower Hull + Columns + Upper Hull + Drill Floor Substructure | 29.0% | 100.0% |
| - Integration & Commissioning | 6.1% | 100.0% |
| **Equipment / Bulk Material** | 53.1% | 49.4% |
| - Drilling Package | 25.5% | 50.0% |
| - Power/Propulsion/DP Package | 8.8% | 60.0% |
| -Bulk Material | 10.9% | 43.7% |
| -Others | 7.9% | 43.8% |
| **Engineering/PMT/Miscellaneous** | 9.2% | 54.6% |
| **Global Local Content** | | 65.4% |





KEPPEL00572631

# Preliminary Plan for Components of Hull Fabricated Outside Brasil

| Rig | Components Fabricated Outside Brasil |
|-----|-------------------------------------|
| Rig 2 | Lower Hull (in components), Living Quarters Module and Drill Floor Substructure |
| Rig 3 | Lower Hull (in components), Living Quarters Module and Drill Floor Substructure |
| Rig 4 | Lower Hull (in components), Living Quarters Module and Drill Floor Substructure |
| Rig 5 | Lower Hull (in components), Living Quarters Module |
| Rig 6 | Living Quarters Module, 4 nos of Lower Hull Blocks |







# Minutes of Meeting

## 1. Purpose

To align understandings between parts prior to signature of LOI for the DRUs 2- 6

## 2. Information

| | |
|---|---|
| Date | 20/03/2012 |
| Time | 16:00- 17:00 |
| Local | Sete Office |
| Participants | **Sete:** <br><br>• Pedro Barusco |

| Participants | Keppel/ Brasfels: <br><br>• Leong Peng <br><br>• Tommy Sam <br><br>• Kenneth Chong |
|---|---|

| | Subject | Responsable | Delivery |
|---|---|---|---|
| 1. | SETE Brasil informed that the Hull of DRU 6 shall be built in Brazil with exception to only 2 blocks out of 5 in each pontoon, that will be allowed to be built out of Brazil. For the other DRUs Brasfels to propose a graduation plan of construction stating the parts to be built out of Brazil. Brasfels to issue a plan that will be attached to the LOI . | Brasfels/ Keppel | 21/03/2012 |
| 2. | The parties agreed that the open item on the contractual document  EXHIBIT XXVIII – Appendix 04 – Spec Clarification – Comment List A – item 1, which is Contractor (Brasfels/ Keppel) to  comply and be the sole responsible for the NR-30 - SEGURANÇA E SAÚDE NO TRABALHO AQUAVIÁRIO for the DRUs 2- 6 and also the one already signed (DRU#1 SS-Urca), is the swimming pool item that shall  be discussed and agreed by the parties prior to the execution of the EPC Contracts for DRUs 2- 6 | Brasfels/ Keppel | Prior to the execution of the EPC Contracts for DRUs 2- 6 |
| 3. | Sete and Brasfels confirmed that the scope related to the POB stated in the CTS proposal from 9/July/2012 was reduced from 180 to 160 as consequence of negotiation from 7 units to 6 units. In case Sete wishes to return to POB 180 it shall | Sete | 21/04/2012 |

Pág 1 de 2

KEPPEL00572633



| | | | |
|---|---|---|---|
| | inform Brasfels within 30 days and it will have an extra cost of USD 4,500,000.00/ per DRU. | | |
| 4. | Sete requested Brasfels to reduce the construction period of DRUs 2-6 by one month from the proposed schedule. Brasfels agreed and will issue a revised construction schedule to attach to the LOI. | Brasfels/ Keppel | 21/03/2012 |



# FERNVALE PTE. LTD.

50 Gul Road Singapore 629351
Company Reg. No. 201132918E

Our Ref : FERN/URCA/0002

December 16, 2011

**URCA DRILLING B.V.**
De entree 99-197
1101HE Amsterdam,
The Netherlands

**Attn:**        Chief Operation Officer

**Reference:**     EPC Contract - Clause 3.15

Dear Sirs,

We hereby provide Urca Drilling B.V. with a copy of the Sublease Contract related to the BrasFELS yard area ("Yard").

Kindly note that as the Yard is not BrasFELS property, BrasFELS is not able to comply with section 3.15 (a) of the EPC contract with respect to keep the Site free and clear of liens, claims and encumbrances due to the fact that the yard is already mortgaged to BNDES by the owner ("BNDES Mortgage"). This can be evidenced in preamble (III) of Annex I of the Sublease contract.

This letter does not represent or constitute any amendment or waiver to the provisions of the EPC contract except as strictly provided herein.

The capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the EPC contract.

*[Remaining of the page intentionally left blank]*



Confidential                                                KEPPEL00572635

# FERNVALE PTE. LTD.

50 Gul Road Singapore 629351
Company Reg. No. 201132918E

Our Ref : FERN/URCA/0002

December 16, 2011

**URCA DRILLING B.V.**
De entree 99-197
1101HE Amsterdam,
The Netherlands

**Attn:**         Chief Operation Officer

**Reference:**    EPC Contract – Clause 3.15

Dear Sirs,

We hereby provide Urca Drilling B.V. with a copy of the Sublease Contract related to the BrasFELS yard area ("Yard").

Kindly note that as the Yard is not BrasFELS property, BrasFELS is not able to comply with section 3.15 (a) of the EPC contract with respect to keep the Site free and clear of liens, claims and encumbrances due to the fact that the yard is already mortgaged to BNDES by the owner ("BNDES Mortgage"). This can be evidenced in preamble (III) of Annex I of the Sublease contract.

This letter does not represent or constitute any amendment or waiver to the provisions of the EPC contract except as strictly provided herein.

The capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the EPC contract.

*[Remaining of the page intentionally left blank]*



Confidential                                                       KEPPEL00572636

*[Signature page of the letter dated as of 16 December 2011]*

Kindly signify your acknowledge and agreement to the aforegoing by signing and returning to us a copy hereof.

Yours faithfully,

FERNVALE PTE. LTD.
Name: Ching Chuan Lai
Title: Attorney in Fact

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

We hereby acknowledge and agree to the above stated.
For and on behalf of URCA DRILLING B.V.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Name: Pedro José Barusco Filho
Title: Attorney-in-fact

*ATTACHMENTS:*
▪ Sublease Agreement for industrial Area.



Confidential

KEPPEL00572637