# EXHIBIT 55



STATE OF NEW YORK        )
                         )
                         )
COUNTY OF NEW YORK       )   ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range KEPPEL00280913 to KEPPEL00280915.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 16th day of September, 2021,
by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

Message
From: eagle@globo.com [eagle@globo.com]
Sent: 20/4/2012 2:52:42 PM
To: Jeff CHOW [KOM-LEGAL] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jeff.chow]
Subject: Re: Deep Sea Oil Corp

Eagle do Brasil (Eagle of Brazil)
Owner Zwi Skornicki 80%
Eloisa Skornicki 10 and Bruno Skornicki 10.
Rgds
Zwi
Eloisa no middle name after married she removed her middle name
Sent via my BlackBerry® device from Claro

---

From: "Jeff CHOW [KOM-LEGAL]" <jeff.chow@KEPPELOM.COM>
Date: Fri, 20 Apr 2012 13:28:56 +0000
To: eagle@globo.com<eagle@globo.com>
Subject: RE: Deep Sea Oil Corp

Received. Thank you.

As you are the sole shareholder of this company, is Eagle owned by Eloise in any way, and is she a director (using her maiden name)?

The reason I am asking, is that it will look strange to have you as rep for both contracts? I hope you understand what I'm trying to achieve?

If Eloise (under her maiden name) is a director, then I can close both this weekend.

Thanks,
Jeff/

---

From: eagle@globo.com [mailto:eagle@globo.com]
Sent: Thursday, April 19, 2012 2:38 AM
To: Jeff CHOW [KOM-LEGAL]
Subject: Fw: Deep Sea Oil Corp
Importance: High

Jeff,
It is Ok, or something else?
Rgds
Zwi
Sent via my BlackBerry® device from Claro

---

From: "Paulo A. Lerner" <Paulo.Lerner@deltabank.net>
Date: Wed, 18 Apr 2012 14:33:59 -0400
To: <eagle@globo.com>
Subject: Deep Sea Oil Corp

Zwi, I am attaching the following documents from:

**Deep Sea Oil Corp**

Confidential                                                                                           KEPPEL00280913

Palm Chambers, 197 Main Street
PO Box 4493
British Virgin Islands VG 1110

- Memorandum & Articles of Association (certificate of incorporation)
- Share Certificate (indicating the sole shareholder of the company)
- Written resolution (indicating the sole shareholder of the company)

Please let me know if you need any additional information (I have all original documents).

Thank you.

```
"MMS <deltabank.net>" made the following annotations.
-----------------------------------------------------------------------
THE INFORMATION CONTAINED IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND
CONFIDENTIAL

USE OF THE DESIGNATED RECIPIENT NAMED HEREIN.

This transmittal may be a confidential communication or contain confidential information

protected by an agent-client, bank-client and/or attorney-client privilege as well as
other

applicable privileges under the law.  If the reader of this message is not the intended

recipient or agent responsible for delivering it to the intended recipient, you are
hereby

notified that you have received this transmittal in error, and that any review,

dissemination, distribution, copying or retention of this transmittal or the information

contained therein is strictly prohibited.  If you  have received this and you are not the

intended recipient or an authorized agent, please notify us immediately by telephone
(call

us collect at 212-315-3131) and return the original transmittal and any copies to us by

mail.

We will not accept electronic mail (email) for the following purposes:
(a) placing orders to purchase or sell a security or transfer funds;
(b) transmitting personal credit information;
(c) giving any time sensitive instructions.
Thank you.
```

Emails sent with purchase orders/sale of shares or securities, as well as transfer of resources or assets will not be accepted.
================================================================================

Confidential                                                                                    KEPPEL00280914

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

Confidential                                                                                                       KEPPEL00280915

Message

| | |
|---|---|
| From: | eagle@globo.com [eagle@globo.com] |
| Sent: | 20/4/2012 2:52:42 PM |
| To: | Jeff CHOW [KOM-LEGAL] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jeff.chow] |
| Subject: | Re: Deep Sea Oil Corp |

Eagle do Brasil
Owner Zwi Skornicki 80%
Eloisa Skornicki 10 and Bruno Skornicki 10.
Rgds
Zwi
Eloisa no middle name after married she removed her middle name
Sent via my BlackBerry® device from Claro

---

**From:** "Jeff CHOW [KOM-LEGAL]" <jeff.chow@KEPPELOM.COM>
**Date:** Fri, 20 Apr 2012 13:28:56 +0000
**To:** eagle@globo.com<eagle@globo.com>
**Subject:** RE: Deep Sea Oil Corp

Received. Thank you.

As you are the sole shareholder of this company, is Eagle owned by Eloise in any way, and is she a director (using her maiden name)?

The reason I am asking, is that it will look strange to have you as rep for both contracts? I hope you understand what I'm trying to achieve?

If Eloise (under her maiden name) is a director, then I can close both this weekend.

Thanks,
Jeff/

---

**From:** eagle@globo.com [mailto:eagle@globo.com]
**Sent:** Thursday, April 19, 2012 2:38 AM
**To:** Jeff CHOW [KOM-LEGAL]
**Subject:** Fw: Deep Sea Oil Corp
**Importance:** High

Jeff,
It is Ok, or something else?
Rgds
Zwi
Sent via my BlackBerry® device from Claro

---

**From:** "Paulo A. Lerner" <Paulo.Lerner@deltabank.net>
**Date:** Wed, 18 Apr 2012 14:33:59 -0400
**To:** <eagle@globo.com>
**Subject:** Deep Sea Oil Corp

Zwi, envio anexo os seguintes documentos da :

***Deep Sea Oil Corp***

Confidential KEPPEL00280913

Palm Chambers,197 Main Street
PO Box 4493
British Virgin Islands VG 1110

-Memorandum & Articles of Association ( certificado de incorporacao)
- Share Certificate ( indicando o único acionista da empresa)
- Writtens resolution ( indicando o único diretor da empresa)

Favor avisar-me se precisa de alguma informação adicional ( todos docs originais estão comigo).

obrigado.

```
"MMS <deltabank.net>" made the following annotations.
-----------------------------------------------------------------------
THE INFORMATION CONTAINED IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND
CONFIDENTIAL

USE OF THE DESIGNATED RECIPIENT NAMED HEREIN.

This transmittal may be a confidential communication or contain confidential information

protected by an agent-client, bank-client and/or attorney-client privilege as well as
other

applicable privileges under the law.  If the reader of this message is not the intended

recipient or agent responsible for delivering it to the intended recipient, you are
hereby

notified that you have received this transmittal in error, and that any review,

dissemination, distribution, copying or retention of this transmittal or the information

contained therein is strictly prohibited.  If you  have received this and you are not the

intended recipient or an authorized agent, please notify us immediately by telephone
(call

us collect at 212-315-3131) and return the original transmittal and any copies to us by

mail.

We will not accept electronic mail (email) for the following purposes:
(a) placing orders to purchase or sell a security or transfer funds;
(b) transmitting personal credit information;
(c) giving any time sensitive instructions.
Thank you.

Emails enviados com ordens de Compra / Venda de ações ou títulos mobiliários, bem como

transferência de recurso ou de ativos não serão aceitos.
=======================================================================
```

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

Confidential                                                                                                                         KEPPEL00280915