# EXHIBIT 58



STATE OF NEW YORK         )
                          )
                          )
COUNTY OF NEW YORK        )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range KEPPEL00074639 through KEPPEL00074642.

Matthew Garrison
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 12th day of June, 2021,
by Matthew Garrison.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

| | |
|---|---|
| Message | |
| **From:** | Tommy Sam [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TOMMY.SAM] |
| **Sent:** | May 18, 2012 9:49:09 AM |
| **To:** | 'akwa@setebr.com' [akwa@setebr.com]; 'GILBERTO.ISRAEL@kfelsbrasil.com.br' [GILBERTO.ISRAEL@kfelsbrasil.com.br]; 'edmundo.santos@kfelsbrasil.com.br' [edmundo.santos@kfelsbrasil.com.br] |
| **CC:** | 'zwi@eaglebr.com.br' [zwi@eaglebr.com.br]; 'jose.pinheiro@setebr.com' [jose.pinheiro@setebr.com]; 'marioklein@petrobras.com.br' [marioklein@petrobras.com.br]; Kai Choong Kwok [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]"; Jerald Lee Quan Ti </O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jerald.Lee1]; 'tt.low@kfelsbrasil.com.br' [tt.low@kfelsbrasil.com.br]; Kun Liang [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Liang.kun]; Bruno Ng Wei Ming [KFE-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Bruno.Ng]; Tan Leong Peng [KFE-ENGRG] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Leongpeng.tan1] |
| **Subject:** | Re: RE: RE: BrasFels Inspection |

Dear Humberto,

Thank you for your feedback and our team is honored to have them in BrasFELS and very glad that the visit went well.

Best regards,
Tommy Sam

---

**From:** Humberto Fajardo [mailto:akwa@setebr.com]
**Sent:** Friday, May 18, 2012 05:38 PM
**To:** Tommy Sam; GILBERTO.ISRAEL@kfelsbrasil.com.br <GILBERTO.ISRAEL@kfelsbrasil.com.br>; edmundo.santos@kfelsbrasil.com.br <edmundo.santos@kfelsbrasil.com.br>
**Cc:** zwi@eaglebr.com.br <zwi@eaglebr.com.br>; Jose Pinheiro <jose.pinheiro@setebr.com>; marioklein@petrobras.com.br <marioklein@petrobras.com.br>; Kai Choong Kwok; Jerald Lee Quan Ti; tt.low@kfelsbrasil.com.br <tt.low@kfelsbrasil.com.br>; Kun Liang [KFE-PJM]; Bruno Ng Wei Ming [KFE-PROD]; TAN Leong Peng [KFE-ENGRG]
**Subject:** RE: RE: BrasFels Inspection

Dear Tommy

We had a very good feed-back from visit of BNDES to BRASFELS.

We would like to thank very much to BRASFELS for the special care on preparation and conducting such visit.

Rgds

**Humberto Fajardo**
Engineering and Project Execution
**SETEBRASIL PARTICIPAÇÕES S.A.**
Cell 21 7277 0488
akwa@setebr.com
www.setebr.com

---

Confidential                                                                                                                             KEPPEL00074639

**From:** Tommy Sam [mailto:tommy.sam@keppelfels.com]
**Sent on:** Wednesday, May 9, 2012 4:48 PM
**To:** 'akwa@setebr.com'; 'GILBERTO.ISRAEL@kfelsbrasil.com.br'; 'edmundo.santos@kfelsbrasil.com.br'
**Cc:** 'zwi@eaglebr.com.br'; 'jose.pinheiro@setebr.com'; 'marioklein@petrobras.com.br'; Kai Choong Kwok; Jerald Lee Quan Ti; 'tt.low@kfelsbrasil.com.br'; Kun Liang [KFE-PJM]; Bruno Ng Wei Ming [KFE-PROD]; Tan Leong Peng [KFE-ENGRG]
**Subject:** Re: RE: BrasFels Inspection

Dear Humberto,

The visit on 17 May 2012 is confirmed. We propose to commence at 0930 in the morning.

Please send us names and size of uniform and shoes for PPE.

Gilberto is the contact point and he will contact you later to understand and clarify the scope of the visit so as to be sufficiently prepared.

Best regards,
Tommy Sam

---

**From:** Humberto Fajardo [mailto:akwa@setebr.com]
**Sent:** Thursday, May 10, 2012 01:45 AM
**To:** gilberto.israel@kfelsbrasil.com.br <gilberto.israel@kfelsbrasil.com.br>; edmundo.santos@kfelsbrasil.com.br <edmundo.santos@kfelsbrasil.com.br>; Tommy Sam
**Cc:** zwi@eaglebr.com.br <zwi@eaglebr.com.br>; jose.pinheiro@setebr.com <jose.pinheiro@setebr.com>; marioklein@petrobras.com.br <marioklein@petrobras.com.br>
**Subject:** RE: BrasFels Inspection

Dear Tommy

Further to our conversation on 07th May please note that BNDES intend to visit BRASFELS on Thursday 17th May 2012 with the following scope:
- Shipbuilding Schedule and Milestones;
- Shipyard future capacity expansion requirements / plan;
- Construction Plan for SETEBRASIL Drillships;
- Procurement Plan (taking into account Brazilian Vendors);
- Main Brazilian and foreign Suppliers;
- Minimum Local Content Plan;
- Track-record on Brazil and Orderbook;
- Human Resources training;
- Partnership with foreign Shipyards and technology transfer.

The main but for BNDES is to know the Shipyard and the Project as Financial Entity as well to prospect Shipyard and Suppliers for Financial Business.

Pls kindly confirm availability for this date.

Rgds


**Humberto Fajardo**
Engineering and Project Execution
**SETEBRASIL PARTICIPAÇÕES S.A.**
Cell 21 7277 0488

Confidential                                                                                                                           KEPPEL00074640

akwa@setebr.com
www.setebr.com

---

**From:** Humberto Fajardo [mailto:akwa@setebr.com]
**Sent on:** Thursday, May 3, 2012 12:10 PM
**To:** 'gilberto.israel@kfelsbrasil.com.br'; edmundo.santos@kfelsbrasil.com.br
**Cc:** 'zwi@eaglebr.com.br'; jose.pinheiro@setebr.com; marioklein@petrobras.com.br
**Subject:** RE: BrasFels Inspection

Dear Gilberto

We are awaiting the scheduling of the visit below.

We thank you in advance.

Best,

**Humberto Fajardo**
Engineering and Project Execution
**SETEBRASIL PARTICIPAÇÕES S.A.**
Cell 21 9383 5731
akwa@setebr.com
www.setebr.com

---

**From:** Humberto Fajardo [mailto:akwa@setebr.com]
**Sent on:** Friday, April 27, 2012 4:14 PM
**To:** 'gilberto.israel@kfelsbrasil.com.br'
**Cc:** 'zwi@eaglebr.com.br'; jose.pinheiro@setebr.com; marioklein@petrobras.com.br
**Subject:** RE: BrasFels Inspection

Dear Gilberto

BNDES wants to conduct due diligence of the shipyard similar to the visits investors already made to other shipyards, in other words, to basically get to know management, visit the facilities, and understand the rig construction process.

Below are some questions that we believe they may ask. Ideally we would start with a presentation of the shipyard, provide some time for questions, and then have the visit to the facilities:

- Construction schedule and main milestones;
- Need for capacity expansion;
- Description of the construction process;
- Origin of the equipment (procurement – emphasizing national manufacturers);
- Main local and international suppliers;
- Plan to achieve the minimum local content;
- Experience (track record) in Brazil and current order book;
- Hiring and training of workers;

Confidential                                                                                                                                                  KEPPEL00074641

- How do partnerships with foreign shipyards work for the transfer of technology.

We'd like to schedule the visit by May 18th.

We look forward to your reply,

Best,

**Humberto Fajardo**
Engineering and Project Execution
**SETEBRASIL PARTICIPAÇÕES S.A.**
Cell 21 9383 5731
akwa@setebr.com
www.setebr.com

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

| | |
|---|---|
| **Message** | |
| From: | Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TOMMY.SAM] |
| Sent: | 18/5/2012 9:49:09 AM |
| To: | 'akwa@setebr.com' [akwa@setebr.com]; 'GILBERTO.ISRAEL@kfelsbrasil.com.br' [GILBERTO.ISRAEL@kfelsbrasil.com.br]; 'edmundo.santos@kfelsbrasil.com.br' [edmundo.santos@kfelsbrasil.com.br] |
| CC: | 'zwi@eaglebr.com.br' [zwi@eaglebr.com.br]; 'jose.pinheiro@setebr.com' [jose.pinheiro@setebr.com]; 'marioklein@petrobras.com.br' [marioklein@petrobras.com.br]; Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]; Jerald LEE Quan Ti [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jerald.Lee1]; 'tt.low@kfelsbrasil.com.br' [tt.low@kfelsbrasil.com.br]; KUN LIANG [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Liang.kun]; Bruno NG Wei Ming [KFE-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Bruno.Ng]; TAN Leong Peng [KFE-ENGRG] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Leongpeng.tan1] |
| Subject: | Re: RES: RES: Vistoria BrasFels |

Dear Humberto,

Thank you for your feedback and our team is honored to have them in BrasFELS and very glad that the visit went well.

Best regards,
Tommy Sam

---

**From:** Humberto Fajardo [mailto:akwa@setebr.com]
**Sent:** Friday, May 18, 2012 05:38 PM
**To:** Tommy SAM; GILBERTO.ISRAEL@kfelsbrasil.com.br <GILBERTO.ISRAEL@kfelsbrasil.com.br>; edmundo.santos@kfelsbrasil.com.br <edmundo.santos@kfelsbrasil.com.br>
**Cc:** zwi@eaglebr.com.br <zwi@eaglebr.com.br>; Jose Pinheiro <jose.pinheiro@setebr.com>; marioklein@petrobras.com.br <marioklein@petrobras.com.br>; Kai Choong KWOK; Jerald LEE Quan Ti; tt.low@kfelsbrasil.com.br <tt.low@kfelsbrasil.com.br>; KUN LIANG [KFE-PJM]; Bruno NG Wei Ming [KFE-PROD]; TAN Leong Peng [KFE-ENGRG]
**Subject:** RES: RES: Vistoria BrasFels

Dear Tommy

We had a very good feed-back from visit of BNDES to BRASFELS.

We would like to thank very much to BRASFELS for the special care on preparation and conducting such visit.

Rgds


**Humberto Fajardo**
Engenharia e Implantação de Projetos
**SETEBRASIL PARTICIPAÇÕES S.A.**
Cel. 21 7277 0488
akwa@setebr.com
www.setebr.com

Confidential                                                                                                                       KEPPEL00074639

**De:** Tommy SAM [mailto:tommy.sam@keppelfels.com]
**Enviada em:** quarta-feira, 9 de maio de 2012 16:48
**Para:** 'akwa@setebr.com'; 'GILBERTO.ISRAEL@kfelsbrasil.com.br'; 'edmundo.santos@kfelsbrasil.com.br'
**Cc:** 'zwi@eaglebr.com.br'; 'jose.pinheiro@setebr.com'; 'marioklein@petrobras.com.br'; Kai Choong KWOK; Jerald LEE Quan Ti; 'tt.low@kfelsbrasil.com.br'; KUN LIANG [KFE-PJM]; Bruno NG Wei Ming [KFE-PROD]; TAN Leong Peng [KFE-ENGRG]
**Assunto:** Re: RES: Vistoria BrasFels

Dear Humberto,

The visit on 17 May 2012 is confirmed. We propose to commence at 0930 in the morning.

Please send us names and size of uniform and shoes for PPE.

Gilberto is the contact point and he will contact you later to understand and clarify the scope of the visit so as to be sufficiently prepared.

Best regards,
Tommy Sam

---

**From:** Humberto Fajardo [mailto:akwa@setebr.com]
**Sent:** Thursday, May 10, 2012 01:45 AM
**To:** gilberto.israel@kfelsbrasil.com.br <gilberto.israel@kfelsbrasil.com.br>; edmundo.santos@kfelsbrasil.com.br <edmundo.santos@kfelsbrasil.com.br>; Tommy SAM
**Cc:** zwi@eaglebr.com.br <zwi@eaglebr.com.br>; jose.pinheiro@setebr.com <jose.pinheiro@setebr.com>; marioklein@petrobras.com.br <marioklein@petrobras.com.br>
**Subject:** RES: Vistoria BrasFels

Dear Tommy

Further to our conversation on 07th May please note that BNDES intend to visit BRASFELS on Thursday 17th May 2012 with the following scope:
- Shipbuilding Schedule and Milestones;
- Shipyard future capacity expansion requirements / plan;
- Construction Plan for SETEBRASIL Drillships;
- Procurement Plan (taking into account Brazilian Vendors);
- Main Brazilian and foreign Suppliers;
- Minimum Local Content Plan;
- Track-record on Brazil and Orderbook;
- Human Resources training;
- Partnership with foreign Shipyards and technology transfer.

The main but for BNDES is to know the Shipyard and the Project as Financial Entity as well to prospect Shipyard and Suppliers for Financial Business.

Pls kindly confirm availability for this date.

Rgds


**Humberto Fajardo**
Engenharia e Implantação de Projetos
**SETEBRASIL PARTICIPA�‡�•ES S.A.**
Cel. 21 7277 0488

akwa@setebr.com
www.setebr.com

---

**De:** Humberto Fajardo [mailto:akwa@setebr.com]
**Enviada em:** quinta-feira, 3 de maio de 2012 12:10
**Para:** 'gilberto.israel@kfelsbrasil.com.br'; edmundo.santos@kfelsbrasil.com.br
**Cc:** 'zwi@eaglebr.com.br'; jose.pinheiro@setebr.com; marioklein@petrobras.com.br
**Assunto:** RES: Vistoria BrasFels

Caro Gilberto

Permanecemos no aguardo do agendamento da visita abaixo.

Agradecemos antecipadamente.

Sds

**Humberto Fajardo**
Engenharia e Implantação de Projetos
**SETEBRASIL PARTICIPA�‡�•ES S.A.**
Cel. 21 9383 5731
akwa@setebr.com
www.setebr.com

---

**De:** Humberto Fajardo [mailto:akwa@setebr.com]
**Enviada em:** sexta-feira, 27 de abril de 2012 16:14
**Para:** 'gilberto.israel@kfelsbrasil.com.br'
**Cc:** 'zwi@eaglebr.com.br'; jose.pinheiro@setebr.com; marioklein@petrobras.com.br
**Assunto:** RES: Vistoria BrasFels

Caro Gilberto

O BNDES quer fazer uma due diligence do estaleiro similar � visita já executada por investidores em outros Estaleiros, ou seja, basicamente conhecer o management, visitar as instalações e entender o processo de construção das sondas.

Segue abaixo algumas questionamentos que acreditamos que ele possam fazer. O ideal seria iniciar com uma apresentação do Estaleiro, abrir um espaço para perguntas e depois realizar a visita nas instalações:

- Cronograma de construção e principais milestones;
- Necessidade de expansão de capacidade;
- Descrição do processo de construção;
- Origem dos equipamentos (procurement - dando ênfase aos fabricantes nacionais);
- Principais fornecedores locais e internacionais;
- Plano para atingir o conteúdo local mínimo;
- Experiência (track-record) no Brasil e orderbook atual;
- Contratação e treinamento de mão de obra;

- Como funciona as parcerias com estaleiros estrangeiros para transferência de tecnologia.

Gostaríamos de agendar a visita até 18/05.

Agradeço retorno.

Sds


**Humberto Fajardo**
Engenharia e Implantação de Projetos
**SETEBRASIL PARTICIPA�‡�•ES S.A.**
Cel. 21 9383 5731
akwa@setebr.com
www.setebr.com

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.