# EXHIBIT 59

## Message

| | |
|---|---|
| **From:** | Jeff CHOW [KOM-LEGAL] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JEFF.CHOW] |
| **Sent:** | 19/7/2012 8:22:36 AM |
| **To:** | CHOW Yew Yuen [KOM-COO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YewYuen.CHOW11] |
| **Subject:** | Re: General |

One for 0.5% and one for 1.5% for different parties, totaling the 2%.

----- Original Message -----
From: CHOW Yew Yuen [KOM-COO]
Sent: Thursday, July 19, 2012 01:49 PM
To: Jeff CHOW [KOM-LEGAL]
Subject: Re: General

What do mean by 2 agreements?

Sent from my iPad

On Jul 18, 2012, at 9:17 AM, "Jeff CHOW [KOM-LEGAL]" <jeff.chow@KEPPELOM.COM> wrote:

>
> Have comm agr to be signed between Fernvale and Eagle Zwi. Eagle has signed.  Need Aziz to sign for Fernvale.  Can you verbally confirm to him total of 2% agreed, divided into 2 agreements,
>
> Then let Nora know so she can hand walk the docs to Aziz for signing.
>
> Thanks,
>
> _____
>
> CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.