# EXHIBIT 60

**To:** Jeff CHOW [KOM-LEGAL][jjeff.chow@keppelom.com]
**From:** Nora MARSUKI [KOM-LEGAL][/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NORA.MARSUKI]
**Sent:** Tue 24/7/2012 2:18:46 AM (UTC)
**Subject:** RE: Commission Agreements between Fernvale and Eagle

Jeff,

I passed this to ED -- Aziz to sign but he has some queries on the percentage.

Have you sent a note to YY to inform Aziz that it is okay to sign?

I did not managed to ask YY since he was busy.

Nora

**From:** Jeff CHOW [KOM-LEGAL]
**Sent:** Tuesday, July 24, 2012 5:05 AM
**To:** Nora MARSUKI [KOM-LEGAL]
**Subject:** RE: Commission Agreements between Fernvale and Eagle

Has this been signed?

Let me know where things stand?

**From:** Nora MARSUKI [KOM-LEGAL]
**Sent:** Wednesday, July 18, 2012 9:11 AM
**To:** Jeff CHOW [KOM-LEGAL]
**Subject:** RE: Commission Agreements between Fernvale and Eagle

YY is on his way to the office.

You want to send email/note to him ?

**From:** Jeff CHOW [KOM-LEGAL]
**Sent:** Wednesday, July 18, 2012 9:03 AM
**To:** Nora MARSUKI [KOM-LEGAL]
**Subject:** RE: Commission Agreements between Fernvale and Eagle

Can you find him and check with him, if he's at the yard today.  Having difficulty with phone service.

**From:** Nora MARSUKI [KOM-LEGAL]
**Sent:** Wednesday, July 18, 2012 9:02 AM
**To:** Jeff CHOW [KOM-LEGAL]
**Subject:** RE: Commission Agreements between Fernvale and Eagle

Okay then.

I will wait till I hear from you that YY confirm okay for Aziz's signature.

**From:** Jeff CHOW [KOM-LEGAL]
**Sent:** Wednesday, July 18, 2012 8:56 AM
**To:** Nora MARSUKI [KOM-LEGAL]
**Subject:** RE: Commission Agreements between Fernvale and Eagle

Must hand carry and wait for his signature, as no copies allowed (very sensitive).

YY needs to confirm to him okay to sign.

---

**From:** Nora MARSUKI [KOM-LEGAL]
**Sent:** Wednesday, July 18, 2012 8:54 AM
**To:** Jeff CHOW [KOM-LEGAL]
**Subject:** RE: Commission Agreements between Fernvale and Eagle

Aziz will be in the yard till noon and then later he will be on half day leave.

Rosalind said that we can have the agreements forwarded to him at his office here in Engineering.

---

**From:** Jeff CHOW [KOM-LEGAL]
**Sent:** Wednesday, July 18, 2012 8:46 AM
**To:** Nora MARSUKI [KOM-LEGAL]
**Cc:** Kenneth CHONG [KOM-LEGAL]
**Subject:** RE: Commission Agreements between Fernvale and Eagle

Is Aziz back from the US yet?

---

**From:** Nora MARSUKI [KOM-LEGAL]
**Sent:** Wednesday, July 18, 2012 8:44 AM
**To:** Jeff CHOW [KOM-LEGAL]
**Cc:** Kenneth CHONG [KOM-LEGAL]
**Subject:** RE: Commission Agreements between Fernvale and Eagle

Jeff,

I found the agreements.

---

**From:** Jeff CHOW [KOM-LEGAL]
**Sent:** Tuesday, July 17, 2012 11:09 PM
**To:** Nora MARSUKI [KOM-LEGAL]
**Cc:** Kenneth CHONG [KOM-LEGAL]
**Subject:** Commission Agreements between Fernvale and Eagle

Nora:

There is an envelope on my desk with the Agency/Commission agreements signed by Zwi, but we need Aziz's signature.

Once you find the papers, let me know as I will have to ask YY to let Aziz know that its okay, so Aziz can sign.

Thanks,
Jeff

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.