# EXHIBIT 67

**To:** Jeff CHOW [KOM-LEGAL][jjeff.chow@KEPPELOM.COM]
**From:** Nora MARSUKI [KOM-LEGAL][/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NORA.MARSUKI]
**Sent:** Tue 7/8/2012 12:38:18 AM (UTC)
**Subject:** RE: Zwi

okay

---

**From:** Jeff CHOW [KOM-LEGAL]
**Sent:** Tuesday, August 07, 2012 8:38 AM
**To:** Nora MARSUKI [KOM-LEGAL]
**Subject:** Zwi

Zwi may try to come by to sign on the documents on the right side of my desk on the Fernvale documents.

If he calls, call me right away and I'll come down to sign or make sure that he signs properly.

Thanks,

---

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

Confidential                                                                                                                                                                 KEPPEL00555190