# EXHIBIT 71

**To:** GILBERTO ISRAEL[GILBERTO.ISRAEL@kfelsbrasil.com.br]; Simon LEE [KOM-USA][simon.lee@keppelom-usa.com]; LOW Tiau Tong [KFE-PROD][tiautong.low@keppelfels.com]; KUN LIANG [KFE-PJM][liang.kun@keppelfels.com]; Kai Choong KWOK[kaichoong.kwok@keppelfels.com]; luiz.caetano@kfelsbrasil.com.br[luiz.caetano@kfelsbrasil.com.br]
**Cc:** TAN Leong Peng [KFE-ENGRG][leongpeng.tan@keppelfels.com]; Yan Naing MYINT [KFE-PJM][yannaing.myint@keppelfels.com]; THIA Lock Boon [KFE-ENGRG][lockboon.thia@keppelfels.com]
**From:** Bruno NG Wei Ming [KFE-PROD][/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRUNO.NG]
**Sent:** Thur 6/6/2013 10:24:42 PM (UTC)
**Subject:** RE: VISIT TO BRASFELS - INVESTORS
Cópia de 2013-06-06_visita Estaleiro Keppel.xlsx

Dear all,

Please be informed that the above mentioned was successfully conducted with no major issue or concern. Attached herewith is the visitor list who are mainly from the financial arm of setebrasil, together with their financial bank reps.

Yard track record and construction methodology was presented and setebrasil site team presented their organisational chart.

General sentiment was satisfactory and the visitors left in awe after the insightful yard tour at the DRU construction sites.

Visit ended at 1430hours

Regards
Bruno Ng

---

**From:** Humberto Fajardo [mailto:humberto.fajardo@setebr.com]
**Sent:** Monday, 3 June, 2013 1:29 PM
**To:** Bruno NG Wei Ming [KFE-PROD]; GILBERTO ISRAEL; hamiltonesteves@petrobras.com.br
**Cc:** CARLA SHIMABUKURO; TAN Leong Peng [KFE-ENGRG]; Yan Naing MYINT [KFE-PJM]; yves@petrobras.com.br; Relacionamento com Investidores .; Regina Ozorio; Jose Pinheiro
**Subject:** RES: VISIT TO BRASFELS - INVESTORS

Dear Bruno

Many thanks

Pls find attached revised Visitors List, with change of names highlighted in red.

Rgds



Humberto Fajardo
Coordenador de Projetos
Tel./Fax: +55 21 2528-0080
humberto.fajardo@setebr.com
www.setebr.com
Rua do Humaitá, 275 , 13º andar - Humaitá

---

**De:** Bruno NG Wei Ming [KFE-PROD] [mailto:bruno.ng@keppelfels.com]
**Enviada em:** sábado, 1 de junho de 2013 09:05
**Para:** Humberto Fajardo; GILBERTO ISRAEL; hamiltonesteves@petrobras.com.br
**Cc:** CARLA SHIMABUKURO; TAN Leong Peng [KFE-ENGRG]; Yan Naing MYINT [KFE-PJM]; yves@petrobras.com.br; ri@setebr.com; Regina Ozorio; Jose Pinheiro
**Assunto:** RE: VISIT TO BRASFELS - INVESTORS

Dear Humberto,

Lunch will be provided as request.

Regards
Bruno Ng

Confidential                                                                                                              KEPPEL00457152

**From:** Humberto Fajardo [mailto:humberto.fajardo@setebr.com]
**Sent:** Friday, 31 May, 2013 4:52 PM
**To:** Bruno NG Wei Ming [KFE-PROD]; GILBERTO ISRAEL; hamiltonesteves@petrobras.com.br
**Cc:** CARLA SHIMABUKURO; TAN Leong Peng [KFE-ENGRG]; Yan Naing MYINT [KFE-PJM]; yves@petrobras.com.br; ri@setebr.com; Regina Ozorio; Jose Pinheiro
**Subject:** RES: VISIT TO BRASFELS - INVESTORS

Dear Bruno

Pls inform if it is possible for Keppel to provide the lunch at the yard.

Rgds



Humberto Fajardo
Coordenador de Projetos
Tel./Fax: +55 21 2528-0080
humberto.fajardo@setebr.com
www.setebr.com
Rua do Humaitá, 275 , 13º andar - Humaitá

---

**De:** Bruno NG Wei Ming [KFE-PROD] [mailto:bruno.ng@keppelfels.com]
**Enviada em:** sexta-feira, 31 de maio de 2013 14:31
**Para:** Humberto Fajardo; GILBERTO ISRAEL; hamiltonesteves@petrobras.com.br
**Cc:** CARLA SHIMABUKURO; TAN Leong Peng [KFE-ENGRG]; Yan Naing MYINT [KFE-PJM]; yves@petrobras.com.br
**Assunto:** RE: VISIT TO BRASFELS - INVESTORS

Dear Humberto,

Noted on your request and confirmed this visit. Please kindly confirm that lunch will be arranged by your team outside the yard I presume?

Regards
Bruno Ng

---

**From:** Humberto Fajardo [mailto:humberto.fajardo@setebr.com]
**Sent:** Friday, 31 May, 2013 12:40 PM
**To:** GILBERTO ISRAEL; Bruno NG Wei Ming [KFE-PROD]; hamiltonesteves@petrobras.com.br
**Cc:** CARLA SHIMABUKURO; Eduardo Musa; Jose Pinheiro; marioklein@petrobras.com.br; Relacionamento com Investidores .; yves@petrobras.com.br; Regina Ozorio; TAN Leong Peng [KFE-ENGRG]; Yan Naing MYINT [KFE-PJM]; Harien Ivanowicz
**Subject:** RES: VISIT TO BRASFELS - INVESTORS

Dear Bruno

Pls find attached visitors List of the SETE BRASIL Investors for the visit next Thursday 06th June 2013.

Hamilton, pls kindly provided shipyard clearance and necessary EPI for all visitors.

The visit schedule will be as follows:

7:30  - leaving da Sete Brasil)
10 horas – arrival at the yard
10:30 às 12:00 – presentations about the shipyard and the Project – Keppel, Sete Brasil and CMA.
12:00 às 13 horas – visit to the site
13:30  - lunch
14:30 – return to Rio de Janeiro
17 horas – arrival at Rio de Janeiro

Presentations will be done by Keppel showing a general overview of the Shipyard and the Project (similar to the KOM).

Confidential                                                                                                                                    KEPPEL00457153

Hamilton, we would like to have a short presentation by the CMA with a general overview showing the manage team and his duties, similar to the one presented to GIEK. Pls confirm

Rgds



---

**De:** Humberto Fajardo [mailto:humberto.fajardo@setebr.com]
**Enviada em:** terça-feira, 21 de maio de 2013 14:43
**Para:** GILBERTO ISRAEL; leongpeng.tan@keppelfels.com; yannaing.myint@keppelfels.com
**Cc:** Bruno Ng; CARLA SHIMABUKURO; Eduardo Musa; hamiltonesteves@petrobras.com.br; Jose Pinheiro; marioklein@petrobras.com.br; Relacionamento com Investidores .; yves@petrobras.com.br
**Assunto:** RES: VISIT TO BRASFELS - INVESTORS

Dear All

Please note that as agreed the visit on Shipyard Brasfels at Angra dos Reis with the representative from Sete Brasil Investors (PETROS, Banco BTG Pactual, PETROBRAS, VALIA, PREVI between others) was postponed to Thursday 06th June 2013.

About 25 persons will attend the visit. Visitors List will be forwarded to you next Thursday 23rd May 2012.

Rgds



---

**De:** Humberto Fajardo [mailto:humberto.fajardo@setebr.com]
**Enviada em:** quinta-feira, 11 de abril de 2013 22:08
**Para:** GILBERTO ISRAEL; leongpeng.tan@keppelfels.com; yannaing.myint@keppelfels.com
**Cc:** Bruno Ng; CARLA SHIMABUKURO; Eduardo Musa; hamiltonesteves@petrobras.com.br; Jose Pinheiro; marioklein@petrobras.com.br; Relacionamento com Investidores .; yves@petrobras.com.br
**Assunto:** RES: VISIT TO BRASFELS - INVESTORS

Gilberto

Many thanks

Rgds



**De:** GILBERTO ISRAEL [mailto:GILBERTO.ISRAEL@kfelsbrasil.com.br]
**Enviada em:** quinta-feira, 11 de abril de 2013 11:15
**Para:** Humberto Fajardo; leongpeng.tan@keppelfels.com; yannaing.myint@keppelfels.com
**Cc:** Bruno Ng; CARLA SHIMABUKURO; eduardo.musa@setebr.com; hamiltonesteves@petrobras.com.br; jose.pinheiro@setebr.com; marioklein@petrobras.com.br; ri@setebr.com; yves@petrobras.com.br
**Assunto:** Re: VISIT TO BRASFELS - INVESTORS

Humberto
Visit is confirmed
we will contact you for more details
rgs
Gilberto

>>> Humberto Fajardo <humberto.fajardo@setebr.com> 9/4/2013 20:50 >>>
Dear Gilberto
We would like to schedule a visit on your Shipyard Brasfels at Angra dos Reis on Thursday 23rd May 2013 with the representative from Sete Brasil Investors (PETROS, Banco BTG Pactual, PETROBRAS, VALIA, PREVI between others).

The preliminary schedule is as follows:

7:30  - leaving da Sete Brasil)
10 horas – arrival at the yard
10:30 às 12:00 – presentations about the shipyard and the Project – Keppel, Sete Brasil and CMA.
12:00 às 13 horas – visit to the site
13:30  - lunch
14:30 – return to Rio de Janeiro
17 horas – arrival at Rio de Janeiro
We believe that a presentation from Keppel showing a genereal overview of the Shipyard and the Project similar to the KOM will be enough.
Pls kindly confirm availability

Rgds



Humberto Fajardo
Coordenador de Projetos
Tel./Fax: +55 21 2528-0080
humberto.fajardo@setebr.com
www.setebr.com
Rua do Humaitá, 275 , 13º andar - Humaitá

---
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

Confidential

KEPPEL00457157

**Visita ao Estaleiro Keppel - dia 06/06/2013**
Dados dos participantes

| | Nome completo | Instituição | telefone | RG | Tamanho roupa (macacão) | Tamanho sapato (bota) |
|---|---|---|---|---|---|---|
| 1 | Mariana Santa Barbara Vissirini | FUNCEF | | | M | 36 |
| 2 | Marcio Santos de Albuquerque | PETROS | | | G/44 | 43 |
| 3 | Lucas Caulliraux Martinelli | Banco BTG Pactual | | | M | 43 |
| 4 | Mauricio Antonio Alves da Costa | CEF | | | G | 42 |
| 5 | André Koichiro Otake | FI-FGTS | | | G (44) | 41 |
| 6 | Kevin Corrigan | EIG Sete Holding | | | G | 42 (ou 10 EUA) |
| 7 | Jose Fausto Moreira Filho | Santander Part | | | G | 41 |
| 8 | Luiz Felipe de Souza dos Santos | PETROBRAS | | | GG ou GGG (1,98m de altura) | 46 |
| 9 | Fernando Jorge Buso Gomes | Fundo Strong | | | G | 40 |
| 10 | Daniel Rodrigues | Lakeshore | | | M Calça 38/40 | 41 |
| 11 | Andrea Santichio | VALIA | | | M | 36 |
| 12 | Bruno da Silva Almeida | PREVI | | | G (44) | 42 |
| 13 | Fernando Augusto Quintella | FICFIP Sondas | | | G ( 48/50) | 43 |
| 14 | Daniel Seabra | PETROS | | | M | 41 |
| 15 | Valentina Vettori | Santander Part | | | M (38) | 37 |
| 16 | Maria Inês Vieira | PETROBRAS | | | M 40/42 | 36 |
| 17 | Roberto Luiz Pimenta | PREVI | | | M | 40 |
| 18 | Marina Galvão | Sete Brasil | | | P | 36 |
| 19 | Adriana Chagastelles | Sete Brasil | | | M | 39 |
| 20 | Ricardo Guaranys | Sete Brasil | | | G | 41 |
| 21 | Camila Hoehl | Sete Brasil | | | M | 37 |
| 22 | Humberto Fajardo | Sete Brasil | | | G | 43 |
| 23 | Harien Ivanowicz | Sete Brasil | | | M | 37 |
| 24 | Jean Philippe Dines Labarrere | Sete Brasil | | | G | 42 |
| 25 | Guilherme Tupinambá | Sete Brasil | | | G | 43 |
| 26 | Edson Mello | Sete Brasil | | | GG | 40 |
| 27 | Marcelle Barbirato | Sete Brasil | | | M | 38 |