# EXHIBIT 74

# 2013 EIG Partners' Conference

**EIG GLOBAL ENERGY PARTNERS**

Mandarin Oriental
1330 Maryland Ave SW, Washington, DC  20024

Security:  Mon 11:30 PM - 11:59 PM
Tue  12:00 AM - 11:59 PM

## Sat, September 21st - Sun, September 22nd
| All Day | Sat/Sun | FROSCH / IAP Set-Up:  Staging, Prod, Registration, Gifts | Mandarin Corcoran & EIG DC |
|---|---|---|---|

## Monday, September 23rd
| | | | |
|---|---|---|---|
| 8:30 AM – | 6:00 PM | EIG Presenter Rehearsals | EIG Washington Boardroom |
| 6:00 PM – | 8:30 PM | EIG Group Dinner & Announcements | EIG Office Rooftop |
| | Evening | LEP / BARRINGTON / FROSCH / IAP | Mandarin: Production, Staging, Set-Up |

## Tuesday, September 24th
| | | | | |
|---|---|---|---|---|
| 8:30 AM – | 9:30 AM | EIG Presenter Rehearsal | | EIG Presenters, RMD, IAP, Barrington, LEP |
| 9:00 AM – | 9:20 AM | EIG Registration & Parking Validation | | EIG OM's / EA's |
| | 9:30 AM | **Registration Desk Opens** | | **MO Registration Desk** |
| | 10:10 AM | Grand Ballroom Doors Open | | Security |
| 10:30 AM – | 11:35 AM | **General Session - Part I** | | **Grand Ballrooms** |
| *1 hr 5 min* | :09 | Welcome & Opening Comments | | Blair Thomas |
| | :25 | FXIV / FXV Financial Results & FXVI Fund Raising Update | | Derek Lemke-von Ammon |
| | :20 | Infrastucture Matters | *Video* | Kurt Talbot |
| | :10 | PXP | Deal Review | Patrick Hickey |
| | :01 | **Wrap-up & Announce Break** | *Lunch Venue Chg* | Blair Thomas |
| 11:35 AM – | 12:35 PM | **Buffet Lunch** | *LEP add interview set* | **Sou'Wester & City Zen** |
| 12:20 PM – | 12:40 PM | Meet & Greet w/Sarkozy - 20 mins | | Arena Room |
| | 12:35 PM | Coral to General Session | | |
| 12:45 PM – | 3:00 PM | **General Session - Part II** | | **Grand Ballroom** |
| *2 hrs 15 min* | :02 | Introduction of Nicolas Sarkozy | | Jean-Daniel Borgeaud |
| | :45 | Keynote Speaker & Interview | Jean-Daniel Borgeaud | Nicolas Sarkozy |
| | :10 | Q&A | | |
| | :01 | Transition | *LEP rmv interview set* | Blair Thomas |
| | :12 | BlackBrush | *Video* & Deal Review | Clay Taylor |
| | :10 | Sete Brasil | Deal Review | Simon Hayden |
| | :10 | Abbot | Deal Review | Wallace Henderson |
| | :12 | Abengoa Solar | *Video* & Deal Review | Walid Mouawad |
| | :10 | BTB | Deal Review | Andrew Ellenbogen |
| | :12 | Coalspur | *Video* & Deal Review | Andy Zhmurovsky |
| | :10 | Jamestown / Larchmont | Deal Review | Richard Punches |
| | :01 | **Wrap-up & Announce Break** | | Blair Thomas |
| 3:00 PM – | 3:20 PM | **BREAK** | *LEP add interview set* | **Foyer** |
| 3:20 PM – | 4:30 PM | **General Session - Part III** | | **Grand Ballroom** |
| *1 hr 00 min* | :10 | Utica | Deal Review | Richard Punches |
| | :04 | Introduction of Brazil Roundtable | | Kevin Corrigan |
| | :30 | Roundtable Speakers | João Carlos de Medeiros Ferraz & Rogério Gonçalves Mattos | |
| | :10 | Q & A | | |
| | :06 | *Cushion* | | |
| 4:20 PM – | 4:30 PM | **Wrap Up / Q&A / Announce Break & 6:30 Cocktail Reception** | | Blair Thomas |
| *10 min* | | Mandatory 4:30 Break to Set-Up Grand Ballroom for Evening Events | | |
| 4:30 PM – | 6:30 PM | **BREAK** | | |
| 6:30 PM – | 7:30 PM | **Cocktail Reception** | | **Garden Lawn** |
| 7:45 PM – | 9:00 PM | **Dinner** | | **Oriental Ballroom** |
| | 8:50 PM | Thank you, Announce Celebration & Invite to Concert | | Blair Thomas |
| 9:00 PM – | 9:30 PM | Meet & Greet w/ Aguilera - 20 mins | | Sackler room |
| | 9:00 PM | Coral to Grand Ballroom | | |
| 9:30 PM – | 11:30 PM | **Entertainment**  *(Aguilera 9:30 start - 60 min show - Music)* | | **Grand Ballroom** |
| 11:30 PM – | 12:30 PM | Tear Down / Load Out | | Live Event Partners |

**Confidential**