# EXHIBIT 75



STATE OF NEW YORK        )
                         )
                         )
COUNTY OF NEW YORK       )    ss

### CERTIFICATION

This is to certify that the attached transcription is to the best of my knowledge and belief a true and accurate transcription of the English video identified with Bates number EIG_KEP_00249870.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 16th day of September, 2021,

by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

**EIG_KEP_00249870 EIG Conference Roundtable**

| Line # | Timecode | Quote |
|---|---|---|
| 1 | [0:00:20] | KEVIN CORRIGAN: Good afternoon. Thank you everyone. Well, |
| 2 | | we're going to shift gears a little bit and talk a little bit about Brazil. |
| 3 | | You've heard about it tangentially earlier today. You've seen we've |
| 4 | | been increasing our footprint there quite dramatically in the last, |
| 5 | | certainly in the last year. Just a little history, about three years ago |
| 6 | | we decided to focus more on Brazil. Why Brazil? |
| 7 | [0:00:40] | Well, it's the fifth largest country in the world, bigger than the |
| 8 | | continental United States, large population, large natural resource |
| 9 | | base, huge investment needs. I was thinking of that map that Kurt |
| 10 | | showed earlier, that showed the gas pipeline network in the United |
| 11 | | States. |
| 12 | [0:01:00] | And, if you look at the Brazilian equivalent, you'll see the pipeline |
| 13 | | | that Andrew showed and a couple of little lines up in the northeast. |
| 14 | | So, if Brazil were to even do 25% of what the U.S. has done, it |
| 15 | | would be billions of dollars' worth of investments. |
| 16 | [0:01:20] | I've been with EIG about eight-and-a-half years now. Prior to that I |
| 17 | | worked at the InterAmerican Development Bank for 10 years, and |
| 18 | | I've lived in Brazil now for about 14 years, on and off, beginning |
| 19 | | when I was a teenager. My father was sent there as American |
| 20 | | Council General in the 70s, so I'm a foreign service brat. |
| 21 | [0:01:40] | I later worked there with Manufacturers Hanover Trust Company, |
| 22 | | for over 10 years, and then Chemical Bank. So, I feel very |
| 23 | | comfortable with Brazil. I have three children born there who have |
| 24 | | citizenship, and I am very happy today to introduce two very |
| 25 | | esteemed colleagues who've come from Petrobras, but now run two |
| 26 | | companies that we've invested in. |
| 27 | [00:02:00] | In the case, to my far right, is Rogério Mattos, who studied and got |
| 28 | | a bachelor's in chemical engineering from the Federal University of |
| 29 | | Rio de Janeiro. |
| 30 | [0:02:20] | He also has a bachelor's in economics from the State University of |
| 31 | | Rio de Janeiro, and entered Petrobras in 1070 where he's had a very |
| 32 | | illustrious career. Most recently, before becoming CEO of TBG, the |
| 33 | | company that Andrew presented, he was head of M&A at Petrobras, |

| | | |
|---|---|---|
| 34 | | very involved in a lot of the acquisitions they made overseas, which, |
| 35 | | in fact, now they're, in many cases, in the process of divesting. |
| 36 | [0:02:40] | But, Rogério has been very involved with that, so we're very happy |
| 37 | | to have him here today. To my immediate right is João Ferraz, who |
| 38 | | also went to the Federal University of Rio de Janeiro, where he |
| 39 | | studied mechanical engineering. |
| 40 | [0:03:00 ] | So, I would wager these are two gentlemen who could go toe-to-toe |
| 41 | | with Kurt and understand the presentation that he gave earlier today, |
| 42 | | which probably very few of us could. But, they can do that later |
| 43 | | over cocktails. |
| 44 | [00:03:09] | MR. JOÃO FERRAZ: At least we pretend to. |
| 45 | [00:03:10] | MR. CORRIGAN: Or pretend to. |
| 46 | [00:03:10] | MR. FERRAZ: Yeah, pretend to. |
| 47 | [00:03:11] | MR. CORRIGAN: So, João spent most of his career, or at least the |
| 48 | | initial 20 years or so in very technical and engineering areas, and |
| 49 | | then around 2000, switched over to the finance area, and eventually |
| 50 | | was put in charge of an effort to help develop the company that he is |
| 51 | | today CEO off, Sete Brazil. |
| 52 | [00:03:31] | So, he left Petrobras in 2011 to take over that position, where he's |
| 53 | | now been for the past couple of years. Just a quick aside, I met João |
| 54 | | when he was still the financial superintendent at Petrobras. |
| 55 | [00:03:51] | And in Brazil, as you probably know, it's kind of difficult to just |
| 56 | | pick up the phone or send an email to somebody and expect their |
| 57 | | response. So, I had called an old friend of mine at a bank. I said, |
| 58 | | listen, I want to get involved in this pre-salt stuff, and who do I talk |
| 59 | | to at Petrobras, and he said, oh, you've got to talk to João Ferraz. I |
| 60 | | said, okay, thank you. |
| 61 | [00:04:11] | So, I wrote a little email, and then expected silence, and about a day |
| 62 | | | later, João said, happy to meet you. Come Tuesday at 2:00. I said, |
| 63 | | oh, great. Thank you very much, and I was with Clay Taylor, and he |
| 64 | | and I went and had a nice visit. Then, much later, now that I've |
| 65 | | gotten to know him a lot better, I said, you know, it was very |
| 66 | | unusual. |
| 67 | [00:04:31] | I sent you an email, and you responded right away. It's not the |

| | | |
|---|---|---|
| 68 | | Petrobras way. I said why'd you do that. He goes, well, you wrote it |
| 69 | | in Portuguese, and I've never gotten an email from a gringo in |
| 70 | | Portuguese. So, that's a little aside. |
| 71 | [00:04:51] | So, I think we're very proud of the footprint we're building in Brazil. |
| 72 | | And, as you've sensed earlier, I think we expect that involvement to |
| 73 | | grow. It's a country with many, many opportunities, many needs, |
| 74 | | and we'd like to be part of that. |
| 75 | [00:05:11] | So, I think let's take advantage of our two esteemed guests and talk |
| 76 | | a little bit about the oil and gas industry, the infrastructure, needs, |
| 77 | | and just generally about Petrogas. I'm going to try to avoid politics. |
| 78 | | It'll be pretty hard to outshine our earlier speaker in that area, so |
| 79 | | probably keep it more to the oil and gas area. |
| 80 | [00:05:31] | So, I'm going to start with Rogério, and perhaps you could talk a |
| 81 | | little bit about the gas market in Brazil. It's a market where gas is |
| 82 | | primarily used to generate electricity, so it hasn't really reached the |
| 83 | | consumer. It's not used very much in households, but I think there's |
| 84 | | a lot of opportunity there. |
| 85 | [00:05:51] | Maybe talk about how you see the gas market developing and |
| 86 | | growing over the coming years. Then, perhaps talk a little bit about |
| 87 | | TBG and how it might hope to participate in that growth in the |
| 88 | | future. So, just give us a little overview, and then we can move from |
| 89 | | there. |
| 90 | [00:06:05] | MR. ROGÉRIO MATTOS: Thank you. I'm glad to be here, to talk |
| 91 | | with you. So, the gas market in Brazil is almost 3.4 billion of cubic |
| 92 | | meters per day, 1.4 in the supply side comes from internal |
| 93 | | production. |
| 94 | [00:06:25] | 1 billion of cubic feet comes from the pipeline that Andrew just has |
| 95 | | shown in his presentation. And, 0.9 comes from expensive LPG that |
| 96 | | we need to import to comply with - -. |
| 97 | [00:06:45] | In the demand side, we have 1.4 billion cubic feet for just |
| 98 | | thermoelectrical, around 1.4 for other use, and 0.4-0.5 that Petrobras |
| 99 | | uses in its refineries and fertilizer plants. |
| 100 | [00:07:05] | Until 2020, Petrobras plans to keep the amount of gas that comes |
| 101 | | from Bolivia. That's one billion cubic feet, to renew the contract. |

| | | |
|---|---|---|
| 102 | | But, it plans to double the internal production of gas and also double |
| 103 | | the internal imports of LPG. |
| 104 | [00:07:25] | So, the idea is that there's a lot of room for new infrastructure, |
| 105 | | pipelines, thermoelectrical plants, and this will be a necessity for |
| 106 | | Brazil to increase its GDP. |
| 107 | [00:07:45] | But, there is another thing that can change this game. Brazil has a |
| 108 | | resource in conventional gas, like 226 TCF. |
| 109 | [00:08:05] | And the government will do an auction in November in order to |
| 110 | | offer 240 blocks. So, fortunately, we can develop, transform these |
| 111 | | resources in gas. |
| 112 | [00:08:25] | So we get more and more opportunities using our expertise of TBG, |
| 113 | | | a very reliable company, and supported by I think two important |
| 114 | | partners, Petrobras and EIG. |
| 115 | [00:08:45] | So, the idea, there is another thing that I think is good to comment |
| 116 | | with you, is that two characteristics of Brazil market, gas market. |
| 117 | | One is that all the gas, most all the gas, is associated gas. It's related |
| 118 | | with the production of oil. So, we don't have unassociated gas. |
| 119 | [00:09:05] | So, this auction that will be carried on in November can bring, like |
| 120 | | Kurt said this morning, he will not tell about C1, C2, C3, but just to |
| 121 | | say that we can have a way to dry gas. We don't know yet. |
| 122 | [00:09:25] | So, I think the opportunities are good. The second is related with the |
| 123 | | hydraulics. Brazil has long been dependent on hydropower. |
| 124 | [00:09:45] | And GDP growth, and also the dry season led us to invest a lot in - |
| 125 | | -. So, I think this is the main opportunity in the demand side that |
| 126 | | will push the offer of gas, and also the infrastructure. That's it. |
| 127 | [00:10:01] | MR. CORRIGAN: Thank you, Rogério. Well, let's shift gears a |
| 128 | | little bit and move over to João. Let's talk a little bit about pre-salt. |
| 129 | | We've heard about it tangentially today. It's obviously the largest oil |
| 130 | | play in the world today, probably. |
| 131 | [00:10:21] | Maybe you can give us a little overview of the drilling market, |
| 132 | | which is obviously the area that Sete Brazil is going to play a big |
| 133 | | role in. |
| 134 | [00:10:41] | And, I guess, another thing that I think people would be interested |
| 135 | | in is understanding how Brazil has gone from a model that relied |

| | | |
|---|---|---|
| 136 | | very heavily on overseas production of a lot of this infrastructure to |
| 137 | | the creation of Sete Brazil, and now the creating industry that's |
| 138 | | going to rely on domestic production, which I know you see as a big |
| 139 | | opportunity for Sete in particular and Brazil in general. |
| 140 | [00:10:51] | MR. FERRAZ: Okay, Kevin. Well, first of all, I'd like to thank you |
| 141 | | for your invitation, yours and Blair's, and I'm very happy to be here. |
| 142 | | I hope I can fulfil the points that you have raised to me. |
| 143 | [00:11:11] | Let me start talking about Sete Brazil creation, the rationale for Sete |
| 144 | | Brazil creation. Everything started in 2006, when Petrobras |
| 145 | | discovered pre-salt. Pre-salt is a huge area, as has been told here. It's |
| 146 | | one of the biggest oil fields discovered in the world in the last 30 |
| 147 | | years. |
| 148 | [00:11:31] | It's an area, the total area of pre-salt, is approximately 140,000 |
| 149 | | square kilometers, more or less, 58,000 square miles. While I didn't |
| 150 | | know or have any clue about how big was 58,000 square miles. |
| 151 | [00:11:51] | Then a few years ago, I Googled it, just to compare. It's bigger than |
| 152 | | England. So, it's a huge area, really huge area, full of oil. So far, all |
| 153 | | wells that have been drilled in pre-salt have been commercially |
| 154 | | attractive. |
| 155 | [00:12:11] | So, then, in 2008, back in 2008, when Petrobras started to size the |
| 156 | | | demands of goods and services to be applied for pre-salt, for the |
| 157 | | pre-salt development, Petrobras came to the conclusion that the very |
| 158 | | first step, the very first need for this development was drilling rigs, |
| 159 | | but not regular drilling rigs. |
| 160 | [00:12:31] | Because of the water depth, we're talking here about 3,000 meters of |
| 161 | | water depth, plus 7,000 meters of well length, so it's a total of 10 |
| 162 | | kilometers of total well. |
| 163 | [00:12:51] | We needed, Petrobras needed special rigs, state-of-the-art rigs, rigs |
| 164 | | that were not fully available at that time in 2008, so that the rigs that |
| 165 | | Petrobras needed to be used in pre-salt needed to be constructed. So, |
| 166 | | all of them should be new builds. |
| 167 | [00:13:11] | Usually, the industry builds these rigs in Korea, China, Japan, |
| 168 | | Singapore. But, on the other hand, Petrobras had a constraint, it still |
| 169 | | has, because of the regulation in Brazil, any oil companies that want |

| | | |
|---|---|---|
| 170 | | to explore the oil in Brazil, they need to comply with local content |
| 171 | | regulation. |
| 172 | [00:13:31] | So, we realized—at that time, I was at Petrobras, so that's why I saw |
| 173 | | we—we realized at that time that this could be a very good |
| 174 | | opportunity for us. We could, because of the fact that we needed a |
| 175 | | huge number of new rigs to be constructed, on the other hand, we |
| 176 | | needed to fulfil the local content demand. |
| 177 | [00:13:51] | We understood, that for the first time, we could have the benefit of |
| 178 | | scale. It's scale that could attract investors, that could attract |
| 179 | | international players, that could attract even international reliable |
| 180 | | shipyards that were used to that type of construction to come in to |
| 181 | | Brazil to establish in the country and to start to construct these rigs |
| 182 | | in Brazil. |
| 183 | [00:14:11] | We tried, of course, on the other hand, drilling rigs are not assets |
| 184 | | that usually oil companies have in their balance sheet. So, usually, |
| 185 | | drilling rigs, they belong to drillers, and drillers are special |
| 186 | | contractors, contracted by these oil companies. |
| 187 | [00:14:31] | So, Petrobras went to this market offering them the possibility of |
| 188 | | long-term contracts, if they decided to construct these rigs in Brazil. |
| 189 | | They were quite excited, especially the smaller ones. They were |
| 190 | | quite excited about the contract. |
| 191 | [00:14:51] | But, on the other hand, they didn't have balance sheets, they didn't |
| 192 | | have strength, economic strength, financial strength, they didn't |
| 193 | | have the capability to raise capital, raise financing. So, we came to |
| 194 | | the conclusion there was missing a small piece in this puzzle, and |
| 195 | | this piece was a company that could consolidate without de-locating |
| 196 | | the existing players. |
| 197 | [00:15:11] | So, we decided to create a company, that was Sete Brazil, not to |
| 198 | | replace drillers, but to joint venture with them, so our business |
| 199 | | model is, as a matter of fact, to establish joint ventures with existing |
| 200 | | players, existing drillers. |
| 201 | [00:15:31] | So that we offer a strong balance sheet, a strong capacity for raising |
| 202 | | finance, raising equity, offering guarantees, and what they add to |
| 203 | | this joint venture is their capability to operate the drilling rigs. |

| | | |
|---|---|---|
| 204 | [00:15:51] | So, with this model, we got by—we want two-bead process, |
| 205 | | performed by Petrobras, one in 2011, the other one 2012, so totaling |
| 206 | | 28 long-term contracts. Long-term, I mean really long terms, 14.5 |
| 207 | | years in average, with a very good daily rate payback. |
| 208 | [00:16:11] | So that we have, today, expectancies for a revenue backlog of |
| 209 | | almost $90 billion on the next 20 years. So, with that, we |
| 210 | | established this program together with the drillers. |
| 211 | [00:16:31] | We have seven drillers associated with us in these 28 rigs that we |
| 212 | | | are constructing. And, of course, we don't have to construct the rigs |
| 213 | | in Brazil. What we have to do is to deliver local content. It seems a |
| 214 | | little bit tricky, but - -. |
| 215 | [00:16:51] | By delivering, for instance, the first rigs, our obligation is to deliver |
| 216 | | 55% of local content. We don't need to construct the rigs in Brazil, |
| 217 | | so that we still have time to accommodate the construction of these |
| 218 | | new shipyards in Brazil with the construction of the rigs abroad. |
| 219 | [00:17:11] | So, we are doing a kind of mixed construction when we associate |
| 220 | | firstly the construction of the rigs, the hose, the blocks, the whole |
| 221 | | blocks, abroad in the international shipyards, the international |
| 222 | | shipyards that are constructing their own shipyards in Brazil. |
| 223 | [00:17:31] | Afterwards, for the last rigs that will be delivered, we have to |
| 224 | | increase a little bit this local content, and for the last ones, the last of |
| 225 | | this 28-rig program, we have to construct the full, whole, in Brazil. |
| 226 | [00:17:51] | But, this gives us a lot of time, in terms of accelerating the learning |
| 227 | | curve, accelerating the transfer to technology from the international |
| 228 | | shipyards for their branches in Brazil. So, all these five yards that |
| 229 | | we have contracted that are under construction or are existing |
| 230 | | shipyards in Brazil, they have association with international |
| 231 | | shipyards. |
| 232 | [00:18:11] | Reliable shipyards that have all the capabilities to construct the rigs. |
| 233 | | And, has been previously shown here, the program is performing |
| 234 | | very well. We are ahead of schedule. As a matter of fact, we are a |
| 235 | | little bit ahead of schedule. From the five yards, we have one below |
| 236 | | the schedule and four ahead of the schedule. |
| 237 | [00:18:31] | So, I think one of the benefits that we have for our investors and for |

| | | |
|---|---|---|
| 238 | | our lenders is the fact that they are not investing one single rig |
| 239 | | alone, one single operator alone. They are investing in a portfolio. |
| 240 | [00:18:51] | It's expected, in this business that 1, 2, 3 rigs, 1,2, 3 operators, 1, 2, |
| 241 | | 3 points may have some problems during the time, but we are |
| 242 | | benefiting from a portfolio. The proof of that is the fact that from |
| 243 | | the five yards we have one behind schedule, four ahead of the |
| 244 | | schedule, so that the average construction schedule is ahead of |
| 245 | | schedule. |
| 246 | [00:19:10] | MR. CORRIGAN: Great. Thank you. João has addressed, and I |
| 247 | | think he's made a case that oftentimes overseas observers think that |
| 248 | | Brazil is sort of embarking on a difficult course, they're going to be |
| 249 | | delays, they're not going to have the technical capabilities. I think |
| 250 | | what João has said is they've done it smartly. |
| 251 | [00:19:30] | They've teamed up with overseas constructors and operators, and |
| 252 | | expect a good outcome. So far, from our perspective, we've |
| 253 | | certainly seen Sete Brazil developing as planned. So, we have no |
| 254 | | concerns, and we think you guys are all doing a great job. |
| 255 | [00:19:47] | MR. FERRAZ: Sorry, Kevin, performing ahead of planned, not as |
| 256 | | planned. |
| 257 | [00:19:50] | MR. CORRIGAN: Ahead of plan. Okay. Good man. Sorry. I'll pay |
| 258 | | for that one later. |
| 259 | [00:19:57] | MR. FERRAZ: Yeah. So far. |
| 260 | [00:20:01] | MR. CORRIGAN: Rogério, I want to come back to you a little bit |
| 261 | | and just talk about ANP is the Brazilian hydrocarbons regulator, and |
| 262 | | they're the ones that issue bidding rounds and whatnot. We've got a |
| 263 | | couple coming up later this year. |
| 264 | [00:20:21] | I just wondered if you could talk a little about how do you see— |
| 265 | | what do you see coming in the next, for the remainder of this year? |
| 266 | | And, how do you see Brazil, the onshore versus offshore, and the |
| 267 | | gas development? Is there going to be more and more onshore |
| 268 | | development? And, who do you see as the main players? |
| 269 | [00:20:34] | MR. MATTOS: Okay. In Brazil, we have, up till now, one regime |
| 270 | | | that is concession for all areas, including the previous pre-salt area. |
| 271 | | | From now on, there'll be a difference. |

- 8 -

| | | |
|---|---|---|
| 272 | [00:20:54] | All areas, except pre-salt, will be concession, and pre-salt will be |
| 273 | | producing sharing agreement. The government thinks that, or |
| 274 | | thought that, a concession is good, after many debates, of course, |
| 275 | | that concession is more applicable to when the exponential risk is |
| 276 | | high. |
| 277 | [00:21:14] | But, for results like Ferraz just mentioned, the exponential risk is |
| 278 | | low. So, they preferred the producing sharing agreement. |
| 279 | [00:21:34] | Now, here in the next month, we are having an auction for a huge |
| 280 | | block, huge area in pre-salt that we call Libra. Libra has something |
| 281 | | around eight and twelve billion barrels. It's a huge investment. |
| 282 | [00:21:54] | I think that it will be probably, if Ferraz can help me, 27 or 28 |
| 283 | | drilling rig facilities to go. |
| 284 | [00:22:03] | MR. FERRAZ: Could be. |
| 285 | [00:22:04] | MR. MATTOS: Could be. And, it's difficult. The difficulty is not on |
| 286 | | the exploration of oil, because the Brazil government things that the |
| 287 | | oil is there. It's just to put the oil in production, because it's too deep |
| 288 | | and far from the coast. |
| 289 | [00:22:24] | 180 miles, so, it's far from it. So, I think that there are 10 companies |
| 290 | | that make the application for these new auctions, in October. |
| 291 | [00:22:44] | And like I said before, there will be an auction for this onshore |
| 292 | | unconventional area, 240 blocks, on next November. Just that. |
| 293 | [00:22:52] | MR. CORRIGAN: Well, before we wind down and open it up to |
| 294 | | questions, I just would like each of you to recommend what—if you |
| 295 | | were us, you've gotten to know us now as investors in each of your |
| 296 | | companies, what would you recommend we focus on? |
| 297 | [00:23:12] | How would you see us increasing our footprint in Brazil in the |
| 298 | | coming couple of years? |
| 299 | [00:23:14] | MR. FERRAZ: I would say definitely infrastructure. I'd say that the |
| 300 | | biggest demand in the country, especially in the oil business, but in |
| 301 | | other sectors as well, will be infrastructure that is very poor in the |
| 302 | | country, and definitely is a bottleneck for the development in |
| 303 | | general. |
| 304 | [00:23:34] | And, I think that this could be a very good opportunity for |
| 305 | | investments there. |

| | | |
|---|---|---|
| 306 | [00:23:40] | MR. MATTOS: I agree with Ferraz. If you think that we are going |
| 307 | | to double oil production from 2—Brazil is 2.1, total petrol price 2.5. |
| 308 | | He will double the amount of oil that mostly will come from pre- |
| 309 | | salt. |
| 310 | [00:24:00] | And the logistics will play a good game on this So, offshore |
| 311 | | logistics also will be a good opportunity, and onshore logistics to |
| 312 | | let's say transport the gas through many other parts of the country. |
| 313 | [00:24:20] | Although our pipeline, the TBG pipeline, it concentrates, the area is |
| 314 | | an amount, let's say, two-thirds of GDP of Brazil is around our |
| 315 | | pipeline. So, they will increase a lot. So, we need to expand the |
| 316 | | pipeline and build another one. |
| 317 | [00:24:35] | MR. FERRAZ: As Rogério said, pre-salt, in average, is located, the |
| 318 | | main unit will be located between 150-180 miles from shore. So, the |
| 319 | | models that have been developed so far for offshore oil |
| 320 | | development are not feasible for pre-salt. |
| 321 | [00:24:55] | So, new models must be conceived, must be put in operation, |
| 322 | | demanding new types of assets. |
| 323 | [00:25:15] | So, existing assets, existing logistics, may not be feasible to be |
| 324 | | applied in the pre-salt development. That, as I said, is huge, and |
| 325 | | everything can be justified there, because of the huge amount of oil |
| 326 | | and the scale. The scale there is really huge. |
| 327 | [00:25:35] | So, new things, new developments that must be put in place can be |
| 328 | | easily, or less difficultly, feasible because of the scale, the demand |
| 329 | | that will be there. |
| 330 | [00:25:40] | MR. CORRIGAN: Great. Well, thank you, gentlemen. We |
| 331 | | appreciate it. I would like to open it up to questions, and even |
| 332 | | though I said I wasn't going to touch on politics, any subject is fair |
| 333 | | game. They may not know the answer, or they might tell you what |
| 334 | | they think. |
| 335 | [00:26:00] | But please—I'm having a hard time seeing. Don't everybody shoot |
| 336 | | up their hands at the same time. I think I see a question in the back |
| 337 | | there. |
| 338 | [00:26:17] | PARTICIPANT: Your eyesight's not too good, Kevin. I'm up here. |
| 339 | [00:26:19] | MR. CORRIGAN: Well, there are arms going up. I'm not supposed |

| 340 | | to call on the big boss right off the bat. |
| --- | --- | --- |
| 341 | [00:26:23] | PARTICIPANT: While you're thinking that, two questions. Is Rio |
| 342 | | going to be ready for the World Cup? And, the second question, you |
| 343 | | can split them up however you'd like, is the current dust-up over our |
| 344 | | habit of spying on world leaders, including President of Brazil. |
| 345 | [00:26:43] | She recently canceled the state visit scheduled for next month in the |
| 346 | | United States, is that a real issue, or is that more local politics? |
| 347 | [00:26:55] | MR. MATTOS: I think it's more problem for internal. It's more |
| 348 | | internal. I don't know understand why they have to spy on Brazil. |
| 349 | [00:27:07] | PARTICIPANT: They spy on everybody. |
| 350 | [00:27:10] | MR. MATTOS: I don't understand why they are doing that. We |
| 351 | | work with so many American companies, probably they know all |
| 352 | | the data. It does not make any sense for me. |
| 353 | [00:27:30] | But, I think, in this present, I have to show to the other people that |
| 354 | | are not very linked to politics and economic data, that this is |
| 355 | | something that hurt the sovereign of Brazil. I think it's for - -. I don't |
| 356 | | know if Ferraz wants to compliment? |
| 357 | [00:27:40] | MR. FERRAZ:  I agree with you, Rogério. I think you are probably |
| 358 | | following up what's going on in the country, and recently, in July, |
| 359 | | there was some demonstrations, strong demonstrations there, |
| 360 | | especially from the young people. |
| 361 | [00:28:00] | All the politics, they became very uneasy. So, I think eventually the |
| 362 | | U.S. government really gave a very good reason for the politics |
| 363 | | there in the country to find a way out and to focus on another |
| 364 | | subject. |
| 365 | [00:28:20] | I don't think this is really something that is important, is taken |
| 366 | | seriously there. But, the other question I think is more important. I |
| 367 | | think, and I hope, the World Cup will be there, because I have |
| 368 | | bought already booths for - -, and Blair, you are already invited for |
| 369 | | our games. |
| 370 | [00:28:42] | BLAIR: You didn't have to tell everybody. |
| 371 | [00:28:50] | MR. CORRIGAN:  I think there was a question in the back there. |
| 372 | [00:28:52] | PARTICIPANT: Sure. A lot of attention has shifted in the last few |
| 373 | | months to Mexico, since the recent announcements of liberalization |

- 11 -

| | | |
|---|---|---|
| 374 | | there. Obviously, a different situation, but a lot of anticipation of a |
| 375 | | boom in investment there. |
| 376 | [00:29:12] | Are there lessons that you see, looking back now on the since '06 |
| 377 | | period in Brazil, that an investor might take from that experience, |
| 378 | | and then turn and apply to Mexico situation, on the cusp of its own |
| 379 | | boom, either dos or don'ts from that experience? |
| 380 | [00:29:29] | MR. FERRAZ: It seems a kind of wave, right? It seems these |
| 381 | | movements, they happen like waves. Some, the season today is |
| 382 | | Mexico, yesterday was Brazil, and in years to come may be |
| 383 | | Columbia, may be other places. So, I think there's a kind of wave |
| 384 | | that comes and goes. |
| 385 | [00:29:49] | And I have seen, I'm there working in Brazil for long, and I've seen |
| 386 | | this many, many times. I don't see this would be really a problem. |
| 387 | | The fact is that, for instance in our case, Sete Brazil, we are |
| 388 | | almost—we have a $25 billion program of investment. |
| 389 | [00:30:09] | And we are fully funded in terms of 80% of our demands. So, what |
| 390 | | is really missing is $5 billion from a total of $25 billion, and we are |
| 391 | | not facing any problems to raise the funds. |
| 392 | [00:30:29] | So, as far as we have a good project, you have something to show |
| 393 | | that we will generate a good return. I think there will be a good |
| 394 | | investment and good places to raise the funds, whether it's in Brazil |
| 395 | | or in Europe or in the U.S. |
| 396 | [00:30:49] | For instance, we have, as Blair said in the morning, there are some |
| 397 | | rumors that we may be applying for bond issuance next month. It |
| 398 | | could be. We are considering this possibility. |
| 399 | [00:31:09] | But, not as a demand, not as a need. Right? Taking that we have |
| 400 | | already 80% of our total demand fully funded, we just need this $5 |
| 401 | | billion—just $5 billion, it's a lot of money, right? Well, compared to |
| 402 | | the other $25. |
| 403 | [00:31:29] | We have several sources of possibilities to raise these funds. One of |
| 404 | | | the sources that we are considering is the bond market here in the |
| 405 | | U.S., maybe the bond market in Brazil as well. So, what you're |
| 406 | | doing is a kind of management, in terms of all alternatives to raise |
| 407 | | the best ones for ourselves. |

| | | |
|---|---|---|
| 408 | [00:31:49] | So, we are not fully dependent on the bonds or some specific source |
| 409 | | of funds. And, I believe that there are other projects, good projects, |
| 410 | | in the country that are in a similar way. |
| 411 | [00:32:09] | So, of course, we, once more, like many other times, we lost a good |
| 412 | | opportunity for accelerating the development of the country, so on |
| 413 | | the last two or three years, I think we didn't really perform. |
| 414 | [00:32:29] | We didn't really do our homework, in terms of making use of the |
| 415 | | | very good opportunities that we have being created in the last 10-15 |
| 416 | | years. So, we have to re-take everything back. But, I think that the |
| 417 | | projects are there, infrastructure projects, pre-salt projects, gas |
| 418 | | projects, energy projects. |
| 419 | [00:32:49] | The world will be needing this energy, right? The country has |
| 420 | | different sources of energy there. So, I think eventually we're going |
| 421 | | to resolve these matters. I don't know if you... |
| 422 | [00:33:05] | MR. MATTOS: No, it's okay. |
| 423 | [00:33:07] | MR. CORRIGAN: Are there any other questions? I have a quick |
| 424 | | one, since we've delved in to a new area. The PT is the worker's |
| 425 | | party who's been in power now for 10 years, going on 12. We have |
| 426 | | elections next year. Are they going to continue their—are they |
| 427 | | going to stay in power, or are we going to have a change? What do |
| 428 | | you think? |
| 429 | [00:33:26] | MR. MATTOS: We have four candidates up to now, main |
| 430 | | candidates. The current president, Mrs. Dilma. Two gentlemen that |
| 431 | | were governors of important states in Brazil. |
| 432 | [00:33:46] | And one lady that is more linked to environmental and social |
| 433 | | demands. The support of this lady that I mentioned, although it's |
| 434 | | good in the young people, but she didn't have enough, in my point |
| 435 | | of view, enough support, political support around the country. |
| 436 | [00:34:06] | I think the broader support that Mrs. Dilma has is quite important. |
| 437 | | But, I think they are—what I would like to address is the following: |
| 438 | | There was no one who's radical, no one who they will keep in the |
| 439 | | space, the economy. |
| 440 | [00:34:26] | Maybe they change the priorities, but the economy will go on in the |
| 441 | | same way. But, who will win? I don't know. |

| | | |
|---|---|---|
| 442 | [00:34:36] | MR. FERRAZ: I'm very—maybe I'm the wrong guy to answer this |
| 443 | | question, Kevin, because I think I have never elected anyone. So, |
| 444 | | every single person I vote for, they lose. So, I'm very—maybe I'm |
| 445 | | not a very good person to answer this question. |
| 446 | [00:34:56] | MR. CORRIGAN: Was there another—here we go. |
| 447 | [00:35:00] | PARTICIPANT: For João Carlos, I was wondering if you could say |
| 448 | | a few words about what investors should expect in terms of a |
| 449 | | timeframe of the development of these pre-salt resources? I mean |
| 450 | | are talking five years, 10 years, 25 years? |
| 451 | [00:35:20] | How long is it going to take to get these things ramped up to being a |
| 452 | | meaningful part of the world oil supply? |
| 453 | [00:35:25] | MR. FERRAZ: Well, if you take the pre-salt as a whole, I think the |
| 454 | | pre-salt is already generating revenues, right? If you take from the |
| 455 | | discovery from 2006. |
| 456 | [00:35:45] | 2008 the first unit was a temporary unit that was installed there to |
| 457 | | produce oil in one well. Today, seven years later, we are producing |
| 458 | | steadily, consistently over 350,000 barrels per day. |
| 459 | [00:36:05] | So, it's already a province that is generating cash flow generation, |
| 460 | | | oil. Of course, lots of other things must be implemented there. But, |
| 461 | | in terms of pre-salt as a whole, I think pre-salt is already generating |
| 462 | | value. |
| 463 | [00:36:25] | In terms of our company, we are dedicated today, of course we have |
| 464 | | plans to diversify investments in the drilling sector, but also in other |
| 465 | | sectors. We understand that the model that you used for developing |
| 466 | | the drilling rigs in Brazil could be replicated for other assets as well. |
| 467 | [00:36:45] | For instance, each rig, during the drilling process, demands between |
| 468 | | 3-5 supply bolts per rig during the operation. So, knowing that we |
| 469 | | have under construction 29, so let's say 30 rigs, our demand for our |
| 470 | | own would be around between 120 to 150 supply bolts. |
| 471 | [00:37:05] | The demand, the total demand, for supply bolts for pre-salt is over |
| 472 | | 500. So, also, with local content on board. So, the same story. But, |
| 473 | | we understand our focus today is just in the drilling sector. |
| 474 | [00:37:25] | Our rigs, the first rig, has started the construction two years ago, and |
| 475 | | will be delivered in 2015, July 2015. The first hoe of this rig, the |

EIG_KEP_00249870 EIG Conference Roundtable

| | | |
|---|---|---|
| 476 | | first rig, is already floating, has been constructed in Singapore. |
| 477 | [00:37:45] | So it will be brought to Brazil to be finalized and to be installed, the |
| 478 | | other parts that will comply with the local content, as I mentioned |
| 479 | | before. So, the second, we have under construction today eight rigs, |
| 480 | | so eight rigs are already with still plates cut, welded, parts being |
| 481 | | built, being erected. |
| 482 | [00:38:05] | So, we are in the pre-operation phase. Our operation phase will start |
| 483 | | in 2015. By 2019, we will have 90% of our rigs already in |
| 484 | | operation. By 2019, our EBIDA will be $4.6 billion per year. |
| 485 | [00:38:25] | Dividends distribution from 2020 over $2 billion for Sete Brazil for |
| 486 | | you guys. Right? So, I think this is our plans. |
| 487 | [00:38:45] | They are very consistent, very aligned with the plan, so we are stuck |
| 488 | | to the plan. We are performing as planned. And, I don't see any |
| 489 | | reason why we should deviate from that. So, responding to your |
| 490 | | questions, by 2020, pre-salt will be producing over one million |
| 491 | | barrels a day. |
| 492 | [00:39:05] | So almost three times what they are producing today. And by 2020, |
| 493 | | all our rigs will be in operation generating the cash flow that we are |
| 494 | | expecting. |
| 495 | [00:39:19] | MR. CORRIGAN: Well, thank you very much, gentlemen. I think |
| 496 | | we'll conclude with that, and I'd like you all to join me in thanking |
| 497 | | our visitors from Brazil. Thank you very much. |