# EXHIBIT 76



STATE OF NEW YORK        )
                         )
                         )
COUNTY OF NEW YORK       )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range KEPPEL00023181 to KEPPEL00023182.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 16th day of September, 2021 by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

| | |
|---|---|
| **Message** | |
| **From:** | ELOISA SKORNICKI [eloisa@globo.com] |
| **Sent:** | 10/3/2013 3:23:39 AM |
| **To:** | TAN Leong Peng (KFE-ENGRG) [leongpeng.tan@keppelfels.com] |
| **CC:** | eagle@globo.com |
| **Subject:** | Invoice Reais URCA |
| **Attachments:** | INVOICE 070 EAGLE DO BRASIL.pdf |

LP,
In annex invoice in Reais for the Contract award URCA unit.
RGDS
Zwi

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

User: 01.283.812/0001-54-NFSe-Rio de Janeiro Invoice - City Hall…        Page 1 of 1

| | | |
|---|---|---|
| | **RIO DE JANEIRO CITY HALL**<br>MUNICIPAL TREASURY DEPARTMENT<br>ELECTRONIC SERVICE INVOICE – NFS-e<br>-RIO DE JANEIRO INVOICE- | Invoice Number<br>**00000070**<br>Date and Time Issued<br>**10/02/2013 16:07:22**<br>Verification Code<br>**6EJV-KFWY** |

20131002u01283812000154i01283812000154

**SERVICE PROVIDER**

CPF/CNPJ [ID NO.]: **01.283.812/0001-54**   Municipal Registration: 0.205.622-4   State Registration: ---
Name/Firm Name: **EAGLE DO BRASIL LTDA**
Doing business as: **EAGLE DO BRASIL**   Tel: **25096515**
Address: **RUA DA ASSEMBLEIA 10, SAL 2008 E 2009 - CENTRO** - CEP: **20011-901**
Municipality: **RIO DE JANEIRO**   State: **RJ**   E-mail: **eloisa@eaglebr.com.br**

**SERVICE RECIPIENT**

CPF/CNPJ:----   Municipal Registration: ---   State Registration: ---
Name/Firm Name: **FERNAVALE PTE LTDA – CNPJ 15.139.150/0001-58**
Address: **GUL ROAD 55, 629351 - SINGAPORE** - - CEP: **00000-000**   Tel: ---
Municipality: ---   State: ---   E-mail: ---

**DESCRIPTION OF THE SERVICES**

Technical and commercial assistance for construction of the URCA DRILLING B.V. UNIT

**INVOICE AMOUNT = R$ 786,020.97**

Service Provided
**17.01.01 – advising or consulting of any nature, not specified**

| Deductions (R$) | Uncond. discount | Basis of calculation (R$) | Tax rate (%) | ISS (municipal service tax) (R$) | Credit earned (R$) |
|---|---|---|---|---|---|
| **0.00** | **0.00** | **786.020,97** | **5.00%** | **39,301.04** | **0.00** |

**OTHER INFORMATION**

- This NFS-e was issued based on Law No. 5.098 of 10/15/2009 and Decree No. 32.250 of 05/11/2010
- PROCON-RJ: Rua da Ajuda, 5 subsolo: www.procon.rj.gov.br
- Due date for the ISS from this NFS-e: 11/11/2013
- This NFS-e does not earn credit.

https://notacarioca.rio.gov.br/contribuinte/notaprint.aspx?nf=70&inscricao=2056224...   10/02/2013

Confidential        KEPPEL00023182

Case 1:18-cv-01047-PGG-RWL   Document 151-82   Filed 09/12/23   Page 5 of 7

Message

| | |
|---|---|
| **From**: | ELOISA SKORNICKI [eloisa@globo.com] |
| **Sent**: | 3/10/2013 3:23:39 AM |
| **To**: | TAN Leong Peng [KFE-ENGRG] [leongpeng.tan@keppelfels.com] |
| **CC**: | eagle@globo.com |
| **Subject**: | Invoice Reais URCA |
| **Attachments**: | NF 070 EAGLE DO BRASIL.pdf |

LP,
In annex invoice in Reais for the Contract award URCA unit.
RGDS
Zwi

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

Confidential KEPPEL00023181

| | | |
|---|---|---|
| **PREFEITURA DA CIDADE DO RIO DE JANEIRO**<br>**SECRETARIA MUNICIPAL DE FAZENDA**<br>**NOTA FISCAL DE SERVIÇOS ELETRÔNICA - NFS-e**<br>**- NOTA CARIOCA -**<br>20131002u01283812000154i01283812000154 | Número da Nota<br>**00000070**<br>Data e Hora de Emissão<br>**02/10/2013 16:07:22**<br>Código de Verificação<br>**6EJV-KFWY** | |

**PRESTADOR DE SERVIÇOS**

CPF/CNPJ: **01.283.812/0001-54**    Inscrição Municipal: **0.205.622-4**    Inscrição Estadual: ---
Nome/Razão Social: **EAGLE DO BRASIL LTDA**
Nome Fantasia: **EAGLE DO BRASIL**    Tel.: **25096515**
Endereço: **RUA DA ASSEMBLEIA 10, SAL 2008 E 2009 - CENTRO - CEP: 20011-901**
Município: **RIO DE JANEIRO**    UF: **RJ**    E-mail: **eloisa@eaglebr.com.br**

**TOMADOR DE SERVIÇOS**

CPF/CNPJ: ----    Inscrição Municipal: ----    Inscrição Estadual: ----
Nome/Razão Social: **FERNAVALE PTE LTDA - CNPJ 15.139.150/0001-58**
Endereço: **GUL ROAD 55, 629351- CINGAPURA - - CEP: 00000-000**    Tel.: ----
Município: ----    UF: ----    E-mail: -----

**DISCRIMINAÇÃO DOS SERVIÇOS**

ASSIT. TÉCNICA E COMERCIAL PARA A CONSTRUÇÃO DA UNIDADE URCA DRILLING B.V..

**VALOR DA NOTA = R$ 786.020,97**

Serviço Prestado
**17.01.01 - assessoria ou consultoria de qualquer natureza, não especificada**

| Deduções (R$) | Desconto Incond. (R$) | Base de Cálculo (R$) | Alíquota (%) | Valor do ISS (R$) | Crédito Gerado (R$) |
|---|---|---|---|---|---|
| 0,00 | 0,00 | 786.020,97 | 5,00% | 39.301,04 | 0,00 |

**OUTRAS INFORMAÇÕES**

- Esta NFS-e foi emitida com respaldo na Lei nº 5.098 de 15/10/2009 e no Decreto nº 32.250 de 11/05/2010
- PROCON-RJ: Rua da Ajuda, 5 subsolo; www.procon.rj.gov.br
- Data de vencimento do ISS desta NFS-e: 11/11/2013.
- Esta NFS-e não gera crédito.

Confidential     KEPPEL00023182