# EXHIBIT 79



STATE OF NEW YORK        )
                         )
                         )
COUNTY OF NEW YORK       )   ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range EIG00064923 through EIG00064924.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 19th day of August, 2023
by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

[logo:] Sete Brasil

Office of the President – 00012/2014                Rio de Janeiro, November 21, 2014.

To the Board of Directors

**Subject: Audit of Contracts**

Dear Board Members,

As board members, you have been following the actions of Sete Brasil's management team over the past six months, for which I am responsible as President; you have witnessed how the internal processes have been transparent, based on policies and guidelines aligned to the market's best practices, with integrated control and planning systems, incorporating the permanent action of the Internal Control and Internal Audit areas. In fact, the Internal Audit area reports directly to this board, partnering with the Audit Committee and reporting on their work to the board members on a monthly basis.

As is consistent with our work process, whenever we identify situations that are incongruous with our planning that could present some potential additional risk to the company's business, and consequently directly impact our shareholders, the Executive Board immediately informs these board members and its investors. This has been done on a regular basis in light of the difficulties we have encountered in concluding our long-term financing.

We are thus fully confident that the company management bodies – the Executive Board and the Board of Directors - are in full agreement as concerns the ongoing strategic actions.

To that end, based on the news published in the past few weeks in the press about Operation Car Wash, involving several of the company's stakeholders and even former manager Pedro Barusco, the Executive Board decided, before receiving any request from third parties, whether shareholders, lenders, or the press, to begin an audit and internal investigation process regarding all documents and contracts related to the rigs project that have been executed since Sete Brasil's creation in December 2010. This process is already underway and its findings will be shared with all shareholders.

1

[initials]

**Confidential**                                                                                                 **EIG00064923**

[logo:] Sete Brasil

This measure aims to investigate any irregularities in the processes involving shipyards, operators and suppliers, not only to provide transparency into the company's processes, but also to provide legitimacy to all investors and lenders in this enormous and challenging project of Sete Brasil. With investments amounting to U$25.5 billion for the construction of twenty-nine rigs in the country, the project will generate 200,000 jobs, directly and indirectly, and will promote the shipbuilding industry, national development, and technology retention in Brazil.

Finally, it is important to emphasize once again that all the success in the strategy that has been adopted by the company to enable this enormous project of Sete Brasil, overcoming not only the predictable difficulties, of which there have already been many, but also all of the new challenges that have recently emerged, requires discretion in dealing with strategic information.

I am counting on your collaboration in this major challenge, knowing that everyone's goal is the ultimate success of Sete Brasil's enormous project.


Sincerely,
[signature]
Luiz Eduardo Guimarães Carneiro
Sete Brasil Participações S.A.
CEO and Investors Relations

[initials]

**Confidential**                                                                                                                   **EIG00064924**



Presidência – 00012/2014               Rio de Janeiro, 21 de novembro de 2014.

Ao Conselho de Administração

**Assunto: Auditoria de Contratos**

Prezados Senhores Conselheiros de Administração,

Na qualidade de membros do Conselho de Administração, os senhores têm acompanhado ao longo dos últimos 6 meses a atuação da equipe de gestão da Sete Brasil, sob minha responsabilidade enquanto Presidente, sendo testemunhas da forma transparente como são conduzidos os processos internos, todos pautados em Políticas e Diretrizes alinhadas às melhores práticas de mercado, com sistemas de planejamento e controle integrados, englobando atuação permanente das áreas de Controles Internos e Auditoria Interna. Essa última, inclusive, reporta-se diretamente a esse Colegiado, atua em parceria com o Comitê de Auditoria e reporta mensalmente seus trabalhos aos senhores conselheiros.

Em linha com nossa forma de atuação, sempre que identificamos situações atípicas ao nosso planejamento que, de alguma forma, possam representar algum potencial risco adicional ao negócio da Companhia e, por conseguinte, impactar diretamente nossos acionistas, a Diretoria Executiva imediatamente leva ao conhecimento dos membros desse Conselho e a seus investidores, como tem sido feito de forma recorrente diante das dificuldades que temos vivenciado na conclusão de nossos financiamentos de longo prazo.

Assim, temos plena certeza de que existe total alinhamento entre os órgãos de Administracao da Companhia – Diretoria Executiva e Conselho de Administracao – no que tange às ações estratégicas em curso.

Nesse sentido, diante das notícias veiculadas nas últimas semanas na imprensa sobre a operação Lava-Jato, envolvendo diversos *stakeholders* da Companhia e até o ex-membro da Administração, Sr. Pedro Barusco, a Diretoria Executiva determinou, antes de qualquer solicitação de terceiros, seja de acionistas, financiadores ou da imprensa, o início de um processo de auditoria e investigação interna sobre todos os documentos e contratos relacionados ao projeto das sondas, firmados desde a criação da Sete Brasil em dezembro/2010. Esse processo está em curso e suas conclusões serão partilhadas com todos os acionistas.

Confidential                                                                                    EIG00064923

EIG_KEP_00148015

Tal medida tem como finalidade apurar quaisquer irregularidades ocorridas nos processos envolvendo estaleiros, operadores e fornecedores, visando não somente dar transparência aos processos da Companhia, como também fornecer legitimidade a todos os investidores e financiadores desse enorme e desafiador projeto da Sete Brasil, com investimentos da ordem de U$ 25,5 bilhões para construção de 29 sondas no país, gerando aproximadamente 200 mil empregos, diretos e indiretos, fomentando a indústria naval, o desenvolvimento nacional e a retenção de tecnologia no Brasil.

Por último, importante ressaltar mais uma vez aos senhores que todo o êxito na estratégia que vem sendo adotada pela Companhia para viabilizar esse enorme projeto da Sete Brasil, superando não somente as dificuldades previsíveis, que já eram muitas, mas também todas as novas adversidades que vêm surgindo nos últimos meses, requer discrição no trato com informações estratégicas.

Ciente de que o objetivo de todos é o sucesso final desse enorme projeto da Sete Brasil, conto com a colaboração dos senhores nesse enorme desafio.

Atenciosamente,

Luiz Eduardo Guimarães Carneiro
Sete Brasil Participações S.A.
Diretor-Presidente e Relacionamento com Investidores

2

Confidential
EIG00064924
EIG_KEP_00148016