# EXHIBIT 80



STATE OF NEW YORK      )
                       )
                       )
                       )
COUNTY OF NEW YORK     )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range EIG_KEP_00208069 to EIG_KEP_00208071.

_____
Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 16th day of September, 2021,
by Edward J. Jacob.

_____
Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com



Classification: Confidential Document/Bank Secrecy
Restricted Access: Companies of the BNDES System – internal use/
interested parties and companies of the group of Financed Parties
Managing Unit: AIB/DEGAP[Raw Materials Area/Department of Oil and Gas]

**Executive Board Decision**     No. 1239/2014-BNDES     Meeting of December 16, 2014

**Financed Parties:**   **Arpoador Drilling B.V.**
Herengratch 450, 1017 CA
Amsterdam, Netherlands

**Copacabana Drilling B.V.**
Herengratch 450, 1017 CA
Amsterdam, Netherlands

**Grumari Drilling B.V.**
Herengratch 450, 1017 CA
Amsterdam, Netherlands

**Urca Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Netherlands

**Frade Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Netherlands

**Ondina Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Netherlands

**Guarapari Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Netherlands

**Camburi Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Netherlands

**Cassino Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Netherlands

**Subject:** Change in Conditions approved by Executive Board Decision 1.392/2013

**Reference:** IP AIB/DEGAP No. 130/2014, dated December 16, 2014.

**Transaction No.:** 3.533.515 and 4.397.904

Endorsing the opinion of the Rapporteur, the Executive Board unanimously decided to authorize:

| [signature] | [signature] | [signature] | [signature] |
|---|---|---|---|
| Rodrigo Matos Huet de Bacellar | [illg.] Branquinho das Dores | Daniel Ken Watanabe | Livia Graballos de Barros |
| Superintendent | Head of Department | Legal Manager | Executive Manager |
| Raw Materials Area | AIB/DEGAP | AIB/JUINB | AIB/JUINB |



Classification: Confidential Document/Bank Secrecy
Restricted Access: Companies of the BNDES System – internal use/
interested parties and companies of the group of Financed Parties
Managing Unit: AIB/DEGAP[Raw Materials Area/Department of Oil and Gas]

**Executive Board Decision**   **No. 1239/2014-BNDES**   **Meeting of December 16, 2014**

a) The modification of one of the conditions precedent for the initial use of funds of each one of the nine Beneficiaries ("SPEs"): the execution of the Cash Pooling Agreement by at least six SPEs (Arpoador, Copacabana, Grumari, Ondina, Guarapari, and Camburi) and no longer for all nine SPEs.

b) The revocation of the approval of financing for the SPE Cassino Drilling B.V., excluding it from the so-called Batch 1, although maintaining the effects of its framework.

c) The approval of the corporate restructuring of SPE Frade Drilling B.V., with the exit of Shareholder B/operator Petroserv, making execution of the financing agreement for this SPE contingent on the entry of a new Shareholder B/operator under terms that are satisfactory to BNDES.

d) The extension of the contract term with SPE Frade Drilling B.V. for six months, maintaining the responsibility for credit reserve.

e) The inclusion of a condition precedent for the execution of each financing agreement, in the form of declarations to be executed by the respective operators, EPC contractors, and by Petrobras under terms that are satisfactory to BNDES, stating that there was no corruption in relation to the Project.

f) The inclusion of a condition precedent for the execution of each financing agreement, in the form of the delivery of a legal opinion from an independent firm with known expertise attesting to the legality of the construction bidding procedures and the contracting of the rigs carried out by the Petrobras Group on terms satisfactory to BNDES.

g) The inclusion of a condition precedent for the execution of each financing agreement of BNDES, in the form of a record stating there are no administrative or judicial proceedings initiated by any governmental authority related to fraudulent conduct arising from money laundering, corruption, or administrative improbity involving Sete Brasil, its affiliates, the Beneficiary, Shareholder B, the Operator, Petrobras, or the shipyard under contract, or any of their directors, executives, employees, or individuals acting in their name, and who are bound to the construction of the Unit, or to the performance of the Project Contracts (Project Documents) that could, at the exclusive discretion of the creditors, compromise the performance of the Project or the Beneficiary's ability to pay.

h) The inclusion of a condition precedent for releasing the funds for each financing agreement of BNDES, in the form of the presentation of the findings from the internal investigation and audit process which Sete Brasil has been conducting on the costs of the Project, under terms that are satisfactory to the senior creditors.

i) The inclusion into the Equity Support and Subordination Agreements (ESSA) of Sete Brasil's obligation to pay any fines, penalties, or compensation that comes to be imposed on the Beneficiary(ies) due to a decision handed down in administrative or judicial proceedings initiated by any Brazilian or foreign governmental authority related to fraudulent conduct arising from money laundering, corruption, or administrative improbity.

| [signature] | [signature] | [signature] | [signature] |
|---|---|---|---|
| Rodrigo Matos Huet de Bacellar | [illg.] Branquinho das Dores | Daniel Ken Watanabe | Livia Graballos de Barros |
| Superintendent | Head of Department | General Counsel | Executive Manager |
| Raw Materials Area | AIB/DEGAP | AIB/JUINB | AIB/JUINB |

Confidential

EIG00228384
EIG_KEP_00208070



Classification: Confidential Document/Bank Secrecy
Restricted Access: Companies of the BNDES System – internal use/
interested parties and companies of the group of Financed Parties
Managing Unit: AIB/DEGAP[Raw Materials Area/Department of Oil and Gas]

**Executive Board Decision**   No. 1239/2014-BNDES   Meeting of December 16, 2014

j) The increase in interest rates approved for the Financing Agreements for Arpoador Drilling B.V., Copacabana Drilling B.V., and Grumari Drilling B.V., from LIBOR + 4.22% per annum to LIBOR + 4.78% per annum, and from LIBOR + 4.33% per annum to LIBOR + 4.89% per annum for Urca Drilling B.V., Frade Drilling B.V., Ondina Drilling B.V., Guarapari Drilling B.V., and Camburi Drilling B.V.

k) The reduction of the amounts of financing approved for Arpoador Drilling B.V., from US$373,164,000 to US$363,793,000; for Copacabana Drilling B.V., from US$353,543,000 to US$335,197,000; for Grumari Drilling B.V., from US$386,237,000 to US$367,911,000; for Urca Drilling B.V., from US$422,861,000 to US$401,344,000; for Frade Drilling B.V., from US$436,499,000 to US$415,172,000; for Ondina Drilling B.V., from US$419,430,000 to US$397,551,000; for Guarapari Drilling B.V. from US$436,333,000 to US$414,758,000, and for Camburi Drilling B.V., from US$471,352,000 to US$450,355,000.

| [signature] | [signature] | [signature] | [signature] |
|---|---|---|---|
| Rodrigo Matos Huet de Bacellar | [illg.] Branquinho das Dores | Daniel Ken Watanabe | Livia Graballos de Barros |
| Superintendent | Head of Department | Legal Manager | Executive Manager |
| Raw Materials Area | AIB/DEGAP | AIB/JUINB | AIB/JUINB |

 **BNDES**

Classificação: Documento Reservado / Sigilo Bancário
Restrição de Acesso: Empresas do Sistema BNDES - uso âmbito interno/ Interessadas e empresas do grupo das Financiadas
Unidade Gestora: AIB/DEGAP

**Decisão nº Dir.**   **1239 /2014-BNDES**   **Reunião de**   **16 DEZ. 2014**

**Financiadas:**   **Arpoador Drilling B.V.**
Herengratch 450, 1017 CA
Amsterdam, Holanda

**Copacabana Drilling B.V.**
Herengratch 450, 1017 CA
Amsterdam, Holanda

**Grumari Drilling B.V.**
Herengratch 450, 1017 CA
Amsterdam, Holanda

**Urca Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Holanda

**Frade Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Holanda

**Ondina Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Holanda

**Guarapari Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Holanda

**Camburi Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Holanda

**Cassino Drilling B.V.**
De entree 99-197, 1101HE
Amsterdam, Holanda

**Assunto:** Alteração de Condições aprovadas pela Dec. nº Dir. 1.392/2013

**Referência:** IP AIB/DEGAP nº 130/2014, de 16/12/2014.

**Nº da Operação:** 3.533.515 e 4.397.904

Endossando o parecer do Relator, a Diretoria decidiu, por unanimidade, autorizar:

Rodrigo Matos Huet de Bacellar
Superintendente
Área de Insumos Básicos

Prisclla Branquinho das Dores
Chefe de Departamento
AIB/DEGAP

Daniel Kon Watanabe
Gerente Jurídico
AIB/JUIN3

Luis Gonçalves de Barros
Gerente Executivo
AIB/JUIN3

Confidential

EIG00228383
EIG_KEP_00208069



Classificação: Documento Reservado / Sigilo Bancário
Restrição de Acesso: Empresas do Sistema BNDES - uso âmbito interno/ Interessadas e empresas do grupo das Financiadas
Unidade Gestora: AIB/DEGAP

**Decisão nº Dir.**   1259 /2014–BNDES   **Reunião de**   16 DEZ. 2014

a) A alteração de uma das condições precedentes à primeira utilização de recursos de cada uma das nove Beneficiárias ("SPEs"): a celebração do *Cash Pooling Agreement*, por no mínimo seis SPEs (Arpoador, Copacabana, Grumari, Ondina, Guarapari e Camburi) e não mais por todas as nove SPEs.

b) A revogação da aprovação do financiamento à SPE Cassino Drilling B.V, excluindo-a do denominado *Batch* 1, preservando-se, no entanto, os efeitos do enquadramento da mesma.

c) A aprovação da reestruturação societária da SPE Frade Drilling B.V., com a saída do Acionista B/operador Petroserv, condicionando a assinatura do contrato de financiamento desta SPE à entrada de novo Acionista B/operador em termos satisfatórios ao BNDES.

d) A prorrogação do prazo para contratação da SPE Frade Drilling B.V. por 6 meses, mantido o encargo por reserva de crédito.

e) A inserção de condição prévia à celebração de cada contrato de financiamento, consubstanciada em declarações a serem firmadas pelos respectivos operadores, EPcistas e pela Petrobras, em termos satisfatórios ao BNDES, no sentido de que não houve corrupção relativamente ao Projeto.

f) A inserção de condição prévia à celebração de cada contrato de financiamento, consubstanciada em apresentação de parecer legal apresentado por escritório independente de notória expertise que ateste a legalidade dos procedimentos licitatórios de construção e contratação das Sondas realizadas pelo Grupo Petrobras, em termos satisfatórios ao BNDES.

g) A inserção de condição prévia à celebração de cada contrato de financiamento do BNDES, consubstanciada na inexistência de procedimento administrativo ou judicial, iniciado por qualquer autoridade governamental, relacionado a condutas fraudulentas decorrentes de lavagem de dinheiro, corrupção ou improbidade administrativa envolvendo a Sete Brasil, suas afiliadas, a Beneficiária, o Acionista B, o Operador, a Petrobras ou o estaleiro contratado ou qualquer de seus diretores, executivos, empregados ou pessoas agindo em seu nome, e vinculadas à construção da Unidade ou a execução dos Contratos de Projeto (*Project Documents*), que possa, a exclusivo critério dos credores, comprometer a execução do Projeto ou a capacidade de pagamento da Beneficiária.

h) A inserção de condição prévia à liberação de recursos de cada contrato de financiamento do BNDES, consubstanciada em apresentação da conclusão do processo de auditoria e investigação interna, que vem sendo realizado pela Sete Brasil, sobre os custos do Projeto, em termos satisfatórios aos credores seniores.

i) A inserção nos *Equity Support and Subordination Agreements* (ESSA) de obrigação de pagamento pela Sete Brasil de quaisquer multas, penalidades ou ressarcimentos que venham a ser impostos à(s) Beneficiária(s) em razão de decisão proferida em processos administrativos ou judiciais, iniciado por qualquer autoridade governamental brasileira ou estrangeira, relacionado a condutas fraudulentas decorrentes de lavagem de dinheiro, corrupção ou improbidade administrativa.

Rodrigo Matos Huet de Bacellar
Superintendente
Área de Insumos Básicos

Priscila Branquinho das Dores
Chefe de Departamento
AIB/DEGAP

Daniel Kon Watanabe
Gerente Jurídico
AIB/JUINB

Luís ... de Barros
Gerente Executivo
AIB/JUINB

Confidential

EIG00228384
EIG_KEP_00208070



Classificação: Documento Reservado / Sigilo Bancário
Restrição de Acesso: Empresas do Sistema BNDES - uso âmbito interno/ Interessadas e empresas do grupo das Financiadas
Unidade Gestora: AIB/DEGAP

**Decisão nº Dir.**   1239 /2014--BNDES   **Reunião de**   16 DEZ. 2014

j) A elevação das taxas de juros aprovadas para os Contratos de Financiamento a Arpoador Drilling B.V., Copacabana Drilling B.V. e Grumari Drilling B.V., de Libor + 4,22% aa. para Libor + 4,78% aa., e de Libor + 4,33% aa. para Libor + 4,89% aa. para Urca Drilling B.V., Frade Drilling B.V., Ondina Drilling B.V., Guarapari Drilling B.V. e Camburi Drilling B.V.

k) A redução dos valores do financiamento aprovados para Arpoador Drilling B.V.,de US$ 373.164 mil para US$ 353.793 mil; para Copacabana Drilling B.V., de US$ 353.543 mil para US$ 335.197 mil; para Grumari Drilling B.V., de US$ 386.237 mil para US$ 367.911 mil; para Urca Drilling B.V., de US$ 422.861 mil para US$ 401.344 mil; para Frade Drilling B.V., de US$ 436.499 mil para US$ 415.172 mil; para Ondina Drilling B.V., de US$ 419.430 mil para US$ 397.551 mil; para Guarapari Drilling B.V. de US$ 436.333 mil para US$ 414.758 mil e para Camburi Drilling B.V., de US$ 471.352 mil para US$ 450.355 mil.

Rodrigo Matos Huet de Bacellar
Superintendente
Área de Insumos Básicos

Úrsula Branquinho das Dores
Chefe de Departamento
AIB/DEGAP

Lívia Grisolia de Barros
Gerente Executivo
AIB/JUINB

Confidential

EIG00228385
EIG_KEP_00208071