# EXHIBIT 81

# Sete Brasil


EIG GLOBAL ENERGY PARTNERS

# December 2014 - Quarterly Review



December 16, 2014

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

1

Confidential

EIG00076536
EIG_KEP_00209430

# Sete Brasil – Overview
## 4Q'14 Update



**Construction Status**

- Overall construction progress at 23.0% as of Oct'14 (planned 26.6%)
- Out of 9 drillships from 1st batch, 6 remain considerably behind schedule

**Long-Term Financing**

- Sete Brasil is undergoing significant issues to receive long-term financing (currently expected for Feb'15)
  - CEO of Petrobras and Ministry levels in Brasilia are involved to get political support for BNDES to speed up its process
  - Petrobras is working closely with Sete Brasil to sign operational agreements (AMA) in Dec'14. Odjfell and Seadrill are also engaged in signing AMA's this month
- Pedro Barusco, former Operations Director of Sete Brasil, is one of Petrobras' executives involved in the *Lava Jato* scandal. Despite the absence of links between Sete Brasil and *Operação Lava Jato*, the potential involvement of Sete in corruption scheme is leading to further delays in the closing of senior financing

**Short-Term Liquidity Issues**

- Over the next months Sete may call the remaining committed capital to pay bridge loans and shipyards
- Quotaholders have informed the company that will not inject capital in excess to the previously committed amount of R$ 8.3 BN
- EIG's disbursement is expected to be lower (in US$) than previously expected (as per IR) due to BRL devaluation
  - IR assumes ~US$ 320 MM (Funds XIV and XV). Based on current FX rate (2.65 BRL/USD) and accounting for recent capital calls, EIG disbursement should be ~US$ 200 MM

**Finance**

- Updated Projected Returns
  - IRR: 9.7% / ROI: 1.43 x (IR: 17.9% / +1.95 x)

**Shareholding Structure**



| BTG Pactual | Petrobras | Santander | Valia |
|---|---|---|---|
| 26.3% | 9.3% | 6.0% | 2.4% |



| Petros | FGTS | Luce Venture Capital | Previ |
|---|---|---|---|
| 16.7% | 7.8% | 3.4% | 2.2% |

| Funcef | EIG | Bradesco | Lakeshore |
|---|---|---|---|
| 16.7% | 6.1% | 3.0% | 0.0% |

\* Total indirect stakes at Sete Brasil



CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential

EIG00076537

EIG_KEP_00209431

# Sete Brasil – Construction Status (1/2)
## Market views on Brazilian Shipyards



**2015 is expected to be a key year for Brazilian shipyards contracted by Sete Brasil**

- Two (out of five) shipyards are currently undergoing delays in infrastructure construction / development in their facilities. Main bottlenecks are expected to be surpassed in the first semester of 2015
- Despite expected delays for the first vessels, local content requirements are currently aligned with ANP requirements

| Overall 29 Rigs | | |
|---|---|---|
| Progress | Planned | Actual |
| Physical | 26.6% | 23.0% |
| Financial | 42.5% | 30.8% |

Physical Progress (Oct'14)

| Shipyard | Comments | Planned | Actual |
|---|---|---|---|
| **ERG Rio Grande (3 DRU's)** | • Infrastructure still under development – close to conclusion<br>• Significant delays are expected for three DRU's (all from 1st Batch)<br>• Hull construction already started in China<br>• Significant financial problems and lack of workforce | 27.4% | 21.4% |
| **EAS Atlântico Sul (7 DRU's)** | • Significant delay in receiving detailed engineering drawings from LMG and Remontowa (expected conclusion for 1Q15)<br>• Construction of east quay (for DRU commissioning) already concluded<br>• Carlos Bellot, former CEO of OSX and with more than 30 years of experience in Petrobras, was recently appointed Chairman of EAS<br>• Ivo Dworschak, former Production Director of OSX was appointed Operations Director | 30.2% | 20.2% |
| **EEP Enseada (6 DRU's)** | • Recently received environmental license to start operations<br>• Strong delay in shipyard construction<br>• Technical partner (Kawasaki) already started production in Japan<br>• Expected strong delay for DRU of 1st Batch | 21.0% | 13.3% |
| **Jurong - Aracruz (7 DRU's)** | • Shipyard still under construction<br>• Started DRU's construction in Korea<br>• Significant delays expected for the first vessels | 29.5% | 31.6% |
| **BrasFels (6 DRU's)** | • Shipyard focused on offshore projects<br>• Located in Brazilian most traditional naval hub<br>• Expected to deliver rigs on time and according to local content requirements | 24.2% | 26.5% |

Construction Risk ↑

Map locations: Pernambuco (Atlântico Sul), Bahia (EEP), Espírito Santo (EJA), Rio de Janeiro (Keppel FELS Brasil), Rio Grande do Sul (RioGrande)

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION
3
Confidential
EIG00076538
EIG_KEP_00209432

# Sete Brasil – Construction Status (2/2)



## 1st Batch Construction Progress (As of Oct'14)

- Out of the 9 drillships from 1st Batch, 6 are behind schedule (Average delay: 8 months)
- Buffer between EPC handover and COD for charter contracts likely will not be sufficient to accommodate expected delays

| Shipyard | Drillship | Construction Completion (%) | | Handover | | Charter | Delay / Advance (exp hand. – charter date) Months |
|---|---|---|---|---|---|---|---|
| | | Planned | Actual | Planned | Expected (P50) | | |
| Keppel FELS Brasil | Urca | 82.1% | 83.9% | dec-15 | dec-15 | jul-16 | 6.8 |
| | Frade | 45.0% | 48.4% | dec-16 | dec-16 | may-17 | 4.9 |
| EJA | Arpoador | 81.1% | 79.6% | jun-15 | dec-15 | jun-15 | -6.2 |
| | Guarapari | 45.9% | 54.4% | jul-16 | oct-16 | jul-16 | -3.1 |
| | Camburi | 23.6% | 30.3% | dec-16 | feb-17 | may-17 | 3.0 |
| EEP | Ondina | 79.8% | 46.7% | jul-16 | apr-17 | aug-16 | -8.5 |
| RioGrande | Cassino | 53.5% | 43.3% | mai-16 | jan-17 | ago-16 | -4.9 |
| Atlântico Sul | Copacabana | 73.1% | 43.6% | feb-16 | jan-17 | mar-16 | -10.6 |
| | Grumari | 67.7% | 32.0% | jul-16 | may-17 | nov-16 | -6.1 |

Source: Company report released on Nov 25, 2014.

Average Delay: 6.5 months

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

4

Confidential

EIG00076539

EIG_KEP_00209433

# Sete Brasil
## Operators Update



### Key Recent Developments on Operators

**PNBV (Petrobras Netherlands B.V.)**

- PNBV is still negotiating with Sete Brasil the closing of AMA (Asset Maintenance Agreement)

**Petroserv**

- Petroserv has exercised its put option on its investment in Sete Brasil
- Seadrill has already acquired Petroserv's stake

**Atlas**

- Atlas has exercised its put option for three units under construction in Rio Grande shipyard
- Rio Grande shipyard is not performing and it is unlikely that Sete Brasil will be able to find a new partner / operator in the coming months

**Others**

- Negotiation with other operators for DRU's (QGOG, OOG, Odjfell and Seadrill) is still progressing
- 2 DRU's (from QGOG and OOG) should postponed for 2nd batch senior financing
- Seadrill (2 DRU's), Odjfell (1 DRU) and PNBV (3 DRU's) are expected to sign AMA's in Dec-2014

| Operator | Shipyard | Charter Date | Expected CoD | Δ (months) |
|---|---|---|---|---|
| Atlas | Rio Grande | Aug-16 | Jan-17 | -4.9 |
| Atlas | Rio Grande | Feb-18 | Aug-17 | 6.3 |
| Atlas | Rio Grande | Oct-18 | Jun-18 | 3.7 |
| Atlas | Enseada | Feb-20 | Jun-19 | 7.8 |
| Atlas | Enseada | Oct-20 | Jan-20 | 8.5 |
| Petrobras Netherlands B.V. | Jurong | Jun-15 | Dec-15 | -6.2 |
| Petrobras Netherlands B.V. | EAS | Mar-16 | Jan-17 | -10.6 |
| Petrobras Netherlands B.V. | EAS | Nov-16 | May-17 | -6.1 |
| Petrobras Netherlands B.V. | EAS | Jul-17 | Sep-17 | -1.8 |
| Petrobras Netherlands B.V. | EAS | Mar-18 | Jan-18 | 2.2 |
| Petrobras Netherlands B.V. | EAS | Nov-18 | Aug-18 | 2.3 |
| Petrobras Netherlands B.V. | EAS | Jul-19 | Dec-18 | 6.4 |
| Odfjell | Jurong | Jul-16 | Oct-16 | -3.1 |
| Odfjell | Jurong | Jan-18 | Dec-17 | -1.3 |
| Odfjell | Jurong | Jan-20 | Mar-19 | 10.1 |
| Seadrill | Jurong | May-17 | Mar-17 | 1.7 |
| Seadrill | Jurong | May-19 | Sep-18 | 8.3 |
| Seadrill | Jurong | Sep-20 | Jan-20 | 8.4 |
| Seadrill (ex-Petroserv) | Brasfels | May-17 | Jan-17 | 3.7 |
| Seadrill (ex-Petroserv) | Brasfels | Sep-18 | Apr-18 | 5.3 |
| OOG | Enseada | Aug-16 | May-17 | -9.3 |
| OOG | Enseada | Jun-17 | Feb-18 | -8.1 |
| OOG | Enseada | Oct-18 | Oct-18 | -0.1 |
| OOG | Enseada | Jun-19 | Dec-18 | 6.1 |
| OOG | Brasfels | Jan-20 | Aug-19 | 5.2 |
| Queiroz Galvão | Brasfels | Jul-16 | Feb-16 | 5.2 |
| Queiroz Galvão | Brasfels | Jan-18 | Aug-17 | 5.1 |
| Queiroz Galvão | Brasfels | May-19 | Dec-18 | 5.2 |
| To be defined | EAS | N/A | Aug-19 | |

Source: Company report released on Nov 25, 2014.

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential

EIG00076540

EIG_KEP_00209434

# Sete Brasil – Senior Financing



## Update on Long Term Financing

- Delays in closing agreements with operators and potential link between Sete Brasil and Operação Lava Jato are the main responsibles for delay in Long Term financing
- Long Term Financing for Batch 1 postponed from Sep'14 to Feb'15 (additional delay may occur)

### Details per Batch

**Batch 1**
- 6 Drillships (decreased from 9)
- CoD: 2015-2017
- Local Content Lender (50%): **BNDES**
- Other lenders: **UKEF / FINISA**

**Batch 2**
- 15 Drillships
- CoD: 2017-2018
- Local Content Lender (50%): BNDES
- Other lenders: ECA / Others

**Batch 3**
- 8 Drillships
- CoD: 2019-2020
- Local Content Lender (55%): FMM
- Other lenders: ECA / Others

### Details per lender (Batch 1)

**BNDES**
- US$ 3.7 BN (amount under discussion once 1st decreased from 9 to 6 DRU's)
- Amortization: 14.5 years
- Grace period: Construction + 6m
- Cost: L+ 4.22% (1st System) | 4.33% (2nd System)

**FINISA / CEF**
- ~US$1.75 BN
- Amortization: 15.5 years
- Grace period: Construction + 6m
- Cost: 8.0% fixed coupon

**UKEF**
- US$200 – 250 MM
- Amortization: 12 years (TBD)

| Uses | US$ MM | % | Sources | US$ MM | % |
|---|---|---|---|---|---|
| EPC Contract | 6,653 | 87% | BNDES | 3,721 | 49% |
| CMA | 264 | 3% | UKEF | 214 | 3% |
| Pre-Op Costs | 395 | 5% | FINISA | 1,715 | 22% |
| Insurance | 149 | 2% | Others | 103 | 1% |
| Transaction Costs | 208 | 3% | **Senior Debt** | **5,752** | **75%** |
| | | | Sub. Debt | 287 | 4% |
| | | | Equity Class A | 1,330 | 17% |
| | | | Equity Class B | 301 | 4% |
| | | | Total Equity | 1,631 | 21% |
| **Total Uses** | **7,669** | **100%** | **Total Sources** | **7,669** | **100%** |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

6

# Sete Brasil – Bridge Loans

## Update on Bridge Loans

- The Company has currently 6 Bridge Loan Facilities in place with 9 financial institutions totaling US$ 4.4 bn
- Potential bridge 7 with Banco do Brasil still under negotiation

### Bridge 1
- Amount: $700mm
- Executed: Yes
- Extended in Feb. '14 for Feb'15
- Maturity: Feb'15
- Cost: L + [390 - 400] bps
- Participating Banks:



### Bridge 2
- Amount: $1,700mm
- Executed: Yes
- Maturity: Jan'15 / Apr'15
- Cost: L + 355 - 400 bps
- Participating Banks:



### Bridge 3
- Amount: $800mm
- Executed: Yes
- Maturity: Jun'15
- Cost: L + 350 bps
- Participating Banks:



### Bridge 4
- Amount: $500mm
- Executed: Yes
- Maturity: Mar'15
- Funding by FMM
- Cost: L + 390 bps
- Participating Banks:



### Bridge 5
- Amount: $250m
- Executed: Yes
- Maturity: Jan'15 + 3m
- Cost: L + 575 bps
- Bank: Standard Chartered

### Bridge 6
- Amount: $400mm
- Executed: Yes
- Maturity: Jan'15
- Cost: 9.2% a.a.
- Bank: CAIXA

### Bridge 7 (Preliminary Terms)
- Amount: [R$800mn]
- Executed: No
- Maturity: [ 6 ] months
- Cost: [CDI + 350 bps] + equity kicker
- Bank:



Source: Company report released on Nov 25, 2014.

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

7

Confidential

EIG00076542

EIG_KEP_00209436

# Sete Brasil – Equity Update



## Capital Updates

- Capital calls reached total amount of R$ 6.4 BN, or 77% of the of the total committed capital (R$ 8.3 BN)
- Sete Brasil already assumes further capital injection of up to R$ 5.0 BN to fund current business plan
- Excess capital needs is mainly due to Brazilian Real devaluation, projected cost overrun, delay inb obtaining senior financing from BNDES, 75/25 vs 80/20 debit/equity Split, and higher than previously expected financial expenses

### Evolution of Sete's Capital Calls (R$ MM)



77% of total commited capital

| 2011 | 2012 | 2013 | 1S14 | 3Q14 | 4Q14 | Total (4Q14) |
|------|------|------|------|------|------|--------------|
| 214  | 1,819 | 528 | 1,711 | 759 | 1,396 | 6,427 |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

8

Confidential

EIG00076543

EIG_KEP_00209437

# Sete Brasil
## Key Discussions & Mitigants


EIG GLOBAL ENERGY PARTNERS

| Topic | Discussion | Potential Impacts | Potential Mitigant |
|---|---|---|---|
| Long-Term Financing and Equity Funding | • Delay in obtaining senior financing with BNDES<br>• FIP Sondas will not commit more capital to Sete Brasil<br>— Sete Brasil needs approx. R$ 5.0 BN in additional equity to perform the full project (29 DRU's) | • Potential call of the remaining committed capital over the next months<br>• Lack of capital may lead to default / delay in payments to shipyards leading up to potential bankruptcy of some them<br>• Penalties imposed on SETE by shipyards/suppliers<br>• Increase in financial expenses during construction<br>• Decrease in IRR | • Development of Brazilian shipyards is a government program<br>— Potential political solution if shipyards don't get paid<br>• Company is currently seeking for R$ 5.0BN in new equity<br>• New bridge loans and potential rollover to fund short-term capex and postpone bridge repayments<br>• Once BNDES financing is approved, Finisa is expected to be quickly disbursed<br>• Comfort letter from Petrobras could potentially entitle Sete to request compensation to maintain base shareholders' return |
| Leverage | • Debt-to-equity ratio decreased from 80% to 75% | • Additional equity required to fund projects | • Comfort letter from Petrobras could potentially entitle Sete to request compensation to maintain base shareholders' return |
| Expected Delays in Delivery of DRU's | • Significant delays are expected for most of the DRU's<br>• Shipyards do not present to Sete Brasil actual perspective on delays | • Penalties to be paid due to delays<br>• Delay in generating revenues from charter<br>• Petrobras is allowed to cancel the contract with SPV's if the delays exceed 2 years<br>• Additional delays expected to be announced over the project evolution | • Shipyards will incur in equivalent penalty fees<br>• 6 months average buffer between delivery and charter dates<br>• FGCN to cover interest and principal installments due until the CoD of the unit<br>• Enhancement of Sete Brasil presence in shipyards |
| EIG's Strategic Actions at Sete/ Board Level | • 3rd party technical audit process – Sete Brasil needs to have a clear view on delays and potential local content penalties<br>• Discussion of strategic alternatives to downsize the company and improve corporate governance<br>• Active administration of potential claims<br>• Enhancement of internal auditing practice (reputational risk) | | |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

9

Confidential

EIG00076544

EIG_KEP_00209438

# Sete Brasil – Dec'14 Update


EIG GLOBAL ENERGY PARTNERS

| Sete Brasil Participações | Historical | | | Forecast | | | | Historical | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/2014 18:21 | 1st Q | 2nd Q | 3rd Q | 4th Q | 1st Q | 2nd Q | 3rd Q | 4th Q | Annual | Annual | Annual | Annual | Annual | Annual | Annual |
| $ '000, unless otherwise noted | Mar-14 | Jun-14 | Sep-14 | Dec-14 | Mar-15 | Jun-15 | Sep-15 | Dec-15 | Dec-12 | Dec-13 | Dec-14 | Dec-15 | Dec-16 | Dec-17 | Dec-18 |
| **Operational Highlights** | | | | | | | | | | | | | | | |
| Rigs in Operation | - | - | - | - | - | - | - | - | - | - | - | - | 2 | 11 | 20 |
| Daily Charter Rate | - | - | - | - | - | - | - | - | - | - | - | - | 353 | 375 | 387 |
| **Summary Cash Flow** | | | | | | | | | | | | | | | |
| Total Net Revenues | - | - | - | - | - | - | - | - | - | - | - | - | 246,262 | 1,335,512 | 2,609,600 |
| Opex + G&A | - | - | - | - | - | - | - | - | - | - | - | - | (49,527) | (241,366) | (531,687) |
| EBITDA | - | - | - | - | - | - | - | - | - | - | - | - | 196,735 | 1,094,146 | 2,077,913 |
| EBITDA Margin | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 80% | 82% | 80% |
| CAPEX | (721,452) | (746,970) | (480,381) | (1,096,747) | (1,326,820) | (1,109,737) | (1,282,498) | (1,278,239) | (1,853,686) | (3,081,291) | (3,045,550) | (4,997,294) | (5,580,638) | (3,551,047) | (2,212,265) |
| Working Capital | - | - | - | - | - | - | - | - | - | - | - | - | 24 | 113 | 118 |
| Taxes, Provisions and Others | (1,282) | (813) | (3,145) | (1,007) | (990) | (1,007) | (1,023) | (1,029) | (3,857) | (6,624) | (6,248) | (4,048) | 6,199 | 13,694 | 46,470 |
| Free Cash Flow from Operations | (722,735) | (747,783) | (483,526) | (1,097,754) | (1,327,810) | (1,110,744) | (1,283,522) | (1,279,267) | (1,857,544) | (3,087,916) | (3,051,798) | (5,001,343) | (5,377,680) | (2,443,094) | (87,764) |
| Cash Flow from Financing | 1,019,574 | 763,407 | 773,432 | 983,151 | 7,170,232 | 1,113,091 | 4,105,937 | 1,230,924 | 2,468,535 | 3,738,933 | 3,539,564 | 13,620,185 | 5,329,541 | 3,760,596 | 2,834,967 |
| Class A Shareholder | 38,927 | 96,958 | 66,059 | 173,569 | 426,775 | 210,650 | 380,140 | 255,762 | 354,695 | 145,724 | 375,513 | 1,273,327 | 1,118,359 | 725,333 | 447,432 |
| Sub debt | 32,099 | 17,056 | 20,811 | 22,193 | 31,563 | 911 | 32,072 | 2,683 | 0 | 673,405 | 92,160 | 67,228 | 17,145 | 0 | 0 |
| Class B Shareholder | 9,304 | 18,976 | 13,705 | 37,619 | 97,214 | 43,807 | 82,014 | 57,677 | 82,014 | 29,623 | 79,603 | 280,712 | 273,030 | 185,104 | 115,599 |
| Bridge Loan and I/C | 939,244 | 630,417 | 672,857 | 749,770 | 1,558,593 | 470,885 | - | - | 2,031,826 | 2,890,181 | 2,992,288 | 2,029,478 | 0 | 0 | 0 |
| BNDES / FMM / FINISA | - | - | - | - | 4,686,770 | 329,742 | 2,799,586 | 747,765 | 0 | 0 | 0 | 8,563,862 | 3,227,130 | 1,947,673 | 1,196,064 |
| ECAs | - | - | - | - | 162,205 | 17,793 | 148,965 | 39,546 | 0 | 0 | 0 | 368,509 | 162,272 | 96,352 | 57,237 |
| Commercial Banks | - | - | - | - | 207,112 | 39,304 | 663,160 | 127,493 | 0 | 0 | 0 | 1,037,068 | 531,604 | 374,152 | 247,988 |
| Others | - | - | - | - | - | - | - | - | 0 | 0 | 0 | 0 | 0 | 431,981 | 770,647 |
| Cash Available for Debt Service | 296,839 | 15,624 | 289,906 | (114,603) | 5,842,422 | 2,347 | 2,822,416 | (48,343) | 610,992 | 651,018 | 487,766 | 8,618,842 | (48,139) | 1,317,503 | 2,747,203 |
| Debt Service | (475,004) | (44,065) | (182,035) | - | (5,921,326) | 22,355 | (3,134,972) | (9,292) | (235,343) | (782,213) | (701,104) | (9,043,235) | (203,577) | (1,196,631) | (2,333,633) |
| FGCN | - | - | - | - | - | - | - | - | 0 | 0 | 0 | 0 | 39,107 | 111,058 | 102,354 |
| Swap / Option Gains / Losses | (33) | (2,488) | (1,250) | (4,420) | (8,587) | (29,376) | (19,204) | (4,577) | (146,972) | 130,489 | (8,192) | (61,745) | (24,524) | (43,457) | (88,247) |
| Net Cash Flow Generation | (178,198) | (30,929) | 106,621 | (119,023) | (87,491) | (4,674) | (331,760) | (62,212) | 228,677 | (706) | (221,529) | (486,137) | (237,133) | 188,473 | 427,677 |
| **Balance Sheet Highlights** | | | | | | | | | | | | | | | |
| Cash (SPV's + Holdings) | 374,043 | 302,878 | 219,829 | 304,286 | 1,535,187 | 820,120 | 1,608,770 | 1,236,631 | 277,421 | 428,430 | 304,286 | 1,236,631 | 98,771 | 29,599 | 65,547 |
| Fixed Assets | 6,650,330 | 7,326,382 | 7,843,589 | 9,092,825 | 10,491,867 | 11,575,309 | 13,119,146 | 14,688,122 | 2,979,559 | 5,949,058 | 9,092,825 | 14,688,122 | 21,110,343 | 25,085,317 | 26,830,028 |
| Total Debt (SPV's + Holdings) | 6,675,449 | 7,439,369 | 7,845,910 | 10,253,681 | 12,965,351 | 14,123,514 | 15,246,775 | 16,443,870 | 819,012 | 6,519,168 | 10,253,681 | 16,443,870 | 22,334,781 | 26,728,197 | 29,197,127 |
| Short-Term Debt | 1,305,785 | 1,323,553 | 1,266,414 | 5,521,387 | 2,626,048 | 3,134,175 | 14,146 | 33,432 | 25,147 | 1,290,388 | 5,521,387 | 33,432 | 203,120 | 503,983 | 896,943 |
| Long-Term Debt | 5,369,664 | 6,115,816 | 6,579,497 | 4,732,295 | 10,339,304 | 10,989,339 | 15,232,628 | 16,410,438 | 793,866 | 5,228,780 | 4,732,295 | 16,410,438 | 22,131,661 | 26,224,214 | 28,300,184 |
| **EIG Cash Flow** | | | | | | | | | | | | | | | |
| Debt Disbursement / Amortization | - | - | - | - | - | - | - | - | (45,000) | 45,000 | 0 | 0 | 0 | 0 | 0 |
| Interest / Fees | - | - | - | - | - | - | - | - | 4,132 | 470 | 0 | 0 | 0 | 0 | 0 |
| Common Equity Investment | - | (47,011) | (20,414) | (33,395) | (45,904) | - | - | - | (75,070) | (2,806) | (100,820) | (45,904) | (2,740) | (38,011) | (40,801) |
| Dividends Received | - | - | - | - | - | - | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total EIG Cash Flow | - | (47,011) | (20,414) | (33,395) | (45,904) | - | - | - | (115,938) | 42,863 | (100,820) | (45,904) | (2,740) | (38,011) | (40,801) |
| Running EIG IRR | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Running EIG ROI | 0.59 x | 0.47 x | 0.43 x | 0.38 x | 0.32 x | 0.32 x | 0.32 x | 0.32 x | 0.34 x | 0.59x | 0.38x | 0.32x | 0.32x | 0.29x | 0.26x |

Source: Financial Model received from Sete Brasil in Nov'14, updated for Sep'14 actual results.

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

10

Confidential

EIG00076545

EIG_KEP_00209439

# Sete Brasil Participações S.A.

*December 16, 2014*

Sete Brasil Participações S.A. ("Sete") is a public / private partnership established by Petrobras, private investors and public pension funds to build ultra-deepwater drillships and charter them under long-term contracts to Petrobras. Petrobras is a majority state-owned national oil and gas company of Brazil. Sete will build 29 drillships and charter them to Petrobras under 10 - 20 year fixed-price dollar-denominated contracts. The total contemplated equity in this transaction is US$4.2bn. Senior financing, to be provided by BNDES, commercial banks and ECAs will total to approximately US$25bn. Each drill ship will be owned by Class A (Sete) and Class B (operator) shareholders.

| | | | | |
|---|---|---|---|---|
| **Deal Lead:** | K. Corrigan | | **Credit Committee Approved:** | 6/27/2011 |
| **Deal Support:** | S. Hayden, E. Vorard | | **Financial Close Date:** | 12/31/2011 |
| **Technical Lead:** | n/a | | **Closing Financial Statement:** | NA |
| **Legal Counsel** | Chadbourne/Machado Meyer | | **Last Financial Statement:** | NA |
| **Tax Counsel** | Machado Meyer | | **Last Audited Fin. Statement:** | 9/30/2014 |
| | | | **Last Management Accounts:** | NA |

| | | | | |
|---|---|---|---|---|
| | | | **Original Technical Report:** | |
| | | | **Author of Technical Report:** | |
| | | | **Last Technical Report:** | |
| | | | **Author of Technical Report:** | |
| | | | **Last Market Report:** | |
| | | | **Author of Market Report:** | ODS Petrodata |

## EIG Returns

| | Original | Current | Projected |
|---|---|---|---|
| IRR: | 17.9% | 0.0% | 9.7% |
| ROI: | 1.95x | 0.43x | 1.43x |
| **Income:** | | | |
| XIV | $235,012,491 | ($141,127,315) | $106,653,465 |
| XV | $117,506,245 | ($70,563,657) | $53,326,732 |
| | $117,506,245 | ($70,563,657) | $53,326,732 |
| **Date:*** | 30-Jun-12 | 30-Sep-12 | |

| | | |
|---|---|---|
| **Total EIG Commitment*** | $246,196,268 | |
| **Amount Funded:** | $145,101,889 | |
| **Current Outstanding:** | $145,101,889 | |
| **Available Commitment:** | $101,094,378 | |

| | | |
|---|---|---|
| **Primary Fund:** | XIV | |
| **Commitment:** | $123,098,134 | |
| **Current Outstanding:** | $72,550,945 | |
| **Available Commitment:** | $50,547,189.15 | |

| | | |
|---|---|---|
| **Secondary Fund:** | XIV | |
| **Commitment:** | $123,098,134 | |
| **Current Outstanding:** | $72,550,945 | |
| **Available Commitment:** | $50,547,189 | |

* Commitment is at R$500MM, BRL / USD = BRL 2.0309
*Use this date since at close our analysis was based only on first 7 ships

## CAPITAL STRUCTURE AT CLOSE:

### 30-Jun-12

| | Amount | Percentage | Pricing | Maturity | Debt/EBITDA (LTM) | Debt/EBITDA (FTM) | PV10/Debt | Security |
|---|---|---|---|---|---|---|---|---|
| Senior Debt | $20,550,720,304 | 80.0% | L+345; L+500 | NA | NA | NA | 0.131794425 | First lien on assets |
| Subordinated Debt | $924,341,335 | 3.6% | L + 1200 | NA | NA | NA | 0.126121657 | Second lien on assets |
| **Total Debt** | **$21,475,061,639** | **83.6%** | | | | | | |
| Equity Class A | | | | | | | | |
| Petrobras (5%) | $169,980,347 | 0.7% | | NA | NA | NA | | |
| FIP Sondas (95%) | $3,229,626,590 | 12.6% | | NA | NA | NA | | |
| Equity Class B | $813,731,804 | 3.2% | | NA | NA | NA | | |
| **Total Equity** | **$4,213,338,741** | **16.4%** | | | | | | |
| **Total Capital** | **$25,688,400,380** | | | | | | | |

### Metrics at Close:
| | | |
|---|---|---|
| LTM EBITDA: | $0 | LTM Revenue: NA |
| FTM EBITDA: | $0 | FTM Revenue: NA |
| PV10 of FCF: | $2,708,470,365 | |

## CAPITAL STRUCTURE AS OF:

### 30-Sep-12

| | Amount | Percentage | Pricing | Maturity | Debt/EBITDA (LTM) (1) | Debt/EBITDA (FTM) (1) | PV10/Debt | Security |
|---|---|---|---|---|---|---|---|---|
| Senior Debt | $19,737,503,301 | 78.2% | L+345; L+500 | NA | NA | NA | 0.38 | First lien on assets |
| Subordinated Debt | $849,938,197 | 3.4% | L + 1200 | NA | NA | NA | 8.77 | Second lien on assets |
| **Total Senior** | **$20,587,441,498** | **81.6%** | | | | | | |
| Equity Class A | | | | | | | | |
| Petrobras (5%) | $232,570,567 | 0.9% | | NA | NA | NA | | |
| FIP Sondas (95%) | $4,418,840,781 | 17.5% | | NA | NA | NA | | |
| Equity Class B | $1,090,105 | 0.0% | | NA | NA | NA | | |
| **Total Equity** | **$4,652,501,454** | **18.4%** | | | | | | |
| **Total Capital** | **$25,239,942,952** | | | | | | | |

### Current Metrics:
| | | |
|---|---|---|
| LTM EBITDA: | $0 | LTM Revenue: $0 |
| FTM EBITDA: | $0 | FTM Revenue: $0 |
| PV10 of FCF: | $7,454,359,685 | |

### Asset Analysis:
| EV (PV10 FCF) | EIG View | EV / FTM EBITDA |
|---|---|---|
| 7,454,359,685 | $2,779,192 | NA |
| | $4,819,830 | |

Confidential

EIG00076546

EIG_KEP_00209440