# EXHIBIT 84

| | |
|---|---|
| **Message** | |
| **From:** | CHOW Yew Yuen [KOM-CEO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YEWYUEN.CHOW11] |
| **Sent:** | 10/1/2015 3:03:44 AM |
| **To:** | Jeff CHOW [KOM-LEGAL] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jeff.chow] |
| **CC:** | Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam]; TAN Leong Peng [KFE-ENGRG] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Leongpeng.tan1]; Nora MARSUKI [KOM-LEGAL] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Nora.MARSUKI] |
| **Subject:** | Re: Sete / BNDES |

Noted. Thanks.

Sent from my iPhone

> On 9 Jan 2015, at 9:33 pm, Jeff CHOW [KOM-LEGAL] <jeff.chow@KEPPELOM.COM> wrote:
>
>
> Fernando confined that they signed letter to BNDES, dealing directly with them. He said the others have also signed. Engevix signed as they will sign anything, nothing to lose. Heard Jurong resisting to sign
>
> Things crazy all over in Brazil because of these problems of Petrobras. Causing heartache because of shortfall in cash. A lot of companies teetering on financial disaster as defaults on loans and credit lines near critical dates.
>
> Confirmed AMA signed which should free up bridging loan funds next week. Carneiro optimistic things getting better, but taking time.
>
> Fernando will send language of their letter signed, but for obvious reasons cannot send copy of letter. Will forward once received.
>
> Will keep in touch via phone as things develop.
>
> If Tommy could advise those in Brazil, as things too dicey to be sending too much through Internet.
>
> Regards,
> Jeff
>
>
> Sent from my iPhone
>
> _____
>
> CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

Confidential                                                                                                                                                                                    KEPPEL00485414