# EXHIBIT 88



STATE OF NEW YORK            )
                             )
                             )
                             )
COUNTY OF NEW YORK           )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range EIG_KEP_00235093 to EIG_KEP_00235095.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 10th day of September, 2021,
by Edward J. Jacob.

_____
Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

| | |
|---|---|
| From: | ftellesc@petrobras.com.br on behalf of fipsondas@petrobras.com.br |
| To: | Relationship with Investors |
| CC: | adriana.chagastelles@setebr.com; albertomiranda.santos@gmail.com; alcinei@funcef.com.br; aldofloris@luceinv.com; alexisward@petrobras.com.br; atripodi@petrobras.com.br; bernar.braga@vale.com; carlos.fonseca@btgpactual.com; carneiro@setebr.com; cassio.jesus@caixa.gov.br; cjunger@predialnet.com.br; cjunger@luceinv.com; daniel.malandrin@bradescobbi.com.br; daniel.rodrigues@lakepar.com; Diretores Sete Brasil; edna.melo@caixa.gov.br; Eduardo.Santos@btgpactual.com; felipe.marinoni@caixa.gov.br; fernando@bradescobbi.com.br; fernandos.leal@petrobras.com.br; fernando.h.augusto@caixa.gov.br; fipsondas@petrobras.com.br; flavio.arakaki@caixa.gov.br; geafe@caixa.gov.br; geaju05@caixa.gov.br; gepar@funcef.com.br; gepar1@previ.com.br; gerin@previ.com.br; gilmardcw@previ.com.br; heber.resende@petrobras.com.br; ivan-castro@uol.com.br; jfmoreiraf@santander.com.br; Jose Magela Bernardes; Lana.belfort@vale.com; laurodeluca@luceinv.com; lcantidio@santander.com.br; lctexrp@gmail.com; leonardosansivieri@funcef.com.br; lucas.martinelli@btgpactual.com; lucimara@funcef.com.br; luiz.reis@lakeshorepartners.com.br; malbuquerque@petros.com.br; marcella.sleiman@vale.com; Marcel Abe; marcia.freire@vale.com; marianav@funcef.com.br; mauricio.a.costa@caixa.gov.br; mhalbuquerque@santander.com.br; newton@petros.com.br; orodriguez@santander.com.br; otavio.lazcano@btgpactual.com; pavie@petros.com.br; procha@petros.com.br; raquel@funcef.com.br; rebeca.balian@caixa.gov.br; renato.mazzola@btgpactual.com; rpimenta@previ.com.br; smolka@petrobras.com.br; Tania.calca@caixa.gov.br; tcao@petros.com.br; vitorvallim@previ.com.br; vitor.pinto@caixa.gov.br; yoshio.hashimoto@caixa.gov.br |
| Sent: | February 5, 2015 6:01:17 PM |
| Subject: | Re: Sete Brasil – Communication to Shareholders |

Dear Gentlemen,

We would like to clarify that the main reason for non-submission, to the Petrobras Executive Board, of the documents cited in the Communication to Shareholders was the disclosure today, by the press, of Collaboration Agreement No. 3 provided by Pedro José Barusco Filho.

The information contained in that document makes it impossible, at this time, for the Anticorruption Statement to be provided to the *lenders* to be submitted for deliberation by the Petrobras Board.

Therefore, considering that Petrobras' participation in these negotiations came about with aim of collaborating with Sete Brasil and the businesses controlled by it (which are the effective recipients of the financing in question), it is the responsibility of Sete Brasil to evaluate the conditions for continuing the financing as well as any other negotiations that may be necessary.

Petrobras Shareholder

"Relacionamento com Investidores ." —05/02/2015 16:34:41— Dear Shareholders and Board Members

From: "Relationship with Investors." <ri@setebr.com>

To: : alcinei@funcef.com.br, aldofloris@luceinv.com, alexisward@petrobras.com.br, bernar.braga@vale.com, cassio.jesus@caixa.gov.br, cjunger@luceinv.com, cjunger@predialnet.com.br, daniel.malandrin@bradescobbi.com.br, daniel.rodrigues@lakepar.com, edna.melo@caixa.gov.br, Eduardo.Santos@btgpactual.com, felipe.marinoni@caixa.gov.br, fernando.h.augusto@caixa.gov.br, fernando@bradescobbi.com.br, fipsondas@petrobras.com.br, flavio.arakaki@caixa.gov.br, geafe@caixa.gov.br, geaju05@caixa.gov.br, gepar@funcef.com.br, gepar1@previ.com.br, gerin@previ.com.br, gilmardcw@previ.com.br, jfmoreiraf@santander.com.br, jm.bernardes@eigpartners.com, Lana.belfort@vale.com, laurodeluca@luceinv.com, leonardosansivieri@funcef.com.br, lucas.martinelli@btgpactual.com, luiz.reis@lakeshorepartners.com.br, malbuquerque@petros.com.br, Marcel.Abe@eigpartners.com, marcella.sleiman@vale.com, marcia.freire@vale.com, marianav@funcef.com.br, mauricio.a.costa@caixa.gov.br, mhalbuquerque@santander.com.br, procha@petros.com.br, rebeca.balian@caixa.gov.br, renato.mazzola@btgpactual.com, rpimenta@previ.com.br, smolka@petrobras.com.br, Tania.calca@caixa.gov.br, tcao@petros.com.br, vitorvallim@previ.com.br, yoshio.hashimoto@caixa.gov.br, orodriguez@santander.com.br, lcantidio@santander.com.br, albertomiranda.santos@gmail.com, atripodi@petrobras.com.br, carlos.fonseca@btgpactual.com, carneiro@setebr.com, fernandos.leal@petrobras.com.br, heber.resende@petrobras.com.br, ivan-castro@uol.com.br, lctexrp@gmail.com, lucimara@funcef.com.br, newton@petros.com.br, otavio.lazcano@btgpactual.com, pavie@petros.com.br, raquel@funcef.com.br,

Confidential

EIG00108385
EIG_KEP_00235093

vitor.pinto@caixa.gov.br,
Cc: Sete Brasil Officers <diretores@setebr.com>, adriana.chagastelles@setebr.com, Relationship with Investors<rl@setebncom>
Date: 02/05/2015 4:34 PM
Subject: Sete Brasil - Communication to Shareholders

Dear Shareholders and Board Members,

In the framework of planning for the long-term financing contracts, the Company was planning to sign the initial financing contracts related to three PNBV rigs this Friday (02/06/2015).

Among the conditions precedent for these contracts to be feasible, it is necessary for the Petrobras Executive Board to decide on two items: (i) anti-corruption statement to be provided to the *lenders*, and (ii) AMA contracts of PNBV, items which are in the Board Meeting agenda for that date (02/05/2015).

However, based on the resignation of the current Chairman and five members of the Board announced yesterday, Petrobras has decided that the aforementioned items can only be evaluated and decided on by the new Executive Board to be appointed.

Therefore, please be advised that, despite all the efforts put forth in recent days, contracting the lines of credit related to financing of the Batch 1 rigs is postponed.

Sincerely,

Confidential

EIG00108386
EIG_KEP_00235094



Adriana Duarte Chagastelles
Gerente de RH
Tel./Fax: +55 21 2528-0080
adriana.chagastelles@setebr.com
www.setebr.com
Rua do Humaitá, 275 , 13º andar - Humaitá

"O emitente desta mensagem é responsável por seu conteúdo e endereçamento. Cabe ao destinatário cuidar quanto ao tratamento adequado. Sem a devida autorização, a divulgação, a reprodução, a distribuição ou qualquer outra ação em desconformidade com as normas internas do Sistema Petrobras são proibidas e passíveis de sanção disciplinar, cível e criminal."

"The sender of this message is responsible for its content and addressing. The receiver shall take proper care of it. Without due authorization, the publication, reproduction, distribution or the performance of any other action not conforming to Petrobras System internal policies and procedures is forbidden and liable to disciplinary, civil or criminal sanctions."

"El emisor de este mensaje es responsable por su contenido y direccionamiento. Cabe al destinatario darle el tratamiento adecuado. Sin la debida autorización, su divulgación, reproducción, distribución o cualquier otra acción no conforme a las normas internas del Sistema Petrobras están prohibidas y serán pasibles de sanción disciplinaria, civil y penal."

| | |
|---|---|
| From: | ftellesc@petrobras.com.br on behalf of fipsondas@petrobras.com.br |
| To: | Relacionamento com Investidores . |
| CC: | adriana.chagastelles@setebr.com; albertomiranda.santos@gmail.com; alcinei@funcef.com.br; aldofloris@luceinv.com; alexisward@petrobras.com.br; atripodi@petrobras.com.br; bernar.braga@vale.com; carlos.fonseca@btgpactual.com; carneiro@setebr.com; cassio.jesus@caixa.gov.br; cjunger@predialnet.com.br; cjunger@luceinv.com; daniel.malandrin@bradescobbi.com.br; daniel.rodrigues@lakepar.com; Diretores Sete Brasil; edna.melo@caixa.gov.br; Eduardo.Santos@btgpactual.com; felipe.marinoni@caixa.gov.br; fernando@bradescobbi.com.br; fernandos.leal@petrobras.com.br; fernando.h.augusto@caixa.gov.br; fipsondas@petrobras.com.br; flavio.arakaki@caixa.gov.br; geafe@caixa.gov.br; geaju05@caixa.gov.br; gepar@funcef.com.br; gepar1@previ.com.br; gerin@previ.com.br; gilmardcw@previ.com.br; heber.resende@petrobras.com.br; ivan-castro@uol.com.br; jfmoreiraf@santander.com.br; Jose Magela Bernardes; Lana.belfort@vale.com; laurodeluca@luceinv.com; lcantidio@santander.com.br; lctexrp@gmail.com; leonardosansivieri@funcef.com.br; lucas.martinelli@btgpactual.com; lucimara@funcef.com.br; luiz.reis@lakeshorepartners.com.br; malbuquerque@petros.com.br; marcella.sleiman@vale.com; Marcel Abe; marcia.freire@vale.com; marianav@funcef.com.br; mauricio.a.costa@caixa.gov.br; mhalbuquerque@santander.com.br; newton@petros.com.br; orodriguez@santander.com.br; otavio.lazcano@btgpactual.com; pavie@petros.com.br; procha@petros.com.br; raquel@funcef.com.br; rebeca.balian@caixa.gov.br; renato.mazzola@btgpactual.com; rpimenta@previ.com.br; smolka@petrobras.com.br; Tania.calca@caixa.gov.br; tcao@petros.com.br; vitorvallim@previ.com.br; vitor.pinto@caixa.gov.br; yoshio.hashimoto@caixa.gov.br |
| Sent: | 2/5/2015 6:01:17 PM |
| Subject: | Re: Sete Brasil - Comunicado aos Acionistas |

Prezados,

Gostaríamos de esclarecer que o principal motivo da não submissão, à Diretoria Executiva da Petrobras, dos documentos citados no Comunicado aos Acionistas foi a divulgação, pela imprensa, no dia de hoje do Termo de Colaboração Nº 3 prestado pelo Sr. Pedro José Barusco Filho.

As informações contidas em tal documento impossibilitam, neste momento, que a Declaração Anti-corrupção a ser fornecida aos *lenders* seja submetida a deliberação pela Diretoria da Petrobras.

Assim, considerando que a participação da Petrobras nestas negociações se deu com o intuito de colaborar com a Sete Brasil e as sociedades empresarias por ela controladas (as quais são as efetivas destinatárias do financiamento em questão), cabe a Sete Brasil avaliar as condições para o prosseguimento do financiamento bem como eventuais outras negociações que se façam necessárias.

Acionista Petrobras


"Relacionamento com Investidores ." ---05/02/2015 16:34:41---Prezados Acionistas e Conselheiros,

De: "Relacionamento com Investidores ." <ri@setebr.com>
Para: alcinei@funcef.com.br, aldofloris@luceinv.com, alexisward@petrobras.com.br, bernar.braga@vale.com, cassio.jesus@caixa.gov.br, cjunger@luceinv.com, cjunger@predialnet.com.br, daniel.malandrin@bradescobbi.com.br, daniel.rodrigues@lakepar.com, edna.melo@caixa.gov.br, Eduardo.Santos@btgpactual.com, felipe.marinoni@caixa.gov.br, fernando.h.augusto@caixa.gov.br, fernando@bradescobbi.com.br, fipsondas@petrobras.com.br, flavio.arakaki@caixa.gov.br, geafe@caixa.gov.br, geaju05@caixa.gov.br, gepar@funcef.com.br, gepar1@previ.com.br, gerin@previ.com.br, gilmardcw@previ.com.br, jfmoreiraf@santander.com.br, jm.bernardes@eigpartners.com, Lana.belfort@vale.com, laurodeluca@luceinv.com, leonardosansivieri@funcef.com.br, lucas.martinelli@btgpactual.com, luiz.reis@lakeshorepartners.com.br, malbuquerque@petros.com.br, Marcel.Abe@eigpartners.com, marcella.sleiman@vale.com, marcia.freire@vale.com, marianav@funcef.com.br, mauricio.a.costa@caixa.gov.br, mhalbuquerque@santander.com.br, procha@petros.com.br, rebeca.balian@caixa.gov.br, renato.mazzola@btgpactual.com, rpimenta@previ.com.br, smolka@petrobras.com.br, Tania.calca@caixa.gov.br, tcao@petros.com.br, vitorvallim@previ.com.br, yoshio.hashimoto@caixa.gov.br, orodriguez@santander.com.br, lcantidio@santander.com.br, albertomiranda.santos@gmail.com, atripodi@petrobras.com.br, carlos.fonseca@btgpactual.com, carneiro@setebr.com, fernandos.leal@petrobras.com.br, heber.resende@petrobras.com.br, ivan-castro@uol.com.br, lctexrp@gmail.com, lucimara@funcef.com.br, newton@petros.com.br, otavio.lazcano@btgpactual.com, pavie@petros.com.br, raquel@funcef.com.br,

Confidential

EIG00108385

EIG_KEP_00235093

vitor.pinto@caixa.gov.br,
Cc: Diretores Sete Brasil <diretores@setebr.com>, adriana.chagastelles@setebr.com, Relacionamento com Investidores <ri@setebr.com>
Data: 05/02/2015 16:34
Assunto: Sete Brasil - Comunicado aos Acionistas

---

Prezados Acionistas e Conselheiros,

No âmbito do planejamento para contratação do financiamento de longo prazo, a Companhia previa a assinatura dos primeiros contratos de financiamento referentes a três sondas da PNBV nesta 6af (06.02.2015).

-

-

Dentre as condições precedentes para viabilização dessa contratação, há a necessidade de deliberação em Diretoria Executiva da Petrobras sobre dois itens: (i) a declaração anti-corrupção a ser fornecida aos *lenders*; e (ii) os contratos de AMA da PNBV, itens que constavam da pauta da Reunião de Diretoria desta data (05.02.2015).

Entretanto, em função da renúncia da atual Presidente e de cinco membros da Diretoria anunciada na data de ontem, houve decisão da Petrobras no sentido de que os itens supracitados sejam apreciados e deliberados somente pela nova Diretoria Executiva a ser nomeada.

Assim, comunicamos aos senhores que, a despeito de todos os esforços despendidos nos últimos dias, a contratação das linhas de crédito relacionadas ao financiamento das sondas do Batch 1 encontra-se postergada.

Atenciosamente,

Confidential

EIG00108386
EIG_KEP_00235094



Adriana Duarte Chagastelles
Gerente de RI
Tel./Fax: +55 21 2528-0080
adriana.chagastelles@setebr.com
www.setebr.com
Rua do Humaitá, 275 _ 13º andar - Humaitá

"O emitente desta mensagem é responsável por seu conteúdo e endereçamento. Cabe ao destinatário cuidar quanto ao tratamento adequado. Sem a devida autorização, a divulgação, a reprodução, a distribuição ou qualquer outra ação em desconformidade com as normas internas do Sistema Petrobras são proibidas e passíveis de sanção disciplinar, cível e criminal."

"The sender of this message is responsible for its content and addressing. The receiver shall take proper care of it. Without due authorization, the publication, reproduction, distribution or the performance of any other action not conforming to Petrobras System internal policies and procedures is forbidden and liable to disciplinary, civil or criminal sanctions."

"El emisor de este mensaje es responsable por su contenido y direccionamiento. Cabe al destinatario darle el tratamiento adecuado. Sin la debida autorización, su divulgación, reproducción, distribución o cualquier otra acción no conforme a las normas internas del Sistema Petrobras están prohibidas y serán pasibles de sanción disciplinaria, civil y penal."

Confidential

EIG00108387
EIG_KEP_00235095