# EXHIBIT 89

Message

| | |
|---|---|
| **From:** | CHOW Yew Yuen [KOM-CEO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YEWYUEN.CHOW11] |
| **Sent:** | 6/2/2015 11:24:48 PM |
| **To:** | LEE Wan Jun [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wanjun.lee] |
| **CC:** | LOH Chin Hua [KCL-CEO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LOH Chin Hua [KCL-EM]]; WANG Look Fung [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lf.wang]; Eva HO [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Eva.ho]; Kwok Kai Choong [KFB] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]; CHAN Hon Chew [KCL-CFO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHAN Hon Chew [KCL-EM]] |
| **Subject:** | Re: Barusco statement |

Noted.

Sent from my iPhone

On 7 Feb 2015, at 7:20 am, LEE Wan Jun [KCL-GCC] <wanjun.lee@kepcorp.com> wrote:

> Dear CEO/KCL and CEO/KOM,
>
> Valor and Upstream have reported that the signing of financing contracts, which was schedule to take place in Brazil today (6 Feb) has been suspended.
>
> Regards, Wan Jun

### Financing to Sete Brasil is suspended due to Operação Lava Jato - Valor Online

On the day that Sete Brasil got on the spotlight of Operação Lava Jato's complaints, the signing of the financing agreement of the National Bank for the Economic and Social Development (BNDES), Caixa Econômica Federal (CEF) and UK Export Finance to the company, scheduled for today, has been suspended. Representatives from the company and from the banks met at the company's headquarters in Rio de Janeiro, but Petrobras did not send representatives and prevented the signing of the agreement, said an executive familiar with the subject.

Testimonies from the whistle-blower Pedro Barusco, disclosed on Thursday, indicating the collection of 1% of bribes on the value of contracts for the construction of rigs, signed by the shipyards with Sete Brasil.

According to the source, however, the signing of the financing contract, with the amount of US$5 billion, was frustrated by the absence of Petrobras.

"The current command of Petrobras preferred to leave the decision on some pending items for signing the contract to the next board", he said, referring to the signing of the asset management agreement (AMA) for the use of the rigs which the state is the operator.

The executive, however, admitted surprise with the disclosure of information by the Federal Police and said that representatives from the company and from the development banks follow the news about the progress of Operação Lava Jato together.

**From:** CHOW Yew Yuen [KOM-CEO]
**Sent:** Friday, 6 February 2015 9:13 PM

**To:** LOH Chin Hua [KCL-CEO]
**Cc:** LEE Wan Jun [KCL-GCC]; WANG Look Fung [KCL-GCC]; Eva HO [KCL-GCC]; Kwok Kai Choong [KFB]; CHAN Hon Chew [KCL-CFO]
**Subject:** Re: Barusco statement

Agree. We will have to be prepared for further delay to the funding.

Sent from my iPhone

On 6 Feb 2015, at 7:36 pm, LOH Chin Hua [KCL-CEO] <ChinHua.LOH@kepcorp.com> wrote:

> The concern is likely to move to whether this will stall Sete deal with BNDES and delay the financing and the funding to pay us.
>
> Sent from my iPhone
>
> On 6 Feb 2015, at 6:39 pm, LEE Wan Jun [KCL-GCC] <wanjun.lee@kepcorp.com> wrote:
>
>> Dear All,
>>
>> Please find below article from O Globo focusing on Barusco's statements on Sete Brasil.
>>
>> **Sete Brasil: Deviations in the construction of probes Pre-Salt - O Globo (translated)**
>>
>> The Sete Brasil, a company created to explore the pre-salt, is also involved in corruption scheme. The information contained in the plea bargain by Peter Barusco, former manager of Petrobras and former director of the Sete Brasil. The fee reached 1% of the contract with each of the shipyards hired for the construction of exploration rigs.

In the scheme, the yards were paying fees for employees of Petrobras and Sete Brasil, and the PT treasurer, John Vaccari Neto. Payments began in February 2013.

Founded in early 2011, the Sete Brasil was conceived with the goal of building 29 rigs to explore the pre-salt. So he arranged for several yards. Each rig has an estimated cost of $ 720 million. There were five contractors yards: South Atlantic in Pernambuco (which has among the partners Queiroz Galvão and Camargo Corrêa); Paraguaçu, Bahia (with partners Odebrecht, OAS and UTC); Rio Grande (in Rio Grande do Sul); Keppel Fels (Angra); and Jurong (Espirito Santos). Of these, the Jurong and the Paraguaçu do not yet exist.

In the statement, Barusco detailed the division of the fee: two-thirds went to John Vaccari, and a third was divided between Petrobras employees (Renato Duque, former director of Engineering and Services, and Roberto Gonçalves, former executive manager of Engineering) and Sete Brasil executives (João Carlos Ferraz, former president of Sete Brasil, and Eduardo Musa, former director of the company). The proportion of the division, says Barusco, was created by Vaccari.

By classifying the split percentage established by Vaccari as "unfair", Barusco decided to take more money "out". "The additional 0.1% in fee percentage paid by Keppel and Jurong was unknown to the other people who received bribes." By Barusco accounts, Vaccari received US$ 4.523 million portion from the yards. Duque received at least $ 15.3 million two yards. Barusco says he has received at least US $ 3.094 million. Ferraz already received at least US$ 1.035 million, and Musa received another US$ 786,000. The numbers, however, are higher, but have not been detailed by Barusco, who presented a series of worksheets to the courts.

The revelations of Barusco may further undermine the situation of the Sete Brasil, which did not get the BNDES financing of US$5 billion that was set to be released in the coming weeks. The Sete had been obtaining loans Caixa and Banco do Brasil, but without the resources of BNDES, have not paid the yards since November 2014. On average, each shipyard received about R$ 200 million to R$ 250 million a month. When contacted, Odebrecht denies paying bribes. BNDES declined to comment. The Seven Brazil will request information from the court.

-----Original Message-----
From: LEE Wan Jun [KCL-GCC]
Sent: Thursday, 5 February 2015 10:07 PM
To: WANG Look Fung [KCL-GCC]; CHOW Yew Yuen [KOM-CEO]; LOH Chin Hua [KCL-CEO]
Cc: Eva HO [KCL-GCC]; Kwok Kai Choong [KFB]
Subject: RE: Barusco statement

Dear All,

Confidential
KEPPEL00440538

Please find attached article from Veja, a Brazilian news magazine, which focuses on Barusco's points on Keppel FELS and Jurong.

Regards, Wan Jun

-----Original Message-----
From: WANG Look Fung [KCL- GCC]
Sent: Thursday, 5 February 2015 10:30 PM
To: LEE Wan Jun [KCL-GCC]
Cc: LOH Chin Hua [KCL-CEO]; CHOW Yew Yuen [KOM-CEO]; Eva HO [KCL-GCC]; Kwok Kai Choong [KFB]
Subject: Re: Barusco statement

Thanks.

Sent from my iPad

> On Feb 6, 2015, at 8:14 AM, "LEE Wan Jun [KCL-GCC]" <wanjun.lee@kepcorp.com> wrote:
>
> Dear All,
> Attached extract of Barusco's statement (translated to English). We have extracted the part which mentions Keppel.
>
> Regards, Wan Jun
>
> -----Original Message-----
> From: LEE Wan Jun [KCL-GCC]
> Sent: Thursday, 5 February 2015 8:30 PM
> To: WANG Look Fung [KCL-GCC]
> Cc: LOH Chin Hua [KCL-CEO]; CHOW Yew Yuen [KOM-CEO]; Eva HO [KCL-GCC]; Kwok Kai Choong [KFB]
> Subject: RE: Barusco statement
>
> Dear Ms Wang,
>
> KC is left Brazil for Singapore this afternoon.
>
> Please find below some news articles on Barusco statements.
>
> [PT received up to US$200 million in bribes from Petrobras, whistleblower estimates - Folha de São Paulo] In a testimony given during a plea-bargain agreement, Pedro José Barusco Filho, Petrobras ex-manager of engineering, estimates that PT (political party) has received between US$150 million and US$200 million between 2003 and 2013 in bribes from Petrobras' 90 largest contracts, such as Abreu e Lima refinery under construction in Pernambuco.
>
>
> [Barusco spreadsheet detailing diverted percentage of each work for Petrobras - O Globo] SAO PAULO - Eleven operators cited in a spreadsheet of former executive manager of Petrobras, Peter Barusco, acted in 87 works totaling R $ 47 billion in Brazil and $ 11 billion in

Confidential                                                                                                                       KEPPEL00440539

overseas contracts. In testimony to the Federal Public Ministry (MPF), the informer said that 1% to 2% of the contracts signed between 2003 and 2010 in the state were divided among political parties and leaders of the state. (SEE PDF ATTACHED)
&gt;
&gt;
&gt;
&gt; Regards, Wan Jun
&gt;
&gt; -----Original Message-----
&gt; From: WANG Look Fung [KCL-GCC]
&gt; Sent: Thursday, 5 February 2015 8:50 PM
&gt; To: LEE Wan Jun [KCL-GCC]
&gt; Cc: LOH Chin Hua [KCL-CEO]; CHOW Yew Yuen [KOM-CEO]; Eva HO [KCL-GCC]; Kwok Kai Choong [KFB]; Marlin KHIEW [KFE-PJM]
&gt; Subject: Re: Barusco statement
&gt;
&gt; KC, can we get his full statement, please. ;
&gt;
&gt; Sent from my iPad
&gt;
&gt;&gt; On Feb 6, 2015, at 2:33 AM, "LEE Wan Jun [KCL-GCC]" <wanjun.lee@kepcorp.com> wrote:
&gt;&gt;
&gt;&gt; Dear All,
&gt;&gt;
&gt;&gt; Brazilian press O Globo has published information on Barusco's statement to the Federal Police, including that Keppel paid US$4 mil to Joao Vaccari (the treasurer of PT).
&gt;&gt;
&gt;&gt; Also circulating is the info on US$14 million provided by Zwi (Keppel rep) to Renato Duque for the drilling semis. This info is also from Barusco's police statement.
&gt;&gt;
&gt;&gt;
&gt;&gt; Wan Jun
&gt;&gt;
&gt;&gt; _____
&gt;&gt;
&gt;&gt; CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.
&gt; <Extract (translated).docx>