# EXHIBIT 95

| | |
|---|---|
| **Message** | |
| **From:** | Tommy SAM [/o=Keppel Group/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=tommy.sam] |
| on behalf of | Tommy SAM |
| **Sent:** | 9/3/2015 2:22:53 PM |
| **To:** | SIT Peng Sang [KOM-Director] [/o=Keppel Group/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=pengsang.sit1] |
| **Subject:** | RE: Brazil News Report - 3 March 2015 |

Dear Mr. Sit,
Contractually, there are 2 options: To suspend or terminate. To slow down was discussed but I think that is not good because the contractual schedule must still be complied with.
And we are right, at this stage the cashflow is negative. And mgt has decided to go for suspension.

Best regards,
Tommy

---

**From:** SIT Peng Sang [KOM-Director]
**Sent:** Wednesday, March 4, 2015 5:59 PM
**To:** Tommy SAM
**Subject:** Re: Brazil News Report - 3 March 2015

Is there any internal management discussions on various scenarios, action plans and their impact on us should there be a default and cancellation of the Sete vessels such as financial impact on us? The last BM talked about current cash flow which was then positive, I raised issue of total committed cost which I thought was the more relevant figure.

Sent from my iPhone

On 4 Mar 2015, at 8:47 pm, Tommy SAM <tommy.sam@keppelom.com> wrote:

> It continues to drag on. Sete's ability to obtain Financing is very much tie to the scandals still looming over the country as the financing institutions want to play very safe and thus more conditions are imposed. The longer this drags on, Sete may even become insolvent which will be very bad for the country. Hopefully this saga will come to an end soon.
> Best regards,
> Tommy
>
> On Mar 3, 2015, at 7:50 PM, "SIT Peng Sang [KOM-Director]" <pengsang.sit@keppelom.com> wrote:
>
> Looks bad ? Chances of Sete not getting the financing ?
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "LEE Wan Jun [KCL-GCC]" <wanjun.lee@kepcorp.com>
>> **Date:** 4 March 2015 6:12:09 am SGT
>> **To:** "LOH Chin Hua [KCL-CEO]" <ChinHua.LOH@kepcorp.com>, "CHOO Chiau Beng [KCL-SA]" <chiaubeng.choo@keppelom.com>, "TONG Chong Heong [KOM-SA]" <ChongHeong.tong@keppelom.com>, "CHOW Yew Yuen

Confidential                                                                                                          KEPPEL00485355

[KOM-CEO]" <YewYuen.CHOW@keppelom.com>, "WONG Ngiam Jih [KOM-CFO]" <ngiamjih.wong@KEPPELOM.COM>, "WONG Kok Seng [KFE-MD]" <kokseng.wong@keppelfels.com>, "Michael CHIA [KOM-MD]" <Michael.Chia@keppelom.com>, "CHOR How Jat [KSL-MD]" <howjat.chor@keppelshipyard.com>, "HOE Eng Hock [KOM-EM]" <enghock.hoe@keppelom.com>, Abu Bakar MOHD NOR <Abu.Bakar@keppelsingmarine.com>, "SIT Peng Sang [KOM-Director]" <pengsang.sit@keppelom.com>, "Caroline CHANG [KCL-GL]" <caroline.chang@kepcorp.com>, "Ee TAN [KCL-CDP]" <Ee.Tan@kepcorp.com>, "Jeff CHOW [KOM-LEGAL]" <jeff.chow@KEPPELOM.COM>, "LAI Ching Chuan [KOM-CDD]" <chingchuan.lai@keppelom.com>, "ONG Ye Kung [KCL-GSD]" <Yekung.ONG@kepcorp.com>, "WANG Look Fung [KCL-GCC]" <lf.wang@kepcorp.com>, "Edmund MAH [KOM-FIN]" <Edmund.Mah@keppelom.com>, LEE Chay Hoon <ChayHoon.Lee@keppelom.com>, "Keith TEO [KFE-MKT]" <keith.teo@keppelfels.com>, "Louis CHOW [KSL-COM]" <Louis.Chow@keppelshipyard.com>, "ANG Ting Yang [KOM-CDD]" <TingYang.Ang@keppelom.com>, "Iain LIM Tiong Pin [KOM-CDD]" <Iain.Lim@keppelom.com>, "Phillip MAH Mun Kuen [KFE-SEC]" <Phillip.MAH@keppelom.com>, "Kwok Kai Choong [KFB]" <kaichoong.kwok@keppelfels.com>, Tommy SAM <tommy.sam@keppelom.com>, "'karina.stoff@kfelsbrasil.com.br'" <karina.stoff@kfelsbrasil.com.br>, "Marlin KHIEW [KFE-PJM]" <Marlin.Khiew@keppelfels.com>, "Low Han Kiat [KFB]" <hankiat.low@keppelfels.com>, "LOW Tiau Tong [KFE-PROD]" <tiautong.low@keppelfels.com>, Luiz Carlos Caetano dos Santos <LUIZ.CAETANO@kfelsbrasil.com.br>, "Gilberto Israel [KFB]" <GILBERTO.ISRAEL@kfelsbrasil.com.br>, "Alceu Mariano De Melo Souza [KFB]" <ALCEU.MARIANO@kfelsbrasil.com.br>, "LEE Yoong Hoong [KSM-PJM]" <YoongHoong.Lee@keppelsingmarine.com>, "LOH Kee Huat [KSM-PROD]" <KeeHuat.Loh@keppelsingmarine.com>, Fábio Rodrigues [KSMBR-COMM] <Fabio.Rodrigues@keppelsingmarinebr.com>
**Cc:** "Eva HO [KCL-GCC]" <eva.ho@kepcorp.com>, "Roy TAN [KCL-GCC]" <roy.tan@kepcorp.com>, "Ivana CHUA [KCL-GCC]" <ivana.chua@kepcorp.com>, "Teri LIEW [KCL-GCC]" <teri.liew@kepcorp.com>, "ANG Lai Lee [KCL-GCC]" <lailee.ang@kepcorp.com>, "SAY Huan Yuan [KCL-GCC]" <HuanYuan.SAY@kepcorp.com>, "Jayne YEO Zhi Qi [KCL-GCC]" <Jayne.YEO@kepcorp.com>, Gabriela Hott Soares <GABRIELA.SOARES@kfelsbrasil.com.br>, "Betty Mok [KFB]" <betty.mok@keppelfels.com>
**Subject: Brazil News Report - 3 March 2015**

INVESTIGATIONS

**Prosecutor-General's list of defendants ready to go to Supreme Court – Valor International**

Justice Teori Zavascki is expected to lift the confidential status of the case records filed in the Operation Car Wash at the Federal Supreme Court (STF). However, the names of the politicians under investigation will only be officially known after he dispatches all requests for opening of an investigation by Prosecutor-General of the Republic, Rodrigo Janot.

### Spread sheet indicates payments to Petrobras in banks abroad - Jornal da Globo

Jornal da Globo had access to a spread sheet that, according to whistle blowers from Operação Lava Jato (Operation Car Wash), indicates payments in foreign banks in accounts indicated by former director of Services from Petrobras, Renato Duque, and former manager Pedro Barusco.

### Suspended companies - Veja

Petrobras requested UGC to take the investigations of fraud committed by the 23 companies suspended since December of doing new businesses with Petrobras.

### CPI (Parliamentarian Investigation Committee) restricts investigation to Lula and Dilma managements - O Estado de São Paulo

The newly-created Petrobras CPI at Congress cannot extend the period of investigation of irregularities beyond the stated in the request for creation of the committee - from 2005 to 2015, corresponding to the governments of Luiz Inácio Lula da Silva and Dilma Rousseff. The investigation on deviations in the state-owned oil company received 245 requests yesterday, most of them filed by the opposition.

## COMPANIES

### Petrobras to sell US$13.7 billion in assets in 2015 and 2016 - Reuters

Petróleo Brasileiro SA plans to dispose of as much as $13.7 billion in assets this year and next as part of efforts by Brazil's largest state-controlled company to reduce debt and protect cash.

## New Petrobras director wants to help anti-corruption policy - Valor International

Lawyer Luiz Navarro, whose name was approved for the board of directors of Petrobras on Friday, says he's excited with the new job. "I hope to contribute a lot to help build a good compliance and anti-corruption program at the company, combining instruments of private-sector and also state companies," Mr. Navarro said in an interview with Valor.

## Banks that lent money to Sete Brasil prepare for loss - O Estado de São Paulo

The six banks that lent about R$12 billion to Sete Brasil, company created to manage the contracting of platforms for the exploration of the pre-salt by Petrobras, start to worry about how they will adjust their earnings report for possible losses. The bridging loan is already past due date and the banks are forced to roll the debt, more than half of the amount lent to Sete has no guarantee.

## Companies involved in Lava Jato request R$31 billion to BNDES (National Bank for the Social and Economic Development) - Blog do Tupan

The infrastructure and oil and gas projects from companies somehow connected to Operação Lava Jato (Operation Car Wash) - mainly as partners of consortiums - which are under the analysis of technicians from BNDES involve financing of up to R$31.1 billion. Estado de São Paulo mapped nine projects, including the loan of R$8.8 billion to Sete Brasil, supplier created to charter rigs to Petrobras, whose financial situation is considered critical. With the progress of investigations, BNDES began to thoroughly analyse the projects and expanded the requirements, after a consultation with the Union Comptroller-General. November was a turning point in the case, with the arrest of high-rank executives from several construction companies.

## BNDES requires guarantee to release loan to Sete Brasil - Agência Estado

At least three of the conditions imposed by the National Bank for Economic and Social Development (BNDES) to release the long-term financing for Sete Brasil, a company created to manage the contracting of rigs for the exploration of the

pre-salt by Petrobras, cannot be met by the company, according what some shareholders of the company tell.

## POLITICS

### Renan's absence at dinner party reaffirms troubled relationship between Dilma and PMDB (political party) - Valor Econômico

An atmosphere of embarrassment contaminated the beginning of the dinner party hosted by President Dilma Rousseff for PMDB board last night at Palácio da Alvorada (official residence of the President), amid efforts to amend ties with the main ally (party). Hours before the meeting, the President of the Brazilian Senate, Renan Calheiros (PMDB-AL), cancelled his participation in the event, surprising the government and making it clear the party's leadership is uncomfortable with the Presidential's office. The date was also considered inappropriate: it is on the eve the list individuals to be investigated is to be released by the Prosecutor-General's Office in the Operação Lava Jato (Operation Car Wash), which investigates money deviations at Petrobras

### Government tries to avoid construction company default - O Estado de São Paulo

Government continues to try to map the damage of the consequences of Operação Lava Jato (Operation Car Wash) in the financial system and, consequently, in the economy. Yesterday President Dilma Rousseff summoned the National Bank for Economic and Social Development (BNDES) CEO, Luciano Coutinho, and Banco do Brasil CEO, Alexandre Abreu, for a meeting at Palácio da Alvorada (official residence of the President). The new president of Petrobras, Aldemir Bendine, also attended the meeting.

## INDUSTRY NEWS

### Brazil will dominate market of floating production units by 2019 - Brasil Energia

Latin America will account for over a third of the floating production units market by 2020, valued at US$81 billion in the five-year period, according to Douglas Westwood. The share of the region will be driven mainly by Petrobras, whose investment plan provides for the start of operation of 25 FPSOs by 2019 -

a little less than 25% of the 110 floating production units that shall start operations in the period.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

&lt;Brazil News 03.03.15_Eng.docx&gt;

Confidential                                                                                                                                         KEPPEL00485360