# EXHIBIT 97



STATE OF NEW YORK )
)
)
COUNTY OF NEW YORK ) ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range EIG00155998 to EIG00156010.

_____
Edward J. Jacob
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 11th day of May , 20 21 ,

by Edward J. Jacob.

_____
Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com



Executive Report

# APRIL 2015

Rio de Janeiro, April 30, 2015

**setebrasil**

EIG00155998



# CONFIDENTIAL

This document is confidential and for the exclusive use of the shareholders and board members of Sete Brasil; it is prohibited to reproduce or disclose it to third parties, partially or fully, without the Company's prior, express authorization.

EIG00155999

**Evolution of Assets** *(position on March 31, 2015)*



Figure 1: *DRU#1 Arpoador - Aracruz (Brazil) – April 2015*

Rio de Janeiro, April 30, 2015 – As of late March 2015, the completed/consolidated physical progress for the twenty-nine rigs of the portfolio was 27.27%, compared to planned/consolidated physical progress of 34.80%. In comparison to February 2015, there was a worsening in the completed/planned ratio of 1.47 pp (physical progress is 7.54 pp below what was planned, compared to 6.07 pp the previous month).

The table below presents the main aspects of the projects' development over the month of March 2015.

| Construction/Financial Progress | Physical Progress | | | Financial Progress | |
| --- | --- | --- | --- | --- | --- |
| | Status | Planned | Completed | Planned | Completed |
| **Rigs** | | | | | |
| **Physical Progress/Consolidated Financial[1]** | ● | 34.80% | 27.27% | 49.12% | 31.96% |
| 1st DRU (Arpoador @ Jurong) | ● | 97.82% | 81.47% | 95.99% | 75.71% |
| 2nd DRU (Copacabana @ EAS) | ● | 86.33% | 49.24% | 97.49% | 54.92% |
| 3rd DRU (Urca @ BrasFELS) | ● | 90.88% | 87.72% | 89.56% | 71.04% |
| 4th DRU (Guarapari @ Jurong) | ● | 56.94% | 61.79% | 85.37% | 62.65% |
| 5th DRU (Cassino @ ERG) | ● | 77.36% | 52.24% | 75.18% | 53.12% |
| **Construction/Auxiliary Projects at Shipyards** | | | | | |
| EAS - Auxiliary Projects | ● | 100.00% | 100.00% | - | - |
| Enseada - Construction[2] | ● | 99.97% | 81.50% | - | - |
| ERG 2 - Construction[3] | ● | 100.00% | 93.10% | - | - |
| EJA - Construction[2] | ● | 99.73% | 76.01% | - | - |

(1) Order of rigs: start of Charter / Tiebreaker: delivery by the shipyard
(2) Cumulative progress completed by December 2014, as the shipyard did not indicate the progress from January 2015 to March 2015.
(3) Cumulative progress completed by November 2014, as the shipyard did not indicate the progress from December 2015 to March 2015.

The key highlights of the physical and financial evolution of Sete Brasil's assets in March 2015 are:

**Jurong Aracruz Shipyard**

Due to suspended services, EJA did not issue the Monthly Report in March 2015 (nor did it issue the February 2015 report) and consequently, physical progress was not reported for the period. The physical amounts completed refer to the cumulative amount as of January 2015.

**DRU#1 Arpoador**

- Began painting the helideck at EJA;
- Physical Progress Planned/Completed: 97.82%/81.47%.



**DRU#7 Guarapari**

- Completed assembly of blocks L6Q2, L6Q3, L6Q5, L6Q6, and painting of block L6Q4 of the EJA living quarters;
- Began assembly of the derrick on April 2 at EJA;
- Completed "engine cranks" (first rotation burning fuel), finishing the last one on April 10;
- Physical Progress Planned/Completed: 56.94%/61.79%.



**Construction of Shipyard (EJA):**

- Began installation of piping for facilities and launch cables at workshop 1210.

**BrasFELS Shipyard**

The Shipyard did not provide notice that services were suspended, although the staff was reduced to on Saturdays and without any overtime system.

**DRU#1 Urca**

- On April 11, the load test on the seventh and last generator was performed (along with an inspection);
- Lifting and positioning of the *Mux Cable Reel Blue* on April 10;
- Prioritization of the Rig Line system, HPU, and their facilities to complete the commissioning of the rig drilling system;
- Physical Progress Planned/Completed: 90.88%/87.72%.



Confidential

EIG00156001

**DRU#2 Frade**

*BrasFELS* (Brazil)
• Topside*: completed lifting of Megablock 1 (blocks 31/32S) on April 13.

*Singapore*
• Living Quarters*: completed manufacture of piping and hook-ups for the cabins.

• Physical Progress Planned/Completed: 64.38%/59.56%.



**DRU#3 Braçuhy**

• Upper Columns (*Bintan,* Indonesia): completed the installation of equipment for Block 27 in April 2015.

• Physical Progress Planned/Completed: 37.74%/32.74%.



## EAS Shipyard

Main Points:

• EAS issued a letter on January 26, 2015, indicating that work would be formally suspended as of February 3. It nonetheless noted that up to the end of February 2015, there were still a few services being performed at the shipyards in Brazil and abroad.
• Due to the services being suspended, there was no measurement in March 2015 and February 2015, and consequently no physical or financial progress during the period. The physical amounts completed refer to the cumulative amount as of January 2015.
• All sites had their projects effectively suspended in March 2015.
• The cumulative physical progress of DRU#2 was rectified with a 0.48% reduction, due to the lack of evidence from the shipyard proving the completed manufacture of four pieces of drilling equipment in the Drilling Package. Therefore, the consolidated physical progress of the shipyard went from 23.21% to 23.15%.

## ERG2 Shipyard

The Shipyard did not provide notice that services would be suspended, but did drastically reduce its activities. Cosco extended the suspension of activities of the Cassino Project in China.

Confidential

EIG00156002

| DRU#1 Cassino | *ERG2*<br>• Alignment of axis of mud agitators;<br>• Began assembly of mud mixer in block D25P.<br><br>*China (Cosco)*<br>• Installation of HVAC ducts;<br>• Living Quarters: finished paving floors and TH of firefighting system vessels;<br>• Physical Progress Planned/Completed: 77.35%/52.24%. |  |

## Enseada Shipyard

Main points:

• The shipyard informed the SPE that work would be suspended as of January 26, due to a failure to pay the amounts due. Despite this, work in Japan (construction of hulls) and China (construction of living blocks) are continuing to move forward for DRU#1 and ramping down for DRU#2. The activities in Maragojipe were effectively suspended on March 20 for DRU#2 and March 25 for DRU#1.

• The Shipyard suspended the weekly coordination, engineering, supply, and planning meetings, as well as the issuance of weekly reports and daily work reports.

• The cumulative amounts completed were calculated based on measurement #33 of March 2015. The amounts completed in February 2015 were reviewed after the completion of measurement #32 with regard to that month, which occurred after this report was issued.

## Construction of Shipyard (ENSEADA):

• Demobilized the CEP workforce (Shipyard Construction Consortium) whose services will now be carried out by Enseada itself.

• Completed welding of the main beam of the Goliath Crane on April 10.

The chart below shows the consolidation of physical/financial progress and Local Content by shipyard:

| Cumulative | Atlântico Sul Shipyard (EAS) | | BrasFELS Shipyard (BrasFELS) | | Jurong Aracruz Shipyard (EJA) | | Rio Grande Shipyard (ERG 2) | | Indústria Naval Shipyard (Enseada) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Planned | Completed | Planned | Completed | Planned | Completed | Planned | Completed | Planned | Completed |
| Physical Progress (%) | 39.29% | 23.15% | 33.63% | 33.01% | 36.23% | 34.03% | 40.30% | 24.82% | 26.32% | 19.66% |
| Financial Progress (%) | 61.69% | 36.29% | 41.35% | 29.50% | 45.07% | 35.14% | 61.95% | 35.17% | 43.40% | 25.03% |
| Construction/Auxiliary Projects (%) | 100.00% | 100.00% | Not applicable | | 99.73% | 76.01% | 100.00% | 93.10% | 99.97% | 81.50% |
| Local Content[1] | DRU#1 = 60.19%<br>Contractual: 55% | | DRU#1 = 56.55%<br>Contractual: 55% | | DRU#1 = 60.21%<br>Contractual: 55% | | DRU#1 = 57.67%<br>Contractual: 55% | | DRU#1 = 57.12%<br>Contractual: 55% | |

[1]Local Content Report:
– EAS with amounts of December 2014 (as we did not receive the January, February, and March 2015 Reports)
– EJA refers to January 2015 (as we did not receive the February and March 2015 Reports).

The payments scheduled for December 2014, January 2015, February 2015, and March 2015 were not made due to a lack of available cash by the SPEs, which resulted from the delay in disbursing the financing.

Confidential
EIG00156003

## Monitoring of the Financing Plan

*Short-term*

The Company currently has five lines of short-term financing (Bridge Loan 3 was amortized) and one line of financing that was obtained from one of our shareholders, totaling approximately US$3.7 billion.

| Lender | Borrower | Rate | Maturity Date | Balance [1] | Comments |
|---|---|---|---|---|---|
| **BRIDGE LOAN 1**<br>Itaú BBA and Banco do Brasil<br>(US$) | • Copacabana<br>• Grumari<br>• Ipanema<br>• Leblon<br>• Leme | *Libor* + 550 bps | February 2015 | US$734 million | Under Standstill – Awaiting restructuring |
| **BRIDGE LOAN 2**<br>Bradesco, Banco do Brasil, and Santander<br>(US$) | • Arpoador<br>• Cassino<br>• Urca<br>• Frade<br>• Guarapari<br>• Ondina<br>• Camburi | *Libor* + 550 bps | February 2015 | US$1.717 million | Under Standstill – Awaiting restructuring |
|  | • Bracuhy<br>• Portogalo<br>• Pituba<br>• Boipeba<br>• Itaoca<br>• Curumim<br>• Salinas | *Libor* + 400 bps | April 2015 |  | Under Standstill – Awaiting restructuring |
| **BRIDGE LOAN 3**<br>Sumitomo, Bradesco, Scotiabank, Citi, and Standard Chartered<br>(US$) | • Sete International One GmbH | N/A | N/A | US$0 million | Loan amortized on January 14, 2015 |
| **BRIDGE LOAN 4**<br>Itaú BBA and Banco do Brasil<br>(US$) | • Marambaia<br>• Interlagos<br>• Itapema<br>• Comandatuba<br>• Itaunas<br>• Siri<br>• Sahy | *Libor* + 390 bps | March 2015 | US$525 million | Under Standstill – Awaiting restructuring |
| **BRIDGE LOAN 5**<br>Standard Chartered<br>[logo:] Standard Chartered | • Joatinga | *Libor* + 200 bps | February 2015 | US$251 million | Execution process commenced in March 2015 |
| **BRIDGE LOAN 6**<br>Caixa Econômica Federal | • Sete Investimentos I S.A. | 9.2% + Exchange rate variation | April 2015 | US$413 million | Under Standstill – Awaiting restructuring |
| **EXCHANGEABLE**<br>Luce Venture Capital | • Sete International One GmbH | *Libor* + 4.75% per annum | December 2015 | US$46.5 million | N/A |

*(1) Position on April 30, 2015 with current conditions for matured loans.*

![setebrasil]  Relatório Executivo
*Long-Term*
*Feita para o Brasil*

## SETE BRASIL

The chart below shows the status of financing for each batch:



**BATCH 3**

DEBT / EQUITY

Possible sources: Issuance of Bonds in USD, Issuance of debentures in BRL, Multilateral Agencies and other ECAs such as IBIC, IDB, IFC, a new FINISA line, Banco do Brasil, Syndicated Facility with commercial banks, China Development Bank, China Exim Bank, delivery finance with shipyards.

Prioritization of R$10.2 billion (US$6.4 billion) obtained in August 2013. Of this amount, financing of US$4.6 billion is expected. Structure of complementary flow of funds has already been concluded, transaction approved by the shareholders, documentation and discussion and credit being approved by BB and CEF, which will be the transfer agents for the line of financing, but the process was interrupted by the disclosure of Pedro Barusco's plea bargain. The priority line came due on January 20, 2015, however, by making use of the prerogative noted in Section 5, Article 8 of Ministerial (GM) Order No. 253 of December 4, 2009, published on December 16, 2009, the Company and the Financing Agents sent correspondence to the Managing Board of the Merchant Navy Fund (FMM) requesting a new priority line with a term of 120 days. This new priority lines currently being discussed by the Managing Board of the FMM.

**US$1.7 billion** was approved.  It was ready for signature on February 6, 2015, together with BNDES and UKEF, but was interrupted by the disclosure of Pedro Barusco's plea bargain. Restructuring plan is underway, the composition of sources might change significantly as the discussion of the plan evolves.

**US$213 million** was approved by UKEF's board.  It was ready for signature on February 6, 2015, together with BNDES and FINISA, but was interrupted by the disclosure of Pedro Barusco's plea bargain.  Restructuring plan is underway, this composition of sources might change significantly as the discussion of the plan evolves.

**INITIAL:**
10.8 billion
41.9%

**BATCH 2**

DEBT / EQUITY

**US$3.7 billion** was approved by [BNDES'] board in December 2013.

Documentation was ready for signature on February 6, 2015, but the process was interrupted by the disclosure of Pedro Barusco's plea bargain.

**$5.6 billion** concerning the second batch was structured but has been halted until the disbursement of the first batch.

BNDES indicated that it must no longer finance the project directly.

Restructuring plan is underway; this composition of sources might change significantly as the discussion of the plan evolves.

**ADVANCED**
9.5 billion
37.0%

**BATCH 1**

DEBT / EQUITY

Total volume already disbursed.

There is no "committed Equity B". The SHAs indicate the necessary equity, considering 80/20. Of a total of US$1.1 billion in Equity B for the project, approximately US$162 million were already used, with a balance of US$851 million remaining.

*Due to the uncertainties in the company's current scenario, the previous months' projections were maintained.*

Current commitments total R$8.3 billion (US$3.19 billion (US$3.19 billion — exchange rate of R$2.60).
Another approximately R$5 billion in capital commitments will be necessary.
The capital that has been committed to date has already been fully disbursed.
*Due to the uncertainties in the company's current scenario, the previous months' projections were maintained.*

**RESOLVED**
5.4 billion
21.1%

Legend: Equity A, Equity B, FI-FGTS, BNDES
ECA, FINISA, FMM, Others
Resolved, Advanced, Not Advanced

## Financial Planning

As indicated by the Company's CFO at a Board of Director's Meeting on February 25, 2015, where certain shareholders were present, given the uncertainties of Sete Brasil's current situation, the Finance Division will not provide a cash flow projection. Therefore, as for the past two months, the information related to Financial Planning only takes into account what has already been fulfilled.

### *Chart of Uses and Sources*

**Obtained by March 2015**                                                        *In millions of dollars*

| Uses | US$ | % | Sources | US$ | % |
|------|-----|---|---------|-----|---|
| EPC Contract | 7,215 | 92% | Bridge Loan | 3,041 | 39% |
| Readjustment of EPC | 484 | 6% | Loan | 2,955 | 38% |
| Exchange Rate Variation of EPC | -718 | -9% | BNDES | 0 | 0% |
| Pre-Operating Costs | 0 | 0% | ECAs | 0 | 0% |
| Contingencies | 0 | 0% | FMM | 0 | 0% |
| CMA - Petrobras | 87 | 1% | Other (Finisa/Bonds/Others) | 0 | 0% |
| CMA - Operators | 116 | 1% | **Total Debt** | **5,996** | **77%** |
| CMA - Sete Brasil | 0 | 0% | | | |
| Certification | 0 | 0% | | | |
| Insurance | 129 | 2% | Equity Class A | 822 | 11% |
| FGCN | 34 | 0% | Equity Class B | 162 | 2% |
| Financial Costs | 218 | 3% | FI-FGTS | 743 | 10% |
| | | | **Total Capital** | **1,727** | **22%** |
| G&A and Other | 220 | 3% | **Other** | **81** | **1%** |
| Cash | 18 | 0% | | | |
| **TOTAL** | **7,804** | **100%** | **TOTAL** | **7,804** | **100%** |

*\*Amounts take cash activity into consideration (these amounts do not include accounting information such as interest capitalizations)*

The Chart on Uses and Sources consolidates all expenses of the SPEs incurred by March 2015, including CAPEX and administrative expenses, providing the details for the sources used to bear the costs of these investments.

Note that approximately 39% of the investments were paid for with funds from financing taken out directly within the SPEs (Bridge Loans 1, 2, and 4), 10% were paid using funds from FI-FGTS, and 38% were paid using loans from shareholders' funds. The remaining 13% refer to equity classes A and B.

Although each SPE has distinct leverage indices, as demonstrated in the item "Control of SPE debts and contributions," the consolidation of the SPEs strives for a target capital structure of 75% debt and 25% equity. Each SPE's individual planning considers equalizing all of them at the level required by the long-term lenders at the time of their first disbursement.

08/10

EIG00156007

setebrasil | Executive Report
Made for Brazil

# CONTROL OF SPE DEBTS AND CONTRIBUTIONS
March 2015

*Amounts in Dollars*

| COMPANY | SHIPYARD | CLASS B | TOTAL | | | | | % Stake | | Debt - Equity Ratio | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CLASS A | CLASS B | INTERCO - FI FGTS[1] | INTERCOMPANY[2] | BRIDGE LOAN[3] | CLASS A | CLASS B | Equity | Debt | D/E |
| ARPOADOR | JURONG | PNBV | 81,347,617 | 14,350,538 | 29,495,217 | 207,914,619 | 287,076,532 | 85% | 15% | 125,193,372 | 494,991,151 | 20% |
| COPACABANA | EAS | PNBV | 67,921,489 | 11,981,221 | 26,200,010 | 172,450,065 | 146,991,153 | 85% | 15% | 106,102,720 | 319,441,218 | 25% |
| GRUMARI | EAS | PNBV | 54,593,352 | 9,629,197 | 26,915,691 | 125,600,890 | 148,311,667 | 85% | 15% | 91,138,240 | 273,912,557 | 25% |
| IPANEMA | EAS | PNBV | 35,681,459 | 6,291,804 | 27,052,986 | 68,873,258 | 136,860,170 | 85% | 15% | 69,026,249 | 205,733,428 | 25% |
| LEBLON | EAS | PNBV | 25,166,841 | 5,342,165 | 21,267,095 | 136,860,170 | 136,860,170 | 85% | 15% | 56,376,101 | 168,078,602 | 25% |
| LEME | EAS | PNBV | 27,247,385 | 4,803,438 | 22,069,328 | 136,860,170 | 136,860,170 | 85% | 15% | 54,120,151 | 161,645,662 | 25% |
| MARAMBAIA | EAS | PNBV | 26,894,796 | 4,741,216 | 22,450,756 | 8,537,499 | 152,165,000 | 85% | 15% | 54,086,768 | 160,702,499 | 25% |
| URCA | BRASFELS | ANGRA PART. (QGOG) | 73,350,291 | 12,944,158 | 38,116,700 | 174,592,552 | 313,783,883 | 85% | 15% | 124,411,149 | 488,176,435 | 20% |
| GUAMARAPI | JURONG | ODFJELL GALVÃO | 57,556,787 | 14,389,181 | 42,608,051 | 250,799,261 | 182,484,159 | 80% | 20% | 114,014,019 | 433,283,400 | 21% |
| BRACUHY | BRASFELS | ANGRA PART. (QGOG) | 109,726,626 | 3,492,158 | 34,694,149 | 196,650,100 | 30,885,006 | 85% | 15% | 57,970,933 | 225,537,246 | 21% |
| PORTOGALO | BRASFELS | DOMAIN (PETROSERV) | 5,987,185 | 1,056,551 | 15,044,185 | 54,998,727 | 30,527,619 | 85% | 15% | 22,087,921 | 85,526,346 | 21% |
| MANGARATIBA | BRASFELS | ANGRA PART. (QGOG) | 6,055,185 | 1,068,551 | 12,572,018 | 77,143,186 | | 85% | 15% | 19,695,754 | 77,143,186 | 20% |
| BOTINAS | BRASFELS | NEPTUNE (DOG) | 6,055,185 | 1,068,551 | 12,678,739 | 77,050,433 | | 85% | 15% | 19,802,475 | 77,050,433 | 20% |
| ONDINA | PARAGUAÇU | NEPTUNE (DOG) | 60,935,255 | 10,753,268 | 36,260,142 | 227,323,169 | 201,894,935 | 85% | 15% | 107,948,665 | 429,218,104 | 20% |
| PITUBA | PARAGUAÇU | NEPTUNE (DOG) | 20,317,661 | 3,585,458 | 31,751,018 | 179,648,803 | 44,544,867 | 85% | 15% | 55,654,137 | 224,139,670 | 20% |
| BOPEBA | PARAGUAÇU | NEPTUNE (DOG) | 13,018,385 | 2,297,351 | 20,800,000 | 101,423,466 | 44,054,768 | 85% | 15% | 36,115,736 | 145,478,234 | 20% |
| INTERLAGOS | PARAGUAÇU | NEPTUNE (DOG) | 6,422,385 | 1,133,351 | 22,806,160 | 23,050,001 | 37,000,000 | 85% | 15% | 30,361,896 | 60,050,001 | 34% |
| ITAPEMA | PARAGUAÇU | SEAWORTHY (ETESCO/OAS) | 8,021,812 | 2,673,924 | 23,156,160 | 1 | 34,000,000 | 75% | 25% | 33,851,896 | 34,000,001 | 50% |
| COMANDATUBA | PARAGUAÇU | SEAWORTHY (ETESCO/OAS) | 8,021,812 | 2,673,924 | 23,156,160 | 1 | 34,000,000 | 75% | 25% | 33,851,896 | 34,000,001 | 50% |
| FRADE | BRASFELS | DOMAIN (PETROSERV) | 35,790,106 | 6,260,620 | 40,285,554 | 288,548,515 | 40,693,998 | 85% | 15% | 82,336,480 | 329,242,113 | 20% |
| CAMBURI | JURONG | SEABRAS (SEADRILL) | 14,524,036 | 6,224,558 | 36,623,130 | 140,099,441 | 89,027,141 | 70% | 30% | 57,371,724 | 229,120,582 | 20% |
| ITAOCA | JURONG | ODFJELL GALVÃO | 9,861,003 | 2,465,235 | 27,559,600 | 89,620,948 | 70,905,276 | 80% | 20% | 39,885,838 | 160,526,224 | 20% |
| ITAUNAS | JURONG | SEABRAS (SEADRILL) | 7,023,635 | 3,010,101 | 27,454,747 | 39,700,000 | 95,835,000 | 70% | 30% | 37,488,483 | 135,535,000 | 22% |
| SIRI | JURONG | ODFJELL GALVÃO | 11,012,282 | 2,753,054 | 37,728,000 | 21,800,001 | 76,000,000 | 80% | 20% | 51,493,336 | 97,800,001 | 34% |
| SAHY | JURONG | SEABRAS (SEADRILL) | 8,685,435 | 3,722,301 | 38,871,160 | 20,200,000 | 71,000,000 | 70% | 30% | 51,279,936 | 71,200,000 | 30% |
| CASSINO | ECOVIX | SEAWORTHY (ETESCO/OAS) | 45,208,829 | 14,743,212 | 31,292,953 | 204,521,733 | 157,945,554 | 75% | 25% | 91,244,994 | 362,467,287 | 20% |
| CURUMIM | ECOVIX | SEAWORTHY (ETESCO/OAS) | 17,824,302 | 5,941,434 | 33,612,920 | 114,622,469 | 99,519,864 | 75% | 25% | 57,378,656 | 214,142,333 | 21% |
| SALINAS | ECOVIX | SEAWORTHY (ETESCO/OAS) | 17,320,302 | 5,773,434 | 21,443,200 | 75,471,334 | 85,662,150 | 75% | 25% | 44,536,936 | 161,133,484 | 22% |
| JOATINGA | EAS | ASD | 46,045,637 | | | 52,900,000 | 250,000,000 | 100% | 0% | 46,045,637 | 302,900,000 | 13% |
| TOTAL | | | 821,617,075 | 164,959,154 | 784,126,828 | 3,047,540,473 | 3,134,888,721 | | | 1,770,703,057 | 6,182,429,194 | 22% |

* Book values (include capitalization of interest, where applicable, for intercompanies and Bridges).

| | | |
|---|---|---|
| 1 | INTERCO - FI FGTS | Long-term subordinate loans using funds from FI-FGTS Debentures. In the SPEs these are loans with a fifteen-year amortization term, a total grace period of nine months after the start of the operation, with 12% interest per annum. In order to calculate leverage, these funds are considered to be equity. |
| 2 | INTERCOMPANY | Short-term (bridge) loans with funds from Bridge Loan 3, taken at Sete International, and/or shareholder funds. They will be repaid when new bridge financing is obtained (e.g., Bridge Loan 4) taken directly within the SPE or when the senior debt is disbursed. In cases of SPEs that have taken out a bridge loan, this is a Subordinate instrument. |
| 3 | BRIDGE | Short-term loans taken out directly by the SPE (Bridge Loans 1, 2, and 4). They will be repaid at the time of the first disbursement of the senior debt. |

## General Highlights

*GOVERNANCE*

### Board of Directors

| | |
|---|---|
| **Board of Directors Meeting of April 15, 2015** | ***Matters for deliberation:***<br><br>• Deliberated on revising criteria for the benefits of directors' long-term compensation.<br><br>***Informational Matters:***<br><br>• Overview of the Company's Business;<br>• Monitoring of the Company's Financing Plan;<br>• Monitoring of evolution of assets;<br>• Internal Audit Report. |

### Audit Committee

| | |
|---|---|
| **Meeting April 9, 2015** | • Internal Audit Report. |

### Fiscal Council

| | |
|---|---|
| **Meeting of the Fiscal Council April 14, 2015** | • Budget Follow-up (budgeted x actual) up to February 2015. |

### General Meeting

| | |
|---|---|
| **General Meeting of Shareholders April 30, 2015 11:00 a.m.** | • Meeting of shareholders pending formal closure (until the date of disclosure of this Report). |

| | |
|---|---|
| **Special Meeting of Shareholders April 30, 2015 12:00 p.m.** | • Meeting temporarily open (until the date of disclosure of this Report);<br><br>• Agenda: deliberate on authorizing the Company to start pre-operational preparations for the drilling rigs of the Rigs Project. |

### *REGARDING SETE BRASIL*

Formed in December 2010, Sete Brasil is a privately-held corporation specialized in asset portfolio management with investments geared towards the oil and gas sector of the offshore area in Brazil, particularly those related to the Brazilian Pre-Salt Basin. Sete Brasil's project portfolio contains twenty-eight charter contracts and twenty-nine EPC contracts; its portfolio of operational assets is divided into twenty-three drillship-type units and six semisubmersible-type units. The Company was created with Petrobras and the private equity fund FIP Sondas (comprised of institutional investors, banks, and investment funds), as its direct shareholders.

### *Corporate Structure*



Confidential                                                                EIG00156009

## Investor Relations Department

ri@setebr.com
www.setebr.com
http://ri.setebr.com/
+ 55 21 2528-0080





Relatório Executivo

# ABR 2015

Rio de Janeiro, 30 de abril de 2015

setebrasil

EIG00155998

EIG_KEP_00203226



# CONFIDENCIAL

Este documento é confidencial e de uso exclusivo dos
acionistas e conselheiros da Sete Brasil, sendo vedada sua
reprodução e divulgação a terceiros, no todo ou em parte,
sem a prévia autorização expressa da Companhia.

Relatório Executivo - Abril/2015

**Evolução da Constituição dos Ativos *(posição em 31.03.2015)***



Figura 1: *DRU#1 Arpoador – Aracruz (Brasil) – abril/2015*

Rio de Janeiro, 30 de abril de 2015 - No final do mês de março/15, o avanço físico realizado/consolidado para as 29 sondas do portfólio foi de 27,27%, contra um avanço físico planejado/consolidado de 34,80%. Em comparação ao mês de fevereiro/15, houve uma piora na relação realizado/planejado em 1,47pp (avanço físico está 7,54pp abaixo do planejado, contra 6,07pp no mês anterior).

A tabela a seguir apresenta os principais aspectos da evolução das obras durante o mês de março/15.

| Avanço Construção/Financeiro | Status | Avanço Físico | | Avanço Financeiro | |
|---|---|---|---|---|---|
| | | Planejado | Realizado | Planejado | Realizado |
| **Sondas** | | | | | |
| Avanço Físico/Financeiro Consolidado[1] | ⬤ | 34,80% | 27,27% | 49,12% | 31,96% |
| 1ª DRU (Arpoador @ Jurong) | ⬤ | 97,82% | 81,47% | 95,99% | 75,71% |
| 2ª DRU (Copacabana @ EAS) | ⬤ | 86,33% | 49,24% | 97,49% | 54,92% |
| 3ª DRU (Urca @ BrasFELS) | ◯ | 90,88% | 87,72% | 89,56% | 71,04% |
| 4ª DRU (Guarapari @ Jurong) | ⬤ | 56,94% | 61,79% | 85,37% | 62,65% |
| 5ª DRU (Cassino @ ERG) | ⬤ | 77,36% | 52,24% | 75,18% | 53,12% |
| **Construção / Obras Auxiliares Estaleiros** | | | | | |
| EAS - Obras Auxiliares | ◯ | 100,00% | 100,00% | - | - |
| Enseada - Construção[2] | ⬤ | 99,97% | 81,50% | - | - |
| ERG 2 - Construção[3] | ⬤ | 100,00% | 93,10% | - | - |
| EJA - Construção[2] | ⬤ | 99,73% | 76,01% | - | - |

(1) Ordem das sondas: início do Afretamento / Desempate: entrega pelo estaleiro

(2) Avanço Realizado acumulado até Dez/14, pois o estaleiro não informou os avanços de Jan/15 a Mar/15.

(3) Avanço Realizado acumulado até Nov/14, pois o estaleiro não informou os avanços de Dez/15 a Mar/15.



Sete Brasil | Relatório Executivo

Confidential

EIG00156000

EIG_KEP_00203228

Os principais destaques da evolução física e financeira da constituição dos ativos da Sete Brasil no mês de março/15 são:

**Estaleiro Jurong Aracruz**

Em virtude da suspensão dos serviços, o EJA não emitiu o Relatório Mensal de março/15 (assim como o de fevereiro/15), e, consequentemente, não foram reportados avanços físicos para o período. Os valores físicos realizados referem-se ao acumulado até janeiro/15.



**DRU#1 Arpoador**

- Iniciada a pintura do *Helideck* no EJA;

- Avanço Físico Planejado/Realizado: 97,82% / 81,47%.



**DRU#7 Guarapari**

- Finalizada a montagem dos blocos L6Q2, L6Q3, L6Q5, L6Q6 e pintura do bloco L6Q4 do *Living Quarter* no EJA;

- Iniciada a montagem de *Derrick* em 02/abril no EJA;

- Realização do "*Crank* dos Motores" (primeiro giro com queima de combustível), sendo o último em 10/abril;

- Avanço Físico Planejado/Realizado: 56,94% / 61,79%.



**Construção do Estaleiro (EJA):**

- Iniciada a instalação de tubulação para facilidades e lançamento de cabos na oficina 1210.

**Estaleiro BrasFELS**

O Estaleiro não notificou a suspensão dos serviços, porém o efetivo foi reduzido aos sábados e sem regime de horas extras.

**DRU#1 Urca**

- Em 11/abril foi realizado (e acompanhado pela fiscalização) o *load test* do 7º e último gerador;

- Içamento e posicionamento do *Mux Cable Reel Blue* em 10/abril;

- Priorização do sistema de *Rig Line*, HPU e suas facilidades para o desenvolvimento do comissionamento do sistema de *drilling* da sonda;

- Avanço Físico Planejado/Realizado: 90,88% / 87,72%.




Confidential

EIG00156001

EIG_KEP_00203229

**DRU#2 Frade**

*BrasFELS* (Brasil)
• *Topside:* realizado *lifting* do Megabloco 1 (blocos 31/32S) em 13/abril.

*Cingapura*
• *Living Quarter:* concluída a fabricação de tubulação e *hook-ups* para as cabines.

• Avanço Físico Planejado/Realizado: 64,38% / 59,56%.



**DRU#3 Bracuhy**

• *Upper Columns* (*Bintan,* Indonésia): concluída a instalação de equipamentos do bloco 27 em abril/15.

• Avanço Físico Planejado/Realizado: 37,74% / 32,74%.



**Estaleiro EAS**

Principais pontos:

• O EAS emitiu uma carta, em 26 de janeiro de 2015, informando sobre a suspensão formal dos trabalhos a partir do dia 03/fevereiro. Apesar disso, observou-se que até o final do mês de fevereiro/15 ainda houve execução de alguns poucos serviços nos estaleiros no Brasil e no exterior.

• Em virtude da suspensão dos serviços, não houve medição em março/15 e fevereiro/15, e, consequentemente, não houve avanço físico e financeiro no período. Os valores físicos realizados referem-se ao acumulado até janeiro/15.

• Todos os sites tiveram suas obras paralisadas efetivamente em março/15.

• O progresso físico acumulado da DRU#2 foi retificado, com uma redução de 0,48%, devido à falta de evidências apresentas pelo estaleiro que comprovem o fim da fabricação de quatro equipamentos do *Drilling Package*. Com isso, o avanço físico consolidado do estaleiro passa de 23,21% para 23,15%.

**Estaleiro ERG2**

O Estaleiro não notificou a paralisação dos serviços, porém reduziu drasticamente as atividades. A Cosco reforçou a suspensão das atividades do Projeto Cassino na China.

Confidential

EIG00156002

EIG_KEP_00203230

setebrasil
Feita para o Brasil
Relatório Executivo

**DRU#1 Cassino**

*ERG2*
• Alinhamento de eixo dos agitadores de lama;
• Início da montagem do *Mud Mixer* no bloco D25P.

*China (Cosco)*
• Instalação de dutos de HVAC;
• Módulo de Acomodações: conclusão da pavimentação dos pisos e TH de vasos do sistema de combate a incêndios;
• Avanço Físico Planejado/Realizado: 77,35% / 52,24%.



**Estaleiro Enseada**

Principais pontos:

• O Estaleiro notificou a SPE sobre a suspensão dos trabalhos a partir de 26/janeiro, devido ao não pagamento dos valores devidos. Apesar disso, os trabalhos no Japão (construção dos cascos) e China (construção dos blocos de acomodações) continuam em andamento para a DRU#1 e desaceleraram para a DRU#2. As atividades em Maragojipe foram efetivamente suspensas em 20/março para DRU#2 e 25/março para DRU#1.
• O Estaleiro suspendeu as reuniões semanais de coordenação, engenharia, suprimento e planejamento, bem como a emissão dos relatórios semanais e RDO.
• Os valores realizados acumulados foram calculados com base na medição #33 de março/15. Os valores realizados de fevereiro/15 foram revisados após a conclusão da medição #32 referente à aquele mês, que ocorreu posteriormente à emissão deste relatório.

**Construção do Estaleiro (ENSEADA):**

• Desmobilizada a mão de obra do CEP (Consórcio construtor do Estaleiro) cujos serviços passam a ser realizados pelo próprio Enseada.
• Concluída a soldagem da Viga Principal do *Goliath Crane* em 10/abril.

A seguir, a tabela com o consolidado do avanço físico/financeiro e Conteúdo Local por estaleiro:

| Acumulado | Estaleiro Atlântico Sul (EAS) | | Estaleiro Jurong Aracruz | | Estaleiro Jurong Aracruz (EJA) | | Estaleiro Rio Grande (ERG-2) | | Enseada Indústria Naval (Enseada) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Planejado | Realizado | Planejado | Realizado | Planejado | Realizado | Planejado | Realizado | Planejado | Realizado |
| Avanço Físico (%) | 39,29% | 23,15% | 33,63% | 33,01% | 36,23% | 34,03% | 40,30% | 24,82% | 26,32% | 19,66% |
| Avanço Financeiro (%) | 61,69% | 36,29% | 41,35% | 29,50% | 45,07% | 35,14% | 61,95% | 35,17% | 43,40% | 25,03% |
| Construção/ Obras Auxiliares (%) | 100,00% | 100,00% | Não aplicável | | 99,73% | 76,01% | 100,00% | 93,10% | 99,97% | 81,50% |
| Conteúdo Local[1] | DRU#1 = 60,19% Contratual: 55% | | DRU#1 = 56,55% Contratual: 55% | | DRU#1 = 60,21% Contratual: 55% | | DRU#1 = 57,67% Contratual: 55% | | DRU#1 = 57,12% Contratual: 55% | |

[1]Relatório de Conteúdo Local:
- EAS com valores de Dez/14 (pois não recebemos os Relatórios de Jan, Fev e Mar/15)
- EJA referente à Jan/15 (pois não recebemos os Relatórios de Fev e Mar/15).

Os pagamentos previstos para dezembro/14, janeiro/15, fevereiro/15 e março/15 não foram realizados em função da indisponibilidade de caixa pelas SPE, devido ao atraso no desembolso do financiamento.



Confidential

EIG00156003
EIG_KEP_00203231

setebrasil
Feita para o Brasil          Relatório Executivo

## Acompanhamento do Plano de Financiamento

*Curto Prazo*

Atualmente, a Companhia possui cinco linhas de financiamento de curto prazo contratadas (*Bridge 3* foi amortizado) e uma linha de financiamento obtida com um de nossos acionistas, totalizando cerca de US$ 3,7 bi contratados.

| Credor | Tomador | Taxa | Vencimento | Saldo [1] | Comentários |
|---|---|---|---|---|---|
| **BRIDGE 1**<br>Itaú BBA e Banco do Brasil<br>(US$) | • Copacabana<br>• Grumari<br>• Ipanema<br>• Leblon<br>• Leme | Libor +<br>550 bps | Fevereiro-15 | US$ 734 mm | Em *Standstill*<br>–Aguardando<br>reestruturação– |
| **BRIDGE 2**<br>Bradesco, Banco do Brasil e Santander<br>(US$) | • Arpoador<br>• Cassino<br>• Urca<br>• Frade<br>• Guarapari<br>• Ondina<br>• Camburi | Libor +<br>550 bps | Fevereiro-15 | US$ 1.717 mm | Em *Standstill*<br>–Aguardando<br>reestruturação– |
| | • Bracuhy<br>• Portogalo<br>• Pituba<br>• Itaipeba<br>• Itaoca<br>• Curumim<br>• Salinas | Libor +<br>400 bps | Abril-15 | | Em *Standstill*<br>–Aguardando<br>reestruturação– |
| **BRIDGE 3**<br>Sumitomo, Bradesco, Scotiabank, Citi e Standard Chartered<br>(US$)<br>SMBC Standard Chartered citi | • Sete International One GmbH | N/A | N/A | US$ 0 mm | Empréstimo amortizado<br>em 14-Janeiro-2015 |
| **BRIDGE 4**<br>Itaú BBA e Banco do Brasil<br>(US$) | • Marambaia<br>• Interlagos<br>• Itapema<br>• Comandatuba<br>• Itaúnas<br>• Siri<br>• Sahy | Libor +<br>390 bps | Março-15 | US$ 525 mm | Em *Standstill*<br>–Aguardando<br>reestruturação– |
| **BRIDGE 5**<br>Standard Chartered | • Joatinga | Libor +<br>200 bps | Fevereiro-15 | US$ 251 mm | Processo de execução<br>iniciado em Março-2015 |
| **BRIDGE 6**<br>Caixa Econômica Federal<br>CAIXA | • Sete Investimentos I S.A. | 9,2%+<br>Variação<br>Cambial | Abril-15 | US$ 413 mm | Em *Standstill*<br>–Aguardando<br>reestruturação– |
| **EXCHANGEABLE**<br>Luce Venture Capital | • Sete International One GmbH | Libor +<br>4,75%aa | Dezembro-15 | US$ 46,5 mm | N/A |

*(1) Posição de 30/04/15 com condições vigentes para os empréstimos vencidos.*

**Confidential**

EIG00156004

EIG_KEP_00203232



EIG0015005

EIG_KEP_00203233

Confidential

setebrasil
Feita para o Brasil
Relatório Executivo

## Planejamento Financeiro

Conforme informado pelo Diretor Financeiro da Companhia, em Reunião do Conselho de Administração de 25 de fevereiro de 2015, que contou com a presença de alguns acionistas, diante das incertezas do atual cenário da Sete Brasil, a Diretoria Financeira não fornecerá projeção de Fluxo de Caixa. Logo, conforme ocorrido nos dois últimos meses, as informações relacionadas ao Planejamento Financeiro só contemplam o realizado.

### *Quadro de Usos e Fontes*

**Realizado até Março-15**                                              *Em milhões de Dólares*

| Usos | US$ | % | Fontes | US$ | % |
|------|-----|---|--------|-----|---|
| Contrato de EPC | 7.215 | 92% | Bridge | 3.041 | 39% |
| Reajuste do EPC | 484 | 6% | Mútuo | 2.955 | 38% |
| Variação Cambial do EPC | -718 | -9% | BNDES | 0 | 0% |
| Custos Pré-Operacionais | 0 | 0% | ECAs | 0 | 0% |
| Contingências | 0 | 0% | FMM | 0 | 0% |
| CMA - Petrobras | 87 | 1% | Outros (Finisa/Bonds/Outros) | 0 | 0% |
| CMA - Operadores | 116 | 1% | **Dívida Total** | **5.996** | **77%** |
| CMA - Sete Brasil | 0 | 0% | | | |
| Certificação | 0 | 0% | | | |
| Seguros | 129 | 2% | Equity Class A | 822 | 11% |
| FGCN | 34 | 0% | Equity Class B | 162 | 2% |
| Custos Financeiros | 218 | 3% | FI-FGTS | 743 | 10% |
| | | | **Capital Total** | **1.727** | **22%** |
| G&A e Outros | 220 | 3% | **Outros** | **81** | **1%** |
| Caixa | 18 | 0% | | | |
| **TOTAL** | **7.804** | **100%** | **TOTAL** | **7.804** | **100%** |

*\* Valores contemplam movimentação de caixa (não incluem informações contábeis, tais como capitalizações de juros)*

O quadro de Usos e Fontes consolida todos os gastos das SPE realizados até o mês de março/15 incluindo o CAPEX e despesas administrativas, detalhando as fontes utilizadas para arcar com esses investimentos.

Observa-se que cerca de 39% dos investimentos foram pagos com recursos advindos de financiamentos tomados diretamente nas SPE (*Bridges* 1, 2 e 4), 10% foram pagos com recursos oriundos do FI-FGTS e 38% foram pagos com mútuos oriundos dos recursos de acionistas. Os 13% restantes referem-se ao *equity* classe A e B.

Embora cada SPE tenha índices de alavancagem distintos, como demonstrado no item "Controle de aportes e dívidas SPEs", a consolidação das SPE já busca a estrutura de capital-alvo de 75% de dívida e 25% de capital próprio. O planejamento individual de cada SPE considera a equalização de todas elas ao nível exigido pelos financiadores de Longo Prazo no momento do primeiro desembolso dos mesmos.

Confidential

EIG00156006

EIG_KEP_00203234

EIG0015007
EIG_KEP_00203235

**CONTROLE DE APORTES E DÍVIDAS SPE**
março-15

Valores em Dólares

| EMPRESA | ESTALEIRO | CLASSE B | TOTAL | | | | | %Participação | | Relação Debt-Equity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CLASSE A | CLASSE B | INTERCO - FI-FGTS¹ | INTERCOMPANY² | BRIDGE³ | CLASSE A | CLASSE B | Equity | Debt | D/E |
| ARPOADOR | JURONG | PNBV | 83,347,637 | 14,350,538 | 23,495,217 | 277,914,469 | 297,079,918 | 85% | 15% | 125,119,372 | 494,999,155 | 25% |
| COPACABANA | JURONG | PNBV | 67,521,489 | 11,921,221 | 20,200,010 | 172,443,085 | 146,097,319 | 85% | 15% | 100,102,720 | 339,441,219 | 25% |
| GRUMARI | EAS | PNBV | 54,593,352 | 9,620,197 | 20,516,651 | 125,600,890 | 148,531,607 | 85% | 15% | 91,138,240 | 273,912,507 | 25% |
| IPANEMA | EAS | PNBV | 35,681,459 | 6,293,804 | 27,052,996 | 58,873,258 | 126,863,170 | 85% | 15% | 69,026,249 | 205,733,428 | 25% |
| LEBLON | EAS | PNBV | 29,166,641 | 5,142,165 | 21,967,055 | 31,238,452 | 136,982,170 | 85% | 15% | 56,276,051 | 168,078,602 | 25% |
| LEME | EAS | PNBV | 27,247,385 | 4,803,438 | 13,655,439 | 24,786,492 | 154,860,170 | 85% | 15% | 54,120,151 | 161,645,662 | 25% |
| MARAMBAIA | EAS | PNBV | 26,694,796 | 4,711,216 | 22,450,756 | 8,537,499 | 152,165,000 | 85% | 15% | 54,086,768 | 160,702,409 | 20% |
| URCA | BRASFELS | ANGRA PART. (GGOG) | 73,350,251 | 12,944,158 | 38,116,700 | 174,592,052 | 313,793,863 | 85% | 15% | 124,411,149 | 488,376,435 | 20% |
| GUARIMARI | JURONG | ODF/EL GAU/ÃO | 57,556,797 | 10,186,181 | 42,068,051 | 250,790,261 | 182,884,189 | 80% | 20% | 114,014,019 | 433,283,607 | 21% |
| BRACUHY | JURONG | ANGRA PART.(GGOG) | 10,726,626 | 3,483,218 | 34,094,459 | 145,532,783 | 38,886,566 | 85% | 15% | 57,261,933 | 225,497,240 | 20% |
| PORTOGALO | BRASFELS | DOMAIN (PETROSERV) | 5,997,185 | 1,056,551 | 15,044,185 | 54,998,727 | 39,527,619 | 85% | 15% | 22,087,921 | 85,521,345 | 21% |
| MANGARATIBA | BRASFELS | ANGRA PART. (GGOG) | 6,055,185 | 1,068,551 | 12,572,018 | 77,243,386 | | 85% | 15% | 19,695,754 | 77,143,186 | 20% |
| BOTINAS | BRASFELS | NEPTUNE (OOG) | 6,055,185 | 1,068,551 | 12,678,739 | 77,050,453 | | 85% | 15% | 19,882,475 | 77,090,438 | 20% |
| ONDINA | FARAGUAÇU | NEPTUNE (OOG) | 60,533,255 | 10,753,268 | 36,260,142 | 227,623,169 | 201,894,935 | 85% | 15% | 107,948,665 | 429,219,234 | 20% |
| PITUBA | FARAGUAÇU | NEPTUNE (OOG) | 20,317,661 | 3,585,458 | 31,751,018 | 179,648,803 | 44,564,867 | 85% | 15% | 55,654,137 | 224,193,670 | 20% |
| BOIPEBA | FARAGUAÇU | NEPTUNE (OOG) | 13,018,385 | 2,297,351 | 20,800,070 | 101,423,460 | 44,054,768 | 85% | 15% | 36,115,736 | 145,478,234 | 50% |
| INTERLAGOS | FARAGUAÇU | NEPTUNE (OOG) | 5,422,385 | 1,133,351 | 22,805,160 | 23,050,001 | 37,000,000 | 85% | 15% | 30,361,896 | 60,050,001 | 14% |
| ITAPEMA | FARAGUAÇU | SEAWORTHY (ETSCO/OAS) | 8,021,812 | 2,673,924 | 23,155,160 | | 34,000,000 | 75% | 25% | 33,851,896 | 34,000,001 | 50% |
| COMANDATUBA | FARAGUAÇU | SEAWORTHY (ETSCO/OAS) | 8,023,812 | 2,673,924 | 24,356,160 | | 34,000,000 | 75% | 25% | 33,853,896 | 34,000,001 | 50% |
| FRADE | BRASFELS | DOMAIN (PETROSERV) | 36,790,106 | 6,260,820 | 40,285,554 | 298,548,815 | 44,693,598 | 85% | 15% | 82,336,440 | 329,242,113 | 20% |
| CAIMBURI | JURONG | SEAMPAS (SA/ORILL) | 14,524,036 | 6,224,958 | 36,623,130 | 160,090,451 | 89,027,341 | 70% | 30% | 97,971,724 | 225,120,562 | 20% |
| ITACA | JURONG | ODF/EL GAU/ÃO | 9,861,803 | 2,405,235 | 27,359,040 | 79,800,276 | 61,900,000 | 80% | 20% | 39,868,838 | 202,923,156 | 22% |
| ITAÚNAS | JURONG | SEAMPAS (SA/ORILL) | 15,863,635 | 3,010,101 | 27,454,747 | 89,700,010 | 95,835,000 | 70% | 30% | 37,488,483 | 135,535,000 | 22% |
| SIRI | JURONG | ODF/EL GAU/ÃO | 11,012,282 | 2,753,054 | 37,728,000 | 21,800,001 | 76,020,000 | 80% | 20% | 51,453,336 | 97,800,001 | 34% |
| SAHY | JURONG | SEAMPAS (SA/ORILL) | 8,683,435 | 3,722,301 | 38,872,160 | 20,220,000 | 71,000,000 | 70% | 30% | 51,273,896 | 91,200,000 | 36% |
| CASINO | ECOVIX | SEAWORTHY (ETSCO/OAS) | 45,206,820 | 14,742,212 | 35,235,142 | 313,220,763 | 157,348,554 | 75% | 25% | 31,244,994 | 362,447,287 | 21% |
| CURUMIM | ECOVIX | SEAWORTHY (ETSCO/OAS) | 17,824,302 | 5,941,434 | 33,612,920 | 114,622,469 | 99,510,864 | 75% | 25% | 57,378,656 | 214,141,333 | 21% |
| SAÚNAS | ECOVIX | SEAWORTHY (ETSCO/OAS) | 17,103,302 | 5,772,314 | 71,443,290 | 85,667,590 | | 75% | 25% | 44,530,596 | 161,113,484 | 27% |
| JOATINGA | EAS | ASD | 86,095,637 | | | 32,900,000 | 250,000,000 | 100% | 0% | 86,095,637 | 302,900,000 | 13% |

* Valores Contábeis (incluem a capitalização de juros, quando o caso, nos intercompanies e Bridges).

| 1 | INTERCO - FI-FGTS | Empréstimos subordinados de longo prazo (ponte) com recursos das Debêntures do FI-FGTS. Nas SPE são empréstimos com 15 anos de prazo para amortização, carência total de 9 meses após início da operação, juros de 12% a.a.. Para o cálculo de alavancagem, estes recursos são considerados *equity*. |
|---|---|---|
| 2 | INTERCOMPANY | Empréstimos de curto prazo (ponte) tomado com recursos do Ponte 3, tomado na Sete International, e/ou recursos dos acionistas. Serão repagos quando da entrada de um novo financiamento ponte (ex. Ponte 4) tomado diretamente na SPE ou quando do desembolso da dívida sênior. Nos casos das SPE que possuem empréstimo-ponte contratado, trata-se de um instrumento Subordinado. |
| 3 | BRIDGE | Empréstimos de curto prazo tomados diretamente pela SPE (Bridge 1, 2 e 4). Serão repagos quando do 1º desembolso de dívida sênior. |

Sete Brasil | Relatório Executivo

**Confidential**

**Destaques Gerais**

*GOVERNANÇA*

**Conselho de Administração**



**RCA 15.04.2015**

*Itens deliberativos:*

• Deliberada a revisão de critérios para os benefícios de remuneração de longo prazo dos administradores.

*Itens informativos:*

• Visão Geral dos Negócios da Companhia;
• Acompanhamento do Plano de Financiamento da Companhia;
• Acompanhamento da evolução da constituição dos ativos;
• Reporte da Auditoria Interna.

**Comitê de Auditoria**

**Reunião 09.04.2015**

• Reporte da Auditoria Interna.

**Conselho Fiscal**

**RCF 14.04.2015**

• Acompanhamento Orçamentário (orçado x realizado) até fevereiro/2015.

**Assembleia Geral**

**AGO Reunião 30.04.2015 11h**

• Assembleia pendente de fechamento formal de seus acionistas (até a data da divulgação desse Relatório).

**AGE Reunião 30.04.2015 12h**

• Assembleia temporariamente em aberto (até a data da divulgação desse Relatório);

• Ordem do dia: deliberar sobre a autorização para que a Companhia possa iniciar os preparativos pré-operacionais das sondas de perfuração do Projeto Sondas.

Confidential

EIG00156008

EIG_KEP_00203236

## SOBRE A SETE BRASIL

Criada em dezembro de 2010, a Sete Brasil é uma sociedade anônima de capital fechado especializada em gestão de portfólio de ativos com investimentos voltados para o setor de petróleo e gás na área de *offshore* no Brasil, especialmente aqueles relacionados ao pré-sal brasileiro. A Sete Brasil registra, em sua carteira de projetos, 28 contratos de afretamento e 29 contratos de EPC, onde o portfólio de ativos operacionais é dividido em 23 unidades do tipo navio-sonda e 6 unidades do tipo semissubmersíveis. A Companhia foi criada tendo como acionistas diretos a Petrobras e o fundo de investimento em participações FIP Sondas, formado por investidores institucionais, bancos e fundos de investimento.

### Estrutura Societária



Confidential

EIG00156009

EIG_KEP_00203237

## Gerência de Relacionamento com Investidores

ri@setebr.com
www.setebr.com
http://ri.setebr.com/
+ 55 21 2528-0080



Confidential