# EXHIBIT 100

**The following pages that are in Portuguese are a PDF printout of a document found at
https://politica.estadao.com.br/blogs/fausto-macedo/delatores-da-sete-brasil-vao-devolver-cerca-de-r-28-milhoes/**

**The document is directly accessible at:
https://politica.estadao.com.br/blogs/fausto-macedo/wp-content/uploads/sites/41/2015/09/144_PET1-CONTRATO-DE-DELA%C3%87%C3%83O-MUSA-E-FERRAZ.pdf**

# DIVERGENT
## LANGUAGE SOLUTIONS

STATE OF CALIFORNIA            )
                               )
                               )
COUNTY OF SAN FRANCISCO        )   ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the document dated August 10, 2015 from the Federal Public Prosecutor's Office Federal Attorney General's Office, Paraná, re: "Operation Car Wash" Task Force, PLEA BARGAINING AGREEMENT INSTRUMENT for EDUARDO COSTA VAZ MUSA, dated August 7, 2015 and the COLLABORATION AGREEMENT entered into by EDUARDO COSTA VAZ MUSA on June/July [*sic*] 15, 2015.

Courtenay Houk
Divergent Language Solutions, LLC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 24 day of August, 2016, by _____Courtenay Houk_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____



CRESSIDA M. STOLP
COMMISSION # 2104114
NOTARY PUBLIC - CALIFORNIA
COUNTY OF SAN FRANCISCO
COMM. EXPIRES MAR. 21, 2019

**DIVERGENT LANGUAGE SOLUTIONS**
1300 Page Street | San Francisco, CA 94117 | p 415.400.4538 | f 415.508.3144
54 West 40th Street | New York, NY 10018 | p 917.997.4513 | f 415.508.3144
divergent@divergentls.com | www.divergentls.com



# Federal Public Prosecutor's Office
## FEDERAL ATTORNEY GENERAL'S OFFICE, PARANÁ
### "OPERATION CAR WASH" TASK FORCE

HIS EXCELLENCY, THE JUDGE OF THE 13TH FEDERAL COURT OF THE CURITIBA/PR JUDICIARY SUB-SECTION

**EPROC Classification: <u>Confidential – Level 5</u>**

**UNIQUE Classification: <u>Confidential</u>**

The **FEDERAL PUBLIC PROSECUTOR'S OFFICE** [*Ministério Público Federal*] hereby respectfully appears before Your Excellency with a view to setting forth and requesting the following:

On August 7, 2015 the Federal Public Prosecutor's Office, pursuant to Articles 4 and thereafter of Law No. 12.850/2013, entered into plea bargaining agreements with **JOÃO CARLOS DE MEDEIROS FERRAZ, CPF** [Brazilian Ministry of Finance personal tax identification] **No. 534110057-34**, and **EDUARDO COSTA VAZ MUSA, CPF No. 425.489.187-34.**

Said agreements were entered into for purposes of obtaining proof and evidence in the interest of the current investigations in Operation Car Wash, particularly the disclosure of responsible agents and participants, the hierarchical structure, and the division of the tasks and crimes committed by the criminal organizations that

[several sets of initials]



# Federal Public Prosecutor's Office
### FEDERAL ATTORNEY GENERAL'S OFFICE, PARANÁ
#### "OPERATION CAR WASH" TASK FORCE

are operating – or operated – within the companies Petróleo Brasileiro S/A and Sete Brasil Participações S/A.

The plea-bargaining agreements entered into are also aimed at recovering the proceeds or profits from the criminal infractions committed by the criminal organizations, both through the deposit of funds by the collaborators themselves, and through the repatriation of the funds they held abroad.

Thus, as a result of the agreements entered into and as civil fines for the injury acknowledged as having been caused due to the crimes they committed, **JOÃO CARLOS DE MEDEIROS FERRAZ** undertakes to pay into the judicial account the sum of R$ 3,000,000.00 (three million Brazilian *reais*), as well as to repatriate at least US$ 1,900,000.00 (one million, nine hundred thousand dollars), and **EDUARDO COSTA VAZ MUSA** undertakes to pay into the judicial account the sum of R$ 4,500,000.00 (four million, five hundred thousand reais) as well as to repatriate US$ 3,200,000.00 (three million, two hundred thousand dollars).

As a result of the agreements, the collaborators, waiving their guarantee against self-incrimination and their right to remain silent, have committed to tell the truth on all facts of which they are knowledgeable, the depositions of whom are attached hereto.

In light of all the above, the Federal Public Prosecutor's Office submits to Your Excellency an original of the agreements entered into by **JOÃO CARLOS DE MEDEIROS FERRA** and **EDUARDO COSTA VAZ MUSA**, with their respective terms, and **requests**:

**a)** acknowledgement of the validity of all procedures adopted in taking the depositions hereby presented;

[several sets of initials]



# Federal Public Prosecutor's Office
## FEDERAL ATTORNEY GENERAL'S OFFICE, PARANÁ
### "OPERATION CAR WASH" TASK FORCE

**b)** pursuant to Art. 4, § 7, Law No. 12.850/2013, **approval of the plea-bargaining agreements entered into** with **JOÃO CARLOS DE MEDEIROS FERRAZ** and **EDUARDO COSTA VAZ MUSA**, as they apply to all case files submitted to this Court within the scope of Operation Car Wash, specifically the attached declaration instruments and documents submitted thereby;

**c)** as **urgently as possible**, and **on a preliminary basis**, that Your Excellency provide for the **opening of two interest-bearing judicial accounts**, one for each collaborator, at Caixa Econômica Federal or another public banking institution, into which may be deposited the sums to be *voluntarily* transferred by the collaborators;

d) approval of the sharing of all proof and evidence collected as a result of the plea-bargaining agreements here in question, for use by the Federal Public Prosecutor's Office in civil inquiries and public civil actions, including those relating to administrative misrepresentation;

**e)** approval, for purposes of the adoption of applicable measures within the administrative, competitive, tax-related and disciplinary environments, of the sharing of all proof and evidence collected as a result of the plea-bargaining agreements here in question, with the Federal Police, Federal Revenue, Federal Office of the Comptroller [*Controladoria Geral da União*], CADE and TCU, with the express exception of the continuing confidential nature of all the information.

Curitiba, August 10, 2015.

[signature]

**Januário Paludo**

Regional Federal Prosecutor

[signature]

**Carlos Fernando dos Santos Lima**

Regional Federal Prosecutor



# Federal Public Prosecutor's Office
## FEDERAL ATTORNEY GENERAL'S OFFICE, PARANÁ
### "OPERATION CAR WASH" TASK FORCE

**Orlando Martello**

Regional Federal Prosecutor

**Antônio Carlos Welter**

Regional Federal Prosecutor

[signature]

**Roberson Henrique Pozzobon**

Federal Prosecutor

**Diogo Castor de Mattos**

Federal Prosecutor

**Paulo Roberto Galvão de Carvalho**

Federal Prosecutor

**Athayde Ribeiro Costa**

Federal Prosecutor

**Athayde Ribeiro Costa**

Federal Prosecutor

**Deltan Martinazzo Dallagnol**

Federal Prosecutor



# Ministério Público Federal

PROCURADORIA DA REPÚBLICA NO PARANÁ

FORÇA-TAREFA "OPERAÇÃO LAVA JATO"

EXCELENTÍSSIMO JUIZ DA 13ª VARA FEDERAL DA SUBSEÇÃO JUDICIÁRIA DE CURITIBA/PR

Classificação no EPROC: Sigiloso – Nível 5

Classificação no ÚNICO: Confidencial

O **MINISTÉRIO PÚBLICO FEDERAL** comparece, respeitosamente, perante V. Exa., no intuito de expor e requerer o quanto segue:

No dia 07 de agosto de 2015 o Ministério Público Federal celebrou, com fulcro nos artigos 4º e seguintes da Lei nº 12.850/2013, termo de colaboração premiada com **JOÃO CARLOS DE MEDEIROS FERRAZ, CPF nº 534110057-34,** e com **EDUARDO COSTA VAZ MUSA, CPF nº 425.489.187-34**.

Tais acordos foram firmados com a finalidade de obtenção de provas e elementos de provas no interesse da instrução das investigações decorrentes da Operação Lava Jato, sobretudo para o desvelamento de agentes e partícipes responsáveis, estrutura hierárquica, divisão de tarefas e crimes praticados pelas organizações criminosas que



# Ministério Público Federal
## PROCURADORIA DA REPÚBLICA NO PARANÁ
### FORÇA-TAREFA "OPERAÇÃO LAVA JATO"

operam – ou operaram – no seio da companhia Petróleo Brasileiro S/A e Sete Brasil Participações S/A.

O acordo de colaboração celebrado também teve por finalidade a recuperação do produto ou do proveito das infrações penais praticadas pelas organizações criminosas, tanto por intermédio do depósito de quantias pelos próprios colaboradores, quanto pela repatriação de valores por eles mantidos no exterior.

Assim, em decorrência do acordo celebrado e a título de multa cível pelos danos que reconheceu terem sido causados pelos crimes por eles praticados, **JOÃO CARLOS DE MEDEIROS FERRAZ** se comprometeu a recolher a conta judicial o valor de R$ 3.000.000,00 (três milhões de reais), além do repatriamento de ao menos US$ 1,900,000.00 (Um milhão e novecentos mil dólares), e **EDUARDO COSTA VAZ MUSA** se comprometeu a recolher a conta judicial o valor de R$ 4.500.000,00 (quatro milhões e quinhentos mil reais), além do repatriamento de US$ 3,200,000.00 (três milhões e duzentos mil dólares).

Em decorrência dos acordos, os colaboradores, renunciando à garantia contra a autoincriminação e ao direito ao silêncio, comprometeram-se a falar a verdade sobre todos os fatos de que tenha conhecimento e cujos depoimentos encontram-se juntosdos apensos.

Diante de tudo que foi exposto, o Ministério Público Federal submete a Vossa Excelência uma via original do acordo celebrado por **JOÃO CARLOS DE MEDEIROS FERRA e EDUARDO COSTA VAZ MUSA**, com seus respectivos termos, e **requer**:

a) o reconhecimento da validade de todos os procedimentos adotados na tomada dos termos de depoimentos ora apresentados;



# Ministério Público Federal
## Procuradoria da República no Paraná
### Força-Tarefa "Operação Lava Jato"

b) nos termos do disposto no art. 4º, § 7º da Lei n. 12.850/2013, **a homologação dos termos de colaboração firmados** com **JOÃO CARLOS DE MEDEIROS FERRAZ e EDUARDO COSTA VAZ MUSA**, com efeito sobre todos os expedientes submetidos a este Juízo no âmbito da Operação Lava Jato, notadamente os termos de declaração anexos e documentos por estes apresentados;

c) da **forma mais urgente possível**, e **em caráter liminar**, seja determinada a **abertura de duas contas judiciais remuneradas**, uma para cada colaborador, perante a Caixa Econômica Federal ou outra instituição bancária pública, na qual desde já possam ser depositados os valores a serem *voluntariamente* transferidos pelos colaboradores;

d) seja deferido o compartilhamento de todas as provas e elementos de provas colhidas em decorrência do acordo de colaboração ora em comento, para utilização pelo Ministério Público Federal em inquéritos civis e ações civis públicas, inclusive de improbidade administrativa;

e) seja deferido, para a adoção das providências cabíveis nos âmbitos administrativo, concorrencial, tributário e disciplinar, o compartilhamento de todas as provas e elementos de provas colhidas em decorrência do acordo de colaboração ora em comento, com a Polícia Federal, Receita Federal, Controladoria Geral da União, CADE e TCU, e mediante a expressa ressalva da manutenção do caráter sigiloso de todas as informações.

Curitiba, 10 de agosto de 2015.

**Januário Paludo**
Procurador Regional da República

**Carlos Fernando dos Santos Lima**
Procurador Regional da República



# Ministério Público Federal

### PROCURADORIA DA REPÚBLICA NO PARANÁ
#### FORÇA-TAREFA "OPERAÇÃO LAVA JATO"

**Orlando Martello**
Procurador Regional da República

**Antônio Carlos Welter**
Procurador Regional da República

**Roberson Henrique Pozzobon**
Procurador da República

**Diogo Castor de Mattos**
Procurador da República

**Paulo Roberto Galvão de Carvalho**
Procurador da República

**Athayde Ribeiro Costa**
Procurador da República

**Athayde Ribeiro Costa**
Procurador República

**Deltan Martinazzo Dallagnol**
Procurador da República