# EXHIBIT 101



**Keppel Corporation Limited**          Tel:  (65) 62706666
(Co Reg No. 196800351N)          Fax: (65) 64136452
1 HarbourFront Avenue
#18-01 Keppel Bay Tower
Singapore 098632
www.kepcorp.com

**RESPONSE TO MEDIA REPORTS ON ONGOING INVESTIGATIONS ON PETROBRAS**

Keppel refers to the Bloomberg article dated 3 August 2016 reporting allegations made by Mr Zwi Skornicki in criminal proceedings brought against him in Brazil. Keppel strongly denies the allegations reportedly made that Keppel executives authorized Mr Skornicki to pay bribes on its behalf.  None of the individuals named in the article, including the current CEO of Keppel Offshore and Marine Mr Chow Yew Yuen, have ever authorized Mr Skornicki to make any payments as bribes.