# EXHIBIT 102

8016

Keppel Offshore & Marine (Organisational Chart) - 2016

**Chief Executive Officer**
Chow Yew Yuen

**Director Corporate Development**
Lai Ching Chuan

- General Manager Corporate Development — Ang Ting Yang
- Director HSE — Yong Chee Min
- Director Org Devt / HR — Lee Chay Hoon
- General Manager Security — Mah Mun Kuen Phillip
- General Manager Special Projects — Tan Geok Seng
- Chief Executive Officer Keppel FELS Brasil — Kwok Kai Choong
- President Estaleiro BrasFELS — Khiew Huey Kang Marlin
- Managing Director Keppel Verolme — Harold Linssen
- President Keppel Marine Agencies International — Michael Holcomb
- President Keppel AmFELS — Lee Kim Foong Simon

**Chief Financial Officer**
Wong Ngam Jh

- General Manager Finance — Mah Soot Khiang Edmund
- Chief Financial Officer (Americas) — Sam Yuin Sing Tommy
- General Manager Risk & Compliance — Tan Choon Sze
- Director Legal — Jeffery Shiu Chow
- General Manager Legal — Chong Yun Kien Kenneth
- General Manager Information Systems — Tong Khey Sing Jacob
- General Manager Keppel Housing — Lee Chin Koon Steven

**Managing Director KFELS**
Ong Leng Yeow Chris

- Executive Director QS / PE — Wong Fook Seng
- General Manager Marketing — Teo Tiong Gee Keith
- General Manager Commercial — B Jayakumar K M Balasingam
- General Manager Engineering — Tan Leong Peng
  - General Manager Keppel FELS Engineering Baltech — Lyudmil Stoev
  - Engineering Manager Keppel FELS Engineering Shenzhen — Chua Khee Yong Norman
  - Engineering Manager Keppel FELS Engineering Wuhan — Xiao Peng Reynard
  - Engineering Manager KOM Engineering Mumbai — Chia Sim Seng Jeff

- Executive Director Operations — Mohamed Sahlan Bin Salleh
  - General Manager Operations *Goh Han Bin Max
    *Goh Han Bin Max is also overseeing Bintan Offshore
  - Chief Executive Officer Keppel LeTourneau — Foo Kok Seng
  - General Manager Keppel Sea Scan / Green Scan — Gui Eng Hwee
  - President Keppel Nantong Heavy Industry — Lek Hwee Chong Edmund
  - Chief Executive Officer Caspian Shipyard — Lau Kuat Pin
  - President Regency Steel Japan — Wong Chun Yu
  - President Bennett Offshore — Marc Wong
  - President Keppel SLP — Tapan K Das

**Managing Director Marine**
Chia Hock Chye Michael

**Managing Director KSL**
*Chor How Jat
* Chor How Jat is also Chairman of Keppel Philippines Marine

- Executive Director Commercial — Chow Wai Laye Louis
- Executive Director Operations — Kee Heok Seng Albert
- General Manager Alpine Engineering Services — Tan Swee Hwa Jason
- General Manager Blastech Abrasives / Nusa Maritime — Ng Yong Hwee Melvin
- Chief Executive Officer Blue Ocean Solutions — Ng Kok Loon Jerry
- Keppel SMIT Towage / Maju Maritime Managing Director — Pieter Van Stein General Manager — Wong Yoke Min Jerry
- President Keppel Philippines Marine — Leong Kok Weng
- President Keppel Subic Shipyard — Chiam Soon Lin Ezra
- President Keppel Batangas Shipyard — Wong Jen Ming
- President Keppel Philippines Holdings — Tong Wai Mun Stefan

**Managing Director KSM**
*Abu Bakar Bin Mohd Nor

- Executive Director Operations — Lek Hwee Chong Edmund
  *Lek Hwee Chong Edmund is also President of Keppel Nantong Shipyard
- General Manager Keppel Singmarine Brasil — Loh Kee Huat
- General Manager Baku Shipyard — Lam Khee Chong
- Managing Director Arab Heavy Industries — *Leong Siew Loon
- Chief Executive Officer Nakilat-KOM — *Loh Tah Huay David
  *Leong Siew Loon and Loh Tah Huay David report to both Chia Hock Chye Michael and Abu Bakar Bin Mohd Nor

**Managing Director Technology / KOMtech**
Chia Hock Chye Michael

- Executive Director KOMtech / DTG / MTD — Aziz Amirali Hashim Merchant
- Executive Director OTD / KOMtech (Shallow Water) — Foo Kok Seng
- General Manager GTD — Sim Paik Huat Charles

KOM | KFELS | KSL | KSM | Technology | Subsidiaries Overseas | Subsidiaries Local

2015

Keppel Offshore & Marine (Organisational Chart) - 2015



Updated as at 25 September 2015



KEPPEL_00000155

2013

Keppel Offshore & Marine (Organisational Chart) - 2013



Updated as at 24 September 2013 v2

Keppel Offshore & Marine (KOM)



Updated as at 3 December 2012

Confidential

# Keppel Offshore & Marine Limited (KOM)



Confidential

KEPPEL_00000158

2010

# Keppel Offshore & Marine Limited (KOM)



Confidential

KEPPEL_00000159

2009

# Keppel Offshore & Marine Limited (KOM)



KEPPEL_00000160