# EXHIBIT 108



STATE OF NEW YORK            )
                             )
                             )
COUNTY OF NEW YORK           )   ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document Re: Proposed Acquisition of All Issued Shares of Sete Brasil Participações S.A. - In Court-Ordered Reorganization ("Sete Brasil" or "Company") by Sondas Stichting dated December 6, 2018.

_____
Coleen Higgins
Divergent Language Solutions, LLC

State of New York
County of New York

Subscribed to and sworn before me this 12th day of March, 2019, by Coleen Higgins.

_____
Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, State of New York
No. 01ZE6360239
Qualified in New York County
Commission Expires November 7, 2020

**DIVERGENT LANGUAGE SOLUTIONS**
183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

Rio de Janeiro, December 6, 2018.

To the Sete Brasil S.A. Shareholder:

**Fundo de Investimentos em Participações – FIP-Sondas**
Caixa Econômica Federal – National Structured Funds Development Office
Av. Paulista, 2300 – 11º andar, Cerqueira Cesar, São Paulo – SP, CEP 13010-300
Attn.: Ms. Rebeca C. Balian and Mr. Fernando Henrique Augusto;

CC: the following FIP-Sondas shareholders:
**- Fundação dos Economiários Federais – FUNCEF**
Attn.: Mr. Renato Augusto Z. Villela
**- Fundaçao Petrobras de Seguridade Social – PETROS**
Attn.: Mr. Daniel Lima and Ms. Andréa Marinho
**- Caixa de Previdência dos Funcionários do Banco do Brasil – Previ**
Attn.: Mr. Renato Proença Lopes
**- Fundaçao Vale do Rio Doce de Seguridade Social – Valia**
Attn.: Mr. Mauricio Wanderley, Ms. Marcella Sleiman and Mr. Bernar Braga
**- Strong Fundo de Investimento em Cotas de Fundos de Investimento Multimercado**
Attn.: Mr. Daniel Malandrin
**- Santander Participações S.A.**
Attn.: Messrs. Alexandre Lima and Marcio Koiki
**- Fundo de Investimento em Cotas de Fundos de Investimento Sondas**
**- Infra II Fundo de Investimento em Cotas de Fundos de Investimento**
**- BTGP O&G Fundo de Investimento em Cotas de Fundos de Investimento**
Attn.: Messrs. Renato Mazzola, Eduardo Santos and Bruno Duque
**- EIG Sete Holdings SàRL**
Attn.: Mr. Marcel Abe
**- Fundo de Investimento do Fundo de Garantia do Tempo de Serviço**
Attn.: Ms. Amanda Rampim
**- Luce Venture Capital – Drilling Series**
Attn.: Mr. Aldo Floris
**- Lakeshore Financial Partners Participações Ltda.**
Attn.: Mr. Luiz Fontoura de Oliveira Reis Filho

Re: Proposed Acquisition of All Issued Shares of Sete Brasil Participações S.A. - In Court-Ordered Reorganization ("Sete Brasil" or "Company") by Sondas Stichting.

Dear all,

On 3/1/2018, Petrobras released a Market Communication explaining the principal terms of a possible agreement, as part of the extrajudicial mediation in progress with the Company, including the exit of itself and its subsidiaries from the corporate structure of the companies of the Sete Brasil Group and from FIP Sondas, such that it would no longer hold any corporate equity stake in the Sete Group.

[initials]

Page 1 of 3

Confidential                                                                                                                                    EIG00228070

The company, therefore, together with its legal and foreign advisors, assumes the task of developing a feasible means of exiting from the investment for Petrobras, which would also be offered to FIP-Sondas.

Thus, considering the need to address Petrobras' requirement, and also considering that:

(a) the current shareholders' continuing control of the Company will not guarantee them any financial return on the investment made;
(b) rather, the current corporate structure, if maintained, only tends to represent liability risks to current shareholders;
(c) The simplification of Governance, while constituting an upside as a result of the implementation of the condition imposed by Petrobras, would increase the chances of success of the court-ordered reorganization stipulated in the Company's Court-Ordered Reorganization Plan ("Plan"); and
(d) therefore, a new controlling entity of the Sete Group would need to be engaged and committed, in some way, to fulfill the Plan negotiated with the creditors by the advisors representing current shareholders.

The aforementioned Company advisors have concluded that the best way of equalizing all those issues would be to transfer corporate control to some non-profit orphan entity (with no members or shareholders), the sole purpose and reason for existence of which would be to fulfill the Plan. After some studies, the decision was made to opt for a foundation headquartered in Holland, known as Sondas Stichting ("Foundation").

As principal beneficiary of the implementation of its Plan, the Company's responsibility is to serve in the sole and exclusive role of founder of the Foundation, which merely means that the Company will ensure the creation of the aforementioned entity, signing the founding charter which will specify its sole purpose, as already mentioned above. By this act, Sete Brasil will have fulfilled its role, and it shall have no further responsibility to its shareholders or the management team for the future lifetime of the Foundation.

In that regard, in its capacity as founder of the Foundation, with the essential task of resolving a condition required by Petrobras and rendering Sete Brasil's restructuring viable, the Company hereby forwards the proposal for the Foundation to acquire all Sete Brasil shares held by FIP Sondas, for the symbolic value of one Brazilian *real*, as detailed below ("Proposal"):

| Shareholder/Seller | Number of Shares | Proposed value for all the shares (R$) |
|---|---|---|
| FIP Sondas | 7,838,925,000 | 1.00 |

The Foundation will not be organized until formal acceptance of this Proposal by FIP Sondas and shall in turn comply with the terms stipulated in the opinion prepared by the law firm of Faveret | Lampert Advogados and other attached documents, including an opinion prepared by the Dutch legal advisors Loyens & Loeff, freely translated into Portuguese, the Foundation's bylaws, and a draft of the Share Purchase and Sale Agreement.

Once this proposal is accepted and the Foundation is organized, the Parties must enter into that Share Purchase and Sale Agreement within five business days.

[initials]

Page 2 of 3

Confidential

EIG00228071

We request that this Proposal be answered as quickly as possible, with your response to be forwarded to the Company's Investor Relations Office, at the email address ri@setebr.com.

Any questions regarding this Proposal may also be sent, in the same way, to the Sete Brasil Investor Relations Office.

We reserve the right to unilaterally revoke this Proposal at any time, subject to prior notice to Shareholders.

This Proposal is governed by Brazilian law, electing the Central Forum of the Court District of the Capital of the State of Rio de Janeiro as having jurisdiction to settle any disputes as might arise therefrom.

Sincerely,

[signature]
Sete Brasil Participações S.A. – In Court Ordered Reorganization
As future originator of the Sondas Stichting Foundation

[stamp:]
**Luiz Eduardo G. Carneiro**
**Director – Chairman**

[stamp:]
**LEO DE FREITAS FRAGA**
**Attorney**

Confidential                                                                                    EIG00228072

Rio de Janeiro, 06 de dezembro de 2018.

Ao Acionista da Sete Brasil S.A.:

**Fundo de Investimentos em Participações – FIP-Sondas**
Caixa Econômica Federal – Gerência Nacional de Desenvolvimento de Fundos Estruturados
Av. Paulista, 2300 – 11º andar, Cerqueira Cesar, São Paulo – SP, CEP 13010-300
A/C: Srs. Rebeca C. Balian e Fernando Henrique Augusto;

Com cópia para os Quotistas do FIP-Sondas:
- **Fundação dos Economiários Federais – FUNCEF**
A/C: Srs. Renato Augusto Z. Villela
- **Fundação Petrobras de Seguridade Social – PETROS**
A/C: Sr. Daniel Lima e Sra. Andréa Marinho
- **Caixa de Previdência dos Funcionários do Banco do Brasil – Previ**
A/C: Sr. Renato Proença Lopes
- **Fundação Vale do Rio Doce de Seguridade Social – Valia**
A/C: Srs. Mauricio Wanderley, Marcella Sleiman e Bernar Braga
- **Strong Fundo de Investimento em Cotas de Fundos de Investimento Multimercado**
A/C: Sr. Daniel Malandrin
- **Santander Participações S.A.**
A/C: Srs. Alexandre Lima e Marcio Koiki
- **Fundo de Investimento em Cotas de Fundos de Investimento Sondas**
- **Infra II Fundo de Investimento em Cotas de Fundos de Investimento**
- **BTGP O&G Fundo de Investimento em Cotas de Fundos de Investimento**
A/C: Srs. Renato Mazzola, Eduardo Santos e Bruno Duque
- **EIG Sete Holdings SàRL**
A/C: Sr. Marcel Abe
- **Fundo de Investimento do Fundo de Garantia do Tempo de Serviço**
A/C: Sra. Amanda Rampim
- **Luce Venture Capital – Drilling Series**
A/C: Sr. Aldo Floris
- **Lakeshore Financial Partners Participações Ltda.**
A/C: Sr. Luiz Fontoura de Oliveira Reis Filho

Ref.: Proposta para Aquisição da Totalidade das Ações de Emissão da Sete Brasil Participações S.A. - Em Recuperação Judicial ("Sete Brasil" ou "Companhia") pela Sondas Stichting.

Prezados,

Em 01.03.2018, a Petrobras divulgou Comunicado ao Mercado expondo os principais termos para um possível acordo, no âmbito da mediação extrajudicial em curso com a Companhia, dentre eles, a sua saída e de suas controladas do quadro societário das empresas do Grupo Sete Brasil e do FIP Sondas, de forma que não detivesse mais qualquer participação societária no Grupo Sete.

Página 1 de 3

Confidential

EIG00228070
EIG_KEP_00176682

Coube à Companhia, então, juntamente com seus assessores jurídicos e financeiros, a tarefa de viabilizar uma forma de saída do investimento para a Petrobras a ser ofertada, também, ao FIP-Sondas.

Assim, considerando a necessidade de atendimento à exigência da Petrobras e, ainda, considerando que:

(a) a permanência dos atuais acionistas no controle da Companhia não lhes garantirá nenhum retorno financeiro com relação ao investimento feito;
(b) ao contrário, a estrutura societária atual, se mantida, tende a representar apenas riscos de responsabilidade para os atuais acionistas;
(c) a simplificação da Governança, enquanto *upside* decorrente da implementação da condição imposta pela Petrobras, aumentaria as chances de êxito da recuperação judicial prevista no Plano de Recuperação Judicial da Companhia ("Plano"); e que
(d) para tanto, um novo controlador do Grupo Sete precisaria estar vinculado e comprometido, de alguma forma, com o cumprimento do Plano negociado com os credores pelos assessores mandatados pelos atuais acionistas.

Os referidos assessores da Companhia concluíram que a melhor forma de equalizar todas essas questões consistiria na transferência do controle societário para alguma entidade órfã (sem membros ou acionistas) que tivesse como único objeto e razão de existência o cumprimento do Plano, sem qualquer fim lucrativo. Após alguns estudos, optou-se por uma fundação com sede na Holanda, denominada Sondas Stichting ("Fundação").

Caberá à Companhia, enquanto principal beneficiária da implementação de seu Plano, o papel único e exclusivo de incorporadora da Fundação, o que significa dizer, apenas, que a Companhia fará nascer a referida entidade, assinando a escritura de constituição na qual estará especificado seu único objetivo já mencionado acima. Com este ato, esgota-se o papel da Sete Brasil, não havendo qualquer responsabilidade para seus acionistas ou membros da administração pela vida futura da Fundação.

Nesse sentido, na qualidade de incorporadora da Fundação, com o escopo precípuo de solucionar uma condição imposta pela Petrobras e viabilizar a reestruturação da Sete Brasil, a Companhia vem encaminhar a proposta de aquisição da totalidade das ações da Sete Brasil detidas por FIP Sondas, pela Fundação, ao valor simbólico total de um Real, conforme detalhado abaixo ("Proposta"):

| Acionistas/Vendedor | Quantidade de Ações | Valor Proposto pelo total das ações (R$) |
|---|---|---|
| FIP Sondas | 7.838.925.000 | 1,00 |

A constituição da Fundação ocorrerá, apenas, após a formalização da aceitação da presente Proposta pelo FIP Sondas e observará, por sua vez, os termos previstos no parecer preparado pelo escritório Faveret | Lampert Advogados e demais documentos anexos, dentre eles, um parecer preparado pelos assessores jurídicos holandeses do Loyens & Loeff livremente traduzido para o português, o estatuto da Fundação e uma minuta de Contrato de Compra e Venda de Ações.

Uma vez aceita a presente Proposta e constituída a Fundação, as partes deverão celebrar esse contrato de Compra e Venda de Ações em até 5 dias úteis.

Confidential

EIG00228071
EIG_KEP_00176683

Solicitamos que a presente Proposta seja respondida com a maior brevidade possível, devendo a resposta ser encaminhada à Gerência de Relacionamento com Investidores da Companhia, para o endereço ri@setebr.com.

Dúvidas acerca da presente Proposta também poderão ser encaminhadas, da mesma forma, à Gerência de Relacionamento com Investidores da Sete Brasil.

Ressalvamos o direito à revogação unilateral da presente Proposta, a qualquer momento, mediante comunicação prévia aos Acionistas.

Esta Proposta é regida pela legislação brasileira, elegendo-se o Foro Central da Comarca da Capital do Estado do Rio de Janeiro como competente para dirimir quaisquer questões dela oriundas.

Atenciosamente,

Sete Brasil Participações S.A. – Em Recuperação Judicial
Enquanto futura incorporadora da Fundação Sondas Stichting

Luiz Eduardo G. Carneiro
Diretor - Presidente

LEO DE FREITAS FRAGA
Procurador

Confidential

EIG00228072
EIG_KEP_00176684