# EXHIBIT 112



STATE OF NEW YORK        )
                         )
                         )
COUNTY OF NEW YORK       )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached CAIXA relevant information announcement dated January 27, 2020.

Matthew Garrison
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 5th day of February, 2020,
by Matthew Garrison.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, State of New York
No. 01ZE6350239
Qualified in New York County
Commission Expires November 7, 2020

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com



# FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES
# SONDAS – MULTIESTRATÉGIA

National Register of Legal Entities/Ministry of Finance [CNPJ/MF] NO. 12.396.426/0001-95

ISIN Code: BRSNDSCTF009

## RELEVANT INFORMATION

**Caixa Econômica Federal** ("Administrator"), in the capacity of administrator of **Fundo de Investimento em Participações Sondas – Multiestratégia** ("Fund"), announces to its shareholders and the market that a Share Purchase Agreement and Other Covenants were entered into on this date, through which Fund transferred its full interest in Sete Brasil Participações S.A. – in court-supervised reorganization ("Company"), corresponding to 95% of the Company's share capital, in accordance with terms approved by the Fund's Investment Committee.

Additional information can be obtained from gedef04@caixa.gov.br and geafi01@caixa.gov.br.

São Paulo, SP, January 27, 2020

CAIXA ECONÔMICA FEDERAL

Confidential                                                                                                                                                     EIG00228764



# FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES SONDAS – MULTIESTRATÉGIA

CNPJ/MF n° 12.396.426/0001-95

Código ISIN das cotas: BRSNDSCTF009

## FATO RELEVANTE

A **Caixa Econômica Federal** ("Administradora"), na qualidade de administradora do **Fundo de Investimento em Participações Sondas - Multiestratégia** ("Fundo"), vem comunicar aos seus quotistas e ao mercado que foi celebrado, nesta data, o Contrato de Compra e Venda de Ações e Outras Avenças, por meio do qual o Fundo alienou a totalidade da sua participação na Sete Brasil Participações S.A. – Em Recuperação Judicial ("Companhia"), correspondente a 95% do capital social da Companhia, conforme termos aprovados pelo Comitê de Investimento do Fundo.

Esclarecimentos adicionais poderão ser obtidos pelos e-mails gedef04@caixa.gov.br e geafi01@caixa.gov.br.

São Paulo/SP, 27 de janeiro de 2020

CAIXA ECONÔMICA FEDERAL

Confidential

EIG00228764
EIG_KEP_00249872