# EXHIBIT 115



STATE OF NEW YORK      )
                       )
                       )
                       )
COUNTY OF NEW YORK     )   ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range EIG00141814 through EIG00141815.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 9th day of July, 2023,
by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

**RIGS PROJECT**

TABLE OF CONTENTS

1. DRAFT EPC AGREEMENT
    a. Contract for the construction of seven drillships
    b. Contract for the construction of two semi-submersible platforms

2. DOCUMENTS PERTAINING TO SHIPBUILDING GUARANTEE FUND (FGCN)
    a. Registered rules of the FGCN
    b. Registered bylaws of the FGCN
    c. Law No. 11786_08 after conversion from Provisional Executive Decree 460_09
    d. Decree 7070 of January 26, 2010-08-06
    e. Ordinance No. 171 of February 11, 2010-08-06

3. CHARTER AND SERVICES AGREEMENT
    a. Template Charter Agreement
    b. Template Services Agreement

4. RIGS MARKET STUDY – ODS Petrodata
    a. Banco Santander Report of May 27, 2010

5. EXECUTIVE SUMMARY
    a. Sete Brasil Executive Summary – Final

6. INVESTOR PRESENTATION 23-06 FINAL
    a. Investor Presentation 23-06 Final

7. SUMMARY OF FINANCIAL PROJECTIONS
    a. Summary of Financial Projections

8. SETE PROJECT FINANCIAL MODEL
    a. Sete Project Financial Model v. 1

9. FIP BYLAWS
    a. Draft FIP Bylaws

10. RETURN SCENARIO
    a. Return Scenarios

11. INFORMATION MEMORANDUM
    a. Rigs Project Information Memorandum

12. BNDES LETTER – FINANCING PACKAGE CONDITION
    a. BNDES Letter – Financing Package Condition

Confidential

EIG00141814
EIG_KEP_00166208

13. QUOTAHOLDERS AGREEMENT
    a. Quotaholders Agreement

14. SETE INTERNATIONAL BYLAWS
    a. Sete International Bylaws

15. FUND MANAGER'S INSTITUTIONAL PRESENTATION
    a. Fund Manager's Institutional Presentation

16. INVESTMENT AGREEMENT (DRAFT)
    a. Investment Agreement (Draft)

17. BYLAWS – SETE BRASIL
    a. Bylaws – Sete Brasil

18. TERM SHEET
    a. Term Sheet

Confidential

EIG00141815
EIG_KEP_00166209

**PROJETO SONDAS**

ÍNDICE:

1. MINUTA DO CONTRATO DE EPC
   a. Contrato para a construção dos 7 Navios-Sonda
   b. Contrato para a construção das 2 plataformas semi-submersíveis

2. DOCUMENTOS RELATIVOS AO FUNDO GARANTIDOR PARA A CONSTRUÇÃO NAVAL (FGCN)
   a. Regulamento do FGCN registrado em cartório
   b. Estatuto do FGCN registrado em cartório
   c. Lei 11.786_08 após conversão da MP 460_09
   d. Decreto 7.070 de 26 de Janeiro de 2010-08-06
   e. Portaria nº171 de 11 de Fevereiro de 2010-08-06

3. CONTRATO DE AFRETAMENTO E SERVIÇOS
   a. Contrato de Afretamento Padrão
   b. Contrato de Serviços Padrão

4. ESTUDO DO MERCADO DE SONDAS – ODS Petrodata
   a. Report 27 May 2010 Banco Santander

5. SUMÁRIO EXECUTIVO
   a. Sete Brasil_Sumario Executivo_Final

6. APRESENTAÇÃO PARA INVESTIDORES 23-06 FINAL
   a. Apresentação Para Investidores 23-06 Final

7. RESUMO DAS PROJEÇÕES FINANCEIRAS
   a. Resumo Das Projeções Financeiras

8. MODELO FINANCEIRO PROJETO SETE
   a. Modelo Financeiro Projeto Sete v1

9. REGULAMENTO DO FIP
   a. Minuta do Regulamento do FIP

10. CENÁRIO DE RETORNO
    a. Cenários de Retorno

11. INFORMATION MEMORANDUM
    a. Information Memorandum_Projeto Sondas

12. CARTA DO BNDES – CONDIÇÃO DO PACOTE DE FINANCIAMENTO
    a. Carta do Bndes – Condição do Pacote de Financiamento

Confidential

EIG00141814
EIG_KEP_00166208

13. ACORDO DE QUOTISTAS
    a. Acordo de Quotistas

14. ESTATUTO SOCIAL DA SETE INTERNACIONAL
    a. Estatuto Social da Sete Internacional

15. APRESENTAÇÃO INSTITUCIONAL DO GESTOR ADMINISTRADOR
    a. Apresentação Institucional do Gestor Administrador

16. ACORDO DE INVESTIMENTO (MINUTA)
    a. Acordo de Investimento (minuta)

17. ESTATUTO SOCIAL – STE BRASIL
    a. Estatuto Social – Ste Brasil

18. TERM SHEET
    a. Term Sheet

**Confidential**