# EXHIBIT 117



**GLOBAL ENERGY PARTNERS**

| | |
|---|---|
| **To:** | J. Edling, S. Profka, J. Williams – SEI; |
| **From:** | P. Clatterbuck – EIG |
| **Date:** | April 11, 2014    *PC 4/11/14* |
| **Subject:** | **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV) - **Step Plan** |
| **CC:** | K. Corrigan, P. Abejar, P. Aujla, R. Davidovits, C. Vogel, J.D. Borgeaud, R. Wade; C. Best; B. Vinocour; B. Cohen and B. Thomas |

## Step 1 -- April 11, 2014

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 14,132,504.22 into BRL 31,148,039.28 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reals | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 4/11/14 | BRL 31,148,039.28 | EIG Sete Holdings S.à.r.l | DB # |

## Step 2 -- April 11, 2014

EIG Energy Funds XIV and XV (EIG Funds) will wire a total of USD 14,132,504.22 by 4PM EST Friday, April 11, 2014 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 4/11/14 | USD $7,066,252.11 | EIG Sete Parent S.à.r.l | | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 4/11/14 | USD $7,066,252.11 | EIG Sete Parent S.à.r.l | | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93360% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

| | |
|---|---|
| **Correspondent Bank:** | Deutsche Bank, NY |
| **Swift Code:** | BKTRUS33 |
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Final Beneficiary Name:** | EIG Sete Parent S.a.r.l |
| **Final Beneficiary Account:** | |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |
| **Swift Message Type:** | MT 103 |

*SWIFT MESSAGE to be obtained ASAP*

**Confidential**



## Step 3 – April 14, 2014

Upon receipt by EIG Sete Parent S.à.r.l of USD 14,132,504.22 from the EIG Funds, the USD 14,132,504.22 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Beneficiary Account Number:** | |
| **Beneficiary Name:** | EIG Sete Holdings S.à r.l |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |

## Step 4 – April 14, 2014

Upon the receipt of USD 14,132,504.22 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 14,132,504.22 to its Brazil Res. #2689 account with DB-Brazil using the wire instructions below:

**Account Bank:** Deutsche Bank Trust Company Americas (BKTRUS33)
**ABA:** 021-001-033
**Account#:**
**Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

*SWIFT MESSAGE to be obtained ASAP*

## Step 5 – April 15, 2014

DB-Brazil will settle the FX trade described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below on or before 11:00 AM BRT on April 16, 2014

**Bank Name:** Banco Bradesco S.A. (237)
**Account name:** Fundo de Investimento em Participações Sondas
**CNPJ (tax id) of the holder of the account:**
Conta CETIP do Fundo nº 11961.00-4
Código CETIP do Ativo nº 1196112SON
**Account number:**
**Agencia (Branch) number:** 2856-8

Christine Best                    Robert Vitale

**EIG00120871**
**EIG_KEP_00051567**



**GLOBAL ENERGY PARTNERS**

---

**To:**     J. Edling, S. Profka, J. Williams – SEI;

**From:**   P. Clatterbuck – EIG   *PC 10/1/13*

**Date:**    October 1, 2013

**Subject:**  **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV) - **Step Plan**

**CC:**     K. Corrigan, P. Abejar, P. Aujla, R. Davidovits, C. Vogel, J.D. Borgeaud, R. Wade; C. Best; B. Vinocour; B. Cohen and B. Thomas

---

### Step 1 – May 7, 2013

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 214,717.89 into BRL 473,989.73 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 10/1/13 | BRL 473,989.73 | EIG Sete Holdings S.à.r.l | DB # ███████ |

### Step 2 – May 7, 2013

Energy Funds XIV and XV (EIG Funds) will wire USD 214,717.89 by 4PM EST Tuesday, October 1, 2013 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 10/1/13 | USD $107,358.94 | EIG Sete Parent S.à.r.l | ███████ | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 10/1/13 | USD $107,358.95 | EIG Sete Parent S.à.r.l | ███████ | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93350% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

EIG00127446

EIG_KEP_00087376



**GLOBAL ENERGY PARTNERS**

### Step 3 – October 2, 2013

Upon the receipt of USD 214,717.89 by EIG Sete Parent S.à.r.l from EIG Funds, the USD 214,717.89  will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank**: | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code**: | DEUTLULL |
| **Beneficiary Account Number**: | ▆▆▆ |
| **Beneficiary Name**: | EIG Sete Holdings S.à r.l |
| **Attn**: | Heike Kubica |
| **Reference**: | CPEC and share premium |

### Step 4 – October 2, 2013

Upon the receipt of USD 214,717.89 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 214,717.89 to its Brazil Res. #2689 account with DB-Brazil using the wire instructions below:

| | |
|---|---|
| **Account Bank:** | Deutsche Bank Trust Company Americas  (BKTRUS33) |
| **ABA:** | 021-001-033 |
| **Account#:** | ▆▆▆ |
| **Benefit:** | Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP) |

***SWIFT REFERENCE to be obtained ASAP***

### Step 5 – October 3, 2013

DB-Brazil will settle the FX trade described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below on or before 11:00 AM BRT on October 4, 2013:

| | |
|---|---|
| **Bank Name:** | Banco Bradesco (237) |
| **Account name:** | FIP Sondas |
| **CNPJ (tax id) of the holder of the account:** | ▆▆▆▆ |
| Conta CETIP do Fundo n° 11961.00-4 | |
| Código CETIP do Ativo n° 1196112SON | |
| **Account number:** | ▆▆▆ |
| **Agencia (Branch) number:** | 2856-8 |

Bryant Cohen                    Pritpal Aujla

**Confidential**

1700 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006
202.600.3300



October 1, 2013

Deutsche Bank S.A. - Banco Alemão
Avenida Brigadeiro Faria Lima, 3900, 13º floor
São Paulo – SP, Brazil
04538-132
At: Mr. Bruno Ramos de Oliveira

Ref: EIG SETE HOLDINGS S.À.R.L. – FX Transaction and Subscription Instructions

Dear Bruno:

We hereby instruct Deutsche Bank S.A. – Banco Alemão to act on the following:

1.  As of October 3, 2013, please credit the funds in BRL 473,989.73 in the account # ▆▆▆▆ held by EIG SETE
    HOLDINGS S.À.R.L. with Deutsche Bank S.A. – Banco Alemão. Please be informed that inflow FX transaction has been
    closed for settlement of BRL on October 1, 2013 in the amount of USD 214,717.89.

    a.  Note that in order to have the FX settled, the USD amount will be credited at the below account on or before the
        settlement date, October 3, 2013:

        **Account Bank:** Deutsche Bank Trust Company Americas (BKTRUS33)
        **ABA:** 021-001-033
        **Account#:** ▆▆▆▆
        **Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

2.  On October 4, 2013, the FX will be settled and BRL 473,989.73 in the account # ▆▆▆▆ held by EIG SETE HOLDINGS
    S.À.R.L. with Deutsche Bank will be wire transferred to the below account before 11:00AM Brasília local time, for the
    purpose of subscription of shares of FIP Sondas:

    **Bank Name:** Banco Bradesco (237) (SWIFT code: BBDEBRSP)
    **CNPJ (tax id) of the holder of the account:** ▆▆▆▆▆▆
    **Account number:** ▆▆▆▆
    **Agencia (Branch) number:** 2856-8
    **Account name:** FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES SONDAS

The subscription letters and other related documents are being sent to you separate from this letter.

To confirm these instructions by phone, call the following phone number in the USA and ask for Brian Gilmore at 1-202-600-3310
(mobile: 1-917-385-7735). Alternatively, should you encounter difficulty, please contact Kevin Corrigan in Brasil at 55 21 3550 7462
(mobile: 55 21 8205 3221). Should you encounter any difficulty in finding these individuals, please contact Paul Clatterbuck at 1-
202-600-3352 (mobile: 1-804-307-8359), and he will track us down.

Regards,

EIG SETE HOLDINGS S.À.R.L.

By: EIG Management Company, LLC, Administrative Agent for EIG Sete Holdings Sarl

Kevin Corrigan, Senior Vice President               Brian Gilmore, Senior Vice President
Pritpal Aujla

Acknowledged by: Deutsche Bank S.A. – Banco Alemão

Vinicius Pinho                                      Alexandre Martins

Confidential                                        EIG00127448

EIG_KEP_00087378



**GLOBAL ENERGY PARTNERS**

| | |
|---|---|
| **To:** | R. Baker, J. Edling, S. Profka – SEI; |
| **From:** | P. Clatterbuck – EIG  *PC 5/7/13* |
| **Date:** | May 7, 2013 |
| **Subject:** | **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV)  - **Step Plan** |
| **CC:** | K. Corrigan, P. Abejar, P. Aujla, R. Davidovits, C. Vogel, J.D. Borgeaud, R. Wade; C. Best; B. Vinocour; B. Cohen and B. Thomas |

## Step 1 – May 7, 2013

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 2,391,661.00 into BRL 4,813,217.77 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 5/7/13 | BRL 4,813,217.77 | EIG Sete Holdings S.à.r.l | DB # ███ |

## Step 2 – May 7, 2013

Energy Funds XIV and XV (EIG Funds) will wire USD 2,391,661.00 by 4PM EST Tuesday, May 7 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 5/7/13 | USD $1,195,830.50 | EIG Sete Parent S.à.r.l | ████ | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 5/7/13 | USD $1,195,830.50 | EIG Sete Parent S.à.r.l | ████ | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93350% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |



**Step 3 – May 8, 2013**

Upon the receipt of USD 2,391,661.00 by EIG Sete Parent S.à.r.l from EIG Funds, the USD 2,391,661.00 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Beneficiary Account Number:** | ▇▇▇ |
| **Beneficiary Name:** | EIG Sete Holdings S.à r.l |
| **Attn:** | Heike Kubica |
| **Reference:** | CPEC and share premium |

**Step 4 – May 8, 2013**

Upon the receipt of USD 2,391,661.00 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 2,391,661.00 to its Brazil Res. #2689 account with DB-Brazil using the wire instructions below:

**Account Bank:** Deutsche Bank Trust Company Americas  (BKTRUS33)
**ABA:** 021-001-033
**Account#:** ▇▇▇▇
**Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

*SWIFT REFERENCE to be obtained ASAP*

**Step 5 – May 9, 2013**

DB-Brazil will process the FX settlement described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below:

**Bank Name:** Banco Bradesco (237)
**Account name:**  FIP Sondas
**CNPJ (tax id) of the holder of the account:** ▇▇▇▇▇▇
Conta CETIP do Fundo nº 11961.00-4
Código CETIP do Ativo nº 1196112SON
**Account number:** ▇▇▇▇
**Agencia (Branch) number:**  2856-8

_____
Christine Best

_____
Pritpal Aujla

**Confidential**



**GLOBAL ENERGY PARTNERS**

| | |
|---|---|
| **To:** | R. Baker, L. Czerniakowski, J. Edling, S. Profka – SEI; |
| **From:** | P. Clatterbuck, J. Hui – EIG  *PC 8/9/12* |
| **Date:** | August 9, 2012 |
| **Subject:** | **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV) **- Step Plan** |
| **CC:** | K. Corrigan, P. Abejar, P. Aujla, R. Davidovits, C. Vogel, J.D. Borgeaud, R. Wade; C. Best; B. Vinocour; B. Cohen and B. Thomas |

### Step 1 – August 9, 2012

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 25,020,988.03 into BRL 50,379,759.40 (see draft DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 8/13/12 | BRL 50,379,759.40 | EIG Sete Holdings S.à.r.l | DB # ▓▓▓ |

### Step 2 – August 9, 2012

Energy Funds XIV and XV (EIG Funds) will wire USD 25,020,988.03 by 4PM EST Thursday, August 9, 2012 to EIG Sete Parent S.à.r.l DB-Lux account ($50 bank fee is added to each disbursement):

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 8/9/12 | USD $12,510,544.02 | EIG Sete Parent S.à.r.l | ▓▓▓ | **TCW Energy Fund XIV** | |
| | | | | TCW Energy Fund XIV, L.P. | 33.61906% |
| | | | | TCW Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | TCW Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | TCW Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 8/9/12 | USD $12,510,544.01 | EIG Sete Parent S.à.r.l | ▓▓▓ | **Energy Fund XV** | |
| | | | | Energy Fund XV, L.P. | 34.75343% |
| | | | | Energy Fund XV-A, L.P. | 23.72042% |
| | | | | Energy Fund XV-B, L.P. | 22.93350% |
| | | | | Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

| | |
|---|---|
| **Correspondent Bank:** | Deutsche Bank, NY |
| **Swift Code:** | BKTRUS33 |
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Final Beneficiary Name:** | EIG Sete Parent S.a.r.l |
| **Final Beneficiary Account:** | ▓▓▓ |
| **Attn:** | Anja Lakoudi |
| **Reference:** | ST Loan Funding |
| **Swift Message Type:** | MT 103 |

*SWIFT # to be obtained ASAP*



**Step 3 – August 10, 2012**

Upon the receipt of USD 25,020,988.03 by EIG Sete Parent S.à.r.l from EIG Funds, the USD 25,020,988.03 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Beneficiary Account Number:** | ███ |
| **Beneficiary Name:** | EIG Sete Holdings S.à r.l |
| **Attn:** | Anja Lakoudi |
| **Reference:** | ST Loan Funding |

*SWIFT # to be obtained ASAP*

**Step 4 – August 10, 2012**

Upon the receipt of USD 25,020,988.03 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 25,020,988.03 to its Brazil Res. #2689 account with DB-Brazil using the wire instructions below:

| | |
|---|---|
| **Account Bank:** | Deutsche Bank Trust Company Americas  (BKTRUS33) |
| **ABA:** | 021-001-033 |
| **Account#:** | ███ |
| **Benefit:** | Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP) |

*SWIFT # to be obtained ASAP*

**Step 5 – August 13, 2012**

DB-Brazil will process the FX settlement described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below:

| | |
|---|---|
| **Bank Name:** | Banco Bradesco (237) |
| **Account name:** | FIP Sondas |
| **CNPJ (tax id) of the holder of the account:** | ███ |
| Conta CETIP do Fundo nº 11961.00-4 | |
| Código CETIP do Ativo nº 1196112SON | |
| **Account number:** | ███ |
| **Agencia (Branch) number:** | 2856-8 |

*SWIFT # to be obtained ASAP*

Christine Best

Robert Vitale



**GLOBAL ENERGY PARTNERS**

**To:** R. Baker, L. Czerniakowski, J. Edling, S. Profka – SEI;

**From:** P. Clatterbuck, J. Hui – EIG  *PC 8/3/12*

**Date:** August 3, 2012

**Subject:** **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV) - **Step Plan**

**CC:** K. Corrigan, P. Abejar, P. Aujla, R. Davidovits, C. Vogel, J.D. Borgeaud, R. Wade; C. Best; B. Vinocour; B. Cohen and B. Thomas

## Step 1 – August 3, 2012

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 50,049,309.66 into BRL 101,500,000.00 (see draft DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 8/7/12 | BRL 101,500,000.00 | EIG Sete Holdings S.à.r.l | DB # ████ |

## Step 2 – August 3, 2012

Energy Funds XIV and XV (EIG Funds) will wire USD 50,049,309.66 by 4PM EST Friday, August 3, 2012 to EIG Sete Parent S.à.r.l DB-Lux account ($50 bank fee is added to each disbursement):

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 8/3/12 | USD $25,024,704.83 ✓ | EIG Sete Parent S.à.r.l | ████ | **TCW Energy Fund XIV** | |
| | | | | TCW Energy Fund XIV, L.P. | 33.61906% |
| | | | | TCW Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | TCW Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | TCW Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 8/3/12 | USD $25,024,704.83 ✓ | EIG Sete Parent S.à.r.l | ████ | **Energy Fund XV** | |
| | | | | Energy Fund XV, L.P. | 34.75343% |
| | | | | Energy Fund XV-A, L.P. | 23.72042% |
| | | | | Energy Fund XV-B, L.P. | 22.93350% |
| | | | | Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

| | |
|---|---|
| **Correspondent Bank:** | Deutsche Bank, NY |
| **Swift Code:** | BKTRUS33 |
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Final Beneficiary Name:** | EIG Sete Parent S.a.r.l |
| **Final Beneficiary Account:** | ████ |
| **Attn:** | Anja Lakoudi |
| **Reference:** | ST Loan Funding |
| **Swift Message Type:** | MT 103 |

*SWIFT # to be obtained ASAP*

**Confidential**



**GLOBAL ENERGY PARTNERS**

## Step 3 – August 6, 2012

Upon the receipt of USD 50,049,309.66 by EIG Sete Parent S.à.r.l from EIG Funds, the USD 50,049,309.66 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank**: | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code**: | DEUTLULL |
| **Beneficiary Account Number**: | ███████ |
| **Beneficiary Name**: | EIG Sete Holdings S.à r.l |
| **Attn**: | Anja Lakoudi |
| **Reference**: | ST Loan Funding |

*SWIFT # to be obtained ASAP*

## Step 4 – August 6, 2012

Upon the receipt of USD 50,049,309.66 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 50,049,309.66 to its Brazil Res. #2689 account with DB-Brazil using the wire instructions below:

**Account Bank:** Deutsche Bank Trust Company Americas  (BKTRUS33)
**ABA:** 021-001-033
**Account#:** ███████
**Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

*SWIFT # to be obtained ASAP*

## Step 5 – August 7, 2012

DB-Brazil will process the FX settlement described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below:

**Bank Name:** Banco Bradesco (237)
**Account name:** FIP Sondas
**CNPJ (tax id) of the holder of the account:** ███████
Conta CETIP do Fundo nº 11961.00-4
Código CETIP do Ativo nº 1196112SON
**Account number:** ███████
**Agencia (Branch) number:** 2856-8

*SWIFT # to be obtained ASAP*

Christine Best                    Robert Vitale

**EIG**

**GLOBAL ENERGY PARTNERS**

**To:**      J. Edling, S. Profka, J. Williams – SEI;

**From:**   P. Clatterbuck – EIG

**Date:**   December 8, 2014

**Subject:**  **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV)  - **Step Plan**

**CC:**      M. Abe, P. Aujla, M. Bernardes, C. Best, J.D. Borgeaud, S. Hayden, J. Hui, B. Maxted, T. McGee,
           C. Vogel, R. Wade, and C. Wasik

### Step 1 – December 8, 2014

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil
the FX rate to convert USD 15,088,880.88 into BRL 39,223,545.85 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 12/8/14 | BRL 39,223,545.85 | EIG Sete Holdings S.à.r.l | DB # ███████ |

### Step 2 – December 8, 2014

EIG Energy Funds XIV and XV (EIG Funds) will wire a total of USD 15,088,880.88 by 4PM EST Monday,
December 8, 2014 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 12/8/14 | USD $7,544,440.44 | EIG Sete Parent S.à.r.l | ███████ | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 12/8/14 | USD $7,544,440.44 | EIG Sete Parent S.à.r.l | ███████ | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93350% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

| | |
|---|---|
| **Correspondent Bank:** | Deutsche Bank, NY |
| **Swift Code:** | BKTRUS33 |
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank** | |
| **Swift Code:** | DEUTLULL |
| **Final Beneficiary Name:** | EIG Sete Parent S.a.r.l |
| **Final Beneficiary Account:** | ███ |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |
| **Swift Message Type:** | MT 103 |

*SWIFT MESSAGE to be obtained ASAP*

Confidential



**GLOBAL ENERGY PARTNERS**

### Step 3 – December 8, 2014

Upon receipt by EIG Sete Parent S.à.r.l of USD 15,088,880.88 from the EIG Funds, the USD 15,088,880.88 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Beneficiary Account Number:** | ███ |
| **Beneficiary Name:** | EIG Sete Holdings S.à r.l |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |

### Step 4 – December 9, 2014

Upon the receipt of USD 15,088,880.88 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 15,088,880.88 to its Brazilian account with DB-Brazil using the wire instructions below:

Deutsche Bank Trust Company Americas Inc (BKTRUS33)
ABA 021001033
a/c ████
a/c Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

*SWIFT MESSAGE to be obtained ASAP*
*Please pay without deduction - Do not clip wire fees,*
*charge any fees (if applicable) to sender*

### Step 5 – December 10, 2014

DB-Brazil will settle the FX trade described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below.

| | |
|---|---|
| **Bank Name:** | Banco Bradesco S.A. (237) |
| **Account name:** | Fundo de Investimento em Participações Sondas |
| **CNPJ (tax id) of the holder of the account:** | ███████ |
| | Conta CETIP do Fundo n° 11961.00-4 |
| | Código CETIP do Ativo n° 1196112SON |
| **Account number:** | ██████ |
| **Agencia (Branch) number:** | 2856-8 |

Christine Best

Pritpal Aujla

1700 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006
202.600.3300



December 8, 2014

Deutsche Bank S.A. - Banco Alemão
Avenida Brigadeiro Faria Lima, 3900, 13° floor
São Paulo – SP, Brazil
04538-132
At: Mr. Bruno Ramos de Oliveira

Ref: EIG SETE HOLDINGS S.À.R.L. – FX Transaction and Subscription Instructions

Dear Bruno:

We hereby instruct Deutsche Bank S.A. — Banco Alemão to act on the following:

1.  As of December 10, 2014, please credit the funds in BRL 39,223,545.85 in the account #▮▮▮▮▮ held by EIG SETE
    HOLDINGS S.À.R.L. with Deutsche Bank S.A. – Banco Alemão. Please be informed that inflow FX transaction has been
    closed for settlement of BRL on December 8, 2014 in the amount of USD 15,088,880.88.

    a.  Note that in order to have the FX settled, the USD amount will be credited at the below account on or before the
        settlement date,  December 10, 2014:

        **Account Bank:** Deutsche Bank Trust Company Americas (BKTRUS33)
        **ABA:** 021-001-033
        **Account#:** ▮▮▮▮▮
        **Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

2.  On  December 10, 2014, the FX will be settled and BRL 39,223,545.85 in the account #▮▮▮▮▮ held by EIG SETE
    HOLDINGS S.À.R.L. with Deutsche Bank will be wire transferred to the below account for the purpose of subscription of
    shares of FIP Sondas before 2PM São Paulo on December 10, 2014.

    **Bank Name:** Banco Bradesco (237) (SWIFT code: BBDEBRSP)
    **CNPJ (tax id) of the holder of the account:** ▮▮▮▮▮▮▮
    **Account number:** ▮▮▮▮▮
    **Agencia (Branch) number:** 2856-8
    **Account name:** FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES SONDAS

The subscription letters and other related documents are being sent to you separate from this letter.

To confirm these instructions by phone, call the following phone number in the USA and ask for Brian Gilmore at +1-202-600-3310
(mobile: +1 (917) 385-7735).  Alternatively, should you encounter difficulty, please contact Pritpal Aujla at +1-202-600-3307 (mobile:
+1-213-248-3013).  Should you encounter any difficulty in finding these individuals, please contact Paul Clatterbuck at +1-202-600-
3352 (mobile: +1-804-307-8359), and he will track us down.

Regards,

EIG SETE HOLDINGS S.À.R.L.

By:  EIG Management Company, LLC, Administrative Agent for EIG Sete Holdings Sarl

Pritpal Aujla, Senior Vice President and CFO        Brian Gilmore, Senior Vice President        Blair Thomas, CEO

Acknowledged by: Deutsche Bank S.A. – Banco Alemão

Amanda Custodio / Julien Uribe        Alexandre Martins

Confidential

Washington, DC    ›    Houston    ›    London    ›    Sydney    ›    Hong Kong

**EIG**

**GLOBAL ENERGY PARTNERS**

| | |
|---|---|
| **To:** | J. Edling, S. Profka, J. Williams – SEI; |
| **From:** | P. Clatterbuck – EIG |
| **Date:** | November 10, 2014 |
| **Subject:** | **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV)  **- Step Plan** |
| **CC:** | M. Abe, P. Aujla, M. Bernardes, C. Best, J.D. Borgeaud, S. Hayden, J. Hui, B. Maxted, T. McGee, C. Vogel, R. Wade, and C. Wasik |

## Step 1 – November 10, 2014

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 8,863,942.29 into BRL 22,492,253.55 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 11/10/14 | BRL 22,492,253.55 | EIG Sete Holdings S.à.r.l | DB # ▮▮▮▮▮ |

## Step 2 – November 10, 2014

EIG Energy Funds XIV and XV (EIG Funds) will wire a total of USD 8,863,942.29 by 4PM EST Monday, November 10, 2014 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 11/10/14 | USD $4,431,971.15 | EIG Sete Parent S.à.r.l | ▮▮▮▮ | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 11/10/14 | USD $4,431,971.14 | EIG Sete Parent S.à.r.l | ▮▮▮▮ | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93350% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

| | |
|---|---|
| **Correspondent Bank:** | Deutsche Bank, NY |
| **Swift Code:** | BKTRUS33 |
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank** | |
| **Swift Code:** | DEUTLULL |
| **Final Beneficiary Name:** | EIG Sete Parent S.a.r.l |
| **Final Beneficiary Account:** | ▮▮▮ |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |
| **Swift Message Type:** | MT 103 |

***SWIFT MESSAGE to be obtained ASAP***

EIG00136937

EIG_KEP_00150332

**EIG**
GLOBAL ENERGY PARTNERS

### Step 3 – November 11, 2014

Upon receipt by EIG Sete Parent S.à.r.l of USD 8,863,942.29 from the EIG Funds, the USD 8,863,942.29 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Beneficiary Account Number:** | ▮ |
| **Beneficiary Name:** | EIG Sete Holdings S.à r.l |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |

### Step 4 – November 11, 2014

Upon the receipt of USD 8,863,942.29 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 8,863,942.29 to its Brazilian account with DB-Brazil using the wire instructions below:

Deutsche Bank Trust Company Americas Inc (BKTRUS33)
ABA 021001033
a/c ▮
a/c Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

*SWIFT MESSAGE to be obtained ASAP*
*Please pay without deduction - Do not clip wire fees,*
*charge any fees (if applicable) to sender*

### Step 5 – November 12, 2014

DB-Brazil will settle the FX trade described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below.

| | |
|---|---|
| **Bank Name:** | Banco Bradesco S.A. (237) |
| **Account name:** | Fundo de Investimento em Participações Sondas |
| **CNPJ (tax id) of the holder of the account:** | ▮ |
| Conta CETIP do Fundo nº 11961.00-4 | |
| Código CETIP do Ativo nº 1196112SON | |
| **Account number:** | ▮ |
| **Agencia (Branch) number:** | 2856-8 |

R. Blair Thomas

Pritpal Aujla

EIG00136938
EIG_KEP_00150333

1700 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006
202.600.3300



**EIG**
**GLOBAL ENERGY PARTNERS**

November 10, 2014

Deutsche Bank S.A. - Banco Alemão
Avenida Brigadeiro Faria Lima, 3900, 13° floor
São Paulo – SP, Brazil
04538-132
At: Mr. Bruno Ramos de Oliveira

Ref: EIG SETE HOLDINGS S.À.R.L. – FX Transaction and Subscription Instructions

Dear Bruno:

We hereby instruct Deutsche Bank S.A. – Banco Alemão to act on the following:

1.  As of November 12, 2014, please credit the funds in BRL 22,492,253.55 in the account # ▇▇▇▇ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank S.A. – Banco Alemão. Please be informed that inflow FX transaction has been closed for settlement of BRL on November 10, 2014 in the amount of USD 8,663,942.29.

    a.  Note that in order to have the FX settled, the USD amount will be credited at the below account on or before the settlement date, November 12, 2014:

    Account Bank: Deutsche Bank Trust Company Americas (BKTRUS33)
    ABA: 021-001-033
    Account#: ▇▇▇▇
    Benefit: Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

2.  On November 12, 2014, the FX will be settled and BRL 22,492,253.55 in the account # ▇▇▇▇ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank will be wire transferred to the below account for the purpose of subscription of shares of FIP Sondas:

    Bank Name: Banco Bradesco (237) (SWIFT code: BBDEBRSP)
    CNPJ (tax Id) of the holder of the account: ▇▇▇▇▇▇
    Account number: ▇▇▇▇
    Agencia (Branch) number: 2856-8
    Account name: FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES SONDAS

The subscription letters and other related documents are being sent to you separate from this letter.

To confirm these instructions by phone, call the following phone number in the USA and ask for Niranjan Ravindran at +1-202-600-3309 (mobile: +1 (917) 815-2474).  Alternatively, should you encounter difficulty, please contact Pritpal Aujla at +1-202-600-3307 (mobile: +1-213-248-3013).  Should you encounter any difficulty in finding these individuals, please contact Paul Clatterbuck at +1-202-600-3352 (mobile: +1-804-307-6359), and he will track us down.

Regards,

EIG SETE HOLDINGS S.À.R.L.

By: EIG Management Company, LLC, Administrative Agent for EIG Sete Holdings Sarl

Pritpal Aujla, Senior Vice President and CFO                Niranjan Ravindran, Senior Vice President

Acknowledged by: Deutsche Bank S.A. – Banco Alemão

Amanda Custodio / Vinicius Pinho                Alexandre Martins

---

**Confidential**

Washington, DC    ›    Houston    ›    London    ›    Sydney    ›    Hong Kong

**EIG**
GLOBAL ENERGY PARTNERS

**To:**       J. Edling, S. Profka, J. Williams – SEI;

**From:**     P. Clatterbuck – EIG

**Date:**     October 15, 2014

**Subject:**  **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV)  - **Step Plan**

**CC:**       M. Abe, P. Aujla, M. Bernardes, C. Best, J.D. Borgeaud, S. Hayden, J. Hui, B. Maxted, T. McGee, C. Vogel, R. Wade, and C. Wasik

### Step 1 – October 15, 2014

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 9,488,769.34 into BRL 23,105,153.33 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 10/15/14 | BRL 23,105,153.33 | EIG Sete Holdings S.à.r.l | DB # ▮▮▮▮▮ |

### Step 2 – October 15, 2014

EIG Energy Funds XIV and XV (EIG Funds) will wire a total of USD 9,488,769.34 by 4PM EST Wednesday, October 15, 2014 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 10/15/14 | USD $4,744,384.67 | EIG Sete Parent S.à.r.l | ▮▮▮▮▮▮ | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 10/15/14 | USD $4,744,384.67 | EIG Sete Parent S.à.r.l | ▮▮▮▮▮▮ | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93350% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

| | |
|---|---|
| **Correspondent Bank:** | Deutsche Bank, NY |
| **Swift Code:** | BKTRUS33 |
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Final Beneficiary Name:** | EIG Sete Parent S.a.r.l |
| **Final Beneficiary Account:** | ▮▮▮▮ |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |
| **Swift Message Type:** | MT 103 |

*SWIFT MESSAGE to be obtained ASAP*

**Confidential**



**EIG**
GLOBAL ENERGY PARTNERS

### Step 3 – October 16, 2014

Upon receipt by EIG Sete Parent S.à.r.l of USD 9,488,769.34 from the EIG Funds, the USD 9,488,769.34 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Beneficiary Account Number:** | ▬ |
| **Beneficiary Name:** | EIG Sete Holdings S.à r.l |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |

### Step 4 – October 16, 2014

Upon the receipt of USD 9,488,769.34 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 9,488,769.34 to its Brazilian account with DB-Brazil using the wire instructions below:

Deutsche Bank Trust Company Americas Inc (BKTRUS33)
ABA 021001033
a/c ▬
a/c Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

***SWIFT MESSAGE to be obtained ASAP***
***Please pay without deduction - Do not clip wire fees,***
***charge any fees (if applicable) to sender***

### Step 5 – October 17, 2014

DB-Brazil will settle the FX trade described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below.

| | |
|---|---|
| **Bank Name:** | Banco Bradesco S.A. (237) |
| **Account name:** | Fundo de Investimento em Participações Sondas |
| **CNPJ (tax id) of the holder of the account:** | ▬ |
| Conta CETIP do Fundo nº 11961.00-4 | |
| Código CETIP do Ativo nº 1196112SON | |
| **Account number:** | ▬ |
| **Agencia (Branch) number:** | 2856-8 |

Robert Vitale

Pritpal Aujla

CBPK
10/15/14
Charlotte Rock

1700 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006
202.600.3300



**GLOBAL ENERGY PARTNERS**

October 15, 2014

Deutsche Bank S.A. - Banco Alemão
Avenida Brigadeiro Faria Lima, 3900, 13º floor
São Paulo – SP, Brazil
04538-132
At: Mr. Bruno Ramos de Oliveira

Ref: EIG SETE HOLDINGS S.À.R.L. – FX Transaction and Subscription Instructions

Dear Bruno:

We hereby instruct Deutsche Bank S.A. – Banco Alemão to act on the following:

1.  As of October 17, 2014, please credit the funds in BRL 23,105,153.33 in the account # ▇▇▇▇ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank S.A. – Banco Alemão. Please be informed that inflow FX transaction has been closed for settlement of BRL on October 15, 2014 in the amount of USD 9,488,769.34.

    a.  Note that in order to have the FX settled, the USD amount will be credited at the below account on or before the settlement date, October 17, 2014:

        **Account Bank:** Deutsche Bank Trust Company Americas (BKTRUS33)
        **ABA:** 021-001-033
        **Account#:** ▇▇▇▇
        **Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

2.  On October 17, 2014, the FX will be settled and BRL 23,105,153.33 in the account # ▇▇▇▇ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank will be wire transferred to the below account for the purpose of subscription of shares of FIP Sondas:

    **Bank Name:** Banco Bradesco (237) (SWIFT code: BBDEBRSP)
    **CNPJ (tax id) of the holder of the account:** ▇▇▇▇▇▇▇
    **Account number:** ▇▇▇▇
    **Agencia (Branch) number:** 2856-8
    **Account name:** FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES SONDAS

The subscription letters and other related documents are being sent to you separate from this letter.

To confirm these instructions by phone, call the following phone number in the USA and ask for Niranjan Ravindran at +1-202-600-3309 (mobile: +1 (917) 815-2474).  Alternatively, should you encounter difficulty, please contact Brian Gilmore at +1-202-600-3310 (mobile: +1-917-385-7735).  Should you encounter any difficulty in finding these individuals, please contact Paul Clatterbuck at +1-202-600-3352 (mobile: +1-804-307-8359), and he will track us down.

Regards,

EIG SETE HOLDINGS S.À.R.L.

By: EIG Management Company, LLC, Administrative Agent for EIG Sete Holdings Sarl

_____          _____
Pritpal Aujla, Senior Vice President and CFO          Niranjan Ravindran, Senior Vice President

Acknowledged by: Deutsche Bank S.A. – Banco Alemão

_____          _____
Amanda Custodio / Vinicius Pinho          Alexandre Martins

**Confidential**

Washington, DC    ›    Houston    ›    London    ›    Sydney    ›    Hong Kong

EIG00224756

EIG_KEP_00152228

1700 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006
202.600.3300



**EIG**
**GLOBAL ENERGY PARTNERS**

October 15, 2014

Deutsche Bank S.A. - Banco Alemão
Avenida Brigadeiro Faria Lima, 3900, 13º floor
São Paulo – SP, Brazil
04538-132
At: Mr. Bruno Ramos de Oliveira

Ref: EIG SETE HOLDINGS S.À.R.L. – FX Transaction and Subscription Instructions

Dear Bruno:

We hereby instruct Deutsche Bank S.A. – Banco Alemão to act on the following:

1.  As of October 17, 2014, please credit the funds in BRL 23,105,153.33 in the account # ████████ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank S.A. – Banco Alemão. Please be informed that inflow FX transaction has been closed for settlement of BRL on October 15, 2014 in the amount of USD 9,488,769.34.

    a.  Note that in order to have the FX settled, the USD amount will be credited at the below account on or before the settlement date, October 17, 2014:

    **Account Bank**: Deutsche Bank Trust Company Americas (BKTRUS33)
    **ABA**: 021-001-033
    **Account #**: ████████
    **Benefit**: Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

2.  On October 17, 2014, the FX will be settled and BRL 23,105,153.33 in the account # ████████ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank will be wire transferred to the below account for the purpose of subscription of shares of FIP Sondas:

    **Bank Name**: Banco Bradesco (237) (SWIFT code: BBDEBRSP)
    **CNPJ (tax id) of the holder of the account**: ████████████████
    **Account number**: ████████
    **Agencia (Branch) number**: 2856-8
    **Account name**: FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES SONDAS

The subscription letters and other related documents are being sent to you separate from this letter.

To confirm these instructions by phone, call the following phone number in the USA and ask for Niranjan Ravindran at +1-202-600-3309 (mobile: +1 (917) 815-2474). Alternatively, should you encounter difficulty, please contact Brian Gilmore at +1-202-600-3310 (mobile: +1-917-385-7735). Should you encounter any difficulty in finding these individuals, please contact Paul Clatterbuck at +1-202-600-3352 (mobile: +1-804-307-8359), and he will track us down.

Regards,

EIG SETE HOLDINGS S.À.R.L.

By: EIG Management Company, LLC, Administrative Agent for EIG Sete Holdings Sarl

_____                    _____
Pritpal Aujla, Senior Vice President and CFO          Niranjan Ravindran, Senior Vice President

Acknowledged by: Deutsche Bank S.A. – Banco Alemão

_____                    _____
Amanda Custódio / Vinicius Pinho                    Alexandre Martins

**Confidential**

Washington, DC     ›     Houston     ›     London     ›     Sydney     ›     Hong Kong

**Confidential**

**EIG**

**GLOBAL ENERGY PARTNERS**

**To:** J. Edling, S. Profka, J. Williams – SEI;

**From:** P. Clatterbuck – EIG

**Date:** August 25, 2014

**Subject:** **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV)  **- Step Plan**

**CC:** M. Abe, P. Aujla, M. Bernardes, C. Best, J.D. Borgeaud, S. Hayden, J. Hui, B. Maxted, T. McGee, C. Vogel, R. Wade, and C. Wasik

### Step 1 – August 25, 2014

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 12,354,944.76 into BRL 28,187,806.48 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 8/25/14 | BRL 28,187,806.48 | EIG Sete Holdings S.à.r.l | DB #████████ |

### Step 2 – August 25, 2014

EIG Energy Funds XIV and XV (EIG Funds) will wire a total of USD 12,354,944.76 by 4PM EST Monday, August 25, 2014 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 8/25/14 | USD $6,177,472.38 | EIG Sete Parent S.à.r.l | ████████ | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 8/25/14 | USD $6,177,472.38 | EIG Sete Parent S.à.r.l | ████████ | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93350% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

| | |
|---|---|
| **Correspondent Bank:** | Deutsche Bank, NY |
| **Swift Code:** | BKTRUS33 |
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Final Beneficiary Name:** | EIG Sete Parent S.a.r.l |
| **Final Beneficiary Account:** | ████ |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |
| **Swift Message Type:** | MT 103 |

*SWIFT MESSAGE to be obtained ASAP*

**Confidential**



## Step 3 – August 26, 2014

Upon receipt by EIG Sete Parent S.à.r.l of USD 12,354,944.76 from the EIG Funds, the USD 12,354,944.76 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Beneficiary Account Number:** | ▌ |
| **Beneficiary Name:** | EIG Sete Holdings S.à r.l |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |

## Step 4 – August 26, 2014

Upon the receipt of USD 12,354,944.76 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 12,354,944.76 to its Brazilian account with DB-Brazil using the wire instructions below:

Deutsche Bank Trust Company Americas Inc (BKTRUS33)
ABA 021001033
a/c ▌
a/c Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

***SWIFT MESSAGE to be obtained ASAP***
***Please pay without deduction - Do not clip wire fees, charge any fees (if applicable) to sender***

## Step 5 – August 27, 2014

DB-Brazil will settle the FX trade described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below.

| | |
|---|---|
| **Bank Name:** | Banco Bradesco S.A. (237) |
| **Account name:** | Fundo de Investimento em Participações Sondas |
| **CNPJ (tax id) of the holder of the account:** | ▌ |
| Conta CETIP do Fundo nº 11961.00-4 | |
| Código CETIP do Ativo nº 1196112SON | |
| **Account number:** | ▌ |
| **Agencia (Branch) number:** | 2856-8 |

_Christine Best_                    _Pritpal Aujla_

1700 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006
202.600.3300



**GLOBAL ENERGY PARTNERS**

August 25, 2014

Deutsche Bank S.A. - Banco Alemão
Avenida Brigadeiro Faria Lima, 3900, 13º floor
São Paulo – SP, Brazil
04538-132
At: Mr. Bruno Ramos de Oliveira

Ref: EIG SETE HOLDINGS S.À.R.L. – FX Transaction and Subscription Instructions

Dear Bruno:

We hereby instruct Deutsche Bank S.A. – Banco Alemão to act on the following:

1. As of August 27, 2014, please credit the funds in BRL 28,187,806.48 in the account # ▮▮▮▮ held by EIG SETE
   HOLDINGS S.À.R.L. with Deutsche Bank S.A. – Banco Alemão. Please be informed that inflow FX transaction has been
   closed for settlement of BRL on August 25, 2014 in the amount of USD 12,354,944.76.

   a. Note that in order to have the FX settled, the USD amount will be credited at the below account on or before the
      settlement date, August 27, 2014:

      **Account Bank:** Deutsche Bank Trust Company Americas (BKTRUS33)
      **ABA:** 021-001-033
      **Account#:** ▮▮▮▮▮
      **Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

2. On August 27, 2014, the FX will be settled and BRL 28,187,806.48 in the account # ▮▮▮▮ held by EIG SETE
   HOLDINGS S.À.R.L. with Deutsche Bank will be wire transferred to the below account for the purpose of subscription of
   shares of FIP Sondas:

   **Bank Name:** Banco Bradesco (237) (SWIFT code: BBDEBRSP)
   **CNPJ (tax id) of the holder of the account:** ▮▮▮▮▮
   **Account number:** ▮▮▮▮▮
   **Agencia (Branch) number:** 2856-8
   **Account name:** FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES SONDAS

The subscription letters and other related documents are being sent to you separate from this letter.

To confirm these instructions by phone, call the following phone number in the USA and ask for Niranjan Ravindran at +1-202-600-
3309 (mobile: +1 (917) 815-2474).  Alternatively, should you encounter difficulty, please contact Brian Gilmore at +1-202-600-3310
(mobile: +1-917-385-7735).  Should you encounter any difficulty in finding these individuals, please contact Paul Clatterbuck at +1-
202-600-3352 (mobile: +1-804-307-8359), and he will track us down.

Regards,

EIG SETE HOLDINGS S.À.R.L.

By: EIG Management Company, LLC, Administrative Agent for EIG Sete Holdings Sarl

_____          _____
Pritpal Aujla, Senior Vice President and CFO          Niranjan Ravindran, Senior Vice President

Acknowledged by:  Deutsche Bank S.A. – Banco Alemão

_____          _____
Amanda Custodio / Vinicius Pinho          Alexandre Martins

**Confidential**

Washington, DC   ›   Houston   ›   London   ›   Sydney   ›   Hong Kong

EIG00138854

EIG_KEP_00156964

**EIG**
GLOBAL ENERGY PARTNERS

| | |
|---|---|
| **To:** | J. Edling, S. Profka, J. Williams – SEI; |
| **From:** | P. Clatterbuck – EIG |
| **Date:** | August 12, 2014  *PC 8/12/14* |
| **Subject:** | **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV)  **- Step Plan** |
| **CC:** | M. Abe, P. Aujla, M. Bernardes, C. Best, J.D. Borgeaud, S. Hayden, J. Hui, B. Maxted, T. McGee, C. Vogel, R. Wade, and C. Wasik |

## Step 1 – August 12, 2014

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 8,058,966.67 into BRL 18,318,031.25 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 8/12/14 | BRL 18,318,031.25 | EIG Sete Holdings S.à.r.l | DB #████████ |

## Step 2 – August 12, 2014

EIG Energy Funds XIV and XV (EIG Funds) will wire a total of USD 8,058,966.67 by 4PM EST Tuesday, August 12, 2014 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 8/12/14 | USD $4,029,483.34 | EIG Sete Parent S.à.r.l | ██████ | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 8/12/14 | USD $4,029,483.33 | EIG Sete Parent S.à.r.l | ██████ | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93350% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

| | |
|---|---|
| **Correspondent Bank:** | Deutsche Bank, NY |
| **Swift Code:** | BKTRUS33 |
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank** | |
| **Swift Code:** | DEUTLULL |
| **Final Beneficiary Name:** | EIG Sete Parent S.a.r.l |
| **Final Beneficiary Account:** | ████ |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |
| **Swift Message Type:** | MT 103 |

*SWIFT MESSAGE to be obtained ASAP*

**Confidential**



**Step 3 – August 13, 2014**

Upon receipt by EIG Sete Parent S.à.r.l of USD 8,058,966.67 from the EIG Funds, the USD 8,058,966.67 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Beneficiary Account Number:** | ▮▮▮ |
| **Beneficiary Name:** | EIG Sete Holdings S.à r.l |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |

**Step 4 – August 13, 2014**

Upon the receipt of USD 8,058,966.67 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 8,058,966.67 to its Brazilian account with DB-Brazil using the wire instructions below:

**Account Bank:** Deutsche Bank Trust Company Americas  (BKTRUS33)
**ABA:** 021-001-033
**Account#:** ▮▮▮▮
**Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)
**Swift Message Type:** MT 103

*SWIFT MESSAGE to be obtained ASAP*
*Please pay without deduction - Do not clip wire fees,*
*charge any fees (if applicable) to sender*

**Step 5 – August 14, 2014**

DB-Brazil will settle the FX trade described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below.

**Bank Name:** Banco Bradesco S.A. (237)
**Account name:**  Fundo de Investimento em Participações Sondas
**CNPJ (tax id) of the holder of the account:** ▮▮▮▮
Conta CETIP do Fundo nº 11961.00-4
Código CETIP do Ativo nº 1196112SON
**Account number:** ▮▮▮▮
**Agencia (Branch) number:** 2856-8

Christine Best                              Pritpal Aujla

1700 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006
202.600.3300



August 12, 2014

Deutsche Bank S.A. - Banco Alemão
Avenida Brigadeiro Faria Lima, 3900, 13º floor
São Paulo – SP, Brazil
04538-132
At: Mr. Bruno Ramos de Oliveira

Ref: EIG SETE HOLDINGS S.À.R.L. – **FX** Transaction and Subscription Instructions

Dear Bruno:

We hereby instruct Deutsche Bank S.A. – Banco Alemão to act on the following:

1.  As of August 14, 2014, please credit the funds in BRL 18,318,031.25 in the account # ▮▮▮▮▮▮ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank S.A. – Banco Alemão. Please be informed that inflow FX transaction has been closed for settlement of BRL on August 12, 2014 in the amount of USD 8,058,966.67.

    a.  Note that in order to have the FX settled, the USD amount will be credited at the below account on or before the settlement date, August 14, 2014:

        **Account Bank:** Deutsche Bank Trust Company Americas (BKTRUS33)
        **ABA:** 021-001-033
        **Account#:** ▮▮▮▮▮▮
        **Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

2.  On August 14, 2014, the FX will be settled and BRL 18,318,031.25 in the account # ▮▮▮▮▮ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank will be wire transferred to the below account for the purpose of subscription of shares of FIP Sondas:

    **Bank Name:** Banco Bradesco (237) (SWIFT code: BBDEBRSP)
    **CNPJ (tax id) of the holder of the account:** ▮▮▮▮▮▮▮▮
    **Account number:** ▮▮▮▮▮▮
    **Agencia (Branch) number:** 2856-8
    **Account name:** FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES SONDAS

The subscription letters and other related documents are being sent to you separate from this letter.

To confirm these instructions by phone, call the following phone number in the USA and ask for Brian Gilmore at +1-202-600-3310 (mobile: +1-917-385-7735). Alternatively, should you encounter difficulty, please contact Niranjan Ravindran at +1-202-600-3309 (mobile: +1 (917) 815-2474). Should you encounter any difficulty in finding these individuals, please contact Paul Clatterbuck at +1-202-600-3352 (mobile: +1-804-307-8359), and he will track us down.

Regards,

EIG SETE HOLDINGS S.À.R.L.

By: EIG Management Company, LLC, Administrative Agent for EIG Sete Holdings Sarl

_____          _____
Pritpal Aujla, Senior Vice President and CFO          Brian Gilmore, Senior Vice President

Acknowledged by: Deutsche Bank S.A. – Banco Alemão

_____          _____
Eduardo Rech / Ricardo Rosa          Alexandre Martins / Henrique Santos

Confidential

Washington, DC   )   Houston   )   London   )   Sydney   )   Hong Kong

EIG00139602

**EIG_KEP_00158296**



**EIG**

GLOBAL ENERGY PARTNERS

| | |
|---|---|
| **To:** | J. Edling, S. Profka, J. Williams – SEI; |
| **From:** | P. Clatterbuck – EIG |
| **Date:** | June 4, 2014 |
| **Subject:** | **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV)  **- Step Plan** |
| **CC:** | P. Aujla, M. Barakat, C. Best, J.D. Borgeaud, K. Corrigan, S. Hayden, J. Hui, B. Maxted, T. McGee, C. Vogel, R. Wade, B. Thomas, and C. Wasik |

## Step 1 – June 4, 2014

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 10,856,257.42 into BRL 24,692,557.50 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 6/4/14 | BRL 24,692,557.50 | EIG Sete Holdings S.à.r.l | DB # ▉▉▉▉ |

## Step 2 – June 4, 2014

EIG Energy Funds XIV and XV (EIG Funds) will wire a total of USD 10,856,257.42 by 4PM EST Wednesday, June 4, 2014 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 6/4/14 | USD $5,428,128.71 | EIG Sete Parent S.à.r.l | ▉▉▉▉ | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 6/4/14 | USD $5,428,128.71 | EIG Sete Parent S.à.r.l | ▉▉▉▉ | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93350% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |



**GLOBAL ENERGY PARTNERS**

## Step 3 – June 5, 2014

Upon receipt by EIG Sete Parent S.à.r.l of USD 10,856,257.42 from the EIG Funds, the USD 10,856,257.42 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank**: | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code**: | DEUTLULL |
| **Beneficiary Account Number**: | ▮▮▮▮ |
| **Beneficiary Name**: | EIG Sete Holdings S.à r.l |
| **Attn**: | Nahima Bared |
| **Reference**: | CPEC and share premium |

## Step 4 – June 5, 2014

Upon the receipt of USD 10,856,257.42 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 10,856,257.42 to its Brazilian account with DB-Brazil using the wire instructions below:

**Account Bank:** Deutsche Bank Trust Company Americas  (BKTRUS33)
**ABA:** 021-001-033
**Account#:** ▮▮▮▮▮
**Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

*SWIFT MESSAGE to be obtained ASAP*
*Please pay without deduction*

## Step 5 – June 6, 2014

DB-Brazil will settle the FX trade described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below.

**Bank Name:** Banco Bradesco S.A. (237)
**Account name:** Fundo de Investimento em Participações Sondas
**CNPJ (tax id) of the holder of the account:** ▮▮▮▮▮▮▮
Conta CETIP do Fundo nº 11961.00-4
Código CETIP do Ativo nº 1196112SON
**Account number:** ▮▮▮▮▮
**Agencia (Branch) number:** 2856-8

Christine Best                                           Pritpal Aujla



1700 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006
202.600.3300

EIG
GLOBAL ENERGY PARTNERS

June 4, 2014

Deutsche Bank S.A. - Banco Alemão
Avenida Brigadeiro Faria Lima, 3900, 13° floor
São Paulo – SP, Brazil
04538-132
At: Mr. Bruno Ramos de Oliveira

Ref: EIG SETE HOLDINGS S.À.R.L. – FX Transaction and Subscription Instructions

Dear Bruno:

We hereby instruct Deutsche Bank S.A. – Banco Alemão to act on the following:

1.  As of June 6, 2014, please credit the funds in BRL 24,692,557.50 in the account # ████ held by EIG SETE
    HOLDINGS S.À.R.L. with Deutsche Bank S.A. – Banco Alemão. Please be informed that inflow FX transaction has been
    closed for settlement of BRL on June 4, 2014 in the amount of USD 10,856,257.42.

    a.  Note that in order to have the FX settled, the USD amount will be credited at the below account on or before the
        settlement date, June 6, 2014:

        **Account Bank:** Deutsche Bank Trust Company Americas (BKTRUS33)
        **ABA:** 021-001-033
        **Account#:** ████
        **Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

2.  On June 6, 2014, the FX will be settled and BRL 24,692,557.50 in the account # ████ held by EIG SETE HOLDINGS
    S.À.R.L. with Deutsche Bank and wire transferred to the below account by close of business on June 6, 2014, for the
    purpose of subscription of shares of FIP Sondas:

    **Bank Name:** Banco Bradesco (237) (SWIFT code: BBDEBRSP)
    **CNPJ (tax Id) of the holder of the account:** ████
    **Account number:** ████
    **Agencia (Branch) number:** 2856-8
    **Account name:** FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES SONDAS

The subscription letters and other related documents are being sent to you separate from this letter.

To confirm these instructions by phone, call the following phone number in the USA and ask for Brian Gilmore at +1-202-600-3310
(mobile: +1-917-385-7735).  Alternatively, should you encounter difficulty, please contact Niranjan Ravindran at +1-202-600-3309
(mobile: +1 (917) 815-2474).  Should you encounter any difficulty in finding these individuals, please contact Paul Clatterbuck at +1-
202-600-3352 (mobile: +1-804-307-8359), and he will track us down.

Regards,

EIG SETE HOLDINGS S.À.R.L.

By:  EIG Management Company, LLC, Administrative Agent for EIG Sete Holdings Sarl

Pritpal Aujla, Senior Vice President and CFO          Brian Gilmore, Senior Vice President

Acknowledged by:  Deutsche Bank S.A. – Banco Alemão

Amanda Custodio / Ricardo Rosa          Fernando Ellero / Alexandre Martins

Confidential

Washington, DC     ›     Houston     ›     London     ›     Sydney     ›     Hong Kong

EIG00091970

EIG_KEP_00167808

**EIG**
GLOBAL ENERGY PARTNERS

| | |
|---|---|
| **To:** | J. Edling, S. Profka, J. Williams – SEI; |
| **From:** | P. Clatterbuck – EIG   _PC 5/7/14_ |
| **Date:** | May 7, 2014 |
| **Subject:** | **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV)  - **Step Plan** |
| **CC:** | K. Corrigan, P. Aujla, M. Barakat, R. Davidovits, B. Maxted, T. McGee, C. Vogel, J.D. Borgeaud, R. Wade; C. Best; B. Vinocour; and B. Thomas |

### Step 1 – May 7, 2014

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 22,022,539.74 into BRL 49,011,162.20 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 5/7/14 | BRL 49,011,162.20 | EIG Sete Holdings S.à.r.l | DB # ▉▉▉▉ |

### Step 2 – May 7, 2014

EIG Energy Funds XIV and XV (EIG Funds) will wire a total of USD 22,022,539.74 by 4PM EST Wednesday, May 7, 2014 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 5/7/14 | USD $11,011,269.87 | EIG Sete Parent S.à.r.l | ▉▉▉▉▉ | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 5/7/14 | USD $11,011,269.87 | EIG Sete Parent S.à.r.l | ▉▉▉▉▉ | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93350% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

| | |
|---|---|
| **Correspondent Bank:** | Deutsche Bank, NY |
| **Swift Code:** | BKTRUS33 |
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Final Beneficiary Name:** | EIG Sete Parent S.a.r.l |
| **Final Beneficiary Account:** | ▉▉▉ |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |
| **Swift Message Type:** | MT 103 |

*SWIFT MESSAGE to be obtained ASAP*

**EIG**

**GLOBAL ENERGY PARTNERS**

## Step 3 – May 8, 2014

Upon receipt by EIG Sete Parent S.à.r.l of USD 22,022,539.74 from the EIG Funds, the USD 22,022,539.74 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

**Beneficiary Bank:**  Deutsche Bank Luxembourg S.A.
**Beneficiary Bank Swift Code:**  DEUTLULL
**Beneficiary Account Number:**  ▮▮▮▮
**Beneficiary Name:**  EIG Sete Holdings S.à.r.l
**Attn:**  Nahima Bared
**Reference:**  CPEC and share premium

## Step 4 – May 8, 2014

Upon the receipt of USD 22,022,539.74 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 22,022,539.74 to its Brazil Res. #2689 account with DB-Brazil using the wire instructions below:

**Account Bank:**  Deutsche Bank Trust Company Americas  (BKTRUS33)
**ABA:** 021-001-033
**Account#:**  ▮▮▮▮
**Benefit:**  Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

*SWIFT MESSAGE to be obtained ASAP*
*Please pay without deduction*

## Step 5 – May 9, 2014

DB-Brazil will settle the FX trade described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below.

**Bank Name:**  Banco Bradesco S.A. (237)
**Account name:**  Fundo de Investimento em Participações Sondas
**CNPJ (tax id) of the holder of the account:**  ▮▮▮▮▮▮
Conta CETIP do Fundo nº 11961.00-4
Código CETIP do Ativo nº 1196112SON
**Account number:**  ▮▮▮▮
**Agencia (Branch) number:**  2856-8

_____                    _____
Christine Best                                      Pritpal Aujla

1700 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006
202.600.3300



May 7, 2014

Deutsche Bank S.A. - Banco Alemão
Avenida Brigadeiro Faria Lima, 3900, 13º floor
São Paulo – SP, Brazil
04538-132
At: Mr. Bruno Ramos de Oliveira

Ref: EIG SETE HOLDINGS S.À.R.L. – FX Transaction and Subscription Instructions

Dear Bruno:

We hereby instruct Deutsche Bank S.A. – Banco Alemão to act on the following:

1.  As of May 9, 2014, please credit the funds in BRL 49,011,162.20 in the account # ▮▮▮▮▮ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank S.A. – Banco Alemão. Please be informed that inflow FX transaction has been closed for settlement of BRL on May 7, 2014 in the amount of USD 22,022,539.74

    a.  Note that in order to have the FX settled, the USD amount will be credited at the below account on or before the settlement date, May 9, 2014:

        **Account Bank:** Deutsche Bank Trust Company Americas (BKTRUS33)
        **ABA:** 021-001-033
        **Account#:** ▮▮▮▮▮
        **Benefit:** Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

2.  On May 9, 2014, the FX will be settled and BRL 49,011,162.20 in the account # ▮▮▮▮▮ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank will be wire transferred to the below account for the purpose of subscription of shares of FIP Sondas:

    **Bank Name:** Banco Bradesco (237) (SWIFT code: BBDEBRSP)
    **CNPJ (tax id) of the holder of the account:** ▮▮▮▮▮▮▮
    **Account number:** ▮▮▮▮▮
    **Agencia (Branch) number:** 2856-8
    **Account name:** FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES SONDAS

The subscription letters and other related documents are being sent to you separate from this letter.

To confirm these instructions by phone, call the following phone number in the USA and ask for Brian Gilmore at +1-202-600-3310 (mobile: +1-917-385-7735). Alternatively, should you encounter difficulty, please contact Niranjan Ravindran at +1-202-600-3309 (mobile: +1 (917) 815-2474). Should you encounter any difficulty in finding these individuals, please contact Paul Clatterbuck at +1-202-600-3352 (mobile: +1-804-307-8359), and he will track us down.

Regards,

EIG SETE HOLDINGS S.À.R.L.

By: EIG Management Company, LLC, Administrative Agent for EIG Sete Holdings Sarl

_____                    _____
Pritpal Aujla, Chief Financial Officer        Niranjan Ravindran, Senior Vice President

Acknowledged by: Deutsche Bank S.A. – Banco Alemão

_____                    _____
Vinicius Pinho / Ricardo Rosa                 Alexandre Martins

Confidential

EIG00142308
EIG_KEP_00168125



**To:**       J. Edling, S. Profka, J. Williams – SEI;

**From:**   P. Clatterbuck – EIG

**Date:**    January 5, 2015

**Subject:**  **FIP Sondas funding by EIG Sete Holdings S.à.r.l** (Funds XIV and XV)  **- Step Plan**

**CC:**      M. Abe, P. Aujla, M. Bernardes, C. Best, J.D. Borgeaud, S. Hayden, J. Hui, B. Maxted, T. McGee,
             C. Vogel, R. Wade, and C. Wasik

### Step 1 – January 5, 2015

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 42,567,695.54 into BRL 115,677,712.63 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 1/5/15 | BRL 115,677,712.63 | EIG Sete Holdings S.à.r.l | DB # ▮▮▮▮▮ |

### Step 2 – January 5, 2015

EIG Energy Funds XIV and XV (EIG Funds) will wire a total of USD 42,567,695.54 by 4PM EST Monday, January 5, 2015 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 1/5/15 | USD $21,283,847.77 ✓ | EIG Sete Parent S.à.r.l | ▮▮▮▮ | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 1/5/15 | USD ✓ $21,283,847.77 | EIG Sete Parent S.à.r.l | ▮▮▮▮ | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93350% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

| | |
|---|---|
| **Correspondent Bank:** | Deutsche Bank, NY |
| **Swift Code:** | BKTRUS33 |
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank** | |
| **Swift Code:** | DEUTLULL |
| **Final Beneficiary Name:** | EIG Sete Parent S.a.r.l |
| **Final Beneficiary Account:** | ▮ |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |
| **Swift Message Type:** | MT 103 |

*SWIFT MESSAGE to be obtained ASAP*

Confidential



**GLOBAL ENERGY PARTNERS**

## Step 3 – January 6, 2015

Upon receipt by EIG Sete Parent S.à.r.l of USD 42,567,695.54 from the EIG Funds, the USD 42,567,695.54 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

| | |
|---|---|
| **Beneficiary Bank:** | Deutsche Bank Luxembourg S.A. |
| **Beneficiary Bank Swift Code:** | DEUTLULL |
| **Beneficiary Account Number:** | ███ |
| **Beneficiary Name:** | EIG Sete Holdings S.à r.l |
| **Attn:** | Nahima Bared |
| **Reference:** | CPEC and share premium |

## Step 4 – January 6, 2015

Upon the receipt of USD 42,567,695.54 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 42,567,695.54 to its Brazilian account with DB-Brazil using the wire instructions below:

Deutsche Bank Trust Company Americas Inc (BKTRUS33)
ABA 021001033
a/c ███████
a/c Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

***SWIFT MESSAGE to be obtained ASAP***
***Please pay without deduction - Do not clip wire fees,***
***charge any fees (if applicable) to sender***

## Step 5 – January 7, 2015

DB-Brazil will settle the FX trade described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below.

**Bank Name:** Banco Bradesco S.A. (237)
**Account name:** Fundo de Investimento em Participações Sondas
**CNPJ (tax id) of the holder of the account:** ███████
Conta CETIP do Fundo nº 11961.00-4
Código CETIP do Ativo nº 1196112SON
**Account number:** ███████
**Agencia (Branch) number:** 2856-8

Christine Best

Pritpal Aujla

EIG00257969

EIG_KEP_00249993