# EXHIBIT 118

```
                                                        Page 1
 1        CONFIDENTIAL - ALVIN R. ALBE, JR.
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 18-CV-01047 (PGG)
     -------------------------------------------X
 4   EIG ENERGY FUND XIV, L.P.,
 5   EIG ENERGY FUND XIV-A, L.P.,
 6   EIG ENERGY FUND XIV-B, L.P.,
 7   EIG ENERGY FUND XIV (CAYMAN), L.P.,
 8   EIG ENERGY FUND XV, L.P.,
 9   EIG ENERGY FUND XV-A, L.P.,
10   EIG ENERGY FUND XV-B, L.P., and
11   EIG ENERGY FUND XV (CAYMAN), L.P.,
12                         Plaintiffs,
13        - against -
14   KEPPEL OFFSHORE & MARINE LTD.,
15                         Defendant.
     -------------------------------------------X
16
17
18             * * * CONFIDENTIAL * * *
19      DEPOSITION VIA ZOOM VIDEOCONFERENCING
20                      OF
21              ALVIN R. ALBE, JR.
22          Thursday, August 5, 2021
23
24   Reported By:
     LINDA J. GREENSTEIN
25
```

Page 38

1   CONFIDENTIAL - ALVIN R. ALBE, JR.
2   time today.
3           MR. SIVAN:  I have a couple of
4   questions on redirect.
5   EXAMINATION BY
6   MR. SIVAN:
7       Q.   Mr. Albe, when did you learn
8   about the fact that Sete was involved in a
9   bribery and kickback scheme?
10      A.   I don't recall the specific
11  date, but I -- I think it was a result of
12  reading something about the annual reports
13  on Fund XIV and XV.
14      Q.   Mr. Albe, had you known that
15  Sete was involved in a bribery and kickback
16  scheme back in 2011, when you were a voting
17  member of the Fund XIV and Fund XV
18  investment committees, how would you have
19  voted in connection with the proposed
20  investments in Sete?
21          MR. KUMAGAI:  Objection to form.
22      A.   Well, I would not have approved
23  it.
24          MR. SIVAN:  I have no further
25  questions.