# EXHIBIT 119

```
 1           C O N F I D E N T I A L
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------x
      EIG ENERGY FUND XIV, L.P.,
 4    EIG ENERGY FUND XIV-A, L.P,
      EIG ENERGY FUND XIV-B, L.P.,
 5    EIG ENERGY FUND XIV (CAYMAN),
      EIG ENERGY FUND XV, L.P.,
 6    EIG ENERGY FUND XV-A, L.P.,
      EIG ENERGY FUND XV-B, L.P.,
 7    EIG ENERGY FUND (CAYMAN), L.P.,
 8              Plaintiffs,
 9                  Case No.18-cv-01047 (PGG)
          -v-
10
      KEPPEL OFFSHORE & MARINE LTD.,
11
                Defendant.
12    ----------------------------------x
                July 22, 2021
13
                10:20 a.m.
14
15       REMOTE DEPOSITION of JEFFERY ANDERSON,
16    taken by Counsel for Defendant, pursuant
17    to Subpoena, dated 05/05/2021, via Zoom,
18    before Amy Klein Campion, a Shorthand
19    Reporter and Notary Public within and for
20    the State of New York.
21
22
23
24
25
```

```
                                          Page 54
 1          J. ANDERSON - CONFIDENTIAL
 2      A.    No.
 3      Q.    Was an entitled called Keppel
 4  discussed at the September 2011 Investment
 5  Committee meeting?
 6      A.    I don't recall.
 7      Q.    Did anyone discuss any visits to
 8  Brazil or the shipyards in Brazil during
 9  the meeting of the Investment Committee in
10  September of 2011?
11      A.    I don't recall.
12      Q.    If someone had raised concerns
13  about bribery, would you have voted to
14  approve the investment in Sete?
15      A.    No.
16      Q.    Did the Fund XV Investment
17  Committee meeting ever meet again to
18  discuss whether EIG should invest in Sete?
19      A.    I don't recall.
20      Q.    In your time at TCW, have you
21  ever been involved in any investments or
22  transactions that were tied to any bribery
23  scheme?
24          MR. SIVAN:  Objection to form.
25      A.    No.
```