# EXHIBIT 120

CONFIDENTIAL

Page 1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 18-cv-01047 (PGG)

5   - - - - - - - - - - - - - - - - - - - -x

6  EIG ENERGY FUND XIV, L.P.,

   EIG ENERGY FUND XIV-A, L.P.,

7  EIG ENERGY FUND XIV-B, L.P.,

   EIG ENERGY FUND XIV (CAYMAN), L.P.,

8  EIG ENERGY FUND XV, L.P.,

   EIG ENERGY FUND XV-A, L.P.

9  EIG ENERGY FUND XV-B, L.P.

   EIG ENERGY FUND XV (CAYMAN), L.P.

10                    Plaintiffs,

           -against-

11  KEPPEL OFFSHORE & MARINE LTD.,

                    Defendant.

12   - - - - - - - - - - - - - - - - - - - -x

13              Virtual Zoom Deposition

14

                 June 30, 2021

15                 6:00 p.m.

16     CONFIDENTIAL VIRTUAL VIDEO DEPOSITION

17  of KENNETH CHONG, in the above-entitled

18  action, held at the above time and place,

19  taken before Jeremy Richman, a Shorthand

20  Reporter and Notary Public of the State of

21  New York, pursuant to the Federal Rules of

22  Civil Procedure, and stipulations between

23  Counsel.

24

25              *     *     *

CONFIDENTIAL

Page 19

1              CONFIDENTIAL - CHONG

2        Q.    Do you know what title you       18:18:46

3    held during that period of time?          18:18:47

4        A.    I think between 2009 and 2015    18:18:48

5    before, yeah, until 2015 I was the         18:18:54

6    assistant general manager.                 18:18:57

7        Q.    Okay.  And then in June 2015,    18:18:59

8    your title changed to general manager      18:19:03

9    of legal; is that correct, sir?           18:19:06

10       A.    That's correct.                 18:19:08

11       Q.    And do you currently hold       18:19:09

12   that title?                               18:19:12

13       A.    Yes.                            18:19:12

14       Q.    Okay.  Do you also hold a       18:19:12

15   title of corporate secretary?             18:19:15

16       A.    For Keppel Offshore & Marine    18:19:21

17   or --                                     18:19:23

18       Q.    Correct.                        18:19:25

19       A.    Yes.                            18:19:25

20       Q.    Company secretary?              18:19:26

21       A.    Secretary, yes.                 18:19:29

22       Q.    I want to start, when you       18:19:30

23   first joined Keppel in January 2001,       18:19:34

24   what were your duties and                  18:19:40

25   responsibilities as senior legal          18:19:41

```
 1           CONFIDENTIAL - CHONG
 2   officer?                               18:19:43
 3        A.    Well, mainly providing legal  18:19:43
 4   advice, and to the extent that I was   18:19:52
 5   appointed secretary of some of the     18:20:00
 6   companies, then as a secretary.  But   18:20:03
 7   otherwise mainly providing in-house    18:20:09
 8   legal advice.                          18:20:14
 9        Q.    And did your duties and      18:20:14
10   responsibilities change when you had   18:20:15
11   title changes?                         18:20:17
12        A.    Actually, no.               18:20:18
13        Q.    So from the time you joined  18:20:20
14   Keppel through the present, your       18:20:27
15   primary job responsibility is to       18:20:29
16   provide legal advice; is that correct? 18:20:33
17        A.    Yes.                         18:20:34
18        Q.    And as part of your job      18:20:34
19   responsibilities, do you negotiate and 18:20:36
20   draft legal contracts?                 18:20:40
21        A.    Yes.                         18:20:43
22        Q.    And who did you report to    18:20:43
23   when you first joined Keppel in        18:20:47
24   January 2001?                          18:20:50
25        A.    Jeff Chow.                   18:20:54
```

CONFIDENTIAL

Page 21

1              CONFIDENTIAL - CHONG

2        Q.    And did you continue to        18:20:59

3    report to Mr. Chow until he departed     18:21:01

4    from the company?                        18:21:06

5        A.    Yes.                           18:21:07

6        Q.    And were there individuals     18:21:07

7    who reported to you between the time     18:21:09

8    period of 2001 through the present at    18:21:11

9    Keppel?                                  18:21:13

10        A.    In strict formal lines, I      18:21:21

11    think they were quite flat, so strictly 18:21:24

12    speaking, formally speaking, no.        18:21:27

13        Q.    Between the period January 1,  18:21:34

14    2010, through the end of 2015, who were 18:21:41

15    the other employees besides you and     18:21:46

16    Mr. Chow that worked in the legal       18:21:49

17    department at Keppel?                   18:21:52

18        A.    There are quite a number,      18:21:53

19    because there are people that came and  18:21:57

20    went.  So do you want me to name them?  18:21:58

21        Q.    I would like you to name the   18:22:00

22    people you recall, yes.                 18:22:03

23        A.    The people I work with,        18:22:03

24    basically, yes, legal officers or legal 18:22:05

25    counsel.  Is that correct?             18:22:07

CONFIDENTIAL

Page 25

1                CONFIDENTIAL - CHONG
2      contract of employment, I recalled that      18:28:57
3      the company that I signed the contract       18:28:58
4      with was Keppel FELS.  But of course,        18:29:01
5      with the designations and duties, it's       18:29:07
6      for Keppel Offshore & Marine.                18:29:09
7           Q.    And is Keppel Corporation the     18:29:11
8      parent company of Keppel Offshore &          18:29:15
9      Marine?                                      18:29:17
10          A.    Yes.                              18:29:17
11          Q.    And KOM, as we agreed to call     18:29:21
12     it, is a hundred percent owned by            18:29:26
13     Keppel Corp., correct?                       18:29:28
14          A.    Yes.                              18:29:30
15          Q.    KOM has several wholly owned      18:29:34
16     subsidiaries as well, correct?              18:29:39
17          A.    Yes.                              18:29:40
18          Q.    KOM owns a hundred percent of     18:29:41
19     Keppel FELS Limited, correct?                18:29:45
20          A.    Yes.                              18:29:48
21               MR. KUMAGAI:  Object to form.      18:29:48
22               MS. LAW:  What's your              18:29:53
23          objection, Dave?                        18:29:53
24               MR. KUMAGAI:  He can't speak       18:29:55
25          on behalf of KOM what their             18:29:58

CONFIDENTIAL

Page 27

1          CONFIDENTIAL - CHONG

2          A.    It does not directly own          18:31:04

3     Keppel FELS Brasil.                           18:31:06

4          Q.    Does it indirectly own Keppel      18:31:08

5     FELS Brasil?                                  18:31:13

6          A.    Yes.                               18:31:13

7          Q.    How so?                            18:31:13

8          A.    Through shareholding in other      18:31:14

9     companies.                                    18:31:18

10         Q.    Is Fernvale Pte., Ltd. a           18:31:19

11    wholly owned subsidiary of KOM?               18:31:27

12         A.    Yes.                               18:31:29

13         Q.    Have you ever heard of a           18:31:39

14    gentleman named Zwi Skornicki?                18:31:41

15         A.    Yes.                               18:31:46

16         Q.    And did Mr. Skornicki have a       18:31:46

17    relationship with Keppel?                     18:31:52

18         A.    I believe so, yes.                 18:31:52

19         Q.    What is your understanding of      18:31:56

20    what that relationship was?                   18:31:57

21         A.    As far as I know, he's an          18:31:58

22    agent of some other company.                  18:32:02

23         Q.    Is he -- was he ever an agent      18:32:06

24    of KOM?                                       18:32:09

25         A.    I don't think so.                  18:32:10

CONFIDENTIAL

Page 28

1              CONFIDENTIAL - CHONG

2        Q.    Was he an agent of Fernvale?     18:32:19

3        A.    I think so.                      18:32:24

4        Q.    Do you know what                 18:32:26

5   Keppel-related entities he served as an     18:32:34

6   agent for other than Fernvale?             18:32:35

7        A.    I cannot really recall.          18:32:44

8        Q.    Have you ever heard of an        18:32:47

9   entity called Deep Sea Oil?                18:32:48

10       A.    I cannot really remember.        18:32:51

11       Q.    Have you ever heard of an        18:33:02

12   entity called Eagle do, D-O, Brasil?      18:33:03

13       A.    Yes.                             18:33:09

14       Q.    And what is your                 18:33:10

15   understanding of what Eagle do Brasil     18:33:12

16   is?                                       18:33:22

17       A.    I think it's a company that's    18:33:23

18   related to Wi.                            18:33:24

19       Q.    Mr. Chong, when was the first    18:33:35

20   time that you heard of an entity called   18:33:42

21   Sete Brasil?                              18:33:45

22       A.    I don't recall exactly, but      18:33:46

23   probably around early 2010s, 2011         18:34:00

24   maybe.                                    18:34:06

25       Q.    2010, 2011?                      18:34:06

CONFIDENTIAL

Page 141

1              CONFIDENTIAL - CHONG

2        A.    Yes.                          21:21:13

3        Q.    Okay.  If you look at the     21:21:13

4    bottom email, I will represent you're   21:21:18

5    not on that, but it's forwarded to you  21:21:24

6    in the top chain.  It's an email from   21:21:26

7    Tan Leong, L-E-O-N-G, Peng, P-E-N-G, to 21:21:31

8    Aziz Amirali, A-M-I-R-A-L-I, Merchant,   21:21:42

9    and others, and Mr. Tan Leong Peng      21:21:47

10   says, Dear bosses, we have successfully  21:21:47

11   signed the LOI for Sete Brasil this      21:21:52

12   afternoon at 1:30 p.m. for the           21:21:56

13   construction of the remaining five       21:21:58

14   numbers of DSS38E semi.  Do you see      21:22:01

15   that, sir?                               21:22:04

16       A.    Yes.                           21:22:04

17       Q.    And do you recall that Keppel  21:22:04

18   was awarded five additional contracts    21:22:07

19   after the December 11th contract?        21:22:10

20       A.    Yes.                           21:22:11

21       Q.    In the top email on the chain  21:22:11

22   to Tommy Sam and you from Kai Choong     21:22:19

23   Kwok, K-A-I, C-H-O-O-N-G, K-W-O-K, from  21:22:24

24   March 23, 2011, it says, Kenneth, we     21:22:31

25   just finished the dinner with Barusco,   21:22:35

CONFIDENTIAL

Page 182

1             CONFIDENTIAL - CHONG

2        Q.    Who is Aziz?                    22:16:32

3        A.    I presume it's referring to    22:16:33

4    Aziz Merchant.                           22:16:34

5        Q.    What was Mr. Merchant's role   22:16:35

6    within Keppel?                           22:16:38

7        A.    He was the director of         22:16:43

8    Fernvale, if I recall correctly.         22:16:48

9        Q.    Director of Fernvale?          22:16:49

10       A.    Yeah.                          22:16:51

11       Q.    And Fernvale was the entity    22:16:51

12   that entered into the agreements with    22:16:53

13   Mr. Skornicki's companies, correct?      22:16:55

14       A.    We have talked about that      22:16:58

15   earlier, yes.                            22:17:05

16       Q.    The answer is yes, right,      22:17:12

17   Mr. Chong?                               22:17:14

18       A.    Yes.                           22:17:15

19       Q.    Okay.  He said, There is an    22:17:15

20   envelope on my desk with the agency      22:17:18

21   agreement.                               22:17:20

22             Do you know why the documents  22:17:23

23   were in an envelope --                   22:17:27

24       A.    I wouldn't know.               22:17:28

25       Q.    Okay.  Okay.  If you go to     22:17:29

CONFIDENTIAL

```
                                          Page 191

 1              CONFIDENTIAL - CHONG

 2     me.                                  22:29:10

 3          Q.    Bear with me one second,  22:29:10

 4     Mr. Chong.                           22:29:12

 5               (Exhibit 51, marked for    22:29:13

 6          identification, Bates stamped   22:29:13

 7          KEPPEL00610466.)               22:30:33

 8          Q.    Mr. Chong, can you look at 22:30:33

 9     what I introduced as Exhibit 51,     22:30:35

10     please.                             22:30:38

11          A.    Yes.                      22:30:38

12          Q.    This is a document Bates  22:30:38

13     stamped Keppel 00610466 through 558. 22:30:40

14     Is this one of the engineering --    22:30:53

15     withdrawn.                           22:30:53

16               Is this one of the EPC     22:30:56

17     contracts that was executed for the  22:30:58

18     five additional rigs in connection with 22:31:00

19     the Sete transaction?                22:31:06

20          A.    I need to scroll through it. 22:31:07

21     Yes.                                 22:31:31

22          Q.    And if you look at the first 22:31:31

23     page, it's an EPC contract dated     22:31:33

24     August 2, 2012, correct?             22:31:37

25          A.    Yes.                      22:31:37
```

CONFIDENTIAL

                                        Page 192

1              CONFIDENTIAL - CHONG

2         Q.    And it's between Frade          22:31:37

3    Drilling and Fernvale PTE, correct?        22:31:41

4         A.    Yes.                            22:31:45

5         Q.    And if you look at the last     22:31:45

6    page of the document, which is 93 of       22:31:53

7    the document, it says, Witnesses.  Do      22:31:57

8    you see that, sir?                         22:32:03

9         A.    Yes.                            22:32:05

10        Q.    And it says, Name, and it       22:32:05

11   says, Kenneth Chong?                       22:32:09

12        A.    Yes.                            22:32:10

13        Q.    And you signed that, correct?   22:32:11

14        A.    Yes.                            22:32:15

15        Q.    And identity, can you read to   22:32:17

16   me what it says under identity?            22:32:19

17        A.    AGM legal KOM.                  22:32:20

18        Q.    What does AGM stand for?        22:32:23

19        A.    Assistant general manager.      22:32:26

20        Q.    And is that your signature on   22:32:28

21   this document?                             22:32:31

22        A.    Yes.                            22:32:31

23        Q.    And if you go to page 10 of     22:32:31

24   the document, tell me when you're          22:32:44

25   there.                                     22:32:45

CONFIDENTIAL

Page 193

|   |   |   |
|---|---|---|

1                CONFIDENTIAL - CHONG

2        A.    Page 10.                    22:32:55

3        Q.    Page 10.  The first full page  22:32:56

4    of the agreement, do you see that Frade  22:32:58

5    Drilling is defined as owner?          22:33:00

6        A.    Yes.                         22:33:01

7        Q.    And do you see that Fernvale  22:33:01

8    is defined as contractor?              22:33:05

9        A.    Yes.                         22:33:07

10        Q.    And if you turn to page 42 of  22:33:07

11    the agreement.                         22:33:14

12        A.    Forty-two?                  22:33:21

13        Q.    Correct.                    22:33:23

14        A.    Okay, yes.                  22:33:25

15        Q.    Paragraph 6.2 contains the  22:33:26

16    representations and warrantees of the  22:33:32

17    contractor, which is Fernvale, correct?  22:33:34

18        A.    Yes.                         22:33:36

19        Q.    Okay.  And under subparagraph  22:33:37

20    B it says, No violation of law,        22:33:40

21    litigation, correct?                   22:33:43

22        A.    Yes.                         22:33:44

23        Q.    And that's the same provision  22:33:44

24    we saw in the earlier EPC contract that  22:33:47

25    we looked at, correct?                 22:33:49

CONFIDENTIAL

```
                                      Page 194

1              CONFIDENTIAL - CHONG
2         A.    Yes.                        22:33:51
3         Q.    Okay.  And when you were a  22:33:51
4    witness signing this agreement on      22:33:55
5    behalf of Fernvale, did you understand 22:33:58
6    that what was contained in six point -- 22:34:04
7    the representation -- withdrawn.        22:34:09
8              When you were a witness who  22:34:10
9    signed this document on behalf of a     22:34:12
10   Keppel entity, did you have any         22:34:15
11   understanding that the representation   22:34:17
12   contained in paragraph 6.2B was false?  22:34:21
13        A.    No.                          22:34:25
14        Q.    At the time that you signed  22:34:29
15   this agreement on behalf of Keppel --   22:34:32
16        A.    I didn't sign on behalf of   22:34:34
17   Keppel.                                 22:34:36
18        Q.    Withdrawn.  At the time --   22:34:36
19              MR. KUMAGAI:  Let her ask the 22:34:38
20       question.                           22:34:39
21        Q.    At the time that you were a  22:34:40
22   witness for a Keppel entity for this    22:34:42
23   agreement, did you have any concerns    22:34:46
24   that the representation contained in    22:34:50
25   paragraph 6.2B was false?              22:34:52
```

CONFIDENTIAL

Page 195

1              CONFIDENTIAL - CHONG

2        A.    No.                              22:34:55

3        Q.    At the time that you were a      22:34:57

4    witness for a Keppel entity in             22:35:01

5    connection with this document, did you     22:35:03

6    do any investigation to -- let me start    22:35:05

7    again.                                     22:35:23

8              At the time that you were a      22:35:24

9    witness for a Keppel entity in             22:35:24

10   connection with this document, did you     22:35:26

11   do any investigation personally to         22:35:28

12   ensure that the representation             22:35:32

13   contained in paragraph 6.2B was true?      22:35:34

14       A.    No.                              22:35:38

15       Q.    Can you please turn to           22:35:39

16   Exhibit 52.  Tell me when you have that    22:35:45

17   open, sir.                                 22:35:50

18             (Exhibit 52, marked for          22:35:51

19        identification, Bates stamped         22:35:51

20        KEPPEL00610382.)                      22:35:55

21             MR. KUMAGAI:  Do we need to      22:35:55

22        do the same thing for all the other   22:35:56

23        four?                                 22:35:58

24             MS. LAW:  Yes.  I can            22:35:59

25        short-circuit it, if you'll let me.   22:36:00

CONFIDENTIAL

Page 196

```
1            CONFIDENTIAL - CHONG
2            MR. KUMAGAI:  How do you want    22:36:03
3      to do that?                            22:36:05
4            MS. LAW:  I could ask him to     22:36:07
5      look at Exhibit 52, 53, 54 and 55,     22:36:09
6      confirm he was a witness on all,       22:36:19
7      confirm these are four contracts       22:36:22
8      related to Sete, confirm there was     22:36:24
9      the same representation as in the      22:36:25
10     document he signed, and if I asked     22:36:27
11     him the same three questions, if he    22:36:29
12     would answer the same way.  If         22:36:31
13     you're comfortable with that, I'm      22:36:35
14     happy to do it that way.               22:36:37
15           MR. KUMAGAI:  I mean, I don't    22:36:38
16     really get the point.  We can          22:36:39
17     stipulate to that.  Go through it      22:36:40
18     quickly, if you want.                  22:36:49
19           MS. LAW:  Okay.                   22:36:51
20     Q.    Can you turn to Exhibit 52,      22:36:51
21   please.                                  22:36:53
22     A.    Okay.                             22:36:58
23     Q.    This is an EPC contract dated    22:36:58
24   August 2, 2012, correct?                 22:37:00
25     A.    Yes.                              22:37:02
```

CONFIDENTIAL

Page 197

CONFIDENTIAL - CHONG

1

2          Q.    It's between Bracuhy Drilling   22:37:03

3      and Fernvale, correct?                    22:37:13

4          A.    Yes.                             22:37:14

5          Q.    You were a witness to this      22:37:15

6      agreement as well, correct?               22:37:19

7          A.    Yes.                             22:37:20

8          Q.    There is also a                  22:37:21

9      representation 6.2 by the contractor in   22:37:25

10     this EPC contract, correct?               22:37:29

11         A.    Yes.                             22:37:32

12         Q.    And the contractor here is a     22:37:35

13     Keppel entity, correct?                   22:37:37

14         A.    Yes.                             22:37:38

15         Q.    And the -- one of the            22:37:39

16     representations in 6.2B on page 42 of     22:37:41

17     this agreement is the same no violation   22:37:46

18     of law provision that we saw in the       22:37:49

19     earlier contract, correct?                22:37:52

20         A.    Yes.                             22:37:53

21         Q.    And did you know that this       22:37:53

22     representation was false at the time      22:37:57

23     that you executed -- withdrawn.           22:37:58

24              Did you know that this           22:38:01

25     representation was false at the time      22:38:02

CONFIDENTIAL

Page 198

```
              CONFIDENTIAL - CHONG
 1
 2    you witnessed the signing of this         22:38:03
 3    agreement?                                22:38:05
 4         A.    No.                            22:38:06
 5         Q.    Did you do any investigation   22:38:06
 6    at this time to verify the truth of the   22:38:16
 7    representation?                           22:38:19
 8         A.    No.                            22:38:20
 9         Q.    Okay.  Can you turn to         22:38:21
10    Exhibit 53, please.  Tell me when you     22:38:24
11    have that open.                           22:38:33
12              (Exhibit 53, marked for         22:38:26
13         identification, Bates stamped        22:38:26
14         KEPPEL00610654.)                     22:38:47
15         A.    Yes, it's open.                22:38:47
16         Q.    This is an EPC contract dated  22:38:48
17    August 2, 2012, between Portogalo         22:38:51
18    Drilling and Fernvale, correct?           22:38:55
19         A.    Yes.                           22:38:59
20         Q.    And this is another EPC        22:38:59
21    contract relating to the Sete rigs,       22:39:02
22    correct?                                  22:39:05
23         A.    Yes.                           22:39:06
24         Q.    And you were a witness to the  22:39:07
25    execution of this agreement as well,      22:39:10
```

CONFIDENTIAL

Page 199

1              CONFIDENTIAL - CHONG

2    correct?                                  22:39:12

3         A.    Yes.                           22:39:12

4         Q.    And this EPC contract also     22:39:13

5    contains representations and warranties   22:39:20

6    of the owner, correct?                    22:39:22

7         A.    Yes.                           22:39:23

8         Q.    And it contains               22:39:25

9    representations and warranties of the    22:39:26

10   contractor, correct?                     22:39:28

11        A.    Yes.                          22:39:28

12        Q.    And the contractor was a      22:39:30

13   Keppel entity, correct?                  22:39:33

14        A.    Yes.                          22:39:34

15        Q.    And one of those             22:39:34

16   representations was that the contractor  22:39:37

17   was not engaged in any violation of      22:39:39

18   applicable law, correct?                 22:39:42

19        A.    Yes.                          22:39:43

20        Q.    Did you know that that        22:39:46

21   representation was false at the time     22:39:49

22   you witnessed the execution of this      22:39:51

23   document?                                22:39:52

24        A.    No.                           22:39:52

25        Q.    Did you do any investigation  22:39:52

CONFIDENTIAL

```
                                        Page 200

    1            CONFIDENTIAL - CHONG

    2    to assure the truth of the              22:39:54

    3    representation at the time that you     22:39:58

    4    were a witness?                         22:40:00

    5         A.    No.                           22:40:00

    6         Q.    Can you turn to Exhibit 54,   22:40:02

    7    please.                                  22:40:06

    8               (Exhibit 54, marked for       22:40:09

    9         identification, Bates stamped       22:40:09

   10         KEPPEL0055548.)                     22:40:14

   11         A.    Yes, I have it.               22:40:14

   12         Q.    This is an EPC contract dated 22:40:15

   13    August 2, 2012, between, I'm going to   22:40:21

   14    spell it.  It's M-A-N-G-A-R-A-T-I-B-A,   22:40:24

   15    Mangaratiba Drilling, and Fernvale,     22:40:31

   16    correct?                                 22:40:34

   17         A.    Yes.                           22:40:34

   18         Q.    And this was also related to  22:40:35

   19    the additional rigs that Keppel was     22:40:37

   20    awarded from Sete, correct?             22:40:39

   21         A.    Yes.                           22:40:41

   22         Q.    And you were a witness to the 22:40:42

   23    execution of this EPC contract,         22:40:44

   24    correct?                                 22:40:46

   25         A.    Yes.                           22:40:47
```

CONFIDENTIAL

Page 201

1           CONFIDENTIAL - CHONG

2        Q.    And this contract similarly        22:40:48

3    has representations that there was no        22:40:52

4    violation of law, correct?                   22:40:54

5        A.    Yes.                               22:40:56

6        Q.    Did you know that those            22:40:56

7    representations were false at the time       22:41:01

8    you were a witness?                          22:41:02

9        A.    No.                                22:41:03

10        Q.    Did you do any investigation      22:41:03

11    to verify the truth of the                  22:41:07

12    representations when you were a             22:41:08

13    witness?                                    22:41:10

14        A.    No.                               22:41:12

15        Q.    Can you turn to Exhibit 55,       22:41:13

16    please.  Tell me when you have it open.     22:41:18

17              (Exhibit 55, marked for           22:41:20

18         identification, Bates stamped          22:41:20

19         KEPPEL00555263.)                       22:41:23

20        A.    Yes, I have it open.              22:41:23

21        Q.    This is an EPC contract dated     22:41:24

22    August 2, 2012, between Botinas            22:41:27

23    Drilling and Fernvale, correct?            22:41:32

24        A.    Yes.                              22:41:34

25        Q.    And this, too, relates to the     22:41:35

CONFIDENTIAL

Page 202

1              CONFIDENTIAL - CHONG

2    drilling rigs that Keppel was awarded        22:41:38

3    from Sete, correct?                          22:41:41

4         A.    Yes.                              22:41:42

5         Q.    You were a witness to the         22:41:43

6    execution of this EPC contract,              22:41:44

7    correct?                                     22:41:46

8         A.    Yes.                              22:41:46

9         Q.    And this EPC contract             22:41:48

10   similarly contained representations of       22:41:51

11   the contractor, correct?                     22:41:54

12        A.    Yes.                              22:41:57

13        Q.    And Keppel was the                22:41:57

14   contractor, correct -- withdrawn.            22:41:59

15              A Keppel entity was the           22:42:01

16   contractor, correct?                         22:42:04

17        A.    Yes.                              22:42:05

18        Q.    And one of those                  22:42:05

19   representations was that there was no        22:42:06

20   violation of law, correct?                   22:42:07

21        A.    Yes.                              22:42:14

22        Q.    Did you know that was false       22:42:14

23   at the time you witnessed the execution      22:42:16

24   of the agreement?                            22:42:19

25        A.    No.                              22:42:19