# EXHIBIT 124

1          CONFIDENTIAL - SIMON R. HAYDEN
2            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
3
      EIG ENERGY FUND XIV,      :
4     L.P., EIG ENERGY FUND     :  No. 18-cv-01047-PGG
      XIV-A, L.P.,EIG ENERGY    :
5     FUND XIV-B, L.P., EIG     :
      ENERGY FUND XIV           :
6     (CAYMAN), L.P., EIG       :
      ENERGY FUND XV, L.P.,     :
7     EIG ENERGY FUND XV-A,     :
      6 L.P., EIG ENERGY        :
8     FUND XV-B, L.P., and      :
      EIG ENERGY FUND           :
9     XV(CAYMAN), L.P.,         :
              Plaintiffs,       :
10                              :
11              vs.             :
                                :
      KEPPEL OFFSHORE &         :
12    MARINE LTD.,              :
              Defendant.        :
13    ----------------------    :
14
15          VIDEOTAPE DEPOSITION VIA ZOOM OF:
16                SIMON R. HAYDEN
17             THURSDAY, MAY 27, 2021
18
19
20
21
22
23
24    REPORTED BY:
      SILVIA P. WAGE, CCR, CRR, RPR
25    JOB NO. 4590550

                                              Page 53

 1              CONFIDENTIAL - SIMON R. HAYDEN
 2      -- we are working with a market advisor.  So they
 3      told the market advisor to look into it, you
 4      know.
 5              Q.  And so we talked earlier about
 6      changes in oil prices or the market and the risks
 7      those potential changes would pose to an
 8      investment.
 9                  Why was that a risk that you wanted
10      to look at further in this case?
11                  MS. PAK:  Objection to form.
12              A.  The oil price -- are we talking about
13      the oil price risk in relation to the Sete
14      investment?
15              Q.  Yes, yes.
16              A.  Well, I think, what I was trying to
17      say before was -- well, I don't recall what we
18      did.  So that's the first thing.
19                  But from my recollection of the
20      transaction and the fact we had long-term fixed
21      price, charter agreements from Petrobas, my
22      recollection is the investment was protected from
23      all price risk and it may not have been an issue
24      we looked at in detail.  I just can't recall
25      exactly what we did.

Page 56

```
 1              CONFIDENTIAL - SIMON R. HAYDEN
 2       forward with the transaction.  There may be
 3       remaining diligence left to do.  There may be a
 4       bunch of other documents.  But that would be the
 5       next major step in the process.
 6              Q.   When you say, there may be remaining
 7       diligence left to do before going to an
 8       Investment Committee, what do you mean by that?
 9              MS. PAK:  Objection to form.
10              A.   Well, I mean, to an extent, the
11       diligence is never over until you've funded the
12       investment, right, and then you move to the
13       monitoring phase.  So you could get Investment
14       Committee approval to move forward with the
15       transaction, you know, good period before you
16       fund or even sign the documents.  So we're still
17       working on diligence in those -- we may have
18       completed the bulk of it by the time we go to
19       Investment Committee, but we're still working on
20       diligence.
21              But it's not, you know, the
22       completion of diligence is an ongoing thing.  We
23       keep doing diligence and then that evolves into
24       monitoring at some point once the investment's
25       funded.
```

```
 1              CONFIDENTIAL - SIMON R. HAYDEN
 2         Q.   And after the Investment Committee
 3    approves an investment, what is the next step,
 4    typically, at EIG?
 5         A.   Well, that's a green light to proceed
 6    to, you know, complete any remaining diligence,
 7    if there is any, and then to agree documentation.
 8    And if there are material changes in that period,
 9    you would go back to Investment Committee.  But
10    if there are no material changes to what was
11    expected Investment Committee, then that would be
12    sufficient to, you know, to sign the deal.
13         Q.   And if there were -- was additional
14    work to be done after gaining Investment
15    Committee approval, how would the Deal Team
16    communicate that to the Investment Committee?
17              MS. PAK:  Objection to form.
18         A.   That would normally be done verbally.
19    You know, we would have been speaking to each
20    other outside of Investment Committee meetings.
21    And so it would have been understood if there was
22    remaining diligence expected and then, you know,
23    there is a delegation of some responsibility to
24    the Deal Team and the Deal Team leader to
25    highlight any, you know, new findings, any
```

1                CONFIDENTIAL - SIMON R. HAYDEN
2      things that needed to be completed, but I wasn't
3      concerned by anything.
4           Q.  And what do you recall needed to be
5      completed when you joined the Sete team in June
6      of 2011?
7           A.  I think the financial analysis was
8      still being completed.  You know, personally I
9      wanted to read some of the key documents, so that
10     still needed to be done.
11          Q.  Is that all that you recall still
12     needing to be done when you joined the Sete Deal
13     Team in June 2011?
14          A.  Yeah, that's all I recall.  There may
15     have been other things, but I don't remember.
16          Q.  And at the time you worked on the
17     Sete transaction, could you speak or read
18     Portuguese?
19          A.  No, no.  It's a bit like Spanish.  I
20     can understand parts of it, but I wouldn't try to
21     read a full document in Portuguese.
22          Q.  So the documents that you reviewed as
23     parts of the due diligence process for Sete were
24     in English; is that right?
25          A.  I think they --

```
 1            CONFIDENTIAL - SIMON R. HAYDEN
 2            MS. PAK:  Objection to form.
 3       A.   The charter agreement was a dual
 4   English but along side the Brazilian.  The EPC
 5   contract was -- must have been in English to read
 6   it.  I think it was just in English rather than
 7   in both languages.
 8       Q.   And those contracts that you
 9   reviewed, were they executed contracts or draft
10   agreements?
11       A.   I don't recall if they were signed or
12   not.
13       Q.   Do you recall who the counterparties
14   were for those agreements that you reviewed?
15       A.   No, there was just examples.  Sete
16   was one of them.  But I don't recall the exact
17   counterparties.
18       Q.   At the time you joined the Sete Deal
19   Team in June 2011, who else was on the Deal Team
20   at EIG?
21       A.   Kevin Lowder and Kevin Corrigan.
22       Q.   Is that everyone?
23       A.   To my recollection, yes.
24       Q.   At the June 2011 Investment Committee
25   meeting where Fund XIV approved the investment in
```

1          CONFIDENTIAL - SIMON R. HAYDEN

2     trips to Brazil?

3          A.   Well, I think it would have -- you

4     know, some portion of the trip would have been

5     spent, at least, with Kevin Corrigan working on

6     Sete, discussing Sete.

7          Q.   Okay.  And you mentioned just now and

8     in your Petrobas deposition a visit to the

9     Brasfels shipyard; is that right?

10         A.   Yeah, yeah.

11         Q.   When did you visit the Brasfels

12    Shipyard?

13         A.   I don't recall the exact date.  It

14    was in 2012.  But I don't know the exact date.

15         Q.   What month did you visit the Brasfels

16    Shipyard?

17         A.   I don't recall the date.  But first

18    half of the year but I don't recall the date.

19         Q.   And was your visit to the Brasfels

20    Shipyard before or after you presented the

21    investment recommendation to the Fund XIV

22    Investment Committee in June 2011?

23         A.   It was after.

24         Q.   Was your visit to Brasfels after the

25    September 2011 meeting at which the Fund XV

```
 1              CONFIDENTIAL - SIMON R. HAYDEN
 2     Ivan on the way.
 3              Q.  And how long did it take you to drive
 4     to the Brasfels Shipyard?
 5              A.  I think it was a few hours.  It was a
 6     long ride.  I don't remember exactly now.
 7              Q.  What did you do when you arrived at
 8     the Brasfels Shipyard?
 9              A.  We -- do you mean immediately when we
10     arrived, or what did we do when we got there,
11     sorry?  Are you asking for my general
12     recollection of what we did while we were at
13     Brasfels Shipyard?
14              Q.  Well, what -- once you arrived at the
15     shipyard, did you meet any employees of the
16     shipyard?
17              A.  Yes, we were shown around the
18     shipyard by Keppel employees.  We also had a
19     meeting with them in a meeting room at the
20     shipyard.
21              Q.  And who showed you around the
22     shipyard?
23              A.  I don't recall the name of the
24     person.  There were, at least, two Keppel people
25     showing us around.  There were reasonable
```

```
                                           Page 83
 1              CONFIDENTIAL - SIMON R. HAYDEN
 2     sizeable group.  So we were accompanied.  We are
 3     accompanied to these sites.  So we were
 4     accompanied throughout the trip by, at least, a
 5     couple of Keppel employees and -- you know, but I
 6     don't remember their names.
 7              Q.  And how did you know that they were
 8     "Keppel employees"?
 9              A.  They were wearing the sort of Keppel
10     sort of boiler suits and the hat, the hardhat.
11              Q.  And what did you see at the Brasfels
12     Shipyard?
13              A.  They showed us the whole shipyard.
14     So we started off in the welding area where the
15     equipment is sort of -- you know, like, building
16     these ships is like a jigsaw puzzle.  So you
17     start by welding the, you know, the metal parts
18     into the right shape and it sort of goes down
19     towards the shore and gets bigger as more parts
20     get welded together.  So we saw all of that in
21     the transition area.  They were at work at the
22     time.
23              And then we saw the, obviously, you
24     know, near the dock where the boats are actually,
25     you know, final construction takes place and, you
```

1                CONFIDENTIAL - SIMON R. HAYDEN

2        know, the cranes, the different docks.  And then

3        they also showed us inside -- at the very back of

4        the shipyard first away from the shore was the

5        building where the sort of, you know, the admin

6        building, that's where we had the meeting with

7        them.

8                Q.  And what happened at the meeting that

9        you referenced?

10               A.  They introduced the shipyard and gave

11       us an overview of Keppel and the shipyard.  The

12       purpose of the visit was to get -- Sete was

13       really telling its investors to give them comfort

14       that these ships could be built in Brazil.  And

15       so the Keppel yard was selected as the best one

16       -- yeah, at least, one of the best, if not the

17       best yard in Brazil to show us around.  So it was

18       kind of a presentation of the, I think, abilities

19       of this shipyard to produce these complex

20       vessels.

21               Q.  And so was the presentation focused

22       on the ship building capacity of the shipyard?

23               A.  Yeah, to the best of my recollection,

24       it was going through the capacity of the

25       shipyard.

```
                                            Page 85
 1              CONFIDENTIAL - SIMON R. HAYDEN
 2         Q.  Was the presentation or tour in
 3    English or Portuguese?
 4         A.  It was presented in English.
 5         Q.  And who gave the presentation at the
 6    Brasfels Shipyard?
 7         A.  I don't recall the name of the
 8    person.
 9         Q.  Was it a man or a woman?
10         A.  A man.
11         Q.  And how old, approximately, was he?
12              MS. PAK:  Objection to form.
13         A.  I would say middle-aged.  I don't
14    remember.
15         Q.  Did you speak with any employees of
16    the shipyard?
17         A.  Yeah, I think it was -- it was a
18    free-flowing conversation for the hour or more
19    that we were going around.  We were sort of
20    question and answer session where we were asking
21    questions around the shipyard and they were
22    responding to us.
23              So it was quite a lot of interaction,
24    you know, over the shipyard and what we're
25    looking at and they're explaining to us, you
```

1          CONFIDENTIAL - SIMON R. HAYDEN

2     know, exactly how it all worked and the process

3     of that, the shipyard.

4          Q.  And did you personally ask any

5     questions of anyone at the shipyard?

6          A.  Well, I would have -- I think I was

7     quite fascinated by it.  I was quite involved,

8     but I don't remember the exact questions.

9          Q.  Did you see any ships being built for

10    Sete at the Brasfels Shipyard?

11         A.  I don't recall for whom the ships

12    were being built.

13         Q.  What did the ships look like?

14         MS. PAK:  Objection to form.

15         A.  I mean, they were -- they were just

16    pieces of metal at that point in time.  They

17    weren't -- I don't recall the sort of, you know,

18    big ships sitting in the dock ready to sail off.

19    They were literally welding the initial pieces of

20    things together and it was sort of moving along.

21    So I don't recall seeing it sort of, you know, a

22    big completed boat and -- well, actually, now you

23    saying that, I do actually remember there was a

24    boat there, which had sort of technical -- needed

25    an upgrade.  But, anyway, you know, I don't -- I

```
 1              CONFIDENTIAL - SIMON R. HAYDEN
 2     don't recall the details of the -- what vessels
 3     they were or who they were for.
 4              Q.  And how long, approximately, did your
 5     visit to the Brasfels Shipyard last?
 6              A.  I would say two to three hours.
 7              Q.  And did you watch any videos or slide
 8     shows during your visit to the Brasfels Shipyard?
 9              A.  I recall a slide show and then the
10     presentation, there being a slide show, yes.  I
11     don't remember if there was a video, all the
12     contents of the slide show.
13              Q.  What was included -- what do you
14     remember about the slide show?
15              A.  Well, I think, it was just a poor --
16     you know, the presentation of the shipyard
17     capacity, you know, the capacity of the shipyard
18     to produce (UNINTELLIGIBLE) ships and
19     recollection of, you know, being the mention of
20     the Keppel and their ability, you know, the sort
21     of it's a Keppel yard and, you know, sort of
22     broad corporate picture supporting the yard.
23              Q.  Is there anything else that you
24     recall about the presentation?
25              A.  No.
```

**ERRATA SHEET**

*EIG v. Keppel*

**Simon Hayden Transcript (#4590550)**

| Page | Line | Change | Reason |
|---|---|---|---|
| 3 | 18-21 | David Alexander and Andrew Vazquez are Summer Associates at Kramer Levin Naftalis & Frankel, not Cravath Swaine & Moore | Clarification |
| 23 | 21 | "capital" should be "Keppel" | Transcription error |
| 24 | 6 | "pursuing capital" should be "pursuing Keppel" | Transcription error |
| 29 | 15-16 | "John Daniel Borgeaud" should be "Jean-Daniel Borgeaud" | Transcription error |
| 35 | 22 | "may have to shorter" should be "may have shorter" | Transcription error |
| 36 | 3 | "investments. We want" should be "investments we want" | Transcription error |
| 36 | 4 | "all price risk" should be "oil price risk" | Transcription error |
| 38 | 15 | "name and risk" should be "payment risk" | Transcription error |
| 38 | 16-17 | "we can look at the counterparties" should be "we look carefully at the sort of counterparties" | Transcription error |
| 39 | 17 | "governance-like" should be "governance-type" | Transcription error |
| 39 | 23-24 | "our companies run management decisions policies around" should be "how companies are run, management decisions, policies around" | Transcription error |
| 40 | 17 | "of EIG" should be "at EIG" | Transcription error |
| 40 | 23 | "vetting along side" should be "investing alongside" | Transcription error |
| 41 | 4 | "harder a those" should be "harder on those" | Transcription error |
| 45 | 25 | "compliment" should be "Complinet" | Transcription error |

1

| **Page** | **Line** | **Change** | **Reason** |
|---|---|---|---|
| 46 | 16 | "think in EIG, we stayed" should be "think at EIG, we stay" | Transcription error |
| 46 | 19 | "evaluations" should be "valuations" | Transcription error |
| 46 | 21 | "we were happy funding" should be "whether we were happy funding" | Transcription error |
| 46-47 | 25-2 | "just to drop our inquiry" should be "we do not just drop our enquiry" | Clarification |
| 49 | 9 | "part of the EIG" should be "part of EIG" | Transcription error |
| 49 | 22 | "like end" should be "back then" | Transcription error |
| 52 | 11-12 | "just a general mark on the moment" should be "just a deal I'm working on at the moment" | Transcription error |
| 53 | 23 | "all price risk" should be "oil price risk" | Transcription error |
| 72 | 2 | "Albay" should be "Albe" | Transcription error |
| 72 | 8 | "Blaire" should be "Blair" | Transcription error |
| 73 | 11 | "Kotel (phonetic)" should be "Kurt Talbot" | Transcription error |
| 79 | 19, 22, 23 | "Sparub" should be "Starup" | Transcription error |
| 80 | 15 | "Bryan Hom" should be "Ivan Hong" | Transcription error |
| 80 | 20 | "I don't remember Ivan Hong being" should be "I don't – I remember Ivan Hong being" | Transcription error |
| 81 | 19-20 | "Rio, the Janeiro City Center" should be "Rio de Janeiro city center" | Transcription error |
| 84 | 4 | "first away" should be "furthest away" | Transcription error |
| 87 | 15 | "it was just a poor" should be "it was to support" | Transcription error |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 87 | 18 | "produce (UNINTELLIGIBLE) ships" should be "produce ultra-deepwater drillships" | Transcription error |
| 92 | 25 | "online" should be "oil" | Transcription error |
| 95 | 5 | "So instead of asking me" should be "So if they had asked me" | Transcription error |
| 102 | 14 | "what ground" should be "walk around" | Transcription error |
| 107 | 7 | "BTG Actual" should be "BTG Pactual" | Transcription error |
| 113 | 16 | "They usually" should be "They're usually" | Transcription error |
| 121 | 18 | "charter loans" should be "charter lengths" | Transcription error |
| 130 | 6 | "Miguella" should be "Magela" | Transcription error |
| 137 | 25 | "think amount" should be "think any amount" | Transcription error |
| 143 | 24-25 | "corrupt allegations" should be "corruption allegations" | Transcription error |
| 146 | 15 | "I don't know" should be "I don't, no" | Transcription error |

_____
Simon Hayden

July 6 2021
Date

3

ACKNOWLEDGEMENT OF DEPONENT

    I, Simon Hayden, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.


_____                    Jul 6 2021
Simon Hayden                                        Date


4