# EXHIBIT 126

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 18-cv-01047 (PGG)
 5   ---------------------------------x
     EIG ENERGY FUND XIV, L.P.,
 6   EIG ENERGY FUND XIV-A, L.P.,
     EIG ENERGY FUND XIV-B, L.P.,
 7   EIG ENERGY FUND XIV (CAYMAN), L.P.,
     EIG ENERGY FUND XV, L.P.,
 8   EIG ENERGY FUND XV-A, L.P.
     EIG ENERGY FUND XV-B, L.P.
 9   EIG ENERGY FUND XV (CAYMAN), L.P.
10                   Plaintiffs,
11        -against-
12   KEPPEL OFFSHORE & MARINE LTD.,
13                   Defendant.
     ---------------------------------x
14
15        * * * CONFIDENTIAL * * *
16       VIRTUAL ZOOM DEPOSITION
17            CHIN HUA LOH
18            July 9, 2021
19
20
21
22   Reported By:
23   Erica Ruggieri, CSR, RPR
24   Job No: 4662398
25
```

Veritext Legal Solutions
212-267-6868      www.veritext.com      516-608-2400

Page 11

1      HUA - CONFIDENTIAL
2      Q.   So in 2014 what did you
3   then do?
4      A.   January 1st, 2014, I moved
5   up to assume my current role as the
6   CEO of Keppel Corporation.
7      Q.   In January of 2014 when you
8   became CEO of Keppel Corporation,
9   did you also become the chairman for
10  Keppel Offshore & Marine?
11     A.   Yes, I did.  Along with the
12  other main subsidiaries of Keppel
13  Corp. I became the executive
14  chairman.
15     Q.   So by chairman does that
16  mean you were chairman of the board
17  of directors of Keppel Offshore &
18  Marine at that time?
19     A.   Yes.  There is, you know,
20  unlike maybe the U.S. we generally
21  really have a separation between the
22  chairman and the CEO.  So there was
23  a CEO at Keppel Offshore & Marine
24  and I was the chairman.
25     Q.   And did you remain the

```
                                                    Page 12
 1              HUA - CONFIDENTIAL
 2      chairman of Keppel Offshore & Marine
 3      from January of 2014 through the
 4      current day?
 5          A.   Yes, I am.
 6          Q.   All right.  I'm going to
 7      mark the first exhibit.
 8               All right, sir, let me know
 9      when you have Plaintiffs' 60.
10          A.   Yes, I have that.
11              (Loh Exhibit 60, E-mail from
12       Chin Loh Hua with attachment, Bates
13       Keppel 440638 through 647, marked
14        for identification, as of this
15        date.)
16          Q.   So this is a document with
17      the Bates stamp number Keppel 440638
18      through 647.  And it appears to be
19      an e-mail with an attachment.
20               If you look at the first page
21      of this document, sir, at the top
22      there do you see this is an e-mail
23      from you dated January 16, 2015, to
24      a number of people at Keppel Corp.
25      and otherwise?
```

Page 18

1               HUA - CONFIDENTIAL
2        long-term debt for Sete, right, sir?
3             A.    Based on the report here I
4        only am aware of, you know, from
5        what I recollect, and this is some
6        time ago, that we were watching the
7        BNDES funding quite closely because
8        at that point in time, I believe, I
9        believe, that payment had stopped
10       coming in for the rigs that we were
11       building.
12            Q.    You knew, didn't you, sir,
13       that without long-term financing
14       Sete could not survive, right, sir?
15            A.    Well, I'm not in a position
16       to comment because I'm not familiar
17       with the financial position of Sete.
18       I think at that point in time I -- I
19       think we were just concerned that
20       the payments were not coming in for
21       our rigs.  And I think the BNDES --
22       from the e-mail that you just showed
23       me, the BNDES funding or the loan
24       from BNDES seems to be quite
25       critical in order for Sete to

Page 19

1                HUA - CONFIDENTIAL
2       continue funding the milestone
3       payments to the shipyards.
4            Q.   All right.  I'm going to
5       mark another exhibit.
6                All right, sir, I have
7       introduced Plaintiffs' 61.  Let me
8       know when you have it.
9            A.   I have that.
10               (Loh Exhibit 61, E-mail from
11        Chin Loh Hua to Y.Y. Chow, Bates
12        Keppel 6158, marked for
13         identification, as of this date.)
14           Q.   Plaintiffs' 61 is a single
15      page document dated -- with the
16      Bates stamp Keppel 6158.  And this
17      is an e-mail that you sent on
18      February 4th, 2015, to
19      Mr. Y.Y. Chow, correct?
20           A.   Yes, appears to be.
21           Q.   Okay.  And what was
22      Mr. Chow's position at this time?
23           A.   Mr. Chow at that time was
24      the CEO of Keppel Offshore & Marine.
25           Q.   And you write to Mr. Chow,

Page 38

1         HUA - CONFIDENTIAL
2     formed comprised of various
3     executives from Keppel."
4           Who else besides you was on
5     this response team from Keppel?
6           A.   Okay.  We have, this was
7     some years ago, I believe we have
8     our group leader Hik (ph), we have
9     -- of course, we have Wang Fung,
10    Wang Look Fung, who is the group
11    corporate communications head, and
12    we had form a task force which was
13    later -- well, was joined by some
14    external lawyers to help us in the
15    internal investigation.  So that --
16    that was the task force that I was
17    heading.
18          Q.   Was there anybody from
19    Keppel Offshore & Marine on this
20    task force?
21          A.   Initially, yes.  I believe
22    -- I believe Y.Y. Chow, who is the
23    CEO of KOM was involved.  Later on
24    at some point he pulled in Jack Chow
25    the legal head for Keppel Offshore &

```
                                              Page 39
 1             HUA - CONFIDENTIAL
 2      Marine.
 3           Q.   Then you write, "The boards
 4      of KCL and KOM are also monitoring
 5      the situation."  KCL meant Keppel --
 6      the Keppel corporate group, is that
 7      what KCL refers to, or what does it
 8      refer to, you tell me?
 9           A.   KCL refers to Keppel
10      Corporation.
11           Q.   Okay.  And then you say,
12      "Regards, Loh Chin Hua."  And if you
13      look it states:  "Response from
14      Keppel media to reports on ongoing
15      investigations with Petrobras."
16             This statement states:  "We
17      refute allegations made in media
18      reports on Keppel FELS' involvement
19      in the scandal surrounding
20      Petrobras.  We would like to
21      emphasize that Keppel group has a
22      code of conduct which prohibits,
23      among others, bribery and
24      corruption.  Our employees are
25      required to conduct themselves with
```