# EXHIBIT 127

Page 1

```
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   -------------------------------x
 4   EIG ENERGY FUND XIV, L.P.,
 5   EIG ENERGY FUND XIV-A, L.P.,
 6   EIG ENERGY FUND XIV-B, L.P.,
 7   EIG ENERGY FUND XIV (CAYMAN),
 8   L.P., EIG ENERGY FUND XV, L.P.,
 9   EIG ENERGY FUND XV-A, L.P.,
10   EIG ENERGY FUND XV-B, L.P.,
11   and EIG ENERGY FUND XV
12   (CAYMAN), L.P.,
13             Plaintiffs,
14        vs.
15   KEPPEL OFFSHORE & MARINE LTD.,
16             Defendant.
17   -------------------------------x
18             "CONFIDENTIAL"
19         VIDEOTAPE DEPOSITION OF
20            KEVIN LEE LOWDER
21       VIA ZOOM VIDEOCONFERENCE
22             June 4, 2021
23              8:36 a.m.
24   Reported by:
25   Maureen Ratto, RPR, CCR
```

CONFIDENTIAL

Page 67

1           LOWDER - CONFIDENTIAL
2   multiple committees or something like
3   that.
4          So I would say that that
5   summarizes but -- maybe not exclusively
6   but summarizes the work products that I
7   was involved in generating.
8      Q.   Did you work on any work
9   product related to the shipyards involved
10   in Sete?
11          MS. LAW:  Objection to form.
12      A.   I would say the same as I just
13   described, the shipyard contracts or
14   proposed contracts, EPCs, as they
15   oftentimes are inputs to the financial
16   model or have a relevance for the
17   financial modeling, so the construction
18   assumptions and things of that nature.
19      Q.   What about the contracts, the
20   shipyard contracts or EPCs did you look
21   at during the due diligence process for
22   the Sete investments?
23      A.   I recall the EPCs that, you
24   know, some of them were forms, you know,
25   that were -- we were estimating the terms

Page 68

1 LOWDER - CONFIDENTIAL
2 and conditions to be similar to those
3 that were available at the time and maybe
4 subject to further negotiations but, in
5 general, had the -- as my focus was the
6 financial modeling, focusing on maybe the
7 economic terms related to those, those
8 contracts or as we were requested to
9 maybe run sensitivities or scenario
10 analysis related to the underlying
11 assumptions of what might happen over the
12 course of, you know, construction, trying
13 to -- trying to make sure that the terms
14 of those types of contracts were
15 reflected appropriately in those
16 financial analysis scenarios. That I
17 would say would be the primary focus of
18 mine.
19        Q.    And when you say you were
20 looking at the forms, do you mean to say
21 you were looking at precedent contracts
22 or draft contracts rather than executed
23 contracts?
24             MS. LAW:  Objection to form.
25        A.    I can't remember if there were

Page 74

1         LOWDER - CONFIDENTIAL
2    role?
3         A.    I don't recall. Similarly he
4    was a member of I would say the junior
5    team, so I would say a support role.  I
6    don't recall him being very involved at
7    all going forward but he might have had
8    an early hand in helping Kevin Corrigan
9    with some of the, you know, the support
10   and just general deal support but I don't
11   recall him having much of a role on Sete.
12        Q.    And I believe you said this
13   before, but who was the core deal team
14   during the due diligence process on the
15   Sete transaction?
16        A.    I think it evolved over time
17   but I think it was -- I think at the
18   consummation of the transaction the deal
19   team was led by Kevin Corrigan, with
20   senior support, you know, of the firm
21   from Blair and Kurt, Clay Taylor, Simon
22   Hayden, myself I think maybe you would
23   describe as the core team and, again, as
24   is typical, that evolves over the course
25   of a transaction, depending on

CONFIDENTIAL

Page 75

1      LOWDER - CONFIDENTIAL
2   availability and kind of what specific,
3   you know, roles or assignments we might
4   need to fulfill, but that was the team
5   that I recall I think evolving into the
6   core team.
7        Q.    And during the due diligence
8   process was that the core team?
9        A.    As the diligence was ongoing
10  there might have been some other roles
11  where again someone jumped in to help on
12  specific tasks, but from my recollection,
13  that seemed to be the core team, yeah.
14       Q.    If you turn to Defendant
15  Exhibit 32, the -- can you please read
16  the first sentence under Investment
17  Thesis on the first page?
18       A.    You want me to read it aloud?
19       Q.    Yes, please.
20       A.    "Investment Thesis: The
21  proposed investment represents an
22  opportunity to partner with Petrobras,
23  the world leader in deep water
24  exploration and production."
25       Q.    And this description of the

# ERRATA SHEET

## *EIG v. Keppel*

### Kevin Lowder Transcript (#4590864)

| Page | Line | Change | Reason |
|---|---|---|---|
| 8 | 2 | "groundrules" should be "ground rules" | Transcription error |
| 11 | 16 | "is" should be "was" | Transcription error |
| 14 | 8 | "is true" should be "is a true" | Transcription error |
| 22 | 4 | "is" should be "it's" | Transcription error |
| 24 | 8-9 | "time line" should be "timeline" | Transcription error |
| 24 | 17 | "is" should be "are" | Clarification |
| 27 | 8 | "It's I" should be "It's — I" | Transcription error |
| 31 | 5-6 | "state on monopoly" should be "state-owned monopoly" | Transcription error |
| 32 | 18 | "CPA" should be "FCPA" | Transcription error |
| 37 | 23 | "inhouse" should be "in-house" | Transcription error |
| 41 | 5 | "decisionmaking" should be "decision-making" | Transcription error |
| 45 | 4 | "specific; well," should be "specific — well," | Transcription error |
| 54 | 14 | "followups" should be "follow-ups" | Transcription error |
| 54 | 17-18 | "financial modeling financial analysis" should be "financial modeling, financial analysis" | Transcription error |
| 55 | 17 | "Kirk" should be "Kurt" | Transcription error |
| 58 | 20 | "knowledge, spoke" should be "knowledge, he spoke" | Transcription error |
| 58 | 22-23 | "industry transaction focused" should be "industry-, transaction-focused" | Transcription error |
| 80 | 16 | "Oldebrecht/Delba" should be "Odebrecht/Delba" | Transcription error |
| 81 | 6, 19, 23 | "Oldebrecht/Delba" should be "Odebrecht/Delba" | Transcription error |
| 81 | 11 | "Oldebrecht" should be "Odebrecht" | Transcription error |
| 82 | 12, | "Oldebrecht/Delba" should be | Transcription error |

1

| Page | Line | Change | Reason |
|---|---|---|---|
|  | 17 | "Odebrecht/Delba" |  |
| 83 | 5 | "Oldebrecht's" should be "Odebrecht's" | Transcription error |
| 83 | 6 | "referenced, other" should be "referenced, in other" | Transcription error |
| 84 | 9-10 | "your again" should be "Corrigan" | Transcription error |
| 85 | 23 | "and very" should be "and I very" | Transcription error |
| 87 | 15 | "to when" should be "to us when" | Clarification |
| 87 | 16 | "question; well," should be "question: well," | Transcription error |
| 88 | 23 | "memo" should be "memos" | Transcription error |
| 89 | 17-18 | "specifically what" should be "specifically. What" | Transcription error |
| 89 | 19 | "evolve" should be "evolved" | Transcription error |
| 91 | 2 | "where" should be "of where" | Transcription error |
| 94 | 20, 22 | "Luis Reyes" should be "Luiz Reis" | Transcription error |
| 95 | 3-4 | "Luis Reyes" should be "Luiz Reis" | Transcription error |
| 98 | 5 | "Luis Reyes" should be "Luiz Reis" | Transcription error |
| 98 | 7 | "Luis" should be "Luiz" | Transcription error |
| 100 | 16 | "don't know there's" should be "don't know that there's" | Transcription error |
| 101 | 6 | "no on" should be "no one" | Transcription error |
| 102 | 4 | "process of certainly" should be "process of — certainly" | Transcription error |
| 102 | 15 | "question is; what" should be "question is: what" | Transcription error |
| 103 | 11 | "modeling how" should be "modeling, how" | Transcription error |
| 107 | 7 | "dialed remotely" should be "dialed in remotely" | Clarification |

| Page | Line | Change | Reason |
|---|---|---|---|
| 113 | 10, 13 | "dialed" should be "dialed in" | Clarification |
| 120 | 4 | "is" should be "are" | Transcription error |
| 120 | 22 | "wears" should be "bears" | Transcription error |
| 121 | 19 | "wear" should be "bear" | Transcription error |
| 121 | 25 | "`Yeah." should be "Yeah." | Transcription error |
| 128 | 4 | "UST 809M" should be "USD 809m" | Transcription error |
| 134 | 7 | "of a" should be "of, a" | Transcription error |
| 135 | 9 | "followup" should be "follow up" | Transcription error |
| 137 | 9 | "it" should be "that" | Transcription error |
| 142 | 10-11 | "schedule, assume" should be "schedule. Assumed" | Transcription error |
| 149 | 14 | "investment might" should be "investment, it might" | Clarification |
| 150 | 21 | "EDIC" should be "ADIC" | Transcription error |
| 150 | 22 | "EDIC's" should be "ADIC's" | Transcription error |
| 151 | 8, 10, 13, 20 | "EDIC" should be "ADIC" | Transcription error |
| 152 | 19 | "EDIC" should be "ADIC" | Transcription error |
| 153 | 10 | "there" should be "that" | Transcription error |
| 157 | 4 | "Singapore GIC" should be "Singapore, GIC," | Transcription error |
| 158 | 9 | "EDIC" should be "ADIC" | Transcription error |
| 159 | 21 | "holders their" should be "holders that their" | Transcription error |
| 160 | 2 | "capital more" should be "capital -- more" | Transcription error |
| 160 | 4 | "know,there's" should be "know, there's" | Transcription error |
| 163 | 15 | "bake" should be "stake" | Transcription error |
| 165 | 3 | "EIG partners" should be "EIG Partners'" | Transcription error |

| Page | Line | Change | Reason |
|---|---|---|---|

| Page | Line | Change | Reason |
|---|---|---|---|
| 165 | 4-5 | "recall a presentations" should be "recall presentations" | Transcription error |
| 169 | 8 | "San Paulo" should be "São Paulo" | Transcription error |
| 170 | 9 | "EIG partners'" should be "EIG Partners'" | Transcription error |
| 175 | 7 | "shipyard and" should be "shipyard, and" | Transcription error |
| 177 | 18 | "even" should be "given" | Transcription error |
| 178 | 12 | "was a I" should be "was a — I" | Transcription error |
| 179 | 13 | "investors was" should be "investors, it was" | Transcription error |
| 182 | 19-20 | "bribery corruption kind of scandals, I don't" should be "bribery, corruption kind of scandals. I don't" | Transcription error |
| 183 | 22-23 | "recall this" should be "recall for this" | Transcription error |
| 184 | 6 | "been a scope" should be "been in the scope" | Transcription error |
| 184 | 24-25 | "being there was" should be "being — there was" | Transcription error |
| 186 | 9, 11 | "LOX" should be "LLX" | Transcription error |
| 188 | 5 | "EIG_KEP_0014006" should be "EIG_KEP_00140006" | Transcription error |
| 192 | 7 | "Luis Reyes" should be "Luiz Reis" | Transcription error |
| 193 | 4 | "in" should be "of" | Transcription error |

Kevin Lowder   Date 7/6/2021

4

## ACKNOWLEDGEMENT OF DEPONENT

I, Kevin Lowder, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____
Kevin Lowder

Date 7/6/2021