# EXHIBIT 129



Deposition of:
# Jose Magela Bernardes

*January 27, 2021*

In the Matter of:

# EIG v. Petrobras

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

Page 38

1    Q.   -- when you learned about the Lava Jato
2    investigation, did you learn about any connection
3    between that investigation and Sete Brasil?
4    A.   No.
5    Q.   Did there come a time when you learned
6    about Sete Brasil's connection to the conduct
7    being investigated in Lava Jato?
8    A.   Yes.
9    Q.   When did that happen?
10   A.   When Barusco's statements were made
11   available to the public.
12   Q.   Do you remember when that was?
13   A.   Around February 2015.
14   Q.   Prior to Barusco's statements being made
15   available to the public in February of 2015, did
16   EIG undertake any inquiries or analysis to
17   determine whether or not Sete Brasil was connected
18   in any way to the Operation Lava Jato conduct?
19   A.   (In English)  Not that I know of.
20   Q.   Okay.  Prior to Barusco's statements
21   becoming public in February of 2015, are you aware
22   of Sete Brasil undertaking any analysis or