# EXHIBIT 130

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 18-cv-01047 (PGG)
-------------------------------x
EIG ENERGY FUND XIV, L.P.,
EIG ENERGY FUND XIV-A, L.P.,
EIG ENERGY FUND XIV-B, L.P.,
EIG ENERGY FUND XIV (CAYMAN), L.P.,
EIG ENERGY FUND XV, L.P.,
EIG ENERGY FUND XV-A, L.P.
EIG ENERGY FUND XV-B, L.P.
EIG ENERGY FUND XV (CAYMAN), L.P.
                 Plaintiffs,
    -against-
KEPPEL OFFSHORE & MARINE LTD.,
                 Defendant.
-------------------------------x

   * * * CONFIDENTIAL * * *
    VIRTUAL ZOOM DEPOSITION
       AZIZ MERCHANT
       July 2, 2021

Reported By:
Erica Ruggieri, CSR, RPR
Job No: 4662393

Page 14

1       MERCHANT - CONFIDENTIAL
2       engineer.  After as my role as a
3       technical manager in Keppel FELS.
4       And then I return back in 2001 to
5       Keppel FELS as general manager of
6       engineering.
7            Q.   How long did you have that
8       title for?
9            A.   How long I had this title
10      for.  I had this title for the last,
11      I can't recall it myself, for the
12      last 14 years.  14 or 15 years.
13           Q.   Were you promoted to
14      executive director of engineering?
15           A.   Yeah.  That was basically
16      2012, 2013.  I was promoted to
17      executive director of engineering.
18           Q.   What is your title today?
19           A.   Today I'm part of a
20      technology unit under Keppel
21      Offshore Marine called Keppel Marine
22      & Deepwater Technology where I'm the
23      executive director responsible for
24      clean energy technology and
25      autonomous solutions.

1  MERCHANT - CONFIDENTIAL
2  Tan is the managing director of
3  Keppel FELS today; is that right?
4      A.  Yes.  But, okay, that also
5  what is happening is we referring to
6  Keppel FELS as a unit but is also
7  the managing director for KOM
8  Newbuild, N-E-W-B-U-I-L-D.
9      Q.  When did Mr. Tan join
10 Keppel?
11     A.  I don't -- that part I
12 can't remember.
13     Q.  Did Mr. Tan used to report
14 to you?
15     A.  Yes.  When he was the
16 engineering manager, he used to
17 report to me.
18     Q.  When way that?
19     A.  Specifically I can't
20 remember when was the start date of
21 his reporting.  It'd just be a
22 speculation at this point in time.
23 Maybe in 2006, 2007.  It'd just be
24 speculation.  I can't remember.
25     Q.  In 2011 did Mr. Tan report

1         MERCHANT - CONFIDENTIAL
2     to you?
3         A.    Yes, in 2011 he report.
4         Q.    In 2012 did he report to
5     you?
6         A.    Yes.
7         Q.    Do you know what title
8     Mr. Tan had during that period?
9         A.    Offhand I can't remember.
10        Q.    What is Mr. Tan's
11    educational background?
12        A.    No, I can't -- I can't.  I
13    don't know that.
14        Q.    Is he an engineer?
15        A.    He's an engineer.  If I'm
16    not mistaken, he's a mechanical
17    engineer.
18        Q.    Where was Mr. Tan employed
19    before Keppel?
20        A.    I don't know that.
21        Q.    In 2011 what was Mr. Tan's
22    role at Keppel?
23        A.    He was the engineering
24    manager.  So he was basically
25    assisting me on various technical

1        MERCHANT - CONFIDENTIAL
2   require the cash flow during the
3   construction to be positive."
4        Do you see that?
5        A.   Yes.
6        Q.   What does that mean?
7        A.   I do not know.
8        Q.   You were a director of
9   Fernvale, correct?
10       A.   Yes.
11       Q.   Was Fernvale the special
12  purpose entity responsible for the
13  six semi-submersible rigs that
14  Keppel was constructing for Sete?
15  Is that right?
16       A.   Not for the construction.
17  We are basically a special purpose
18  company.
19       Q.   What does that mean?  Well,
20  withdrawn.
21       What was Fernvale responsible
22  for that wasn't in the construction?
23       A.   Basically the -- what I
24  would say is that the construction
25  of the projects and the execution

Page 92

1  MERCHANT - CONFIDENTIAL
2  A. Core values basically,
3  integrity, honesty.
4  Q. Is bribery against Keppel's
5  core values?
6  A. Yes.
7  Q. Sorry.
8  A. I mean our core values are
9  against bribery.
10 Q. Are kickbacks against
11 Keppel's core values?
12 A. Against, yes.
13 Q. Did you have any reason to
14 believe anything was happening in
15 Brazil that was against Keppel's
16 core values?
17 A. No.
18 Q. Which -- why did you tell
19 Mr. Tan that he has to -- withdrawn.
20     Why did you tell Mr. Tan that
21 he should manage the bosses along
22 the way without compromising company
23 core values?
24 A. I don't remember. I don't
25 remember.

Page 121

1           MERCHANT - CONFIDENTIAL
2        Q.    The only EPC contracts that
3    Fernvale has ever had were with
4    SeteBrasil; is that right?
5        A.    Yes.
6        Q.    Are you aware today that
7    Fernvale paid bribes in connection
8    with the EPC contracts with
9    SeteBrasil?
10           MR. KUMAGAI:  Objection to
11     form.
12        A.    You said Fernvale?
13        Q.    Yes.
14        A.    No.
15        Q.    Are you aware that Fernvale
16    paid commissions to one Zwi
17    Skornicki in connection with the EPC
18    contracts for SeteBrasil?
19        A.    Not to my understanding.
20        Q.    How many directors of
21    Fernvale are there?
22        A.    There's two.
23        Q.    You are one -- you've been
24    a director of Fernvale for a decade;
25    is that correct?

Page 122

1          MERCHANT - CONFIDENTIAL
2      A.   Okay, you can say that in
3    2011, yes.  2011, 2012.
4      Q.   Are you the only director
5    of Fernvale that has continuously
6    been a director for a decade?
7      A.   Yes.
8      Q.   And as one of the only two
9    directors of Fernvale who has been a
10   director -- withdrawn.
11         Have you been a director of
12   Fernvale for its entire existence?
13     A.   I cannot recall -- I mean I
14   cannot recollect when was Fernvale
15   became a company existence.  I can't
16   answer that question.  I cannot
17   confirm when Fernvale was
18   incorporated as a company.
19     Q.   So you have been a director
20   of Fernvale for a decade but you
21   have no recollection that Zwi
22   Skornicki was paid commissions by
23   Fernvale?
24     A.   No.
25     Q.   You never learned in the

Page 127

1     MERCHANT - CONFIDENTIAL
2     bribes were given?
3         A.   I had no indication that
4     bribes were given as a Fernvale
5     director.
6         Q.   But if others at Keppel
7     Offshore & Marine knew that bribes
8     were given then it wouldn't have
9     been ethical to sign this agreement;
10    is that right?
11        A.   I cannot comment on that.
12    It'd just be speculation.
13        Q.   Section 2.1 goes on to say
14    that "The subcontractor shall
15    perform and prosecute for warrants
16    consistent with good industry
17    practices."
18        Do you see that?
19        A.   Yes, that's correct, yes.
20        Q.   Is it a good industry
21    practice to pay bribes?
22        A.   No.
23        Q.   So it wouldn't be
24    consistent with good industry
25    practice if this contract was

1     MERCHANT - CONFIDENTIAL
2     obtained by bribery; isn't that
3     right, Mr. Merchant?
4          A.    If the contract is -- can
5     you repeat the question, again, Dan?
6          Q.    I'll rephrase the question.
7     It wouldn't be in compliance with
8     good industry practice if Keppel had
9     obtained business from SeteBrasil
10    because of bribery; is that right?
11         A.    Yes.
12         Q.    Can you turn to the Bates
13    number ending in 804 to 805 of this
14    document?
15         Are you there?
16         A.    Yes, Dan, I'm there.
17         Q.    Do you see section 6.1 B,
18    no violation of law under Article 6,
19    Representation of the Parties?
20         A.    Yes.
21         Q.    And 6.1 B, "Contractor
22    represents and warrants to
23    subcontractor" -- contractor that's
24    Fernvale, right?
25         A.    Yes.

Page 135

1      MERCHANT - CONFIDENTIAL
2    Keppel or any Keppel entity was
3    paying bribes; is that correct?
4         A.   Yes.
5           MR. KUMAGAI:  Objection to
6     form.
7         Q.   Would you have signed it if
8    you knew that Fernvale or other
9    Keppel entities were paying bribes?
10        A.   No.
11        Q.   And one of the reasons you
12   wouldn't have signed it is because
13   this clause wouldn't be true; isn't
14   that right, Mr. Merchant?
15          MR. KUMAGAI:  Objection to
16    form.
17        A.   Yes.
18          MR. KETANI:  I have marked
19    Plaintiffs' 72 for identification.
20         (Plaintiffs' Exhibit 72,
21    E-mail, Bates KEPPEL00281196,
22    marked for identification, as of
23    this date.)
24        Q.   Let me know when you have
25    it.

1  MERCHANT - CONFIDENTIAL
2  agreement signed by Zwi but we need
3  Aziz's signature. Once you find the
4  papers let me know because I will
5  have to ask" Zwi -- excuse me -- "I
6  will have to ask Y.Y. to let Aziz
7  know that it's okay so Aziz can
8  sign."
9  Do you see that?
10  A. Yes.
11  Q. When Mr. Chow said the
12  agency/commission agreement signed
13  by Zwi, do you understand that those
14  are Plaintiffs' Exhibit 74 and 75
15  that I just showed you?
16  A. Yes.
17  Q. And Mr. Chow wrote that
18  they need Aziz's signature. That's
19  you, sir?
20  A. I mean Aziz is me
21  basically, yes.
22  Q. Why would Jeff Chow need
23  your signature for these agency
24  agreements?
25  A. I do not know.

Page 185

MERCHANT - CONFIDENTIAL

2  SeteBrasil; is that right?
3       A.   Yeah, based on information
4  you presented.
5       Q.   Is it fair to say that this
6  is a presentation about the progress
7  of the SeteBrasil rigs that Keppel
8  was constructing?
9       A.   Dan, I can't comment on
10 this because I can't remember on the
11 reliability of the information that
12 you are presenting to me now.
13      Q.   Looking at this chart does
14 this show that the overall progress
15 on the Urca drilling rig was ahead
16 of schedule?
17      A.   I mean based on this
18 information that you are presenting
19 based on what was presented yes.
20 You can plan the actual.
21      Q.   And based on this chart is
22 on track for on time delivery?
23      A.   Yes, based on this
24 information that you are presenting,
25 yes.