# EXHIBIT 131

Page 1

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   --------------------------------x

4   EIG ENERGY FUND XIV, L.P.,

5   EIG ENERGY FUND XIV-A, L.P.,

6   EIG ENERGY FUND XIV-B, L.P.,

7   EIG ENERGY FUND XIV (CAYMAN), L.P.,

8   EIG ENERGY FUND XV, L.P.,

9   EIG ENERGY FUND XV-A, L.P.,

10  EIG ENERGY FUND XV-B, L.P., AND

11  EIG ENERGY FUND XV (CAYMAN), L.P.,

12          Plaintiffs,

13     Vs.      Case No. 18-cv-01047 (PGG)

14  KEPPEL OFFSHORE & MARINE LTD.,

15          Defendant.

16  --------------------------------x

17              "CONFIDENTIAL"

18          VIDEOTAPE DEPOSITION OF

19              KURT TALBOT

20       VIA ZOOM VIDEOCONFERENCE

21            June 17, 2021

22              10:00 a.m.

23  Reported by:

24  Maureen Ratto, RPR, CCR

25  Job No. 4628202

```
 1            KURT TALBOT CONFIDENTIAL
 2   attention, so that was a big driving
 3   force.  But other than that, no.
 4        Q.    Can you describe the role you
 5   held at EIG from the time it spun out
 6   from TCW until your retirement?
 7        A.    So my role and my title varied
 8   during that period, but I was always
 9   involved in the investment side. So not
10   long after the formation of EIG we
11   reorganized the group and I became the
12   Chief Investment Officer and so that was
13   approximately -- it's from shortly after
14   formation until around 2014.  At the
15   point I retired we eliminated that
16   position and I had a series of titles. I
17   think I was Vice Chairman and some other
18   juicy titles of that sort.
19        Q.    And after you left as Chief
20   Investment Officer were you still
21   involved in day-to-day operations or was
22   it more of a consulting type role?
23        A.    No. I remained -- I was on the
24   Investment Committee and on the -- sorry.
25   My computer was trying to update. I was
```

1           KURT TALBOT CONFIDENTIAL
2    declines in oil prices in 2014 had on
3    EIG's portfolio overall?
4          A.    I don't know.  I don't know
5    what the magnitude of it, overall impact
6    was, no.
7          Q.    But can you describe what
8    impact, if any, declining oil prices had
9    on Fund XIV?
10         A.    It would have had a negative
11   impact but -- because I know that
12   portfolio was heavy in extraction oil and
13   gas. I don't know what the impact was,
14   though.
15         Q.    Same question for Fund XV; do
16   you know what impact declines in oil
17   prices in 2014 had on Fund XV?
18         A.    It still had some extractable
19   oil and gas, probably a little less in
20   percentage terms, but the oil production
21   deals, to the extent they weren't hedged,
22   it would have hurt them adversely, yeah.
23   I don't know what the magnitudes were.
24         Q.    And do you recall what impact,
25   if any, the declines in oil prices around

Page 126

1          KURT TALBOT CONFIDENTIAL
2    2014 had specifically on Sete?
3          A.    I don't.  You know, it should
4    have less because you're getting --
5    basically the value is derived from term
6    contracts from Petrobras under projects
7    they need the routes to do over decades.
8              So it's -- I don't think short
9    run impacts have -- short run oil prices
10   have that big an impact on our
11   investments in Sete, certainly -- you
12   know.
13         Q.    Could declines in oil prices
14   have impacted the viability of Sete as a
15   whole?
16             MS. PAK:  Objection to form.
17         He's not an expert, David. He's
18         here as a fact witness.
19         A.    I mean, it sounded like a --
20   that sounded like a hypothetical
21   question. What was it?
22         Q.    Well, based on your experience
23   as Chief Investment Officer at EIG, could
24   the declining oil prices around 2014 have
25   impacted the viability of Sete as a