# EXHIBIT 132



Deposition of:
# Kurt Talbot

*November 11, 2020*

In the Matter of:

# EIG v. Petrobras

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

Page 1

1            IN THE UNITED STATES DISTRICT COURT
2                FOR THE DISTRICT OF COLUMBIA
3
4    EIG ENERGY FUND XIV.L.P., et al.   )
                                        ) Civil Action No.
5              Plaintiffs               ) 1:16-cv-333-APM
                                        )
6        v.                             )
                                        )
7    PETROLEO BRASILEIRO S.A., et al.   )
                                        )
8              Defendants               )
     -----------------------------------)
9
10                        - - -
11              WEDNESDAY, NOVEMBER 11, 2020
12                        - - -
13       REMOTE ZOOM Deposition of KURT TALBOT, beginning
14   at 9:04 a.m., before Nancy J. Martin, a Registered
15   Merit Reporter, Certified Shorthand Reporter.  All
16   parties appeared remotely.
17
18
19
20
21
22

1   Leading your own witness.  Form, foundation.
2   BY MR. GOLDMAN:
3       Q.  Mr. Talbot did you, or, to your knowledge,
4   anyone at EIG know about the Sete corruption scheme as
5   set forth in Plaintiff's Exhibit 2 prior to the time
6   that the Sete Brasil corruption scheme was disclosed
7   publicly in the press?
8           MR. WOLINSKY:  Objection.  Improper redirect.
9   Lacks foundation.  Form.
10  BY MR. GOLDMAN:
11      Q.  You may answer.
12          MR. WOLINSKY:  If you understand it.
13          THE WITNESS:  No.
14  BY MR. GOLDMAN:
15      Q.  Mr. Talbot, had you known about the Sete
16  corruption scheme, as set forth in Plaintiff's
17  Exhibit 2 back in 2011 before EIG approved its Sete
18  investment, what would you have done?
19          MR. WOLINSKY:  Objection.  Improper redirect.
20  Lacks foundation.  Calls for speculation.
21  BY MR. GOLDMAN:
22      Q.  Please answer, sir.

Page 281

1    A.  I would not support -- I would not knowingly
2  make an investment or support one where -- if we had
3  known corruption was rampant.
4    Q.  Do you think, Mr. Talbot, that had EIG known
5  about the Sete corruption scheme, as set forth in
6  Plaintiff's Exhibit 2, that Sete investment would have
7  even reached the investment committee at EIG?
8       MR. WOLINSKY:  Objection.  Improper redirect.
9  Lacks foundation.  Form.  Calls for speculation.
10 BY MR. GOLDMAN:
11   Q.  You may answer the question, sir.
12   A.  I would be hopeful our processes would have
13 caught it, and no, it would have never made it to
14 committee.
15   Q.  Now, I'd like you to turn back to Exhibit 21,
16 which was marked earlier in this deposition, if you
17 would.
18   A.  Do you have a file size because names of
19 these exhibits aren't showing up for me.  Just the
20 names aren't.  28.  So it should be -- or a date.
21 November 11, '11.  That's when I wrote it in here.
22   Q.  It's 127 MB.

# ERRATA SHEET

*EIG v. Petrobras*

**Kurt Talbot November 11, 2020 Transcript (#4325418)**

| Page | Line | Change | Reason |
|---|---|---|---|
| 18 | 3 | "roles" should be "role" | Transcription error |
| 29 | 22 | "when he was" should be "who was" | Clarification |
| 33 | 21 | "energy Funds" should be "Energy Funds" | Transcription error |
| 45 | 3 | "To the discussions" should be "Of the discussions" | Clarification |
| 65 | 2 | "Bolivia-to-brazil" should be "Bolivia-to-Brazil" | Transcription error |
| 69 | 2 | "So we had" should be "So he had" | Transcription error |
| 73 | 20 | "in investment committee" should be "from the investment committee" | Clarification |
| 73 | 21 | "was" should be "were" | Clarification |
| 118 | 5 | "all be a materiality" should be "all depend on materiality" | Clarification |
| 145 | 8 | "chief compliant officer" should be "chief compliance officer" | Transcription error |
| 170 | 13 | "make" should be "made" | Transcription error |
| 193 | 22 | "can" should be "can't" | Transcription error |
| 249 | 19 | "LULA" should be "Lula" | Transcription error |
| 266 | 7 | "have passed through entity" should be "have a pass through entity" | Transcription error |
| 269 | 8 | "Curitiba of Pirana" should be "Curitiba-Paraná" | Transcription error |
| 269 | 17-18 | "Edward Luce" should be "Eduardo Musa" | Transcription error |
| 270 | 1 | "federal prosecutor's" should be "Federal Prosecutor's" | Transcription error |

1

| Page | Line | Change | Reason |
| --- | --- | --- | --- |
| 270 | 2 | "federal prosecutors" should be "Federal Prosecutors" | Transcription error |
| 270 | 2 | "issued an Event 471" should be "issued in Event 471" | Transcription error |
| 272 | 10-11 | "Curitiba of Pirana" should be "Curitiba-Paraná" | Transcription error |
| 273 | 18 | "Petroleo Brasileiro S.A. Petrobras" should be "Petroleo Brasileiro S.A. – Petrobras" | Transcription error |
| 273 | 19 | "above captioned" should be "above-captioned" | Transcription error |
| 273 | 19-20 | "assistant to the federal prosecutor's office pursuant" should be "Assistant to the Federal Prosecutor's Office, pursuant" | Transcription error |
| 273 | 21-22 | "Procedure with regard" should be "Procedure, and with regard" | Transcription error |
| 273 | 22 | "Event 471 hereby" should be "Event 471, hereby" | Transcription error |
| 274 | 2 | "federal prosecutor's office" should be "Federal Prosecutor's Office" | Transcription error |
| 277 | 12 | "bribe. As I normally" should be "bribe, as I normally" | Transcription error |
| 278 | 3 | "Federal Prosecutors" should be "Federal Prosecutor's" | Transcription error |
| 278 | 14 | "Two thirds" should be "two thirds" | Transcription error |
| 278 | 17 | "responsible. That" should be "responsible, that" | Transcription error |
| 279 | 11 | "Federal Prosecutors" should be "Federal Prosecutor's" | Transcription error |
| 279 | 14 | "born together because" should be "born together, because" | Transcription error |
| 281 | 6 | "that Sete investment" should be "that the Sete investment" | Transcription error |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 282 | 16 | "How far" should be "So far" | Transcription error |

_____
Kurt Talbot

12/3/2020
Date

3

ACKNOWLEDGEMENT OF DEPONENT

I, Kurt Talbot, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____
Kurt Talbot

12/3/2020
Date

4