# EXHIBIT 133

Page 1

1          CONFIDENTIAL - LEONG PENG TAN
2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    Case No. 18-CV-01047 (PGG)
     ----------------------------------------X
4    EIG ENERGY FUND XIV, L.P.,
5    EIG ENERGY FUND XIV-A, L.P.,
6    EIG ENERGY FUND XIV-B, L.P.,
7    EIG ENERGY FUND XIV (CAYMAN), L.P.,
8    EIG ENERGY FUND XV, L.P.,
9    EIG ENERGY FUND XV-A, L.P.,
10   EIG ENERGY FUND XV-B, L.P., and
11   EIG ENERGY FUND XV (CAYMAN), L.P.,
12                      Plaintiffs,
13        - against -
14   KEPPEL OFFSHORE & MARINE LTD.,
15                      Defendant.
     ----------------------------------------X
16           * * * CONFIDENTIAL * * *
17            30(b)(6) DEPOSITION
18         VIA ZOOM VIDEOCONFERENCING
19                    OF
20         KEPPEL OFFSHORE & MARINE LTD.
21             BY AND THROUGH
22             LEONG PENG TAN
23          Thursday, July 15, 2021
24   Reported By:
     LINDA J. GREENSTEIN
25   JOB NO. 4662403

```
                                              Page 11

  1            CONFIDENTIAL - LEONG PENG TAN
  2     schooling; is that right?
  3            A.     That's right.
  4            Q.     And you've been with Keppel
  5     Offshore & Marine since then without any
  6     breaks; is that right?
  7            A.     That's right.
  8            Q.     And you've been employed by
  9     Keppel Offshore & Marine the entire time?
 10            A.     That's right.
 11            Q.     Did you join Keppel Offshore &
 12     Marine in 2002?
 13            A.     That's the year I joined, yes.
 14            Q.     Okay.  Can you please walk me
 15     through the various positions you've held
 16     at Keppel Offshore & Marine starting with
 17     2002?
 18            A.     You're saying the various
 19     position I held, right?
 20            Q.     Yes, the various positions you
 21     held at Keppel Offshore & Marine since
 22     2002.
 23            A.     I joined them as a graduate
 24     engineer and after that I become a project
 25     engineer, taking care of project, and
```

1          CONFIDENTIAL - LEONG PENG TAN

2    engineering, I took care -- I'm responsible

3    for the whole department of engineering,

4    and of course as it is just now, the

5    department of engineering, and we took care

6    of all the technical aspects of the various

7    products, of vessel that we actually build.

8          Q.    Okay.  I'm just going to ask if

9    you could slow down a little bit with your

10   answers.  I think I and the court reporter

11   would appreciate that.

12         A.    Okay.

13         Q.    Mr. Tan, did you hold any

14   positions with a Keppel entity named

15   Fernvale at any point?

16         A.    Yes.

17         Q.    At what point and what position

18   did you hold?

19         A.    I hold the position of -- as a

20   deputy project director in the year 2012.

21         Q.    You took that position on in

22   2012?

23         A.    Yes.

24         Q.    And what were your duties and

25   responsibilities as the deputy project

```
                                          Page 61
 1          CONFIDENTIAL - LEONG PENG TAN
 2    Brazil."
 3              Do you see that, sir?
 4       A.    Yes.
 5       Q.    And the way that this bribe
 6    scheme worked was that Keppel Offshore &
 7    Marine secured the contract by paying a
 8    percentage of the price of the contract to
 9    Petrobras Sete; right, sir?
10       A.    That what, paragraph 19 say?
11              "Knowingly and willfully
12    conspired to pay, and paid, bribes in
13    connection with 13" -- people -- "projects
14    in Brazil."
15       Q.    And Keppel paid bribes equal to
16    a percentage of the value of the contracts
17    that it secured with Sete and Petrobras;
18    right, sir?
19       A.    Say that again?
20       Q.    Let me read it.
21              And Keppel paid bribes equal to
22    a percentage of the value of the contracts
23    that it secured with Sete and Petrobras;
24    right, sir?
25       A.    Yes, that's right.
```

```
                                          Page 64
 1          CONFIDENTIAL - LEONG PENG TAN
 2      Q.    Is that your answer?
 3      A.    Yes.
 4      Q.    And what are the names of the
 5  consulting companies that KOM entered an
 6  agreement with to facilitate and conceal
 7  the payment of bribes relating to Sete?
 8      A.    Eagle Do Brazil and Deep Sea
 9  Oil.
10      Q.    And how did the agreements that
11  KOM executed with Eagle Do Brazil and Deep
12  Sea Oil conceal their purpose, which was to
13  facilitate the payment of bribes?
14      A.    For all these project, we
15  basically pay a percentage of the project
16  price to Mr. Zwi.
17      Q.    Is that your complete answer?
18      A.    Yes.
19      Q.    And when you refer to a
20  percentage of the project that was paid to
21  Mr. Zwi, Z-W-I, are you referring to the
22  commission fee that Keppel would pay Mr.
23  Skornicki for his work relating to Sete?
24      A.    That's right.
25      Q.    And how is it that the
```

```
 1           CONFIDENTIAL - LEONG PENG TAN
 2   commission fee that was paid to Mr. Zwi
 3   concealed the purpose of the agreement
 4   which was to facilitate the payment of
 5   bribes?
 6        A.    I wouldn't know that.
 7        Q.    You don't know the answer to
 8   that question?
 9        A.    I see what the document say,
10   that it is under the guise of the
11   consulting agreement.
12        Q.    Is it Keppel's understanding
13   that the commission fee concealed the fact
14   that a portion of that fee was intended to
15   be a bribe payment?
16        A.    As for what the document say, to
17   facilitate that payment.
18        Q.    Mr. Tan, I'm asking you whether
19   the commission fee that we just discussed
20   was intended to conceal the fact that a
21   portion of that fee was intended to be a
22   bribe payment.
23        A.    Yes.
24        Q.    Can you turn to page 36 of the
25   PDF, which is A-14 of the document, and the
```

                                                    Page 71

1           CONFIDENTIAL - LEONG PENG TAN

2       Q.    Do you have any information as

3   to when Keppel negotiated the amount of

4   bribes it would pay on contracts relating

5   to Sete or the Rigs Project?

6       A.    I don't know.  No information.

7       Q.    Do you have any information as

8   to when Keppel agreed to pay bribes on

9   projects relating to Sete or the Rigs

10  Project?

11      A.    We agreed to pay the consultant

12  2 percent of commission.

13      Q.    I understand that.

14            My question is, do you have any

15  information as to the timing of when Keppel

16  agreed to pay bribes on projects relating

17  to the Rigs Project or Sete Brazil?

18      A.    I believe it would be third

19  quarter of 2011.

20      Q.    That's your testimony as to when

21  Keppel agreed to pay bribes on projects

22  relating to the Rigs Project as well, sir?

23      A.    No.  When we agree on the

24  commission for the consultant.

25      Q.    That's not a complete sentence.

```
 1              CONFIDENTIAL - LEONG PENG TAN
 2                  I'm sorry, I'm having a hard
 3       time understanding what you said.
 4                  You said, "When we agree on the
 5       commission for the consultant."
 6                  Can you explain your answer?
 7           A.    The time -- third quarter 2011
 8       is the time we agreed to -- on the
 9       percentage of commission to be paid for the
10       consultant.
11           Q.    Okay.  I appreciate that, but my
12       question is, do you know anything about the
13       timing of when Keppel agreed to pay bribes,
14       whether or not it had set the amount of
15       bribes that it would pay relating to the
16       Rigs Project for Sete Brazil?
17           A.    No.
18           Q.    If you look at paragraph 72,
19       there's a reference here to "several
20       telephone calls."  Do you see that in the
21       third line?
22           A.    Yes.
23           Q.    Do you have any information
24       about the telephone calls referenced in
25       paragraph 72 of the Statement of Facts?
```

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2   in the CEO position of KOM?
 3          A.    That's right.
 4          Q.    And as the CEO of KOM in 2014,
 5   did Mr. YY Chow hold any chairman positions
 6   at Keppel FELS or BrasFELS?
 7          A.    Yes, he's a director.
 8          Q.    Director of what?
 9          A.    The board.
10          Q.    Director of what?
11          A.    The board of directors.  He's
12   part of the board of directors.
13          Q.    He was part of the board of
14   directors of Keppel FELS; is that right?
15          A.    That's right.  He's one of the
16   director.
17          Q.    Was he on the board of directors
18   of BrasFELS, if it had a board?
19          A.    Yes.
20          Q.    Thank you.
21                And Mr. Tan, do you have any
22   doubt that KOM Executive 1 referenced in
23   the DPA is CH Tong and KOM Executive 3 is
24   YY Chow based on everything you did to
25   prepare for this deposition and looking at
```

1          CONFIDENTIAL - LEONG PENG TAN

2    KOM Executive 5 is.

3          A.    Which part of that DPA again?

4    Sorry.

5          Q.    Paragraph 75.

6          A.    Yes.

7          Q.    Who is KOM Executive 5?

8          A.    As per the e-mail, Tommy Sam.

9          Q.    And what is his position at this

10   time?

11         A.    Tommy Sam -- he's the CFO of

12   BrasFELS.

13         Q.    Was he the CFO of BrasFELS

14   between 2010 and 2012?  I understand it

15   went longer, but does that cover that time

16   period?

17         A.    Sorry -- you're asking me 2010

18   to 2012, right?

19         Q.    Yes.

20         A.    Yes, I think so.

21         Q.    And how long did he remain the

22   CFO of Brasfels?

23         A.    I think it's up to about around

24   2015.

25         Q.    And did he hold any positions at

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2   BY MS. PAK:
 3        Q.    Mr. Tan, can you please answer
 4   the question?
 5        A.    Sorry, can you just repeat the
 6   question again?
 7        Q.    What do you understand the Rigs
 8   Project to mean with respect to Petrobras's
 9   need for 28 offshore drilling rig units?
10        A.    Petrobras has announced that
11   they needed drilling rigs for the offshore
12   exploration.
13        Q.    And do you recall around when
14   that announcement was made?
15        A.    2009.
16        Q.    Okay.  And when did Keppel first
17   learn about the Rigs Project?
18        A.    I think it's 2009.
19        Q.    How did Keppel learn about the
20   Rigs Project?
21        A.    The announcement for the rig.
22        Q.    Did Keppel receive information
23   about the Rigs Project, outside of the
24   announcement, directly from employees of
25   Petrobras?
```

1       CONFIDENTIAL - LEONG PENG TAN

2       A.      No.

3       Q.      Your testimony is no?

4       A.      I don't know, I don't know.

5       Q.      Okay.  I understand.

6               In or around 2010, did Keppel

7    submit any bids directly to Petrobras

8    entity to build rigs in connection with the

9    Rigs Project?

10      A.      Yes.

11      Q.      What do you know about the bid

12   that Keppel submitted directly to Petrobras

13   entity in connection with the Rigs Project?

14      A.      We have submitted to build two

15   semi-submersible and one -- and seven

16   drillship.  We submitted -- sorry, let me

17   rephrase that.

18              Petrobras has turned out three

19   bids, of which two of the bids is for them

20   to build the units, and for these two bids

21   we have bidded directly to Petrobras.  And

22   one of the bid is for two semi-submersible

23   and the other bid is for seven drillship.

24      Q.      And when did Keppel first submit

25   its bid in connection with the Rigs

1         CONFIDENTIAL - LEONG PENG TAN

2    Project?

3         A.    You're referring to the

4    Petrobras bid?

5         Q.    Yes.

6         A.    2010.

7         Q.    Do you know around when in 2010?

8         A.    Oh, I think it's in -- I -- I

9    can only remember I think it's somewhere,

10   sometime in Q2.

11        Q.    In Q2.  Okay.

12              And which Keppel entity

13   submitted that bid, do you know?

14        A.    The BrasFELS.

15        Q.    And do you know, I think you

16   testified to this, but just to be clear,

17   how many rigs did Keppel, through BrasFELS,

18   bid for in 2010 in connection with the Rigs

19   Project?

20        A.    I think it to be very clear that

21   rig here, there's actually three bids, so

22   can you be very specific when you ask for

23   the bids.

24        Q.    Okay.  So with respect to the

25   two rigs, how many rigs did Keppel bid for

1          CONFIDENTIAL - LEONG PENG TAN

2     in 2010?

3          A.     Two.

4          Q.     And with respect to the lots of

5     seven rigs, how many bids did Keppel -- how

6     many rigs did Keppel bid for in --

7          A.     Seven, seven.

8          Q.     Okay.

9               MS. PAK:  I'm going to mark an

10          exhibit.

11     BY MS. PAK:

12          Q.     And were you involved, Mr. Tan,

13     at all, with the two bids that you just

14     referred to that were submitted by BrasFELS

15     in 2010?

16          A.     Yes, I'm involved as mechanical

17     guy.

18          Q.     So earlier I had asked you if

19     you had been involved in any projects

20     relating to Petrobras before 2011 and you

21     had said you did not, I believe.

22               But this is a bid that you're

23     saying that you were involved with;

24     correct?

25          A.     Correct.  Project and bids is

1       CONFIDENTIAL - LEONG PENG TAN

2       A.    We also lost.  We didn't get it.

3       Q.    And were the results of the bids

4   made public?

5       A.    I think so, yes.  I think so,

6   yes?

7       Q.    And in this time period,

8   June 2010, Keppel Offshore & Marine was

9   paying bribes in connection with other

10  projects it secured with Petrobras;

11  correct?

12      A.    As per what the DPA say.

13      Q.    Did Keppel Offshore & Marine

14  know in June 2010, when it submitted bids

15  to Petrobras Netherlands for the

16  construction of seven drilling units that

17  it would pay bribes or kickbacks on any

18  contracts that it was awarded?

19      A.    Can you repeat the last part of

20  it?

21      Q.    Did Keppel Offshore & Marine

22  know in June 2010, when it submitted bids

23  to Petrobras Netherlands for the

24  construction of seven drilling units, that

25  it would pay bribes or kickbacks on any

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2   contracts that it was awarded?
 3          A.    I guess as per the DPA, as this
 4   bid is also going to Zwi, I guess so.
 5          Q.    Okay.  Sorry, I was just waiting
 6   for the transcript.
 7                MS. PAK:  All right.  I'm
 8          marking another exhibit.
 9                I'm sorry, I'm looking at his
10          answer that he provided.  I think he
11          made a reference to "Zwi," which is
12          Z-W-I.
13   BY MS. PAK:
14          Q.    Is that correct, Mr. Tan?
15          A.    That's right.
16          Q.    Thank you.
17                MS. PAK:  I'm introducing
18          another exhibit.
19                      (Plaintiffs' Exhibit 83
20          for identification, one-page document,
21          e-mail thread, production numbers
22          KEPPEL00279564, shown to the witness.)
23   BY MS. PAK:
24          Q.    Mr. Tan, let me know when you
25   see Plaintiffs' Exhibit 83.
```

CONFIDENTIAL - LEONG PENG TAN

1

2      Q.     Okay.  And just so we have a

3  clear record, you said "we have a

4  contingency period" for what?

5      A.     For project execution risk.

6             For --

7      Q.     For project execution risk.

8             Is that what you said?

9      A.     That's right.

10     Q.     Okay.  Thank you.

11            And do you know whether Mr. Choo

12  was ever found to have been involved in any

13  bribery scheme relating to Sete Brazil?

14     A.     Again, I think with his

15  departure around that time, I guess so.

16     Q.     Okay.  And if you look at the

17  top e-mail, Mr. Choo again is writing to

18  executives of KOM or KOM subsidiaries, and

19  it's dated October 5, 2010, again, and he

20  writes:

21            "It is a pity, as our yard in

22  Angara is executing well, very well."

23            Do you see that, sir?

24     A.     Yes.

25     Q.     And the yard in Angara refers to

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2      A.      How important...all I can say is
 3   that Keppel is well-known, is global -- is
 4   globally known, as far as the best rig
 5   builder, probably.
 6              And for this particular bid, we
 7   see that as we are technically competent to
 8   actually beat and build for this 28 units,
 9   so we should bid, we should bid for it.
10   Why not.
11      Q.      I'm sorry, I didn't mean to cut
12   you off.  Was that the end of your answer?
13      A.      Yes.
14      Q.      Do you know if there are a
15   certain number of seats reserved for
16   executives of KOM -- of Keppel's board on
17   KOM's board of directors, generally?
18      A.      I know that normally the CEO of
19   Keppel Corp. and the CFO of Keppel Corp.'s
20   seat on the board of KOM.
21      Q.      And does the CEO of KOM
22   typically sit on the board of KOM's
23   subsidiaries?
24      A.      Yes.  The -- yes.
25      Q.      Okay.  And after Mr. CH Tong's
```

1        CONFIDENTIAL - LEONG PENG TAN

2    tenure as the CEO of KOM, did he continue

3    to hold any board position on any Keppel

4    entity?

5        A.    Not that I can remember.

6        Q.    All right.  And when did Keppel

7    first learn about Petrobras's plan to

8    create an entity called Sete?

9        A.    I'm sorry, can you repeat that

10   again?

11       Q.    Yes.  When did Keppel first

12   learn about Petrobras's plan to create an

13   entity called Sete?

14       A.    I think Keppel came to know

15   about Sete because the chief put us to

16   submit a proposal to build six

17   semi-submersible -- seven.

18       Q.    Can you repeat your answer,

19   please?

20       A.    Sorry.  We came to know Sete

21   Brazil when we have been with Petrobras

22   Sete Brazil to submit a proposal for

23   semi-submersible.

24       Q.    Is it your testimony that KOM

25   did not know that Sete existed until it

1          CONFIDENTIAL - LEONG PENG TAN

2    going to contract for the remaining 21 rigs

3    as well as seven rigs with EAS, Keppel

4    understood that Sete would require some

5    form of equity financing; right, sir?

6          A.    No, I -- Sete will require

7    financing.

8          Q.    Okay.  So then the question is,

9    when did Keppel first learn that Sete would

10   require equity financing?

11         A.    Equity financing...

12               I think it's time when I think

13   we believe we have spoken about potentially

14   having a joint venture for one of the

15   units.

16         Q.    Okay.  We'll get to that later,

17   the joint venture.

18               MS. PAK:  So I've introduced a

19         document that was previously marked as

20         Plaintiffs' Exhibit 6.

21               It's an e-mail chain Bates

22         stamped KEPPEL00547339 to 340, 3-4-0.

23                    (Previously marked

24         Plaintiffs' Exhibit 6 for

25         identification shown to the witness.)

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2              Do you see that, sir?
 3     A.    Yes.
 4     Q.    So at least as of the date of
 5   this e-mail, January 9, 2011, Keppel
 6   Offshore & Marine was informed that Sete
 7   would be funded, at least in part, by
 8   private entities; right, sir?
 9     A.    Based on this e-mail, yes.
10     Q.    Okay.  And if you look at
11   paragraph 1(e), it says:
12              "Petrobras, through Sete
13   Enterprise, would like to see the following
14   award combinations," and next to "Keppel,"
15   which is in subparagraph 2, it says:
16              "Four units of semis at between
17   USD 750m to 720m/unit."
18              Do you see that, sir?
19     A.    Yes.
20     Q.    And why is Petrobras -- I'm
21   sorry, strike that.
22              How did Petrobras know what
23   award combinations it wanted through Sete
24   with respect to how many units each
25   shipyard would build in January 2011?
```

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2   e-mail and say this must be the case.
 3        Q.    Right.  I understand.
 4              But this was a topic you
 5   prepared for; right, Mr. Tan?
 6        A.    Yes.
 7        Q.    All right.
 8              If you look at the subject line,
 9   what is "DSS38E"?
10        A.    That's our design for the
11   semi-submersible.
12        Q.    And this is the same design for
13   the same semi-submersible that Keppel
14   included in its proposal to Petrobras
15   Netherlands in 2010; right, sir?
16        A.    It's the same design, yes.
17        Q.    And if you look at the e-mail
18   above that --
19        A.    I'd like to correct that.
20              It's the same design that we
21   have proposed for the two DRU.
22        Q.    Okay.  And if you look at the
23   e-mail above that, you write back on
24   Tuesday, July 5, 2011, and you say:
25              "Tey, as spoken, pls relook into
```

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2   the following."
 3               And you list:
 4               "1.  For BrasFELS, please use
 5   the KPI that we have previously based on in
 6   last year submission."
 7               2, you say:  "Increase the
 8   commission to 2 percent."
 9               Do you see that, sir?
10      A.    Yes.
11      Q.    And this commission that you're
12   referring to in this e-mail is a reference
13   to the commission that Keppel was going to
14   pay to Mr. Zwi Skornicki; right, sir?
15      A.    Yes.
16      Q.    And earlier you stated that the
17   commission fee that was set for Mr. Zwi
18   Skornicki was 2 percent; right, sir?
19      A.    No.  I say we make some
20   assumption of that.
21      Q.    You testified earlier --
22      A.    Just earlier, yes.
23      Q.    Yes, okay.
24      A.    (Inaudible) it was for Zwi for
25   the project is 2 percent, right.
```

1          CONFIDENTIAL - LEONG PENG TAN

2          A.     I can't remember who are all of

3     them because it's already 11 years, but I

4     will assume that is the bidding team.

5          Q.     So it's your testimony that in

6     July 5, 2011, the increase in the

7     commission for 2 percent was an assumed

8     commission fee?

9          A.     It's the assumed commission fee,

10    yes.

11         Q.     And would it be typical that a

12    team would assume a commission fee on a

13    contract that's worth hundreds of millions

14    of dollars each?

15         A.     Uh-huh.

16         Q.     Without authorization from any

17    executive at KOM?

18         A.     First of all, this is a cost

19    estimate, okay, so it's a cost estimate so

20    it is assumption.  So we assume 2 percent

21    in the cost estimate and that's the reason

22    why you will see that the e-mail is from --

23    to YY stating that this is what we have

24    costed for.

25         Q.     So Mr. YY Chow is in this

1           CONFIDENTIAL - LEONG PENG TAN

2    e-mail.  Was he part of the team that

3    assumed that the increase in the commission

4    fee would be to 2 percent?

5           A.    I think so because he's all part

6    of bidding team.

7           Q.    So he was involved in the

8    decision-making in increasing the

9    commission fee to 2 percent at this time

10   period; right, sir?

11          A.    I really can't recall, to be

12   very frank.

13          Q.    You don't know whether or not

14   Mr. YY Chow was involved in the decision to

15   increase the commission to 2 percent in or

16   around this time?

17          A.    For us, there's no decision, as

18   I tell you.  This just an estimate.  It's

19   just like how I estimate -- I estimate this

20   to be like this, I estimate that to be like

21   this.  So we estimate the commission to be

22   2 percent.

23          Q.    But you didn't just estimate --

24          A.    There's no decision to be made.

25   It's just that if you estimate the

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2      Q.    What is a "speculation semi"?
 3      A.    Sorry, can you repeat again?
 4      Q.    What is "speculation semi"?
 5      A.    "Speculation semi."
 6      Q.    Yes.
 7      A.    I don't know.  I think you have
 8  to ask who is the one, Gerard, yes, Gerard.
 9      Q.    Well, no, I'm asking you --
10      A.    (Inaudible).
11      Q.    Let me finish my question.
12      A.    Yes.
13      Q.    I'm asking you, as Keppel's
14  corporate representative, what is the
15  "speculation semi" referred to in this
16  e-mail.
17      A.    I will guess that this
18  speculation semi is referring to one of the
19  first unit -- the first unit that we
20  eventually wanted to speculate.
21          (Reporter clarification.)
22      A.    Sorry.  The speculation -- My
23  guess is speculation semi is referring to
24  the first unit of the semi that has been
25  requested by Sete Brazil.
```

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2      A.     Zwi is our agent and Bruno is
 3  brought along by Zwi.
 4      Q.     Okay.  So at this time Mr.
 5  Skornicki was already functioning as an
 6  agent for KOM with respect to Sete Brazil
 7  projects; is that right, sir?
 8      A.     That's right.
 9      Q.     And at the bottom it says:
10             "Barusco went on to suggest that
11  the format for the proposal should include
12  the following points."
13             Do you see that, sir?
14      A.     Yes.
15      Q.     And is it Keppel's understanding
16  that Keppel and Sete were working together
17  at this point to submit Keppel's bid to
18  Sete for a total of 6 units?
19      A.     Sorry, can you repeat your
20  question again?
21             (Requested portion of record
22      read.)
23      A.     At this point, it is Sete's
24  request for us to submit a total price for
25  six units.
```

Page 195

1          CONFIDENTIAL - LEONG PENG TAN

2   a rig; right, sir?

3        A.    That's right.

4        Q.    All right.

5              MS. PAK:  I'm introducing

6        another document.

7                    (Previously marked

8        Exhibit 17 for identification shown to

9        the witness.)

10             MS. PAK:  I have introduced a

11       document that was previously marked as

12       Plaintiffs' Exhibit 17.  This is a

13       document Bates stamped KEPPEL00490690

14       to 768.

15   BY MS. PAK:

16       Q.    Let me know when you see it.

17       A.    Yes.

18       Q.    This is the EPC contract between

19   URCA Drilling B.V. and Fernvale and is

20   dated as of December 16, 2011.

21             Do you see that, sir?

22       A.    Yes.

23       Q.    And URCA is the special purpose

24   entity that was formed by Sete; right, sir?

25       A.    That's right.

Page 237

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 18-cv-01047 (PGG)

5  -------------------------------x

   EIG ENERGY FUND XIV, L.P.,

6  EIG ENERGY FUND XIV-A, L.P.,

   EIG ENERGY FUND XIV-B, L.P.,

7  EIG ENERGY FUND XIV (CAYMAN), L.P.,

   EIG ENERGY FUND XV, L.P.,

8  EIG ENERGY FUND XV-A, L.P.

   EIG ENERGY FUND XV-B, L.P.

9  EIG ENERGY FUND XV (CAYMAN), L.P.

10                     Plaintiffs,

11         -against-

12  KEPPEL OFFSHORE & MARINE LTD.,

13                     Defendant.

   -------------------------------x

14

15       * * * CONFIDENTIAL * * *

16            VOLUME II

17      VIRTUAL ZOOM DEPOSITION

18           LEONG PENG TAN

19           July 16, 2021

20

21

22  Reported By:

23  Erica Ruggieri, CSR, RPR

24

25

TAN - CONFIDENTIAL

1
2      Offshore & Marine first considered

3      making an early -- an equity

4      investment in one of the

5      semi-submersibles owned by Sete?

6          A.    This is the time as far as

7      I can recollect.  This is the time.

8          Q.    Understood.  And did Keppel

9      conduct any due diligence in Sete in

10     connection with its potential

11     investment in Sete's rigs?

12         A.    For the investing in the

13     JV?

14         Q.    Yes.

15         A.    Yes.  We had done some due

16     diligence.  First of all, the

17     underlying reason why Keppel is

18     considering to invest is that Sete

19     Brasil has -- has spoken to us and

20     say that there's potentially they

21     want to spec view the first unit.

22     And to spec view the first unit they

23     will -- in this way they will

24     actually lock in the delivery date

25     meaning when they are actually

TAN - CONFIDENTIAL

1
2    chartering the vessel or the rig to
3    Petrobras, okay, the schedule is
4    more guaranteed and there's
5    potentially even early delivery
6    bonus.
7        Q.   And did -- oh, I'm sorry,
8    go on.
9        A.   And with that that is the
10   reason why Keppel have -- has
11   considered investing in the first
12   unit for Sete Brasil -- Sete Brasil,
13   sorry.
14       Q.   And when you say that
15   someone -- that Sete Brasil had
16   spoken to Keppel, are you referring
17   to Mr. Barusco?
18       A.    That's right.
19       Q.   And can you describe the
20   kinds of due diligence that Keppel
21   conducted in connection with its
22   potential equity investment in
23   Sete's rig?
24       A.    I'm personally not involved
25   in the due diligence but based on

1              TAN - CONFIDENTIAL

2      some of the document I see I

3      understand that they have gone

4      through and look at the equity

5      structure, okay.  And with that --

6      and who are the potential JV partner

7      that wanted to invest in the first

8      unit, okay.  And, of course, all

9      this is on the basis that

10     subsequently the unit will be

11     chartered to Petrobras.

12         Q.   Do you know whether Keppel

13     received any -- received or reviewed

14     any investor presentations about

15     Sete or the rigs project in

16     connection with its due diligence on

17     Sete Brasil?

18         A.   No.  I can't recall that.

19         MS. PAK:   Okay.  I'm marking a

20      document.  Okay, I have marked as

21      Plaintiff's Exhibit 91 an e-mail

22      chain that's been translated and

23      Bates stamped Keppel 00556336 to

24      340.

25          (Exhibit 91, E-mail from Tommy

```
                           TAN - CONFIDENTIAL
 1
 2            Do you see that, sir?
 3       A.    Yes.
 4       Q.    And it also shows that BNDS
 5   was expected to provide the vast
 6   majority of the senior debt for each
 7   rig, right, sir?
 8       A.    Yes.   That's what the slide
 9   say.
10       Q.    And if you turn to page
11   3333 and 34, which is Bates stamped
12   442 and 443, that presentation
13   provides a risk matrix for the Sete
14   investment.
15            Do you see that, sir?
16       A.    Risk matrix?
17       Q.    Risk matrix, yes.
18       A.    Okay.
19       Q.    Does this refresh your
20   recollection as to whether or not
21   KOM received investor presentations
22   in connection with its due diligence
23   of the Sete Brasil investment?
24       A.    As I mention, I'm not
25   involved in the due diligence so I
```

```
 1                TAN - CONFIDENTIAL
 2        Q.   Under financiers the first
 3   line in the box states, "BNDES will
 4   have an important and leading role
 5   for financing rigs construction,
 6   taking most of the long-term debt."
 7        Do you see that, sir?
 8        Do you see that, sir?
 9        A.   Yes.
10        Q.   What was Keppel's
11   understanding in 2011 with respect
12   to BNDES's role in the rigs project
13   for Sete Brasil?
14        A.   Our understanding is that
15   BNDES will be -- will be financing a
16   large portion of it and they will be
17   just like what has been said here is
18   for most of the long-term debt.
19        Q.   Okay.  And do you agree
20   having reviewed both now Plaintiff's
21   Exhibit 91, 92 and 93 that Keppel
22   received investor presentations in
23   connection with its due diligence of
24   the Sete Brasil project?
25             MR. BARBUR:  Objection.  You
```

Page 273

1              TAN - CONFIDENTIAL
2       the shipyard."
3             Do you see that, sir?
4           A.   Yes.
5           Q.   At this point in time,
6       August 2011, is Mr. Y.Y. Chow
7       already the COO of KOM or is he
8       still the managing director at KOM?
9           A.   He's the COO.
10          Q.   And do you know whether or
11      not anyone from Keppel made any
12      presentation to the visitors that
13      visited BrasFELS in August 2011?
14          A.   I don't know.  But normally
15      a yard tour would typically have a
16      presentation.  Normally a yard tour
17      that will be a presentation.
18          Q.   Mr. Tan, do you have any
19      information as to the substance of
20      any presentation that was given to
21      EIG and the other visitors during
22      the August 2011 BrasFELS visit to
23      the shipyard.
24          A.   No.
25          Q.   Do you know who at Keppel

Page 274

TAN - CONFIDENTIAL

1    attended the site visit that was

2    made by EIG to the BrasFELS shipyard

3    in August 2011?

4          A.   I don't know.

5          Q.   Did anyone from Keppel

6    authorize the visit?

7          A.   Authorize the visit.

8             MR. BARBUR:  By Keppel do you

9     mean as distinct from BrasFELS?

10         Q.   Did anyone from any Keppel

11   entity authorize this visit?

12         A.   Normally any yard visit,

13   the authorization would be by the

14   president of the yard.

15         Q.   And at that time that would

16   be K.C. Kwok, correct?

17         A.   That's right.

18            MS. PAK:  I'm marking another

19    exhibit.  I have marked as

20    Plaintiff's Exhibit 95 an e-mail

21    chain that's been translated.  The

22    Bates number is Keppel 0001126 to

23    128.

24            (Exhibit 95, E-mail from Carla

TAN - CONFIDENTIAL

1

2      A.   Yes, that's the e-mail sent

3   to them.

4      Q.   And what was Keppel's

5   understanding as to why Sete was

6   raising additional funds in early

7   2012?

8      A.   Understanding the 28 drill

9   rigs need financing.

10        MS. PAK:  He said that the 28

11    drill rigs need financing.

12      Q.   Is that correct, Tan --

13   Mr. Tan?

14      A.   That's correct.

15      Q.   And Sete was raising funds

16   in order to finance a second round

17   of bids for the 21 remaining drill

18   rig units, correct?

19      A.   I don't know.

20      Q.   You don't know.  Okay.

21      A.   Yeah.

22      Q.   Were you aware that in

23   March 2012, the same month that this

24   e-mail was sent to senior executives

25   at KOM, that EIG made another visit

```
 1            TAN - CONFIDENTIAL
 2       Keppel 00012940 to 941, marked for
 3       identification, as of this date.)
 4          Q.   Let me know when you see
 5       it.
 6            MR. BARBUR:  I don't see a
 7       translation.  I see an e-mail in
 8       Portuguese.
 9          A.   I see the exhibit but what
10       Peter say is in Portuguese.
11          Q.   All right.  So we will come
12       back to this.  The document I have
13       is a translation.  Let me see what
14       you see.  All right, fine.  We can
15       come back to it.
16            Mr. Tan, did KOM consider
17       Sete's ability to secure equity
18       financing in or around March 2012 to
19       be in Keppel's own interest?
20          A.   Be Keppel what?  Sorry.
21       The last part.
22          Q.   Sure.  Did KOM consider
23       Sete's ability to secure equity
24       financing in or around March 2012 to
25       be a benefit to Keppel's own
```

Page 305

                    TAN - CONFIDENTIAL

1
2       interest?
3           A.   I would say the ability --
4       since we had for this time the first
5       unit of the six semi then for Sete
6       Brasil to get financing so as to pay
7       us, okay.  They will be the interest
8       party.
9           Q.   So Keppel understood that
10      any funding that Sete received from
11      investors would help Sete pay for
12      the construction of additional rigs
13      by Keppel and the other shipyards,
14      correct?
15          A.   The projects all require
16      financing.
17          Q.   Thank you.
18          MS. PAK:  I have marked as
19      Plaintiffs' Exhibit 101 an e-mail
20      dated August 7, 2012, with its
21      attachment.  It is Bates stamped
22      Keppel 00453866 to 869.
23          (Exhibit 101, E-mail 8/7/2012,
24      with attachment, Bates Keppel
25      00453866 to 869, marked for

Page 327

TAN - CONFIDENTIAL

1                          TAN - CONFIDENTIAL
2          question.
3              Q.   Do you know what the
4      general sentiment of the lenders was
5      following the meeting?
6              A.   I don't know.
7              Q.   And you did not receive any
8      prep material that would provide you
9      that information, Mr. Tan?
10             A.   I don't recall.
11             Q.   Did KOM consider Sete's
12     ability to secure long-term
13     financing to be necessary in order
14     for Sete to complete the
15     construction of the 28 drilling rig
16     units?
17             A.   All these drilling -- this
18     drilling rig program would need
19     financing to complete.
20             Q.   Did KOM consider Sete's
21     ability to secure long-term
22     financing to be necessary to
23     complete the construction of its
24     rigs?
25             A.   Yeah, the projects need

Page 328

1                TAN - CONFIDENTIAL

2        financing to complete.

3             MS. PAK:  I think he said,

4         yeah, the projects need financing

5         to complete.

6             Q.   Is that right, Mr. Tan?

7             A.   Yes.

8             Q.   I just want to clean up the

9        record.  Did KOM consider Sete's

10       ability to secure long-term

11       financing to be necessary to

12       complete the construction of its

13       rigs.

14            A.   Let me say again for the

15       Sete project, the rigs project there

16       would be financing to complete.

17            Q.   Okay.  Thank you.

18            MR. BARBUR:  We have been

19        going almost two hours.  Can we

20        take a break at a convenient point?

21            MS. PAK:  Now is fine with me.

22            MR. BARBUR:  Okay.  Let's take

23        ten minutes.

24            THE VIDEOGRAPHER:  The time is

25        7:57.  We are off the record.

Page 340

1              TAN - CONFIDENTIAL

2       us."

3              Do you see that, sir?

4         A.   Yes.

5         Q.   Having read this e-mail now

6       were there executives at KOM who

7       expressed concern about Sete's

8       ability to secure long-term

9       financing with BNDES after

10      Mr. Barusco's plea agreements were

11      disclosed?

12        A.   Yes, as to what the e-mail

13      say.

14        Q.   And if you turn to the

15      first page of this e-mail Ms. Lee on

16      February 7, 2015, writes, "Dear

17      CEO/KCL and CEO/KOM, Valor and

18      Upstream have reported that the

19      signing of financing contracts,

20      which was scheduled to take place in

21      Brazil today (6 February) has been

22      suspended."

23              Do you see that, sir?

24        A.   Yes.

25        Q.   And it goes on to say, "On

1              TAN - CONFIDENTIAL

2       as --

3              A.   The financing -- sorry.

4       The financing agreement has been

5       suspended.

6              Q.   And the financing

7       agreements, the signing of the

8       financing agreements was suspended

9       due to the fact that Mr. Barusco's

10      plea agreements had been made public

11      the day before, right, sir?

12             A.   Is it on the 6th?  I

13      can't... I don't know the timeline

14      but of the 7 February that's what

15      has been reported.

16             Q.   The signing of the

17      financing contracts were suspended

18      due to the fact that Mr. Barusco's

19      plea agreements had been made

20      public, right, sir?

21             A.   Yes, regards to the

22      operation Lava Jato.

23             Q.   Okay.  That's not a full

24      sentence so I honestly just am not

25      sure what the answer is.

Page 371

1              TAN - CONFIDENTIAL
2          A.    That's right.
3          Q.    Who asked you to join
4      Fernvale?
5          A.    Mr. Y.Y. Chow.
6          Q.    And who did you report to
7      at Fernvale?
8          A.    I reported to the project
9      director.
10          Q.    And who was the project
11      director?
12          A.    Yan Naing Myint.
13          Q.    You should just spell it
14      for her if you can, Mr. Tan.
15          A.    I can't remember the
16      spelling.  Let me check.  I don't
17      know where they got.
18          Q.    Is it Shan Ming Chow, is
19      that what you said?
20          A.    No, no.
21          Q.    Maybe we can correct that
22      during a break.
23          Did you play any role in
24      Keppel's submission of bids with
25      respect to the rigs project?

                    TAN - CONFIDENTIAL

1    history.  Focus is needed and

2    believe this had not been easy with

3    the huge workload that we currently

4    have.  Believe it is (lucky)" in

5    quotation "for us this specification

6    had not deviate much from the

7    previous."

8         Do you see that, sir?

9         A.   Yes.

10        Q.   Why is the word "lucky" in

11   parentheses?

12        A.   I don't recall.

13        Q.   And you considered Keppel's

14   contract with Sete to be the biggest

15   contract that Keppel had ever

16   entered into in its history,

17   correct?

18        A.   Yes.  Actually I said that

19   because at that point in time we

20   think there is a single contract

21   with six-unit from that perspective,

22   yes.

23        Q.   And yesterday I believe you

24   testified that you didn't care

```
 1              TAN - CONFIDENTIAL
 2      contracts that Fernvale entered into
 3      with Mr. Skornicki's companies at or
 4      around the time they were executed?
 5          A.   I can't recall that.
 6          Q.   Did you have any specific
 7      role in 2012 with respect to the
 8      fees that were due to Mr. Skornicki
 9      pursuant to Fernvale's contracts
10      with Deepsea and Eagle?
11          A.   Yes.  I'm part of the
12      approving -- part of the approving
13      process.
14          Q.   You said you were part of
15      the approving process, right?
16          A.   Yes, yes.
17          Q.   The individual that you
18      named as your boss at Fernvale, was
19      he also part of the approving
20      process?
21          A.   Yes.
22          Q.   Who else was part of the
23      approving process for the fees that
24      were paid to Mr. Skornicki pursuant
25      to Fernvale's contracts with Eagle
```

Page 392

1            TAN - CONFIDENTIAL
2       and Deepsea?
3            A.    There would be others from
4       finance and then there will also be
5       the CEO.
6            Q.    CEO of which Keppel entity?
7            A.    KOM.
8            Q.    Did you serve as an
9       intermediary between Fernvale and
10      Mr. Skornicki with respect to
11      discussions or any questions
12      Mr. Skornicki had about his
13      commission payments due from
14      Fernvale?
15           A.    Can you repeat that again?
16           Q.    I said did you serve as an
17      intermediary between Fernvale and
18      Mr. Skornicki with respect to any
19      discussions or questions
20      Mr. Skornicki had about commission
21      payments due to him from Fernvale?
22           MR. BARBUR:  Object to the
23        term "intermediary" as ambiguous.
24           A.    Yeah.  What do you mean by
25      intermediary?

```
1              TAN - CONFIDENTIAL
2       Keppel received, correct?
3           A.    That's right.
4           Q.    And the funds that Keppel
5       used to pay Mr. Skornicki were
6       calculated on and came directly from
7       SeteBrasil, correct?
8           A.    Yes.
9           Q.    Why then did you also need
10      to provide him with the description
11      that he should use for the invoices
12      that he sent to Keppel?
13          A.    Because the payment from
14      SeteBrasil, milestone payment.
15      Okay.  Meaning there is certain
16      event that we have achieved or occur
17      during the project, that's why there
18      is the need of a description.  Okay.
19           So take for example there is a
20      milestone payment or strike steel.
21      Okay.  So I also had to let Mr. Zwi
22      know that this, I'm paying him -- we
23      are -- the company is paying him for
24      that particular milestone payment.
25      So you need a description for that.
```

                    TAN - CONFIDENTIAL

1

2          Q.    Did Mr. Tong authorize

3     every payment that was made

4     Mr. Skornicki pursuant to Fernvale's

5     contract with Eagle or Deepsea Oil?

6          A.    I believe so.

7          Q.    And did you have an

8     understanding at this time as to why

9     Mr. Tong had instructed that all

10    agent payments should be endorsed by

11    him?

12         A.    This instruction is

13    actually passed down by finance.  As

14    to why, I don't know.

15         Q.    And Mr. Zwi writes back, "I

16    am not jumping on you but you must

17    understand I also have commitments

18    and my people after eight months for

19    the first unit and more than four

20    months for the remaining, nothing

21    happen, just promises and asking

22    help.  They do not believe that I

23    did not receive and it is looking it

24    is with me and I do not want

25    transfer."