# EXHIBIT 134

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 18-CV-01047 (PGG)

5  -----------------------------------x

6  EIG ENERGY FUND XIV, L.P.,

7  EIG ENERGY FUND XIV-A, L.P.,

8  EIG ENERGY FUND XIV-B, L.P.,

9  EIG ENERGY FUND XIV (CAYMAN), L.P.,

10  EIG ENERGY FUND XV, L.P.,

11  EIG ENRGY FUND XV-A, 6 L.P.,

12  EIG ENERGY FUND XV-B, L.P., AND

13  EIG ENERGY FUND XV (CAYMAN), L.P.,

14              Plaintiffs,

15      - against -

16  KEPPEL OFFSHOFE & MARINE LTD.,

17              Defendant.

18  -----------------------------------x

19              July 30, 2021
            8:59 a.m.

20

        ** CONFIDENTIAL TRANSCRIPT **

21

            Videotaped Deposition of ROBERT

22  BLAIR THOMAS, pursuant to Notice, held via
    Zoom Conference, before Jineen Pavesi, a

23  Registered Professional Reporter,
    Registered Merit Reporter, Certified

24  Realtime Reporter and Notary Public of the
    State of New York.

25

Page 66

```
 1             THOMAS  - CONFIDENTIAL
 2        Q.        What additional due diligence
 3   did EIG in fact undertake with respect to
 4   corruption risk for the Sete investment?
 5        A.        Quite a bit actually.
 6                  Again, we engaged counsel, both
 7   local and international; we canvassed our
 8   network of contacts in the market; and
 9   then we looked at --  again, we were very
10   careful about who we chose as
11   counterparties.
12                  And so our view was that
13   Petrobras was the gold standard in Brazil,
14   so if you were going to make any
15   investment in Brazil, doing something with
16   Petrobras was as good as you could do.
17                  And so we would much rather
18   contract with them than, you know, some
19   people were doing deals with the shipyards
20   or with the construction companies, like
21   Oko Breck (sic) raised a bunch of money.
22                  We weren't interested in those
23   deals because those weren't blue chip
24   companies.
25                  Petrobras is the gold standard
```

1             THOMAS  - CONFIDENTIAL

2    in Brazil and so choice of counterparty

3    was mutually important.

4        Q.        Did Petrobras in any way

5    guarantee your investment in Sete?

6        A.        No, but they were the sponsor

7    of Sete and all the contracts were for the

8    benefit of Petrobras and so this was --

9    again, Sete in our view was a Petrobras

10   financing conduit and really not much

11   more.

12       Q.        You mentioned retention of

13   counsel.

14             I don't want you to go into any

15   privileged communication, but how does

16   retention of counsel help in the due

17   diligence process for corruption risk?

18       A.        The local counsel we found is a

19   good source of information and are plugged

20   in in the local community and will often

21   identify any red flags.

22             And so in terms of the network

23   of people that we would talk to to try to

24   get a sense of any issues, they're

25   certainly on the list.

```
                                              Page 90
 1              THOMAS  - CONFIDENTIAL
 2                   And so making sure that we were
 3   aligned with them and that this financing
 4   was enabling them to accomplish their
 5   business objective, that was the heart of
 6   the entire deal.
 7                   And as I said earlier, the
 8   involvement of the largest local pension
 9   plans, including their own pension plan,
10   provided us real comfort.
11      Q.       Did you consider the
12   possibility that Petrobras itself was
13   engaged in corruption?
14      A.       We did not or I did not.
15      Q.       Of course if Petrobras was
16   engaged in corruption, then aligning
17   yourself with Petrobras wouldn't provide
18   any corruption risk protection, would it?
19                   MR. GOLDMAN:  Object to form.
20                   Answer if you can.
21      A.       Any counterparty that we
22   believed was engaged in corruption, we
23   would immediately terminate any
24   involvement in a potential transaction.
25                   So it's, you know, a complete
```

```
                                        Page 91
 1              THOMAS  - CONFIDENTIAL
 2   full stop if you believe that there are
 3   participants in corruption.
 4              So, yes, there is no chance we
 5   would have proceeded.
 6      Q.      What I was trying to get at was
 7   that you viewed aligning yourself with
 8   Petrobras as a hedge against corruption
 9   risk, is that correct?
10      A.      Correct.
11      Q.      And did you consider the
12   possibility that if Petrobras was itself
13   engaged in corruption, that wouldn't be a
14   hedge against corruption risk?
15      A.      I did not think that that was a
16   possibility; as I said, this is the gold
17   standard company in Brazil, I believe it
18   was the largest company, it was a source
19   of national pride, it was a company that
20   in our industry had a very good
21   reputation, we had had some history with
22   them through other investments.
23              Prior to Lava Jato, Petrobras
24   was widely respected in the energy
25   industry around the world, this wasn't
```

1              THOMAS  - CONFIDENTIAL

2     unique to us, and the fact that every

3     major energy company in the world was

4     going into Brazil to be in business with

5     Petrobras also provided us comfort.

6                  So obviously Shell didn't think

7     Petrobras was engaged in bribery, BP

8     didn't think that, Exxon didn't think

9     that, because they were all doing the

10    exact same thing.

11                 And so I think to me it was not

12    -- it was just not in my view at the time,

13    was just not a possibility that Petrobras

14    would do that.

15        Q.       But ultimately it turned out

16    through Lava Jato or Car Wash that

17    Petrobras was in fact engaged in bribery

18    and corruption, right?

19        A.       That's correct.

20        Q.       Since that time has EIG done

21    any business with Petrobras?

22        A.       Yes, we have existing

23    businesses with them that didn't go away

24    when this happened, both at Prumo

25    Logistica and TBG, we continued to be in

```
 1            THOMAS  - CONFIDENTIAL
 2                 That wasn't possible because of
 3      the local content requirement and so to
 4      get comfort on the shipyard's ability to
 5      deliver, we really looked to the
 6      international partners, these were
 7      well-established names in the space and
 8      getting comfort that they were confident
 9      that they could deliver.
10         Q.       Do you recall any discussion of
11      corruption risk relating to shipyards?
12         A.       I don't, no.
13                 Again, these were --  we didn't
14      really focus on the local guys; and the
15      international guys, again, were the
16      biggest players in the industry.
17         Q.       And at the time of the June
18      2011 investment committee meeting, you
19      didn't know for sure which shipyards were
20      going to get contracts from Sete, correct?
21         A.       That's correct.
22         Q.       You didn't know whether Keppel
23      would ever get a contract from Sete,
24      correct?
25         A.       That's right, but, again, just
```

Page 97

THOMAS  - CONFIDENTIAL

```
1              THOMAS  - CONFIDENTIAL
2    to be clear, June 2011 is an investment
3    committee approval, it is not an
4    investment; the investment didn't happen
5    for some time.
6         Q.        But as of June 2011, you were
7    committed to make the investment, were you
8    not?
9         A.        No, we were not; we had signed
10   an equity commitment letter, we had not
11   signed transaction documents.
12        Q.        When did you sign the
13   transaction documents?
14        A.        I think it was July or August
15   of 2012.
16        Q.        And what additional due
17   diligence was done between June 2011 and
18   when the actual contracts were signed in
19   2012?
20        A.        Quite a bit; we were in regular
21   contact with the management team at Sete,
22   we were in regular contact with Petrobras,
23   we were in regular dialogue with the other
24   investors, the existing round 1 investors
25   in Sete, we were monitoring the status of
```

```
 1            THOMAS  - CONFIDENTIAL
 2   was just targeted for Fund XIV, we now had
 3   a new pool of capital and were deciding
 4   whether to try to get an increased
 5   allocation in Sete and have the new fund
 6   invest alongside the existing fund.
 7      Q.       Why not just have Fund XIV
 8   increase its investment?
 9      A.       Because you're trying to manage
10   the diversification criteria of each fund
11   and so for each fund we try to be  -- you
12   know, have a diversified portfolio and so
13   that would likely be the reason.
14      Q.       Do you recall any discussion
15   concerning bribery or corruption risk at
16   this meeting?
17      A.       I don't.
18      Q.       Do you recall any discussion of
19   specific shipyards at this meeting?
20      A.       I don't.
21      Q.       Do you recall any discussion of
22   Keppel at this meeting?
23      A.       No.
24      Q.       As we established, so EIG began
25   funding its equity commitments to Sete
```

Page 103

```
 1              THOMAS  - CONFIDENTIAL
 2     around August of 2012, correct?
 3         A.      I am not sure when we funded,
 4     but that was when we actually entered into
 5     an investment.
 6                 And so up until then it had
 7     just been commitment letters and we were
 8     not guaranteed any allocation in the
 9     equity.
10                 And so it was only in the
11     summer of 2012 that an allocation was made
12     and we made an actual investment and then
13     I'm not sure of how quickly that funded.
14         Q.      The investment committees did
15     not meet again to discuss the Sete
16     investment between September of 2011 and
17     August of 2012, correct?
18         A.      Not for a new approval.
19                 As I said, it meets every week
20     and all of the investments that are in the
21     pipeline will typically get some
22     discussion and so the committee was
23     informed along the way, people were
24     wondering, you know, why hadn't Sete
25     closed and so there was frequent
```

1        THOMAS  - CONFIDENTIAL

2   discussion about that over that period of

3   time.

4             But, no, the committee, there

5   was no need for the committee to come back

6   and reconvene for an approval; there was

7   nothing to approve.

8        Q.        And the committee did not need

9   to approve the actual signing of the

10   agreements in August of 2012 because of

11   its prior approval of the investment,

12   right?

13       A.        That's correct.

14       Q.        There was an investor

15   conference that EIG held in 2011, do you

16   recall that?

17       A.        I do.

18       Q.        What was the purpose of that

19   conference?

20       A.        We're required under our fund

21   documents to have an annual general

22   meeting once a year for our investors and

23   that's what that is.

24             And so we typically hold it in

25   the fall, we invite all of our investors

```
 1            THOMAS  - CONFIDENTIAL
 2    around the world to attend and it's
 3    usually a full day and we'll review the
 4    existing portfolios and then we also like
 5    to have one or two thematic topics of
 6    relevance to our industry that we talk
 7    about.
 8       Q.      Were there any presentations or
 9    videos related to Sete at this conference?
10       A.      I believe there was.
11       Q.      What do you recall?
12       A.      I believe what we wanted to do
13    was use the proposed investment in Sete as
14    a way to educate our clients about what
15    was happening in Brazil.
16               And so different in time, but
17    very similar to the white paper, was there
18    is this really big thing happening in our
19    industry and if we wanted to educate our
20    clients about it and the contemplated
21    investment in Sete was a way to do that.
22       Q.      And there was a video shown
23    relating to Sete, correct?
24       A.      I believe there was, yes.
25       Q.      What do you recall about the
```

1          THOMAS  - CONFIDENTIAL

2     video?

3     A.        We do these every year;

4     typically we'll identify four or five

5     either investments or proposed investments

6     where we think it is interesting, it may

7     be interesting because of, again, a big

8     trend in the industry, it may be

9     interesting because of a new technology or

10    geography and so we'll identify a handful

11    of investments every year and then there

12    is a media firm that we use that goes and

13    shoots footage.

14              And typically these videos are,

15    you know, three or three-and-a-half

16    minutes long.

17    Q.        Sitting here today, do you

18    think there was anything inaccurate in any

19    of the presentations or videos related to

20    Sete at that 2011 investors conference?

21    A.        I'd have to go back and look at

22    the material.

23              I know when prepared everything

24    in it we believed to be true.

25              You know, whether or not we

```
 1            THOMAS  - CONFIDENTIAL
 2   were mistaken about anything I don't know.
 3        Q.       Were individual shipyards
 4   discussed at that investor conference?
 5        A.       I believe there was footage
 6   included in that, so it was part of the
 7   video.
 8        Q.       And do you recall whether the
 9   specific shipyard was identified in the
10   video?
11        A.       I believe it was identified as
12   Keppel.
13        Q.       Do you recall any discussion
14   relating to Keppel beyond simply them
15   appearing in the video?
16        A.       I don't; the context I think
17   was to convey a sense that it wasn't just
18   us saying that Brazil was a big deal, all
19   the big boys were there and certainly that
20   audience, our audience, in an energy
21   crowd, everybody recognized the Keppel
22   name and knew they were one of the leading
23   players in the industry.
24                 And so, again, the fact that
25   the leading players in the industry, just
```

```
 1            THOMAS  - CONFIDENTIAL
 2   like Shell and BP and Exxon, are involved
 3   give people comfort that it is not just us
 4   saying this is a big deal, these other
 5   companies view it as a big deal, too.
 6        Q.      Do you recall any discussion
 7   relating to bribery or corruption risk at
 8   that conference?
 9        A.      I do not.
10        Q.      Sete incurred financing issues
11   over the course of your relationship with
12   Sete, correct?
13              MR. GOLDMAN:  Object to form,
14   but you can answer.
15        A.      Well, it was a financing
16   vehicle, so it's raise on DETRA (sic), in
17   our view, was to enable financing, so,
18   yes, it was constantly securing capital
19   and refinancing capital; it was a
20   securitization vehicle, in our view.
21        Q.      And over time it encountered
22   difficulties getting financing, didn't it?
23        A.      It did.
24        Q.      And it encountered difficulties
25   getting financing prior to Lava Jato being
```

```
 1              THOMAS  - CONFIDENTIAL
 2    disclosed, correct?
 3         A.       Nothing out of the ordinary, in
 4    my opinion.
 5              The scale of the financing
 6    required was large, but the company had a
 7    lot of alternatives and so there was quite
 8    a bit of discussion about optimizing the
 9    financing and which form of financing was
10    cheaper, but, you know, this was a high
11    profile transaction in the market globally
12    and they had demonstrated an ability to
13    raise significant amounts of capital.
14              So, yeah, I never --  it wasn't
15    generally a question of if they could
16    raise financing, it was at what cost.
17         Q.       EIG entered into a loan
18    agreement with Sete in December of 2011,
19    correct?
20         A.       I believe that's correct, yes.
21         Q.       For a hundred million dollars
22    U.S.?
23         A.       That sounds correct, yes.
24         Q.       Why did that occur?
25         A.       Again, we were in a very
```

```
                                        Page 132
 1           THOMAS  - CONFIDENTIAL
 2      Q.        And was the waiver approved?
 3      A.        I believe so.
 4      Q.        Are you aware of what happened
 5  to oil prices in 2014?
 6      A.        Generally, yes.
 7      Q.        What happened?
 8      A.        Well, not dissimilar from most
 9  years, they were volatile and so they were
10  high at the beginning of the year and low
11  at the end of the year, similar to this
12  year.
13      Q.        So by the time of this meeting
14  in September of 2014, oil prices had
15  decreased, correct?
16      A.        Correct, but that was a
17  nonissue for us.
18                Again, Sete didn't own any oil,
19  Sete didn't sell any oil, the contract
20  wasn't tied to oil, Sete had a take or pay
21  contract, and so the risk on oil prices
22  was a Petrobras risk, not a Sete risk, not
23  an EIG risk, and so we weren't tracking
24  oil prices and worried about whether it
25  was up or down at any point in time.
```