# EXHIBIT 135



Deposition of:
# Robert Blair Thomas

*December 16, 2020*

In the Matter of:

# EIG v. Petrobras

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

```
1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3       ------------------------------  )

4       EIG ENERGY FUND XIV, L.P.,       )

5       et al.,                          )Case No.

6                    Plaintiffs,     )1:16-cv-333-APM

7              vs.                        )

8       PETROLEO BRASILEIRO S.A.,         )

9                    Defendant.      )

10      ------------------------------  )

11

12

13         REMOTE DEPOSITION OF ROBERT BLAIR THOMAS

14                   December 16, 2020

15

16

17

18

19

20

21

22      REPORTED BY:  Tina Alfaro, RPR, CRR, RMR
```

Page 103

1          A.   Oh, that were with me?                    11:26:17

2          Q.   Yeah.                                     11:26:19

3          A.   I don't recall that they did.  I think -- 11:26:19

4     yeah, I don't recall if they did or didn't.         11:26:25

5          Q.   Okay.  Why didn't you ask Mr. Ferraz      11:26:27

6     whether there was any illegal conduct or corruption 11:26:29

7     associated with Sete Brasil?                        11:26:32

8          A.   For I guess a couple of reasons.  One     11:26:40

9     is -- first is if there's somebody that I have      11:26:43

10    reason to believe engages in that activity, I'm not 11:26:49

11    in that meeting.  So I would not have taken the     11:26:53

12    meeting if I had reason to believe that that was    11:26:56

13    the case.                                           11:26:59

14         Second, I never viewed Ferraz or Sete as       11:27:01

15    particularly relevant.  In my eyes this transaction 11:27:07

16    was all about Petrobras, that Sete is just -- was   11:27:14

17    just an alter ego of Petrobras, that -- and that    11:27:18

18    every aspect of this transaction was controlled by  11:27:27

19    and dependent upon Petrobras.                       11:27:32

20         To be honest, I thought that was very          11:27:35

21    attractive.  I thought that's what made this        11:27:37

22    interesting was that this was Petrobras.  Sete was  11:27:39

Page 104

```
 1    nothing, right.  I mean, it didn't exist.  No one    11:27:45

 2    would give capital to Sete.  Sete was just a         11:27:48

 3    conduit.                                             11:27:52

 4          The crux of the transaction was Petrobras      11:27:54

 5    and I had -- not only did I not think that they      11:27:58

 6    were engaged in fraudulent activity, I had every     11:28:02

 7    reason to believe that they were not.  The fact      11:28:05

 8    that it's a national oil company publicly traded on  11:28:09

 9    the New York Stock Exchange, one of the largest      11:28:15

10    companies in my industry and, to be honest with     11:28:18

11    you, a company at the time generally held in high   11:28:21

12    regard, Petrobras was very respected in the         11:28:25

13    industry, particularly as it related to deep water  11:28:30

14    activity.                                            11:28:34

15          And so I think it would be highly             11:28:37

16    offensive for me to walk into a meeting with        11:28:39

17    Petrobras, a senior leadership person at Petrobras, 11:28:42

18    and ask them are you engaging in fraud.  I don't    11:28:47

19    think that's appropriate.                            11:28:52

20          Q.  Okay.  Okay.                               11:28:55

21          Are you familiar with someone named Pedro     11:29:04

22    Barusco?                                             11:29:06
```

Page 115

1      primary ones, as I said, it was the underlying        11:42:22

2      importance of the asset and the quality of the        11:42:26

3      asset that was being developed, it was the            11:42:28

4      contractual framework and the credit quality of the   11:42:33

5      counterparty, it was -- and then it was -- among      11:42:38

6      other factors, it was the support of, you know,       11:42:43

7      most, if not all, of the key institutions in the      11:42:49

8      host country.                                         11:42:55

9          Q.  Is there an EIG document that would           11:42:58

10     indicate the factors EIG considered in making its     11:43:01

11     investment in Sete?                                   11:43:04

12         A.  Well, there's several things.  Ultimately     11:43:11

13     the analysis that gets -- you know, a typical         11:43:16

14     investment for us takes between six and nine months   11:43:20

15     from start to finish, and so these are long,          11:43:26

16     painful processes with lots of steps and most         11:43:31

17     investment opportunities don't make it through it.    11:43:36

18     So most, you know, fail at some point in the          11:43:39

19     process.  So as it goes along we're continually       11:43:43

20     assessing it.                                         11:43:49

21         Ultimately it gets turned into a single           11:43:50

22     document which is what's known as an investment       11:43:52

Page 116

1    recommendation, but an investment recommendation is    11:43:54

2    really just a summary of what has typically been    11:43:58

3    months of work getting to that point and numerous    11:44:05

4    conversations along the way.  It's not that it just    11:44:07

5    gets sprung on us that, you know, here's a    11:44:10

6    decision.    11:44:12

7             So -- and then ultimately the decision    11:44:19

8    rests with the seniormost people in the firm who    11:44:20

9    comprise the investment committee, who each of us    11:44:24

10   have decades of experience.  So we apply the    11:44:28

11   judgment that each of us have individually having    11:44:31

12   seen dozens if not hundreds of similar    11:44:34

13   opportunities around the world.    11:44:37

14        Q.  Does the investment recommendation    11:44:39

15   summarize or reflect the factors EIG considered in    11:44:41

16   making its investment in Sete?    11:44:45

17        A.  Several of them, but it's not meant to be    11:44:50

18   encyclopedic.  So...    11:44:54

19        Q.  Are there other documents that I could    11:44:57

20   look at that would tell me what other factors EIG    11:44:59

21   considered in making its investment in Sete?    11:45:02

22        A.  I mean, the other documents would be the    11:45:12

```
 1    form before it became final?                    13:14:40

 2         A.  Unlikely.  I don't recall.            13:14:44

 3         Q.  Okay.  Who is the investment committee for  13:14:46

 4    Energy Fund XIV?                                13:14:50

 5         A.  Well, myself, I'm the chair of the     13:14:57

 6    investment committee.  It would have included Randy  13:15:01

 7    Wade, Kurt Talbot, Jean-Daniel Borgeaud, and I  13:15:04

 8    don't believe we had a fifth member.  Normally we  13:15:21

 9    had five, but I believe we had four.           13:15:23

10         Q.  And are the people you just identified the  13:15:25

11    people that were the investment committee for  13:15:27

12    Fund XIV at the time the Sete Brasil transaction  13:15:32

13    was considered?                                13:15:35

14         A.  I believe so.                         13:15:36

15         Q.  Okay.  What would you do with this    13:15:38

16    investment -- what did you do with this investment  13:15:42

17    recommendation when you received it?           13:15:44

18         A.  We would schedule an investment committee  13:15:47

19    meeting, this would get distributed firm wide, so  13:15:51

20    all the investment professionals in the firm would  13:15:56

21    receive this document, and they'd have an      13:15:59

22    opportunity to ask questions of the deal team.  13:16:04
```

Page 147

```
 1              Then we would have a meeting.  It would    13:16:10

 2     typically -- when something gets to the investment  13:16:14

 3     recommendation stage, again, we would have          13:16:16

 4     discussed this at committee probably five or six    13:16:19

 5     times already in various stages, but at this stage  13:16:21

 6     we would have a pretty fulsome conversation,        13:16:26

 7     typically they'd last, you know, one to two hours   13:16:31

 8     on a single investment, and the investment          13:16:34

 9     committee but also really any other investment      13:16:41

10     professional in the firm who wanted to ask          13:16:43

11     questions or state an opinion would have an         13:16:45

12     opportunity to do so.                               13:16:49

13         Q.  Okay.  My question was what -- what did     13:16:51

14     you personally do when you -- with this document    13:16:54

15     when you received it?                               13:16:56

16         A.  I read it.                                  13:16:57

17         Q.  Okay.  Did you ask any questions of         13:16:59

18     anyone?                                             13:17:02

19         A.  Well, yes.                                  13:17:02

20         Q.  Who did you -- who did you ask questions    13:17:04

21     of?                                                 13:17:07

22         A.  I asked the deal team numerous questions    13:17:08
```

| | | |
|---|---|---|
| 1 | in the context of the investment committee meeting | 13:17:13 |
| 2 | that I chaired. | 13:17:16 |
| 3 | Q.  Okay.  So at the investment committee | 13:17:17 |
| 4 | meeting you would have asked the deal team | 13:17:20 |
| 5 | questions? | 13:17:22 |
| 6 | A.  Correct. | 13:17:24 |
| 7 | Q.  Are there other documents the investment | 13:17:24 |
| 8 | committee would have reviewed in order to make its | 13:17:27 |
| 9 | decision about this investment, the Sete Brasil | 13:17:31 |
| 10 | investment, besides Exhibit 8? | 13:17:35 |
| 11 | A.  Yes.  So, again, this is the culmination | 13:17:38 |
| 12 | of a nine-month process where there had been | 13:17:43 |
| 13 | numerous discussions and update memos along the | 13:17:46 |
| 14 | way.  So everybody on the committee was well versed | 13:17:49 |
| 15 | in the opportunity, and so we would have been kept | 13:17:53 |
| 16 | up along the way. | 13:17:58 |
| 17 | Now, typically -- and I don't recall on | 13:18:00 |
| 18 | this investment -- there would be third-party | 13:18:02 |
| 19 | advisor reports and things like that.  I would | 13:18:04 |
| 20 | not -- I would not typically read those or look at | 13:18:07 |
| 21 | those.  To the extent that there was anything | 13:18:11 |
| 22 | relevant in those, I would expect the deal team to | 13:18:15 |

Page 149

```
 1    summarize- -- excuse me -- summarize that in the      13:18:17

 2    investment recommendation.                            13:18:19

 3         Q.  What are third-party advisor reports that    13:18:21

 4    you just referred to?                                 13:18:24

 5         A.  We will often engage -- well, we always      13:18:25

 6    engage third parties on every investment that we      13:18:29

 7    make.                                                 13:18:34

 8         Q.  So what third party did you engage with      13:18:34

 9    respect to this investment, Sete Brasil?              13:18:36

10         A.  Well, I know we had U.S. legal counsel, I    13:18:41

11    know we had Brazil legal counsel.  I think -- I       13:18:45

12    believe we had market reports on the presalt.  They   13:18:55

13    might have been -- I don't know if those were Wood    13:19:00

14    McKenzie reports or whether -- Wood McKenzie is a     13:19:04

15    widely used source in our industry for subsurface    13:19:10

16    analysis, but technical reports, independent          13:19:14

17    engineers, market consultants, those -- those types   13:19:20

18    of folks.                                             13:19:24

19         Q.  So -- but I'm -- I'm interested in what      13:19:25

20    third parties you used for this specific investment   13:19:28

21    evaluation.  Other than Brazilian counsel and U.S.    13:19:32

22    counsel, can you identify any specific third          13:19:37
```

Page 161

| | | |
|---|---|---|
| 1 | starts with "Base Case Assumptions" at the top. | 13:33:45 |
| 2 | A.  I have it. | 13:33:58 |
| 3 | Q.  Okay.  Is this a page you would have | 13:33:58 |
| 4 | looked at as part of deciding whether to vote in | 13:34:03 |
| 5 | favor of the investment in Sete Brasil? | 13:34:05 |
| 6 | A.  Yes, it is. | 13:34:10 |
| 7 | Q.  Okay.  The third line says "BRL to USD | 13:34:12 |
| 8 | exchange rate"; do you see that? | 13:34:17 |
| 9 | A.  I do. | 13:34:21 |
| 10 | Q.  Do you have an understanding of how that | 13:34:22 |
| 11 | is relevant to the base case model? | 13:34:24 |
| 12 | A.  I do. | 13:34:29 |
| 13 | Q.  What is your understanding? | 13:34:31 |
| 14 | A.  As I said earlier, a portion of the | 13:34:35 |
| 15 | expenses of the company were denominated in -- in | 13:34:37 |
| 16 | local currency, and so accounting for inflation or | 13:34:41 |
| 17 | deflation as it relates to those obligations | 13:34:50 |
| 18 | would -- you'd want to account for those in the | 13:34:56 |
| 19 | financial analysis. | 13:34:59 |
| 20 | Q.  And do you have an understanding of how it | 13:35:00 |
| 21 | would impact EIG's investment if this assumption | 13:35:03 |
| 22 | was incorrect? | 13:35:06 |

Page 162

1        A.  I do.  I do.                             13:35:09

2        Q.  What's your understanding?             13:35:11

3        A.  Well, this really gets back to, again, the  13:35:12

4    whole structure of the transaction.  What we liked  13:35:17

5    about this transaction is that the impact, while  13:35:21

6    not immune to currency fluctuation, the impact here  13:35:26

7    was muted because of the contractual structure, and  13:35:32

8    so the contractual framework had several           13:35:36

9    protections built in to account for FX risk.  And  13:35:41

10   so -- and so while this is relevant in this and any  13:35:48

11   other investment we make outside the United States,  13:35:54

12   I didn't view this as, you know, one of the most   13:35:59

13   significant risks in this transaction because of   13:36:04

14   the contractual framework.                        13:36:06

15       Q.  The capital calls that Sete Brasil made  13:36:07

16   were in -- in Brazilian currency, Reais, correct?  13:36:10

17       A.  I believe so.                            13:36:16

18       Q.  Okay.  So if the -- if the Reais was    13:36:17

19   devalued relative to the dollar, the number of    13:36:22

20   dollars that EIG would need to meet that capital   13:36:26

21   call would be lower than if the currency ratio had  13:36:29

22   remained stable; is that right?                   13:36:35

Page 282

```
 1    I was not -- I was not party to that inquiry, but I     17:06:37

 2    knew that they had asked about it.                       17:06:40

 3         Q.   Okay.  Were you involved in formulating        17:06:42

 4    the response to New Holland?                             17:06:43

 5         A.   I was not.                                     17:06:46

 6         Q.   Okay.  As of November 18, 2014 had EIG         17:06:47

 7    done any analysis to determine the impact of the         17:06:52

 8    bribery scandal at Petrobras on its ongoing -- on        17:06:57

 9    its investments in portfolio companies?                  17:07:01

10         A.   My recollection is, I mean, that's right       17:07:16

11    around the time when the Barusco testimony became        17:07:19

12    public, and I don't think any of us really knew          17:07:23

13    exactly how far it went or what it meant.  We knew       17:07:26

14    we had three significant investments in Brazil and       17:07:31

15    all three of those investments involved Petrobras,       17:07:37

16    and so we were trying to assess what the situation       17:07:42

17    was.                                                     17:07:45

18         Q.   What were -- what was EIG doing to assess      17:07:47

19    what the situation was as of November of 2014?           17:07:50

20         A.   I believe -- well, we were certainly           17:07:56

21    following press reports, and I believe we were           17:07:58

22    engaged in -- we had reached out to discuss with         17:08:08
```

Page 283

```
 1    our local counsel.                              17:08:11

 2        Q.   Who was your local counsel?            17:08:13

 3        A.   I believe it was -- I'm not certain.  I 17:08:17

 4    believe it was Machado Meyer.                   17:08:20

 5        Q.   And who would have been the one that   17:08:21

 6    reached out to discuss this topic?              17:08:23

 7        A.   It would have been either Magela or Ronnie 17:08:28

 8    or possibly somebody in the legal department at 17:08:33

 9    EIG.                                            17:08:36

10        Q.   But you -- you didn't have any -- you  17:08:38

11    didn't do anything to consult with legal counsel in 17:08:40

12    Brazil with respect to the impact on EIG's      17:08:43

13    investments of the disclosure of Lava Jato; is that 17:08:47

14    right?                                          17:08:52

15        A.   No, I would not do that.               17:08:52

16        Q.   Okay.  And to your knowledge, was there 17:08:54

17    any internal analysis done of the potential impact 17:08:58

18    of Lava Jato on the Sete Brasil investment in   17:09:00

19    November of 2018 -- 2014?  Sorry.               17:09:03

20        A.   I don't think that happened until a month 17:09:08

21    or two later.  I think at that point in time we 17:09:13

22    were monitoring the press reports and it was not 17:09:17
```

Page 284

```
 1     clear to us what the full scope of the scandal was.   17:09:22

 2          Q.  Did you do anything to seek to have Sete      17:09:27

 3     Brasil undertake its own investigation of whether     17:09:30

 4     it was implicated by the Operation Lava Jato          17:09:32

 5     scandal?                                              17:09:37

 6          A.  We did, but I don't think that was until     17:09:37

 7     early 2015.                                           17:09:40

 8          Q.  And who -- who made that request of Sete     17:09:43

 9     Brasil from EIG?                                      17:09:47

10          A.  Well, I made the request to our general      17:09:51

11     counsel and I asked him to speak --                   17:09:54

12          MR. GOLDMAN:  Hold on.  Before you               17:09:58

13     disclose, I would be very -- I do not want you to     17:09:59

14     disclose what you discussed with your general         17:10:05

15     counsel because it's attorney-client privileged       17:10:07

16     information.  So if you can testify without           17:10:10

17     disclosing what you said to I take it it was          17:10:13

18     Mr. Vitale, please do so.                             17:10:14

19          A.  Yes.  I requested that Mr. Vitale speak to   17:10:18

20     the general counsel of Sete to inquire about what     17:10:25

21     avenues they were taking to address the situation.    17:10:32

22          Q.  Do you know when that -- do you know         17:10:34
```