# EXHIBIT 136

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 18-cv-01047 (PGG)
 5    - - - - - - - - - - - - - - - - - - -x
 6   EIG ENERGY FUND XIV, L.P.,
     EIG ENERGY FUND XIV-A, L.P.,
 7   EIG ENERGY FUND XIV-B, L.P.,
     EIG ENERGY FUND XIV (CAYMAN), L.P.,
 8   EIG ENERGY FUND XV, L.P.,
     EIG ENERGY FUND XV-A, L.P.
 9   EIG ENERGY FUND XV-B, L.P.
     EIG ENERGY FUND XV (CAYMAN), L.P.
10                   Plaintiffs,
            -against-
11   KEPPEL OFFSHORE & MARINE LTD.,
                     Defendant.
12    - - - - - - - - - - - - - - - - - - -x
13              Virtual Zoom Deposition
14
                  June 11, 2021
15                  10:00 a.m.
16      CONFIDENTIAL VIRTUAL VIDEO DEPOSITION
17   of RANDALL WADE, in the above-entitled
18   action, held at the above time and place,
19   taken before Jeremy Richman, a Shorthand
20   Reporter and Notary Public of the State of
21   New York, pursuant to the Federal Rules of
22   Civil Procedure, and stipulations between
23   Counsel.
24
25            *      *      *
```

```
 1              CONFIDENTIAL - WADE
 2    between EIG, separating the teams that
 3    way; one side the portfolio management
 4    and origination, and then the other
 5    side, corporate governance.
 6              Are you saying it's more or
 7    less done collectively?
 8         A.    I am.  There's certainly two
 9    functions, but they're largely
10    overlapping and integrated.
11         Q.    Can you describe for me your
12    role with respect to the Sete Brasil
13    investment?
14         A.    Very indirect.  I was not
15    part of the investment team until my
16    principle role was as a member of the
17    investment committee.
18              My official role, as you
19    noted, I -- I get copied on a lot of
20    information, but have discussions
21    around key decisions or events.  But --
22    but it was -- it was largely an
23    indirect member.
24         Q.    And when you say you were a
25    member of the investment committee,
```

```
 1              CONFIDENTIAL - WADE
 2   which investment committee are you
 3   referring to?
 4        A.    The Fund XV investment
 5   committee.
 6        Q.    Have you ever sat on the fund
 7   XIV investment committee?
 8        A.    I was not a member of the
 9   Fund XIV investment committee, but
10   would have been a participant in Fund
11   XIV investment committees.  If that
12   makes sense.
13        Q.    Can you explain that a bit
14   more.  You -- are you saying you would
15   attend the meetings, but you were not a
16   committee member?
17        A.    That's correct.  Our -- our
18   meetings are attended by the investment
19   teams broadly, but there's a -- you
20   know, a -- specified committee members
21   are the only ones who vote.
22        Q.    And have you sat on the
23   investment committee for Fund XV since
24   its inception?
25        A.    I believe so.
```

Page 77

1          CONFIDENTIAL - WADE

2       A.    I don't recall the -- an

3   impact specifically on Sete.  The

4   collapse in oil prices certainly had an

5   impact on much of our portfolio, but I

6   don't recall Sete specifically.

7       Q.    Sitting here today, do you

8   understand what impact, if any, the

9   collapse in oil prices around this time

10  of November 2014 had on Sete?

11      A.    I don't believe there was

12  any.

13      Q.    And can you explain how that

14  would be the case?

15      A.    Our investment in Sete wasn't

16  tied to commodity prices.  Our

17  investment in Sete was supported by

18  contractual -- a contractual revenue

19  stream that was unrelated to commodity

20  prices.  And so if the contract had

21  performed, we wouldn't have had any --

22  the lower oil prices would not have had

23  any impact on our investment.

24      Q.    And so is it your

25  understanding that EIG's investments in

## ERRATA SHEET

*EIG v. Keppel*

**Transcript of Randall Wade June 11, 2021 Deposition**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 25 | 20 | "Keeps SMA should be "Keats SMA" | Transcription error |
| 41 | 25 | "Lake Shore" should be "Lakeshore" | Transcription error |
| 42 | 4 | "Feroz" should be "Ferraz" | Transcription error |
| 43 | 6, 9 | "Feroz" should be "Ferraz" | Transcription error |
| 43 | 8 | "Lake Shore" should be "Lakeshore" | Transcription error |
| 70 | 8 | "EBG" should be "TBG" | Transcription error |
| 87 | 21 | "Feroz" should be "Ferraz" | Transcription error |
| 88 | 4, 8 | "Feroz" should be "Ferraz" | Transcription error |
| 89 | 4, 12 | "Feroz" should be "Ferraz" | Transcription error |
| 90 | 13, 22 | "Feroz" should be "Ferraz" | Transcription error |
| 108 | 24 | "quickly" should be "correctly" | Transcription error |
| 112 | 13 | "Aberjar -- Aberjar" should be "Abejar -- Abejar" | Transcription error |
| 113 | 5, 17 | "Feroz" should be "Ferraz" | Transcription error |

Randall Wade

7/13/21
Date

1