UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

EIG ENERGY FUND XIV, L.P.,                          :
EIG ENERGY FUND XIV-A, L.P.,                        :
EIG ENERGY FUND XIV-B, L.P.,                        :
EIG ENERGY FUND XIV (CAYMAN), L.P.,                 :
EIG ENERGY FUND XV, L.P.,                           :
EIG ENERGY FUND XV-A, L.P.,                         :
EIG ENERGY FUND XV-B, L.P., and                     :   Case No. 18-cv-01047-PGG
EIG ENERGY FUND XV (CAYMAN), L.P.,                  :
                                                    :
                        Plaintiffs,                 :   **NOTICE**
                                                    :
            - against -                             :
                                                    :
KEPPEL OFFSHORE & MARINE LTD.,                      :
                                                    :
                        Defendant.                  :
                                                    :
———————————————————————x

    **PLEASE TAKE NOTICE** that, pursuant to the Court's Order, dated September

8, 2023 (Dkt. No. 150), Plaintiffs EIG Energy Fund XIV, L.P., EIG Energy Fund XIV-A, L.P.,

EIG Energy Fund XIV-B, L.P., EIG Energy Fund XIV (Cayman), L.P., EIG Energy Fund XV,

L.P., EIG Energy Fund XV-A, L.P., EIG Energy Fund XV-B, L.P., and EIG Energy Fund XV

(Cayman), L.P. hereby submit new, public versions of (i) the Appendix of Additional Exhibits in

Opposition to Defendant Keppel Offshore & Marine Ltd.'s Motion for Summary Judgment and

(ii) Plaintiffs' Exhibits 137 to 146 (replacing Dkt. Nos. 117-1 to 117-9).

Dated: New York, New York            Respectfully submitted,
       September 12, 2023

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                     By: /s/ Daniel B. Goldman
                                         Daniel B. Goldman
                                         Kerri Ann Law
                                         Claudia Pak
                                         1177 Avenue of the Americas
                                         New York, New York 10036
                                         (212) 715-9100
                                         dgoldman@kramerlevin.com
                                         *Attorneys for Plaintiffs*