```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
――――――――――――――――――――――x

| | |
|---|---|
| EIG ENERGY FUND XIV, L.P., | : |
| EIG ENERGY FUND XIV-A, L.P., | : |
| EIG ENERGY FUND XIV-B, L.P., | : |
| EIG ENERGY FUND XIV (CAYMAN), L.P., | : |
| EIG ENERGY FUND XV, L.P., | : |
| EIG ENERGY FUND XV-A, L.P., | : |
| EIG ENERGY FUND XV-B, L.P., and | : Case No. 18-cv-01047-PGG |
| EIG ENERGY FUND XV (CAYMAN), L.P., | : |
| | : |
| Plaintiffs, | : |
| | : |
| - against - | : |
| | : |
| KEPPEL OFFSHORE & MARINE LTD., | : |
| | : |
| Defendant. | : |
| | : |

――――――――――――――――――――――x

## Appendix of Additional Exhibits in Opposition to
## Defendant Keppel Offshore & Marine Ltd.'s Motion for Summary Judgment

### Table of Contents

*Translation included*

| Exhibit | Date (YYYY.MM.DD) | Beginning Bates No. | Description |
|---|---|---|---|
| 137* | 2011.01.14 | KEPPEL00281797 | Email Chain with subject line: "Fw: Fwd: Fw: Petrobras/Finance Presentation of January 12, 2011" |
| 138 | 2011.10.31 | KEPPEL00388231 | Email Chain with subject line: "RE: Sete Brasil: LOI" |
| 139 | 2011.11.16 | KEPPEL00440820 | Email Chain with subject line: "FW: Sete Brasil: LOI" |
| 140 | 2011.11.21 | KEPPEL00205260 | Email Chain with subject line: "RE: DSS38E – Drawings to ABS" |
| 141 | 2012.03.01 | n/a | Excerpts of Keppel Corporation Ltd.'s 2011 Annual Report to Shareholders |
| 142 | 2012.03.08 | KEPPEL00570070 | Email with subject line: "RE: Sete Brazil" |
| 143* | 2012.03.09 | KEPPEL00274222; KEPPEL00274224 | Email Chain with subject line: "Re: Sete Brasil will raise capital to R$7 billion," and Attachment, "Sete Brasil 09.03.2012 inglês doc [Sete Brasil, March 9, 2012 – English]" |
| 144 | 2012.08.31 | KEPPEL00000266 | Citi Bank Account Statement for Fernvale PTE LTD. for the period August 1, 2012 through August 31, 2012 |

KL3 3358913.1

| Exhibit | Date (YYYY.MM.DD) | Beginning Bates No. | Description |
|---|---|---|---|
| 145 | 2017.12.22 | n/a | DOJ Press Release entitled "Keppel Offshore & Marine Ltd. and U.S. Based Subsidiary Agree to Pay $422 Million in Global Penalties to Resolve Foreign Bribery Case" |
| 146 | 2021.06.24 | n/a | Excerpts of Chow Deposition Transcript (Jeffrey Chow) |

KL3 3358913.1