# EXHIBIT 137



STATE OF NEW YORK                )
                                 )
                                 )
                                 )
COUNTY OF NEW YORK               )    ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range KEPPEL00281797 through KEPPEL00281798.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 12ᵗʰ day of October, 2021
by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11ᵗʰ Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

Message

From: Eagle [eagle@globo.com]
Sent: 1/14/2011 11:42:58 AM
To: Yew Yuen CHOW [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yewyuen.chow1]

**Subject:** Fw: Fwd: Fw: Petrobras/Finance Presentation of January 12, 2011
**Attachments:** ATT00001.htm; Sondas_Apresentacao para Operadores versao PDF.pdf [Rigs Presentation for Operations PDF version]; ATT00002.htm

BlackBerry®Oi.

-----Original Message-----
From: Luiz Alencar K Moraes <kireeff@gmail.com>
Date: Fri, Jan 14, 2011 09:38:16 AM
To: zwi@eaglebr.com.br<zwi@eaglebr.com.br>; eagle@globo.com<eagle@globo.com>
Subject: Fw: Fw: Petrobras/Finance Presentation of January 12, 2011

I hope it works now.

Luiz A K Moraes

Start of forwarded message

From: kireeff@petrobras.com.br
Date: January 14, 2011 9:15:57 a.m. BRST
To: kireeff@gmail.com
Subject: Fw: Petrobras/Finance Presentation of January 12, 2011

Luiz Alencar Kireeff de Moraes
PETROBRAS/E&P-SERVE/US-CONT/ECIC
---Forwarded by Luiz Alencar Kireeff de Moraes/BRA/Petrobras on January 14, 2011 9:15 a.m.

Luiz Alencar Kireeff de Moraes/BRA/Petrobras
E&P-SERV/US-CONT/ECIC
January 14, 2011 8:45 a.m.
Corporate

To

Cc

Subject

Petrobras/Finance Presentation of January 12, 2011

Dear all,

Attached please find a copy of the presentation from January 12, 2011.

> (See attached file: Sondas_Apresentacao para Operadores versao PDF.pdf)
>
> Luiz Alencar Kireeff de Moraes
> PETROBRAS/E&P-SERV/US-CONT/ECIC
>
> "The sender of this message is responsible for its content and addressing. The receiver shall take
proper care of it. Without due authorization, the publication, reproduction, distribution or the

Confidential                                                                                                                          KEPPEL00281797

performance of any other action not conforming to Petrobras System internal policies and procedures is forbidden and liable to disciplinary, civil or criminal sanctions."
>
___

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
___

Confidential                                                                                                    KEPPEL00281798

Message

| | |
|---|---|
| **From**: | Eagle [eagle@globo.com] |
| **Sent**: | 14/1/2011 11:42:58 AM |
| **To**: | Yew Yuen CHOW [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yewyuen.chow1] |
| **Subject**: | Fw: Fwd: Enc: Apresentação Petrobras/Finanças do dia 12/janeiro/2011 |
| **Attachments**: | ATT00001.htm; Sondas_Apresentacao para Operadores versao PDF.pdf; ATT00002.htm |

BlackBerry®Oi.

-----Original Message-----
From: Luiz Alencar K Moraes <kireeff@gmail.com>
Date: Fri, 14 Jan 2011 09:38:16
To: zwi@eaglebr.com.br<zwi@eaglebr.com.br>; eagle@globo.com<eagle@globo.com>
Subject: Fwd: Enc: Apresentação Petrobras/Financ
 as do dia 12/janeiro/2011

Espero que agora funcione.

Luiz A K Moraes

Início da mensagem encaminhada

> De: kireeff@petrobras.com.br
> Data: 14 de janeiro de 2011 09h15min57s BRST
> Para: kireeff@gmail.com
> Assunto: Enc: Apresentação Petrobras/Finanças do dia 12/janeiro/2011
>
> Luiz Alencar Kireeff de Moraes
> PETROBRAS/E&P-SERV/US-CONT/ECIC
> ----- Repassado por Luiz Alencar Kireeff de Moraes/BRA/Petrobras em 14/01/2011 09:15 -----
>
> Luiz Alencar Kireeff de Moraes/BRA/Petrobras
> E&P-SERV/US-CONT/ECIC
> 14/01/2011 08:45
> Corporativo
>
>
> Para
>
>
> cc
>
>
> Assunto
>
> Apresentação Petrobras/Finanças do dia 12/janeiro/2011
>
>
> Senhores(as),
>
> Segue copia da apresentação do dia 12/janeiro/2011.
>
> (See attached file: Sondas_Apresentacao para Operadores versao PDF.pdf)
>
> Luiz Alencar Kireeff de Moraes
> PETROBRAS/E&P-SERV/US-CONT/ECIC
>
> "O emitente desta mensagem é responsável por seu conteúdo e endereçamento. Cabe ao destinatário cuidar quanto ao tratamento adequado. Sem a devida autorização, a divulgação, a reprodução, a distribuição ou qualquer outra ação em desconformidade com as normas internas do Sistema Petrobras são proibidas e passíveis de sanção disciplinar, cível e criminal."
>
> "The sender of this message is responsible for its content and addressing. The receiver shall take proper care of it. Without due authorization, the publication, reproduction, distribution or the

Confidential                                                                                                                                                           KEPPEL00281797

performance of any other action not conforming to Petrobras System internal policies and procedures is forbidden and liable to disciplinary, civil or criminal sanctions."
>
> "El emisor de este mensaje es responsable por su contenido y direccionamiento. Cabe al destinatario darle el tratamiento adecuado. Sin la debida autorización, su divulgación, reproducción, distribución o cualquier otra acción no conforme a las normas internas del Sistema Petrobras están prohibidas y serán pasibles de sanción disciplinaria, civil y penal."

---
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
---

Confidential
KEPPEL00281798