# EXHIBIT 138

Message

| | |
|---|---|
| From: | CHIA Shan Ming [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SHAN.CHIA] |
| Sent: | 31/10/2011 3:24:15 PM |
| To: | TAN Leong Peng [KFE-ENGRG] [leongpeng.tan@keppelfels.com] |
| Subject: | RE: Sete Brasil : LOI |

WTH! Can send me the ppt file from Sete? Very interesting!

Corr. means correction?

---

**From:** TAN Leong Peng [KFE-ENGRG]
**Sent:** Monday, October 31, 2011 10:38 PM
**To:** CHIA Shan Ming [KFE-PJM]
**Subject:** FW: Sete Brasil : LOI

FYI. We cannot allow further reduction of our rig price as they had a huge project budget.

Best Regards

Tan Leong Peng
Deputy Engineering Manager
Keppel FELS LTD

DID: +65 68637808
Fax: +65 68631739
Email: leongpeng.tan@keppelfels.com

---

**From:** ANG Ting Yang [KOM-CDD]
**Sent:** Monday, October 31, 2011 7:43 PM
**To:** Tommy SAM; TAN Leong Peng [KFE-ENGRG]; Jerald LEE Quan Ti
**Cc:** Kenneth CHONG [KOM-LEGAL]; Kai Choong KWOK; 'KARINA.STOFF@kfelsbrasil.com.br'; Yew Yuen CHOW [KOM-USA]; LAI Ching Chuan [KCL-CDP]; Jeff CHOW [KOM-LEGAL]; LAI Ching Chuan [KCL-CDP]
**Subject:** RE: Sete Brasil : LOI

As 20% investor in the SPE8, we will have to contribute more than US$40m in equity.

In the financial model, the total capex assumed is US$1.017b (without construction financing).

```
Construction Costs
EPC                    740,983
Equipamentos Startup    35,000
Cota FGCN                3,612
CMA                     85,279
Insurance               13,201
USD Corr.               12,115
BRL Corr.              126,973
EUR Corr.                    -
Total                1,017,162
```

With construction financing, the total capex increases to US$1.175b.

Day rate assumed is US$322k/day (charter) + US$145k/day (service) + US$46k/day (Spare parts and insurance) = US$513 per day. Utilization is assumed at 95%, with a 20 year charter.

```
-----Original Message-----
From: Tommy SAM
Sent: Sunday, October 30, 2011 2:14 PM
To: ANG Ting Yang [KOM-CDD]; TAN Leong Peng [KFE-ENGRG]; Jerald LEE Quan Ti
Cc: Kenneth CHONG [KOM-LEGAL]; Kai Choong KWOK; 'KARINA.STOFF@kfelsbrasil.com.br'; Yew Yuen
CHOW [KOM-USA]; LAI Ching Chuan [KCL-CDP]; Jeff CHOW [KOM-LEGAL]
Subject: Fw: Sete Brasil : LOI
```

Received this from Sete Brasil today. Let's review and see what other info we need. Tks

Best regards,
Tommy Sam

```
----- Original Message -----
From: Vinicius Dias [mailto:vinicius.dias@setebr.com]
Sent: Sunday, October 30, 2011 06:55 AM
To: Tommy SAM
Subject: Sete Brasil : LOI
```

Dear Tom,

please find attached a short presentation about Sete Brasil and its main projects. We  are also attaching a financial model where you can find our key assumptions.
Please feel free if you have any doubt. Thank you in advance,

Vinicius Dias

Gerência de Finanças e RI
Tel: +55.21.2528.0080   Cel: +55.21.8493.8138
Rua Humaitá 275, grupo 1302    CEP: 22.261-005


```
-----Mensagem original-----
De: Tommy SAM [mailto:tommy.sam@keppelfels.com] Enviada em: sábado, 29 de outubro de 2011 19:47
Para: 'vinicius.dias@setebr.com'
Assunto: Re: RES: RES: RES: Sete Brasil : LOI
```

Dear Vinicius,

Nothing has been received yet. Tks

Best regards,
Tommy Sam

```
----- Original Message -----
From: Vinicius Dias [mailto:vinicius.dias@setebr.com]
Sent: Sunday, October 30, 2011 05:38 AM
To: Tommy SAM
Subject: Re: RES: RES: RES: Sete Brasil : LOI
```

Dear Tommy,

We have just closed the financial model and will circulate. Have you not received the .ppt presentation?

Vinícius Dias


Em 29/10/2011, às 19:08, Tommy SAM <tommy.sam@keppelfels.com> escreveu:

> Dear Vinicius,
>
> We have yet received any info since we last met.
>
> As we need the info for board approval, would appreciate receiving asap.
>
> Thanks
>
> Best regards,
> Tommy Sam
>
>
>
> ------Original Message------
> To: Vinicius Dias
> To: Kenneth CHONG [KOM-LEGAL]
> Cc: Fabio Cunha
> Cc: Jeff CHOW [KOM-LEGAL]
> Cc: Karina. Stoff
> Cc: Maria Clara Vargas
> Cc: Miriam.Signor@scbf.com.br
> Cc: LUCIANA PINA
> Cc: Fernanda.Ribeiro@scbf.com.br
> Cc: Isabela Faria
> Cc: Nora MARSUKI
> Cc: ANG Ting Yang [KOM-CDD]
> Cc: LAI Ching Chuan [KCL-CDP]
> Subject: Re: RES: RES: RES: Sete Brasil : LOI
> Sent: Oct 25, 2011 09:19
>
> Dear Vinicius,
>
> We will be there. Thanks.
>
> Best regards,
> Tommy Sam
>
> ------Original Message------
> From: Vinicius Dias
> To: Tommy SAM
> To: Kenneth CHONG [KOM-LEGAL]
> Cc: Fabio Cunha
> Cc: Jeff CHOW [KOM-LEGAL]
> Cc: Karina. Stoff
> Cc: Maria Clara Vargas
> Cc: Miriam.Signor@scbf.com.br
> Cc: LUCIANA PINA
> Cc: Fernanda.Ribeiro@scbf.com.br
> Cc: Isabela Faria
> Cc: Nora MARSUKI
> Cc: ANG Ting Yang [KOM-CDD]
> Cc: LAI Ching Chuan [KCL-CDP]

```
> Subject: RES: RES: RES: Sete Brasil : LOI
> Sent: Oct 25, 2011 08:51
>
> Dear Tommy,
> if it is possible to you we can talk at 3:30pm, just before your
> meeting. Please let me know if works, bst rgds, Vinícius
>
>
> De: Tommy SAM [mailto:tommy.sam@keppelfels.com] Enviada em:
> terça-feira, 25 de outubro de 2011 00:11 Para:
> 'vinicius.dias@setebr.com'; Kenneth CHONG [KOM-LEGAL] Cc:
> 'fabio.cunha@setebr.com'; Jeff CHOW [KOM-LEGAL];
> 'KARINA.STOFF@kfelsbrasil.com.br'; 'mclara.vargas@setebr.com';
> 'Miriam.Signor@scbf.com.br'; 'luciana.pina@kfelsbrasil.com.br';
> 'Fernanda.Ribeiro@scbf.com.br'; 'Isabela.faria@setebr.com'; Nora
> MARSUKI [KOM-LEGAL]; ANG Ting Yang [KOM-CDD]; LAI Ching Chuan
> [KCL-CDP] Assunto: Re: RES: RES: Sete Brasil : LOI
>
> Dear Vinicius, The info requested by Keppel is to submit the same to
> our Board to seek approval for the investment of 20% of equity in one
> Sete Brasil vehicle (SPC BV) that will own one unit of the drilling
> rigs to be built by Keppel and operated by QGOG. For this purpose, we
> requested Sete Brasil's Business plan that contains its forecast for
> revenue, costs, assumptions, profit, type of financing, its structure
> and terms, ROI, equity investment and etc which a company would
> normally have to seek its own board or investors approval for any
> investment. And to help to understand those assumptions used for the
> Business Plan, we assume that Sete Brasil would have her financial
> model with cashflow analysis to work out the operating costs and the
> Daily Charter rate submitted to Petrobras in its bid. We will be in
> Sete's office tomorrow at 4pm and perhaps we could have a chat if it
> is convenient to you. Thanks Best regards, Tommy Sam
> From: Vinicius Dias [mailto:vinicius.dias@setebr.com] Sent: Tuesday,
> October 25, 2011 06:04 AM To: Kenneth CHONG [KOM-LEGAL] Cc: Fabio
> Cunha <fabio.cunha@setebr.com>; Jeff CHOW [KOM-LEGAL]; KARINA STOFF
> <KARINA.STOFF@kfelsbrasil.com.br>; Maria Clara Vargas
> <mclara.vargas@setebr.com>; Miriam Signor <Miriam.Signor@scbf.com.br>;
> LUCIANA PINA <LUCIANA.PINA@kfelsbrasil.com.br>;
> Fernanda.Ribeiro@scbf.com.br <Fernanda.Ribeiro@scbf.com.br>; Isabela
> Faria <Isabela.faria@setebr.com>; Tommy SAM; Nora MARSUKI [KOM-LEGAL];
> ANG Ting Yang [KOM-CDD]; LAI Ching Chuan [KCL-CDP] Subject: RES: RES:
> Sete Brasil : LOI Dear Kenneth,
>
> regarding your e-mail below, could you please clarify the following
doubts:
>
> 1. The Business Plan; -  Are you making reference to Sete Brasil's
business plan or to a specific case study?
>
> 2. Financing for both Bridging Loan (during Construction) and Long
> Term
Project Financing; Our strategy will be following the same structure which we already have in
place. So we will raise a bridge loan facility with our relationship banks and the take out
will be based on BNDES (Brazilian Development Bank) and ECAs.
>
> 3. The financial model for the pricing and the operating costs of the
Operator; We do not have modeling operational costs since Sete Brasil is not an operator.
>
```

Confidential                                                                                                                            KEPPEL00388234

```
> Regarding numbers 4 and 5, I believe those documents have  already
> been
submitted to you.
>
> Please feel free to request any additional information. Thks, Vinícius
> Dias
>
>
>
> De: Kenneth CHONG [KOM-LEGAL] [mailto:Kenneth.CHONG@keppelom.com]
> Enviada em: segunda-feira, 24 de outubro de 2011 14:53 Para: Vinicius
> Dias Cc: Fabio Cunha; Jeff CHOW [KOM-LEGAL]; KARINA STOFF; Maria Clara
> Vargas; Miriam Signor; LUCIANA PINA; Fernanda.Ribeiro@scbf.com.br;
> Isabela Faria; Tommy SAM; Nora MARSUKI [KOM-LEGAL]; ANG Ting Yang
> [KOM-CDD]; LAI Ching Chuan [KCL-CDP] Assunto: RE: RES: Sete Brasil :
> LOI
>
> Dear Vinicius,
>
> We would be grateful if you could advise how soon you will be able to
revert with the documentation/information sought.
>
> Thanks and Best Regards,
> Kenneth
>
> From: Isabela Faria [mailto:isabela.faria@setebr.com] Sent: 20 October
> 2011 20:35 To: Kenneth CHONG [KOM-LEGAL] Cc: Fabio Cunha; Jeff CHOW
> [KOM-LEGAL]; KARINA STOFF; Maria Clara Vargas; Miriam Signor; LUCIANA
> PINA; Vinicius Dias; Fernanda.Ribeiro@scbf.com.br Subject: RES: RES:
> Sete Brasil : LOI
>
> Dear Kenneth:
>
> Many thanks for your email below.
>
> I am copying on this email our Finance Manager, Vinicius Dias, who can
assist you in relation to the finance questions that you may have.
>
> As per the documentation related with our Speculation Project, please
note the following:
> -         Term sheet CMA: is been prepared by our lawyers (SCBF) and
will be circulated no later than tomorrow morning prior to our meeting;
> -         Business Plan of the SPC: it will be prepared after we sign
the MOU and it will set forth the basis of the business of such SPC and the main financial
terms and conditions;
> -         Revised draft MOU: is been prepared by our lawyers (SCBF) and
it will be circulated no later than tomorrow morning prior to our
>
> _____
>
> CONFIDENTIALITY: This e-mail (including any attachments) is
> confidential
and may contain proprietary information. If you are not the intended recipient, be advised
that you have received this e-mail in error. Any use, disclosure, dissemination, printing or
copying of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately contact the sender by return e-mail and then irretrievably delete it from
your system.
>
```

Confidential                                                                                                    KEPPEL00388235

```
> _____
> This email has been scanned by the MessageLabs Email Security System.
> For more information please visit http://www.messagelabs.com/email
> _____
```

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain
proprietary information. If you are not the intended recipient, be advised that you have
received this e-mail in error. Any use, disclosure, dissemination, printing or copying of
this e-mail is strictly prohibited. If you have received this e-mail in error, please
immediately contact the sender by return e-mail and then irretrievably delete it from your
system.

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

_____
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain
proprietary information. If you are not the intended recipient, be advised that you have
received this e-mail in error. Any use, disclosure, dissemination, printing or copying of
this e-mail is strictly prohibited. If you have received this e-mail in error, please
immediately contact the sender by return e-mail and then irretrievably delete it from your
system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

Confidential   KEPPEL00388236