# EXHIBIT 141

**The following pages are excerpts of a PDF printout of a document found at**
**https://www.kepcorp.com/en/investors/annual-reports/**
**(under the "Past annual reports" heading)**

**The document is directly accessible at:**
**https://www.kepcorp.com/en/file/investors/annual-reports/2011/2011-kcl.pdf**

**Keppel Corporation**

# DEFINITIVELY KEPPEL





REPORT TO SHAREHOLDERS 2011

# KEPPEL GROUP BOARDS OF DIRECTORS

### Keppel Offshore & Marine

**CHOO CHIAU BENG**
CHAIRMAN
Chief Executive Officer,
Keppel Corporation Limited

**TONG CHONG HEONG**
Chief Executive Officer

**STEPHEN PAN YUE KUO**
Chairman, World-Wide Shipping Agency Limited

**PROF MINOO HOMI PATEL**
Professor of Mechanical Engineering and Director of Development, School of Engineering, Cranfield University, UK

**DR MALCOLM SHARPLES**
President, Offshore Risk & Technology Consulting Inc, USA

**TAN EK KIA**
Chairman, City Gas Pte Ltd

**PO'AD BIN SHAIK ABU BAKAR MATTAR**
Independent Director, Hong Leong Finance Limited and Tiger Airways Holdings Limited

**TEO SOON HOE**
Senior Executive Director,
Keppel Corporation Limited

**LIM CHIN LEONG**
Former Chairman of Asia,
Schlumberger

**LOH CHIN HUA**
Chief Financial Officer,
Keppel Corporation Limited; Chairman, Alpha Investment Partners Limited

**SIT PENG SANG**
Director, Keppel AmFELS, Inc

**CHOW YEW YUEN**
Chief Operating Officer

### Keppel Energy

**CHOO CHIAU BENG**
CHAIRMAN
Chief Executive Officer,
Keppel Corporation Limited

**DR ONG TIONG GUAN**
Managing Director

**TEO SOON HOE**
Senior Executive Director,
Keppel Corporation Limited

**KHOO CHIN HEAN**
Chief Executive Officer, OpenNet Pte Ltd

**KOH BAN HENG**
Senior Advisor, Singapore Petroleum Company Limited (member of PetroChina)

**FOO JANG SEE**
Senior Vice President, Refining, Crude Supply Trading Group, Singapore Petroleum Company Limited (member of PetroChina)

**NELSON YEO CHIEN SHENG**
Managing Director (Marine),
Keppel Offshore & Marine Ltd

**MICHAEL CHIA HOCK CHYE**
Director (Group Strategy & Development) Keppel Corporation Limited; Deputy Chairman, Keppel Integrated Engineering Limited; Managing Director (Offshore), Keppel Offshore & Marine Ltd

**TINA CHIN TIN CHIE**
General Manager, Group Risk Management, Keppel Corporation Limited

### Keppel Integrated Engineering

**TONG CHONG HEONG**
CHAIRMAN
Senior Executive Director,
Keppel Corporation Limited;
Chief Executive Officer,
Keppel Offshore & Marine Ltd

**MICHAEL CHIA HOCK CHYE**
Deputy Chairman;
Director (Group Strategy & Development) Keppel Corporation Limited; Managing Director (Offshore), Keppel Offshore & Marine Ltd

**BG (NS) TAY LIM HENG**
Chief Executive Officer

**LOH AH TUAN**
Director

**ONG HO SIM**
Director

**DR ONG TIONG GUAN**
Managing Director, Keppel Energy Pte Ltd

### Keppel Infrastructure Fund Management (as trustee-manager of K-Green Trust)

**KHOR POH HWA**
CHAIRMAN
Advisor, (Township and Infrastructure Development), Keppel Corporation Limited

**ALAN OW SOON SIAN**
Tax Consultant (Non-Legal Practitioner), KhattarWong LLP

**PAUL MA KAH WOH**
Independent Director

**QUEK SOO HOON**
Operating Partner, iGlobe Partners (II) Pte Ltd

**THIO SHEN YI**
Joint Managing Director, TSMP Law Corporation

**TEO SOON HOE**
Senior Executive Director,
Keppel Corporation Limited

**BG (NS) TAY LIM HENG**
Chief Executive Officer,
Keppel Integrated Engineering Limited