# EXHIBIT 142

**To:**        CHOW Yew Yuen [KOM-COO][YewYuen.CHOW@keppelom.com]; TONG Chong Heong [KOM-CEO][ChongHeong.tong@keppelom.com]
**Cc:**        Kai Choong KWOK[kaichoong.kwok@keppelfels.com]; zwi@eaglebr.com.br[zwi@eaglebr.com.br]; TONG Chong Heong [KOM-CEO][ChongHeong.tong@keppelom.com]; Jeff CHOW [KOM-LEGAL][jeff.chow@KEPPELOM.COM]; LAI Ching Chuan [KOM-CDD][chingchuan.lai@keppelom.com]; HOE Eng Hock [KSM-EM][enghock.hoe@keppelsingmarine.com]
**From:**      Tommy SAM[/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TOMMY.SAM]
**Sent:**      Thur 8/3/2012 8:27:54 PM (UTC)
**Subject:**   RE: Sete Brazil

Dear Sirs,

Today, we met up with Sete Brasil to discuss the LOI for the additional 5 DRU units which we will report separately.

In Sete's office, we bumped into Ferraz (Sete's CEO) who told Zwi that Sete is very confident of raising the funds it needs from financial institutions and funds. Keppel cannot be a shareholder of Sete directly under their "internal rules" because Keppel is a contractors but Keppel can invest through the funds or buy shares from the market after Sete's IPO.

He also told Zwi that Sete is ready to discuss with Keppel to be partners in the chartering business of offshore supply vessels built by KSM in the South including the PSV's that are under construction without charter contracts.

Fyi.

Regards,

Tommy

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

KEPPEL00570070