# EXHIBIT 143



STATE OF NEW YORK         )
                          )
                          )
                          )
COUNTY OF NEW YORK        )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range KEPPEL00274222 through KEPPEL00274224.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 30th day of September 2021,
by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

Message

| | |
|---|---|
| From: | VANESSA ALMEIDA [VANESSA.ALMEIDA@kfelsbrasil.com.br] |
| Sent: | 9/3/2012 12:12:53 PM |
| To: | Marcio Ferreira [marcioferreira@hotmail.com]; Betty MOK [KFE-HRD] [betty.mok@keppelfels.com]; ADRIANA FARAH [ADRIANA.FARAH@kfelsbrasil.com.br]; MONIQUE PEREIRA [MONIQUE.PEREIRA@kfelsbrasil.com.br]; SELMA HAYES [SELMA.HAYES@kfelsbrasil.com.br] |
| CC: | BARBARA BERGMAN [BARBARA.BERGMAN@kfelsbrasil.com.br] |

**Subject:** Re: Sete Brasil will raise capital to R$7 billion
**Attachments:** Sete Brasil 09.03.2012 inglês.doc [Sete Brasil, March 9, 2012 – English]

Dear all,

Translation attached.

Attached you will find the translation.

Regards,

Vanessa Santos Ribeiro de Almeida
Technical Translator
Keppel FELS Brasil S.A.
(24) 3361-6164

Phone: +55 24 3361 6164
E-mail: vanessa.almeida@kfelsbrasil.com.br

>>>MONIQUE PEREIRA March 9, 2012 08:43 A.M<<<
Dear all,
Please translate.

Thank you, Monique

>>> "Marcio Ferreira" <marcioferreira@hotmail.com> March 9, 2012 08:40 A.M. <<<

Worth translating!

Sete Brasil will more than triple its capital, from R$1.9 billion to R$7 billion; this amount was already approved at the shareholders' meeting. The process could result in the entry of new quotaholders in order to reach an order portfolio of US$75 billion in service and charter contracts for twenty-eight offshore drilling rigs for oil wells with Petrobras. Energy Investment Group (EIG), an American institutional investor in the energy sector, and Lucce Drilling, a company that was formed by investor Aldo Floris, could become shareholders of the company. Sete's capital is in the hands of Petros and Funcef (19.2% each), Bradesco, BTG Pactual and Santander (13.7% each), Previ (10%), and Valia (5.5%).

Marcio Ferreira
Consultant in Communications Strategies
Tel: + 55 21 9289-2466
Fax: +55 21 2588.1658
marcioferreira@hotmail.com
www.marcioferreira.wordpress.com
Twitter: @marcioferreira

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

Confidential                                                                                                  KEPPEL00274222

Confidential

KEPPEL00274223

Sete Brasil will increase its capital in more than three times, from 1,9 billion to R$ 7 billions; the value has already been approved in a shareholders' assembly. The process may result in the entrance of new partners to deal with the accomplishment of a portfolio of US$ 75 billions in charter contracts and services of 28 drilling rigs with Petrobras. The Energy Investment Group (EIG), American institutional investor of the energy area, and Lucce Drilling, company created by the investor Aldo Floris, may become shareholders of the company. Sete Brasil's capital is in the hands of Petros and Funcef (19,2% each), Bradesco, BTG Pactual and Santander (13,7 each), Previ (10%) and Valia (5,5%).

Confidential

| | |
|---|---|
| **Message** | |
| **From**: | VANESSA ALMEIDA [VANESSA.ALMEIDA@kfelsbrasil.com.br] |
| **Sent**: | 9/3/2012 12:12:53 PM |
| **To**: | Marcio Ferreira [marcioferreira@hotmail.com]; Betty MOK [KFE-HRD] [betty.mok@keppelfels.com]; ADRIANA FARAH [ADRIANA.FARAH@kfelsbrasil.com.br]; MONIQUE PEREIRA [MONIQUE.PEREIRA@kfelsbrasil.com.br]; SELMA HAYES [SELMA.HAYES@kfelsbrasil.com.br] |
| **CC**: | BARBARA BERGMAN [BARBARA.BERGMAN@kfelsbrasil.com.br] |
| **Subject**: | Re: Sete Brasil vai elevar capital para R$ 7 bi |
| **Attachments**: | Sete Brasil 09.03.2012 inglês.doc |

Prezados,

Segue a tradução.

Attached you will find the translation.

Regards,

Vanessa Santos Ribeiro de Almeida
Technical Translator
Keppel FELS Brasil S.A.
(24) 3361-6164

Phone: +55 24 3361 6164
E-mail: vanessa.almeida@kfelsbrasil.com.br


>>> MONIQUE PEREIRA 9/3/2012 08:43 >>>
Prezadas,
por favor traduzir.

Grata, Monique

>>> "Marcio Ferreira" <marcioferreira@hotmail.com> 9/3/2012 08:40 >>>

Vale a tradução!

A Sete Brasil vai aumentar seu capital em mais de três vezes, de R$ 1,9 bilhão para R$ 7 bilhões, valor já aprovado em assembleia de acionistas. O processo poderá resultar na entrada de novos sócios para fazer frente ao atendimento de uma carteira de pedidos de US$ 75 bilhões em contratos de afretamento e serviços de 28 sondas marítimas de perfuração de poços de petróleo com a Petrobras. O Energy Investment Group (EIG), investidor institucional americano da área de energia, e a Lucce Drilling, empresa criada pelo investidor Aldo Floris, podem se tornar acionistas da empresa. O capital da Sete está nas mãos de Petros e Funcef (19,2% cada), Bradesco, BTG Pactual e Santander (13,7% cada), Previ (10%) e Valia (5,5%).

Marcio Ferreira
Consultor em Estratégias de Comunicação
Tel: + 55 21 9289-2466
Fax: +55 21 2588.1658
marcioferreira@hotmail.com
www.marcioferreira.wordpress.com
Twitter: @marcioferreira
_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____



_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____


_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

Confidential  KEPPEL00274222

---

Confidential                                                                                                              KEPPEL00274223

Sete Brasil will increase its capital in more than three times, from 1,9 billion to R$ 7 billions; the value has already been approved in a shareholders' assembly. The process may result in the entrance of new partners to deal with the accomplishment of a portfolio of US$ 75 billions in charter contracts and services of 28 drilling rigs with Petrobras. The Energy Investment Group (EIG), American institutional investor of the energy area, and Lucce Drilling, company created by the investor Aldo Floris, may become shareholders of the company. Sete Brasil's capital is in the hands of Petros and Funcef (19,2% each), Bradesco, BTG Pactual and Santander (13,7 each), Previ (10%) and Valia (5,5%).