# EXHIBIT 144



FERNVALE PTE LTD

50 GUL ROAD SINGAPORE 629351

| Account Number | Currency | Please notify us of any changes in your address | |
|---|---|---|---|
| | USD | FERNVALE PTE LTD | ACCOUNT |
| August 01, 2012 | Opening Balance | | 50,000.00 CR |

| Date | Description | Debit | Credit |
|---|---|---|---|
| August 28, 2012 | FT INCOMING - SWIFT  REF 3652241601<br>B/O BRACUHY DRILLING B.V.P/A DEUTSCHE I<br>/RFB/5100000001INVOICE 12100019<br>C528945OCP082712 | | 16,468,960.00 |
| August 28, 2012 | FT INCOMING - SWIFT  REF 3952241036<br>B/O FRADE DRILLING B.V.DE ENTREE 99-197<br>/RFB/5100000001INVOICE 12100019<br>C528889OCP082712 | | 16,468,960.00 |
| August 28, 2012 | ******** BALANCE **** | | 32,987,920.00   CR |
| August 30, 2012 | FT OUTGOING - SWIFT  REF 3582243004<br>BENEFICIARY : DEEP SEA OIL CORP.<br>CHARGE : USD 7.97 (DEBIT A/C 856046001)<br>24020HY9NFY | 1,152,668.97 | |
| August 30, 2012 | FT INCOMING - SWIFT  REF 3652243461<br>B/O MANGARATIBA DRILLING B.V.DE ENTREE<br>INVOICE 12100019<br>C699368OCP082912 | | 16,468,914.00 |
| August 30, 2012 | FT INCOMING - SWIFT  REF 3652243462<br>B/O PORTOGALO DRILLING B.V.DE ENTREE 99<br>INVOICE 121000019<br>C699483OCP082912 | | 16,468,914.00 |
| August 30, 2012 | FT INCOMING - SWIFT  REF 3652243557<br>B/O BRACUHY DRILLING B.V.P/A DEUTSCHE I<br>/RFB/5100000002INVOICE 12100019<br>C714773OCP082912 | | 291,660.01 |
| August 30, 2012 | FT INCOMING - SWIFT  REF 3652243558<br>B/O MANGARATIBA DRILLING B.V.DE ENTREE<br>/RFB/5100000002INVOICE 12100019<br>C714770OCP082912 | | 291,660.01 |
| August 30, 2012 | FT INCOMING - SWIFT  REF 3652243559<br>B/O FRADE DRILLING B.V.DE ENTREE 99-197<br>/RFB/5100000002INVOICE 12100019<br>C714776OCP082912 | | 291,660.01 |
| | ******** BALANCE C/F | | 65,648,059.06   CR |

(Organised under the laws of U.S.A with Limited Liability)

| Closing Date | Statement No | Page No | No. of Debits | No. of Credits |
|---|---|---|---|---|
| August 31, 2012 | E5 | 1 | 1 | 7 |

Confidential

KEPPEL_00000266



FERNVALE PTE LTD

50 GUL ROAD SINGAPORE 629351

| Account Number | Currency | Please notify us of any changes in your address | | |
|---|---|---|---|---|
| ▉▉▉▉▉▉ | USD | FERNVALE PTE LTD | ACCOUNT | |
| August 01, 2012 | Opening Balance | | 50,000.00 CR | |

| Date | Description | Debit | Credit | |
|---|---|---|---|---|
| | ******** BALANCE B/F | | 65,648,059.06 | CR |
| August 30, 2012 | FT INCOMING - SWIFT  REF 3652243560 | | 291,660.01 | |
| | B/O PORTOGALO DRILLING B.V.DE ENTREE 99 | | | |
| | /RFB/5100000002INVOICE 12100019 | | | |
| | C714771OCP082912 | | | |

| | | | | |
|---|---|---|---|---|
| August 31, 2012 | ******** BALANCE**** | | 65,939,719.07 | CR |

(Organised under the laws of U.S.A with Limited Liability)

| Closing Date | Statement No | Page No | No. of Debits | No. of Credits |
|---|---|---|---|---|
| August 31, 2012 | E5 | 2 | 1 | 8 |

Confidential