# EXHIBIT 146

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
EIG ENERGY FUND XIV, L.P.,
EIG ENERGY FUND XIV-A, L.P.,
et al.
      Plaintiffs,
      vs.
KEPPEL OFFSHORE & MARINE LTD.,
      Defendant.

18 Civ. 1047 (PGG)

-------------------------------x

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF JEFFREY CHOW
Thursday, June 24, 2021
Conducted Remotely

REPORTED BY:
Christina Diaz, CRC, CRR, RMR, CSR, CLR
Job Number: 4626891

```
                                      Page 152
 1            J. Chow - Confidential
 2            THE VIDEOGRAPHER:  We are now
 3      going back on the time is 2:44.
 4   BY MR. GOLDMAN:
 5      Q.    All right.  Mr. Chow, I would
 6   like you to look again at the agency
 7   agreement between Fernvale and Eagle and
 8   it's effective as of November 30, 2011
 9   which appears to be a backdate.
10            Why that date, November 30, 2011?
11      A.    I believe because it was before
12   the contract was actually signed between
13   Fernvale and the Sete entities so that
14   there was an agreement about the
15   commissions to be paid.  It just wasn't put
16   pencil to paper and that's why, although we
17   executed it on a certain date, it was
18   effective at the date that there was a
19   commercial agreement.
20      Q.    All right.  Still on the same
21   exhibit, let's look at KEPPEL 45267.
22      A.    Yes.
23      Q.    All right.  This is entitled
24   Marketing Consulting and Services Agreement
25   dated as of December 1, 2011 by and between
```