UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────x

EIG ENERGY FUND XIV, L.P.,  :
EIG ENERGY FUND XIV-A, L.P.,  :
EIG ENERGY FUND XIV-B, L.P.,  :
EIG ENERGY FUND XIV (CAYMAN), L.P.,  :
EIG ENERGY FUND XV, L.P.,  :
EIG ENERGY FUND XV-A, L.P.,  :
EIG ENERGY FUND XV-B, L.P., and  :  Case No. 18-cv-01047-PGG
EIG ENERGY FUND XV (CAYMAN), L.P.,  :
: 
               Plaintiffs,  :  **NOTICE**
:
    - against -  :
:
KEPPEL OFFSHORE & MARINE LTD.,  :
:
               Defendant.  :
:

───────────────────────────────x

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order, dated September 8, 2023 (Dkt. No. 150), Plaintiffs EIG Energy Fund XIV, L.P., EIG Energy Fund XIV-A, L.P., EIG Energy Fund XIV-B, L.P., EIG Energy Fund XIV (Cayman), L.P., EIG Energy Fund XV, L.P., EIG Energy Fund XV-A, L.P., EIG Energy Fund XV-B, L.P., and EIG Energy Fund XV (Cayman), L.P. hereby submit new, public versions of (i) the Appendix to Plaintiffs' Reply to Defendant's Local Rule 56.1 Counterstatement and (ii) Plaintiffs' Exhibits 147 to 159 (replacing Dkt. Nos. 119-1 to 119-13).

Dated: New York, New York
       September 12, 2023

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Daniel B. Goldman
    Daniel B. Goldman
    Kerri Ann Law
    Claudia Pak
    1177 Avenue of the Americas
    New York, New York 10036
    (212) 715-9100
    dgoldman@kramerlevin.com
    *Attorneys for Plaintiffs*