# EXHIBIT 147

**Keppel Offshore & Marine**

Report to Stakeholders 2009

# Fortifying
# Fundamentals
# Sustaining
# Growth



# Key Personnel

**Overseas Operational Centres**

**Arab Heavy Industries PJSC**
**Leong Yew Kong**
Managing Director

**Chan Lim Hong**
General Manager

**Shui Yee Siang**
Finance & Administration Manager

**Bintan Offshore**
**Herman Effendy**
General Manager

**Keppel Philippines Marine, Inc**
**Toh Ko Lin**
President

**Agnes Barbara L. Lorenzo**
Vice President
(Administration & Finance)

**Keppel Batangas Shipyard**
**Poh Leong Kok**
Senior Vice President

**Goh Chee Hian, Kelvin**
Vice President

**Subic Shipyard & Engineering, Inc.**
**Mok Kim Whang**
President

**Froilan dela Cruz**
Vice President
(Commercial & Marketing)

**Keppel Offshore & Marine USA Inc**
**Chow Yew Yuen**
President, The Americas

**Cheung Tak On**
Vice President, Technology

**Simon Lee**
Vice President, Projects

**Yeong Wai Seng**
Vice President (Special Projects) &
General Manager (Floating Production
Systems)

**Keppel AmFELS Inc**
**Tan Geok Seng**
President & Chief Executive Officer

**Jim Lim**
Chief Financial Officer

**Eric Phua**
Vice President, Commercial

**Juan Cruz**
Vice President, Production

**Gilbert Elizondo**
Vice President, Human Resources

**Keppel FELS Brasil SA**
**Kwok Kai Choong**
President & Chief Executive Officer

**Tommy Sam**
Vice President & Chief Financial Officer

**Alceu Mariano**
Institutional Relations Director

**Gilberto Israel**
Commercial Director

**BrasFELS SA**
**Kwok Kai Choong**
President

**Edmundo Santos**
Operations Director

**Keppel Verolme BV**
**Harold Linssen**
Managing Director

**Jerald Lee**
Chief Financial Officer

**Keppel Kazakhstan LLP**
**Yick Ping Wong**
Executive Director,
Keppel O&M (Caspian)

**Anil Kumar Sultan**
Executive Vice President

**Lim Ah Beng**
Assistant General Director

**Matthew Kok**
Chief Financial Officer

**Venera Nurmukhametova**
Head of Administrative Department

**Caspian Shipyard Company Ltd**
**Yan Naing Myint**
President

**Gurbanov Elshan**
Chief Financial Officer

**Lau Kuat Pin**
Vice President, Technical

**Edward Low**
Commercial Manager

**Keppel Norway AS**
**Steinar Haugen**
President

**Gunnar Larsen**
Chief Financial Officer

**Keppel Nantong Shipyard
Company Limited**
**Lee Tai Kwee**
President

**Wong Phuay Cheng**
Vice President (Operations)

**Wong Wei Kei**
Vice President
(Finance & Administration)

**Nakilat-Keppel Offshore
& Marine Ltd**
**Yong Chee Min**
Chief Executive Officer

**Albert Kee**
General Manager (Operations)

**Kok Boon Heng**
General Manager (Projects)

**Regency Steel Japan**
**Chong Woei Siong**
President

**Hatano Shigeyuki**
Chief Operating Officer

**Ang Chee Peng**
Chief Financial Officer

REPORT TO STAKEHOLDERS 2010

**Keppel Offshore & Marine**

Building Strengths

# Defining Distinction

Perfecting Execution    ◆    Advancing Innovation    ◆    Empowering People

# Key Personnel

## OVERSEAS OPERATIONAL CENTRES

**Arab Heavy Industries PJSC**
**Jimmy Loh**
Managing Director

**Chan Lim Hong**
General Manager

**Shui Yee Siang**
Finance & Administration Manager

**Bintan Offshore**
**Herman Effendy**
General Manager

**Keppel Philippines Marine, Inc**
**Toh Ko Lin**
President

**Agnes Barbara L. Lorenzo**
Vice President
(Administration & Finance)

**Keppel Batangas Shipyard**
**Poh Leong Kok**
Senior Vice President

**Goh Chee Hian, Kelvin**
Senior Vice President

**Keppel Subic Shipyard, Inc**
**Mok Kim Whang**
President

**Froilan dela Cruz**
Vice President
(Commercial & Marketing)

**Keppel Offshore & Marine USA Inc**
**Chow Yew Yuen**
President, The Americas

**Cheung Tak On**
Vice President (Technology)

**Simon Lee**
Vice President (Projects)

**Yeong Wai Seng**
Vice President (Special Projects) &
General Manager (Floating Production Systems)

**Keppel AmFELS Inc**
**Tan Geok Seng**
President & Chief Executive Officer

**Albert Garcia**
Financial Controller

**Eric Phua**
Vice President, Commercial

**Juan Cruz**
Vice President (Production
and Engineering)

**Gilbert Elizondo**
Vice President (Human Resources)

**Keppel FELS Brasil Group**
**Kwok Kai Choong**
President & Chief Executive Officer

**Tommy Sam**
Vice President

**Gilberto Israel**
Commercial Director

**Jerald Lee**
Chief Financial Officer

**Alceu Mariano**
Institutional Relations Director

**Edmundo Santos**
Operations Director

**Keppel Verolme BV**
**Harold Linssen**
Managing Director

**Wong Wei Kei**
Chief Financial Officer

**Keppel Kazakhstan LLP**
**Yick Ping Wong**
General Director

**Anil Kumar Sultan**
Executive Vice President

**Lim Ah Beng**
Assistant General Director

**Chow Wai Hoong**
Chief Financial Officer

**Venera Nurmukhametova**
Head of Administrative Department

**Caspian Shipyard Company Ltd**
**Yan Naing Myint**
President

**Lau Kuat Pin**
Vice President

**Elshan Gurbanov**
Chief Financial Officer

**Edward Low**
Commercial Manager

**Keppel Norway AS**
**Roy Sletten**
Acting CEO

**Gunnar Larsen**
Chief Financial Officer

**Keppel Nantong Shipyard
Company Limited**
**Lee Tai Kwee**
President

**Wong Phuay Cheng**
Vice President (Operations)

**Li Gang**
Vice President (Commercial)

**Ben Ang**
Vice President (Finance)

**Nakilat-Keppel Offshore
& Marine Ltd**
**Abu Bakar Mohd Nor**
Chief Executive Officer

**Albert Kee**
General Manager (Operations)

**Regency Steel Japan**
**Wong Chun Yu**
President

**Hatano Shigeyuki**
Chief Operating Officer

**Keppel Singmarine Brasil**
**Hoe Eng Hock**
Executive Director

**Tan Chong Kee**
General Manager

Keppel **Offshore & Marine**

# DEFINITIVELY KEPPEL





REPORT TO STAKEHOLDERS 2011

# KEY PERSONNEL

**Overseas Operational Centres**

**ARAB HEAVY INDUSTRIES PJSC**
**JIMMY LOH**
Managing Director

**CHAN LIM HONG**
General Manager

**PT BINTAN OFFSHORE**
**KOK BOON HENG**
General Manager

**KEPPEL PHILIPPINES MARINE, INC**
**MOK KIM WHANG**
President

**STEFAN TONG**
Executive Vice President

**AGNES BARBARA L. LORENZO**
Vice President
(Administration & Finance)

**KEPPEL BATANGAS SHIPYARD, INC**
**POH LEONG KOK**
Senior Vice President

**KEPPEL SUBIC SHIPYARD, INC**
**MOK KIM WHANG**
President & General Manager

**LEONG KOK WENG**
Senior Vice President

**FROILAN DELA CRUZ**
Vice President
(Commercial & Marketing)

**KEPPEL OFFSHORE & MARINE USA, INC**
**TOMMY SAM**
Vice President

**CHEUNG TAK ON**
Vice President (Technology)

**SIMON LEE**
Vice President (Projects)

**KEPPEL AMFELS, LLC**
**TAN GEOK SENG**
President & Chief Executive Officer

**GILBERT ELIZONDO**
Vice President (Human Resources)

**ALBERT GARCIA**
Financial Controller

**ERIC PHUA**
Vice President (Commercial)

**JUAN CRUZ**
Vice President (Operations
and Engineering)

**KEPPEL FELS BRASIL GROUP**
**KWOK KAI CHOONG**
President & Chief Executive Officer

**TOMMY SAM**
Vice President

**GILBERTO ISRAEL**
Commercial Director

**JERALD LEE**
Chief Financial Officer

**ALCEU MARIANO**
Institutional Director

**EDMUNDO SANTOS**
Operations Director

**LOW TIAU TONG**
Assistant Operations Director

**KEPPEL VEROLME BV**
**HAROLD LINSSEN**
Managing Director

**WONG WEI KEI**
Chief Financial Officer

**KEPPEL KAZAKHSTAN LLP**
**YICK PING WONG**
Executive Director

**ANIL KUMAR SULTAN**
Executive Vice President

**LIM AH BENG**
Assistant General Director

**CHOW WAI HOONG**
Chief Financial Officer

**CASPIAN SHIPYARD COMPANY LTD**
**CHANDRU SIRUMAL RAJWANI**
President

**LAU KUAT PIN**
Vice President

**ELSHAN GURBANOV**
Chief Financial Officer

**KEPPEL NORWAY AS**
**ROY SLETTEN**
Acting CEO

**DANNY ANG**
Chief Financial Officer

**KEPPEL NANTONG SHIPYARD
CO. LTD**
**LEE TAI KWEE**
President

**EDMUND LEK**
Deputy President

**WONG PHUAY CHENG**
Vice President (Operations)

**LI GANG**
Vice President (Commercial)

**BEN ANG**
Vice President (Finance)

**NAKILAT-KEPPEL OFFSHORE
& MARINE LTD**
**ABU BAKAR MOHD NOR**
Chief Executive Officer

**ALBERT KEE**
General Manager (Operations)

**REGENCY STEEL JAPAN LTD**
**WONG CHUN YU**
President

**SHIGEYUKI HATANO**
Chief Operating Officer

**KEPPEL SINGMARINE BRASIL LTDA**
**HOE ENG HOCK**
Executive Director

**TAN CHONG KEE**
General Manager

**BAKU SHIPYARD LLC**
**DAVID LOH**
General Manager

# Keppel Offshore & Marine

# SHAPING THE FUTURE

Report to Stakeholders 2012



## KEY PERSONNEL

**OVERSEAS OPERATIONAL CENTRES**

**ARAB HEAVY INDUSTRIES PJSC**
JIMMY LOH
Managing Director

CHAN LIM HONG
General Manager

**PT BINTAN OFFSHORE**
NAM YAU CHAI
General Manager

**KEPPEL PHILLIPINES MARINE, INC**
TOH KO LIN
President

STEFAN TONG
Executive Vice President

AGNES BARBARA L. LORENZO
Senior Vice President
(Finance & Administration)

**KEPPEL BATANGAS SHIPYARD, INC**
POH LEONG KOK
President

**KEPPEL SUBIC SHIPYARD, INC**
LEONG KOK WENG
President

FROILAN DELA CRUZ
Vice President
(Commercial & Marketing)

**KEPPEL OFFSHORE & MARINE USA, INC**
TAN GEOK SENG
President

TOMMY SAM
Vice President

CHEUNG TAK ON
Vice President (Technology)

**KEPPEL AMFELS, LLC**
TAN GEOK SENG
President & Chief Executive Officer

ERIC PHUA
Vice President (Commercial)

GILBERTO ELIZONDO
Vice President (Human Resources)

ALBERT GARCIA
Financial Controller

JUAN CRUZ
Vice President (Operations)

**KEPPEL FELS BRASIL S.A.**
KWOK KAI CHOONG
President & Chief Executive Officer

TOMMY SAM
Vice President

SIMON LEE
Vice President (Operations)

GILBERTO ISRAEL
Commercial Director

JERALD LEE
Chief Financial Officer

ALCEU MARIANO
Institutional Relations Director

LUIZ CAETANO
Operations Director

KARINA STOFF
Legal and HR Director

LOW TIAU TONG
Director (Special Projects)

LEWIS LIANG KUN
General Manager (Projects)

**KEPPEL VEROLME BV**
HAROLD LINSSEN
Managing Director

WONG WEI KEI
Chief Financial Officer

**KEPPEL KAZAKHSTAN LLP**
YICK PING WONG
General Director

ANIL KUMAR SULTAN
Executive Vice President

KOK BOON HENG
Assistant General Director

CHOW WAI HOONG
Chief Financial Officer

**CASPIAN SHIPYARD COMPANY LTD**
CHANDRU SIRUMAL RAJWANI
President

LAU KUAT PIN
Vice President

ELSHAN GURBANOV
Chief Financial Officer

**KEPPEL NANTONG SHIPYARD CO. LTD**
EDMUND LEK
President

WONG PHUAY CHENG
Vice President (Operations)

LI GANG
Vice President (Commercial)

BEN ANG
Vice President (Finance)

**NAKILAT-KEPPEL OFFSHORE & MARINE LTD**
ABU BAKAR MOHD NOR
Chief Executive Officer

ALBERT KEE
General Manager (Operations)

**REGENCY STEEL JAPAN LTD**
WONG CHUN YU
President

SHIGEYUKI HATANO
Chief Operating Officer

**KEPPEL SINGMARINE BRASIL LTDA**
HOE ENG HOCK
Executive Director

TAN CHONG KEE
General Manager

**BAKU SHIPYARD LLC**
DAVID LOH
General Manager



# CONFIGURED FOR GROWTH

Report to Stakeholders 2013



# Key Personnel

## OVERSEAS OPERATIONAL CENTRES

**ArabHeavy Industries PJSC**
JIMMY LOH
MANAGING DIRECTOR

CHAN LIM HONG
GENERAL MANAGER

ADRIAN KWAN
ADMINISTRATOR AND
FINANCIAL CONTROLLER

**PT Bintan Offshore**
THOMSON HALIM
ASSISTANT GENERAL MANAGER

**Keppel Phillipines Marine, Inc**
TOH KO LIN
PRESIDENT

STEFAN TONG
EXECUTIVE VICE PRESIDENT

AGNES BARBARA L. LORENZO
SENIOR VICE PRESIDENT
(FINANCE & ADMINISTRATION)

**Keppel Batangas Shipyard**
LEONG SIEW LOON
PRESIDENT

**Keppel Subic Shipyard, Inc**
LEONG KOK WENG
PRESIDENT

FROILAN DELA CRUZ
VICE PRESIDENT
(COMMERCIAL & MARKETING)

**Keppel Offshore & Marine USA, Inc**
TOMMY SAM
VICE PRESIDENT

CHEUNG TAK ON
VICE PRESIDENT
(TECHNOLOGY)

**Keppel AmFELS, LLC**
SIMON LEE
PRESIDENT

ERIC PHUA
VICE PRESIDENT
(COMMERCIAL)

TOMMY SAM
CHIEF FINANCIAL OFFICER

TOM MCCOY
VICE PRESIDENT
(PRODUCTION)

**Keppel FELS Brasil S.A.**
KWOK KAI CHOONG
PRESIDENT & CHIEF EXECUTIVE OFFICER

TOMMY SAM
VICE PRESIDENT

GILBERTO ISRAEL
COMMERCIAL DIRECTOR

LOW HAN KIAT
CHIEF FINANCIAL OFFICER

ALCEU MARIANO
INSTITUTIONAL RELATIONS
DIRECTOR

LUIZ CAETANO
OPERATIONS DIRECTOR

KARINA STOFF
LEGAL AND HR DIRECTOR

LOW TIAU TONG
DIRECTOR
(SPECIAL PROJECTS)

LEWIS LIANG KUN
GENERAL MANAGER
(PROJECTS)

**Keppel Verolme BV**
HAROLD LINSSEN
MANAGING DIRECTOR

WONG WEI KEI
CHIEF FINANCIAL OFFICER

**Caspian Shipyard Company Ltd**
CHANDRU SIRUMAL RAJWANI
PRESIDENT

LAU KUAT PIN
EXECUTIVE VICE PRESIDENT

ELSHAN GURBANOV
CHIEF FINANCIAL OFFICER

**Keppel Nantong Shipyard Co. Ltd**
**Keppel Nantong Heavy Industry Co. Ltd**
EDMUND LEK
PRESIDENT

WONG PHUAY CHENG
VICE PRESIDENT
(OPERATIONS)

LI GANG
VICE PRESIDENT
(COMMERCIAL)

DANNY ANG
VICE PRESIDENT
(FINANCE)

**Nakilat-Keppel Offshore & Marine Ltd**
ABU BAKAR MOHD NOR
CHIEF EXECUTIVE OFFICER

ALBERT KEE
GENERAL MANAGER
(OPERATIONS)

**Regency Steel Japan Ltd**
WONG CHUN YU
PRESIDENT

SHIGEYUKI HATANO
CHIEF OPERATING OFFICER

**Keppel Singmarine Brasil Ltda**
HOE ENG HOCK
EXECUTIVE DIRECTOR

LEE YOONG HOONG
GENERAL MANAGER

**Baku Shipyard LLC**
LAM KHEE CHONG
PRESIDENT/GENERAL MANAGER



AGILITY
Leveraging Innovation

Report to
Stakeholders
2014

Keppel Offshore & Marine

# Key Personnel

**OVERSEAS OPERATIONAL CENTRES**

**Arab Heavy Industries PJSC**
Leong Siew Loon
MANAGING DIRECTOR

**PT Bintan Offshore**
Thomson Halim
GENERAL MANAGER

**Keppel Philippines Marine, Inc**
Toh Ko Lin
PRESIDENT

Stefan Tong Wai Mun
EXECUTIVE VICE PRESIDENT

**Keppel Batangas Shipyard**
Tan Geok Seng
GENERAL MANAGER

Ramon M. Cornelia
VICE PRESIDENT
Operations

**Keppel Subic Shipyard, Inc**
Leong Kok Weng
PRESIDENT

Leong Chee Wah, Spencer
GENERAL MANAGER

**Keppel Offshore & Marine USA, Inc**
Tommy Sam
CHIEF FINANCIAL OFFICER
Americas

Cheung Tak On
VICE PRESIDENT
Technology

**Keppel AmFELS, LLC**
Simon Lee
PRESIDENT

Eric Phua
VICE PRESIDENT
Commercial

Tom McCoy
VICE PRESIDENT
Production

Dennis Tan
VICE PRESIDENT
Finance

**Keppel FELS Brasil S.A.**
Kwok Kai Choong
PRESIDENT AND
CHIEF EXECUTIVE OFFICER

Tommy Sam
VICE PRESIDENT

Marlin Khiew
VICE PRESIDENT
Operations

Gilberto Israel
COMMERCIAL DIRECTOR

Low Han Kiat
CHIEF FINANCIAL OFFICER

Alceu Mariano
INSTITUTIONAL RELATIONS DIRECTOR

Luiz Caetano
OPERATIONS DIRECTOR

Karina Stoff
LEGAL AND HR DIRECTOR

Low Tiau Tong
DIRECTOR
Special Projects

**Keppel Verolme BV**
Harold Linssen
MANAGING DIRECTOR

Wong Wei Kei
CHIEF FINANCIAL OFFICER

**Caspian Shipyard Company Ltd**
Lau Kuat Pin
CHIEF EXECUTIVE OFFICER

Elshan Gurbanov
CHIEF FINANCIAL OFFICER

**Keppel Nantong Shipyard Co. Ltd**
**Keppel Nantong Heavy Industry Co. Ltd**
Edmund Lek
PRESIDENT

Wong Phuay Cheng
VICE PRESIDENT
Operations

Li Gang
VICE PRESIDENT
Commercial

Lim Kok Hwee
VICE PRESIDENT
Finance

**Nakilat-Keppel Offshore & Marine Ltd**
Chandru Sirumal Rajwani
CHIEF EXECUTIVE OFFICER

Albert Kee
GENERAL MANAGER
Operations

**Regency Steel Japan Ltd**
Wong Chun Yu
PRESIDENT

Shigeyuki Hatano
CHIEF OPERATING OFFICER

**Keppel Singmarine Brasil Ltda**
Loh Kee Huat
GENERAL MANAGER

**Baku Shipyard LLC**
Lam Khee Chong
PRESIDENT/GENERAL MANAGER

**Keppel Offshore & Marine**

Value Talent Readiness Enterprise Execution
Discipline Innovation Integrity
Safety
Execution **Leadership**
Readiness
People-Centredness Safety Agility
Accountability Innovation **Enterprise**
Execution Safety Can Do Integrity Innovation
Enterprise **Fortitude** Talent
Collective Strength Agility
Accountability
**People-Centredness** Execution
Value Talent Integrity Can Do Discipline
**Agility** Value Innovation
Collective Strength
Focus Safety Talent Can Do Execution Enterprise
Accountability Readiness Collective Strength
Safety People-Centredness **Focus**
Talent
Readiness Execution **Delivery**
Customer Focus
Agility Talent Innovation Accountability
**Technology** Innovation Focus
Focus Safety
Accountability Enterprise People-Centredness
Execution Collective Discipline
Strength
Customer Focus Can Do Talent Readiness
Collective Strength **Synergy**
Innovation
Value Agility Innovation Customer Focus
Readiness Discipline Accountability
People-Centredness Collective Strength

# Harnessing Strengths

Report to Stakeholders 2015

# Key Personnel

## Overseas Operational Centres

### Arab Heavy Industries PR.J.S.C
**Leong Siew Loon**
Managing Director

### PT Bintan Offshore
**Thomson Halim**
General Manager

### Keppel Philippines Marine, Inc
**Chor How Jat**
Chairman

**Leong Kok Weng**
President

**Stefan Tong Wai Mun**
Executive Vice President

### Keppel Batangas Shipyard, Inc
**Tan Geok Seng**
General Manager

### Keppel Subic Shipyard, Inc
**Leong Kok Weng**
President

**Spencer Leong Chee Wah**
General Manager

### Keppel Offshore & Marine USA, Inc
**Lai Ching Chuan**
President

**Tommy Sam Yuin Sing**
Vice President

**Cheung Tak On**
Vice President
Technology

### Keppel AmFELS, LLC
**Simon Lee Kim Foong**
President

**Eric Phua Hwan Khoon**
Vice President
Commercial

**Tom McCoy**
Vice President
Production

**Dennis Tan Boon Wei**
Vice President
Finance

### Keppel FELS Brasil S.A.
**Kwok Kai Choong**
President and
Chief Executive Officer

**Tommy Sam Yuin Sing**
Vice President

**Samuel Wong Chung Han**
Chief Financial Officer

**Gilberto Israel**
Commercial Director

**Karina Stoff Fonseca Mendonca**
Legal and HR Director

**Alceu Mariano De Melo Souza**
Institutional Relations Director

### Estaleiro BrasFELS Ltda
**Marlin Khiew Huey Kang**
President

**Luiz Carlos Caetano Dos Santos**
Operations Director

### Keppel Verolme BV
**Harold W.M. Linssen**
Managing Director

**Gurbanov Elshan**
Chief Financial Officer

### Caspian Shipyard Company, LLC
**Lau Kuat Pin**
Chief Executive Officer

### Keppel Nantong Shipyard Co. Ltd Keppel Nantong Heavy Industry Co. Ltd
**Edmund Lek Hwee Chong**
President

**Wong Phuay Cheng**
Vice President
Operations

**David Lim Kok Hwee**
Vice President
Finance

**Li Gang**
Vice President
Commercial (Keppel Nantong Shipyard Co. Ltd)

**Lewis Liang Kun**
Vice President
Commercial (Keppel Nantong Heavy Industry Co. Ltd)

### Nakilat-Keppel Offshore & Marine Ltd
**Chandru Sirumal Rajwani**
Chief Executive Officer

**Felix Allen Jerome**
General Manager
Operations

### Regency Steel Japan Ltd
**Wong Chun Yu**
President

**Naoya Hachigoh**
Chief Operating Officer

### Keppel Singmarine Brasil Ltda
**Loh Kee Huat**
General Manager

### Baku Shipyard, LLC
**Lam Khee Chong**
General Manager