# EXHIBIT 148

# 7TH ANNUAL LATIN AMERICA SHIP & OFFSHORE FINANCE FORUM

**September 16 & 17, 2010**
Copacabana Palace Hotel, Rio de Janeiro

## PRESENTATIONS

## Thursday, September 16, 2010

**Chairman's Opening Remarks**
Robert J. Gruendel, Partner, DLA Piper LLP (US)

Presentation Remarks

**Brazilian Oil and Gas Industry: Lessons from the past and challenges for the future**
Luiz Antonio Lemos, Campos Mello Advogados, in cooperation with DLA Piper

Presentation Remarks

**Drilling Market Outlook**
Tom Kellock, Head of Consulting & Research - Houston, ODS-Petrodata

Presentation Remarks

**Developments in the Offshore Support Vessel Sector**
Ronaldo Lima, Director, Companhia Brasileira de Offshore (CBO)

Presentation Remarks

**Keynote Address**
Sergio Machado, President & CEO, Petrobras Transporte S.A. - Transpetro

Presentation Remarks

**The Drilling Rigs Project: Petrobras' Strategy for its successful implementation**
João Carlos Ferraz, General Manager, Finance Department, Petróleo Brasileiro S.A.- Petrobras

Presentation Remarks

**Offshore Owner Panel: Drilling and FPSO Markets**
Fernando Schahin, Chief Financial Officer, Schahin Group
Jon Harald Kilde, General Manager, BW Offshore do Brasil Ltda
Marco Rabello, Director, Odebrecht Oil & Gas
Session Moderator: Ingolf Gillesdal, Head of Equity Research, Nordea Markets

Panel Remarks

**Credit for Industrial and Offshore Projects**
Vinicius S. Figueiredo, AIB/DEGAP, Brazilian Development Bank (BNDES)

Presentation Remarks

**OSX Business Overview**
Roberto Monteiro, Chief Financial Officer, OSX Brasil

Presentation Remarks

PARTNER
BR PETROBRAS
CORPORATE SPONSORS
Jefferies
DVB
Watson, Farley & Williams
OSM




**The Debt Market**
Claus Hertel, Executive Director, Capital Markets,WestLB
Paul Clifford, Director & Head - Project Finance Americas, Standard Chartered Bank
Silvana Bianco, Investment Banking – Project Finance, Itaú BBA
Geir Sjurseth, Managing Director & Global Head Offshore Support Group, DVB Bank
Session Moderator: Daniel C. Rodgers, Partner,Watson, Farley & Williams

Panel Remarks

**The Role of Public Equity and the Bond Markets**
Mickael Malka, Head of Equity Capital Markets, Brazil, HSBC Bank Brasil S.A.

Presentation Remarks

Dennis Holtzapffel, Managing Director, EM Debt Capital Markets, Jefferies & Company Inc.

Presentation Remarks

Session Moderator: José Paulo Rocha, Financial Advisory Partner, Deloitte Touche Tohmatsu

Panel Remarks

**Offshore Support Vessel Roundtable**
Halvard Idland, Vice President, NorSkan Offshore
Dante Carvalho, Area Manager, Deep Sea Supply
Antonio Carlos L. Thomé, Administrator, Brasbunker Group
Session Moderator: Geir Sjurseth, Managing Director & Global Head Offshore Support Group, DVB Bank

Panel Remarks

## Friday, September 17, 2010
## Hot Topics in the Shipping and Offshore Markets

**Post Macondo - Laser Focus on Indemnity Clauses**
Christopher R. Nolan, Partner, Holland & Knight LLP

Presentation Remarks

**Help needed: 1,500 officers gone missing!**
Walker Souza Lima, General Manager, OSM do Brazil

Presentation Remarks

Cmdr. Ricardo M. Paixão, Login Logistica Intermodal

Presentation Remarks

Pedro Calmon, Pedro Calmon Filho & Associados

Presentation Remarks

Session Moderator: Jan Morten Eskilt, CEO, OSM Group AS

Presentation Remarks

**Panel Discussion and Q&A**

Panel Remarks

**Focus on the Shipbuilding Sector in Brazil**
**Presentations followed by a panel discussion**
Session Moderator: David J. Saginaw, Commercial Director, McQuilling Services, LLC

Presentation Remarks

**Development of the Offshore Building Sector (Drilling and FPSO)**
Dr. Andrew Theophanatos, Brazil Country Manager, Noble Denton & Associates Serviços Maritimos Ltda

Presentation Remarks

**Role & Impact of the Shipbuilding Guarantee Fund - FGCN**
**(Fundo de Garantia Da Construcao Naval)**
Miriam F. M. Signor, Partner, Souza, Cescon, Barrieu & Flesch Advogados

Presentation Remarks





















**Shipbuilding for Waterway/Coastal Projects**
Fabio R. A. Vasconcellos, Commercial Director, Estaleiro Rio Maguari

Presentation Remarks

**The Opportunity for Foreign Owners -**
**Establishing a Brazilian Shipping Company & Building in Brazil**
Godofredo Mendes Vianna, Partner, Law Offices of Carl Kincaid

Presentation Remarks

**Panel Discussion to follow including the presenters and:**
Fernando Barbosa, Director, Odebrecht & Director, Paraguaçu Shipyard

Panel Remarks