# EXHIBIT 152

**Keppel Offshore & Marine**

# Fernvale Project Organisation for SeteBrasil DRU Project

Project Director
Yan Naing Myint
yannaing.myint@keppelfels.com
Delivery Manager (KFELS)
Sebastian Tan
sebastian.tan@keppelfels.com
Delivery Manager (BrasFELS)
Bruno Ng
bruno.ng@kfelsbrasil.com.br
Contract Admin Manager
Bernardo Tosta
bernardo.tosta@kfelsbrasil.com.br
Deputy Project Director
Tan Leong Peng
leongpeng.tan@keppelfels.com
Project Engineering Manager
Sithu Min
sithu.min@keppelfels.com
Procurement Manager
Andrew Ong
andrew.ong@keppelfels.com
Planning Coordinator
Leocadio Oliveira
leocadio.oliveira@kfelsbrasil.com.br
Commissioning Manager
TBA
Prepared by:
Mr Yan Naing Myint
Project Director
Rev 00
1st April 2012
Approved by:
Mr Chow Yew Yuen
CEO - Keppel Offshore & Marine

Confidential KEPPEL_00000001

Keppel Offshore & Marine

# Fernvale Project Organisation for SeteBrasil DRU Projects

Prepared by:
Mr Yan Naing Myint
Project Director

Rev 01

1st September 2014

Approved by:
Mr Chow Yew Yuen
CEO - Keppel Offshore & Marine



Keppel Offshore & Marine

# Fernvale Project Organisation for SeteBrasil DRU Project

Project Director
Yan Naing Myint
yannaing.myint@keppelfels.com
Delivery Manager (KFELS)
Sebastian Tan
sebastian.tan@keppelfels.com
Bruno Ng
bruno.ng@keppelfels.com
Delivery Manager (BrasFELS)
Jansen Chua
Jansen.chua@kfelsbrasil.com.br
Gareth Ng
gareth.ng@kfelsbrasil.com.br
Matheus Medeiros
matheus.medeiros@kfelsbrasil.com.br
Rodrigo Maillard
rodrigo.maillard@kfelsbrasil.com.br
Contract Admin Manager
Bernardo Tosta
bernardo.tosta@kfelsbrasil.com.br
Deputy Project Director
Tan Leong Peng
leongpeng.tan@keppelfels.com
Project Engineering Manager
Sithu Min
sithu.min@keppelfels.com
Procurement Manager
Jimmy Leow
jimmy.leow@keppelfels.com
Finance Coordinator
Michelle Tham
michelle.tham@keppelfels.com
PLanning Coordinator
Leocadio Oliveira
leocadio.oliveira@kfelsbrasil.com.br
Prepared by:
Mr Bruno Ng
Project Manager
Rev 02
1st September 2015
Approved by:
Mr Yan Naing Myint
Project Director

Confidential

KEPPEL_00000003

Keppel Offshore & Marine

# Fernvale Project Organisation for SeteBrasil DRU Project

Project Director
Yan Naing Myint
yannaing.myint@keppelfels.com
Project Manager
Bruno Ng
bruno.ng@keppelfels.com
Loh Leewen
leewen.loh@kfelsbrasil.com.br
Delivery Manager (KFELS)
Sebastian Tan
sebastian.tan@keppelfels.com
Bruno Ng
bruno.ng@keppelfels.com
Delivery Manager (BrasFELS)
Jansen Chua
Jansen.chua@kfelsbrasil.com.br
Gareth Ng
gareth.ng@kfelsbrasil.com.br
Matheus Medeiros
matheus.medeiros@kfelsbrasil.com.br
Rodrigo Maillard
rodrigo.maillard@kfelsbrasil.com.br
Contract Admin Manager
Bernardo Tosta
bernardo.tosta@kfelsbrasil.com.br
Project Engineering Manager
Sithu Min
sithu.min@keppelfels.com
Finance
Ben Ang
cheepeng.ang@keppelfels.com
Procurement
Ivy Soh
ivy.soh@keppelfels.com
Planning
Desmond Wong
desmond.wong@keppelfels.com
Commissioning
Graciano Junior
GRACIANO.JUNIOR@kfelsbrasil.com.br
Prepared by:
Mr Bruno Ng
Project Manager
Rev 03
1st November 2016
Approved by:
Mr Yan Naing Myint
Project Director

Confidential KEPPEL_00000004