# EXHIBIT 153



STATE OF NEW YORK )
)
)
COUNTY OF NEW YORK ) ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range EIG_KEP_00235011 to EIG_KEP_00235044.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 1st day of November, 2021,
by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires November 7, 2024

183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

**From:** Tania Gobatti Calca <tania.calca@caixa.gov.br>
**To:** aires@bradescobbi.com.br; carolpagani@bradescobbi.com.br; daniel.malandrin@bradescobbi.com.br; fernando@bradescobbi.com.br; sandro@bradescobbi.com.br; fipsondas@petrobras.com.br; alexisward@petrobras.com.br; smolka@petrobras.com.br; geafe02@caixa.gov.br; geafe@caixa.gov.br; Alexandre Prates Paterniani; Bruno Lanzelotte Chmatalik; Lorena dos Santos Ramos; Edna Lucia de Alencar Melo Camargo; laurodeluca@luceinv.com; aldofloris@luceinv.com; cjunger@luceinv.com; cjunger@predialnet.com.br; ssilva@luceinv.com; elainealbertino@luceinv.com; vitorvallim@previ.com.br; mcb@previ.com.br; gepar1@previ.com.br; karla_macena@previ.com.br; gerin@previ.com.br; karlafidalgo@previ.com.br; rpimenta@previ.com.br; deniseleite@previ.com.br; daniel.rodrigues@lakepar.com; eduardo.maranhao@lakepar.com; luiz.reis@lakepar.com; mhalbuquerque@santander.com.br; jfmoreiraf@santander.com.br; jpego@santander.com.br; Jose Magela Bernardes; Marcel Abe; Gabriel Meira; Shana Zoellner; marcia.freire@vale.com; bernar.braga@vale.com; lana.belfort@vale.com; daniel.conte@vale.com; alcinei@funcef.com.br; marianav@funcef.com.br; gepar@funcef.com.br; leonardosansivieri@funcef.com.br; lucas.martinelli@btgpactual.com; renato.mazzola@btgpactual.com; mcortezzi@petros.com.br; tcao@petros.com.br; procha@petros.com.br; malbuquerque@petros.com.br; dseabra@petros.com.br; Cassio Viana de Jesus; Flavio Eduardo Arakaki; Leonardo Calderaro da Graca Caseiro; Yoshio Marcos Hashimoto
**Cc:** Rebeca Correa Balian; Mauricio Antonio Alves da Costa; Felipe Gomes Marinoni; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; geaju05@caixa.gov.br
**Sent:** Monday, February 2, 2015 12:16 PM
**Subject:** FIP Sondas – 87th Investment Committee Meeting on February 20, 2015, 10:30 a.m., marked-up IAPN
**Attachment:** Anexo III – NT AGE 02.02.2015_IAPN marcado CEF.docx.zip [Appendix III – Technical Memo – Special General Meeting of Shareholders on February 2, 2015 – CEF Mark-up of IAPN]

---

To the members of the FIP Sondas Investment Committee:

Attached is the updated version of the IAPN, marked up in relation to the deliberation of the new conditions of the First System.

As concerns the Minutes for today's deliberations, we should inform you that we are awaiting receipt of a sufficient number of votes for a determination, considering that our quorum is still at approximately 70% of the Fund's quotas.

I am at your disposal should anything arise.

Regards

Tania Gobatti Calça Gonçalves
CAIXA ECONÔMICA FEDERAL
Development of Structured Funds
Av. Paulista, 2.300 – 11th fl., São Paulo/SP
Tel.: (11) 2159-7261

**From**: Tania Gobatti Calca
**Sent**: Monday, February 2, 2015 10:10 a.m.
**To**: Mauricio Antonio Alves da Costa; GEDEF04 – Administration and Governance of Structured Funds; aires@bradescobbi.com.br; carolpagani@bradescobbi.com.br; daniel.malandrin@bradescobbi.com.br; fernando@bradescobbi.com.br; sandro@bradescobbi.com.br; fipsondas@petrobras.com.br; alexisward@petrobras.com.br; smolka@petrobras.com.br; GEAFE02 – Governance; GEAFE – GN Management of Structured Funds; Alexandre Prates Paterniani; Bruno Lanzelotte Chmatalik; Lorena dos Santos Ramos; Edna Lucia de Alencar Melo Camargo; laurodeluca@luceinv.com; aldofloris@luceinv.com; cjunger@luceinv.com cjunger@predialnet.com.br, ssilva@luceinv.com; elainealbertino@luceinv.com; vitorvallim@previ.com.br; mcb@previ.com.br; gepar1@previ.com.br; karla_macena@previ.com.br; gerin@previ.com.br; karlafidalgo@previ.com.br; rpimenta@previ.com.br; deniseleite@previ.com.br; daniel.rodrigues@lakepar.com; eduardo.maranhao@lakepar.com; luiz.reis@lakepar.com; mhalbuquerque@santander.com.br; jfmoreiraf@santander.com.br; jpego@santander.com.br; jm.bernardes@eigpartners.com; Marcel.Abe@eigpartners.com; Gabriel.Meira@eigpartners.com; Shana.Zoellner@eigpartners.com;

marcia.freire@vale.com; bernar.braga@vale.com; alcinei@funcef.com.br; marianav@funcef.com.br; gepar@funcef.com.br; leonardosansivieri@funcef.com.br; lucas.martinelli@btgpactual.com; renato.mazzola@btgpactual.com; mcortezzi@petros.com.br; tcao@petros.com.br; procha@petros.com.br; malbuquerque@petros.com.br; dseabra@petros.com.br; Cassio Viana de Jesus; Flavio Eduardo Arakaki; Leonardo Calderaro da Graca Caseiro; Yoshio Marcos Hashimoto
**Cc**: Rebeca Correa Balian; Felipe Gomes Marinoni; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; GEAJU05 – Legal Assistance to the Office of the Vice President of Third-Party Assets [VITER] and VIFIC [Office of the Vice President of Finance and the Controller]
**Subject**: FIP Sondas – 87th and 88th Investment Committee Meeting – February 2, 2015 (Questions)

Dear Members,

In order to support the deliberations of the Investment Committee Meeting to be held today, below are the Company's responses to the questions that were sent.

Special General Meeting of Shareholders of February 2, 2015 at 11:00 a.m. (First System Financing).

In relation to tranche B of the Caixa Econômica Federal debt, what would be the cost, in terms of percentages?

As stated in the term sheet, the cost of tranche B of the Caixa debt will be 8.72% per annum, in Sete Investimentos I.

As to the additional need for equity in the amount of US$170 million, what is the Company's strategy to obtain the funds?

As mentioned on previous occasions, the leverage from the first system decreased from 75% to approximately 73.5%. The equity for the First System has been resolved.

As to the condition imposed by BNDES, in which Sete Brasil is required to pay any fines, has there been legal analysis of the issue? Was any work done to map any fines?

Under the financing agreements, Sete Brasil will be required to pay any fines related to convictions for fraudulent conduct arising from money laundering, corruption, or administrative improbity. Given that at the current time we are not aware of any unlawful act committed by the SPEs or their representatives, we are unable to conduct such a study.

Has the international audit work contracted for by Sete Brasil to verify the contracts been completed? Have the results provided any reassurance with respect to the item above?

The audit work has still not been concluded.

Have the companies involved in the project (Petrobras, operators, and shipyards) already issued a statement affirming that there was no corruption?

Petrobras (in its own name and on behalf of PNBV) will deliberate on the issue at its board meeting Monday the 2nd, even though Petrobras and Creditors already agreed to the wording of the letter. QGOG already issued the letter. Seadrill and Odjfell already agreed to the letter, but have not yet signed it. EAS had signed a letter, but the creditors no longer consider it satisfactory, and new wording is under discussion. Jurong and Keppel already agreed to issue the letter, addressing it to the SPE, and the creditors are reviewing the issue.

In relation to the legal fees of US$500,000.00, is there any material related to budget, final work, invoice, etc.?

The legal fees noted are basically for discussions of the "out-of-scope" first system, which are related to all of the anticorruption statements, modification of the conditions precedent, and the financial documents as a result of the recent changes at BNDES, Caixa and UKEF, and a general delay in closing, which increases what we estimated as the fees for the attorneys of the first system creditors.

SPECIAL GENERAL MEETING OF SHAREHOLDERS ON FEBRUARY 2, 2015 at 12:00 p.m. (PNBV General Meeting of Shareholders)

Has a legal opinion by a specialized firm been prepared?

There is no legal opinion from an outside firm on the PNBV AMA, but the Company is comfortable with the content of the document from a legal perspective.

Additionally, we note that at 10:30 a.m., we will begin the conference call and that the Company will be available to participate and clarify any other issues.

We remain at your disposal should anything arise.

Regards

**Tania Gobatti Calça Gonçalves**
CAIXA ECONÔMICA FEDERAL
Development of Structured Funds
Av. Paulista, 2.300 – 11th fl., São Paulo/SP
Tel.: (11) 2159-7261

**From**: Mauricio Antonio Alves da Costa
**Sent**: Friday, January 30, 2015 7:18 p.m.
**To**: GEDEF04-Administration and Governance of Structured Funds; aires@bradescobbi.com.br; carolpagani@bradescobbi.com.br; daniel.malandrin@bradescobbi.com.br; fernando@bradescobbi.com.br; sandro@bradescobbi.com.br; fipsondas@petrobras.com.br; alexisward@petrobras.com.br; smolka@petrobras.com.br; GEAFE02 – Governance; GEAFE – GN Management of Structured Funds; Alexandre Prates Paterniani; Bruno Lanzelotte Chmatalik; Lorena dos Santos Ramos; Edna Lucia de Alencar Melo Camargo; laurodeluca@luceinv.com; aldofloris@luceinv.com; cjunger@luceinv.com; cjunger@predialnet.com.br; ssilva@luceinv.com; elainealbertino@luceinv.com; vitorvallim@previ.com.br; mcb@previ.com.br; gepar1@previ.com.br; karla_macena@previ.com.br; gerin@previ.com.br; karlafidalgo@previ.com.br; rpimenta@previ.com.br; deniseleite@previ.com.br; daniel.rodrigues@lakepar.com; eduardo.maranhao@lakepar.com; luis.reis@lakepar.com; mhalbuquerque@santander.com.br; jfmoreiraf@santander.com.br; jpego@santander.com.br; jm.bernardes@eigpartners.com; Marcel.Abe@eigpartners.com; Gabriel.Meira@eigpartners.com; Shana.Zoellner@eigpartners.com; marcia.freire@vale.com; bernar.braga@vale.com; alcinei@funcef.com.br; marianav@funcef.com.br; gepar@funcef.com.br; leonardosansivieri@funcef.com.br; lucas.martinelli@btgpactual.com; renato.mazzola@btgpactual.com; mcortezzi@petros.com.br; tcao@petros.com.br; procha@petros.com.br; malbuquerque@petros.com.br; dseabra@petros.com.br; Cassio Viana de Jesus; Flavio Eduardo Arakaki; Leonardo Calderaro da Graca Caseiro; Yoshio Marcos Hashimoto
**Cc**: Rebeca Correa Balian; Tania Gobatti Calca; Felipe Gomes Marinoni; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; GEAJU05 – Legal Assistance to VITER and VIFIC
**Subject**: FIP Sondas – Notice of 88th Investment Committee Meeting – February 2, 2015 at 11:30 a.m. (Supplementary Material)

To the
Members of the FIP Sondas Investment Committee:

Dear all,

1. As supplementary material attached please find a marked-up TS [Term Sheet] with the details of the Indemnification Clause. However, the Company emphasizes that the new Term Sheet will not be signed (the new clause will already be in the contract itself). Therefore, this attached document is only for comparative purposes.

2. We are available should you require any clarifications.

Regards

Mauricio Antonio Alves da Costa
Desk Operator
Development of Structured Funds
Tel.: (11) 3555-0944

**From**: GEDEF04 – Administration and Governance of Structured Funds
**Sent**: Friday, January 30, 2015 1:49 p.m.
**To**: aires@bradescobbi.com.br; carolpagani@bradescobbi.com.br; daniel.malandrin@bradescobbi.com.br;

fernando@bradescobbi.com.br; sandro@bradescobbi.com.br; fipsondas@petrobras.com.br; alexisward@petrobras.com.br; smolka@petrobras.com.br; GEAFE02 – Governance; GEAFE – GN Management of Structured Funds; Alexandre Prates Paterniani; Bruno Lanzelotte Chmatalik; Lorena dos Santos Ramos; Edna Lucia de Alencar Melo Camargo; laurodeluca@luceinv.com; aldofloris@luceinv.com; cjunger@luceinv.com; cjunger@predialnet.com.br; ssilva@luceinv.com; elainealbertino@luceinv.com; vitorvallim@previ.com.br; mcb@previ.com.br; gepar1@previ.com.br; karla_macena@previ.com.br; gerin@previ.com.br; karlafidalgo@previ.com.br; rpimenta@previ.com.br; deniseleite@previ.com.br; daniel.rodrigues@lakepar.com; eduardo.maranhao@lakepar.com; luiz.reis@lakepar.com; mhalbuquerque@santander.com.br; jfmoreiraf@santander.com.br; jpego@santander.com.br; jm.bernardes@eigpartners.com; Marcel.Abe@eigpartners.com; Gabriel.Meira@eigpartners.com; Shana.Zoellner@eigpartners.com; marcia.freire@vale.com; bernar.braga@vale.com; alcinei@funcef.com.br; marianav@funcef.com.br; gepar@funcef.com.br; leonardosansivieri@fncef.com.br; lucas.martinelli@btgpactual.com; renato.mazzola@btgpactual.com; mcortezzi@petros.com.br; tcao@petros.com.br; procha@petros.com.br; malbuquerque@petros.com.br; dseabra@petros.com.br; Cassio Viana de Jesus; Flavio Eduardo Arakaki; Leonardo Calderaro da Graca Caseiro; Yoshio Marcos Hashimoto
**Cc**: Rebeca Correa Balian; Tania Gobatti Calca; Mauricio Antonio Alves da Costa; Felipe Gomes Marinoni; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; GEAJU05 – Legal Assistance to VITER and VIFIC
**Subject**: FIP Sondas – Notice of 88th Investment Committee Meeting – February 2, 2015 at 11:30 a.m.

To the

Members of the FIP Sondas Investment Committee:

Dear all,

1. Pursuant to the terms of Article 27 of the Fund Regulations, we are calling you to the 88th Investment Committee Meeting of FIP Sondas to be held on February 2, 2015, starting at 11:30 a.m., via conference call.

2. All members of the Investment Committee must be present for these deliberations, since the notice of meeting does not meet the minimum period under the regulations.

3. In order to access the conference room, please dial (11) 2081-9660, select room 78772 and enter the password 218184.

4. Please also find attached the supporting material and the voting form.

5. We are available should you need any clarifications.

Regards

Mauricio Antonio Alves da Costa
Desk Operator
Structured Fund Development
Tel.: (11) 3555-0944

Fernando Henrique Augusto
Executive Manager
Development of Structured Funds
Tel.: (11) 2179-7264

CAIXA ECONÔMICA FEDERAL
Av. Paulista, 2.300 11th fl. – São Paulo/SP



*Approved at the Special Meeting of Shareholders on February 2, 2015*

**APPENDIX I**
**APPROVED INVESTMENTS**

**1 – DESCRIPTION OF THE INVESTMENT**

Construction of twenty-nine drilling rigs (the "Project,") divided into:

**(i) First System:** comprised of seven units, whose charter and service contracts were signed in June 2011 with Petróleo Brasileiro S.A. – Petrobras ("Petrobras"). There are two contracts with a twenty-year term, and five contracts with a ten-year term, both with an option to renew. The Atlântico Sul Shipyard ["EAS"] was responsible for building seven rigs in Brazil under the terms of the Engineering, Procurement, and Construction Contracts ("EPC Contracts") executed in June 2011. However, the Company negotiated with Petrobras for the first rig under construction by EAS to be substituted with the first rig under construction by the Jurong Aracruz Shipyard (in conformity with the EPC Contract executed on December 16, 2011), thereby maintaining the charter contract between Arpoador Drilling B.V. and Petrobras. Also in June 2011, Petrobras was retained by special purpose entities (individually, "SPE" or jointly, the "SPEs") to supervise and manage the construction of the rigs at EAS pursuant to Construction Management Agreements.

**(ii) Second System:** comprised of twenty-one units, with a governance structure that is similar to the SPEs of the First System, whose contracts were approved by Petrobras on February 13, 2012. These twenty-one additional rigs will also be built in Brazil and will operate pursuant to long-term charter contracts (fifteen years, with the possibility of renewing for another five years) entered into with Petrobras in August 2012, as amended. Petrobras will be retained to manage the rig construction projects, together with the operators, via the execution of construction management contracts under terms similar to those entered into for the First System. The rigs of the Second System will be built at the shipyards of BrasFels (six rigs), Jurong Aracruz (six rigs, excluding the EPC Contract of Arpoador Drilling B.V., which comprises the First System), Enseada do Paraguaçu (six rigs) and Rio Grande/ECOVIX (three rigs). All EPC contracts of the Second System have a performance guarantee from the building shipyard, provided under the terms of Appendix A; and

(iii) **Twenty-ninth Rig:** in addition to the twenty-eight units described above (First and Second Systems), one rig will be built at EAS due to the replacement of the first rig of the First System, as described in Item (i) above. The negotiations with EAS determined that each of the seven units of the First System that were originally contracted for with EAS would give up their respective EPC Contracts, such that: (i) DRU#1 would cease being Arpoador and become Copacabana; (ii) DRU#2 would become Grumari; (iii) DRU#3 would become Ipanema; (iv) DRU#4



would become Leblon; (v) DRU#5 would become Leme; (vi) DRU#6 would become Marambaia; and lastly, (vii) DRU#7 would become the twenty-ninth rig, i.e., the rig owned by Joatinga Drilling B.V. In the specific case of the EPC Contract of Joatinga Drilling B.V., mechanisms are included in the event that EAS fails to perform as expected, which would allow Sete Brasil to cancel the contract with no indemnification due to EAS, which would be obligated to return the amounts paid as summarized in Appendix G. This change makes the continuation of the EPC Contract for the seventh unit contingent on the performance of the other six units. At this time, Joatinga Drilling B.V. does not have a firm charter contract.

The charter contracts of the First and Second Systems were executed by Sete Brasil's Dutch subsidiaries, and the service contracts were executed by specialized (onshore) operators. The operator of each of the Project rigs is responsible for the maintenance, preservation, and operation of the rig, while for the rigs of the Second System, it was negotiated that the respective operators will execute the asset maintenance agreements with each of the Project's SPEs. The charter, service, EPC and construction management contracts comport with the minimum terms and conditions stated in Appendices B, C, D, and E of this document.

The total investment value provided for the construction of the twenty-nine rigs is estimated at US$25.7 billion, in conformity with the chart on uses and sources described in Item 4 below.



**2 – Rule of Corporate Governance**

Sete Brasil currently has four (4) wholly-owned subsidiaries located in Austria: (i) Sete International One GmbH ("Sete International One"); (ii) Sete International Two GmbH ("Sete International Two") whose corporate purpose is to have a direct equity interest between 70% (seventy percent) and 85% (eighty-five percent) in the share capital of twenty-nine (29) SPEs located in the Netherlands (each SPE shall own one rig and on an exceptional basis, Joatinga Drilling B.V. was formed as a wholly owned subsidiary of Sete International One); (iii) Sete Finco GmbH, whose purpose is to provide financing for all companies of the Sete Group, by fundraising in the capital markets or through loans with commercial banks or any other type of financial institution with the purpose of funding the Rigs Project; and (iv) Sete Holding GmbH ("Sete Holdco") whose purpose is investing in other companies, such as in its wholly-owned subsidiaries, Sete International One and Sete International Two, for which it assumes all obligations of these subsidiaries that are currently in effect.

Sete Brasil also has two (2) wholly-owned subsidiaries located in Brazil, Sete Investimentos 1 S.A. ("Sete Investimentos 1") and Sete Investimentos 2 S.A. ("Sete Investimentos 2,") which has the purpose of providing financing to all companies of the Sete Group through loans with commercial banks or any other type of financial institution with the purpose of financing the Rigs Project.

In the Netherlands, in addition to shareholdings in twenty-nine SPEs, the Sete Group owns Sete Netherlands B.V. ("Sete Netherlands B.V.") and Sete Netherlands 2 B.V. ("Sete Netherlands 2 B.V.") which have the purpose of providing financing to twenty-nine SPEs through loans with other companies of the Sete Group, thereby managing part of the financial resources to be invested in the Rigs Project.

In Luxembourg, the Sete Group owns the companies Sete Lux Sarl ("Sete Sarl") and Sete Lux SCS ("Sete Lux,") which were formed to provide financing for the Third System rigs.

The SPEs hold two types of shares (Class A and Class B), which have equal economic and voting rights, but differ in the nature and qualification of their holders. The Class A shareholder is Sete International One and/or Sete International Two, as applicable, and the Class B shareholder is a company from the economic group of a specialized company responsible for operating each rig through the service contract entered with Petrobras, which is linked to the charter contracts. Furthermore, as mentioned above, there will be a contractual link between each of the SPEs and the operator of its rig in the form of an asset maintenance agreement. The equity contributions of Class A and Class B shareholders are proportionate to their respective shareholdings.

setebrasil

Sete International One and the Class B shareholders signed shareholders' agreements regulating their relations as shareholders of the SPEs. Petrobras Netherlands B.V. ("PNBV") initially appeared as Class B shareholder of all the SPEs of the First System. The respective shareholders' agreements provide, among other terms, for the conditions to transfer the Class B shares in five of the SPEs to other companies specialized in rig operation, with Sete International One waiving its preferential right to acquire the aforementioned Class B shares.

For the SPEs of the Second System, the companies indicated below, or companies belonging to their respective economic groups, will be responsible for operating the rigs, holding Class B shares in the proportions noted below:

(i) Queiroz Galvão Óleo e Gás: 15% of three SPEs;

(ii) Odebrecht Óleo e Gás: 15% of five SPEs;

(iii) Etesco and OAS: together, hold -25% of five ~~two~~ SPEs;

Commented [A1]: Commented [TGC1]: RESOLUTION OF JANUARY 26, 2015 STILL PENDING

(iv) Odjfell: 20% of three SPEs; and

(v) Seadrill: 30% of three SPEs and 15% of two SPEs;

For the purposes of entering into the charter and service contracts with Petrobras as required under the terms of International Invitation number 0966646118, Sete Brasil entered into consortium agreements with the companies listed above through which it jointly and severally committed to all of the stipulations arising from the charter and service contracts.

Generally, the SPEs follow common, simplified models of governance which are consistent with Dutch law, with a structure comprised of a general meeting of shareholders ("General Meeting") and an administrative body ("Board") consisting of two or more members, ensuring the right to appoint at least one director for each class of shareholders. Furthermore, the SPEs will always be represented jointly through the signature of board members, one of whom will be the Chief Executive Officer, appointed by the Class A shareholder, along with another member appointed by the Class B shareholder. The shareholders' agreements furthermore include general provisions which address, for example, the resolution of disputes between shareholders and the financing of the SPEs, which are consistent with the assumptions established in the Project documents as approved by the shareholders of Sete Brasil. All of the shareholders' agreements (First and Second Systems) contain mechanisms to protect against poor performance of the operator linked to the Class B shareholder in the operation of the respective Rig.

As a general rule, Sete International One, as majority shareholder of the SPEs, has the prerogative to approve or reject, at its sole discretion, the resolutions for which the General Meeting of



*Approved at the Special Meeting of Shareholders on February 2, 2015*

Shareholders of the SPEs is responsible. The most delicate matters are subject to two levels of a qualified quorum, the first of which is known as "Reserved Matters," requiring a simple majority, in which Sete International One shall have exclusive decision-making power, and a second super-majority quorum for matters of great importance, in which the Class B shareholder has veto power. The matters subject to a qualified and super-majority quorum differ for each operator, as described in the table under Appendix F to this document.

5

**Confidential**

**EIG00108311**
**EIG_KEP_00235019**

*Approved at the Special Meeting of Shareholders on February 2, 2015*

**3 – GENERAL ASPECTS OF THE PROJECT, BY SPE**

The table below shows general information for the Project by SPE, including the shipyards responsible for building the rigs, the type of rig, operator, the percent equity interest of the operator in the SPE as a Class B shareholder, the term of the charter contract with Petrobras, the term for the charter contract renewal option, and the total daily rate (charter and services).

| Rig | Company Name – SPE | Shipyard | Type | Operator (Equity Interest in the SPE) | Charter Term (years) | Renewal Option (years) | Daily Rate (US$/day) |
|---|---|---|---|---|---|---|---|
| 1 | Arpoador Drilling B.V. | Jurong | Drillship | Petrobras (15%) | 20 | 20 | 458,000 |
| 2 | Copacabana Drilling B.V. | EAS | Drillship | Petrobras (15%) | 20 | 20 | 458,000 |
| 3 | Grumari Drilling B.V. | EAS | Drillship | Petrobras (15%) | 10 | 10 | 458,000 |
| 4 | Ipanema Drilling B.V. | EAS | Drillship | Petrobras (15%) | 10 | 10 | 458,000 |
| 5 | Leblon Drilling B.V. | EAS | Drillship | Petrobras (15%) | 10 | 10 | 458,000 |
| 6 | Leme Drilling B.V. | EAS | Drillship | Petrobras (15%) | 10 | 10 | 458,000 |
| 7 | Marambaia Drilling B.V. | EAS | Drillship | Petrobras (15%) | 10 | 10 | 458,000 |
| 8 | Urca Drilling B.V. | BrasFels | Semisubmersible | QGOG (15%) | 15 | 5 | 525,407 |
| 9 | Frade Drilling B.V. | BrasFels | Semisubmersible | Seadrill (15%) | 15 | 5 | 534,227 |
| 10 | Bracuhy Drilling B.V. | BrasFels | Semisubmersible | QGOG (15%) | 15 | 5 | 529,497 |
| 11 | Portogalo Drilling B.V. | BrasFels | Semisubmersible | Seadrill (15%) | 15 | 5 | 534,267 |
| 12 | Mangaratiba Drilling B.V. | BrasFels | Semisubmersible | QGOG (15%) | 15 | 5 | 533,637 |
| 13 | Botinas Drilling B.V. | BrasFels | Semisubmersible | OOG (15%) | 15 | 5 | 533,987 |
| 14 | Ondina Drilling B.V. | EEP | Drillship | OOG (15%) | 15 | 5 | 539,957 |
| 15 | Pituba Drilling B.V. | EEP | Drillship | OOG (15%) | 15 | 5 | 539,937 |
| 16 | Boipeba Drilling B.V. | EEP | Drillship | OOG (15%) | 15 | 5 | 541,007 |
| 17 | Interlagos Drilling B.V. | EEP | Drillship | OOG (15%) | 15 | 5 | 540,977 |
| 18 | Itapema Drilling B.V. | EEP | Drillship | Etesco/OAS (25%) | 15 | 5 | 524,307 |
| 19 | Comandatuba Drilling B.V. | EEP | Drillship | Etesco/OAS (25%) | 15 | 5 | 521,207 |
| 20 | Guarapari Drilling B.V. | Jurong | Drillship | Odfjell/Galvão (20%) | 15 | 5 | 518,457 |
| 21 | Camburi Drilling B.V. | Jurong | Drillship | Seadrill (30%) | 15 | 5 | 523,047 |
| 22 | Itaoca Drilling B.V. | Jurong | Drillship | Odfjell/Galvão (20%) | 15 | 5 | 524,597 |
| 23 | Itaunas Drilling B.V. | Jurong | Drillship | Seadrill (30%) | 15 | 5 | 529,187 |
| 24 | Siri Drilling B.V. | Jurong | Drillship | Odfjell/Galvão (20%) | 15 | 5 | 528,697 |
| 25 | Sahy Drilling B.V. | Jurong | Drillship | Seadrill (30%) | 15 | 5 | 531,287 |
| 26 | Cassino Drilling B.V. | Rio Grande | Drillship | Etesco/OAS (25%) | 15 | 5 | 527,197 |
| 27 | Curumim Drilling B.V. | Rio Grande | Drillship | Etesco/OAS (25%) | 15 | 5 | 530,187 |
| 28 | Salinas Drilling B.V. | Rio Grande | Drillship | Etesco/OAS (25%) | 15 | 5 | 534,357 |
| 29 | Joatinga Drilling B.V. | EAS | Drillship | TBD | N.A. | N.A. | N.A. |

Note 1: Base date for daily rate of the First System: February 2011.

**Confidential**

**EIG00108312**
**EIG_KEP_00235020**



*Approved at the Special Meeting of Shareholders on February 2, 2015*

Note 2: Base date for daily rate of the Second System: October 2011.

7

Confidential

EIG00108313
EIG_KEP_00235021

*Approved at the Special Meeting of Shareholders on February 2, 2015*

setebrasil

## 4 – CHART ON USES AND SOURCES

In order to facilitate investments in rig construction, the Company has been seeking opportunities for long-term financing with various financial institutions, including the Brazilian Development Bank (BNDES), the Brazilian Merchant Marine Fund (FMM,) export credit agencies, the issuance of bonds in the international market, domestic and international commercial banks, and multilateral agencies.

In this context, given the total amount of senior debt to be incurred (approximately US$19 billion,) the structuring and obtainment of long-term financing were separated into three batches. The first batch includes the ~~nine~~ eight SPEs with scheduled delivery dates, per the EPC contracts, in 2015 and 2016, which are: Arpoador, Copacabana, Grumari, Urca, Frade, Ondina, Guarapari, and Camburi ~~and Cassino~~. The second batch includes the next ~~13~~ thirteen ~~12~~ SPEs to have their EPC contracts delivered (in addition to all of the SPEs with semi-submersible rigs,) which are: Ipanema, Leblon, Leme, Bracuhy, Portogalo, Mangarativa, Botinas, Pituba, Boipeba, Itaoca, ~~Cassino,~~ Curumim, and Salinas. The third batch consists of the last eight SPEs, with the majority of the charter contracts with Petrobras starting in 2019 and 2020, which are: Itaunas, Interlagos, Marambaia, Siri, Itapema, Sahy, Comandatuba, and Joatinga. The charts on uses and sources referring to the SPEs of the first batch, second batch, third batch, and the consolidated batch of the twenty-nine SPEs are presented below. Note that the charts presented below for the second and third batches represent Sete management's best estimate and are still subject to changes as the financing plan develops.

**Commented [A2]: Commented [ADC2]:** RESOLUTION AT SPECIAL MEETING OF SHAREHOLDERS ON JANUARY 12, 2015

*First Batch* (Values in US$ million)

| Uses | US$ | % Total | Sources | US$ | % Total |
|---|---|---|---|---|---|
| EPC Contract | 7,016.8 | 91.5% | BNDES | 3,720.9 | 48.5% |
| Indexing of the EPC Contract | -511.6 | -6.7% | FMM | 0.0 | 0.0% |
| Equipment and Pre-Operating Costs | 394.7 | 5.1% | UKEF | 213.6 | 2.8% |
| FGCN [Naval Construction Guarantee Fund] Insurance | 71.2 | 0.9% | Other | 102.5 | 1.3% |
| Contingencies | 148.0 | 1.9% | FINISA | 1,714.9 | 22.4% |
| CMA – Petrobras | 125.3 | 1.6% | **Senior Debt** | 5,751.9 | **75.0%** |
| CMA – Operators | 118.8 | 1.5% | | 0.0 | |
| CMA – Sete Brasil | 20.1 | 0.3% | Subordinated Debt | 286.7 | 3.7% |
| Insurance | 77.6 | 1.0% | **Subordinated Debt** | 286.7 | **3.7%** |
| Fees, Interest (Bridge Loan) and Transaction Costs | 206.0 | 2.7% | | 0.0 | |
| Interest During Construction – Senior Debt | 0.0 | 0.0% | Equity Class A | 1,329.5 | 17.3% |
| Commitment Fee | 2.3 | 0.0% | Equity Class B | 301.1 | 3.9% |
| Losses/Gains with Swap/Options | 0.0 | 0.0% | **Total Capital** | 1,630.6 | **21.3%** |
| **TOTAL** | **$7,669.3** | **100.0%** | **TOTAL** | **$7,669.3** | **100.0%** |

Note 1: the chart of uses and sources does not consider Sete Brazil's G&A expenses.
Note 2: amounts included under the item "Contingencies" in the above chart on uses might be eligible for financing through financial institutions, but have not yet been discussed or approved by Senior Lenders. If and when these potential contingencies occur, the Company will seek to finance these amounts with these or other Lenders.



*Approved at the Special Meeting of Shareholders on February 2, 2015*

*Second Batch* (Amounts in US$ million)

| Uses | | | Sources | | |
|---|---|---|---|---|---|
| | US$ | % Total | | US$ | % Total |
| EPC Contract | 9,354.7 | 88.1% | BNDES | 5,550.9 | 52.3% |
| Indexing of the EPC Contract | -522.5 | -4.9% | FMM | 0.0 | 0.0% |
| Equipment and Pre-Operating Costs | 569.6 | 5.4% | UKEF | 284.8 | 2.7% |
| FGCN Insurance | 89.1 | 0.8% | Other | 2,128.6 | 20.0% |
| Contingencies | 219.3 | 2.1% | FINISA | 0.0 | 0.0% |
| CMA – Petrobras | 183.1 | 1.7% | **Senior Debt** | **7,964.3** | **75.0%** |
| CMA – Operators | 171.3 | 1.6% | | 0.0 | |
| CMA – Sete Brasil | 32.0 | 0.3% | Subordinated Debt | 349.3 | 3.3% |
| Insurance | 105.3 | 1.0% | **Subordinated Debt** | 0 | **3.3%** |
| Fees, Interest (Bridge Loan) and Transaction Costs | 275.2 | 2.6% | | 0.0 | |
| Interest During Construction – Senior Debt | 78.8 | 0.7% | Equity Class A | 1,910.2 | 18.0% |
| Commitment Fee | 63.1 | 0.6% | Equity Class B | 395.3 | 3.7% |
| Losses/Gains with Swap/Options | 0.0 | 0.0% | **Total Capital** | 2,305.5 | **21.7%** |
| **TOTAL** | **$10,619.1** | **100.0%** | **TOTAL** | **$10,619.1** | **100.0%** |

Note 1: the chart of uses and sources does not consider Sete Brazil's G&A expenses.
Note 2: the amounts included under the item "Contingencies" in the above chart on uses might be eligible for financing through financial institutions, but have not yet been discussed or approved by Senior Lenders. If and when these potential contingencies occur, the Company will seek to finance these amounts with these or other Lenders.

*Third System* (Amounts in US$ million)

| Uses | | | Sources | | |
|---|---|---|---|---|---|
| | US$ | Total | | US$ | Total |
| EPC Contract | 6,191.5 | 83.2% | BNDES | 0.0 | 0.0% |
| Indexing of the EPC Contract | -228.6 | -3.1% | FMM | 4,055.6 | 54.5% |
| Equipment and Pre-Operating Costs | 423.0 | 5.7% | UKEF | 189.9 | 2.6% |
| FGCN Insurance | 50.5 | 0.7% | Other | 1,337.3 | 18.0% |
| Contingencies | 192.9 | 2.6% | FINISA | 0.0 | 0.0% |
| CMA – Petrobras | 112.6 | 1.5% | **Senior Debt** | 5,582.7 | **75.0%** |
| CMA – Operators | 149.4 | 2.0% | | 0.0 | |
| CMA – Sete Brasil | 21.7 | 0.3% | Subordinated Debt | 213.9 | 2.9% |
| Insurance | 70.6 | 0.9% | **Subordinated Debt** | **213.9** | **2.9%** |
| Fees, Interest (Bridge Loan) and Transaction Costs | 107.3 | 1.4% | | 0.0 | |
| Interest During Construction – Senior Debt | 249.9 | 3.4% | Equity Class A | 1,272.8 | 17.1% |
| Commitment Fee | 103.0 | 1.4% | Equity Class B | 374.2 | 5.0% |
| Losses/Gains with Swap/Options | 0.0 | 0.0% | **Total Capital** | 1,647.0 | **22.1%** |
| **TOTAL** | **$7,443.7** | **100.0%** | **TOTAL** | **$7,443.7** | **100.0%** |

Note 1: the chart of uses and sources does not consider Sete Brazil's G&A expenses.
Note 2: the amounts included under the item "Contingencies" in the above chart on uses might be eligible for financing through financial institutions, but have not yet been discussed or approved by Senior Lenders. If and when these potential contingencies occur, the Company will seek to finance these amounts with these or other Lenders.

**Confidential**

**EIG00108315**
**EIG_KEP_00235023**



*Approved at the Special Meeting of Shareholders on February 2, 2015*

Consolidated – Twenty-Nine Rigs (Amounts in US$ million)

| Uses | | | Sources | | |
|---|---|---|---|---|---|
| | US$ | % Total | | US$ | % Total |
| EPC Contract | 22,563.0 | 87.7% | BNDES | 9,271.8 | 36.0% |
| Indexing of the EPC Contract | -1,262.7 | -4.9% | FMM | 4,055.6 | 15.8% |
| CMA – Petrobras | 421.0 | 1.6% | UKEF | 688.3 | 2.7% |
| CMA – Operators | 439.6 | 1.7% | Other | 3,568.43 | 13.9% |
| CMA – Sete Brasil | 73.8 | 0.3% | FINISA | 1,714.9 | 6.7% |
| Equipment and Pre-Operating Costs | 1,387.3 | 5.4% | **Senior Debt** | 19,299.0 | **75.0%** |
| Insurance | 253.6 | 1.0% | | 0.0 | |
| FGGN Insurance | 210.8 | 0.8% | Subordinated Debt | 849.9 | 3.3% |
| Contingencies | 560.2 | 2.2% | **Subordinated Debt** | **849.9** | **3.3%** |
| Fees, Interest (Bridge Loan) and Transaction Costs | 588.4 | 2.3% | | 0.0 | |
| Interest During Construction – Senior Debt | 328.7 | 1.3% | Equity Class A | 4,512.5 | 17.5% |
| Commitment Fee | 168.3 | 0.7% | Equity Class B | 1,070.6 | 4.2% |
| Losses/Gains with Swap/Options | 0.0 | 0.0% | **Total Capital** | 5,583.1 | **21.7%** |
| **TOTAL** | **$25,732.0** | **100.0%** | **TOTAL** | **$25,732.0** | **100.0%** |

Note 1: the chart of uses and sources does not consider Sete Brazil's G&A expenses.
Note 2: the amounts included under the item "Contingencies" in the above chart on uses might be eligible for financing through financial institutions, but have not yet been discussed or approved by Senior Lenders. If and when these potential contingencies occur, the Company will seek to finance these amounts with these or other Lenders.

Funding of the Twenty-Ninth Rig

The financing plan for the twenty-ninth rig provided for by the Company is the same as for the other rigs included in the third batch, considering that the lenders will be Banco do Brasil and Caixa Econômica Federal, using lines of credit from the Brazilian Merchant Marine Fund and Finisa. Despite the fact that the twenty-ninth rig still does not have a firm charter contract, the lenders have declared themselves to be comfortable with the other seven Third Batch SPEs' ability to generate cash through firm long-term charter contracts and with the considerable coverage ratios, as concerns the financial covenant prescribed for the coverage ratio to service the debt (a minimum of 1.2x).

Major international operators use a similar portfolio strategy, placing orders at shipyards for future contracts. Their client/contract portfolios include firm, long-term contracts, and short-term contracts to be implemented in the short-term market. For example, the medium term of Seadrill's charter contracts is three years, and two years for Diamond, while Sete Brasil has an average of more than fourteen years.

G&A Expenses

The G&A expenses of Sete Brasil and of the SPEs for the 2011-2016 period (pre-operating phase of the Company) are estimated to be R$490 million. Such expenses will be reviewed and approved annually in relation to the applicable year.



Expenditure for each shipyard (Amounts in R$ million)

The quarterly expenditure planned for each shipyard through the end of 2015 is as follows:

| SHIPYARD | Q213 | Q313 | Q413 | Q114 | Q214 | Q314 |
|---|---|---|---|---|---|---|
| EAS | R$551 | R$494 | R$374 | R$552 | R$516 | R$594 |
| Keppel | R$186 | R$926 | R$335 | R$330 | R$212 | R$611 |
| EEP | R$188 | R$422 | R$686 | R$500 | R$0 | R$401 |
| Jurong | R$798 | R$366 | R$506 | R$440 | R$533 | R$364 |
| ERG | R$157 | R$240 | R$314 | R$328 | R$302 | R$319 |

| SHIPYARD | Q414 | Q115 | Q215 | Q315 | Q415 |
|---|---|---|---|---|---|
| EAS | R$484 | R$462 | R$427 | R$349 | R$559 |
| Keppel | R$357 | R$415 | R$523 | R$694 | R$661 |
| EEP | R$574 | R$528 | R$234 | R$607 | R$728 |
| Jurong | R$379 | R$329 | R$338 | R$287 | R$331 |
| ERG | R$324 | R$292 | R$254 | R$282 | R$235 |

**Confidential**



*Approved at the Special Meeting of Shareholders on February 2, 2015*

## 5 – FINANCING STRATEGIES

In order to facilitate building the rigs, leverage of 25% of equity capital (and subordinate debt) and 75% of senior debt was considered. The financing terms for the twenty-nine rigs are contained in the tables below, in addition to the terms of the bridge loan for building the rigs.

Sources of Financing for the Twenty-Nine Rigs

| Sources | ~~I~~Stake | Interest Rate | Term (Years) |
|---|---|---|---|
| BNDES | 36.0% | Up to L + 4.78~~22~~%-4.89%~~33~~[1] | 3+15 |
| FMM | 15.8% | Up to 4.5% | 4+16 |
| ECAs/Others | 16.5% | Up to L + 3.45% | 3 + 10-12 |
| Commercial Banks | 6.7% | Up to L + 5.00% | 3+10 |
| **Subtotal** | **75.0%** | | |
| | | | |
| Capital & Subordinate Debt | 25.0% | | |
| **Grand Total** | **100.0%** | | |

Note 1: Interest rate approved by BNDES for the SPEs of the first batch of Libor + 4.78~~22~~% for the First System and Libor + 4.89~~33~~% for the Second System.

Short-Term Loans:

Until the disbursement of the long-term financing sources, the Company will finance its Capex through calls for capital and short-term bridge loans ("Bridge Loans"). These lines of financing are primarily aimed at providing the Company with the necessary resources to undertake rig construction projects until the definitive long-term lines are structured, finalized, and available for withdrawal.

Bridge Loan: First System, excluding Arpoador Drilling B.V. and Marambaia Drilling B.V. ("Bridge Loan One")

| Amount | Structuring Rate | Interest Rate | Term (Months) | Status |
|---|---|---|---|---|
| Up to US$830 million (in the fourth renewal, only for Copacabana and Grumari, totaling up to US$300 million) | Up to 0.50% (structuring), 0.30% (first renewal), up to 0.50% (second and third renewals – in this case only for Copacabana and Grumari) and 0.50% (fourth renewal only for Copacabana and Grumari) | Up to Libor +5.50% | twelve months, being renewed for another six months, and with a third renewal of up to twelve months (System Two SPEs)<br><br>twelve months, being renewed for another six months, with a third renewal for another six months, and a fourth | First and second tranches were disbursed |

Confidential



renewal for another two months (~~System~~ Batch One SPEs)

Guarantees:

- Corporate guarantees from Sete Brasil and Sete International One
- Pledge of shares from the SPEs
- Right to credits from purchased insurance
- Pledge of/Right to credits from operating contracts of the SPEs
- Right to guarantees related to EPC Contracts
- FGCN credit guarantee
- Pledge of SPE checking accounts
- The main guarantees will be modified if the bridge loan is renewed.

Upon repayment of Bridge Loan One for the First System SPEs (Copacabana and Grumari,) Sete International One's guarantee for the other SPEs of this Bridge Loan One shall be replaced with:
- a corporate guarantee from Sete Holding
- pledge of Sete International One's checking account, which will receive funds from the distributions of the Special Centralizing Account
- fiduciary assignment of loan agreements between Sete International One and each respective SPE.

Bridge Loan: Second System including Arpoador Drilling B.V. ("Bridge Loan 2")

| Amount | Structuring Rate | Interest Rate | Term (Months) | Status |
|---|---|---|---|---|
| Up to US$1.715 billion | Up to 0.50% (structuring) and up to 0.3% (first renewal), up to 1.0% (second renewal), up to 0.45% (third/fourth renewal of SPEs of the First Batch) and up to 0.15% (fifth renewal of SPEs of the First Batch) | Up to L + 5.50% | twelve months, having been renewed for six months, with a second renewal of up to twelve more months (Batch Two SPEs)<br><br>twelve months, having been renewed for six months, with a second renewal for another six months, a third/fourth renewal for two months and fifteen days, and a fifth renewal for another one month (Batch One SPEs) | Disbursement made for fifteen SPEs |



*Approved at the Special Meeting of Shareholders on February 2, 2015*

Guarantees:

- Corporate guarantee from Sete Brasil and Sete International One
- Pledge of shares from the SPEs
- Right to insurance proceeds from purchased insurance
- Pledge of/Right to credits from operating contracts of the SPEs
- Right to guarantees related to EPC Contracts
- FGCN credit guarantee
- Pledge of SPE checking accounts
- The main guarantees will be modified if the bridge loan is renewed.
- Fiduciary assignment of the Intercompany Loans, with the exception of funds from the Intercompany Loans coming from FI-FGTS debentures.
- early maturity condition, if Bridge Loan One and/or Bridge Loan Five are not renewed for a date after January 18, 2015.

Upon repayment of Bridge Loan Two for the SPEs of the First System (Arpoador, Camburi, Cassino, Urca, Ondina, Guarapari, and Frade), the guarantee from Sete International One for the other SPEs of this Bridge Loan Two will be replaced with:

- a corporate guarantee from Sete Holding
- pledge of Sete International One checking account which will receive funds from the distributions of the Special Centralizing Account
- fiduciary assignment of the loan agreements between Sete International One and each respective SPE.

Bridge Loan: Sete International One ("Bridge Loan Three")

| Amount | Structuring Rate | Interest Rate | Term (months) | Status |
|---|---|---|---|---|
| Up to US$1.25 billion | Up to 1.0% (original) Up to 1.0% (nine months rolling) | L + 3.00% (original) Up to L + 4.00% (nine months rolling) | 12 months, with possibility to extend for another nine months | Disbursement of US$1.25 billion made in 2013. |

Guarantees:

- Subscription Commitment signed by the shareholder FIP Sondas, holder of 95% of the share capital of Sete Brasil, which provides for its investment in a conditioned capital increase, should Sete International One fail to perform (capital increase must be sufficient to cover principal and interest, plus 30%);
- Proxies to collateral agent to (i) make capital calls in the name of Sete Brasil in case of non-performance, in the event that the Company does not do so in a timely manner; and (ii) utilize the linked control account assigned on a fiduciary basis to creditors;
- Sete Brasil Corporate Guarantee

Bridge Loan: Caixa Econômica Federal and Banco do Brasil, or any Commercial Banks ("Bridge Loan Four")

| Amount | All-In Cost | Term (Months) | Status |
|---|---|---|---|
| Up to US$1.0 billion | Up to L +4.0% - 4.5% | Up to 24 months | Taken out on February 28, 2014 and |



*Approved at the Special Meeting of Shareholders on February 2, 2015*

Disbursed on
March 17, 2014

Guarantees:
- Corporate guarantee from Sete Brasil and Sete International Two
- Pledge of shares from the SPEs
- Right to insurance proceeds from purchased insurance
- Pledge of/Right to credits from operating contracts of the SPEs
- Right to guarantees related to EPC Contracts
- FGCN credit guarantee
- Pledge of SPE checking accounts

Bridge Loan: Select SPEs ("Bridge Loan Five")

| Amount | Structuring Rate | Interest Rate | Term (months) | Status |
|---|---|---|---|---|
| Up to US$500 million | Up to 1.5% | Up to Libor + 6.25% | two months, having been renewed for another month in November/2014, plus one month in December/2014, and another month in January/2015, with the possibility of rolling for another three months | Disbursed |

Guarantees:
- Corporate guarantee from Sete Brasil and Sete International One;
- FGCN credit guarantee;
- Agreement with facility agents and long-term creditors of the First Batch so that Bridge Five will be repaid from the first disbursement of the long-term loans;
- Agreement with the agents of the other creditors of the Bridge Loans and lenders, and/or long-term creditors so that Bridge Loan Five creditors will be consulted before the package of guarantees is released to the long-term borrowers;
- Repayment of Bridge Loan Five included as "Uses" in the Chart on Uses and Sources in the long-term loan documentation of the first batch;
- Second-level guarantee on the package of guarantees granted to the other Bridge lenders.
- In the event of default, obligation to establish project guarantees similar to the other Bridge Loans, listed as follows:
- Right to insurance proceeds for insurance purchased
- Pledge of/Right to credits from operating contracts of the SPEs



*Approved at the Special Meeting of Shareholders on February 2, 2015*

- Right to guarantees related to EPC Contracts
- Pledge of SPE checking accounts
- Establishment of an escrow account which contains, as a guarantee, 50% of the value of the principal of the current debt.

~~Bridge Loan: Sete Finco GmbH ("CS Bridge Loan")~~

| ~~Amount~~ | ~~Structuring Rate~~ | ~~Interest Rate~~ | ~~Term (months)~~ | ~~Status~~ |
|---|---|---|---|---|
| ~~Up to R$250 billion~~ | ~~Up to 1.5%~~ | ~~Up to L + 5.45%~~ | ~~Twelve months (possibility of prepayment as of sixth month)~~ | ~~Under negotiation~~ |

~~Guarantees:~~
~~Security from Sete Brasil Participações;~~
~~Security from Sete HoldCo;~~

Bridge Loan: Sete Brasil Participações S.A. or Sete Investimentos I S.A. ("Bridge Loan Six")

| Amount | Structuring Rate | Interest Rate | Term (months) | Status |
|---|---|---|---|---|
| Up to R$1.1 billion | Up to 2.0% | Up to 150% of the CDI [Brazilian Overnight Interbank Loan Rate] or IPCA [Brazilian Extended National Consumer Price Index] + 9% | Up to nine months | Under negotiation |

Guarantees:
- Fiduciary assignment of disbursement account for FINISA Tranche B;
- In case of default, right to access the residual value of the package of guarantees granted to the Bridge Three lenders (capital call), once they and the Bridge Five creditors have been fully repaid;
- If Sete Investimentos I is the borrower, the transaction must have a corporate guarantee (security or collateral) from Sete Brasil

Bridge Loan: Sete Brasil Participações S.A. or Sete Investimentos I. S.A. ("CEF Bridge")

| Amount | Structuring Rate | Interest Rate | Term (months) | Status |
|---|---|---|---|---|
| US$400 million or equivalent in reais | Up to 0.3% | Change in exchange rate (R$/US$) + up to 10.0% | Up to six months | Disbursed |

Guarantees:
- Fiduciary assignment of current and future credit rights arising from the account where the

**Commented [A3]: Commented [ADCS]:** RESOLUTION AT SPECIAL MEETING OF SHAREHOLDERS ON JANUARY 12, 2015,

**Commented [TGC4]:** Company suggests excluding the CS Bridge Loan because, despite it being approved, it will no longer be completed and is no longer under negotiation. It was just an adjustment to reflect the current reality.



funds from the CEF Bridge Loan will be disbursed and repaid;
- In the event of default, right to access the residual value of the package of guarantees granted to the Bridge Three lenders (capital call,) once the Bridge Five creditors have been fully repaid;
- If Sete Investimentos I is the borrower, the transaction must have a corporate guarantee (security or collateral, and promissory note) from Sete Brasil.

Bridge Loan: SPEs of Batch One and/or Batch Three, or Sete Investimentos Two S.A. ("Bridge Loan Seven")

| Amount | Structuring Rate | Interest Rate | Term (months) | Status |
|---|---|---|---|---|
| Up to US$350 million | Up to 2.0% | Up to Libor + 6.0% | Up to nine months | Under negotiation |

Guarantees:

- Corporate Guarantee from Sete Brasil, Sete International One, and Sete International Two
- Pledge of shares from SPEs
- Right to insurance proceeds from purchased insurance
-Pledge of/Right to credits from SPE operating contracts (right to guarantees related to EPC Contracts and assignment of Charter Contract)
- FGCN credit guarantee
-Pledge of SPE checking accounts

FI-FGTS [Brazilian Workers' Investment Fund] Debentures

The table below illustrates the terms of the Simple Debentures issued by Sete Brasil in February 2013, which were subscribed to and fully paid-up by FI-FGTS.

| Amount | Structuring Rate | Interest Rate | Term (years) | Status |
|---|---|---|---|---|
| FI-FGTS Subordinate Debt | 0.88% | IPCA + 8.0% | 5.5 + 15 | Entire issuance subscribed and paid-up |

Debentures Convertible to Shares ("DCA") – BNDESPAR

In June/2013, the BNDESPAR board approved the subscription of debentures convertible to shares to be issued by Sete Brasil in the amount of R$1.2 billion. The transaction has still not received final approval from BNDES, and its main terms, listed below, may still be modified.

The main terms and conditions negotiated for this purpose are:

| Source | Structuring Rate | Interest Rate | Term (Years) | Status |
|---|---|---|---|---|



*Approved at the Special Meeting of Shareholders on February 2, 2015*

| | | | | |
|---|---|---|---|---|
| BNDESPAR DCAs | 0.5% | IPCA + 5.0% (up to sixth year); and<br><br>IPCA + 9.0% (from the sixth to the eleventh year) | 6 + 5 | Approved by BNDESPAR board (June 2013); Approved by CADE (July 13); Contracting and disbursement estimated for October 2014 |

The debentures will have to be fully paid-up in accordance with Sete Brasil's needs and at least in a form equivalent to the capital calls of the Company.

The DCAs may be converted to Sete Brasil shares under the following conditions:

a. At the request of the Debenture Holders:

- Conversion term: up to the sixth year after issuance, at any time;
- Conversion price: R$1.50/share (50% premium)

b. At Sete Brasil's request:

- Conversion Term: up to 90 days after the IPO is carried out;
- Conversion Price: the lesser value of the growing conversion "curve" and the share launch price in the IPO.

<u>Sete Finco's issuance of securities in the international capital market ("Bonds")</u>

As one of the alternatives to sources of long-term financing, the Company may issue bonds in the capital market for up to US$2 billion through its subsidiary Sete Finco. The funds raised will be used to finance the construction of the rigs and related costs by transferring these funds to the SPEs through Qualified Intercompany Loan agreements.

The main terms and conditions negotiated for these purposes are:

| Amount | Structuring Rate | Interest Rate | Term (Years) | Status |
|---|---|---|---|---|

Confidential

EIG00108324
EIG_KEP_00235032



| | | | | |
|---|---|---|---|---|
| Up to US$2.0 billion | Banks (underwriters): 1.00% fixed of the issue value and up to 0.33% discretionary | Up to 300 bps above the outstanding bond[s] of Petrobras, maturing in 2023 (PETBRA 4 - August 3, 2023) | Ten-year bullet or amortizing with payment of semiannual interest | On hold |

Guarantees:

- Corporate guarantee of Sete Brasil, Sete International One, and Sete Holdco (under analysis);
- First-degree guarantee on all present and future assets of Sete Finco, including the Interest Reserve Account, the Linked Account, and all rights of Sete Finco under the terms of each Qualified Intercompany Loan contract. These Qualified Intercompany Loan contracts, in turn, along with all the other senior debts of the project, will have a pari passu and pro rata guarantee condition on substantially all the assets of the competent SPE, including:
    - Pledge of shares from the SPEs
    - Pledge of/right to credits from SPE operating agreements
    - Right to insurance proceeds from insurance purchased
    - Right to guarantees related to EPC Contracts
    - FGCN credit guarantee
    - Pledge of SPE checking accounts
    - Fiduciary disposal of SPE rigs

*Long-Term Financing of SPEs of the First System (BNDES, UKEF/ECGD, CEF-FINISA)*

The ~~nine~~ eight SPEs of the first batch (Arpoador, Camburi, ~~Cassino,~~ Frade, Guarapari, Ondina, Urca, Copacabana, and Grumari) will enter into long-term financing agreements with BNDES, UKEF/ECGD, and Caixa Econômica Federal (CEF) to finance the construction of rigs, as well as provide reimbursement for costs already incurred by the SPEs in the context of building the rigs.

The main terms and conditions negotiated for the BNDES financing are:

| Amount | Structuring Commission | Interest Rate | Term (Years) | Status |
|---|---|---|---|---|
| From US$3.1 to US$3.5 billion | 0.20% on value covered | SPEs of the First System: ~~Up to~~ Libor + 4.78%<br><br>SPEs of the Second System: ~~Up to~~ Libor + 4.89% | Up to ~~18~~ eighteen years | Approved by the BNDES executive board, in the contracting phase |

The principal terms and conditions negotiated for the UKEF/ECGD financing are:



*Approved at the Special Meeting of Shareholders on February 2, 2015*

| Amount | ECGD Premium | All-In Cost | Term: | Status |
| --- | --- | --- | --- | --- |
| Up to US$300 million | Drillship: [11.25%] 10.20%<br><br>Semisubmersible: [12.50%] 11.35% | Drillship:<br>Libor + [~~3.5~~ ~~3.~~10% per annum<br><br>Semis~~-S~~ubmersible:<br>Libor + ~~[~~3.25~~]~~% per annum | Amortization up to:<br><br>Drillship: twelve years<br><br>Semisubmersible: fourteen years | Approved by the UKEF board, in contracting phase |

The principal terms and conditions negotiated for the CEF-FINISA financing are:

| Amount | Structuring Commission | Interest Rate | Term: | Status |
| --- | --- | --- | --- | --- |
| Up to US$1.523 billion (Tranche A: US$1.110 million/Tranche B: US$413 million) | ~~Up to [0.20%]~~ | Fixed rate in USD of up to:<br>▪ Tranche A: ~~Up to~~ 8.0% per annum;<br>▪ Tranche B: ~~Cost of CEF fundraising + up to 2.5~~ 8.72% per annum<br>▪ The effective rate to be paid by the SPEs will be adjusted to include any tax and transaction costs | Up to 20 years. | Approved by the Managing Board of the CEF, in final phase of contracting |

The CEF-FINISA financing will be entered into by Sete Investimentos I S.A. in Brazil and transferred to the SPEs of the first batch through intercompany loan agreements via Sete Netherlands B.V.

BNDES, UKEF/ECGD, and CEF-FINISA (Senior Creditors of the First Batch) will share the package of financing guarantees under equal conditions, in pro-rata and pari passu form. The main guarantees are listed below:

- Equity Support and Subordination Agreement of Sete Brasil, [Sete Holdco] and Sete International One.

Confidential



- 100% pledge of shares of the SPEs
- Vessel mortgage during construction phase
- Vessel mortgage when [rigs are] ready
- Fiduciary assignment of all rights of the SPE in project contracts (EPC Contract, Charter Contract
- Asset Maintenance Agreement, Pre-Operational Agreements, Construction Management Agreements)
- Right to insurance proceeds from insurance and reinsurance purchased
- Right to guarantees related to EPC Contracts
- FGCN credit guarantee
- Pledge of SPE bank accounts
- Pledge of pooled accounts by Sete International One
- Fiduciary assignment of Accounts Management Agreement
- Fiduciary assignment of SPE rights in hedge agreements

The CEF-FINISA financing will in turn rely on a specific package of guarantees in addition to the package shared with the other Senior Creditors of the first batch, due to its disbursement structure in Brazil:

- Fiduciary assignment of the intercompany loans between Sete Investimentos I and Sete Netherlands, and the intercompany loans between Sete Netherlands and each SPE of the first batch.
- Pledge of shares from Sete Investimentos I and Sete Netherlands.
- Collateral/security to be provided by the ~~9~~ eight SPEs for each one of the respective loan agreements executed between CEF and Sete Investimentos I.
- Pledge of accounts by Sete Investimentos I and Sete Netherlands;
- Issuance of promissory notes by Sete Investimentos on the value of the debt.

All contracts, guarantees, and other documents needed to implement these loans were or will be entered into under equal or more advantageous conditions than those stated above.

The Sete Brasil Board is hereby authorized to adopt all orders and take all actions needed to transfer to Sete International One and/or to the SPEs all funds that it comes to raise directly, using for such purpose intercompany loan agreements ("Intercompany Loans,") which shall be entered into by and between Sete Brasil and its subsidiaries in accordance with the conditions usually adopted in the market.

**Commented [A4]: Commented [ADC5]:** Agreed at Special General Meeting of January 12, 2015

*Long-Term Financing of the SPEs of the Third Batch (Banco do Brasil and CEF)*

The eight Third Batch SPEs (Itaunas, Interlagos, Marambaia, Siri, Itapema, Sahy, Comandatuba, and Joatinga) will enter into long-term financing with funds from FMM/Finisa at



-Banco do Brasil and Caixa Econômica Federal (CEF) in order to finance the construction of the rigs, as well as to repay costs already incurred by the SPEs in the context of building the rigs.

The main terms and conditions negotiated for the FMM financing to be transferred by Banco do Brasil and CEF are:

| Amount | Structuring Commission | Interest Rate | Term: | Status |
|---|---|---|---|---|
| Approximately US$4.1 billion | 0.45% | USD+[4.35%] per annum | Up to nineteen years, including grace period and amortization period. Amortization is limited to fifteen years. | In final phase of approval by the Banks |

The FMM financing will be entered into by Sete Investimentos 2 S.A. in Brazil and transferred to Sete Lux SCS through capital contributions, which will in turn transfer the funds to its subsidiary Sete Netherlands II B.V. headquartered in the Netherlands, which will in turn ultimately transfer them to the Dutch SPEs which own the assets financed by the FMM through intercompany loans. The main guarantees are listed below:

- Fiduciary assignment of the Special Centralizing Account of Sete Holding
- Fiduciary assignment of 100% of the respective receivables and loans entered between Sete Investimentos 2 and the Transferring Entities headquartered in the Netherlands and Luxembourg
- Pledge of 100% of the shares of the SPEs
- Vessel mortgage during the construction phase
- Vessel mortgage when [rigs are] ready
- Fiduciary assignment of all rights of the SPE in project contracts (EPC Contract, Charter Contract, Asset Maintenance Agreement, Pre-Operational Agreements, Construction Management Agreements)
- Right to insurance proceeds from insurance and reinsurance purchased
- Right to guarantees related to EPC Contracts
- FGCN credit guarantee
- Pledge of SPE bank accounts
- Pledge of pooled accounts by Sete International Two



- Fiduciary assignment of the Accounts Management Agreement
- Fiduciary assignment of the rights of the SPE in the hedge agreements

The main terms and conditions negotiated for the financing of CEF-FINISA are:

| Amount | Structuring Commission | Interest Rate | Term | Status |
|---|---|---|---|---|
| Approximately US$628.0 million | Up to [0.45%] | Approximately [8%] per annum fixed in USD. The effective rate to be paid by the SPEs will be adjusted to include any tax and transaction costs. | Up to fifteen years. | In final phase of approval by CEF |

The main terms and conditions negotiated for the additional financing to be provided by Banco do Brasil are:

| Amount | Structuring Commission | Interest Rate | Term | Status |
|---|---|---|---|---|
| Approximately US$628.0 million | Up to [0.45%] | Approximately [8%] per annum fixed in USD. The effective rate to be paid by the SPEs will be adjusted to include any tax and transaction costs. | Up to fifteen years. | In final phase of approval by BB |

The main guarantees for transactions of Finisa and the supplementary transaction of BB are listed below, and are similar to the package offered under the scope of the FMM transfer transaction:

- Fiduciary assignment of the Special Centralizing Account of Sete Holding
- Fiduciary assignment of 100% of the respective receivables and loans entered between Sete Investimentos 2 and the Transferring Entities headquartered in the Netherlands and Luxembourg
- Pledge of 100% of the shares of the SPEs
- Vessel mortgage during the construction phase
- Vessel mortgage when [rigs are] ready



*Approved at the Special Meeting of Shareholders on February 2, 2015*

- Fiduciary assignment of all rights of the SPE in project agreements (EPC Contract, Charter Contract, Asset Maintenance Agreement, Pre-Operational Agreements, Construction Management Agreements)
- Right to insurance proceeds for insurance and reinsurance purchased
- Right to guarantees related to EPC Contracts
- FGCN credit guarantee
- Pledge of bank accounts by SPEs
- Pledge of pooled accounts by Sete International Two
- Fiduciary assignment of the Accounts Management Agreement
- Fiduciary assignment of rights of the SPE in hedge agreements

**24**

**Confidential**

**EIG00108330**
**EIG_KEP_00235038**



*Approved at the Special Meeting of Shareholders on February 2, 2015*

## 6 – TIMELINE OF CAPITAL CONTRIBUTIONS

The forecast of capital contributions will encompass all commitments by Sete Brasil, Sete International One, and the SPEs, including, without limitation: EPC Contracts, indexing of EPC Contract, start-up equipment, FGCN credit guarantee, construction oversight, insurance, financial costs, and general and administrative expenses.

The capital contributions provided for in the timeline contained in this document will be contingent upon the actual execution or, at least, on the parties involved obtaining the corporate approvals required to execute the documents needed to implement the transaction approved and provided for in this Appendix.

Bridge Loan Three Capital Increase – Assumptions Considered

The capital increase provided for below represents the capital limit that will have to be subscribed for and paid up, meeting the condition precedent stated in the Private Subscription and Payment Commitment Agreement, which is equivalent to the value of principal and interest, plus 30% (thirty percent) of the bridge loan taken out from Sete International One (Bridge Loan Three). The exact value in reais of the capital increase was determined by the conversion based upon the BRL/USD exchange rate on August 9, 2013, the business day immediately preceding the resolution approving the capital increase, and equivalent to up to US$**1,638,406,250.00,** as calculated below.

| | **Amount** |
|---|---|
| **Loan Principal** | US$1,250,000,000.00 |
| **Loan Interest*** | US$10,312,500 |
| **Total** | US$1,260,312,500.00 |
| **Margin (30%)** | US$378,093,250.00 |
| **TOTAL CAPITAL INCREASE** | **US$1,638,406,250.00** |

**Based on Three Month Libor – August 9, 2013.*

Assumptions Considered

| **Sources** | **Amount (millions)** | **Start of Disbursement** | **"Dry-Closing"** |
|---|---|---|---|
| ***Debt*** | | | |
| Rolling of Bridge Loan (First System excluding Arpoador Drilling B.V. and Marambaia Drilling B.V.) ("Bridge Loan One") | US$750 | - | February/2014 |
| Rolling of Bridge Loan (SPEs of the Second System covered by BNDES, including Arpoador Drilling B.V.)[1] ("Bridge Loan Two") | US$1,715 | - | April/2014 |
| Sete International One Bridge Loan ("Bridge Loan Three") | US$1,250 | September/2013 | August/2013 |



*Approved at the Special Meeting of Shareholders on February 2, 2015*

| | | | |
|---|---|---|---|
| BB and CEF Bridge Loan or Commercial Banks (SPEs to be covered by FMM) ("Bridge Loan Four") | US$1,000 | February/2014 | February/2014 |
| ***Equity*** | | | |
| FI-FGTS Subordinated Debt | R$1,850 | February/2013 | February/2013 |
| Debentures Convertible to Shares | R$1,200 | October/2013 | September/2013 |

[1] *Alternative scenario if Senior Loan not disbursed by October 2013.*

Consolidated – twenty-nine rigs (Amounts in R$)

| **Capital Increase approved at the Special General Meeting of Shareholders on August 12, 2013** | |
|---|---|
| Class A* | R$3,727,046,538 |

*per condition precedent resolved at the Special General Meeting of Shareholders on August 12, 2013

Considering the partial pre-payment of the outstanding balance on the bridge loan taken out from Sete International One (Bridge Loan Three) in the amount of US$160 million (or R$368,000,000.00, considering a R$2.30 exchange rate) occurring in September/2014, the planned capital increase represents the limit on the capital that must be subscribed for and paid-up, complying with the condition precedent stated in the Private Subscription and Payment Commitment Agreement, which is equivalent to the amount of principal and interest, plus 30% (thirty percent), of the remaining balance of the aforementioned loan.

| | **(a) Total** | **(b) Called** | **(a) – (b) Balance after call** |
|---|---|---|---|
| **Contribution commitment (Capital Call/Guarantee) R$** | **R$3,727,046,538.00** | **R$460,000,000.00** | **R$3,267,046,538.00** |
| **Debt R$*** | R$2,866,958,875.38 | **R$368,000,000.00** | R$2,498,958,875.38 |
| **Buffer (30%) R$*** | R$860,087,662.62 | **R$93,000,000.00** | R$768,087,662.62 |

*Reference values which use 2.3 exchange rate as base

| **Balance of the Capital Increase approved at the Special General Meeting of Shareholders on August 12, 2013, to be subscribed for and paid up** | |
|---|---|
| Class A* | R$3,267,046,538 |

*in conformity with the condition precedent agreed to by resolution of the Special General Meeting of Shareholders on August 12, 2013



Given the full settlement of the remaining value of the Bridge Loan Three Debt, the amount equivalent to R$3,267,000,000.00 shall be paid for this purpose. It is noteworthy that said amount is part of the remaining total of the Balance to be Subscribed and Paid Up of the Capital Increase Approved at the Special Meeting of Shareholders on August 12, 2013 (per the chart above).

Considering that the condition precedent stated in the Private Subscription and Payment Commitment Agreement has been met, which is equivalent to the value of principal and interest, plus 30% (thirty percent) of the remaining balance of the aforementioned loan, it is considered that, at the exchange rate of R$2.28, approximately R$2.5 billion will be earmarked to pay off Bridge Loan Three, while R$753.9 million will remain Company cash, according to the following chart:

| | (a) Total (remaining) | (b) Called | (a) – (b) Balance after call |
|---|---|---|---|
| **Contribution commitment (Capital Call/Guarantee) R$** | **R$3,267,046,538.00** | R$3,267,000,000.00 | **R$46,538.00** |
| **Debt R$*** | R$2,513,112,721.54 | **R$2,513,112,721.54** | R$0.00 |
| **Buffer (30%) R$*** | R$753,933,816.46 | **R$753,887,278.46** | R$46,538.00 |

*Reference values using 2.28 exchange rate as base

Timeline for 2014 Capital Increase – Assumptions Considered when Capital Called

In 2011, 2012, and 2013, there were capital contributions at Sete Brasil Participações (Class A shareholder) in the amounts of R$126.3 million, R$1.5 billion, and R$938.1 million respectively, totaling R$2.5 billion.

Based upon the projection of CAPEX provided by the managing group of the project (CMA) of each shipyard and revised by Engineering Management, and the assumptions for raising long-term funds that were discussed with lenders through February 2014, a cash flow projection was prepared which confirmed the need for a capital contribution in 2014 per the table below:

*Approved at the Special Meeting of Shareholders on February 2, 2015*

| Year 2014 | | | SHAREHOLDER CONTRIBUTION (US$) | SHAREHOLDER CONTRIBUTION (R$) |
|---|---|---|---|---|
| **Finisa**<br>**June – October 2014** | **Bridge Loan 4** March 2014 (US$500 million)<br><br>**Bridge Loan 5**<br>June-2014 (US$1.25 billion)<br><br>**DCA**<br>July 2014 | **BNDES (First Batch)**<br>**September 2014**<br><br>**FMM**<br>**November 2014**<br><br>**BNDES (Second Batch)**<br>**March 2015** | **$694.53 3 million** | **R$1.7 billion** |

*2.40 BRL/USD quote

According to the 2014 Projected Cash Flow, up to R$1.7 billion will currently be needed in 2014, with R$500 million of this amount being paid in April 2014.

Consolidated – Twenty-Nine Rigs (Amounts in R$)

| Capital Increase approved at Special Meeting of Shareholders of March 26, 2014 | Term | Amount |
|---|---|---|
| Class A | 2014 | R$1,700,000,000 |

Timeline of August 2014 Capital Increase – Assumptions Considered When Capital Called

Considering that in March 2014, a new capital increase in the amount of R$1.7 billion was authorized which was fully paid-up in April, May, and June of that year, and given the current timeline expected for contracting and first disbursement of the long-term lines (it is expected that this will occur in October 2014 for the first batch rigs) as well as the cash flow of the upcoming months, the Company notes the need for additional funds to face current expenditures, and primarily CAPEX.

Based upon the CAPEX projection provided by the project management group (CMA) for each shipyard and reviewed by Engineering Management, and the objectives for long-term fundraising discussed with the lenders through July 2014, a cashflow projection was prepared, which confirmed the need for a capital contribution in August 2014,



*Approved at the Special Meeting of Shareholders on February 2, 2015*

-per the table below:

| Assumptions | | | | MONTH OF CONTRIBUTION | SHAREHOLDER CONTRIBUTION (US$) | SHAREHOLDER CONTRIBUTION (R$)* |
|---|---|---|---|---|---|---|
| **Finisa** October and December 2014 | **Bridge Loan Five/NP** September 2014 (US$250 million and US$113 million) | **BNDES (First Batch)** November 2014 **BNDES (Second Batch)** June 2015 | **FMM** December 2014 | August 2014 | 131.1 | 295.0 |

**Considering a rate of R$2.25*

According to the Projected 2014 Cashflow, R$295 million will currently be needed in August 2014.

Consolidated – twenty-nine rigs (Amounts in R$)

| Capital Increase approved at the Special General Meeting of Shareholders on August 6, 2014 | Term | Amount |
|---|---|---|
| Class A | 2014 | R$295,000,000 |

Considering the need for consolidated cash in August 2014 as a strategy for obtaining the funds needed to face cash requirements, the Company wishes to do a voluntary partial prepayment of Bridge Loan Three, according to the terms of the respective loan agreement.

To that end, it was confirmed that another capital contribution would be necessary in August 2014 in the amount of R$460 million, of which (i) approximately 368,000,000.00 (equivalent to US$160 million, considering the exchange rate of R$2.30) will be used to partially amortize the debt assumed by Sete International GmbH in the context of Bridge Loan Three; and (ii) the remainder, in the amount of approximately R$92 million, will be used to fulfil short-term cash requirements and to strengthen the working capital of the Company.

Consolidated – twenty-nine rigs (Amounts in R$)

| Capital Increase approved at the Special General Meeting of Shareholders on August 21, 2014 | Term | Amount |
|---|---|---|
| Class A | 2014 | R$460,000,000 |



For the month of September 2014, as there is also a need for cash, the Company wishes to pay off Bridge Loan Three, as provided in the respective loan agreement.

Therefore, another capital contribution will be needed in September 2014 in the amount of R$3,267,000,000.00 million [sic], of which (i) approximately R$2.5 billion (equivalent to US$1.1 billion, considering an exchange rate of R$2.28) will be used to pay off the debt assumed by Sete International GmbH in the context of Bridge Loan Three; and (ii) the remainder, in the amount of approximately R$758.9 million, will be used to fulfil short-term cash requirements and strengthen the working capital of the Company.

Consolidated – twenty-nine rigs (Amounts in R$)

| Capital Increase approved at the Special Meeting of Shareholders on September 11, 2014 | Term | Amount |
|---|---|---|
| Class A | 2014 | R$3,267,000,000.00 |

**From:** Tania Gobatti Calca <tania.calca@caixa.gov.br>
**To:** aires@bradescobbi.com.br; carolpagani@bradescobbi.com.br; daniel.malandrin@bradescobbi.com.br; fernando@bradescobbi.com.br; sandro@bradescobbi.com.br; fipsondas@petrobras.com.br; alexisward@petrobras.com.br; smolka@petrobras.com.br; geafe02@caixa.gov.br; geafe@caixa.gov.br; Alexandre Prates Paterniani; Bruno Lanzelotte Chmatalik; Lorena dos Santos Ramos; Edna Lucia de Alencar Melo Camargo; laurodeluca@luceinv.com; aldofloris@luceinv.com; cjunger@luceinv.com; cjunger@predialnet.com.br; ssilva@luceinv.com; elainealbertino@luceinv.com; vitorvallim@previ.com.br; mcb@previ.com.br; gepar1@previ.com.br; karla_macena@previ.com.br; gerin@previ.com.br; karlafidalgo@previ.com.br; rpimenta@previ.com.br; deniseleite@previ.com.br; daniel.rodrigues@lakepar.com; eduardo.maranhao@lakepar.com; luiz.reis@lakepar.com; mhalbuquerque@santander.com.br; jfmoreiraf@santander.com.br; jpego@santander.com.br; Jose Magela Bernardes; Marcel Abe; Gabriel Meira; Shana Zoellner; marcia.freire@vale.com; bernar.braga@vale.com; lana.belfort@vale.com; daniel.conte@vale.com; alcinei@funcef.com.br; marianav@funcef.com.br; gepar@funcef.com.br; leonardosansivieri@funcef.com.br; lucas.martinelli@btgpactual.com; renato.mazzola@btgpactual.com; mcortezzi@petros.com.br; tcao@petros.com.br; procha@petros.com.br; malbuquerque@petros.com.br; dseabra@petros.com.br; Cassio Viana de Jesus; Flavio Eduardo Arakaki; Leonardo Calderaro da Graca Caseiro; Yoshio Marcos Hashimoto
**CC:** Rebeca Correa Balian; Mauricio Antonio Alves da Costa; Felipe Gomes Marinoni; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; geaju05@caixa.gov.br
**Sent:** 2/2/2015 12:16:12 PM
**Subject:** FIP Sondas | 87ª RCI_02-02-2015_10h30_ IAPN marcado
**Attachments:** Anexo III - NT AGE 02.02.2015 _IAPN marcado CEF.docx.zip

Senhores membros do Comitê de Investimento do FIP Sondas

Segue em anexo a versão atualizada do IAPN, marcada em relação à deliberação das novas condições do Batch 1.

Quanto às Atas das deliberações desta data, cabe informar que estamos no aguardo do recebimento de votos suficientes para uma definição, considerando que ainda estamos com o quórum em cerca de 70% das cotas do Fundo.

Permaneço à disposição para quaisquer eventualidades.

Atenciosamente

**Tania Gobatti Calça Gonçalves**
CAIXA ECONÔMICA FEDERAL
Desenvolvimento de Fundos Estruturados
Av. Paulista, 2.300 - 11ª andar, São Paulo/SP
Tel.: (11) 2159-7261

**De:** Tania Gobatti Calca
**Enviada em:** segunda-feira, 2 de fevereiro de 2015 10:10
**Para:** Mauricio Antonio Alves da Costa; GEDEF04 - Administração e Governança de Fundos Estruturados; aires@bradescobbi.com.br; carolpagani@bradescobbi.com.br; daniel.malandrin@bradescobbi.com.br; fernando@bradescobbi.com.br; sandro@bradescobbi.com.br; fipsondas@petrobras.com.br; alexisward@petrobras.com.br; smolka@petrobras.com.br; GEAFE02 - Governança; GEAFE - GN Gestão de Fundos Estruturados; Alexandre Prates Paterniani; Bruno Lanzelotte Chmatalik; Lorena dos Santos Ramos; Edna Lucia de Alencar Melo Camargo; laurodeluca@luceinv.com; aldofloris@luceinv.com; cjunger@luceinv.com; cjunger@predialnet.com.br; ssilva@luceinv.com; elainealbertino@luceinv.com; vitorvallim@previ.com.br; mcb@previ.com.br; gepar1@previ.com.br; karla_macena@previ.com.br; gerin@previ.com.br; karlafidalgo@previ.com.br; rpimenta@previ.com.br; deniseleite@previ.com.br; daniel.rodrigues@lakepar.com; eduardo.maranhao@lakepar.com; luiz.reis@lakepar.com; mhalbuquerque@santander.com.br; jfmoreiraf@santander.com.br; jpego@santander.com.br; jm.bernardes@eigpartners.com; Marcel.Abe@eigpartners.com; Gabriel.Meira@eigpartners.com; Shana.Zoellner@eigpartners.com;

marcia.freire@vale.com; bernar.braga@vale.com; alcinei@funcef.com.br; marianav@funcef.com.br; gepar@funcef.com.br; leonardosansivieri@funcef.com.br; lucas.martinelli@btgpactual.com; renato.mazzola@btgpactual.com; mcortezzi@petros.com.br; tcao@petros.com.br; procha@petros.com.br; malbuquerque@petros.com.br; dseabra@petros.com.br; Cassio Viana de Jesus; Flavio Eduardo Arakaki; Leonardo Calderaro da Graca Caseiro; Yoshio Marcos Hashimoto
**Cc:** Rebeca Correa Balian; Felipe Gomes Marinoni; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; GEAJU05 - Atend. Jurid. a VITER E VIFIC
**Assunto:** FIP Sondas | 87ª e 88ª RCI_02-02-2015 (Questionamentos)

Senhores Membros,

Para subsidiar as deliberações das RCI a serem realizadas nesta data, seguem as respostas da Companhia aos questionamentos encaminhados.

AGE 02.02.2015 as 11h00 (Financiamento Batch 1)

- Com relação a tranche B da dívida da Caixa Econômica Federal, qual seria o custo, em termos percentuais?

Conforme consta no termsheet, o custo da tranche B da dívida da Caixa será 8,72% ao ano, na Sete Investimentos I.

- Sobre a necessidade adicional de *equity*, no valor de US$ 170 milhões, qual a estratégia da Companhia para captar o recurso?

Conforme mencionado em ocasiões anteriores, a alavancagem do 1º batch diminuiu de 75% para em torno de 73,5%. O equity para o Batch 1 está equacionado.

- Sobre a condição imposta pelo BNDES, em que a Sete Brasil fica obrigada a arcar com o pagamento de quaisquer multas, existe alguma análise jurídica sobre o assunto? Foi elaborado algum trabalho para mapear eventuais multas?

A obrigação da Sete Brasil nos contratos de financiamento será de arcar com quaisquer multas relacionadas a condenações por condutas fraudulentas decorrentes de lavagem de dinheiro, corrupção ou improbidade administrativa. Dado que no momento não temos conhecimento de qualquer ato ilícito praticado pelas SPEs ou seus representantes, não temos condições de realizar um estudo sobre o assunto.

- A auditoria internacional contratada pela Sete Brasil para verificar os contratos, já concluiu os trabalhos? Os resultados trazem conforto quanto ao item acima?

O trabalho da auditoria ainda não foi concluído.

- As empresas envolvidas no projeto (Petrobras, operadores e estaleiros) já emitiram a declaração afirmando que não houve prática de corrupção?

A Petrobras (em seu nome e da PNBV) deliberará o tema em sua reunião de diretoria na segunda-feira dia 2, embora uma redação para a carta já tenha sido acordada entre Petrobras e Credores. A QGOG já emitiu a carta. A Seadrill e a Odfjell já concordaram com a carta, porém ainda não a assinaram. O EAS havia assinado uma carta, mas que os credores já não consideram satisfatório e uma nova redação está sendo discutida. Jurong e Keppel já aceitaram em emitir a carta endereçando-a à SPE, e o tema está em análise pelos credores.

- Com relação aos honorários jurídicos de US$ 500.000,00, existe algum material relacionado a orçamento, trabalho final, nota fiscal etc?

Os honorários jurídicos informados são, basicamente, para as discussões do 1º batch "*out-of-scope*", relacionadas a todas as declarações anticorrupção, alteração das CPs e dos documentos financeiros em decorrência das mudanças recentes do BNDES, Caixa e UKEF e atraso em geral para o *closing*, o que encarece o que estimávamos de honorários para advogados dos credores do 1º batch.

AGE 02.02.2015 as 12h00 (AMA PNBV)

- Existe parecer jurídico elaborada por escritório especializado?

Não existe parecer jurídico de escritório externo sobre o AMA PNBV, porém a Companhia está confortável com o conteúdo do documento do ponto de vista jurídico.

Adicionalmente informamos que às 10h30 iniciaremos a teleconferência e que a Companhia estará disponível para participar e esclarecer quaisquer outras questões.

Permanecemos à disposição para quaisquer eventualidades.

Atenciosamente

**Tania Gobatti Calça Gonçalves**
CAIXA ECONÔMICA FEDERAL
Desenvolvimento de Fundos Estruturados
Av. Paulista, 2.300 - 11ª andar, São Paulo/SP
Tel.: (11) 2159-7261

**De:** Mauricio Antonio Alves da Costa
**Enviada em:** sexta-feira, 30 de janeiro de 2015 19:18
**Para:** GEDEF04 - Administração e Governança de Fundos Estruturados; aires@bradescobbi.com.br; carolpagani@bradescobbi.com.br; daniel.malandrin@bradescobbi.com.br; fernando@bradescobbi.com.br; sandro@bradescobbi.com.br; fipsondas@petrobras.com.br; alexisward@petrobras.com.br; smolka@petrobras.com.br; GEAFE02 - Governança; GEAFE - GN Gestão de Fundos Estruturados; Alexandre Prates Paterniani; Bruno Lanzelotte Chmatalik; Lorena dos Santos Ramos; Edna Lucia de Alencar Melo Camargo; laurodeluca@luceinv.com; aldofloris@luceinv.com; cjunger@luceinv.com; cjunger@predialnet.com.br; ssilva@luceinv.com; elainealbertino@luceinv.com; vitorvallim@previ.com.br; mcb@previ.com.br; gepar1@previ.com.br; karla_macena@previ.com.br; gerin@previ.com.br; karlafidalgo@previ.com.br; rpimenta@previ.com.br; deniseleite@previ.com.br; daniel.rodrigues@lakepar.com; eduardo.maranhao@lakepar.com; luiz.reis@lakepar.com; mhalbuquerque@santander.com.br; jfmoreiraf@santander.com.br; jpego@santander.com.br; jm.bernardes@eigpartners.com; Marcel.Abe@eigpartners.com; Gabriel.Meira@eigpartners.com; Shana.Zoellner@eigpartners.com; marcia.freire@vale.com; bernar.braga@vale.com; alcinei@funcef.com.br; marianav@funcef.com.br; gepar@funcef.com.br; leonardosansivieri@funcef.com.br; lucas.martinelli@btgpactual.com; renato.mazzola@btgpactual.com; mcortezzi@petros.com.br; tcao@petros.com.br; procha@petros.com.br; malbuquerque@petros.com.br; dseabra@petros.com.br; Cassio Viana de Jesus; Flavio Eduardo Arakaki; Leonardo Calderaro da Graca Caseiro; Yoshio Marcos Hashimoto
**Cc:** Rebeca Correa Balian; Tania Gobatti Calca; Felipe Gomes Marinoni; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; GEAJU05 - Atend. Jurid. a VITER E VIFIC
**Assunto:** FIP Sondas | Convocação 88ª Reunião do Comitê de Investimento - 02 de fevereiro de 2015 às 11h30 (Material Complementar)

Aos
Membros do Comitê de Investimento do FIP Sondas

Prezados Senhores

1. Como material complementar segue o TS com o detalhamento da Cláusula de Indenização marcado. Porém a Companhia ressalva que não haverá a assinatura de novo Term Sheet (a nova cláusula já constará no próprio contrato). Portanto, esse documento em anexo é apenas para facilitar a comparação.

2. Estamos à disposição para quaisquer esclarecimentos.

Atenciosamente

Mauricio Antonio Alves da Costa
Operador de Mesa
Desenvolvimento de Fundos Estruturados
Tel.: (11) 3555-0944

**De:** GEDEF04 - Administração e Governança de Fundos Estruturados
**Enviada em:** sexta-feira, 30 de janeiro de 2015 13:49
**Para:** aires@bradescobbi.com.br; carolpagani@bradescobbi.com.br; daniel.malandrin@bradescobbi.com.br;

fernando@bradescobbi.com.br; sandro@bradescobbi.com.br; fipsondas@petrobras.com.br; alexisward@petrobras.com.br; smolka@petrobras.com.br; GEAFE02 - Governança; GEAFE - GN Gestão de Fundos Estruturados; Alexandre Prates Paterniani; Bruno Lanzelotte Chmatalik; Lorena dos Santos Ramos; Edna Lucia de Alencar Melo Camargo; laurodeluca@luceinv.com; aldofloris@luceinv.com; cjunger@luceinv.com; cjunger@predialnet.com.br; ssilva@luceinv.com; elainealbertino@luceinv.com; vitorvallim@previ.com.br; mcb@previ.com.br; gepar1@previ.com.br; karla_macena@previ.com.br; gerin@previ.com.br; karlafidalgo@previ.com.br; rpimenta@previ.com.br; deniseleite@previ.com.br; daniel.rodrigues@lakepar.com; eduardo.maranhao@lakepar.com; luiz.reis@lakepar.com; mhalbuquerque@santander.com.br; jfmoreiraf@santander.com.br; jpego@santander.com.br; jm.bernardes@eigpartners.com; Marcel.Abe@eigpartners.com; Gabriel.Meira@eigpartners.com; Shana.Zoellner@eigpartners.com; marcia.freire@vale.com; bernar.braga@vale.com; alcinei@funcef.com.br; marianav@funcef.com.br; gepar@funcef.com.br; leonardosansivieri@funcef.com.br; lucas.martinelli@btgpactual.com; renato.mazzola@btgpactual.com; mcortezzi@petros.com.br; tcao@petros.com.br; procha@petros.com.br; malbuquerque@petros.com.br; dseabra@petros.com.br; Cassio Viana de Jesus; Flavio Eduardo Arakaki; Leonardo Calderaro da Graca Caseiro; Yoshio Marcos Hashimoto
**Cc:** Rebeca Correa Balian; Tania Gobatti Calca; Mauricio Antonio Alves da Costa; Felipe Gomes Marinoni; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; GEAJU05 - Atend. Jurid. a VITER E VIFIC
**Assunto:** FIP Sondas | Convocação 88ª Reunião do Comitê de Investimento - 02 de fevereiro de 2015 às 11h30

Aos
Membros do Comitê de Investimento do FIP Sondas

Prezados Senhores

1. Nos termos do Artigo 27 do Regulamento do Fundo, convocamos os senhores para a 88ª Reunião do Comitê de Investimento do FIP Sondas, a realizar-se em **02 de fevereiro de 2015, a partir das 11h30,** por meio de teleconferência.

2. Para essa deliberação, será necessária a presença da totalidade dos membros do Comitê de Investimento, dado que a convocação não atende o prazo mínimo regulamentar.

3. Para acesso à sala de teleconferência, por gentileza, ligue para **(11) 2081-9660**, informe a sala **78772** e a senha **218184**.

4. Anexamos também o material de suporte e a ficha de votação.

5. Estamos à disposição para quaisquer esclarecimentos.

Atenciosamente

Mauricio Antonio Alves da Costa
Operador de Mesa
Desenvolvimento de Fundos Estruturados
Tel.: (11) 3555-0944

Fernando Henrique Augusto
Gerente Executivo
Desenvolvimento de Fundos Estruturados
Tel.: (11) 2179-7264

CAIXA ECONÔMICA FEDERAL
Av. Paulista, 2.300, 11º andar – São Paulo/SP



## ANEXO I
## INVESTIMENTOS APROVADOS

### 1 – DESCRIÇÃO DO INVESTIMENTO

Construção de 29 sondas de perfuração (o "Projeto"), divididas em:

**(i) Primeiro Sistema:** composto por sete unidades, cujos contratos de afretamento e de prestação de serviços foram firmados em junho 2011 com a Petróleo Brasileiro S.A. – Petrobras ("Petrobras"). Há 2 contratos com prazo de 20 anos e 5 contratos com prazo de 10 anos, ambos com opção de renovação. O Estaleiro Atlântico Sul ("EAS") era o responsável pela construção, no Brasil, das sete sondas nos termos do *Engineering, Procurement and Construction Contracts* ("Contratos de EPC") celebrados em junho de 2011. Contudo, a Companhia negociou com a Petrobras que a primeira sonda em construção pelo EAS será substituída pela primeira sonda em construção pelo Estaleiro Jurong Aracruz (conforme Contrato de EPC celebrado em 16/12/2011), mantendo-se, desta forma, o contrato de afretamento entre a Arpoador Drilling B.V. e a Petrobras. Ainda em junho de 2011, a Petrobras foi contratada pelas sociedades de propósito específico (individualmente "SPE" ou, conjuntamente, as "SPEs") para supervisionar e gerenciar a construção das sondas junto ao EAS, por meio da celebração de Contratos de Gerenciamentos de Construção.

**(ii) Segundo Sistema**: composto por 21 unidades, com estrutura de governança semelhante às SPEs do Primeiro Sistema, cuja contratação foi aprovada pela Petrobras em 13 de fevereiro de 2012. Essas 21 sondas adicionais também serão construídas no Brasil e irão operar através de contratos de afretamento de longo prazo (15 anos, com possibilidade de renovação por mais 5 anos) contratados com a Petrobras em agosto de 2012, conforme aditados. A Petrobras será contratada para gerenciamento das obras de construção das sondas, em conjunto com os operadores, por meio da celebração de contratos de gerenciamento de construção em termos semelhantes àqueles celebrados para o Primeiro Sistema. A construção das sondas do Segundo Sistema será feita pelos estaleiros BrasFels (6 sondas), Jurong Aracruz (6 sondas, excluindo o Contrato de EPC da Arpoador Drilling B.V., que compõe o Primeiro Sistema), Enseada do Paraguaçu (6 sondas) e Rio Grande/ECOVIX (3 sondas). Todos os contratos de EPC do Segundo Sistema contam com garantia de performance do estaleiro construtor, prestada nos termos do Apêndice A; e

**(iii) 29º Sonda:** adicionalmente às 28 unidades descritas acima (Primeiro e Segundo Sistemas) será construída com o EAS uma sonda, em razão da substituição da primeira sonda do Primeiro Sistema, descrita no item (i) acima. As negociações com o EAS definiram que cada uma das sete unidades do Primeiro Sistema originalmente contratadas com o EAS cederiam seus respectivos Contratos de EPC de forma que: (i) a DRU#1 deixe de ser Arpoador e passe a ser Copacabana; (ii) DRU#2 passe a ser Grumari; (iii) a DRU#3 passe a ser Ipanema; (iv) a DRU#4



passe a ser Leblon; (v) a DRU#5 passe a ser o Leme; (vi) a DRU#6 passe a ser a Marambaia; e, por fim, (vii) a DRU#7 passe a ser a 29ª Sonda, qual seja, aquela de propriedade da Joatinga Drilling B.V. No caso específico do Contrato de EPC de Joatinga Drilling B.V., estão incluídos mecanismos, em caso de não cumprimento da *performance* esperada do EAS, que permitirão a Sete Brasil cancelar o contrato, sem indenizações ao EAS, o qual se obriga à devolução dos valores pagos, conforme sumarizado no Apêndice G. Esta alteração vincula a continuidade do Contrato de EPC da sétima unidade ao desempenho das demais seis unidades. Neste momento a Joatinga Drilling B.V. não possui um contrato de afretamento firme.

Os contratos de afretamento do Primeiro e Segundo Sistemas foram celebrados pelas subsidiárias holandesas da Sete Brasil e os contratos de prestação de serviços foram celebrados por empresas operadoras especializadas (*onshore*). O operador de cada uma das sondas do Projeto é responsável pela manutenção, preservação e operação da sonda, sendo que para as sondas do Segundo Sistema foi negociado que os respectivos operadores irão celebrar os contratos de manutenção de ativo com cada uma das SPEs do Projeto. Os contratos de afretamento, de prestação de serviços, de EPC, e de gerenciamento de construção obedecem aos termos e condições mínimas constantes dos Apêndices B, C, D e E do presente documento.

O valor total de investimento previsto para a construção das 29 sondas é estimado em US$ 25,7 bilhões conforme o quadro de usos e fontes descrito no item 4 a seguir.



**2 – Regras de Governança Corporativa**

A Sete Brasil tem atualmente 4 (quatro) subsidiárias integrais localizadas na Áustria: (i) a Sete International One GmbH ("Sete International One"), e (ii) a Sete International Two GmbH ("Sete International Two"), que têm como objeto social deter participação direta entre 70% (setenta por cento) a 85% (oitenta e cinco por cento) no capital acionário de 29 (vinte e nove) SPEs localizadas na Holanda, sendo que cada SPE será proprietária de uma sonda. Excepcionalmente, a Joatinga Drilling B.V. foi constituída como 100% Sete International One (iii) a Sete Finco GmbH, cujo objeto é prover financiamento para todas as sociedades do Grupo Sete, através de captação de recursos no mercado de capitais ou através da celebração de financiamentos com bancos comerciais ou qualquer outro tipo de instituição financeira com a finalidade de financiar o Projeto Sondas; e (iv) a Sete Holding GmbH ("Sete Holdco"), cujo objeto é a participação em outras sociedades, tal qual em suas subsidiárias integrais, a Sete International One e Sete International Two, onde assume todas as obrigações inerentes a tais subsidiárias e que estão atualmente em vigor.

A Sete Brasil possui também 2 (duas) subsidiárias integrais localizadas no Brasil, a Sete Investimentos 1 S.A. ("Sete Investimentos 1") e a Sete Investimentos 2 S.A. ("Sete Investimentos 2"), que têm como objeto prover financiamento para todas as sociedades do Grupo Sete, através da celebração de financiamentos com bancos comerciais ou qualquer outro tipo de instituição financeira com a finalidade de financiar o Projeto Sondas.

Na Holanda, além da participação acionária nas 29 SPEs, o Grupo Sete possui a Sete Netherlands B.V. ("Sete Netherlands B.V."), e Sete Netherlands 2 B.V. ("Sete Netherlands 2 B.V.") que têm como objeto prover financiamento para as 29 SPEs, através da celebração de financiamentos com outras sociedades do Grupo Sete, gerenciando assim parte dos recursos financeiros a serem investidos no Projeto Sondas.

Em Luxemburgo, o Grupo Sete possui as empresas Sete Lux Sarl ("Sete Sarl") e Sete Lux SCS ("Sete Lux") constituídas a fim de prover financiamento para as sondas do 3° Batch.

As SPEs possuem ações de dois tipos (Classe A e Classe B), com iguais direitos econômicos e políticos, mas com diferenças na natureza e qualificação de seus detentores. O acionista Classe A é a Sete International One e/ou Sete International Two, se for o caso, e o acionista Classe B é uma empresa do grupo econômico de uma empresa especializada responsável pela operação de cada sonda, por meio do contrato de prestação de serviços celebrado com a Petrobras, vinculado aos contratos de afretamento. Ademais, conforme mencionado acima, haverá vínculo contratual entre cada uma das SPEs e o operador de sua sonda, formalizado por meio de um contrato de manutenção de ativo. Os aportes de *equity* por parte dos acionistas Classe A e Classe B são proporcionais às respectivas participações acionárias.



A Sete International One e os acionistas Classe B celebraram acordos de acionistas, regulando suas relações enquanto acionistas das SPEs. A Petrobras Netherlands B.V. ("PNBV") figura, inicialmente, como acionista Classe B de todas as SPEs do Primeiro Sistema. Os respectivos acordos de acionistas preveem, dentre outras disposições, condições para transferência das ações Classe B, em cinco das SPEs, para outras empresas especializadas em operação de sondas, tendo a Sete International One renunciado ao seu direito de preferência na aquisição de referidas ações Classe B.

Para as SPEs do Segundo Sistema, as empresas indicadas a seguir, ou empresas pertencentes aos seus respectivos grupos econômicos, serão responsáveis pela operação das sondas, detendo ações Classe B nas proporções a seguir mencionadas:

(i) Queiroz Galvão Óleo e Gás: 15% de 3 SPEs;

(ii) Odebrecht Óleo e Gás: 15% de 5 SPEs;

(iii) Etesco e OAS: em conjunto, possuem -25% de 5 2 SPEs;

Commented [TGC1]: DELIBERAÇÃO 26.01.2015 AINDA EM ABERTO.

(iv) Odfjell: 20% de 3 SPEs; e

(v) Seadrill: 30% de 3 SPEs e 15% de 2 SPEs

Para fins de celebração dos contratos de afretamento e prestação de serviços com a Petrobras, conforme exigência nos termos do Convite Internacional número 0966646118, a Sete Brasil celebrou contratos de consórcio com as empresas mencionadas acima, por meio dos quais se compromete solidariamente por todas as estipulações decorrentes dos contratos de afretamento e de prestação de serviços.

Em linhas gerais, as SPEs seguem padrões comuns e simplificados de governança, coerentes com as regras jurídicas holandesas, com estrutura composta por uma assembleia geral de acionistas ("*General Meeting*"), e um órgão de administração ("*Board*"), formado por dois ou mais membros, assegurado a cada classe de acionistas o direito de indicar ao menos um administrador. Além disso, a representação das SPEs dar-se-á sempre de maneira conjunta, por meio de assinatura de membros do *Board*, sendo um deles o *Chief Executive Officer*, indicado pelo acionista Classe A, e o outro um membro indicado pelo acionista Classe B. Os acordos de acionistas trazem, ainda, disposições gerais, relativas, por exemplo, à solução de controvérsias entre os acionistas e ao financiamento das SPEs, condizentes com as premissas fixadas nos documentos do Projeto, conforme aprovadas pelos acionistas da Sete Brasil. Todos os acordos de acionistas (Primeiro e Segundo Sistemas) contém mecanismos de proteção contra baixa performance do operador vinculado ao acionista Classe B na operação da respectiva Sonda.

Via de regra, a Sete International One, na qualidade de acionista majoritária das SPEs, possui a prerrogativa de aprovar ou rejeitar, ao seu exclusivo critério, as deliberações de competência da



*General Meeting* das SPEs. As matérias mais sensíveis estão sujeitas a dois níveis de quórum qualificado, um primeiro denominado "*Reserved Matters*", de maioria simples, no qual a Sete International One possuirá poder de decisão exclusivo, e um segundo quórum super-qualificado, para matérias de excepcional relevância, no qual o acionista Classe B tem poder de veto. As matérias sujeitas a quórum qualificado e super-qualificado diferem para cada operador, conforme descrito na tabela constante do Apêndice F ao presente documento.



*Aprovado na AGE de ~~-~~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~~12.2014~~*

### 3 – Aspectos Gerais do Projeto, por SPE

A tabela abaixo ilustra as informações gerais do Projeto por SPE, incluindo os estaleiros responsáveis pela construção das sondas, o tipo da sonda, operador, a participação percentual do operador na SPE como acionista Classe B, o prazo do contrato de afretamento com a Petrobras, o prazo de opção de renovação do contrato de afretamento, e a taxa diária total (afretamento e serviços).

| Sonda | Razão Social -SPE | Estaleiro | Tipo | Operador (Participação na SPE) | Prazo Charter (anos) | Opção Renovação (anos) | Taxa diária (US$/dia) |
|---|---|---|---|---|---|---|---|
| 1 | Arpoardor Drilling B.V | Jurong | Drillship | Petrobras (15%) | 20 | 20 | 458.000 |
| 2 | Copacabana Drilling B.V | EAS | Drillship | Petrobras (15%) | 20 | 20 | 458.000 |
| 3 | Grumari Drilling B.V | EAS | Drillship | Petrobras (15%) | 10 | 10 | 458.000 |
| 4 | Ipenema Drilling B.V | EAS | Drillship | Petrobras (15%) | 10 | 10 | 458.000 |
| 5 | Leblon Drilling B.V | EAS | Drillship | Petrobras (15%) | 10 | 10 | 458.000 |
| 6 | Leme Drilling B.V | EAS | Drillship | Petrobras (15%) | 10 | 10 | 458.000 |
| 7 | Marambaia Drilling B.V | EAS | Drillship | Petrobras (15%) | 10 | 10 | 458.000 |
| 8 | Urca Drilling B.V | BrasFels | Semisub | QGOG (15%) | 15 | 5 | 525.407 |
| 9 | Frade Drilling B.V | BrasFels | Semisub | Seadrill (15%) | 15 | 5 | 534.227 |
| 10 | Bracuhy Drilling B.V | BrasFels | Semisub | QGOG (15%) | 15 | 5 | 529.497 |
| 11 | Portogalo Drilling B.V | BrasFels | Semisub | Seadrill (15%) | 15 | 5 | 534.267 |
| 12 | Mangaratiba Drilling B.V | BrasFels | Semisub | QGOG (15%) | 15 | 5 | 533.637 |
| 13 | Botinas Drilling B.V | BrasFels | Semisub | OOG (15%) | 15 | 5 | 533.987 |
| 14 | Ondina Drilling B.V | EEP | Drillship | OOG (15%) | 15 | 5 | 539.957 |
| 15 | Pituba Drilling B.V | EEP | Drillship | OOG (15%) | 15 | 5 | 539.937 |
| 16 | Boipeba Drilling B.V | EEP | Drillship | OOG (15%) | 15 | 5 | 541.007 |
| 17 | Interlagos Drilling B.V | EEP | Drillship | OOG (15%) | 15 | 5 | 540.977 |
| 18 | Itapema Drilling B.V | EEP | Drillship | Etesco/OAS (25%) | 15 | 5 | 524.307 |
| 19 | Comandatuba Drilling B.V | EEP | Drillship | Etesco/OAS (25%) | 15 | 5 | 521.207 |
| 20 | Guarapari Drilling B.V | Jurong | Drillship | Odfjell/Galvão (20%) | 15 | 5 | 518.457 |
| 21 | Camburi Drilling B.V | Jurong | Drillship | Seadrill (30%) | 15 | 5 | 523.047 |
| 22 | Itaoca Drilling B.V | Jurong | Drillship | Odfjell/Galvão (20%) | 15 | 5 | 524.597 |
| 23 | Itaunas Drilling B.V | Jurong | Drillship | Seadrill (30%) | 15 | 5 | 529.187 |
| 24 | Siri Drilling B.V | Jurong | Drillship | Odfjell/Galvão (20%) | 15 | 5 | 528.697 |
| 25 | Sahy Drilling B.V | Jurong | Drillship | Seadrill (30%) | 15 | 5 | 531.287 |
| 26 | Cassino Drilling B.V | Rio Grande | Drillship | Etesco/OAS (25%) | 15 | 5 | 527.197 |
| 27 | Curumim Drilling B.V | Rio Grande | Drillship | Etesco/OAS (25%) | 15 | 5 | 530.187 |
| 28 | Salinas Drilling B.V | Rio Grande | Drillship | Etesco/OAS (25%) | 15 | 5 | 534.357 |
| 29 | Joatinga Drilling B.V. | EAS | Drillship | TBD | N.A. | N.A. | N.A. |

Nota 1: Data base da taxa diária do Primeiro Sistema: fevereiro 2011.



*Aprovado na AGE de -042.02.201512.2014*

setebrasil

Nota 2: Data base da taxa diária do Segundo Sistema: outubro 2011.

7

Confidential

EIG00108313

EIG_KEP_00235021

**4 – QUADRO DE USOS E FONTES**

Para viabilizar os investimentos na construção das sondas, a Companhia vem prospectando oportunidades para financiamentos de longo prazo com diversas instituições do mercado, incluindo o Banco Nacional de Desenvolvimento Econômico e Social (BNDES), Fundo da Marinha Mercante (FMM), agências de crédito à exportação, emissão de bônus no mercado internacional, bancos comerciais nacionais e internacionais e agências multilaterais.

Neste contexto, dado o montante total da dívida sênior a ser captada (em torno de US$ 19 bilhões), a estruturação e captação do financiamento de longo prazo foi segregado em 3 *batches*. O *1º batch* compreende as nove oito SPEs com data prevista de entrega dos contratos de EPC em 2015 e 2016, quais sejam: Arpoador, Copacabana, Grumari, Urca, Frade, Ondina, Guarapari, e Camburi e Cassino. O *2º batch* compreende as próximas 132 SPEs a terem seus contratos de EPC entregues (além de todas as SPEs com sondas semi-submersíveis), quais sejam: Ipanema, Leblon, Leme, Bracuhy, Portogalo, Mangarativa, Botinas, Pituba, Boipeba, Itaoca, Cassino, Curumim, e Salinas. O *3º batch* compreende as oito últimas SPEs, com a maior parte dos contratos de afretamento com a Petrobras iniciando em 2019 e 2020, quais sejam: Itaunas, Interlagos, Marambaia, Siri, Itapema, Sahy, Comandatuba e Joatinga.

Commented [ADC2]: DELIBERAÇÃO EM AGE de 12.01.2015

São apresentados abaixo os quadros de usos e fontes referentes às SPEs do *1º batch*, do *2º batch*, do *3º batch* e consolidado das 29 SPEs. Ressalta-se que os quadros apresentados abaixo para o 2º e 3º *batches* representam a melhor estimativa pela Administração da Companhia e ainda estão sujeitos a alterações conforme se desenvolva o plano de financiamento.

*1º batch* (Valores em US$ milhões)

| Usos | | | Fontes | | |
|---|---|---|---|---|---|
| | **US$** | **% Total** | | **US$** | **% Total** |
| Contrato de EPC | 7,016.8 | 91.5% | BNDES | 3,720.9 | 48.5% |
| Indexação do Contrato de EPC | -511.6 | -6.7% | FMM | 0.0 | 0.0% |
| Equipamentos e Custos Pré-Operacionais | 394.7 | 5.1% | UKEF | 213.6 | 2.8% |
| Seguro FGCN | 71.2 | 0.9% | Outros | 102.5 | 1.3% |
| Contingências | 148.0 | 1.9% | FINISA | 1,714.9 | 22.4% |
| CMA - Petrobras | 125.3 | 1.6% | **Dívida Sênior** | 5,751.9 | **75.0%** |
| CMA - Operadores | 118.8 | 1.5% | | 0.0 | |
| CMA - Sete Brasil | 20.1 | 0.3% | Dívida Subordinada | 286.7 | 3.7% |
| Seguros | 77.6 | 1.0% | **Dívida Subordinada** | 286.7 | **3.7%** |
| Fees, Juros (Bridge) e Transaction Costs | 206.0 | 2.7% | | 0.0 | |
| Juros Durante Construção - Dívida Sênior | 0.0 | 0.0% | Equity Class A | 1,329.5 | 17.3% |
| Commitment Fee | 2.3 | 0.0% | Equity Class B | 301.1 | 3.9% |
| Perdas/Ganhos com Swap/Opções | 0.0 | 0.0% | **Capital Total** | 1,630.6 | **21.3%** |
| **TOTAL** | **$7,669.3** | **100.0%** | **TOTAL** | **$7,669.3** | **100.0%** |

Nota 1: o quadro de usos e fontes não considera as despesas de G&A da Sete Brasil.
Nota 2: os valores incluídos no item "Contingências" no quadro de Usos acima poderão potencialmente ser financiáveis junto a instituições financeiras, mas ainda não estão em discussão e não constam das aprovações de crédito dos Credores Seniores. Caso e quando estas eventuais contingências ocorram, a Companhia buscará financiar estes valores junto aos mesmos ou outros Credores.

*Aprovado na AGE de ~~-~~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~~12.2014~~*

*2º batch* (Valores em US$ milhões)

| Usos | US$ | % Total | Fontes | US$ | % Total |
|---|---|---|---|---|---|
| Contrato de EPC | 9,354.7 | 88.1% | BNDES | 5,550.9 | 52.3% |
| Indexação do Contrato de EPC | -522.5 | -4.9% | FMM | 0.0 | 0.0% |
| Equipamentos e Custos Pré-Operacionais | 569.6 | 5.4% | UKEF | 284.8 | 2.7% |
| Seguro FGCN | 89.1 | 0.8% | Outros | 2,128.6 | 20.0% |
| Contingências | 219.3 | 2.1% | FINISA | 0.0 | 0.0% |
| CMA - Petrobras | 183.1 | 1.7% | **Dívida Sênior** | 7,964.3 | **75.0%** |
| CMA - Operadores | 171.3 | 1.6% | | 0.0 | |
| CMA - Sete Brasil | 32.0 | 0.3% | Dívida Subordinada | 349.3 | 3.3% |
| Seguros | 105.3 | 1.0% | **Dívida Subordinada** | 349.3 | **3.3%** |
| Fees, Juros (Bridge) e Transaction Costs | 275.2 | 2.6% | | 0.0 | |
| Juros Durante Construção - Dívida Sênior | 78.8 | 0.7% | Equity Class A | 1,910.2 | 18.0% |
| Commitment Fee | 63.1 | 0.6% | Equity Class B | 395.3 | 3.7% |
| Perdas/Ganhos com Swap/Opções | 0.0 | 0.0% | **Capital Total** | 2,305.5 | **21.7%** |
| **TOTAL** | **$10,619.1** | **100.0%** | **TOTAL** | **$10,619.1** | **100.0%** |

Nota 1: o quadro de usos e fontes não considera as despesas de G&A da Sete Brasil.
Nota 2: os valores incluídos no item "Contingências" no quadro de Usos acima poderão potencialmente ser financiáveis junto a instituições financeiras, mas ainda não estão em discussão e não constam das aprovações de crédito dos Credores Seniores. Caso e quando estas eventuais contingências ocorram, a Companhia buscará financiar estes valores junto aos mesmos ou outros Credores.

*3º batch* (Valores em US$ milhões)

| Usos | US$ | % Total | Fontes | US$ | % Total |
|---|---|---|---|---|---|
| Contrato de EPC | 6,191.5 | 83.2% | BNDES | 0.0 | 0.0% |
| Indexação do Contrato de EPC | -228.6 | -3.1% | FMM | 4,055.6 | 54.5% |
| Equipamentos e Custos Pré-Operacionais | 423.0 | 5.7% | UKEF | 189.9 | 2.6% |
| Seguro FGCN | 50.5 | 0.7% | Outros | 1,337.3 | 18.0% |
| Contingências | 192.9 | 2.6% | FINISA | 0.0 | 0.0% |
| CMA - Petrobras | 112.6 | 1.5% | **Dívida Sênior** | 5,582.7 | **75.0%** |
| CMA - Operadores | 149.4 | 2.0% | | 0.0 | |
| CMA - Sete Brasil | 21.7 | 0.3% | Dívida Subordinada | 213.9 | 2.9% |
| Seguros | 70.6 | 0.9% | **Dívida Subordinada** | 213.9 | **2.9%** |
| Fees, Juros (Bridge) e Transaction Costs | 107.3 | 1.4% | | 0.0 | |
| Juros Durante Construção - Dívida Sênior | 249.9 | 3.4% | Equity Class A | 1,272.8 | 17.1% |
| Commitment Fee | 103.0 | 1.4% | Equity Class B | 374.2 | 5.0% |
| Perdas/Ganhos com Swap/Opções | 0.0 | 0.0% | **Capital Total** | 1,647.0 | **22.1%** |
| **TOTAL** | **$7,443.7** | **100.0%** | **TOTAL** | **$7,443.7** | **100.0%** |

Nota 1: o quadro de usos e fontes não considera as despesas de G&A da Sete Brasil.
Nota 2: os valores incluídos no item "Contingências" no quadro de Usos acima poderão potencialmente ser financiáveis junto a instituições financeiras, mas ainda não estão em discussão e não constam das aprovações de crédito dos Credores Seniores. Caso e quando estas eventuais contingências ocorram, a Companhia buscará financiar estes valores junto aos mesmos ou outros Credores.



Consolidado 29 sondas (Valores em US$ milhões)

| Usos | | | Fontes | | |
|---|---|---|---|---|---|
| | US$ | % Total | | US$ | % Total |
| Contrato de EPC | 22,563.0 | 87.7% | BNDES | 9,271.8 | 36.0% |
| Indexação do Contrato de EPC | - 1,262.7 | -4.9% | FMM | 4,055.6 | 15.8% |
| CMA - Petrobras | 421.0 | 1.6% | UKEF | 688.3 | 2.7% |
| CMA - Operadores | 439.6 | 1.7% | Outros | 3,568.43 | 13.9% |
| CMA - Sete Brasil | 73.8 | 0.3% | FINISA | 1,714.9 | 6.7% |
| Equipamentos e Custos Pré-Operacionais | 1,387.3 | 5.4% | **Dívida Sênior** | 19,299.0 | **75.0%** |
| Seguros | 253.6 | 1.0% | | 0.0 | |
| Seguro FGCN | 210.8 | 0.8% | Dívida Subordinada | 849.9 | 3.3% |
| Contingências | 560.2 | 2.2% | **Dívida Subordinada** | 849.9 | **3.3%** |
| Fees, Juros (Bridge) e Transaction Costs | 588.4 | 2.3% | | 0.0 | |
| Juros Durante Construção - Dívida Sênior | 328.7 | 1.3% | Equity Class A | 4,512.5 | 17.5% |
| Commitment Fee | 168.3 | 0.7% | Equity Class B | 1,070.6 | 4.2% |
| Perdas/Ganhos com Swap/Opções | 0.0 | 0.0% | **Capital Total** | 5,583.1 | **21.7%** |
| **TOTAL** | **$25,732.0** | **100.0%** | **TOTAL** | **$25,732.0** | **100.0%** |

Nota 1: o quadro de usos e fontes não considera as despesas de G&A da Sete Brasil.
Nota 2: os valores incluídos no item "Contingências" no quadro de Usos acima poderão potencialmente ser financiáveis junto a instituições financeiras, mas ainda não estão em discussão e não constam das aprovações de crédito dos Credores Seniores. Caso e quando estas eventuais contingências ocorram, a Companhia buscará financiar estes valores junto aos mesmos ou outros Credores.

Funding da 29ª- Sonda

O plano de financiamento da 29ª sonda previsto pela Companhia é o mesmo das demais sondas incluídas no *3º batch*, considerando que os financiadores serão Banco do Brasil e Caixa Econômica Federal, utilizando linhas de financiamento do Fundo da Marinha Mercante e do Finisa. Apesar da referida 29ª sonda ainda não ter um contrato firme de afretamento, os financiadores têm manifestado conforto na força da geração de caixa das demais 7 SPEs do 3º *Batch* com contratos de afretamento firmes de longo prazo e nos índices de cobertura com folga sobre o *covenant* financeiro previsto para o índice de cobertura do serviço da dívida (mínimo de 1,2x).

Os grandes operadores internacionais utilizam uma estratégia de portfólio similar, colocando ordens em estaleiros para contratação futura. Suas carteiras de clientes/contratos incluem contratos firmes de longo prazo e contratos de curto prazo para atuação no mercado de curto prazo. Por exemplo, o prazo médio dos contratos de afretamento da Seadrill é de 3 anos e da Diamond 2 anos, enquanto que a Sete Brasil tem uma média superior a 14 anos.

Despesas de G&A

As despesas com G&A da Sete Brasil e das SPEs para o período 2011-2016 (fase pré-operacional da Companhia) estão estimadas em R$ 490 milhões. As despesas de G&A serão revistas e aprovadas anualmente em relação ao ano aplicável.



Desembolso para cada estaleiro (Valores em R$ milhões)

O valor de desembolso trimestral previsto para cada estaleiro até o final de 2015 é o seguinte:

| ESTALEIRO | 2T13 | 3T13 | 4T13 | 1T14 | 2T14 | 3T14 |
|---|---|---|---|---|---|---|
| EAS | R$ 551 | R$ 494 | R$ 374 | R$ 552 | R$ 516 | R$ 594 |
| Keppel | R$ 186 | R$ 926 | R$ 335 | R$ 330 | R$ 212 | R$ 611 |
| EEP | R$ 188 | R$ 422 | R$ 686 | R$ 500 | R$ 0 | R$ 401 |
| Jurong | R$ 798 | R$ 366 | R$ 506 | R$ 440 | R$ 533 | R$ 364 |
| ERG | R$ 157 | R$ 240 | R$ 314 | R$ 328 | R$ 302 | R$ 319 |

| ESTALEIRO | 4T14 | 1T15 | 2T15 | 3T15 | 4T15 |
|---|---|---|---|---|---|
| EAS | R$ 484 | R$ 462 | R$ 427 | R$ 349 | R$ 559 |
| Keppel | R$ 357 | R$ 415 | R$ 523 | R$ 694 | R$ 661 |
| EEP | R$ 574 | R$ 528 | R$ 234 | R$ 607 | R$ 728 |
| Jurong | R$ 379 | R$ 329 | R$ 338 | R$ 287 | R$ 331 |
| ERG | R$ 324 | R$ 292 | R$ 254 | R$ 282 | R$ 235 |

setebrasil

## 5 – ESTRATÉGIAS DE FINANCIAMENTO

Para viabilizar a construção das sondas foi considerada uma alavancagem de 25% de capital próprio (e dívida subordinada) e 75% de dívida sênior. Estão contidas nas tabelas abaixo as condições de financiamento para as 29 sondas, além das condições do empréstimo ponte para a construção das sondas.

Fontes de Financiamento para as 29 sondas

| Fontes | Participação | Taxa de Juros | Prazo (anos) |
|---|---|---|---|
| BNDES | 36,0% | Até L + 4,7822%-4,8933% (1) | 3 + 15 |
| FMM | 15,8% | Até 4,5% | 4 + 16 |
| ECAs / Outros | 16,5% | Até L + 3,45% | 3 + 10-12 |
| Bancos Comerciais | 6,7% | Até L + 5,00% | 3 + 10 |
| **Sub-Total** | **75,0%** | | |
| Capital & Dívida Subordinada | 25,0% | | |
| **Total Geral** | **100,0%** | | |

Nota 1: Taxa de juros aprovada pelo BNDES para as SPEs do *1º batch*, de Libor + 4,7822% para o Primeiro Sistema e Libor + 4,8933% para o Segundo Sistema.

Empréstimos de Curto Prazo:

Até o desembolso das fontes de financiamento de longo prazo, a Companhia está financiando seu Capex por meio de chamadas de capital e empréstimos-ponte de curto prazo ("Bridge Loans"). Estas linhas de financiamento têm como objetivo principal fornecer à Companhia os recursos necessários ao desenvolvimento das obras de construção das sondas, enquanto as linhas definitivas de longo prazo são estruturadas e concluídas e estejam disponíveis para saque.

Empréstimo Ponte: Primeiro Sistema excluindo Arpoador Drilling B.V. e Marambaia Drilling B.V. ("Bridge 1")

| Valor | Taxa de Estruturação | Taxa de Juros | Prazo (meses) | Status |
|---|---|---|---|---|
| Até US$830mm (na 4ª renovação, somente para Copacabana e Grumari, totalizando até US$ 300 milhões) | Até 0,50% (estruturação), 0,30% (1ª renovação), até 0,50% (2ª e 3ª renovação – neste caso apenas para Copacabana e Grumari) e 0,50% (4ª renovação apenas para Copacabana e Grumari) | Até L+5,50% | 12 meses, sendo renovado por mais 6 meses e tendo uma 3ª renovação por até 12 meses (SPEs do Batch 2)<br><br>12 meses, sendo renovado por mais 6 meses, tendo uma 3ª renovação por mais 6 mesese uma 4ª por | 1ª e 2ª tranches foram desembolsadas |

mais 2 meses (SPEs do Batch 1)

Garantias:

- Garantia Corporativa da Sete Brasil e da Sete International One
- Penhor das ações das SPEs
- Direito sobre os créditos dos seguros contratados
- Penhor/Direito sobre os créditos dos contratos operacionais das SPEs
- Direito sobre as garantias relacionadas aos Contratos de EPC
- Garantia de Crédito do FGCN
- Penhor das contas correntes das SPEs
- As principais garantias serão aditadas, em caso de renovação do empréstimo ponte.

A partir do repagamento do Bridge 1 para as SPEs do 1º Batch (Copacabana e Grumari), a garantia da Sete International One para as demais SPEs deste Bridge 1 será substituída por:
- garantia corporativa da Sete Holding
- penhor de conta corrente na Sete International One que receberá recursos das distribuições da *Special Centralizing Account*
- cessão fiduciária dos contratos de mútuo entre a Sete International One e cada respectiva SPE.

Empréstimo Ponte: Segundo Sistema incluindo a Arpoador Drilling B.V. ("Bridge 2")

| Valor | Taxa de Estruturação | Taxa de Juros | Prazo (meses) | Status |
|---|---|---|---|---|
| Até US$1,715bi | Até 0,50% (estruturação) e até 0,3% (1ª renovação), até 1,0% (2ª renovação), até 0,45% (3ª/4ª renovação de SPEs do 1º Batch) e até 0,15% (5ª renovação de SPEs do 1º Batch) | Até L + 5,50% | 12 meses, tendo sido renovado por 6 meses, tendo uma 2ª renovação por até mais 12 meses (SPEs Batch 2)<br><br>12 meses, tendo sido renovado por 6 meses, tendo uma 2ª renovação por mais 6 meses, uma 3ª/4ª renovação por 2 meses e 15 dias e 5ª renovação por mais 1 mês (SPEs Batch 1) | Efetuado desembolso para 15 SPEs |



Garantias:

- Garantia Corporativa da Sete Brasil e da Sete International One
- Penhor das ações das SPEs
- Direito sobre os créditos dos seguros contratados
- Penhor/Direito sobre os créditos dos contratos operacionais das SPEs
- Direito sobre as garantias relacionadas aos Contratos de EPC
- Garantia de crédito do FGCN
- Penhor das contas correntes das SPEs
- As principais garantias serão aditadas, em caso de renovação do empréstimo ponte
- cessão fiduciária dos *Intercompany Loans*, com exceção dos recursos dos *Intercompany Loans* provenientes das debêntures do FI-FGTS.
- condição de vencimento antecipado, caso o Bridge 1 e/ou Bridge 5 -não sejam renovados para data posterior a 18.01.2015

A partir do repagamento do Bridge 2 para as SPEs do 1º Batch (Arpoador, Camburi, Cassino, Urca, Ondina, Guarapari e Frade), a garantia da Sete International One para as demais SPEs deste Bridge 2 será substituída por:

- garantia corporativa da Sete Holding
- penhor de conta corrente na Sete International One que receberá recursos das distribuições da *Special Centralizing Account*
- cessão fiduciária dos contratos de mútuo entre a Sete International One e cada respectiva SPE.

Empréstimo Ponte: Sete International One ("Bridge 3")

| Valor | Taxa de Estruturação | Taxa de Juros | Prazo (meses) | Status |
|---|---|---|---|---|
| Até US$1,25 bi | Até 1,0% (original) Até 1,0% (rolagem de 9 meses) | L + 3,00% (original) Até L + 4,00% (rolagem de 9 meses) | 12 meses, com possibilidade de prorrogação por 9 meses adicionais | Efetuado desembolso de US$ 1,25 bi em 2013. |

Garantias:

- Compromisso de Subscrição assinado pelo acionista FIP SONDAS, detentor de 95% do capital social da Sete Brasil, que preveja sua participação no aumento de capital condicionado em caso de evento de inadimplemento da Sete International One (Aumento de Capital deverá ser suficiente para cobrir principal e juros, acrescido de 30%);
- Procurações ao agente colateral para (i) efetuar chamadas de capital em nome da Sete Brasil, em caso de inadimplemento, na hipótese de a Companhia não fazê-lo tempestivamente; e (ii) movimentar a conta vinculada, cedida fiduciariamente aos credores;
- Garantia Corporativa da Sete Brasil

Empréstimo Ponte: Caixa Econômica Federal e Banco do Brasil ou quaisquer Bancos Comerciais ("Bridge 4")

| Valor | Custo *all-in* | Prazo (meses) | Status |
|---|---|---|---|
| Até US$1,0bi | Até L + 4,0% - 4,5% | Até 24 meses | Contratado em 28/02/14 e |



| | | | Desembolsado em 17/03/14 |
|---|---|---|---|

Garantias:

- Garantia Corporativa da Sete Brasil e da Sete International Two
- Penhor das ações das SPEs
- Direito sobre os créditos dos seguros contratados
- Penhor/Direito sobre os créditos dos contratos operacionais das SPEs
- Direito sobre as garantias relacionadas aos Contratos de EPC
- Garantia de crédito do FGCN
- Penhor das contas correntes das SPEs

Empréstimo Ponte: SPEs selecionadas ("Bridge 5")

| Valor | Taxa de Estruturação | Taxa de Juros | Prazo (meses) | Status |
|---|---|---|---|---|
| Até US$500 mi | Até 1,5% | Até L + 6,25% | 2 meses, tendo sido renovado por mais 1 mês em novembro/2014, mais um mês em dezembro/2014 e mais um mês em janeiro/2015, com possibilidade de rolagem por mais 3 meses | Desembolsado |

Garantias:

- Garantia Corporativa da Sete Brasil e da Sete International One;
- Garantia de crédito do FGCN;
- Acordo com *facility agents* e credores de longo prazo do 1° Batch para que o repagamento do Bridge 5 seja realizado com o primeiro desembolso dos empréstimos de longo prazo;
- Acordo com os agentes dos demais credores dos Bridges e financiadores e/ou credores de longo prazo para que os credores do Bridge 5 sejam consultados antes da liberação do pacote de garantias para os emprestadores de longo prazo;
- Repagamento do Bridge 5 incluído como "Usos" no Quadro de Usos e Fontes na documentação dos empréstimos de longo prazo do 1° batch;
- Garantia de 2° grau sobre o pacote de garantias cedido aos demais Bridge lenders.
- Em caso de evento de default, obrigação de constituir garantias de projeto similares às dos demais Bridge Loans, listadas a seguir:
  - Direito sobre os créditos dos seguros contratados
  - Penhor/Direito sobre os créditos dos contratos operacionais das SPEs



*Aprovado na AGE de -042.02.201512.2014*

setebrasil

- Direito sobre as garantias relacionadas aos Contratos de EPC
- Penhor das contas correntes das SPEs
- Constituição de uma conta escrow que contenha, como garantia, o valor de 50% do valor do principal da dívida vigente.

~~Empréstimo Ponte: Sete Finco GmbH ("Bridge CS")~~

| ~~Valor~~ | ~~Taxa de Estruturação~~ | ~~Taxa de Juros~~ | ~~Prazo (meses)~~ | ~~Status~~ |
|---|---|---|---|---|
| ~~Até US$250 mi~~ | ~~Até 1,5%~~ | ~~Até L + 5,45%~~ | ~~12 meses (possibilidade de pré-pagamento a partir do 6º mês)~~ | ~~Em negociação~~ |

~~Garantias:~~

~~- Aval da Sete Brasil Participações;~~
~~- Aval da Sete HoldCo;~~

Commented [ADC3]: DELIBERAÇÃO EM AGE de 12.01.2015,

Commented [TGC4]: Sugestão da Companhia é Excluir o Bridge CS , porque, apesar de aprovado, ele não será mais realizado e nem está mais em negociação. Foi só um ajuste pra refletir a realidade atual.

Empréstimo Ponte: Sete Brasil Participações S.A. ou Sete Investimentos I S.A. ("Bridge 6")

| Valor | Taxa de Estruturação | Taxa de Juros | Prazo (meses) | Status |
|---|---|---|---|---|
| Até R$1,1 bi | Até 2,0% | Até 150% do CDI ou IPCA+9% | Até 9 meses | Em negociação |

Garantias:
- Cessão fiduciária da conta de desembolso da tranche B do FINISA;
- Em caso de evento de default, direito de acesso ao valor residual do pacote de garantias cedido aos Bridge 3 lenders (*capital call*), uma vez que esses e os credores do Bridge 5 tenham sido integralmente repagos;
- Caso a Sete Investimentos I seja a tomadora, a operação deverá contar com um garantia corporativa (aval ou fiança) da Sete Brasil

Empréstimo Ponte: Sete Brasil Participações S.A. ou Sete Investimentos I S.A. ("Bridge CEF")

| Valor | Taxa de Estruturação | Taxa de Juros | Prazo (meses) | Status |
|---|---|---|---|---|
| US$ 400 MM ou Reais equivalentes | Até 0,3% | Variação cambial (R$/US$) + até 10,0% | Até 6 meses | Desembolsado |

Garantias:
- Cessão fiduciária dos direitos de crédito, atuais e futuros, decorrentes da conta onde serão desembolsados e



repagos os recursos do Bridge CEF;
- Em caso de evento de default, direito de acesso ao valor residual do pacote de garantias cedido aos Bridge 3 lenders (*capital call*), uma vez que esses e os credores do Bridge 5 tenham sido integralmente repagos;
- Caso a Sete Investimentos I seja a tomadora, a operação deverá contar com garantia corporativa (aval ou fiança e nota promissória) da Sete Brasil

Empréstimo Ponte: SPEs do Batch 1 -e/ou do Batch 3 ou Sete Investimentos 2 S.A. ("Bridge 7")

| Valor | Taxa de Estruturação | Taxa de Juros | Prazo (meses) | Status |
|---|---|---|---|---|
| Até US$ 350 MM | Até 2,0% | Até Libor + 6,0% | Até 9 meses | Em negociação |

Garantias:

- Garantia Corporativa da Sete Brasil, da Sete International One e da Sete International Two
- Penhor das ações das SPEs
- Direito sobre os créditos dos seguros contratados
- Penhor/Direito sobre os créditos dos contratos operacionais das SPEs (direito sobre as garantias relacionadas aos Contratos de EPC e cessão do Contrato de Afretamento)
- Garantia de crédito do FGCN
- Penhor das contas correntes das SPEs

Debêntures FI-FGTS

A tabela abaixo ilustra as condições das Debêntures Simples emitidas pela Sete Brasil em fevereiro de 2013, subscritas e integralizadas em sua totalidade pelo FI-FGTS.

| Fonte | Taxa de Estruturação | Taxa de Juros | Prazo (anos) | Status |
|---|---|---|---|---|
| Dívida Subordinada FI-FGTS | 0,88%. | IPCA + 8,0% | 5,5 + 15 | Subscrita e Integralizada a totalidade da Emissão. |

Debêntures Conversíveis em Ações ("DCA") – BNDESPar

Em junho/2013 foi aprovada em diretoria no BNDESPar a subscrição de debêntures conversíveis em ações a serem emitidas pela Sete Brasil, no montante de R$ 1,2 bilhão. A operação ainda não obteve autorização final por parte do BNDES e suas principais condições listadas abaixo ainda podem sofrer alterações.

Os principais termos e condições negociados para este título são:

| Fonte | Taxa de Estruturação | Taxa de Juros | Prazo (anos) | Status |
|---|---|---|---|---|



| DCAs BNDESPar | 0,5% | IPCA + 5,0% (até 6º ano); e<br><br>IPCA + 9,0% (do 6º ao 11º ano) | 6 + 5 | Aprovado em diretoria BNDESPar (Jun'13); Aprovado pelo CADE (Jul'13); Contratação e desembolso estimados para Out'14 |
|---|---|---|---|---|

As debêntures deverão ser integralizadas de acordo com a necessidade da Sete Brasil e no mínimo de forma equivalente às chamadas de capital da Companhia.

As DCAs poderão ser convertidas em ações da Sete Brasil nas seguintes condições:

a. A pedido dos Debenturistas:
   - Prazo de conversão: até o 6º ano após a emissão, a qualquer momento;
   - Preço de conversão: R$1,50/ação (50% de prêmio)

b. A pedido da Sete Brasil:
   - Prazo de Conversão: Em até 90 dias após a realização do IPO;
   - Preço de Conversão: menor valor entre a "curva" crescente de conversão e o preço de lançamento da ação no IPO.

Emissão de títulos no mercado de capitais internacional pela Sete Finco ("*Bonds*")

Como uma das alternativas de fontes de financiamento de longo prazo, a Companhia poderá efetuar a captação de *Bonds* no mercado de capitais no montante de até US$ 2 bilhões, através da sua subsidiária Sete Finco. Os recursos captados serão utilizados para o financiamento da construção das sondas e custos relacionados, através do repasse destes recursos para as SPEs por meio de contratos de *Intercompany Loans* Qualificados.

Os principais termos e condições negociados para esses títulos são:

| Valor | Taxa de Estruturação | Taxa de Juros | Prazo (anos) | Status |
|---|---|---|---|---|



| | | | | |
|---|---|---|---|---|
| Até US$2,0 bilhões | Bancos (*underwriters*): 1,00% fixo do valor da emissão e até 0,33% discricionário | Até 300 bps acima do Bond outstanding da Petrobras com vencimento em 2023 (PETBRA 4 3/8 2023) | 10 anos *bullet ou amortizing*, com pagamento de juros semestrais | *On hold* |

Garantias:

- Garantia corporativa da Sete Brasil, Sete International One e Sete Holdco (em análise)
- Garantia em primeiro grau sobre todos os bens presentes e futuros da Sete Finco, incluindo a Conta de Reserva de Juros, a Conta Vinculada e todos os direitos da Sete Finco nos termos de cada contrato de *Intercompany Loan* Qualificado. Tais contratos de *Intercompany Loan* Qualificados, por sua vez, juntamente com todas as outras dívidas sêniores do projeto, terão condição *pari passu* e *pro rata* garantia sobre substancialmente todos os ativos da competente SPE, incluindo:
    - Penhor das ações das SPEs
    - Penhor/Direito sobre os créditos dos contratos operacionais das SPEs
    - Direito sobre os créditos dos seguros contratados
    - Direito sobre as garantias relacionadas aos Contratos de EPC
    - Garantia de crédito do FGCN
    - Penhor das contas correntes das SPEs
    - Alienação fiduciária das sondas das SPEs

*Financiamento de Longo Prazo das SPEs do 1º batch (BNDES, UKEF/ECGD, CEF-FINISA)*

As ~~9~~ 8 SPEs do *1º batch* (Arpoador, Camburi, ~~Cassino,~~ Frade, Guarapari, Ondina, Urca, Copacabana e Grumari), contratarão financiamento de longo prazo junto ao BNDES, UKEF/ECGD e Caixa Econômica Federal (CEF) para financiar a construção das sondas, bem como reembolsar custos já incorridos pelas SPEs no contexto da construção das sondas.

Os principais termos e condições negociados para o financiamento do BNDES são:

| Valor | Comissão de Estruturação | Taxa de Juros | Prazo (anos) | Status |
|---|---|---|---|---|
| De US$ 3,1 a US$3,5 bilhões | 0,20% sobre o valor enquadrado | SPEs do Primeiro Sistema: ~~Até~~ Libor+4,78%<br>SPEs do Segundo Sistema: ~~Até~~ Libor+4,89% | Até 18 anos | Aprovado pela diretoria do BNDES, em fase de contratação |

Os principais termos e condições negociados para o financiamento do UKEF / ECGD são:



| Valor | Prêmio do ECGD | Custo All In | Prazo: | Status |
|---|---|---|---|---|
| Até US$300 milhões | Navio Sonda: [11,25%]10,20%<br>SemiSub: [12,50%]11,35% | Navio Sonda: Libor+[3,510%] a.a.<br>SemiSub: Libor+[3,25]% a.a. | Amortização em até:<br>Navio Sonda: 12 anos<br>SemiSub: 14 anos | Aprovado pelo *board* do UKEF, em fase de contratação |

Formatted Table

Os principais termos e condições negociados para o financiamento da CEF-FINISA são:

| Valor | Comissão de Estruturação | Taxa de juros: | Prazo: | Status |
|---|---|---|---|---|
| Até US$1,523 bilhão (Tranche A: US$ 1.110 milhões / Tranche B: US$ 413 milhões) | Até [0,20%] | Taxa fixa em USD de até:<br>• Tranche A: Até 8,0% a.a.;<br>• Tranche B: Custo de captação CEF + até 2,58,72% a.a<br>• A taxa efetiva a ser paga pelas SPEs será ajustada de forma a incluir eventuais custos tributários e de transação. | Até 20 anos. | Aprovado pelo Conselho Diretor da CEF, em fase final de contratação |

O financiamento CEF-FINISA será contratado pela Sete Investimentos I S.A no Brasil e repassado para as SPEs do *1° batch* por meio de contratos de mútuo (*intercompany loans*), via Sete Netherlands B.V.

O BNDES, UKEF/ECGD e CEF-FINISA (Credores Seniores do *1° batch*) compartilharão o pacote de garantias do financiamento em igualdade de condições, de forma *pro-rata* e *pari passu*. As principais garantias estão listadas abaixo:

- *Equity Support and Subordination Agreement* da Sete Brasil, [Sete Holdco] e Sete International One.

- Penhor de 100% das ações das SPEs
- Hipoteca da embarcação durante a fase de construção
- Hipoteca da embarcação quando pronta
- Cessão fiduciária de todos os direitos da SPE nos contratos do projeto (Contrato de EPC, Contrato de Afretamento, *Asset Maintenance Agreement*, *Pre-Operational Agreements*, *Construction Management Agreements*)
- Direito sobre os créditos dos seguros e resseguros contratados
- Direito sobre as garantias relacionadas aos Contratos de EPC
- Garantia de crédito do FGCN
- Penhor das contas bancárias das SPEs
- Penhor das contas do ~~portfolio~~ portfólio (*pooled accounts*) da Sete International One
- Cessão fiduciária do *Accounts Management Agreement*
- Cessão fiduciária dos direitos da SPE nos contratos de *hedge*

O financiamento CEF-FINISA, por sua vez, contará com um pacote de garantias específico adicional ao pacote compartilhado com os demais Credores Seniores do *1º batch*, devido à sua estrutura de desembolso no Brasil:

- Cessão fiduciária dos *intercompany loans* entre a Sete Investimentos I e a Sete Netherlands e dos *intercompany loans* entre a Sete Netherlands e cada SPE do *1º batch*.
- Penhor de ações da Sete Investimentos I e da Sete Netherlands.
- Fiança / aval a ser prestado pelas ~~9~~ 8 SPEs a cada um dos respectivos contratos de financiamento firmados entre a CEF e a Sete Investimentos I.
- Penhor das contas da Sete Investimentos I e Sete Netherlands;

Emissão de notas promissórias pela Sete Investimentos no valor da dívida.

Todos os contratos, garantias e demais documentos necessários para implementação destes financiamentos foram ou serão celebrados em condições iguais ou mais vantajosas às mencionadas acima.

A Diretoria da Sete Brasil está, desde já, autorizada a adotar todas as providências e atos necessários para repassar à Sete International One e/ou para as SPEs todos os recursos que venha a levantar diretamente, utilizando-se, para tal, de instrumentos de contratos de empréstimo ("*Intercompany Loans*"), que deverão ser estabelecidos entre a Sete Brasil e as suas controladas observadas as condições usualmente adotadas no mercado.

**Commented [ADC5]:** Ajuste em AGE de 12.01.2015

*Financiamento de Longo Prazo das SPEs do 3º batch (Banco do Brasil e CEF)*

As 8 SPEs do *3º batch* (Itaunas, Interlagos, Marambaia, Siri, Itapema, Sahy, Comandatuba e Joatinga), contratarão financiamento de longo prazo com recursos do FMM/Finisa junto ao



Banco do Brasil e Caixa Econômica Federal (CEF) para financiar a construção das sondas, bem como reembolsar custos já incorridos pelas SPEs no contexto da construção das sondas.

Os principais termos e condições negociados para o financiamento do FMM a ser repassado pelo Banco do Brasil e CEF são:

| Valor | Comissão de Estruturação | Taxa de Juros | Prazo (anos) | Status |
|---|---|---|---|---|
| Aprox. US$4,1 bilhões | 0,45% | USD+[4,35%]a.a. | Até 19 anos, incluindo prazo de carência e amortização. Amortização está limitada a 15 anos | Em fase final de aprovação pelos Bancos |

Formatted: Font: Bold

O financiamento do FMM será contratado pela Sete Investimentos 2 S.A no Brasil e repassado para a Sete Lux SCS através de aportes de capital, que por sua vez os repassará para sua controlada Sete Netherlands II B.V., sediada na Holanda, para que esta finalmente os repasse às SPEs holandesas proprietárias dos ativos financiados pelo FMM, por meio de contratos de mútuo (*intercompany loans*). As principais garantias estão listadas abaixo:

- Cessão fiduciária da Conta Centralizadora Especial da Sete Holding
- Cessão fiduciária de 100% dos respectivos recebíveis e mútuos celebrados entre a Sete Investimentos 2 e as Entidades Repassadoras sediadas na Holanda e Luxemburgo
- Penhor de 100% das ações das SPEs
- Hipoteca da embarcação durante a fase de construção
- Hipoteca da embarcação quando pronta
- Cessão fiduciária de todos os direitos da SPE nos contratos do projeto (Contrato de EPC, Contrato de Afretamento, *Asset Maintenance Agreement*, *Pre-Operational Agreements*, *Construction Management Agreements*)
- Direito sobre os créditos dos seguros e resseguros contratados
- Direito sobre as garantias relacionadas aos Contratos de EPC
- Garantia de crédito do FGCN
- Penhor das contas bancárias das SPEs
- Penhor das contas do portfólio (*pooled accounts*) da Sete International Two



setebrasil

- Cessão fiduciária do *Accounts Management Agreement*
- Cessão fiduciária dos direitos da SPE nos contratos de *hedge*

Os principais termos e condições negociados para o financiamento da CEF-FINISA são:

| Valor | Comissão de Estruturação | Taxa de juros: | Prazo: | Status |
|---|---|---|---|---|
| Aprox. US$628,0 milhões | Até [0,45%] | Aprox. [8%]a.a. fixa em USD. A taxa efetiva a ser paga pelas SPEs será ajustada de forma a incluir eventuais custos tributários e de transação. | Até 15 anos. | Em fase final de aprovação pela CEF |

Os principais termos e condições negociados para o financiamento complementar a ser provido pelo Banco do Brasil são:

| Valor | Comissão de Estruturação | Taxa de juros: | Prazo: | Status |
|---|---|---|---|---|
| Aprox. US$628,0 milhões | Até [0,45%] | Aprox. [8%]a.a. fixa em USD. A taxa efetiva a ser paga pelas SPEs será ajustada de forma a incluir eventuais custos tributários e de transação. | Até 15 anos. | Em fase final de aprovação pelo BB |

As principais garantias para as operações do Finisa e a operação complementar do BB estão listadas abaixo e são similares ao pacote oferecido no âmbito da operação de repasse do FMM:

- Cessão fiduciária da Conta Centralizadora Especial da Sete Holding
- Cessão fiduciária de 100% dos respectivos recebíveis e mútuos celebrados entre a Sete Investimentos 2 e as Entidades Repassadoras sediadas na Holanda e Luxemburgo
- Penhor de 100% das ações das SPEs
- Hipoteca da embarcação durante a fase de construção
- Hipoteca da embarcação quando pronta

- Cessão fiduciária de todos os direitos da SPE nos contratos do projeto (Contrato de EPC, Contrato de Afretamento, *Asset Maintenance Agreement*, *Pre-Operational Agreements*, *Construction Management Agreements*)
- Direito sobre os créditos dos seguros e resseguros contratados
- Direito sobre as garantias relacionadas aos Contratos de EPC
- Garantia de crédito do FGCN
- Penhor das contas bancárias das SPEs
- Penhor das contas do portfolio portfólio (*pooled accounts*) da Sete International Two
- Cessão fiduciária do *Accounts Management Agreement*
- Cessão fiduciária dos direitos da SPE nos contratos de *hedge*

setebrasil

**6 – CRONOGRAMA DE APORTES DE CAPITAL**

A previsão de aportes de capital abrangerá todos os compromissos da Sete Brasil, Sete International One e SPEs, incluindo, sem limitação: Contratos de EPC, indexação do Contrato de EPC, equipamentos *start-up*, Garantia de crédito do FGCN, supervisão da construção, seguros, custos financeiros e despesas gerais e administrativas.

Os aportes de capital previstos em cronograma contido neste documento estarão condicionados à efetiva assinatura ou, ao menos, à obtenção pelas partes envolvidas das aprovações corporativas exigidas para assinatura dos documentos que sejam necessários para a implementação do negócio aprovado e previsto neste Anexo.

Aumento de Capital Bridge 3 - Premissas Consideradas

O aumento de capital previsto abaixo representa o limite do capital que deverá ser subscrito e integralizado, observado o atendimento da condição suspensiva constante do Instrumento Particular de Compromisso de Subscrição e Integralização, equivalente ao valor de principal e juros, acrescidos de 30% (trinta por cento), do empréstimo ponte tomado na Sete International One (Bridge 3). O valor exato em reais do aumento de capital foi determinado pela conversão com base na taxa de câmbio BRL/USD do dia 09.08.2013, dia útil imediatamente anterior à deliberação do aumento de capital e equivale a até US$ **1.638.406.250,00**, conforme cálculo abaixo:

| | Valor |
|---|---|
| **Principal do Empréstimo** | US$ 1.250.000.000,00 |
| **Juros do Empréstimo*** | US$ 10.312.500 |
| **Total** | US$ 1.260.312.500,00 |
| **Margem (30%)** | US$ 378.093.250,00 |
| **TOTAL DO AUMENTO DE CAPITAL** | **US$ 1.638.406.250,00** |

* *Com base na Libor 3M 09/08/2013.*

Premissas Consideradas

| **Fontes** | **Montante (milhões)** | **Início do Desembolso** | ***"Dry-Closing"*** |
|---|---|---|---|
| ***Dívida*** | | | |
| Rolagem do Empréstimo-ponte (Primeiro Sistema excluindo Arpoador Drilling B.V e Marambaia Drilling B.V.) ("Bridge 1") | US$ 750 | - | fev/14 |
| Rolagem do Empréstimo-ponte (SPEs do Segundo Sistema enquadradas no BNDES incluindo a Arpoador Drilling B.V.) [1] ("Bridge 2") | US$ 1.715 | - | abr/14 |
| Empréstimo-ponte Sete International One ("Bridge 3") | US$ 1.250 | set/13 | ago/13 |



| | | | |
|---|---|---|---|
| Empréstimo-ponte BB e CEF ou Bancos Comerciais (SPEs a serem enquadradas no FMM) ("Bridge 4") | US$ 1.000 | fev/14 | fev/14 |
| ***Equity*** | | | |
| Dívida Subordinada FI-FGTS | R$ 1.850 | fev/13 | fev/13 |
| Debêntures Conversíveis em Ação | R$ 1.200 | out/13 | set/13 |

[1] *Cenário alternativo a não ocorrência do desembolso do Empréstimo Sênior até outubro de 2013.*

Consolidado 29 sondas (Valores em R$)

| Aumento de Capital aprovado em AGE de 12.08.2013 | |
|---|---|
| Classe A* | R$ 3.727.046.538 |

*conforme condição suspensiva deliberada em AGE de 12.08.2013

Formatted: Font: Bold

Considerando o pré-pagamento parcial do saldo devedor do empréstimo ponte tomado na Sete International One (Bridge 3) no valor de US$ 160 milhões (ou R$ 368.000.000,00, considerando taxa de câmbio de R$ 2,30), a ocorrer em setembro/14, o aumento de capital previsto abaixo representa o limite do capital que deverá ser subscrito e integralizado, observado o atendimento da condição suspensiva constante do Instrumento Particular de Compromisso de Subscrição e Integralização, equivalente ao valor de principal e juros, acrescidos de 30% (trinta por cento) do saldo remanescente de referido empréstimo.

| | (a) Total | (b) Chamada | (a) - (b) Saldo após chamada |
|---|---|---|---|
| **Compromisso de aporte (Capital Call/Garantia) R$** | **R$ 3.727.046.538,00** | R$ 460.000.000,00 | **R$ 3.267.046.538,00** |
| **Dívida R$*** | R$ 2.866.958.875,38 | **R$ 368.000.000,00** | R$ 2.498.958.875,38 |
| **Buffer (30%) R$*** | R$ 860.087.662,62 | **R$ 92.000.000,00** | R$ 768.087.662,62 |

*Valores de referência tendo como base o câmbio de 2,3

| Saldo a ser subscrito e integralizado do Aumento de Capital aprovado em AGE de 12.08.2013 | |
|---|---|
| Classe A* | R$ 3.267.046.538 |

*conforme condição suspensiva deliberada em AGE de 12.08.2013

setebrasil

Face à quitação integral do valor remanescente da Dívida do Bridge 3, o montante equivalente a R$3.267.000.000,00 deverá ser integralizado para tal fim, cabendo notar que o mesmo é parte do total remanescente do Saldo a ser Subscrito e Integralizado do Aumento de Capital Aprovado em AGE de 12.08.2013 (conforme quadro acima).

Considerando o atendimento da condição suspensiva constante do Instrumento Particular de Compromisso de Subscrição e Integralização, equivalente ao valor de principal e juros, acrescidos de 30% (trinta por cento) do saldo remanescente de referido empréstimo, tem-se que, ao câmbio de R$2,28, aproximadamente R$ 2,5 bilhões serão destinados à quitação do Bridge 3, enquanto que R$753,9 milhões restarão para o caixa da Companhia, conforme o quadro que se segue:

| | (a) Total (remanscente) | (b) Chamada | (a) - (b) Saldo após chamada |
|---|---|---|---|
| Compromisso de aporte (Capital Call/Garantia) R$ | **R$ 3.267.046.538,00** | R$ 3.267.000.000,00 | **R$ 46.538,00** |
| Dívida R$* | R$ 2.513.112.721,54 | **R$ 2.513.112.721,54** | R$ 0,00 |
| Buffer (30%) R$* | R$ 753.933.816,46 | **R$ 753.887.278,46** | R$ 46.538,00 |

*Valores de referência tendo como base o câmbio de 2,28

Cronograma de Aumento de Capital 2014 – Premissas Consideradas no momento da chamada de capital

Em 2011, 2012 e 2013 ocorreram aportes de capital na Sete Brasil Participações (acionista classe A) nos montantes de R$ 126,3 milhões, R$ 1,5 bilhão e R$ 938,1 milhões respectivamente, totalizando R$ 2,5 bilhões.

Com base na projeção do CAPEX disponibilizada pelo grupo gerenciador do projeto (CMA) de cada estaleiro e revisado pela Gerência de Engenharia e premissas de captação de recursos de longo prazo discutidas com os financiadores até fevereiro/14, foi elaborada projeção de fluxo de caixa, na qual verificou-se a necessidade de aporte de capital no ano de 2014, conforme tabela abaixo:



| Ano 2014 | | | APORTE ACIONISTA (US$) | APORTE ACIONISTA (R$)* |
|---|---|---|---|---|
| Finisa Jun e Out-14 | Bridge 4 Mar-14 (US$ 500 mi)<br>Bridge 5 Jun-14 (US$ 1,25 bi)<br>DCA Jul-14 | BNDES (1º Batch) Set-14<br>FMM Nov-14<br>BNDES (2º Batch) Mar-15 | $694,53 mi | R$ 1.700 mi |

**Cotação de 2,40 BRL/USD*

Segundo o Fluxo de Caixa 2014 Projetado atualmente serão necessários até R$ 1,7 bilhão no ano de 2014, sendo que deste volume, R$500 milhões serão integralizados em abril/2014.

Consolidado 29 sondas (Valores em R$)

| Aumento de Capital aprovado em AGE de 26.03.2014 | Prazo | Montante |
|---|---|---|
| **Classe A** | **2014** | **R$ 1.700.000.000** |

Cronograma de Aumento de Capital Agosto de 2014 – Premissas Consideradas no momento da chamada de capital

Considerando que em março de 2014 foi autorizado um novo aporte no valor de R$ 1,7 bilhão, que foi totalmente integralizado nos meses de abril, maio e junho do mesmo ano e o cronograma atual esperado para a contratação e primeiro desembolso das linhas de longo prazo (espera-se que o mesmo ocorra em Outubro de 2014 para as sondas do primeiro batch), bem como o fluxo de caixa dos próximos meses, a Companhia observa a necessidade de recursos adicionais para fazer frente a dispêndios correntes e principalmente de CAPEX.

Com base na projeção do CAPEX disponibilizada pelo grupo gerenciador do projeto (CMA) de cada estaleiro e revisado pela Gerência de Engenharia e premissas de captação de recursos de longo prazo discutidas com os financiadores até julho/14, foi elaborada projeção de fluxo de caixa, na qual verificou-se a necessidade de aporte de capital no mês de agosto de 2014,

conforme tabela abaixo:

| Premissas | | | | MÊS DO APORTE | APORTE ACIONISTA (US$) | APORTE ACIONISTA (R$)* |
|---|---|---|---|---|---|---|
| **Finisa** Out e Dez-14 | **Bridge 5 / NP** Set-14 (US$ 250mm e US$ 113mm) | **BNDES (1º Batch)** Nov-14 **BNDES (2º Batch)** Jun-15 | **FMM** Dez-14 | ago-14 | 131,1 | 295,0 |

*(*) Considera-se taxa de R$ 2,25*

Segundo o Fluxo de Caixa 2014 Projetado atualmente serão necessários R$ 295 milhões no mês de agosto de 2014.

Consolidado 29 sondas (Valores em R$)

| Aumento de Capital aprovado em AGE de 06.08.2014 | Prazo | Montante |
|---|---|---|
| **Classe A** | **2014** | **R$ 295.000.000** |

Considerando a necessidade de caixa consolidada no mês de agosto'14, como estratégia para obtenção dos recursos necessários para fazer frente às necessidades de caixa, a Companhia deseja realizar um pré-pagamento voluntário parcial do Bridge 3, de acordo com previsto no respectivo contrato de empréstimo.

Neste sentido, verificou-se a necessidade de outro aporte de capital no mês de agosto de 2014, no valor de R$460 milhões, dos quais (i) aproximadamente R$368.000.000,00 (equivalente a US$160 milhões, considerando o câmbio de R$2,30), serão utilizados para a amortização parcial da Dívida assumida pela Sete International GmbH no contexto do Bridge 3; e (ii) o restante, no montante de aproximadamente R$92 milhões, será utilizado para suprir as necessidades de caixa de curto prazo e reforço de capital de giro da Companhia.

Consolidado 29 sondas (Valores em R$)

| Aumento de Capital aprovado em AGE de 21.08.2014 | Prazo | Montante |
|---|---|---|
| **Classe A** | **2014** | **R$ 460.000.000** |



*Aprovado na AGE de ~~.04~~2.02.2015~~12.2014~~*

setebrasil

Para o mês de setembro'14, havendo também necessidade de caixa, a Companhia deseja realizar a quitação do Bridge 3, de acordo com previsto no respectivo contrato de empréstimo.

Assim, faz-se necessário outro aporte de capital no mês de setembro de 2014, no valor de R$3.267.000.000,00 milhões, dos quais (i) aproximadamente R$2,5 bilhões (equivalente a US$1,1 bilhão, considerando o câmbio de R$2,28), serão utilizados para quitação da Dívida assumida pela Sete International GmbH no contexto do Bridge 3; e (ii) o restante, no montante de aproximadamente R$758,9 milhões, será utilizado para suprir as necessidades de caixa de curto prazo e reforço de capital de giro da Companhia.

Consolidado 29 sondas (Valores em R$)

| Aumento de Capital aprovado em AGE de 11.09.2014 | Prazo | Montante |
|---|---|---|
| Classe A | 2014 | R$ 3.267.000.000,00 |