# EXHIBIT 154



STATE OF NEW YORK      )
                       )
                       )
COUNTY OF NEW YORK     )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number range EIG00157931 to EIG00157937.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 16th day of November, 2020,
by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

# Sete Brasil

Confidential | March 2, 2015



# Sete Brasil – Current Situation



❖ Situation

Sete Brasil's current situation presents the following issues:

i. insufficient cash to honor CAPEX commitments – November 2014 to February 2015 - US$850 million (unpaid) – default with shipyards, which already began layoffs and will be unable to survive with the halting of Sete's project (8,700 employees already laid off at our EEP and ERG shipyards);

ii. short-term lines of credit exhausted – current debt of US$3.6 billion with six banks (BB, Itaú, Santander, Bradesco, CEF, Standard Chartered) now overdue, trying to roll over to April 17;

iii. new requirements put in place by BNDES unfeasible to reestablish the long-term financing, due to the plea bargain of Mr. Pedro Barusco (former Director of Operations for Sete) under the scope of Operation Car Wash;

ii. shareholders <u>fully</u>  complied with their commitment to the project, having contributed the entire amount of capital committed of R$8.3 billion



> Need for BNDES to comply with the commitment made as a lender in the plan to build drilling rigs in the country – letter of June 30, 2010 – original assumption of the *Business Plan* for Sete Brasil's project



# Sete Brasil – Background on BNDES



| Document | Date | Conditions | Reason for amending conditions |
|---|---|---|---|
| **Letter of Commitment from BNDES** | June 30, 2010 | • Financing conditions for nine rigs bid out by Petrobras.<br>• Financial Cost: Libor + 2.25% per year | - |
| **Project Framework Letter for the First System** | September 27, 2011 | • Reply to Sete Brasil's Preliminary Consultation for the construction of seven rigs at EAS (FIRST SYSTEM) | - |
| **Project Framework Letter for the Second System, as well as support for Convertible Debentures to be subscribed for by BNDESPAR** | October 9, 2012 | • Reply to Sete Brasil's Preliminary Consultation for the construction of fourteen rigs chartered to Petrobras (SECOND SYSTEM) | - |
| **BNDES authorization to subscribe for Convertible Debentures in the total amount of R$1.2 billion** | June 20, 2013 | • Total amount: R$1.2 billion | - |
| **Decision of the BNDES Executive Board to fund the First System** | December 23, 2013 | • Financial conditions of the First System (nine rigs)<br>• Total amount: US$3.7 billion<br>• Financial cost: Libor + 4.25% per year | - |

Confidential       EIG00157933

# Sete Brasil – Background on BNDES



| Document | Date | Conditions | Reason for amending conditions |
|---|---|---|---|
| **Decision of the BNDES Executive Board to amend the conditions approved on December 23, 2013** | December 16, 2014 | • First System financing conditions (eight rigs)<br>• Total amount: US$3.1 billion<br>• Financial Cost: Libor + 4.80% per year | • ERG's Financial Position<br>• Petrobras and Pedro Barusco's connection to Operation Car Wash<br>• Departure of the operator OAS from the First System |
| **Unfeasibility of executing long-term financing agreements due to:** | February 5, 2015 | Plan to execute contracts for three rigs (PNBV) on February 6, 2015 (final financing documentation concluded and under review) | • Disclosure of former director Pedro Barusco's plea bargain on February 5; and<br>• Resignation of Petrobras' Executive Board on February 4, leaving two significant approvals for financing (AMA and Anti-Corruption Letter) pending |
| **List of "Essential Terms to Mitigate New Risks" of the project** | February 19, 2015 and February 20, 2015 | | **LIST OF CONDITIONS TO FOLLOW** |



Confidential

EIG00157934

# Sete Brasil – BNDES – conditions

❖ In order to resume the Financing Plan, BNDES presented a list of "Essential Conditions to Mitigate New Risks" of the project:

1. Ratification by Petrobras' Executive Board of the Charter Contracts/Service Contracts/CMAs already entered, for all terms and conditions thereof;

**Sete's Position:** Petrobras' current Executive Board had already demonstrated its consent.

2. *Stand by Letter of Credit* from a leading bank, in an amount corresponding to 30% of the credit to be presented by Sete Brasil, to cover fines and/or losses caused by a potential declaration of nullity of the charter contracts/service contracts/AMAs;

**Sete's Position:** It is somewhat unfeasible for Sete Brasil to obtain a letter of credit at this time. The company has absolutely no credit limit in the banking system, which is why it did not even obtain new short-term lines of credit that would have allowed it to honor its financial commitments to shipyards since November 2014. Even in a scenario where it would have such credit, its cost would be incredibly high.

3. Approval of the change of priority of FMM's Managing Board for Second System rather than Third System rigs.

**Sete's Position:** To be discussed with the FMM, but considering the institution's internal analysis and deliberation processes, there will invariably be a discussion that will require several months to complete.

4. Agreement with the shipyard to "suspend" payments for rigs without *funding* until this has been resolved;

**Sete's Position:** This requirement is a break from the original portfolio concept under which the plan to build the rigs was conceived (engineering, plan, ordering of equipment, among other things, are steps that are carried out simultaneously for the entire portfolio. Shipyards do not have the financial strength needed for this project structure and would go bankrupt.



Confidential

EIG00157935

# Sete Brasil – BNDES – conditions



5. Agreement with Petrobras to extend the delivery terms for all rigs, waiving late fees, in order to fit with the new schedule to be negotiated with the shipyards;

**Sete's Position:** Under discussion with Petrobras.

6. Determination, by two independent engineers with recognized expertise, to be approved by the creditors, of the international market price of rigs at the time of the EPC procurement, taking any differences caused by the Local Content requirement into account, duly specified and justified;

**Sete's Position:** (i) Difficulty identifying specialists willing to conduct this study. CEF tried to retain COPPETEC last year to issue a report of this kind and the institution refused, arguing it did not have the technical capacity to conduct this work. (ii) Noble Denton is already working as an independent engineer for the lenders, and has already issued an opinion on this matter. (iii) Should these two additional consultants be identified, a few months would be needed to conduct this work.

7. Agreement with shipyards under which they waive the claims resulting from the delay in payments already confirmed and determine the new schedule of deliveries;

**Sete's Position**: (i) Shipyards have a contractual right to charge penalties for the delays that have already accumulated; (ii) A discussion to that end would thus go on for months; and (iii) Lastly, this would result in a financial amount to be honored by Sete which would in turn need to resort to its shareholders, who are not currently available to provide new contributions.

8. Shipyards' obligation to guarantee access to creditors to prove all payments they made to their suppliers and main sub-suppliers during the disbursement phase.

**Sete's Position**: This is a requirement with a third party (shipyard) which is not a direct party to the financing agreement and extrapolates from the obligation the shipyard executed under the EPC contract with its contractor SPE. There are strategic issues of an internal commercial nature concerning the relationship of the shipyards with their suppliers, who will almost certainly not agree to share with BNDES.





Confidential | March 2, 2015



# Sete Brasil

Confidencial | 02 de março de 2015

Confidential

EIG00157931
EIG_KEP_00209423

# Sete Brasil – Contexto Atual



❖ Contexto

O contexto atual da Sete Brasil apresenta:

i. insuficiência de recursos em caixa para honrar compromissos de CAPEX – Nov/14 a Fev/15 - US$ 850 milhões (não pagos) - inadimplência junto aos estaleiros, que já começaram a efetuar demissões e não se sustentarão com a paralisação do projeto da Sete (8700 empregados já demitidos nos estaleiros EEP e ERG);

ii. esgotamento das linhas de crédito de curto prazo - endividamento atual de U$ 3,6 bilhões com seis bancos (BB, Itaú, Santander, Bradesco, CEF, Standard Chartered) atualmente vencidos e em tentativa de rolagem até 17/04;

iii. inviabilidade das novas exigências colocadas pelo BNDES para que se possa restabelecer o financiamento de longo prazo, em decorrência do conteúdo da delação do Sr. Pedro Barusco (ex-Diretor de Operações da Sete) no âmbito da operação Lava-Jato;

ii. acionistas cumpriram <u>integralmente</u> seu compromisso com o projeto - aportaram a totalidade do capital comprometido de R$ 8,3 bilhões

⇩

> Necessidade de cumprimento pelo BNDES do compromisso assumido como financiador do projeto de construção de sondas de perfuração no país – carta de 30.06.2010 – premissa original do *Business Plan* do projeto da Sete Brasil



# Sete Brasil – Histórico BNDES



| Documento | Data | Condições | Motivação para alterar condições |
|---|---|---|---|
| **Carta Compromisso BNDES** | 30/06/2010 | • Condições de financiamento para 9 sondas em licitação pela Petrobras.<br>• Custo Financeiro: Libor + 2,25% aa | - |
| **Carta de Enquadramento do Projeto para o 1º Sistema** | 27/09/2011 | • Resposta à Consulta Prévia da Sete Brasil para a construção de 7 sondas no EAS (1º SISTEMA) | - |
| **Carta de Enquadramento do Projeto para o 2º Sistema, bem como apoio para Debêntures Conversíveis em Ações a serem subscritas pelo BNDESPAR** | 09/10/2012 | • Resposta à Consulta Prévia da Sete Brasil para a construção de 14 sondas afretadas para a Petrobras (2º SISTEMA) | - |
| **Autorização BNDES para subscrição de DCA no valor total de R$ 1,2 bi** | 20/06/2013 | • Valor total: R$ 1,2 bi | - |
| **Decisão da Diretoria BNDES para financiamento Batch 1** | 23/12/2013 | • Condições financiamento Batch 1 (9 sondas)<br>• Valor total: US$ 3,7 bi<br>• Custo Financeiro: Libor + 4,25% aa | - |

# Sete Brasil – Histórico BNDES



| Documento | Data | Condições | Motivação para alterar condições |
|---|---|---|---|
| **Decisão Diretoria BNDES com alteração das condições aprovadas em 23/12/2013** | 16/12/2014 | • Condições financiamento Batch 1 (8 sondas)<br>• Valor total: US$ 3,1 bi<br>• Custo Financeiro: Libor + 4,80% aa | • Situação financeira ERG<br>• Ligação da Petrobras e Pedro Barusco com Lava-Jato<br>• Saída operador OAS do Batch 1 |
| **Inviabilização da assinatura dos contratos de financiamento de longo prazo devido a:** | 05/02/2015 | Previsão de assinatura dos contratos de três sondas (PNBV) em 06/02/2015 (documentação final do financiamento concluída e sendo vistada) | • Divulgação de conteúdo da delação premiada do ex-diretor Pedro Barusco em 05/02; e<br>• Renúncia da diretoria da Petrobras em 04/02, deixando pendentes duas aprovações relevantes ao financiamento (AMA e Carta Anti-corrupção) |
| **Lista de "Condições Essenciais para Mitigação de Novos Riscos" do projeto** | 19/02/2015 e 20/02/2015 | **LISTA DE CONDIÇÕES A SEGUIR** | |

setebrasil

Confidential

EIG00157934

EIG_KEP_00209426

# Sete Brasil – BNDES – condições



❖ Para retomada do Plano de Financiamento, BNDES apresentou lista de "Condições Essenciais para Mitigação de Novos Riscos" do projeto:

1. Ratificação, pela Diretoria Executiva da Petrobras, dos Contratos de Afretamento/Serviços/CMA já celebrados, em todos os seus termos e condições;

**Posição Sete:** Alinhamento já demonstrado pela atual Diretoria da Petrobras.

2. *Stand by Letter of Credit* de banco de primeira linha, no valor correspondente a 30% do crédito, a ser apresentada pela Sete Brasil, para cobrir multas e/ou perdas ocasionadas por eventual declaração de nulidade dos contratos de afretamento/serviço/AMA;

**Posição Sete:** A obtenção de uma carta de crédito pela Sete Brasil nesse momento é algo inviável. A empresa está totalmente sem limite de crédito no sistema bancário, razão pela qual, inclusive, não obteve novas linhas de curto prazo que permitissem honrar seus compromissos financeiros com os estaleiros desde novembro/14. Ainda em um cenário em que esse crédito existisse, seu custo seria elevadíssimo.

3. Aprovação da alteração da prioridade do Conselho Diretor do FMM para sondas do Batch 2 ao invés do Batch 3;

**Posição Sete:** A discutir com FMM, porém considerando os trâmites internos de análise e deliberação da instituição, será, invariavelmente, uma discussão que irá requerer vários meses.

4. Acordo com o estaleiro para "suspensão" dos pagamentos das sondas sem *funding* até que este seja equacionado;

**Posição Sete:** Esse requisito é uma quebra do conceito original de portfólio no qual foi concebido o projeto de construção das sondas (engenharia, projeto, encomenda de equipamentos, entre outros, são etapas simultaneamente efetuadas para todo o portfólio. Estaleiros não têm fôlego financeiro para essa modelagem de projeto e quebrarão



# Sete Brasil – BNDES – condições



5. Acordo com Petrobras de prorrogação dos prazos de entrega de todas as sondas, com waiver de multas por atraso, de forma a compatibilizar com o novo cronograma a ser negociado com os estaleiros;

**Posição Sete:** Em discussão com a Petrobras.

6. Determinação, por dois Engenheiros Independentes de reconhecida expertise, a serem aprovados pelos credores, do preço de mercado internacional das sondas à época da contratação do EPC, levando-se em conta eventuais diferenças motivadas pelo requisito de Conteúdo Local, devidamente especificadas e justificadas;

**Posição Sete:** (i) Dificuldade de identificação de especialistas que se disponham a realizar esse estudo. CEF tentou contratar a COPPETEC no ano passado para emitir um laudo dessa natureza e a instituição declinou, alegando incapacidade técnica para realização desse trabalho. (ii) A Noble Denton já atua como engenheiro independente para os lenders, tendo já emitido um parecer nesse sentido. (iii) Caso sejam identificados esses dois consultores adicionais, o tempo para realização desse trabalho será de alguns meses

7. Acordo com estaleiros em que eles renunciem a claims em decorrência do atraso de pagamentos já verificados e redefinam cronograma de entregas;

**Posição Sete**: (i) Estaleiros têm direito contratual de cobrar penalidades pelos atrasos já consolidados; (ii) Discussão nesse sentido iria, assim, prolongar-se por meses; e (iii) Por fim, haveria um desfecho de um montante financeiro a ser honrado pela Sete que, por sua vez, precisaria recorrer a seus acionistas, que não têm hoje disponibilidade em efetuar novos aportes.

8. Obrigação dos estaleiros de garantir acesso aos credores à comprovação de todos os pagamentos por eles realizados a seus fornecedores e principais subfornecedores durante a fase de desembolso.

**Posição Sete**: Trata-se de uma exigência perante um terceiro (estaleiro), que não configura como parte direta do contrato de financiamento e extrapola a obrigação firmada pelo estaleiro no contrato de EPC com sua contratante SPE. Existem questões estratégicas de âmbito comercial interno da relação dos estaleiros com seus fornecedores que, com quase certeza, não irão concordar em compartilhar com o BNDES.





Confidencial | 02 de março de 2015

Confidential

EIG00157937
EIG_KEP_00209429