# EXHIBIT 158



Deposition of:
# Robert Blair Thomas

*December 16, 2020*

In the Matter of:

# EIG v. Petrobras

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLUMBIA
 3       ------------------------------  )
 4       EIG ENERGY FUND XIV, L.P.,      )
 5       et al.,                         )Case No.
 6                    Plaintiffs,        )1:16-cv-333-APM
 7             vs.                       )
 8       PETROLEO BRASILEIRO S.A.,       )
 9                    Defendant.         )
10       ------------------------------  )
11
12
13         REMOTE DEPOSITION OF ROBERT BLAIR THOMAS
14                    December 16, 2020
15
16
17
18
19
20
21
22       REPORTED BY:  Tina Alfaro, RPR, CRR, RMR
```

|   |   | Page 99 |
|---|---|---|
| 1 | Q. In what way does it consider those | 11:21:28 |
| 2 | factors? | 11:21:30 |
| 3 | A. Well, we -- a number of ways. First we | 11:21:32 |
| 4 | start with a detailed assessment of -- of the | 11:21:40 |
| 5 | counterparties and the company involved, and | 11:21:48 |
| 6 | there's a threshold question as to whether there | 11:21:49 |
| 7 | are any known red flags, are these people that we | 11:21:52 |
| 8 | would do business with, and if not, then it dies | 11:21:55 |
| 9 | right there. | 11:22:00 |
| 10 | And so as part of that process, you know, | 11:22:01 |
| 11 | we'll frequently speak to -- obviously we have | 11:22:05 |
| 12 | local investment professionals in many of the | 11:22:09 |
| 13 | places that we operate, they're embedded in the | 11:22:11 |
| 14 | investment community, and so they'll have contact | 11:22:17 |
| 15 | and views. We'll talk to local advisors, we'll | 11:22:21 |
| 16 | talk -- we'll engage legal counsel, both local and | 11:22:26 |
| 17 | international. There's a whole series of steps | 11:22:30 |
| 18 | that we'll go through before we get to the point | 11:22:32 |
| 19 | where we're actually making an investment decision. | 11:22:40 |
| 20 | Q. Do you personally have any role in the | 11:22:43 |
| 21 | process you just described with respect to | 11:22:46 |
| 22 | evaluating an investment in terms of risk of | 11:22:48 |

|   |   | Page 100 |
|---|---|---|
| 1 | unlawful activity or corruption? | 11:22:53 |
| 2 | A.  At times if -- you know, oftentimes the | 11:22:57 |
| 3 | senior people at the firm are the people who have | 11:23:04 |
| 4 | the most relationships.  So if we want to get an | 11:23:06 |
| 5 | assessment of people, management teams, or | 11:23:10 |
| 6 | companies, it's more likely that the -- you know, | 11:23:15 |
| 7 | the senior people at the firm would -- would know | 11:23:20 |
| 8 | them or know relevant people than junior people. | 11:23:24 |
| 9 | And so early in the process we circulate what's | 11:23:27 |
| 10 | known as a posting memo internally to all the | 11:23:30 |
| 11 | senior people in the firm, and if anybody has any | 11:23:33 |
| 12 | relevant information it would get flagged at that | 11:23:40 |
| 13 | time. | 11:23:43 |
| 14 | And then -- so oftentimes I'm one of those | 11:23:46 |
| 15 | people who has a contact or a relationship or knows | 11:23:51 |
| 16 | something and will -- will weigh in at that time. | 11:23:53 |
| 17 | That posting memo gets discussed on our weekly | 11:23:57 |
| 18 | investment committee meetings.  And so all of the | 11:24:00 |
| 19 | investment professionals of the firm gather once a | 11:24:04 |
| 20 | week to discuss, you know, everything that's in the | 11:24:08 |
| 21 | pipeline, and it would -- so that would be the | 11:24:10 |
| 22 | initial screen. | 11:24:14 |