# EXHIBIT 159



Deposition of:

## Jose Magela Bernardes

*January 27, 2021*

In the Matter of:

## EIG v. Petrobras

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

```
 1        A.   He's the chairman of EIG.
 2        Q.   And he's also the chairman of Prumo,
 3   correct?
 4        A.   Not at the time when I was selected as
 5   CEO.
 6        Q.   He is currently -- do you know whether
 7   he's the -- do you know what his current position
 8   is with respect to Prumo?
 9        A.   When I left Prumo, he was chairman of the
10   board.  Currently, I don't know.
11        Q.   Did you ever serve as a member of the
12   board of Prumo?
13        A.   No.
14        Q.   Did you ever work for EIG?
15        A.   Yes.
16        Q.   During what period of time did you work
17   for EIG?
18        A.   As of June 2014 and until I became CEO of
19   Prumo.
20        Q.   So you worked at EIG from June of 2014 to
21   approximately June of 2016, correct?
22        A.   Correct.
```

Page 13

1    Q.   What was your position when you worked at
2  EIG?
3    A.   Senior executive VP.
4    Q.   And what were your job responsibilities?
5    A.   I was responsible for EIG's business in
6  Brazil and other countries in South America.
7    Q.   Where were you physically located when
8  you worked at EIG?
9    A.   Rio de Janeiro.
10   Q.   Who did you report to when you worked at
11 EIG?
12   A.   When I began, I reported to
13 Mr. Ronnie Hawkins.
14   Q.   And then did that change during the time
15 you worked at EIG?
16        MS. LAW:  Objection.
17        THE WITNESS:  EIG does not have a
18 well-defined structure.  I began to report to
19 several people after Mr. Hawkins no longer focused
20 on Brazil.
21 BY MR. WOLINSKY:
22   Q.   Who were those other people?