**Message**

| | |
|---|---|
| **From:** | Zwi [zwi@eaglebr.com.br] |
| **Sent:** | 2/3/2010 8:28:36 PM |
| **To:** | Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]; Yew Yuen CHOW [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yewyuen.chow1] |
| **Subject:** | FW: Figueiredo e-mail |

FYI, CONFIDENTIAL
Zwi

---

**From:** Zwi [mailto:zwi@eaglebr.com.br]
**Sent:** terça-feira, 2 de março de 2010 08:17
**To:** 'TONG Chong Heong [KOM-CEO]'
**Subject:** Figueiredo e-mail

Mr. Tong,

As per our telecon yesterday, please see the e-mail for Mr. Figueiredo: fig@petrobras.com.br

Please, if possible send an e-mail to Mr. Figueiredo, advising him your impossibility to be in Brazil on the 8 or 9 of March and if possible advising him that the commitments took or will be take by KC, CEO Keppel Fels Brasil is the same as took by you or by KOM.

Thanks for your help,
Rgds
Zwi

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

_____ Informação do ESET NOD32 Antivirus, versão da vacina 4908 (20100302) _____

A mensagem foi verificada pelo ESET NOD32 Antivirus.

http://www.eset.com

Confidential                                                                                                                                              KEPPEL00013178