UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EIG Energy Fund XIV, L.P.,
EIG Energy Fund XIV-A, L.P.,
EIG Energy Fund XIV-B, L.P.,
EIG Energy Fund XIV (Cayman), L.P.,
EIG Energy Fund XV, L.P.,
EIG Energy Fund XV-A, L.P.,
EIG Energy Fund XV-B, L.P., and
EIG Energy Fund XV (Cayman), L.P.

                   Plaintiffs,

-against-

Keppel Offshore & Marine Ltd.,

                   Defendant.

No. 18-CV-01047 (PGG)

**NOTICE**

---

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order, dated September 8, 2023 (Dkt. No. 150) Defendant Keppel Offshore & Marine Ltd. ("KOM") hereby submits new, public versions of (i) the Appendix to Defendant KOM's Motion for Summary Judgment; (ii) Declaration of David Kumagai in Support of Defendant KOM's Motion for Summary Judgment; and (iii) Defendant's Exhibits 1-75 (replacing Dkt. Nos. 108-3 to 108-111).

Dated: New York, New York
September 12, 2023

                         Respectfully submitted,

                         CRAVATH, SWAINE & MOORE LLP,

                  by

                                /s/ Peter T. Barbur
                                Peter T. Barbur
                                Rachel G. Skaistis
                                Members of the Firm

                     Worldwide Plaza
                        825 Eighth Avenue
                          New York, NY 10019
                            (212) 474-1000
                              pbarbur@cravath.com
                              rskaistis@cravath.com

*Attorneys for Defendant Keppel Offshore & Marine Ltd.*