UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EIG Energy Fund XIV, L.P., <br> EIG Energy Fund XIV-A, L.P., <br> EIG Energy Fund XIV-B, L.P., <br> EIG Energy Fund XIV (Cayman), L.P., <br> EIG Energy Fund XV, L.P., <br> EIG Energy Fund XV-A, L.P., <br> EIG Energy Fund XV-B, L.P., and <br> EIG Energy Fund XV (Cayman), L.P. <br><br>                              Plaintiffs, <br><br>          -against- <br><br> Keppel Offshore & Marine Ltd., <br><br>                              Defendant. | No. 18-CV-01047 (PGG) <br><br> ORAL ARGUMENT REQUESTED <br><br> UNREDACTED VERSION |

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT KEPPEL OFFSHORE & MARINE LTD.'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 1 | Complaint (Dkt. 17.) | -- | 4/30/2018 | None |
| 2 | EIG's Pre-Motion Letter (Dkt. 82.) | -- | 7/22/2021 | None |
| 3 | Deferred Prosecution Agreement | -- | 12/22/2017 | None |
| 4 | EIG's Responses to RFAs | -- | 6/4/2021 | None |
| 5 | Keppel's Responses to RFAs | -- | 6/4/2021 | None |
| 6 | <u>Ex-Petrobras Executive Says Kickbacks Were Paid to Ruling Party's Officials</u>, Wall St. J., Oct. 9, 2014 | -- | 10/9/2014 | None |
| 7 | <u>Operation Carwash in Brazil Causes Normally Staid Business</u> | -- | 11/17/2014 | None |

1

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| | Meeting to Go Off Script, The Washington Post, Nov. 17, 2014 | | | |
| 8 | Petrobras's $100 Million Man Tops Graft Haul in Scandal, Bloomberg, Dec. 2, 2014 | -- | 12/2/2014 | None |
| 9 | Transcript excerpts of June 24, 2021 Deposition of Jeffrey Chow | -- | 6/24/2021 | None |
| 10 | Transcript excerpts of July 20, 2021 Deposition of Kevin Corrigan and Rule 30(b)(6) Deposition of EIG | -- | 7/20/2021 | None |
| 11 | Transcript excerpts of May 27, 2021 Deposition of Simon Hayden | -- | 5/27/2021 | None |
| 12 | Transcript excerpts of the May 14, 2021 Deposition of Hoshrav Patel | -- | 5/14/2021 | None |
| 13 | Transcript excerpts of July 15, 2021 Deposition of Tan Leong Peng and Rule 30(b)(6) Deposition of Keppel | -- | 7/15/2021 | None |
| 14 | Transcript excerpts of July 16, 2021 Deposition of Tan Leong Peng and Rule 30(b)(6) Deposition of Keppel | -- | 7/16/2021 | None |
| 15 | Transcript excerpts of July 30, 2021 Deposition of Blair Thomas and Rule 30(b)(6) Deposition of EIG | -- | 7/30/2021 | None |
| 16 | Transcript excerpts of October 16, 2020 Deposition of Kevin Corrigan and Rule 30(b)(6) Deposition of EIG | EIG_KEP_00257407-7787 | 10/16/2020 | None |
| 17 | Transcript excerpts of October 29, 2020 Deposition of Simon Hayden | EIG_KEP_00258738-9096 | 10/29/2020 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 18 | Transcript excerpts of December 16, 2020 Deposition of Blair Thomas and Rule 30(b)(6) Deposition of EIG | EIG_KEP_00262932-3229 | 12/16/2020 | None |
| 19 | DX039 - June 2011 Investment Recommendation | EIG_KEP_00077790-832 | 6/27/2011 | None |
| 20 | DX061 - Pre-Salt Oil Rigs Project | EIG_KEP_00000130-141 | 10/2011 | None |
| 21 | DX062 - Private Placement Confidential Information Memorandum | EIG_KEP_00000001-091 | 9/2011 | None |
| 22 | DX074 - Investment Committee Meeting Minutes | EIG_KEP_00260322 | 6/27/2011 | None |
| 23 | DX075 - September 2011 Investment Recommendation | EIG_KEP_00260390-432 | 9/16/2011 | None |
| 24 | DX076 - Investment Committee Meeting Minutes | EIG_KEP_00260323-326 | 9/16/2011 | None |
| 25 | DX083 - Brazil's Energy and Infrastructure Landscape | EIG_KEP_00258521-539 | 4/2014 | None |
| 26 | DX086 - Email from K. Corrigan to P. Abejar | EIG_KEP_00077755-756 | 6/29/2011 | None |
| 27 | DX087 - Second Round of Private Placements for the Sondas Project | EIG_KEP_00049151-161 | 6/30/2011 | None |
| 28 | DX089 - First Amendment and Restatement | EIG_KEP_00048626-643 | 9/8/2011 | None |
| 29 | DX092 - Email from K. Corrigan to B. Olsen | BARRINGTON_ET_00000596 | 7/27/2011 | None |
| 30 | DX093 - Email from K. Corrigan to B. Olsen | BARRINGTON_ET_00000446-448 | 8/1/2011 | None |
| 31 | DX095 - Email from K. Corrigan to J. Starup | EIG_KEP_00121469-470 | 3/9/2012 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 32 | DX109 - Email from J. Magela Bernardes | EIG_KEP_00263664-667 | 11/18/2014 | None |
| 33 | PX014 - Email and attachment from T. Sam to T. Yang, *et al*. | KEPPEL00410554-0594 | 10/30/2011 | None |
| 34 | PX038 - Financial Model attached to PX014 | KEPPEL00410559 | -- | None |
| 35 | PX018 - Email and attachments from S. Lee to A. Bakar, *et al*. | KEPPEL00422871-882 | 2/13/2012 | None |
| 36 | PX025 - Email and attachments from N. Marsuki to J. Chow | KEPPEL_00045251-294 | 8/7/2012 | None |
| 37 | PX051 - EPC Contract between Frade Drilling and Fernvale | KEPPEL00610466-558 | 8/2/2012 | KOM Redactions |
| 38 | PX052 - EPC Contract between Brauchy Drilling and Fernvale | KEPPEL00610372-464 | 8/2/2012 | KOM Redactions |
| 39 | PX053 - EPC Contract between Portogalo Drilling and Fernvale | KEPPEL00610654-746 | 8/2/2012 | KOM Redactions |
| 40 | PX054 - EPC Contract between Mangaratiba Drilling and Fernvale | KEPPEL00555548-640 | 8/2/2012 | KOM Redactions |
| 41 | PX055 - EPC Contract between Botinas Drilling and Fernvale | KEPPEL00555263-355 | 8/2/2012 | KOM Redactions |
| 42 | PX062 - Email from E. Namtvedt to A. Amirali, *et al*. | KEPPEL00551033-034 | 3/21/2011 | None |
| 43 | PX070 - EPC Contract between Urca Drilling and Fernvale | KEPPEL000490690-768 | 12/16/2011 | KOM Redactions |
| 44 | PX086, PX087 - Email and attachment from Z. Skornicki to Y.Y. Chow | KEPPEL00049887-924 (certified translation) | 1/4/2011 | None |
| 45 | PX095 - Email from C. Shimabukuro to K.C. Kwok | KEPPEL00011126-128 | 11/8/2011 | KOM Redactions |
| 46 | PX098 - Email and attachment from M. Pereira | EIG_KEP_00278825-827 | 3/9/2012 | None |

4

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 47 | Email from G. Milanesi to B. Olsen | BARRINGTON_ET_00000486-495 | 8/8/2011 | None |
| 48 | Email from D. Fulzer to B. Olsen | BARRINGTON_ET_00000651-654 | 8/23/2011 | None |
| 49 | Email from K. Corrigan to B. Thomas | EIG_KEP_00000142 (certified translation) | 10/5/2011 | None |
| 50 | Email from K. Corrigan to B. Thomas | EIG_KEP_00000230-234 (certified translation) | 12/23/2011 | None |
| 51 | Email from J. Ferraz to Marcelo Hudik Furtado de Albuquerque, *et al.*, | EIG_KEP_00000128-129 (certified translation) | 8/8/2012 | None |
| 52 | Email from Ivan Hong to Kevin Corrigan, *et al.* | EIG_KEP_00049095-096 | 8/3/2011 | None |
| 53 | Email and attachment from D. Castro to K. Corrigan | EIG_KEP_00075177-213 (certified translation) | 9/27/2010 | None |
| 54 | Email from T. Calca to aires@bradescobbi.com.br, *et al.* | EIG_KEP_00095123-129 (certified translation) | 5/29/2013 | None |
| 55 | Second Amendment to Investment Agreement | EIG_KEP_00110494-535 (certified translation) | 7/31/2012 | None |
| 56 | Email from B. Thomas to K. Corrigan | EIG_KEP_00116690 | 7/30/2012 | None |
| 57 | Email from H. Patel to K. Corrigan and S. Hayden | EIG_KEP_00251502-508 | 3/28/2012 | EIG Redactions |
| 58 | Email from H. Patel to S. Hayden | EIG_KEP_00251523-529 | 3/28/2012 | EIG Redactions |
| 59 | Email from J. Ferraz to F. Hope | EIG_KEP_00257850-852 | 10/5/2010 | None |
| 60 | Email from L. Reis to K. Corrigan, *et al.* | EIG_KEP_00257969-971 | 6/3/2011 | None |
| 61 | Email from K. Corrigan to C. Vogel, *et al.* | EIG_KEP_00258104-106 | 6/23/2011 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 62 | EIG Global Energy Partners Confidential Memo | EIG_KEP_00289876-962 | 10/2013 | None |
| 63 | Email from Keppel Group Corp. Communications | KEPPEL00005616-617 | 4/12/2012 | None |
| 64 | Email from K. Teo to T. Heong, *et al*. | KEPPEL00006070-072 | 2/12/2014 | None |
| 65 | Email from Z. Skornicki to K. Kwok, *et al*. | KEPPEL00076345-347 | 3/16/2012 | None |
| 66 | Keppel FELS Brasil Good Connections | KEPPEL00009237 | -- | None |
| 67 | Email from B. Ming to K.C. Kwok, *et al*. | KEPPEL00009411-412 | 12/4/2012 | KOM Redactions |
| 68 | Email from T. Low to J. Ti and K. Liang, *et al*. | KEPPEL00010460-462 | 8/3/2011 | KOM Redactions |
| 69 | Email from Guia Oil & Gas to T. Sam | KEPPEL00020438-440 (certified translation) | 8/16/2011 | None |
| 70 | Email from Yves Rodrigues Borges to Yan Naing Myint | KEPPEL00330052-054 | 9/23/2014 | None |
| 71 | Email and attachments from S. Pan to C.B. Choo, *et al*. | KEPPEL00040804-862 | 9/27/2011 | None |
| 72 | Marketing Consulting and Services Agreement between Fernvale and Deep Sea Oil Corp. | KEPPEL00045627-288 | 12/1/2011 | None |
| 73 | Email from Eric Phua to Y.Y. Chow, *et al*., | KEPPEL00049993-994 | 3/13/2012 | None |
| 74 | Email from C.B. Choo to E. Ho, *et al*. | KEPPEL00429725-729 | 8/6/2012 | None |
| 75 | Keppel Press Release | KEPPEL00444138-140 | 8/7/2012 | None |