**EXHIBIT 6**

# Ex-Petrobras Executive Says Kickbacks Were Paid to Ruling Party's Officials

Brazilian Court Releases Taped Testimony Claiming Bribes Paid to President Rousseff's Allies

By Will Connors
Oct. 9, 2014 6:24 pm ET

RIO DE JANEIRO—A former executive of state-run oil company Petroleo Brasileiro SA has testified in a Brazilian federal court that kickbacks were paid to members of the ruling Workers' Party, a claim that could have implications for the nation's presidential elections later this month.

The testimony, recordings of which were released online by the court Thursday, contains the latest in a string of corruption allegations involving Petrobras, and could provide ammunition to challenger Aécio Neves, who is locked in a tight race with incumbent Dilma Rousseff.

The former Petrobras executive, Paulo Roberto Costa, who was arrested earlier this year on money laundering charges and is currently under house arrest, alleged on the recordings that kickbacks to members of Ms. Rousseff's Workers' Party, or PT, were commonplace in his and other divisions of Petrobras.

Mr. Costa, who testified as part of a plea deal with investigators to reduce his sentence and who admits to taking bribes himself, alleged that a certain percentage of contracts at the refining unit of Petrobras were to go to members of the Workers Party. Mr. Costa was Petrobras's supply and refining director until 2012.

Rui Falcão, the PT national president, said in a statement Thursday that the party "vehemently repudiates" the "slanderous" allegations, and that all donations to the PT follow legal standards.

In the audio tapes, made available by the federal court in the state of Paraná, Mr. Costa also alleges kickbacks took place for contracts at Transpetro, a subsidiary of Petrobras.

A spokesperson for Transpetro said the president of the company, Sergio Machado, who is named in the tapes, "vehemently denies the claims" and that the charges are "untrue and absurd."

Petrobras said in a statement that it is cooperating with investigators.

"Petrobras would also like to emphasize that the company is considered by those authorities to be the victim in this investigation process," it said.

An attorney for Mr. Costa couldn't immediately be reached.

Mr. Costa's allegations are the latest among several corruption scandals tied to Petrobras, the biggest oil company in Latin America. The scandals have become part of the re-election campaign of Ms. Rousseff, who faces a runoff election October 26. The incumbent has been forced to address concerns about Petrobras regularly at campaign stops, while Mr. Neves, her challenger, has regularly cited the alleged corruption at Petrobras as something he would address if elected.

Still, the latest allegations are unlikely to threaten her standing as the favorite to win the election.

Petrobras is also the subject of two congressional inquiries, convened to investigate the 2006 purchase of a Texas refinery.

Petrobras shares in New York closed 1.57% higher at $16.77 Thursday.

—Rogerio Jelmayer and Paulo Trevisani contributed to this article.

Write to Will Connors at william.connors@wsj.com