**EXHIBIT 11**

Page 1

1              CONFIDENTIAL - SIMON R. HAYDEN
2            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
3

     EIG ENERGY FUND XIV,         :
4    L.P., EIG ENERGY FUND        :   No. 18-cv-01047-PGG
     XIV-A, L.P., EIG ENERGY      :
5    FUND XIV-B, L.P., EIG        :
     ENERGY FUND XIV              :
6    (CAYMAN), L.P., EIG          :
     ENERGY FUND XV, L.P.,        :
7    EIG ENERGY FUND XV-A,        :
     6 L.P., EIG ENERGY           :
8    FUND XV-B, L.P., and         :
     EIG ENERGY FUND              :
9    XV(CAYMAN), L.P.,            :
             Plaintiffs,          :
10                                :
                vs.               :
11                                :
     KEPPEL OFFSHORE &            :
12   MARINE LTD.,                 :
             Defendant.           :
13   -----------------------      :
14
15          VIDEOTAPE DEPOSITION VIA ZOOM OF:
16                  SIMON R. HAYDEN
17               THURSDAY, MAY 27, 2021
18
19
20
21
22
23
24   REPORTED BY:
     SILVIA P. WAGE, CCR, CRR, RPR
25   JOB NO. 4590550

Page 83

CONFIDENTIAL - SIMON R. HAYDEN

1       CONFIDENTIAL - SIMON R. HAYDEN
2    sizeable group.  So we were accompanied.  We are
3    accompanied to these sites.  So we were
4    accompanied throughout the trip by, at least, a
5    couple of Keppel employees and -- you know, but I
6    don't remember their names.
7           Q.  And how did you know that they were
8    "Keppel employees"?
9           A.  They were wearing the sort of Keppel
10   sort of boiler suits and the hat, the hardhat.
11          Q.  And what did you see at the Brasfels
12   Shipyard?
13          A.  They showed us the whole shipyard.
14   So we started off in the welding area where the
15   equipment is sort of -- you know, like, building
16   these ships is like a jigsaw puzzle.  So you
17   start by welding the, you know, the metal parts
18   into the right shape and it sort of goes down
19   towards the shore and gets bigger as more parts
20   get welded together.  So we saw all of that in
21   the transition area.  They were at work at the
22   time.
23              And then we saw the, obviously, you
24   know, near the dock where the boats are actually,
25   you know, final construction takes place and, you

Page 84

1      CONFIDENTIAL - SIMON R. HAYDEN
2  know, the cranes, the different docks.  And then
3  they also showed us inside -- at the very back of
4  the shipyard first away from the shore was the
5  building where the sort of, you know, the admin
6  building, that's where we had the meeting with
7  them.
8      Q.  And what happened at the meeting that
9  you referenced?
10     A.  They introduced the shipyard and gave
11 us an overview of Keppel and the shipyard.  The
12 purpose of the visit was to get -- Sete was
13 really telling its investors to give them comfort
14 that these ships could be built in Brazil.  And
15 so the Keppel yard was selected as the best one
16 -- yeah, at least, one of the best, if not the
17 best yard in Brazil to show us around.  So it was
18 kind of a presentation of the, I think, abilities
19 of this shipyard to produce these complex
20 vessels.
21     Q.  And so was the presentation focused
22 on the ship building capacity of the shipyard?
23     A.  Yeah, to the best of my recollection,
24 it was going through the capacity of the
25 shipyard.

```
                                                    Page 85
 1              CONFIDENTIAL - SIMON R. HAYDEN
 2         Q.   Was the presentation or tour in
 3   English or Portuguese?
 4         A.   It was presented in English.
 5         Q.   And who gave the presentation at the
 6   Brasfels Shipyard?
 7         A.   I don't recall the name of the
 8   person.
 9         Q.   Was it a man or a woman?
10         A.   A man.
11         Q.   And how old, approximately, was he?
12              MS. PAK:  Objection to form.
13         A.   I would say middle-aged.  I don't
14   remember.
15         Q.   Did you speak with any employees of
16   the shipyard?
17         A.   Yeah, I think it was -- it was a
18   free-flowing conversation for the hour or more
19   that we were going around.  We were sort of
20   question and answer session where we were asking
21   questions around the shipyard and they were
22   responding to us.
23              So it was quite a lot of interaction,
24   you know, over the shipyard and what we're
25   looking at and they're explaining to us, you
```

```
                                                     Page 86
1              CONFIDENTIAL - SIMON R. HAYDEN
2      know, exactly how it all worked and the process
3      of that, the shipyard.
4              Q.  And did you personally ask any
5      questions of anyone at the shipyard?
6              A.  Well, I would have -- I think I was
7      quite fascinated by it.  I was quite involved,
8      but I don't remember the exact questions.
9              Q.  Did you see any ships being built for
10     Sete at the Brasfels Shipyard?
11             A.  I don't recall for whom the ships
12     were being built.
13             Q.  What did the ships look like?
14                 MS. PAK:  Objection to form.
15             A.  I mean, they were -- they were just
16     pieces of metal at that point in time.  They
17     weren't -- I don't recall the sort of, you know,
18     big ships sitting in the dock ready to sail off.
19     They were literally welding the initial pieces of
20     things together and it was sort of moving along.
21     So I don't recall seeing it sort of, you know, a
22     big completed boat and -- well, actually, now you
23     saying that, I do actually remember there was a
24     boat there, which had sort of technical -- needed
25     an upgrade.  But, anyway, you know, I don't -- I
```

```
                                                      Page 87
 1              CONFIDENTIAL - SIMON R. HAYDEN
 2      don't recall the details of the -- what vessels
 3      they were or who they were for.
 4              Q.  And how long, approximately, did your
 5      visit to the Brasfels Shipyard last?
 6              A.  I would say two to three hours.
 7              Q.  And did you watch any videos or slide
 8      shows during your visit to the Brasfels Shipyard?
 9              A.  I recall a slide show and then the
10      presentation, there being a slide show, yes.  I
11      don't remember if there was a video, all the
12      contents of the slide show.
13              Q.  What was included -- what do you
14      remember about the slide show?
15              A.  Well, I think, it was just a poor --
16      you know, the presentation of the shipyard
17      capacity, you know, the capacity of the shipyard
18      to produce (UNINTELLIGIBLE) ships and
19      recollection of, you know, being the mention of
20      the Keppel and their ability, you know, the sort
21      of it's a Keppel yard and, you know, sort of
22      broad corporate picture supporting the yard.
23              Q.  Is there anything else that you
24      recall about the presentation?
25              A.  No.
```

Page 162

CONFIDENTIAL - SIMON R. HAYDEN

C E R T I F I C A T E   O F   R E P O R T E R

I, SILVIA P. WAGE, a Certified Shorthand Reporter, Certified Realtime Reporter and Registered Reporter, herby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision; that before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

*[signature]*

May 28, 2021

License No. 30X100182700

# ERRATA SHEET

*EIG v. Keppel*

## Simon Hayden Transcript (#4590550)

| Page | Line | Change | Reason |
| --- | --- | --- | --- |
| 3 | 18-21 | David Alexander and Andrew Vazquez are Summer Associates at Kramer Levin Naftalis & Frankel, not Cravath Swaine & Moore | Clarification |
| 23 | 21 | "capital" should be "Keppel" | Transcription error |
| 24 | 6 | "pursuing capital" should be "pursuing Keppel" | Transcription error |
| 29 | 15-16 | "John Daniel Borgeaud" should be "Jean-Daniel Borgeaud" | Transcription error |
| 35 | 22 | "may have to shorter" should be "may have shorter" | Transcription error |
| 36 | 3 | "investments. We want" should be "investments we want" | Transcription error |
| 36 | 4 | "all price risk" should be "oil price risk" | Transcription error |
| 38 | 15 | "name and risk" should be "payment risk" | Transcription error |
| 38 | 16-17 | "we can look at the counterparties" should be "we look carefully at the sort of counterparties" | Transcription error |
| 39 | 17 | "governance-like" should be "governance-type" | Transcription error |
| 39 | 23-24 | "our companies run management decisions policies around" should be "how companies are run, management decisions, policies around" | Transcription error |
| 40 | 17 | "of EIG" should be "at EIG" | Transcription error |
| 40 | 23 | "vetting along side" should be "investing alongside" | Transcription error |
| 41 | 4 | "harder a those" should be "harder on those" | Transcription error |
| 45 | 25 | "compliment" should be "Complinet" | Transcription error |

1

| **Page** | **Line** | **Change** | **Reason** |
|---|---|---|---|
| 46 | 16 | "think in EIG, we stayed" should be "think at EIG, we stay" | Transcription error |
| 46 | 19 | "evaluations" should be "valuations" | Transcription error |
| 46 | 21 | "we were happy funding" should be "whether we were happy funding" | Transcription error |
| 46-47 | 25-2 | "just to drop our inquiry" should be "we do not just drop our enquiry" | Clarification |
| 49 | 9 | "part of the EIG" should be "part of EIG" | Transcription error |
| 49 | 22 | "like end" should be "back then" | Transcription error |
| 52 | 11-12 | "just a general mark on the moment" should be "just a deal I'm working on at the moment" | Transcription error |
| 53 | 23 | "all price risk" should be "oil price risk" | Transcription error |
| 72 | 2 | "Albay" should be "Albe" | Transcription error |
| 72 | 8 | "Blaire" should be "Blair" | Transcription error |
| 73 | 11 | "Kotel (phonetic)" should be "Kurt Talbot" | Transcription error |
| 79 | 19, 22, 23 | "Sparub" should be "Starup" | Transcription error |
| 80 | 15 | "Bryan Hom" should be "Ivan Hong" | Transcription error |
| 80 | 20 | "I don't remember Ivan Hong being" should be "I don't – I remember Ivan Hong being" | Transcription error |
| 81 | 19-20 | "Rio, the Janeiro City Center" should be "Rio de Janeiro city center" | Transcription error |
| 84 | 4 | "first away" should be "furthest away" | Transcription error |
| 87 | 15 | "it was just a poor" should be "it was to support" | Transcription error |

2

| Page | Line | Change | Reason |
|---|---|---|---|
| 87 | 18 | "produce (UNINTELLIGIBLE) ships" should be "produce ultra-deepwater drillships" | Transcription error |
| 92 | 25 | "online" should be "oil" | Transcription error |
| 95 | 5 | "So instead of asking me" should be "So if they had asked me" | Transcription error |
| 102 | 14 | "what ground" should be "walk around" | Transcription error |
| 107 | 7 | "BTG Actual" should be "BTG Pactual" | Transcription error |
| 113 | 16 | "They usually" should be "They're usually" | Transcription error |
| 121 | 18 | "charter loans" should be "charter lengths" | Transcription error |
| 130 | 6 | "Miguella" should be "Magela" | Transcription error |
| 137 | 25 | "think amount" should be "think any amount" | Transcription error |
| 143 | 24-25 | "corrupt allegations" should be "corruption allegations" | Transcription error |
| 146 | 15 | "I don't know" should be "I don't, no" | Transcription error |

_____
Simon Hayden

July 6 2021
Date

3