# EXHIBIT 12

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   EIG ENERGY FUND XIV, L.P.,
     EIG ENERGY FUND XIV-A, L.P.,
 4   EIG ENERGY FUND XIV-B, L.P.,
     EIG ENERGY FUND XIV (CAYMAN),
 5   L.P., EIG ENERGY FUND XV,       No. 18-cv-01047-PGG
     L.P., EIG ENERGY FUND XV-A,
 6   L.P., EIG ENERGY FUND XV-B,
     L.P., and EIG ENERGY FUND XV
 7   (CAYMAN), L.P.,
 8              Plaintiffs,
 9        vs.
10   KEPPEL OFFSHORE & MARINE
     LTD.,
11
12              Defendant.
     _____/
13
14         -- CONFIDENTIAL UNDER PROTECTIVE ORDER --
15
           FEDERAL RULES OF CIVIL PROCEDURE 30(b)(6)
16
           VIDEO-RECORDED DEPOSITION OF HOSHRAV PATEL
17
                    REMOTE ZOOM PROCEEDING
18
                   San Francisco, California
19
                    Friday, May 14, 2021
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 114                         Job No. 4579413
```

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 83

1  requirements of establishing and/or increasing reserve
2  accounts"?
3      A.  No, I don't recall this.
4      Q.  And who is Daniel Rodriguez?
5      A.  I vaguely recall that he was a member of the
6  team at Lakeshore Partners.
7      Q.  And who is Ivan Hong?
8      A.  I also vaguely recall that he was a member of
9  the team at Lakeshore Partners.
10     Q.  Do you recall meeting either Mr. Hong or
11 Mr. Rodriguez?
12     A.  I don't recall one way or the other.
13     Q.  And I believe in your Petrobras deposition, you
14 testified that you visited Brazil once while you worked
15 at EIG; is that right?
16     A.  Yes, that's correct.
17     Q.  And who else from EIG joined you on your trip to
18 Brazil?
19     A.  I recall Simon Hayden and Kevin Corrigan being
20 present.
21     Q.  Do you recall anyone else?
22     A.  I don't recall anyone else from EIG being
23 present.
24     Q.  Do you recall anyone else from any other company
25 or entity?

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 84

1           MS. PAK:  Objection to form.
2           THE WITNESS:  Well, I recall that we met with
3    people from Sete.  I recall that we met with people in
4    Lakeshore.  I recall we met with two members of the team
5    from ADICO.
6       Q.  BY MR. KUMAGAI:  And what is ADICO?
7       A.  Abu Dhabi Investment Council.
8       Q.  Do you recall the names of the two people from
9    ADICO that you met?
10      A.  Jeppe Starup and Amir Ali.
11      Q.  And do you recall who you met at Sete?
12      A.  I recall that we had a meeting with Ferraz, and
13   I cannot recall who else was present.
14      Q.  And who invited -- who at EID invited you to
15   attend the trip to Brazil?
16      A.  I do not recall.
17      Q.  Do you know why you were invited?
18      A.  I don't recall.
19      Q.  Do you know what your role was on the trip?
20      A.  I don't have a recollection.
21      Q.  And you testified in your Petrobras deposition
22   that you visited a shipyard on your trip to Brazil with
23   EIG; is that right?
24      A.  Correct.
25      Q.  And do you recall how you got to the shipyard?

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 85

1     A.  I don't recall.
2     Q.  Do you recall if you drove or flew to the
3  shipyard?
4     A.  I frankly don't recall.
5     Q.  And who from EIG attended the shipyard with you?
6     A.  I don't recall, but my suspicion -- strong
7  suspicion is that Simon and Kevin were there, but I don't
8  recall.
9     Q.  Simon Hayden?  Is that who you mean?
10    A.  Simon Hayden and Kevin Corrigan.
11    Q.  And do you recall whether there was anyone else
12 with you?
13        MS. PAK:  Objection to form.
14        THE WITNESS:  I don't recall who else was with
15 us.
16    Q.  BY MR. KUMAGAI:  Did anyone from ADICO attend
17 the shipyard with you?
18    A.  I cannot remember.
19    Q.  Did anyone from Lakeshore attend the shipyard
20 with you?
21    A.  I cannot remember.
22    Q.  Did anyone from Petrobras attend the shipyard
23 with you?
24    A.  I cannot remember.
25    Q.  Did anyone from Sete attend the shipyard with

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 86

1  you?
2       A.  I do not recall.
3       Q.  Do you recall meeting any employees of the
4  shipyard?
5       A.  I cannot recall.
6       Q.  Do you recall any presentations during your
7  visit to the shipyard?
8       A.  I cannot recall.
9       Q.  Do you recall a safety presentation at the
10 shipyard?
11      A.  I cannot recall.
12      Q.  Do you recall watching any videos or slide shows
13 at the shipyard?
14      A.  I do not recall.
15      Q.  Do you recall taking a tour of the shipyard?
16      A.  I don't recall.
17      Q.  Do you recall putting on any safety equipment,
18 like a hardhat or visibility vest, at the shipyard?
19      A.  I don't recall.
20      Q.  Do you recall whether any tour was in English or
21 Portuguese at the shipyard?
22      A.  I do not recall.
23      Q.  Do you recall whether a man or a woman gave any
24 tour of the shipyard?
25      A.  I do not recall.

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 87

1  Q. And do you recall what you saw at the shipyard?
2  A. I do not recall.
3  Q. Do you recall asking any questions of anyone at
4  the shipyard?
5  A. I do not recall.
6  Q. Do you recall whether anyone with you was asking
7  questions of anyone at the shipyard?
8  A. I don't recall.
9  Q. Do you recall whether Kevin Corrigan asked
10 anyone any questions at the shipyard?
11 A. I don't know.
12 Q. Do you recall whether Simon Hayden asked anyone
13 any questions at the shipyard?
14 A. I do not recall.
15 Q. Do you recall seeing Simon Hayden or
16 Kevin Corrigan speaking to any employees at the shipyard?
17 A. I do not recall.
18 Q. Do you recall whether any tour that you took of
19 the shipyard was inside or outside?
20 A. I do not recall.
21 Q. Do you recall what the weather was like when you
22 visited the shipyard?
23 A. I do not recall.
24 Q. Do you recall anything that you saw at the
25 shipyard?

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 88

1	A.  No, sir.  I do not recall.
2	Q.  You do not recall seeing any ships being built
3	at the shipyard?
4	A.  I do not have a recollection.
5	Q.  You don't recall whether you saw any ships under
6	construction at the shipyard?
7	A.  No recollection one way or the other.
8	Q.  You don't recall anything about your visit to
9	the shipyard?
10	    MS. PAK:  Objection to form.
11	    THE WITNESS:  I think what I can recall is that
12	we had attended -- or excuse me -- we had visited a
13	shipyard.  But beyond that, my memory is drawing a
14	complete blank.
15	Q.  BY MR. KUMAGAI:  That is everything you remember
16	about the shipyard visit, just that you attended the
17	visit to the shipyard?
18	A.  That's correct, and that we had planned to
19	attend as well.
20	Q.  What do you mean when you say "and that we had
21	planned to attend as well"?
22	A.  Well, that was part of the trip, we were going
23	to visit one of the shipyards.
24	    MR. KUMAGAI:  Claudia and Mr. Patel, do you guys
25	want to just break for lunch now?

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 89

1           THE WITNESS:  Yeah, could do.  Sure.
2           MR. KUMAGAI:  Is that okay?
3           MS. PAK:  Yeah, we can go off the record.
4           MR. KUMAGAI:  Okay.  Great.
5           THE VIDEOGRAPHER:  The time is 12:37, and we're
6    going off the record.
7           (Recess.)
8           THE VIDEOGRAPHER:  The time is 1:32, and we're
9    back on the record.
10       Q.  BY MR. KUMAGAI:  Mr. Patel, did you speak with
11   counsel about your testimony during the break?
12       A.  No, I did not.
13       Q.  Are you familiar with a company called
14   Barrington Media?
15       A.  No, I'm not familiar with them.
16       Q.  Did you work with Barrington Media when you were
17   at EIG?
18       A.  I don't recall if I did or didn't.
19       Q.  Did you attend EIG's annual investors'
20   conferences?
21       A.  I did attend some of them, yes.
22       Q.  Which investors' conferences did you attend?
23       A.  I frankly don't recall.
24       Q.  Did you attend every year that you were at EIG?
25       A.  I'm frankly not sure what happened in the last

CONFIDENTIAL UNDER PROTECTIVE ORDER

Page 114

1   STATE OF CALIFORNIA    ) ss:
2   COUNTY OF MARIN        )
3
4           I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
5   hereby certify:
6           That the foregoing deposition testimony was
7   taken before me at the time and place therein set forth
8   and at which time the witness was administered the oath;
9           That testimony of the witness and all objections
10  made by counsel at the time of the examination were
11  recorded stenographically by me, and were thereafter
12  transcribed under my direction and supervision, and that
13  the foregoing pages contain a full, true and accurate
14  record of all proceedings and testimony to the best of my
15  skill and ability.
16          I further certify that I am neither counsel for
17  any party to said action, nor am I related to any party
18  to said action, nor am I in any way interested in the
19  outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21  this 17th day of May, 2021.
22
23
24
25          LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462

## ERRATA SHEET

*EIG v. Keppel*

### Hoshrav Patel Transcript (#4579413)

| Page | Line | Change | Reason |
|---|---|---|---|
| 40 | 17 | "Albay" should be "Albe" | Transcription error |
| 40 | 20 | "Albay" should be "Albe" | Transcription error |
| 66 | 21 | "EIG_KEP_0079317" should be "EIG_KEP_00079317" | Clarification |
| 68 | 12 | "incorporating" should be "incorporated" | Clarification |
| 75 | 7 | "PNI" should be "P&I" | Transcription error |
| 75 | 14 | "PNI" should be "P&I" | Transcription error |
| 75 | 23 | "Console PNI" should be "Consol P&I" | Transcription error |
| 76 | 15 | "Console PNI" should be "Consol P&I" | Transcription error |
| 76 | 16 | "Console PNI" should be "Consol P&I" | Transcription error |
| 81 | 18 | "1.84xROI" and "1.62xROI" should be "1.84x ROI" and "1.62x ROI" | Transcription error |
| 84 | 10 | "Amir" should be "Amer" | Clarification |
| 84 | 14 | "EID" should be "EIG" | Transcription error |
| 91 | 1 | "recall?" should be "recall." | Transcription error |
| 92 | 1 | "DC" should be "D.C." | Transcription error |
| 92 | 2 | "DC" should be "D.C." | Transcription error |

_____
Hoshrav Patel

June 7 2021
Date

1