# EXHIBIT 13

```
                                                          Page 1
 1         CONFIDENTIAL - LEONG PENG TAN
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 18-CV-01047 (PGG)
     ------------------------------------------X
 4   EIG ENERGY FUND XIV, L.P.,
 5   EIG ENERGY FUND XIV-A, L.P.,
 6   EIG ENERGY FUND XIV-B, L.P.,
 7   EIG ENERGY FUND XIV (CAYMAN), L.P.,
 8   EIG ENERGY FUND XV, L.P.,
 9   EIG ENERGY FUND XV-A, L.P.,
10   EIG ENERGY FUND XV-B, L.P., and
11   EIG ENERGY FUND XV (CAYMAN), L.P.,
12                     Plaintiffs,
13        - against -
14   KEPPEL OFFSHORE & MARINE LTD.,
15                     Defendant.
     ------------------------------------------X
16            * * * CONFIDENTIAL * * *
17              30(b)(6) DEPOSITION
18         VIA ZOOM VIDEOCONFERENCING
19                    OF
20         KEPPEL OFFSHORE & MARINE LTD.
21                BY AND THROUGH
22                LEONG PENG TAN
23           Thursday, July 15, 2021
24   Reported By:
     LINDA J. GREENSTEIN
25   JOB NO. 4662403
```

```
                                              Page 129
```

1        CONFIDENTIAL - LEONG PENG TAN
2              Does this refresh your
3     recollection that the Brazilian officials
4     referred to in the DPA were Mr. Barusco and
5     Mr. Duque?
6          A.    I don't know how that conclusion
7     can be drawn, but I think still -- I would
8     still say refer to the DPA.
9          Q.    Okay.  Well the question is, do
10    you know whether any KOM executives had any
11    discussions in person about bribes with
12    either Mr. Barusco or Mr. Duque?
13         A.    Yeah.  I understand that, I
14    understand what you say, what you're
15    asking.  And my answer to that is as I
16    provide you just now, is that in regards to
17    the bribe in Brazil, I think you have to
18    refer back to the DPA, what has been
19    counted there, stated there.
20         Q.    Okay.  But the DPA does not tell
21    me whether or not there were discussions
22    with Mr. Barusco or Mr. Duque on the
23    subject of bribes, does it?
24              MR. BARBUR:  Objection to the
25         form of the question.  The document

Page 130

1        CONFIDENTIAL - LEONG PENG TAN
2        speaks for itself.
3        A.     Yeah, the document speak for
4    itself.
5        Q.     You have no understanding as to
6    who Brazilian Officials 1 and 2 are; is
7    that correct, sir?
8        A.     Yes, as to what I said before.
9        Q.     And when did Keppel first learn
10   that private entities were going to fund
11   Sete?
12       A.     Can you repeat your first part
13   of your question?
14       Q.     The question was, when did
15   Keppel first learn that private entities
16   were going to fund Sete?
17       A.     I don't know when you consider
18   as when you know.  We all know that all
19   projects will require financing, okay?  So
20   when Sete Brazil approached us to provide
21   quotation to build the semi-submersible,
22   okay, we just naturally, I would say that
23   all opportunity in financing.
24       Q.     Okay.  So using that same logic,
25   at the time that you learned that Sete was

Page 131

1           CONFIDENTIAL - LEONG PENG TAN
2    going to contract for the remaining 21 rigs
3    as well as seven rigs with EAS, Keppel
4    understood that Sete would require some
5    form of equity financing; right, sir?
6          A.    No, I -- Sete will require
7    financing.
8          Q.    Okay.  So then the question is,
9    when did Keppel first learn that Sete would
10   require equity financing?
11         A.    Equity financing...
12               I think it's time when I think
13   we believe we have spoken about potentially
14   having a joint venture for one of the
15   units.
16         Q.    Okay.  We'll get to that later,
17   the joint venture.
18               MS. PAK:  So I've introduced a
19         document that was previously marked as
20         Plaintiffs' Exhibit 6.
21               It's an e-mail chain Bates
22         stamped KEPPEL00547339 to 340, 3-4-0.
23                    (Previously marked
24         Plaintiffs' Exhibit 6 for
25         identification shown to the witness.)

```
                                          Page 132
 1         CONFIDENTIAL - LEONG PENG TAN
 2   BY MS. PAK.
 3       Q.    Let me know when you see it.
 4       A.    Okay.  I see the e-mail.
 5       Q.    Okay.
 6             MS. PAK:  Give me one second.
 7   BY MS. PAK:
 8       Q.    And this e-mail was forwarded to
 9   you by Mr. Jeff Chow, if you look at the
10   top e-mail, on January 10, 2011.
11             Do you see that, sir?
12       A.    Yes.
13       Q.    And he wrote "Strictly
14   Confidential."
15             Right?
16       A.    Yes.
17       Q.    And is it -- what is your
18   understanding as to why he's continuing to
19   send you information about Brazil that is
20   strictly confidential?
21       A.    I'm not -- I can't say why.
22       Q.    And if you look at the bottom
23   e-mail, it's from YY Chow dated January 9,
24   2011, and it includes a bunch of people,
25   including CB Choo and CH Tong.
```

Page 229

1        CONFIDENTIAL - LEONG PENG TAN
2              C E R T I F I C A T E
3
4       I, Linda J. Greenstein, Professional
5   Shorthand Reporter and Notary Public in and
6   for the State of New York, do hereby
7   certify that, LEONG PENG TAN, the witness
8   whose deposition is hereinbefore set forth,
9   was duly sworn and that such deposition is
10  a true record of the testimony given by the
11  witness to the best of my skill and
12  ability.
13      I further certify that I am neither
14  related to or employed by any of the
15  parties in or counsel to this action, nor
16  am I financially interested in the outcome
17  of this action.
18      IN WITNESS WHEREOF, I have hereunto set
19  my hand this 16th day of July 2021.
20
21
22              Linda J. Greenstein
23
24  My commission expires:    January 30, 2025
25