**EXHIBIT 14**

Page 237

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 18-cv-01047 (PGG)
 5   ----------------------------------x
     EIG ENERGY FUND XIV, L.P.,
 6   EIG ENERGY FUND XIV-A, L.P.,
     EIG ENERGY FUND XIV-B, L.P.,
 7   EIG ENERGY FUND XIV (CAYMAN), L.P.,
     EIG ENERGY FUND XV, L.P.,
 8   EIG ENERGY FUND XV-A, L.P.
     EIG ENERGY FUND XV-B, L.P.
 9   EIG ENERGY FUND XV (CAYMAN), L.P.
10                    Plaintiffs,
11        -against-
12   KEPPEL OFFSHORE & MARINE LTD.,
13                    Defendant.
     ----------------------------------x
14
15        * * * CONFIDENTIAL * * *
16             VOLUME II
17      VIRTUAL ZOOM DEPOSITION
18            LEONG PENG TAN
19            July 16, 2021
20
21
22   Reported By:
23   Erica Ruggieri, CSR, RPR
24
25
```

```
 1              TAN - CONFIDENTIAL
 2       Shimabukuro, Bates Keppel 0001126
 3       to 128, marked for identification,
 4       as of this date.)
 5           Q.   Let me know when you have
 6       it, sir.
 7           A.   Yes.
 8           Q.   I want you to look at the
 9       first e-mail in the e-mail chain
10       which is at the top of page 2 of the
11       pdf.  It's from Carla Shimabukuro at
12       Keppel FELS dated November 8, 2011,
13       and she sends this to K.C. Kwok
14       cc'ing Edmundo Santos.
15            Do you see that, sir?
16           A.   Yes.
17           Q.   And the subject line is
18       comments from Fabio Cunha of Sete
19       Brasil company.
20            Do you see that, sir?
21           A.   Yes.
22           Q.   And she writes, "Sir,
23       please see below the e-mail from
24       Fabio Cunha of the Sete Brasil
25       company, regarding the visit that
```

Page 276

TAN - CONFIDENTIAL

1
2  happened on August 4, 2011."
3       And underneath that it appears
4  to be a translation that she
5  provides of comments that were
6  received from Edmundo Santos at Sete
7  Brasil.  Do you agree?
8       A.   I don't know whether that's
9  translated by her but there's a --
10 there's a translated version there.
11      Q.   Okay.  And within her
12 e-mail it says, "Edmundo, the visit
13 was very fruitful and our investors
14 and employees learned a lot about
15 the construction of the
16 platform/vessels.  The overall
17 impression was good and reached the
18 expected reduction in the risk
19 perception of the project.  Thank
20 you for your attention and your
21 staff."
22      Do you see that, sir?
23      A.   Yes.
24      Q.   And what did KOM understand
25 the purpose of this visit by EIG and

Page 277

TAN - CONFIDENTIAL

```
 1                  TAN - CONFIDENTIAL
 2       the other potential investors to be?
 3              MR. BARBUR:  Objection to the
 4       form of the question.  You haven't
 5       established that they were
 6       potential investors or that EIG or
 7       Keppel was aware of that.
 8          Q.   You can answer the
 9       question, Mr. Tan.
10          A.   Can you repeat the question
11       again?
12          Q.   Sure.  What did KOM
13       understand the purpose of this visit
14       by EIG and other investors or
15       potential investors in Sete to be?
16          A.   I don't know what's the
17       intention.  I think the key is that
18       when a client requests for yard tour
19       we would just, how do I say, we
20       would then organize ourselves, okay,
21       to present the yard to our client
22       request, show him the yard
23       capabilities and facilities and
24       whatever other topics have been
25       spoken or presented.
```

Page 278

TAN - CONFIDENTIAL

Q. Well, Mr. K.C. Kwok understood that the purpose of the visit to the BrasFELS shipyard was in connection with any due diligence or monitoring that the investors or potential investors in Sete Brasil would be doing, correct?

A. I don't know whether K.C. Kwok know.

Q. Based on your preparation did you learn any information as to what KOM's understanding of the purpose of a visit from a potential or actual investor in Sete would be?

A. We don't even know whether they are potential investor. Just to ask this just that Sete Brasil wants to bring.

Q. I understand. But even if Keppel thought at this time it was an investor in Sete Brasil, did you learn from your preparation what Keppel considered the purpose of this visit or visits from investors

```
 1              TAN - CONFIDENTIAL
 2       in Sete to be?
 3           A.   The first purpose of the
 4       visit are what I mention just now is
 5       to showcase the yard.
 6           Q.   Okay.  Do you agree that at
 7       least as of August 2011 when EIG
 8       visited the Keppel shipyard Keppel
 9       knew that EIG was an investor or
10       potential investor in Sete Brasil?
11           A.   I don't know.
12           Q.   Having seen this document
13       does it refresh your recollection as
14       to whether or not at least by
15       August 2011 Keppel learned that EIG
16       was an investor or potential
17       investor in Sete?
18           A.   I don't know.  We don't
19       even know who is EIG.
20           Q.   You don't see this e-mail
21       that's being sent to K.C. Kwok
22       discussing the visit as productive
23       and informing Mr. Kwok that the
24       investors learned a lot about the
25       construction of the semisubs and
```

Page 280

1       TAN - CONFIDENTIAL
2  this e-mail is coming from a
3  representative of Sete?
4         MR. BARBUR:  I'm sorry, what's
5   the question?  I didn't hear a
6   question there.
7         Q.   You don't see that this
8  e-mail discussing the visit as
9  productive and referring to
10 investors who learned a lot about
11 the construction of the semisubs is
12 coming from a representative of Sete
13 Brasil?
14        MR. BARBUR:  You are just
15  asking him to interpret the
16  document then.
17        Q.   Mr. Tan, please answer the
18 question.
19        A.   Yes.  But what the document
20 say and the document, this e-mail,
21 is dated November.
22        Q.   I understand that.  But the
23 actual visit occurred in
24 August 2011, correct?
25        A.   I can only state -- sorry,

Page 286

TAN - CONFIDENTIAL

1
2    subject line Sete visit BrasFELS.
3         Do you see that, sir?
4    A.   Yes.
5    Q.   And he writes, "Mr. Barusco
6    call me now, asking if possible to
7    visit BrasFELS next Thursday, 4th of
8    Aug.  It will be some investors in
9    Sete and the total of people will be
10   six persons, leader by Fabio,
11   construction manager for Sete."
12        And he goes on to say, "Please
13   give your position or call me.
14   Mr. Barusco is waiting my call
15   back."
16        Do you see that, sir?
17   A.   Yes.
18   Q.   And do you see Mr. Kwok's
19   response on the e-mail above still
20   cc'ing Y.Y. Chow and he writes,
21   "Edmundo, plse," please, "liaise
22   with Zwi and organize accordingly."
23        Do you see that, sir?
24   A.   Yes.
25   Q.   Seeing this document and

Page 287

1                TAN - CONFIDENTIAL
2        the other Plaintiffs' exhibits that
3        was showing Mr. K.C. Kwok the list
4        of investors that were attending the
5        BrasFELS visit, do you agree that at
6        least by August 2011 Keppel knew
7        that EIG was an investor or
8        potential investor in EI -- in Sete
9        Brasil?
10            A.    I don't know.  Because --
11            Q.    You don't know?
12            A.    I don't know.  Because this
13       is -- this e-mail from K.C. Kwok he
14       just ask Edmundo to liaise with Zwi,
15       and whether he has full
16       understanding of the e-mail below I
17       don't know because yard tour to us
18       is very common.  Every year we host
19       numerous yard tour from various
20       client, education institute,
21       ministry.  So just business as usual
22       kind of yard visit.  So I don't know
23       whether he did read the full context
24       of the e-mail or not and ask Edmundo
25       to liaise with Zwi.

Page 288

1       TAN - CONFIDENTIAL
2       Q.  I understand, Mr. Tan, but
3   do you agree that as of August 3rd,
4   2011, Mr. K.C. Kwok received
5   information identifying the
6   potential visitors of the BrasFELS
7   shipyard in August 2011 as including
8   Mr. Kevin Corrigan of EIG?
9       MR. BARBUR:  Are you referring
10   to Exhibit 96 or something
11   different now?  I have lost track.
12       MS. PAK:  I'm referring to
13   both exhibits Plaintiff's Exhibit
14   Exhibits 96 and 94.
15       Q.  Between those two documents
16   do you agree that Mr. K.C. Kwok and
17   Y.Y. Chow at least as of August 2011
18   received sufficient information to
19   know that the investors who were
20   visiting the BrasFELS shipyard in
21   August 2011 were potential or actual
22   investors in Sete Brasil?
23       MR. BARBUR:  Objection.  That
24   question didn't make any sense.
25       A.  I cannot -- I cannot speak

Page 433

```
STATE OF NEW YORK      )
                       ss.:
COUNTY OF NEW YORK     )
```

I, ERICA L. RUGGIERI, RPR and a Notary Public within and for the State of New York, do hereby certify:

That I reported the proceedings in the within-entitled matter, and that the within transcript is a true record of such proceedings.

I further certify that I am not related by blood or marriage, to any of the parties in this matter and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of July, 2024.

*[Signature: Erica Ruggieri]*

ERICA L. RUGGIERI, RPR, CSR, CLR