**EXHIBIT 15**

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   Case No. 18-CV-01047 (PGG)

5   -----------------------------------x

6   EIG ENERGY FUND XIV, L.P.,

7   EIG ENERGY FUND XIV-A, L.P.,

8   EIG ENERGY FUND XIV-B, L.P.,

9   EIG ENERGY FUND XIV (CAYMAN), L.P.,

10  EIG ENERGY FUND XV, L.P.,

11  EIG ENRGY FUND XV-A, 6 L.P.,

12  EIG ENERGY FUND XV-B, L.P., AND

13  EIG ENERGY FUND XV (CAYMAN), L.P.,

14                Plaintiffs,

15        - against -

16  KEPPEL OFFSHOFE & MARINE LTD.,

17                Defendant.

18  -----------------------------------x

19                July 30, 2021
                  8:59 a.m.

20

        ** CONFIDENTIAL TRANSCRIPT **

21

            Videotaped Deposition of ROBERT

22  BLAIR THOMAS, pursuant to Notice, held via
    Zoom Conference, before Jineen Pavesi, a

23  Registered Professional Reporter,
    Registered Merit Reporter, Certified

24  Realtime Reporter and Notary Public of the
    State of New York.

25

```
 1          THOMAS  - CONFIDENTIAL
 2   Correa owned almost 50 percent of EAS at
 3   that time?
 4             MR. GOLDMAN:  Object to form.
 5             You may answer.
 6       A.      I don't recall it, but I'm sure
 7   I was aware of that.
 8       Q.      Are you aware that EIG's deal
 9   team discovered these corruption charges
10   against the part owner of EAS during its
11   due diligence concerning Sete?
12             MR. GOLDMAN:  Object to form.
13             You may answer.
14       A.      I don't have any recollection
15   of that.
16       Q.      Do you recall ever being told
17   about that?
18       A.      I don't.
19       Q.      Had you known about these
20   corruption charges relating to this
21   shipyard, would that at all have affected
22   your decision to proceed with the
23   investment in Sete?
24             MR. GOLDMAN:  Object to form.
25       A.      Was this a corruption against
```

Page 73

1               THOMAS  - CONFIDENTIAL
2      the shipyard?
3          Q.      It was a corruption scandal
4      involving a 50 percent owner of a
5      shipyard.
6                  MR. GOLDMAN:  I object to form,
7      I think it was 45 percent, but I am not
8      going to quibble with you on the facts.
9          Q.      Whether it is 45 or 50 percent,
10     the understanding is that Camargo Correa
11     owned a substantial portion of EAS, which
12     was the shipyard that got the first
13     contract.
14         A.      But just to be precise, if the
15     question is did I know that Brazilian
16     construction firms had a checkered history
17     on corruption, the answer is yes.
18                 I don't believe, and, again,
19     I've never seen this article, but your
20     question I think is incorrect, though,
21     it's not that this is regarding corruption
22     charges at the shipyard, it's corruption
23     charges involving other activity of this
24     construction firm.
25         Q.      Did you visit Brazil in

1          THOMAS  - CONFIDENTIAL

2    connection with the EIG investments in

3    Brazil?

4         A.      I did.

5         Q.      Approximately how many times?

6         A.      I would go down between four

7    and six times a year.

8         Q.      And why would you go to Brazil

9    for these visits?

10        A.      I go to all of our offices

11   around the world, I try to go at least

12   four and up to six or eight times per year

13   in the regular course and I do that to

14   this day.

15              So every place where we have a

16   physical presence I visit frequently.

17        Q.      So other than visiting the EIG

18   office in Brazil, what other kinds of

19   visits did you make in Brazil?

20        A.      So the local team would

21   organize a schedule for me of how I could

22   be helpful.

23              So oftentimes they would use a

24   visit from me to organize meetings with

25   companies or people that they were hoping

Page 95

```
 1            THOMAS  - CONFIDENTIAL
 2   the contracts with Petrobras were the key,
 3   that that was the source of the revenue,
 4   you had to have the ability to deliver the
 5   shipyards, you needed to have the
 6   financing, so the entire package had to
 7   come together at one time in order to make
 8   all this work.
 9            And the shipyards were a
10   critical piece of this, because, again,
11   without the rigs you couldn't service the
12   contracts that supported the cash flow
13   from Petrobras.
14      Q.      So what subject matters were
15   discussed with respect to the shipyards?
16      A.      Primarily it was whether they
17   were credible and were they capable of
18   performing and that's where --  and,
19   again, in our view, the local content
20   requirement made this harder.
21            Ideally these rigs would have
22   been built in Korea and Singapore and in
23   other, you know, the big yards around the
24   world and then they would have been
25   floated to Brazil.
```

1          THOMAS  - CONFIDENTIAL

2               That wasn't possible because of

3     the local content requirement and so to

4     get comfort on the shipyard's ability to

5     deliver, we really looked to the

6     international partners, these were

7     well-established names in the space and

8     getting comfort that they were confident

9     that they could deliver.

10     Q.     Do you recall any discussion of

11    corruption risk relating to shipyards?

12     A.     I don't, no.

13               Again, these were --  we didn't

14    really focus on the local guys; and the

15    international guys, again, were the

16    biggest players in the industry.

17     Q.     And at the time of the June

18    2011 investment committee meeting, you

19    didn't know for sure which shipyards were

20    going to get contracts from Sete, correct?

21     A.     That's correct.

22     Q.     You didn't know whether Keppel

23    would ever get a contract from Sete,

24    correct?

25     A.     That's right, but, again, just

Page 97

THOMAS - CONFIDENTIAL

1

2    to be clear, June 2011 is an investment

3    committee approval, it is not an

4    investment; the investment didn't happen

5    for some time.

6         Q.        But as of June 2011, you were

7    committed to make the investment, were you

8    not?

9         A.        No, we were not; we had signed

10   an equity commitment letter, we had not

11   signed transaction documents.

12        Q.        When did you sign the

13   transaction documents?

14        A.        I think it was July or August

15   of 2012.

16        Q.        And what additional due

17   diligence was done between June 2011 and

18   when the actual contracts were signed in

19   2012?

20        A.        Quite a bit; we were in regular

21   contact with the management team at Sete,

22   we were in regular contact with Petrobras,

23   we were in regular dialogue with the other

24   investors, the existing round 1 investors

25   in Sete, we were monitoring the status of

```
 1              THOMAS  - CONFIDENTIAL
 2    all of the contract awards.
 3               Again, all the pieces of the
 4    puzzle were conditioned on the other
 5    pieces and so we were looking at all of
 6    them waiting for them to come together.
 7               And, again, we weren't --  we
 8    had provided an equity commitment letter,
 9    we had not made an investment.
10       Q.      Was any additional due
11    diligence done during that time period
12    relating to corruption risk?
13       A.      I don't know, I don't know.
14               It certainly would have been a
15    topic of --  I don't know, I'm
16    speculating.
17       Q.      Was any additional due
18    diligence done during that time period
19    relating to Keppel?
20       A.      I know there were several
21    visits to the shipyard and some
22    discussions with them.
23               I don't know the time frame in
24    which that happened.
25       Q.      Was there any additional due
```

Page 99

1           THOMAS  - CONFIDENTIAL
2    diligence done with respect to corruption
3    risk at Keppel?
4        A.       Not that I am aware of.
5        Q.       Now I'm going to turn to the
6    September 11th investment committee
7    meeting and again we're going to mark
8    three documents, the meeting invitation,
9    the investment recommendation and the
10   minutes, hopefully they'll be up shortly.
11               They are previously marked as
12   Exhibits 99, 75 and 76.
13               (Pause.)
14       A.       I have it.
15       Q.       This is the meeting invitation
16   for the September 16, 2011, investment
17   committee meeting at which the further
18   investment in Sete was approved, correct?
19               (Witness perusing document.)
20       A.       Correct, it was an increase in
21   the commitment, that's correct.
22       Q.       Pull up Exhibit 75, this is the
23   investment recommendation for this
24   increased investment in Sete, correct?
25       A.       Yes, that appears to be

```
 1              THOMAS  - CONFIDENTIAL
 2    correct.
 3         Q.      If we turn to page 4, beginning
 4    on the bottom of page 4 and carrying over
 5    to page 5, that lays out the investment
 6    rationale for this increased investment in
 7    Sete, correct?
 8         A.      Yes, it does.
 9         Q.      And it's the same investment
10    rationale as appeared in connection with
11    the June investment committee meeting,
12    correct?
13         A.      Appears to be, yes.
14         Q.      And so the rationale for the
15    investment in both funds was the same --
16    by both funds was the same, excuse me?
17         A.      I believe so.
18         Q.      If we pull up Exhibit 76, this
19    is the meeting minutes for the September
20    16th, 2011, investment committee meeting,
21    correct?
22         A.      Yes.
23         Q.      This is obviously related to
24    other investments as well, but this is
25    documenting the approval of the increased
```

```
 1              THOMAS  - CONFIDENTIAL
 2    around August of 2012, correct?
 3        A.      I am not sure when we funded,
 4    but that was when we actually entered into
 5    an investment.
 6              And so up until then it had
 7    just been commitment letters and we were
 8    not guaranteed any allocation in the
 9    equity.
10              And so it was only in the
11    summer of 2012 that an allocation was made
12    and we made an actual investment and then
13    I'm not sure of how quickly that funded.
14        Q.      The investment committees did
15    not meet again to discuss the Sete
16    investment between September of 2011 and
17    August of 2012, correct?
18        A.      Not for a new approval.
19              As I said, it meets every week
20    and all of the investments that are in the
21    pipeline will typically get some
22    discussion and so the committee was
23    informed along the way, people were
24    wondering, you know, why hadn't Sete
25    closed and so there was frequent
```

Page 104

1           THOMAS  - CONFIDENTIAL
2    discussion about that over that period of
3    time.
4                But, no, the committee, there
5    was no need for the committee to come back
6    and reconvene for an approval; there was
7    nothing to approve.
8        Q.      And the committee did not need
9    to approve the actual signing of the
10   agreements in August of 2012 because of
11   its prior approval of the investment,
12   right?
13       A.      That's correct.
14       Q.      There was an investor
15   conference that EIG held in 2011, do you
16   recall that?
17       A.      I do.
18       Q.      What was the purpose of that
19   conference?
20       A.      We're required under our fund
21   documents to have an annual general
22   meeting once a year for our investors and
23   that's what that is.
24                And so we typically hold it in
25   the fall, we invite all of our investors

Page 105

1           THOMAS  - CONFIDENTIAL
2      around the world to attend and it's
3      usually a full day and we'll review the
4      existing portfolios and then we also like
5      to have one or two thematic topics of
6      relevance to our industry that we talk
7      about.
8           Q.      Were there any presentations or
9      videos related to Sete at this conference?
10          A.      I believe there was.
11          Q.      What do you recall?
12          A.      I believe what we wanted to do
13     was use the proposed investment in Sete as
14     a way to educate our clients about what
15     was happening in Brazil.
16                  And so different in time, but
17     very similar to the white paper, was there
18     is this really big thing happening in our
19     industry and if we wanted to educate our
20     clients about it and the contemplated
21     investment in Sete was a way to do that.
22          Q.      And there was a video shown
23     relating to Sete, correct?
24          A.      I believe there was, yes.
25          Q.      What do you recall about the

Page 136

1          THOMAS  - CONFIDENTIAL
2      A.        Currency conversion.
3      Q.        Was any approval required for
4  the capital call?
5      A.        Not to my knowledge.
6                Again, capital calls are
7  routine events, that's what we do for a
8  living, make investment commitments to
9  companies like this and we process capital
10  calls every day of the week and it's very
11  rare that one would be brought to my
12  attention.
13      Q.        This e-mail chain is taking
14  place in December of 2014, do you see
15  that?
16      A.        I do.
17      Q.        By that time the bribery
18  scandal involving Petrobras had already
19  been made public, had it not?
20      A.        I don't recall the exact time
21  frame, but my recollection is that the
22  Barusco testimony about Lava Jato became
23  public in late 2014 and the connection to
24  Petrobras and Sete happened in early 2015,
25  but I could be mistaken about that.

```
                                        Page 137

 1              THOMAS  - CONFIDENTIAL
 2      Q.        Let's take a look at another
 3   document to refresh your recollection,
 4   it's tab 14, this is now Exhibit 109.
 5                (Defendant's Exhibit 109,
 6   e-mail chain, was marked for
 7   identification, as of this date.)
 8      Q.        It is an e-mail chain, I'm
 9   going to refer you to the last page, which
10   is I think the first and second e-mails in
11   the chain.
12                Do you see an e-mail there to a
13   Derek Lemke?
14      A.        I do.
15      Q.        Who is Derek Lemke?
16      A.        He is a former employee of EIG
17   who is retired.
18      Q.        And he is sending this to Jose
19   Magela Bernardes, Marcel Abe and Ronnie
20   Hawkins, do you see that?
21      A.        I do.
22      Q.        Those are senior executives at
23   EIG?
24      A.        None of them are currently at
25   EIG, but two of the three were senior --
```

```
                                        Page 138
 1            THOMAS  - CONFIDENTIAL
 2   were managing directors, Marcel was more
 3   junior.
 4        Q.        Derek is saying he received an
 5   inquiry from New Holland; New Holland was
 6   one of your investors?
 7        A.        Correct.
 8        Q.        "About the impact of the
 9   bribery scandal at Petrobras on our
10   investments and portfolio companies," do
11   you see that?
12        A.        I do.
13        Q.        Does this refresh your
14   recollection that EIG was aware of the
15   bribery scandal at Petrobras in November
16   of 2014?
17        A.        Well, I am not on these
18   e-mails, so it doesn't refresh my
19   recollection.
20                  I agree that that's what the
21   e-mail says.
22        Q.        Do you have any reason to doubt
23   that EIG was aware of the bribery scandal
24   involving Petrobras in November of 2014?
25        A.        I do not; as I said, I knew it
```

Page 139

1           THOMAS  - CONFIDENTIAL
2    all happened in the fourth quarter of
3    2014, when this started to come to light.
4        Q.       Let's go back to Exhibit 108,
5    which had to do with the FX trade to
6    support the capital call.
7                 Did you or anyone else at EIG
8    consider at this point in time not making
9    the capital call in light of the bribery
10   scandal?
11       A.       Again, I don't recall what
12   discussions happened then.
13                My recollection is at this
14   point in time Sete had not been implicated
15   and so we didn't know the extent of what
16   was going on.
17       Q.       Petrobras was implicated, and,
18   as you've said, you viewed Petrobras as
19   the real counterparty here, correct?
20       A.       They were the most important
21   player in the transaction, absolutely.
22       Q.       And they're now involved in a
23   bribery scandal and yet EIG is continuing
24   to pay its capital calls, correct?
25       A.       Well, again, our capital call

```
 1           THOMAS  - CONFIDENTIAL
 2   is not to Petrobras, it's to Sete.
 3                And so at this point in time
 4   the link to Sete had not been made and so,
 5   you know, that's like saying that, you
 6   know, Exxon has a project in Nigeria that
 7   has an FCPA violation, it doesn't excuse
 8   performance of somebody in Alaska.
 9       Q.       Did you do anything after the
10   bribery scandal was revealed as to both
11   Petrobras and Sete to explore your ability
12   to refuse to make capital contributions
13   going forward?
14                MR. GOLDMAN:  I just want to
15   caution you not to disclose any
16   communications you had with counsel on
17   this subject.
18                With that, you can answer the
19   question.
20       A.       Just to be clear, you're asking
21   about the period after Sete was
22   implicated?
23       Q.       What's your recollection of
24   when Sete was implicated?
25       A.       In the first quarter of 2015.
```

Page 176

1

2        C E R T I F I C A T I O N

3

4

5

6     I, Jineen Pavesi, a Registered

7  Professional Reporter, Registered Merit

8  Reporter, Certified Realtime Reporter and

9  a Notary Public, do hereby certify that

10  the foregoing witness, ROBERT BLAIR

11  THOMAS, was duly sworn on the date

12  indicated, and that the foregoing is a

13  true and accurate transcription of my

14  stenographic notes.

15     I further certify that I am not employed

16  by nor related to any party to this

17  action.

18

19

20

21

22        JINEEN PAVESI, RPR, RMR, CRR

23

24

25