# EXHIBIT 17



Deposition of:
# Simon Hayden

*October 29, 2020*

In the Matter of:

# EIG v. Petrobras

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

Confidential

1   VIDEO TECHNICIAN: The time is 3:45 p.m.
2   We're back on the record.
3   Please proceed, Counsel.
4   BY MR. WOLINSKY:
5       Q. Mr. Hayden, just a few last questions.
6       The first is, as part of your involvement
7   in the Sete Brasil investment by EIG, did you
8   interact at all with Ronnie Hawkins?
9       A. I would have done towards the end of my
10  involvement.
11      Q. Okay. And what was his role, if any, in
12  the Sete Brasil investment?
13      A. Well, towards the end of my involvement,
14  he joined as the head of international. And so
15  Brazil fell under his sort of domain, internal
16  domain. And so the Sete investment was -- I
17  suppose he became sort of the most senior person
18  overseeing that investment.
19      Q. Okay. And so did you ever have any
20  direct communications with him about the
21  investment?
22      A. I don't recall.

Confidential

EIG_KEP_00259041

1    Q.  Okay.  Did you ever meet Pedro Barusco?
2    A.  I don't recall.  I only know him through
3 conversations that -- or maybe it was the
4 complaint I read -- of who he is.  I met people
5 from Sete and have met board members, and I may
6 have met him.  But I don't recall meeting him.
7    Q.  How about Eduardo Musa?
8    A.  I don't know who that is.
9    Q.  Okay.  Have you ever communicated with
10 any government official or politician in Brazil?
11   A.  I mean, the BNDES guys.  You know,
12 government officials, that's all I can think of.
13   Q.  Have you ever communicated with anyone
14 who worked for or on behalf of the Workers Party
15 in Brazil?
16   A.  Not to my knowledge, no.
17   Q.  Okay.  Have you ever communicated with
18 anybody who worked for any of the shipyards who
19 built -- who was contracted to build a ship for
20 Sete, a drillship for Sete.
21   A.  I attended a site visit of the BrasFELS
22 shipyard when we were showing ADIC.  That kind

1  of -- it's a diligence trip they made to Brazil.
2  So I visited a shipyard, the BrasFELS yard.  I
3  think that's the only -- I'm trying to think if
4  there were other investments.  I don't recall
5  involvement with shipyards apart from the
6  BrasFELS.
7      Q.  Okay.  Do you remember who you spoke to
8  there?
9      A.  I don't recall.
10     Q.  And when did you first become aware of
11 Operation Car Wash?
12     A.  I don't know.  2015.  I'm not sure when I
13 first learned.
14     Q.  Okay.  And what is your understanding of
15 the issues that are covered by Operation Car Wash?
16         MS. LAW:  Objection to form.
17         You can answer.
18 BY MR. WOLINSKY:
19     Q.  Do you have an understanding of what
20 issues are covered by Operation Car Wash?
21         MS. LAW:  Objection to form.
22         THE WITNESS:  I mean, issues -- I mean,

Confidential

EIG_KEP_00259043

1  it was a corruption scandal where Petrobras
2  employees and Sete employees were taking bribes, I
3  think, from -- from shipyards for themselves and
4  for the political party in Brazil.
5  BY MR. WOLINSKY:
6          Q.  Do you know anything else about that?
7          A.  No.  That's my basic understanding.
8          Q.  Okay.
9              MR. WOLINSKY:  Okay.  I don't have
10 anything else at this time.
11             MS. LAW:  I have no questions for this
12 witness.
13             MR. WOLINSKY:  Great.  All right.  Take
14 care, everybody.
15             VIDEO TECHNICIAN:  Please stand by.
16             The time is 3:49 p.m., and this concludes
17 today's testimony given by Mr. Simon Hayden.
18 We're now off the record.
19             (Whereupon, at 3:49 p.m., the
20             confidential remote videotaped deposition
21             of SIMON HAYDEN was concluded.)
22

```
 1                C E R T I F I C A T E
 2            I do hereby certify that the aforesaid
 3    testimony was taken before me, pursuant to
 4    notice, at the time and place indicated; that
 5    said deponent was by me duly sworn to tell the
 6    truth, the whole truth, and nothing but the
 7    truth; that the testimony of said witness was
 8    taken by me in stenotypy and thereafter reduced
 9    to typewriting under my direction; that said
10    statement is a true record of the proceedings;
11    that I am neither counsel for, related to, nor
12    employed by any of the parties to the action in
13    which this statement was taken; and, further,
14    that I am not a relative or employee of any
15    counsel or attorney employed by the parties
16    hereto, nor financially or otherwise interested
17    in the outcome of this action.
18
19
20
21
22                          CHRISTINA S. HOTSKO, RPR, CRR
```

## ERRATA SHEET

*EIG v. Petrobras*

Simon Hayden October 29, 2020 Transcript (#4311559)

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 46 | 12 | "meet" should be "met" | Clarification |
| 90 | 19 | "0sitting" should be "sitting" | Transcription error |
| 91 | 18 | "corrects" should be "correct" | Transcription error |
| 151 | 8 | "announcements" should be "assumptions" | Clarification |
| 163 | 12 | "vice-president" should be "vice president" | Transcription error |
| 180 | 6 | "canon" should be "cannon" | Transcription error |
| 184 | 6 | "reai" should be "real" | Transcription error |
| 185 | 15 | "reai" should be "real" | Transcription error |
| 186 | 21 | "Monto" should be "Aldo" | Clarification |
| 202 | 22 | "reai" should be "real" | Transcription error |
| 203 | 18 | "reai" should be "real" | Transcription error |
| 204 | 14, 22 | "reai" should be "real" | Transcription error |
| 205 | 5 | "reai" should be "real" | Transcription error |
| 243 | 11 | "vice-president" should be "vice president" | Transcription error |
| 254 | 16 | "reai" should be "real" | Transcription error |
| 266 | 13 | "reai" should be "real" | Transcription error |
| 267 | 1 | "reai" should be "real" | Transcription error |
| 268 | 1, 12 | "reai" should be "real" | Transcription error |

*[Signed]* Simon Hayden

10-DEC-2020
Date

1

Confidential                                                                                                    EIG_KEP_00259096