**EXHIBIT 18**



Deposition of:

**Robert Blair Thomas**

*December 16, 2020*

In the Matter of:

**EIG v. Petrobras**

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

CONFIDENTIAL                                                                                      EIG_KEP_00262932

```
                                                      Page 114
 1    industry.                                        11:41:06
 2            And so taking a view on the -- you know, 11:41:10
 3    the quality of those reserves and what the      11:41:15
 4    implication -- what that meant for Brazil and for 11:41:19
 5    Petrobras were a critical piece of our decision not 11:41:22
 6    only on this investment, but our other Brazil   11:41:25
 7    investments.  It is the dominant theme of the   11:41:31
 8    energy industry in Brazil is the development of the 11:41:34
 9    presalt.                                        11:41:36
10            So I mean, that was -- that was the     11:41:40
11    overarching framework for why we found the sector 11:41:42
12    attractive, and then it came down to the        11:41:48
13    particulars of each individual opportunity and  11:41:50
14    whether or not it had the -- you know, the right 11:41:51
15    structure and contractual framework to support an 11:41:54
16    investment.                                     11:41:58
17        Q.  And what factors -- are there any other 11:42:01
18    factors EIG considered in making its investment in 11:42:04
19    Sete?                                           11:42:06
20        A.  Sure.  Again, there -- it's -- in any   11:42:09
21    investment decision there are dozens and dozens of 11:42:14
22    factors that we consider.  Again, in terms of the 11:42:17
```

CONFIDENTIAL

EIG_KEP_00263046

```
                                                          Page 115
 1    primary ones, as I said, it was the underlying         11:42:22
 2    importance of the asset and the quality of the         11:42:26
 3    asset that was being developed, it was the             11:42:28
 4    contractual framework and the credit quality of the    11:42:33
 5    counterparty, it was -- and then it was -- among       11:42:38
 6    other factors, it was the support of, you know,        11:42:43
 7    most, if not all, of the key institutions in the       11:42:49
 8    host country.                                          11:42:55
 9          Q.   Is there an EIG document that would         11:42:58
10    indicate the factors EIG considered in making its      11:43:01
11    investment in Sete?                                    11:43:04
12          A.   Well, there's several things.  Ultimately   11:43:11
13    the analysis that gets -- you know, a typical          11:43:16
14    investment for us takes between six and nine months    11:43:20
15    from start to finish, and so these are long,           11:43:26
16    painful processes with lots of steps and most          11:43:31
17    investment opportunities don't make it through it.     11:43:36
18    So most, you know, fail at some point in the           11:43:39
19    process.  So as it goes along we're continually        11:43:43
20    assessing it.                                          11:43:49
21               Ultimately it gets turned into a single     11:43:50
22    document which is what's known as an investment        11:43:52
```

CONFIDENTIAL                                         EIG_KEP_00263047

Page 116

| | | |
|---|---|---|
| 1 | recommendation, but an investment recommendation is | 11:43:54 |
| 2 | really just a summary of what has typically been | 11:43:58 |
| 3 | months of work getting to that point and numerous | 11:44:05 |
| 4 | conversations along the way.  It's not that it just | 11:44:07 |
| 5 | gets sprung on us that, you know, here's a | 11:44:10 |
| 6 | decision. | 11:44:12 |
| 7 | So -- and then ultimately the decision | 11:44:19 |
| 8 | rests with the seniormost people in the firm who | 11:44:20 |
| 9 | comprise the investment committee, who each of us | 11:44:24 |
| 10 | have decades of experience.  So we apply the | 11:44:28 |
| 11 | judgment that each of us have individually having | 11:44:31 |
| 12 | seen dozens if not hundreds of similar | 11:44:34 |
| 13 | opportunities around the world. | 11:44:37 |
| 14 | Q.  Does the investment recommendation | 11:44:39 |
| 15 | summarize or reflect the factors EIG considered in | 11:44:41 |
| 16 | making its investment in Sete? | 11:44:45 |
| 17 | A.  Several of them, but it's not meant to be | 11:44:50 |
| 18 | encyclopedic.  So... | 11:44:54 |
| 19 | Q.  Are there other documents that I could | 11:44:57 |
| 20 | look at that would tell me what other factors EIG | 11:44:59 |
| 21 | considered in making its investment in Sete? | 11:45:02 |
| 22 | A.  I mean, the other documents would be the | 11:45:12 |

CONFIDENTIAL

EIG_KEP_00263048

Page 117

| | | |
|---|---|---|
| 1 | due -- you know, the diligence documents that are | 11:45:14 |
| 2 | prepared along the way.  Ultimately those roll up | 11:45:17 |
| 3 | and presumably get summarized in the investment | 11:45:21 |
| 4 | recommendation, but, you know, it's not a | 11:45:24 |
| 5 | mechanical process.  As I said, at the end of the | 11:45:25 |
| 6 | process, the ultimate decision rests with, you | 11:45:28 |
| 7 | know, the four or five most people -- senior people | 11:45:31 |
| 8 | in the firm who exercise business judgment, and | 11:45:34 |
| 9 | each of us brings something different to that | 11:45:37 |
| 10 | discussion. | 11:45:40 |
| 11 |     Q.  Is the decision to invest in Sete made by | 11:45:41 |
| 12 | the investment committee for each of the funds that | 11:45:45 |
| 13 | made investments? | 11:45:48 |
| 14 |     A.  That's correct. | 11:45:49 |
| 15 |     Q.  Okay.  Who did the analysis of the | 11:45:50 |
| 16 | investment in Sete? | 11:45:54 |
| 17 |     A.  With Sete, as with all transactions, | 11:45:58 |
| 18 | there's a deal team that's assembled when an | 11:46:01 |
| 19 | opportunity comes in, and then typically, again, as | 11:46:06 |
| 20 | months go by if the opportunity continues to be of | 11:46:10 |
| 21 | interest, you know, people are added to it along | 11:46:15 |
| 22 | the way and ultimately at the end, you know, it can | 11:46:18 |

CONFIDENTIAL

EIG_KEP_00263049

```
                                                        Page 118
 1    be, you know, six, eight, ten people on the team,    11:46:23
 2    but it builds over time.                             11:46:27
 3         Q.   Who was on the team that analyzed the      11:46:32
 4    potential investment in Sete Brasil for EIG?         11:46:35
 5         A.   The people that come to mind in terms of   11:46:37
 6    the actual deal team would be Kevin Corrigan, Kevin  11:46:40
 7    Lowder, Simon Hayden, Hoshrav Patel.  I'm not sure   11:46:48
 8    of what other junior people would have been          11:47:14
 9    involved.  And then there's kind of a quality        11:47:15
10    control process that we go through where prior to   11:47:27
11    something coming to investment committee there'd be 11:47:30
12    a discussion among a subset of the investment       11:47:33
13    professionals, and I don't know who was part of     11:47:40
14    that in this particular transaction.                11:47:43
15         Q.   Did Mr. Talbot have any part in evaluating 11:47:45
16    the Sete Brasil investment for EIG?                 11:47:49
17         A.   Yes.                                      11:47:53
18         Q.   What was his role in evaluating the Sete  11:47:54
19    Brasil investment?                                  11:47:56
20         A.   So Kurt was one of the members of the     11:47:58
21    investment committee, and in addition to that he    11:48:02
22    had a role which was kind of a coordinating role    11:48:08
```

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

CONFIDENTIAL                                          EIG_KEP_00263050

```
                                                      Page 187
 1         A.  I don't recall what its name is.  We refer    14:21:36
 2   to it internally as the sidecar.                        14:21:40
 3         Q.  The sidecar.  Okay.                           14:21:42
 4         A.  Yes.                                          14:21:44
 5         Q.  All right.  And do you know whether that      14:21:44
 6   made an investment in Sete Brasil?                      14:21:45
 7         A.  I don't -- I don't recall.                    14:21:52
 8         Q.  Okay.                                         14:21:52
 9             And this document -- do you remember          14:21:56
10   anything about the discussion of Sete Brasil at         14:21:57
11   this September 16, 2011 investment committee            14:22:01
12   meeting?                                                14:22:06
13         A.  What I recall is that there was growing       14:22:09
14   consternation that the company hadn't finalized the     14:22:15
15   allocations for the equity in the company, there        14:22:24
16   were -- the amount of equity that they were going       14:22:26
17   to raise was a moving target, and I remember a          14:22:29
18   growing level of frustration internally that, you       14:22:37
19   know, the company didn't have the stuff resolved.       14:22:43
20         Q.  "The company" being Sete?                     14:22:46
21         A.  Correct.                                      14:22:47
22         Q.  Okay.  But if you look at the last page of    14:22:48
```

CONFIDENTIAL                                    EIG_KEP_00263119

```
                                                           Page 188
1    this document -- actually the second-to-last page,     14:22:54
2    it shows that the investment committee approved the    14:22:59
3    investment, correct?                                   14:23:04
4         A.  That's correct.                               14:23:05
5         Q.  And at this -- same question as I asked       14:23:06
6    for Fund XIV.  At any point in time did Fund XV --     14:23:10
7    the Fund XV investment committee reconsider its        14:23:14
8    commitment to contribute capital to Sete Brasil?       14:23:18
9         A.  No.  Its -- its process and consideration     14:23:25
10   were identical to Fund XIV.                            14:23:31
11        Q.  Okay.  And that was that Fund XV made a       14:23:33
12   commitment to -- to invest capital in Sete Brasil      14:23:37
13   and it followed through on its commitment?             14:23:42
14        A.  That's correct.                               14:23:44
15        Q.  Okay.                                         14:23:45
16             Do you know whether Fund XV paid any         14:23:51
17   capital calls or made any capital contributions to     14:23:53
18   Sete Brasil during judicial reorganization?            14:23:56
19        A.  It would be identical to Fund XIV.  So one    14:23:59
20   of the requirements for doing this was that they       14:24:02
21   had to be pari passu.                                  14:24:05
22        Q.  And we looked earlier at the advisory         14:24:10
```

CONFIDENTIAL                                                EIG_KEP_00263120

```
                                                      Page 189
 1    committee approval relating to that point, right?    14:24:14
 2         A.   Correct.                                   14:24:17
 3         Q.   Okay.  And once that advisory committee    14:24:18
 4    approval had been given, were there any additional   14:24:20
 5    steps in the EIG investment process before --        14:24:24
 6    before the decision was considered final?            14:24:29
 7         A.   Well, final is -- only occurs upon us      14:24:40
 8    entering into a binding commitment.  And so -- so    14:24:43
 9    that happened subsequent to that where we entered    14:24:50
10    into that commitment, but, you know, from an         14:24:52
11    approval process I don't recall any other steps.     14:24:56
12         Q.   Okay.  In fact, didn't you enter into a    14:24:58
13    binding commitment prior to the approval process?    14:25:01
14         A.   There had been a commitment -- I recall    14:25:04
15    entering into a commitment earlier in the summer of  14:25:08
16    2011.  That commitment had never been -- I don't     14:25:11
17    know if accepted is the right word, but the company  14:25:20
18    had not allocated share capital to the new           14:25:22
19    investors at that point in time.  So we were in a    14:25:29
20    little bit of limbo.                                 14:25:33
21         Q.   Okay.  Okay.  But that was one of the      14:25:38
22    conditions subsequent to your agreement, correct?    14:25:44
```

CONFIDENTIAL                                             EIG_KEP_00263121

```
                                                            Page 194
 1    Brazil's ability to come through on time and on         14:34:06
 2    budget"; do you see that?                              14:34:09
 3         A.   I do.                                         14:34:11
 4         Q.   Okay.  Was Credit Suisse involved in the     14:34:12
 5    Sete Brasil investment?                                 14:34:16
 6         A.   Not to my knowledge.                          14:34:19
 7         Q.   Okay.  When you received this e-mail from    14:34:20
 8    Mr. Corrigan -- do you remember receiving it?           14:34:23
 9         A.   I do not.                                     14:34:28
10         Q.   Okay.  And so do you remember taking any     14:34:29
11    action as a result of it?                               14:34:32
12         A.   I do not.                                     14:34:35
13         Q.   So at this point, this is almost a year      14:34:36
14    after the investment committee meeting in September    14:34:38
15    of 2011, what -- what could -- what did EIG do with    14:34:42
16    this type of information as of August 31st, 2012?      14:34:48
17    What was your expectation as to what -- what use       14:34:56
18    EIG could put information like this as of              14:34:59
19    August 31st, 2012?                                      14:35:02
20         A.   Well, the way we manage our portfolios,      14:35:07
21    once the investment is made every quarter all of       14:35:16
22    the investment professionals get together and we do    14:35:22
```

CONFIDENTIAL                                         EIG_KEP_00263126

```
 1   what's known as a quarterly review and we review       14:35:26
 2   every investment in the portfolio, and the deal       14:35:28
 3   team provides an update of current developments and   14:35:32
 4   then we track the investment -- the performance       14:35:38
 5   relative to the original expectations.  And so we     14:35:44
 6   did that on this investment like we do with all       14:35:48
 7   investments.                                           14:35:50
 8           Q.   So once EIG has committed itself to an   14:35:51
 9   investment, the addit- -- any additional              14:35:57
10   information that it receives that's relevant to      14:36:01
11   that investment is considered in connection with     14:36:02
12   tracking the performance of its investment?          14:36:05
13           A.   That's correct.                          14:36:10
14           Q.   Is that information used in any way to  14:36:11
15   reconsider whether or not to move forward with the   14:36:12
16   investment?                                           14:36:16
17           A.   Well, I'm not sure what you mean with    14:36:21
18   "move forward" because once we've made the           14:36:24
19   commitment, the only way for us not to move forward  14:36:26
20   is to -- is to believe that there's some excuse      14:36:29
21   provision in the contract that would allow us --     14:36:34
22   give us the right to not participate.                14:36:37
```

CONFIDENTIAL                                    EIG_KEP_00263127

Page 196

1  Q.  Okay.  And with respect to Sete Brasil,  14:36:39
2  that's not something that EIG evaluated, correct?  14:36:42
3  A.  We certainly did not -- no, we did not  14:36:59
4  evaluate it, certainly not in 2012.  14:37:02
5  Q.  Okay.  All right.  14:37:04
6      So the purpose of the quarterly reviews of  14:37:08
7  EIG's investments is in order to track the progress  14:37:10
8  of the investment; is that fair?  14:37:14
9  A.  Yes.  14:37:16
10  Q.  Okay.  You also have a quarterly valuation  14:37:17
11  committee exercise, correct?  14:37:22
12  A.  That's correct.  14:37:24
13  Q.  And you're on the valuation committee for  14:37:24
14  EIG, right?  14:37:27
15  A.  I chair that committee, yes.  14:37:29
16  Q.  Who else was on that committee between  14:37:30
17  2012 and 2016?  14:37:33
18  A.  I would expect it to be Randy Wade, Kurt  14:37:45
19  Talbot, and then we have nonmember participants in  14:37:49
20  those meetings that would include the CFO, who was  14:37:56
21  Pritpal Aujla.  14:38:05
22      THE REPORTER:  Can you spell that.  14:38:07

CONFIDENTIAL                                             EIG_KEP_00263128

```
                                                         Page 197
 1              THE WITNESS:  Aujla, A-U-J-L-A.           14:38:09
 2              THE REPORTER:  First name?                 14:38:14
 3              MR. WOLINSKY:  Pritpal is P-R-I-T-P-A-L.   14:38:17
 4              THE REPORTER:  Thank you.                  14:38:20
 5              THE WITNESS:  Correct.  Sorry.             14:38:21
 6         A.   So the CFO is a nonmember participant, the 14:38:24
 7    head of compliance.  So those two were involved,     14:38:30
 8    and then -- then occasionally there would be other   14:38:42
 9    people.                                              14:38:44
10         Q.   And what is -- what is the exercise that   14:38:45
11    the valuation committee does on a quarterly basis?   14:38:47
12         A.   Every quarter we're obligated under our    14:38:51
13    fund documents, as well as the SEC, to report        14:38:53
14    what's known as a fair value on our portfolios.      14:39:00
15         Q.   Okay.  And how do you go about valuing     14:39:04
16    each investment?                                     14:39:08
17         A.   We do it from the bottom up.  So we --     14:39:11
18    each investment has its own model, the deal team is  14:39:16
19    responsible for maintaining that, and they update    14:39:21
20    it on a quarterly basis.  That gets pulled together  14:39:27
21    into a quarterly update, this quarterly review that  14:39:32
22    they provide.                                        14:39:36
```

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

CONFIDENTIAL                                    EIG_KEP_00263129

```
 1       CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
 2              I, TINA M. ALFARO, Registered Professional
 3       Reporter, Certified Realtime Reporter, and Notary
 4       Public, the officer before whom the foregoing
 5       deposition was taken, do hereby certify that the
 6       foregoing transcript is a true and correct record
 7       of the testimony given; that said testimony was
 8       taken by me stenographically and thereafter reduced
 9       to typewriting under my direction; that reading and
10       signing was requested; and that I am neither
11       counsel for, related to, nor employed by any of the
12       parties to this case and have no interest,
13       financial or otherwise, in its outcome.
14              IN WITNESS WHEREOF, I have hereunto set my
15       hand and affixed my notarial seal this 21st day of
16       December, 2020.
17
18       My Commission expires October 31, 2025.
19       [signature: Tina M. Alfaro]
20       _____
21       NOTARY PUBLIC IN AND FOR THE
22       DISTRICT OF COLUMBIA
```

CONFIDENTIAL

EIG_KEP_00263229