**EXHIBIT 19**



Energy Fund XIV
Investment Recommendation

## Sete Brasil Participações S.A.
## R$250,000,000 Common Equity

27 June 2011





Exhibit
DEF 0039
Lowder



Energy Fund XIV

Investment Recommendation

Table of Contents

I.   Investment Recommendation
II.  Appendices
     1. Brazil's Pre-Salt Reserves
     2. Ultra Deepwater Drillship Market Analysis
     3. Petrobrás
     4. Shareholder Approval Matrix
     5. EAS – System 1 EPC Contractor
     6. Potential System 2 EPC Contractors

**Confidential**

**EIG00192471**
**EIG_KEP_00077791**

Energy Fund XIV
Investment Recommendation
Sete Brasil
R$250,000,000 Common Equity
June 2011

**Proposed Investment**

EIG proposes that Energy Fund XIV ("**Fund XIV**") purchases up to Brazilian Reais ("**R$**" or "**BRL**") 250 million (approximately $160 million)[1] of common equity in Sondas – Fundo de Investimento em Participações ("**FIP Sondas**"), a newly created investment vehicle established in Brazil that, along with Petróleo Brasileiro S.A. ("**Petrobrás**"), will own Sete Brasil Participações S.A. ("**Sete**"). Sete is a public/private partnership established by Petrobrás, private investors and public pension funds to build ultra-deepwater drillships and charter them under long term contract to Petrobrás. As currently contemplated, the purchase price of R$250 million will give Fund XIV an 8.3% equity stake in Sete.

Petrobrás requires drillships to exploit the vast pre-salt reserves off the coast of Brazil. Estimates of pre-salt reserves range from 10 to 100 billion barrels of oil. The development of these reserves in 8,000-9,000 foot water depths will require the construction of at least 30 new, built-for-purpose, ultra deepwater drillships. Petrobrás is already the world's premier deepwater expert and plans to become a top five exporter of crude. The most recent Petrobrás budget calls for the company to spend $224 billion over the next five years principally for development of the huge pre-salt discoveries. While it raised $70 billion in new equity in the fall of 2010, Petrobrás is looking for other ways to finance its aggressive growth plans and the creation of Sete is a result of those efforts.

As Petrobrás's majority owner, the Brazilian Government is emphasizing the growth of Brazil's domestic shipyard business by mandating that a significant portion of the drillships to be used by Petrobrás are constructed in Brazilian shipyards. Because of this local content requirement, the dearth of indigenous shipbuilding capacity and the significant capital required, none of the traditional drilling contractors were able to submit bids that matched current comparable dayrates. Consequently, Petrobrás and its Brazilian partners created Sete to provide a turnkey solution: build and own up to 28 drillships to be placed under 10-20 year charter agreements with Petrobrás at a fixed charter price comparable to current market day rates.

---

[1] $157.4 million at 6/22/11 spot rate of R$1.5882=$1 – cushion is to allow for real appreciation vs. dollar

2

To mitigate the risks associated with this huge undertaking, Petrobrás is, in addition to its ownership in Sete, providing contractual protections to the expected returns of Sete shareholders. These include 10 to 20-year charter contracts for drillships and various mechanisms to reset the charter payments such that equity holders maintain their returns. Additionally, the Brazilian government has created and funded the "Fund to Guarantee Naval Construction," ("**FGCN**") totaling R$5 billion. The FGCN is available to reimburse the senior lenders in case of delays or cost overruns during construction. While benefits accrue to the senior lenders, they tacitly benefit the equity holders in that they prevent senior debt defaults. While the transaction is not without its risks, Petrobrás and the Brazilian government have gone to great lengths to create a structure that provides some assurances of a minimum return to Sete's equity owners.

To date, Petrobrás has awarded Sete the first package of seven drillships which will commence construction in July 2011 for delivery between July 2015 and December 2019 ("**System 1**"). The equity capital commitments for System 1 closed on May 13, 2011. These came from eight banks and pension funds based in Brazil and amounted to R$1.82 billion (US$1.1 billion). The System 1 EPC contract, Charter Agreement and other operating contracts were signed on June 15, 2011. Sete is in the process of raising senior financing to deliver an anticipated leverage of 80% on each drillship. BNDES, the state-owned Brazilian development bank has issued a term sheet to provide 55% of the senior debt. Sete is in negotiations with export credit agencies ("**ECAs**") and commercial banks to secure the remaining 45%.

On June 6, 2011 Petrobrás launched a tender process for the next three packages of seven drillships ("**Systems 2-4**"). Sete has a 2-year preference right to bid for and be awarded the System 2-4 drill ships. Our Base Case is that Petrobrás moves forward expeditiously with System 2 and that Sete receives contract award in the next few months. This will require a second round equity raise in which Fund XIV would participate as the first non-Brazilian shareholder in Sete.

EIG learned of this opportunity last October and in the ensuing months has met several times with Petrobrás and Sete officials, financial advisors, and FIP Sondas's current shareholders. EIG has been largely welcomed by all parties as an important foreign investor in the energy space, which many believe will assist in future fundraising and provide a degree of international validation to Sete, in the event of an IPO.

It is envisaged that Fund XIV will invest up to R$250 million in this transaction. However, other EIG-managed entities may participate alongside Fund XIV for up to 25% of the transaction. This would reduce Fund XIV's investment by up to R$62.5 million (approximately $40 million). Note that the investment is denominated in Reais and EIG's commitment shall be in Reais, so there is a possibility that our investment could exceed $160 million.

Though denominated in Reais, the transaction is largely dollarized since capital calls in Reais are immediately converted to Dollars to make EPC payments, senior debt is Dollar denominated and

3

EIG00192473

EIG_KEP_00077793

the revenues under the Petrobrás Charter Agreements will be primarily in Dollars. However, Fund XIV will be exposed to a degree of foreign currency exposure as 20% of charter revenues are assumed to be Reais-denominated. This risk will be managed on an ongoing basis.

The investment in Sete is projected to have a Base Case IRR of 17% and a ROI of in excess of 2.0x on a long-term buy and hold basis. An IPO of Sete shares is an anticipated near-term liquidity event which provides option value to potentially achieve higher returns for Fund XIV.

## Summary of Investment Terms

**Figure 1: Outline of Investment**

| | |
|---|---|
| Target: | FIP Sondas for beneficial interest in Sete[2] |
| Corporate Purpose: | Ownership in up to 28 Special Purpose Entities ("SPEs") to build, own, and operate late generation ultra-deepwater drillships and other complementary vessels to develop Brazil's offshore pre-salt oil reserves. The ships will be developed in four systems of seven drillships each, and Sete will have a preferential right to bid on these systems for two years. |
| Purchase Consideration: | BRL250,000,000 for 8.3% equity stake in Sete |
| Form: | Common Equity |
| Conditions Precedent to Funding | • Establishment of seven SPEs<br>• Satisfactory operating contracts signed<br>• Signing of EPC Contracts |
| Restrictions on Exit: | • Lock-up: 3 years[3]<br>• Right of first refusal / Pre-emption / Tag-along / Petrobrás consent |
| Dividend Policy: | • Determined by Directors<br>• At least 25% annual distribution of net profits (by law) |
| Key Governance Rights: | EIG entitled to one board seat: directors and alternates elected to two-year terms |
| Governing Law: | Brazilian |

---

[2] Ownership structure of Sete will be 90% FIP Sondas and 10% Petrobrás

[3] Petrobrás also has a 3-year lock-up for its shares.  In the event of an IPO prior to the third anniversary, the lock-up period for both FIP Sondas and Petrobrás is extinguished.  After 5 years, FIP Sondas shareholders representing 10% ownership of Sete may cause the company to undertake an IPO.

4

EIG00192474

EIG_KEP_00077794

**Investment Rationale**

*Strong Sponsorship and Counterparties*

FIP Sondas's shareholders include some of the largest pension funds and financial institutions in Brazil. Petrobrás's involvement in different roles brings significant technical expertise and a creditworthy counterparty underpinning the economics through the long-term charter agreements.

*Strategic Nature of Assets and Sector*

The discovery of the pre-salt oil reserves, coupled with the Brazilian Government's efforts to increase employment and restore Brazil's ship-building industry, have created a confluence of shared objectives which resulted in the creation of Sete. Petrobrás is intent on doubling its oil production from the current level of 2 mmbpd to 4 mmbpd. This objective has created significant demand for late generation ultra-deepwater drilling ships, a demand which can be filled by boosting the domestic shipbuilding industry. Given the dynamics of the strong sponsorship group noted above, coupled with the strategic importance of this undertaking, there should be a strong intent and focus to deliver a successful outcome.

*Contractual Protections of Equity Returns from Petrobrás*

Various mechanisms are built into the contractual structure which provide comfort to equity investors: 1) schedule contingency is built into the construction timetable, allowing 3.5-4.0 years to build each drillship when comparable drillships are constructed in 2.0-2.5 years in Korea and Singapore; 2) the establishment of the "Fund to Guarantee Naval Construction" ("FGCN") is intended to cover construction delays; 3) charter day-rate adjustments for EPC cost overruns, changes in Brazilian taxation and higher than anticipated Sete financing costs with the objective of maintaining the agreed-upon base case return (IPCA + 13.6% - essentially, Brazilian inflation plus 13.6% p.a.).

*Exposure to the Upstream Brazilian Markets*

Because of the pre-salt discoveries, Brazil has become one of the most active oil and gas hubs in the world and EIG has prospected for business in that market for some time. While direct investment into the development of pre-salt reserves would be challenging for EIG given the large amount of capital required, an investment in Sete gives us tangential exposure to the pre-salt reserves backed up by credit support from an investment grade counterparty. Appendix 1 contains an overview of the pre-salt oil resource.

5

EIG00192475

**EIG_KEP_00077795**

*Long Life Assets and Portfolio Diversity*

While we generally look to the 10-20 year charter contracts from Petrobrás as the primary basis for our returns, the drillships are expected to have useful lives of 30-40 years and our buy-and-hold returns will be driven, in large part, to the level and term of the recontracted day rates at the end of the initial charter term.

Additionally, Sete will have a diversified portfolio of assets once all 14 System 1 and System 2 drillships are operating. This diversification protects Sete cashflows should any one drillship underperform.

*Representation through Board Position*

EIG will have one board seat out of 13[4] total Sete board seats to represent our interests in the company. While we will only have limited power to determine board decisions, we should be aligned with a number of the other private investors (e.g. Santander, Bradesco and BTG Pactual). Together this group will hold more than 35% of votes allowing it to block certain major decisions, such as new investments in non E&P activities.

**Transaction Structure**

Figure 2 (overleaf) outlines the corporate structure proposed for the drillship program. Fund XIV will make its investment in the FIP Sondas investment vehicle to secure an 8.3% indirect equity stake in Sete, a Brazilian corporate that is the ultimate holding company of the drillship fleet. Sete owns 100% of an Austrian vehicle called Sete International that is used for tax purposes to hold Sete's 85% interest in each of the Dutch registered special purpose entities ("**SPEs**") that own individual drillships. The remaining 15% of the SPE equity, referred to as Class B Shares, will be held initially by Petrobrás which intends to retain its Class B Shares in SPEs 1 and 2 but sell its Class B Shares in SPEs 3-7 to third party drillship Operators. The Class B shares have the same rights as the Class A shares except that the Class B Shareholder (as Operator) runs the risk that in the event its operating performance falls below the standards specified in the Charter Agreement, it may be subject to fines and eventual loss of its shares in favor of Sete International.

The companies in the Transaction Structure are described in more detail in the Principal Parties section below.

---

[4] The initial Board composition is 11 members, which will increase to 13 to allow EIG and one other investor to also have Board representation upon the closing of System 2.

6

**Figure 2: Corporate Structure**



## Principal Parties

The principal parties described in this section are:

- Petrobrás
- FIP Sondas
- Sete
- Sete International
- Vessel Owning SPEs
- Vessel Operators
- EPC Contractors

### *Petrobrás*

Petrobrás (Baa1/BBB-) is the majority state-owned national oil & gas company of Brazil. It is the largest corporation in South America and one of the largest corporations in the world with a market capitalization, as of 21 June 2011, of $213 billion. Its 2010 revenue and net income were R$213 billion ($134 billion) and R$36 billion ($23 billion) respectively. Further corporate

7

EIG00192477

EIG_KEP_00077797

information on Petrobrás is provided in Appendix 3. Within the Sete transaction, Petrobrás has the following roles:

- 10% equity holder in Sete

- Long-term vessel charterer

- Construction manager

- Initial Class B Shareholder in all SPEs (Petrobrás intends to sell to third parties its Class B shares in System 1 SPEs 3-7 and all System 2 SPEs)

- Operator and long-term Class B Shareholder in SPEs 1-2

*FIP Sondas*

Fund XIV will invest in FIP Sondas, a Brazilian registered, tax efficient investment vehicle that exempts investors from tax withholding on the payment of both dividends and capital gains.[5] FIP Sondas will own 90% of Sete with Petrobrás owning the remaining 10%.

Key points regarding the operation / governance of FIP Sondas are:

- The entity acts as recipient of equity capital calls and makes investments in Sete on behalf of its shareholders. It also prepares financial statements and other reporting.

- Its Investment Committee comprises representatives of each of its shareholders and meets prior to Sete board meetings.

- Voting rights mirror the Sete Shareholders' Agreement with approval thresholds as per Appendix 4.

- Caixa Economica Federal, will administer FIP Sondas for an administration and custody fee equaling 0.2095% p.a. of committed equity during the investment period, and of outstanding equity thereafter.

- Shareholders will have a three-year lock-up period on the transfer of shares.

---

[5] EIG will have to pay a 2% "Tax on Financial Operations" upon the disbursements of capital calls, but as noted above, distributions and exit payments will be free from any taxes. Funds will enter via a so-called "Resolution 2689" account, to be opened with a local bank, which will accrue modest administration fees.

Confidential

EIG00192478

EIG_KEP_00077798

- There are severe penalties for failing to meet capital calls.  These include late interest charges, possible loss of existing investment, loss of voting powers and withholding of any dividends or other remuneration due.

FIP Sondas has entered into a Cooperation Contract with Petrobrás that establishes a mechanism to maintain a pre-agreed return to FIP Sondas shareholders which is equal to Brazil IPCA inflation rate + 13.6%. Essentially, if the realized financing terms differ from those envisaged in the original Base Case (i.e. leverage is lower or higher than anticipated or financing costs obtained from BNDES, the ECAs or the commercial banks are higher or lower than anticipated), then Sete Brasil and Petrobrás will sit down in good faith and renegotiate the charter day rate to achieve the desired return.  This practice will work in both directions, i.e. the charter day rate will increase if financing terms are worse than anticipated and decrease if financing terms are better than anticipated.

*Sete*

Sete is a corporate entity registered in Brazil. It is the ultimate holding company of the drillship fleet.

*History*

Sete is a public-private vehicle established to bring private Brazilian capital into the drill-ship industry. Petrobrás initially ran international tender processes for the System 1 drillships with the stipulation that they should be constructed with significant local content. The responses from international contractors were viewed as expensive so Petrobrás worked with certain Brazilian financial institutions to establish Sete as a vehicle to build, own and charter out multiple drillships with significant local content.

*Capitalization*

Sete raised R$1.90 billion ($1.19 billion) of equity capital commitments in May 2011. This is more than sufficient to fund the equity portion of the construction of the seven drillships in System 1. If Sete is awarded the System 2 package of seven drill ships by Petrobrás, Sete will require an additional R$1.11 billion ($0.70 billion USD equivalent) in equity commitments through a second close which could occur as early as July 2011.

FIP Sondas holds 90% of Sete's equity and Petrobrás holds the remaining 10%. Assuming Sete is awarded System 2 and there is a second equity close which includes Fund XIV, Sete's beneficial equity holders (i.e. looking through FIP Sondas) will be as presented overleaf in Figure 3.

Confidential

EIG00192479

EIG_KEP_00077799

**Figure 3: Class A Equity Commitments**



thousands BRL and USD

| Investor | BRL R$ | USD $ eq. | Per cent |
|---|---|---|---|
| **First Close** | | | |
| BTG Pactual | R$ 250,000 | $ 157,431 | 8.2% |
| Santander | 250,000 | 157,431 | 8.2% |
| Fundo Strong (Bradesco) | 250,000 | 157,431 | 8.2% |
| Funcef | 350,000 | 220,403 | 11.5% |
| Petros | 350,000 | 220,403 | 11.5% |
| Previ | 180,000 | 113,350 | 5.9% |
| Valia | 100,000 | 62,972 | 3.3% |
| Lakeshore | 1,000 | 630 | 0.03% |
| Petrobras Direct Investment | 90,000 | 56,675 | 3.0% |
| Total First Close | R$ 1,821,000 | $1,146,725 | 60.0% |
| **Second Close** | | | |
| Fund XV | R$ 250,000 | $ 157,431 | 8.2% |
| [Aldo Flores] | 250,000 | 157,431 | 8.2% |
| Caixa | 500,000 | 314,861 | 16.5% |
| Petrobras Direct Investment | 213,444 | 134,411 | 7.0% |
| Total Second Close | R$ 1,213,444 | $ 764,134 | 40.0% |
| **Total Class A Equity Commitments** | R$ 3,034,444 | $1,910,859 | 100.0% |

24.7%

Private Investors:   41.2%

16.5%

16.5%

Note: Equity commitments are denominated in BRL while project costs and revenues are predominately USD; while this particular FX dynamic is not anticipated to affect returns it might affect Fund XIV USD commitment amount over time
The assumed USD/BRL FX rate in the commitment table is 1.588

_Fast Track and Future Investments_

Under Sete's constitutional documents, unless more than 85% of shareholders are in opposition, Petrobrás can require that Sete raises additional capital to fund investment programs in any E&P related sector that delivers an equity return of at least IPCA + 13.6% p.a.. Petrobrás could therefore require Sete to invest in all the drillships in its announced 28 drillship program provided that it provides a charter rate that delivers the prescribed minimum return. Beyond this, Sete could also be used to fund FPSO and tanker investment programs under the Fast Track mechanism. Sete's business plan envisages a 10-year investment horizon and that Sete will secure additional drillship packages beyond Systems 1 and 2. However, exact investments are not yet specified. It is therefore difficult to predict Sete's future capital calls on its shareholders.

_Governance_

Governance issues are covered in the Shareholders' Agreement, the Investment Agreement, and the by-laws of the Company.  The key points regarding governance are:

- The Board of Directors will be comprised of 13 Directors: Sete's CEO (Petrobrás appointee), 1 from Petrobrás, 1 from Caixa Economica as FIP Administrator; 8 from FIP Sondas: currently two each from FUNCEF and PETROS; one each from Previ, Banco

10

BTG Pactual, Banco Santander, and Bradesco (Strong Fundo de Investimento), 1 from EIG and 1 from another new investor joining in the second round equity raise.

- Board voting thresholds on material business decisions are provided in Appendix 4.

- Management will be comprised of a CEO and CFO (both in place and both ex Petrobrás) as well as a Director of Operations (to be appointed). Sete will also employ up to 6 managers, 24 analysts and 8 support staff.

- FIP Sondas's shareholders are jointly liable for cash calls into Sete. Severe penalties are applied to all FIP Sondas shareholders for default by any FIP Sondas shareholder. These include fines, loss of voting rights, acceleration of outstanding committed capital and forfeiture, sale or cancellation of shares. The creditworthiness of other FIP Sondas shareholders makes us comfortable with this risk. Furthermore, any funding default can be cured by calling on other shareholder commitments.

*Sete International*

Sete International GmbH ("**Sete International**") is incorporated in Vienna, Austria. It is an intermediary holding vehicle inserted into the structure in order to benefit from the preferential Netherlands-Austria and Austria-Brazil tax treaties. The structure leads to Fund XIV's investment being exempt from Dutch, Austrian and Brazilian taxes during operations.

*Vessel Owner SPEs*

Each SPE is a Netherlands incorporated vehicle which is governed by a shareholders' agreement between Sete International and the Operator (either Petrobrás or a third party operator). These agreements spell out the business of the SPE, funding, transfer of shares and corporate governance. With regards to dividend policies, the class B shareholder must defer receiving any dividends until the Class A shareholders have received cumulative distributions totaling $30 million; beyond that, it is the policy of each SPE to pay out total profits, minus any retentions to meet foreseeable commitments and contingencies and capex.

*Vessel Operators*

Petrobrás will be the Operator of the first two drill ships (SPE 1 and SPE 2). Beyond SPE 1 and SPE 2, the Operators will be selected from a pre-approved list of 19 third party operators. Many

11

of the pre-approved operators are known to EIG. This list includes Transocean, Noble, Pride, Ensco and local Brazilian operators, Odebrecht and Queiroz Galvão.

*EPC Contractors*

The EPC Contractor for the System 1 ships is *Estaleiro Atlantico Sul* ("**EAS**"), a joint venture in Northeastern Brazil owned 40% each by Queiroz Galvão and Camargo Corrêa, two of the largest and most respected construction/engineering groups in Brazil.  An investment firm called PJMR and Samsung Heavy Industries of South Korea are each 10% equity holders. The latter is expected to provide much of the technical support for the drillships. Further detail on EAS is provided in Appendix 5. The EPC Contractor for System 2 is to be selected from a shortlist of 6 potential contactors which includes EAS. Summary information on potential System 2 EPC Contractors is provided in Appendix 6.

## Operating Agreements

Below is a brief description of each of the main operating agreements in the Sete transaction. The long term nature of the operating agreements has set the framework for the financial structuring of the company.

**Figure 4: Contractual Structure**



**Confidential**

EIG00192482

EIG_KEP_00077802

*Petrobrás Charter Agreement*

The Charter Agreements between each SPE and Petrobrás are Sete's main source of revenue. Under these agreements, each SPE is paid an indexed day rate for the availability and mobilization of its drillship. This day rate is adjusted to compensate the SPE for certain construction cost over-runs, changes to financing terms and changes in taxation. On delivery of the ship, each SPE will elect the currency denomination of charter revenues. Each SPE may elect for up to 50% of charter revenues to be Reais denominated. Our Base Case assumes a 20% Reais election, with the remaining 80% of revenue received in Dollars.

For SPEs 1 and 2, the term is an initial 20-year period with an option to extend by mutual agreement for a further 20 years. For SPEs 3-7 and all the System 2 SPEs, the charter agreements will have a 10+10 year term. There are multiple contractual termination triggers. These include contractual non-performance on operational and administrative matters as well as termination of the Service Agreement (see below).

Penalties are payable by the SPE to Petrobrás for late delivery of the drill ship (capped at 10% of contract value). If delivery is delayed 2 years beyond the original schedule, Petrobrás can terminate the contract and impose a further fine of 10% of contract value. The SPE is also liable to pay fines for contractual non-compliance on limited specific issues (capped at 10% of contract value). In the case of an oil spill at sea, the SPE's civil and contractual liability is capped at $1,000,000. Liability for direct damages is capped at 5% of contract value. The contract value is initially set at $2.7 billion.

The SPE will rely on the Operator and to a lesser extent Petrobrás to manage its potential risks under this contract. The SPE and Operator are jointly and severally liable for the obligations arising under the Charter Agreement. However, the SPE will have recourse in most cases to the Operator under the Asset Maintenance Agreement (see below). It is noted that despite Petrobrás being a minority shareholder in each SPE, the interests of the SPE and Petrobrás are not aligned under the Charter Agreement.

The agreement is governed under Brazilian law with dispute resolution in the Brazilian courts.

*EPC Contract*

The EPC Contract is signed between each SPE and the EPC Contractor (EAS in the case of System 1). Each EPC Contract is a lump sum, fixed price, date certain, turnkey contract. The contract price is adjusted for inflation but these adjustments are passed through to Petrobrás via changes in the charter rate. The agreement includes provisions for:

- minimum level of Brazilian content in drillship construction

13

**EIG00192483**

**EIG_KEP_00077803**

- builder's risk insurance

- delay liquidated damages

- 12-month warranty period for Defective Works

The interests of Petrobrás and the SPE are largely aligned under this contract, and most risks are transferred to the EPC Contractor.

The contract is governed under New York law with dispute resolution escalating to arbitration under International Chamber of Commerce rules in New York.

*Service Agreements*

These agreements are to be signed between Petrobrás and the drillship Operators to regulate the rendering of the oil drilling services. The Operator will receive a fixed (indexed) Service Agreement Dayrate, under which it will bear the risk of any operating cost over-runs. We believe there is significant cushion built into the rate. The SPE's Class A Shareholder is therefore insulated from operating cost inefficiencies and over-runs.

*Asset Maintenance Agreement*

The main purpose of the Asset Maintenance Agreement is to allow the SPE to share with the Operator certain liabilities allocated to the SPE under the Charter Agreement which are managed by the Operator. The agreement provides that the SPE may impose on the Operator any fines arising under the Charter Agreement that are caused by the Operator's actions or inactions.

*Construction Management Agreement*

The Construction Management Agreement allows Petrobrás to oversee and manage the construction of the drillships by the shipyard under the EPC contract. There is alignment between Petrobrás and the SPE, though Petrobrás assumes very limited liability related to the construction with a liability cap of $800,000 per EPC contract. We understand Petrobrás is in the habit of working closely and proactively with drillship owners and contractors to fix problems when they occur.

14

EIG00192484

EIG_KEP_00077804

**Risks and Mitigants**

| *Construction* |
| --- |
| *Description of Risk*<br><br>The requirement for significant local content in Petrobrás's drillship construction program means that this class of ship will be built in Brazilian shipyards for the first time. This requires the development of new shipyards and engineering teams that can concurrently build and deliver a series of these ships.<br><br>Construction risk could materialize in 3 ways:<br><br>&bull; Delays – the SPE is liable for delay penalties to Petrobrás under the Charter Agreement. If the delay extends for 2 years beyond the original delivery date, Petrobrás can terminate the Charter Agreement.<br><br>&bull; Cost over-runs – in some instances, construction cost over-runs may be borne by equity. The FGCN provides protection to senior lenders for cost over-runs.<br><br>&bull; Shipyard bankruptcy – under the fixed price EPC contract with liquidated damages, the shipyard bears financial risk for poor performance under the contract. |
| *Mitigants*<br><br>&bull; General<br><br>    o The EPC Contract is a turnkey, fixed-price, date-certain contract.<br>    o Petrobrás will closely monitor construction through the Construction Management Agreement, thus reducing the likelihood of errors in construction and non-acceptance of the ship by Petrobrás.<br>    o Approximately 40% of the drilling system and equipment will be imported from suppliers which already supply many international drillers.<br>    o The FGCN will provide a source of liquidity to pay debt service in the instance of cost over-runs and delays.<br><br>&bull; Delays<br><br>    o The System 1 drillships have 3.5-4.0 year construction periods. This compares to 2.0-2.5 years for comparable vessels constructed in the established shipbuilding environments of Korea and Singapore.<br>    o SPE is entitled to delay liquidated damages under the EPC Contract. |

15

EIG00192485

EIG_KEP_00077805

- Cost Over-runs

  - The EPC cost includes a certain percentage level of contingency.
  - Charter payments increase proportionally to cost over-runs against original construction budget (excluding change orders).
  - Inflationary impacts on construction costs are also passed through to Petrobrás through a higher charter day rate.

- Shipyard Bankruptcy

  - EAS is comprised of two of the largest and most respected construction groups in Brazil as well as Samsung Heavy Industries which has vast experience in FPSO and drillship construction. Shipyard bankruptcy is considered a remote possibility given the size of the entities forming EAS.
  - EAS will maintain builder's all risk and delay in start-up insurance as well as a performance bond equivalent to 3% of the cost of each drillship.

### Operations

#### *Description of Risk*

The main operational risks are related to

- Poor performance of drillships: SPEs receive charter payments when the ships are available and mobilized. However, the SPEs rely on third party Operators to manage and maintain the ships in accordance with Petrobrás requirements.

- Termination of Charter Agreement: There are multiple termination triggers of the Charter Agreement, some of which can be triggered by the actions or inactions of the third party Operator.

- Renewal risk at the end of the initial 10-year charter period: Petrobrás has the option to extend the contract for a further 10 years on the same terms or it may elect to terminate the current contract and negotiate more favorable terms.

#### *Mitigants*

- Petrobrás will operate the first two drillships and has pre-selected 19 potential operators from whom the future Operators will be selected. We believe these 19 potential operators have adequate experience to manage and operate the remaining ships. The Operators will also take a 15% equity stake in each SPE.

16

**EIG00192486**

**EIG_KEP_00077806**

- We believe risk of Charter Agreement termination is low due to:

  - Competence of potential Operators.
  - Petrobrás's need to maintain confidence of financial investors in Petrobrás sponsored financing structures.

- The FIP shareholders will have the ability to substitute an Operator that is performing below specified standards.

- We believe it is likely Petrobrás will renew the charter contracts at the end of the initial ten-year period given:

  - Petrobrás's ownership interest creates economic incentive for Petrobrás to charter Sete drillships ahead of third party drillships.
  - High long-term demand for drillships due to extent of pre-salt discovery.

- In a worst case scenario, the drillships can be re-deployed, and are designed for use in the Gulf of Mexico or West Africa.

- A Performance Reserve Fund of up to $56 million will be established from the cash flows generated by each drillship. This fund can be drawn in periods where poor performance reduces SPE cashflows.

| *Financing* |
| --- |
| <u>*Description of Risk*</u> |

There are two types of financing risk:

- Initial financing: The Base Case assumes raising debt on an 80:20 debt:equity basis but this debt is still to be committed.

- Refinancing in Year 15: Our Base Case assumes a debt refinancing in the tenth year of operations of each SPE. The size of the refinancing will be dependent on the extension or replacement of the current Charter Agreement as well as debt market conditions.

| <u>*Mitigants*</u> |
| --- |

- Initial Financing

  - BNDES support and current market comps (Odebrecht Oil & Gas) suggest a strong demand for financing secured by drillships backed by Petrobrás charter contracts.
  - Under the Co-operation Agreement, Petrobrás will adjust the charter rate to compensate for deviations from the Base Case financing assumptions.

17

**Confidential**

- Refinancing

  - Our Base Case assumes a conservative refinancing for each SPE in Year 15 of $425 million. This compares to the initial construction financing of $621 million.

---

### Foreign Exchange

#### *Description of Risk*

The investment in Sete is in Brazilian Reais.  However, the transaction is heavily dollarized with the EPC Contract, senior debt and at least 50% of charter revenues being dollar denominated. There are 2 types of currency risk:

- On the dollar flows, there is short-term currency risk during the following time periods: (i) between Fund XIV's conversion of Dollars into Reais to meet Reais equity cash calls and conversion from Reais to Dollars to make Dollar payments under the EPC and (ii) between conversion of Dollar distributions to Reais at FIP Sondas level and conversion of Reais distribution to Dollars once received by Fund XIV.

- On the Reais charter revenue we expect the senior lenders to require that at least 80% of charter revenue is dollar denominated. The remaining 20% of Reais charter revenue bears BRL:USD currency risk.

#### *Mitigants*

- Fund XIV's exposure under the short-term currency risk is limited to days. For example, drawn equity would be held in a Brazilian Reais account for only 1-2 days before being deployed under the EPC contract.

- On the currency risk arising from Reais charter revenue:

  - Only 20% of revenue is expected to be Reais denominated.

  - EIG will consider entering into a hedging program at a future point in time (the first System 1 drillship is not scheduled to generate revenues for four years).

  - In our Base Case, we assume a 37% devaluation of the Real by December 2016 and a further 9% devaluation by December 2021.

18

EIG00192488

**EIG_KEP_00077808**

## Future Sete Investment Programs and Funding

### Description of Risk

Sete's board or Petrobrás may decide that Sete pursues investment programs in addition to System 1 and System 2 during Sete's 10-year investment period beginning in 2011. Given the Fast Track mechanism available to Petrobrás and given Fund XIV's minority equity stake, Fund XIV will have a low degree of influence over these decisions. This may give rise to the following risks:

- Petrobrás uses Sete to fund E&P related investment programs which in EIG's view have worse risk/return profiles than System 1 and System 2.

- Fund XIV does not have available capital to meet future capital calls if our commitment exceeds the Fund's investment limits or time horizons.

### Mitigants

- Fast Track Investment Programs

  - Fast Track programs must be shown to deliver a return of IPCA + 13.6% although underlying assumptions may be disputed.

- Alternative Source of Capital

  - Sete is likely to IPO or make further equity private placements for additional capital calls.

  - Sete cash calls could be funded from Sete equity distributions which in the Base Case begin in 2018.

  - After an initial 3-year lock-up period, Fund XIV could exit the investment through a sale of its stake.

## Change of Law

### Description of Risk

Changes in law and taxation may impact returns.

### Mitigants

- Charter payments are adjusted under an economic equilibrium concept for changes in Brazilian taxation.

19

Confidential

- The transaction structure is exposed to changes in international law particularly with respect to bilateral tax treaties. However, we consider this risk low, for example, the Austrian-Brazil tax treaty has been in place since 1976.

| Environmental |
| --- |
| *Description of Risk* |
| Risk of environmental damage in offshore environment. |
| *Mitigants* |

- In the event of a spill, each SPE has a maximum liability for clean-up costs of $1 million. We would also expect Petrobrás to support any clean-up efforts needed.

- The drillships are being designed with the highest environmental safeguards and will conform to Brazilian state and federal environmental guidelines.

- The operators of the drillships are to be approved by Petrobrás which is known for requiring safety standards comparable to those of major integrated oil companies.

- The senior lenders will also insist the SPEs comply with the Equator Principles.

20

**Confidential**

**Financial Analysis**

*Sources & Uses of Funds for Systems 1 & 2*

The equity capitalization of Sete Brasil for Systems 1 and 2 will total $2.21 billion.  This amount will, in turn, be used to fund 20% of the equity in each SPE.

The remaining capital for each SPE will come from a non-recourse senior-secured project finance to be provided by a combination of BNDES (Brazil's national development bank), ECAs, and commercial banks. BNDES's board has already expressed interest in providing up to 45% of the total funding requirements (coinciding with the expected Brazilian content of each drillship). ECAs from equipment supplier countries are expected to provide a further 20% whilst the balance of 15% is expected to come from commercial banks operating in Brazil. The Financial Close of the permanent project financing is 6-12 months away. In order to begin drillship construction in 2011 on the intended 80:20 debt-equity ratio, Sete is in the process of raising a $855 million bridge financing to bridge its debt needs until financial close.

The sources and uses of funds for Systems 1 and 2 are detailed in Figure 5 below. Of note, the assumed Class A equity commitments of $1.91 billion are assumed to be 99% drawn in the analysis.

**Figure 5: Systems 1 & 2 Total Sources & Uses of Funds**

thousands USD

| Uses | | | | Sources | | | |
|------|---|---|---|---------|---|---|---|
| EPC | $ | 9,274,000 | 84% | BNDES | $ | 4,977,201 | 45% |
| SPE Startup Equipment | | 210,000 | 2% | ECAs | | 2,212,089 | 20% |
| FGCN Premia | | 52,938 | 0% | Commercial Banks | | 1,659,067 | 15% |
| Construction Management | | 116,900 | 1% | Total Debt | $ | 8,848,358 | 80% |
| Insurance | | 162,020 | 1% | | | | |
| Financing Costs | | 72,825 | 1% | FIP Class A Equity (90%) | $ | 1,692,248 | 15% |
| EPC Inflation Correction | | 1,171,764 | 11% | Petrobras Class A Equity (10%) | | 188,028 | 2% |
| | | | | Total Class A Equity | $ | 1,880,276 | 17% |
| | | | | | | | |
| | | | | Class B Equity | | 331,813 | 3% |
| | | | | Total Equity | $ | 2,212,089 | 20% |
| | | | | | | | |
| TOTAL | $ | 11,060,447 | 100% | TOTAL | $ | 11,060,447 | 100% |

Confidential

EIG00192491

EIG_KEP_00077811

*Base Case Assumptions*

Our Base Case incorporates the following assumptions:

**Figure 6: Base Case Model Assumptions**

| Macroeconomic | |
|---|---|
| Brazilian Inflation | 4.5% p.a. post 2012 |
| US Inflation | 3.0% p.a. post 2013 |
| BRL:USD Exchange Rate | BRL devalues from rate of 1.59 as of 06/22/11 to 2.35 in 2021 |
| | |
| **Entry Premium** | |
| Entry Premium | No entry premium paid on purchase of shares although our first equity contribution will be sized to true-up with historical equity contributions from current shareholders. It will be assumed that historical equity injections have earned an ICPA + 13.6% return since their contribution date. |
| | |
| **Construction** | |
| Construction Costs | US$ 729 million per drillship – as per EPC budget |
| Assumed Delays Against Sete Delivery Schedule | For both System 1 and 2, we assume a 6 month additional delay for the first two drillships, a 3 month additional delay for the third and fourth drillships with the last three drillships will be completed on schedule. Assumed delivery schedule is presented below in Figure 7 |
| | |
| **Senior Financing** | |
| Size | $621 million per SPE |
| Tenor – All tranches | 15 years (5 years construction + 10 years repayment) |
| Margin – BNDES | 275 bps |
| Margin – ECA | 300 bps |
| Margin – Commercial Banks | 300 bps |
| Debt Service Reserve Account | Sized to cover 3 months debt service |
| | |
| **Refinancing** | |
| Year | Year 15 of each SPE |
| Size | $425 million |
| Tenor | 10 years |
| Margin | 300 bps |
| | |

**Confidential**

EIG00192492

EIG_KEP_00077812

| Operations | |
|---|---|
| Charter Contract Day Rates | $237,000 per day (real 2011) – Figure is net of Service Day Rate paid to Operator |
| Currency Denomination of Charter Payments | 80% USD and 20% BRL |
| Uptime Rate | 90.0% in year 1, 92.5% in year 2 and 95.0% in year 3 before finally achieving the industry normal minimum of 97.5% in years 4 and beyond. |
| Charter Renewal | Petrobrás exercises its option for a 10-year extension of the Charter Agreement |
| | |
| **Reserve and Guarantee Funds** | |
| Construction Contingency Fund | $139 million funded from initial cashflows generated by each SPE. Drawn to cover construction cost over-runs. |
| Performance Fund | $56 million funded from initial cashflows generated by each SPE. Drawn to service senior debt in the event that operational performance is poor. |
| Renewal Fund | $117 million funded from SPE cashflows in Years 8-10 of operation. Drawn if refinancing is in sufficient to repay 32% balloon assumed on senior debt. |
| Guarantee Fund for Naval Construction (FGCN) | R$5 billion ($3.1 billion) fund established by the Federal Government to cover debt service in the event of delays and/or cost over-runs by the ship-builder. Drawdowns on the fund become subordinated debt obligations of the SPE. |
| | |
| **Dividends** | |
| Distribution Frequency | Annual |
| | |

Our Base Case assumes the delivery schedule outlined in Figure 7 for the 14 drillships under Systems 1 and 2. This schedule incorporates the delay assumptions outlined above.

**Figure 7: Base Case Delivery Schedule for Systems 1 & 2 Drillships**

| System 1: EAS | | | System 2: Shipyard TBD | |
|---|---|---|---|---|
| SPE 1 | Jan 2016 | | SPE 8 | Oct 2016 |
| SPE 2 | Jan 2017 | | SPE 9 | Oct 2017 |
| SPE 3 | Apr 2017 | | SPE 10 | Jan 2018 |
| SPE 4 | Jan 2018 | | SPE 11 | Oct 2018 |
| SPE 5 | Jul 2018 | | SPE 12 | Apr 2019 |
| SPE 6 | Jan 2019 | | SPE 13 | Oct 2019 |
| SPE 7 | Oct 2019 | | SPE 14 | Jan 2020 |

23

EIG00192493

EIG_KEP_00077813

*Base Case Cashflow Analysis*

This section presents the cashflow analysis at three levels:

- Figure 8: Single drillship SPE
- Figure 9: Consolidated portfolio of 14 SPEs for Drillship Systems 1 and 2
- Figure 10: Sete

The Base Case assumes a buy-and-hold investment which delivers a long-term IRR of 17.2% and an ROI of up to several multiples depending on the investment horizon considered. The most likely outcome of this investment is that Fund XIV exits through an IPO or sale within the first 3-7 years which under relatively conservative assumptions, could deliver a 30%+ IRR and a ROI in excess of 3.0x.

24

EIG00192494

EIG_KEP_00077814

## Figure 8: Base Case Cashflow Analysis: Single Drillship SPE

| Single Drillship SPE Cash Flows | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thousands USD and BRL | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **Assumptions** | | | | | | | | | | | | | | | | |
| UG Inflation CPI (20% Correction) | | 2.50% | 2.75% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| BRL Inflation IPCA (100% Correction) | | 4.00% | 4.25% | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% |
| BRL/USD FX | | 1.90 | 1.95 | 2.00 | 2.05 | 2.10 | 2.15 | 2.20 | 2.25 | 2.30 | 2.35 | 2.38 | 2.42 | 2.45 | 2.48 | 2.52 |
| Operating Uptime | | | | | | 90.0% | 92.5% | 95.0% | 97.5% | 97.5% | 97.5% | 97.5% | 97.5% | 97.5% | 97.5% | 97.5% |
| Charter Contract Dayrate - 80% USD | Real Rate  R$ 236.8 | $ - | $ - | $ - | $ - | $ 260.6 | $ 261.0 | $ 292.6 | $ 264.2 | $ 265.9 | $ 267.6 | $ 269.4 | $ 271.2 | $ 273.1 | $ 275.0 | $ 277.0 |
| **USD Revenues** | | $ - | $ - | $ - | $ - | 21,345 | 85,259 | 90,051 | 96,338 | 103,038 | 103,740 | 104,916 | 106,170 | 107,790 | 108,794 | 110,187 |
| | | | | | | | | | | | | | | | | |
| Charter Contract Dayrate - 20% BRL | R$ 94.7 | R$ - | R$ - | R$ - | R$ - | R$ 137.6 | R$ 139.1 | R$ 145.4 | R$ 151.9 | R$ 158.6 | R$ 165.9 | R$ 173.4 | R$ 181.2 | R$ 189.3 | R$ 197.9 | R$ 206.8 |
| BRL Revenues | | R$ - | R$ - | R$ - | R$ - | 11,206 | 46,297 | 49,427 | 54,092 | 59,204 | 59,204 | 61,017 | 62,542 | 64,143 | 65,982 | 67,515 | 69,289 |
| **USD Equivalent** | $ 59.2 | $ - | $ - | $ - | $ - | 5,336 | 21,565 | 22,513 | 24,084 | 25,760 | 25,935 | 26,229 | 26,543 | 26,940 | 27,199 | 27,542 |
| | | | | | | | | | | | | | | | | |
| Charter Revenues (USD Equivalent) | | - | - | - | - | 26,681 | 107,823 | 112,564 | 120,422 | 128,798 | 129,675 | 131,145 | 132,713 | 134,700 | 135,993 | 137,709 |
| Plus: Mobilization Fee Income | | - | - | - | - | 30,000 | - | - | - | - | - | - | - | - | - | - |
| **EBITDA** | | - | - | - | - | 56,681 | 107,823 | 112,564 | 120,422 | 128,798 | 129,675 | 131,145 | 132,713 | 134,700 | 135,993 | 137,709 |
| | | | | | | | | | | | | | | | | |
| Project Construction Costs | | (165,923) | (298,879) | (233,026) | (89,530) | - | - | - | - | - | - | - | - | - | - | - |
| Taxes | | - | - | - | - | (23,863) | - | - | - | - | - | - | - | - | - | - |
| Financial Income | | - | - | - | - | (0) | 335 | 229 | 315 | 444 | 461 | 472 | 503 | 529 | 558 | 3,445 |
| **Unlevered Free Cash Flow** | | (165,923) | (298,879) | (233,026) | (89,530) | 32,818 | 108,158 | 112,793 | 120,737 | 129,242 | 130,136 | 131,617 | 133,215 | 135,229 | 136,551 | 141,154 |
| Unlevered Project IRR | 11% | NM | NM | NM | NM | NM | NM | NM | NM | NM | -8% | -3% | 0% | 2% | 4% | 5% | 7% |
| Unlevered Project ROI - 20 yr. Contract | 3.6x | 0.0x | 0.0x | 0.0x | 0.0x | 0.2x | 0.3x | 0.5x | 0.7x | 0.8x | 1.0x | 1.2x | 1.3x | 1.5x | 1.7x |
| Unlevered Project ROI - 10 yr. Contract | 1.5x | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **Funds Disbursement** | | | | | | | | | | | | | | | | |
| Senior Fundings | | 124,443 | 247,737 | 188,421 | 55,624 | 19,873 | - | - | - | - | - | - | - | - | - | 425,000 |
| Class A Equity Fundings (85%) | | 36,503 | 43,685 | 39,614 | 11,820 | - | - | - | - | - | - | - | - | - | - | - |
| Class B Equity Fundings (15%) | | 4,978 | 9,226 | 8,991 | 2,086 | - | - | - | - | - | - | - | - | - | - | - |
| **Total Funds Disbursement** | | 165,923 | 300,648 | 233,026 | 69,530 | 19,873 | - | - | - | - | - | - | - | - | - | 425,000 |
| | | | | | | | | | | | | | | | | |
| **Cash Available for Debt Service** | | - | 2,069 | - | - | 52,691 | 108,158 | 112,793 | 128,737 | 129,242 | 130,136 | 131,617 | 133,215 | 135,229 | 136,551 | 566,154 |
| | | | | | | | | | | | | | | | | |
| Senior Principal | | - | - | - | - | (1,362) | (40,242) | (43,094) | (44,039) | (45,679) | (48,316) | (53,009) | (54,800) | (58,598) | (61,153) | (232,630) |
| Senior Interest | | - | - | - | - | (18,386) | (40,100) | (42,585) | (40,996) | (38,795) | (35,322) | (31,576) | (27,590) | (23,445) | (19,089) | (19,232) |
| Financial Costs | | - | (2,069) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Senior Debt Service** | | - | (2,069) | - | - | (19,748) | (80,342) | (85,679) | (85,035) | (84,474) | (84,641) | (84,585) | (82,390) | (82,043) | (80,222) | (251,862) |
| | | | | | | | | | | | | | | | | |
| DSRA (Funding) Draw | | - | - | - | - | (19,658) | (1,458) | - | - | - | - | - | - | - | - | 30,718 |
| **Total Debt Service** | | - | (2,069) | - | - | (39,406) | (81,800) | (85,679) | (85,035) | (84,474) | (84,641) | (84,585) | (82,390) | (82,043) | (80,222) | (221,145) |
| | | | | | | | | | | | | | | | | |
| Cash Available to Shareholders | | - | 0 | - | - | 13,285 | 26,350 | 27,114 | 35,702 | 44,767 | 45,495 | 47,032 | 50,817 | 53,187 | 56,340 | 345,008 |
| | | | | | | | | | | | | | | | | |
| Class A Dividends (85%) | | - | - | - | - | (33,698) | (23,047) | (30,347) | (30,052) | (36,671) | (39,977) | (43,195) | (44,209) | (47,809) | (211,939) |
| Class B Dividends (15%) | | - | - | - | - | (5,947) | (4,067) | (5,355) | (6,715) | (6,824) | (7,055) | (7,623) | (7,978) | (8,451) | (37,389) |
| **Total Dividend Distributions** | | - | - | - | - | (39,644) | (27,114) | (35,702) | (44,767) | (45,495) | (47,032) | (50,817) | (53,187) | (56,340) | (249,258) |
| | | | | | | | | | | | | | | | | |
| Remaining Cash Balance | | - | 0 | 0 | 0 | 13,285 | 0 | 0 | - | - | - | - | - | - | - | 95,750 |
| Total Debt Balance | | 124,443 | 372,180 | 558,601 | 614,224 | 632,735 | 592,494 | 549,400 | 505,361 | 459,682 | 410,363 | 357,354 | 302,553 | 243,955 | 182,803 | 375,173 |
| DSCR | | NM | NM | NM | NM | NM | 1.3x | 1.3x | 1.4x | 1.5x | 1.5x | 1.5x | 1.6x | 1.6x | 1.7x | 2.2x |
| Debt to EBITDA | | NM | NM | NM | NM | 11.2x | 5.5x | 4.9x | 4.2x | 3.6x | 3.2x | 2.7x | 2.3x | 1.8x | 1.3x | 2.7x |
| | | | | | | | | | | | | | | | | |
| **SPE Leveraged Returns to Class A** | | $ (36,503) | $ (43,685) | $ (39,614) | $ (11,820) | $ - | 33,698 | $ 23,047 | $ 30,347 | $ 38,052 | $ 38,671 | $ 39,977 | $ 43,195 | $ 45,209 | $ 47,809 | $ 211,899 |
| Class A IRR | 20.3% | NM | NM | NM | NM | NM | 0.0% | 0.0% | -8.4% | -1.0% | 3.7% | 7.0% | 9.5% | 11.3% | 12.7% | 16.6% |
| Class A ROI - 20 yr. Contract | 7.1x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.2x | 0.4x | 0.7x | 0.9x | 1.2x | 1.5x | 1.9x | 2.2x | 2.6x | 4.2x |
| Class A ROI - 10 yr. Contract | 2.6x | | | | | | | | | | | | | | | |

EIG00192495

EIG_KEP_00077815

## Figure 9: Base Case Cashflow Analysis: Consolidated Economics of Systems 1 and 2 Drillship SPEs

| Consolidated SPE Cash Flows | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thousands USD | | | | | | | | | | | | | | | |
| Drillships on Charter | - | - | - | - | - | 2 | 5 | 9 | 13 | 14 | 14 | 14 | 14 | 14 | 14 |
| Average Fleet Dayrate | - | - | - | - | - | 329k | 329k | 331k | 334k | 336k | 341k | 346k | 349k | 354k | 359k |
| Average Fleet Uptime | - | - | - | - | - | 91.4% | 92.7% | 94.1% | 96.4% | 97.5% | 97.5% | 97.5% | 97.5% | 97.5% | 97.5% |
| Total Charter Payments USD | $ - | $ - | $ - | $ - | $ - | $ 134,116 | $ 433,640 | $ 858,152 | $ 1,291,319 | $ 1,678,131 | $ 1,756,518 | $ 1,827,536 | $ 1,875,745 | $ 1,903,296 | $ 1,921,154 |
| Mobilization Fee Income | | | | | | 60,000 | 90,000 | 120,000 | 120,000 | 30,000 | | | | | |
| EBITDA | $ - | $ - | $ - | $ - | $ - | $ 194,116 | $ 523,640 | $ 978,152 | $ 1,411,319 | $ 1,708,131 | $ 1,756,518 | $ 1,827,536 | $ 1,875,745 | $ 1,903,296 | $ 1,921,154 |
| Project Construction Costs | (809,680) | (1,683,230) | (1,968,969) | (1,849,223) | (1,698,099) | (1,356,244) | (897,080) | (510,622) | (214,496) | | | | | | |
| Corporate Taxes | | | | | | (7,950) | (9,720) | (11,458) | (9,980) | (2,646) | | | | | |
| Plus: Interest Income | | | | | | 293 | 1,072 | 1,991 | 3,692 | 5,105 | 4,211 | 5,071 | 5,757 | 6,129 | 6,343 |
| Unlevered Free Cash Flow | (809,680) | (1,683,230) | (1,968,969) | (1,849,223) | (1,698,099) | (1,169,785) | (382,687) | 458,063 | 1,190,535 | 1,710,590 | 1,760,728 | 1,832,607 | 1,881,502 | 1,909,424 | 1,927,497 |
| Equity A Class | 180,401 | 255,771 | 334,725 | 314,368 | 288,677 | 230,561 | 152,504 | 86,806 | 36,464 | - | - | - | - | - | - |
| Equity B Class | 24,600 | 52,371 | 59,069 | 55,477 | 50,943 | 40,687 | 26,912 | 15,319 | 6,435 | | | | | | |
| BNDES USD | 345,939 | 783,960 | 886,036 | 832,150 | 764,144 | 610,310 | 403,686 | 229,780 | 96,523 | - | - | - | - | - | - |
| ECAs | 153,751 | 348,427 | 393,794 | 369,845 | 339,620 | 271,249 | 179,416 | 102,124 | 42,899 | - | - | - | - | - | - |
| Commercial Banks | 115,313 | 261,320 | 295,345 | 277,383 | 254,715 | 203,437 | 134,562 | 76,593 | 32,174 | - | - | - | - | - | - |
| Refinancing | | | | | | - | - | - | - | - | - | - | - | - | 425,000 |
| FGCN | | | | | 18,109 | 40,053 | 22,445 | | | | | | | | - |
| Total Funds Disbursement | 820,004 | 1,701,848 | 1,968,969 | 1,849,223 | 1,716,208 | 1,396,297 | 919,524 | 510,622 | 214,496 | - | - | - | - | - | 425,000 |
| Cash Available for Debt Service | 10,343 | 18,618 | - | - | 18,109 | 226,512 | 537,437 | 968,685 | 1,405,031 | 1,710,590 | 1,760,728 | 1,832,607 | 1,881,502 | 1,909,424 | 2,352,497 |
| Consolidated Principal Repayment | - | - | - | (9,709) | (68,433) | (170,551) | (311,035) | (443,687) | (617,128) | (666,360) | (760,424) | (749,947) | (802,801) | (1,031,613) | |
| Consolidated Interest Payments | - | - | - | (8,400) | (69,981) | (199,241) | (366,257) | (514,834) | (688,441) | (656,110) | (605,731) | (552,356) | (495,515) | (434,651) | |
| Financial Costs | (10,343) | (18,618) | | | | | | | | | | | | | |
| Total Consolidated Debt Service | (10,343) | (18,618) | - | - | (18,109) | (138,413) | (369,792) | (677,293) | (958,520) | (1,305,569) | (1,322,470) | (1,312,155) | (1,382,303) | (1,296,316) | (1,466,264) |
| Cash Available for Debt Service Reserve | - | - | - | - | - | 88,099 | 167,646 | 291,393 | 446,510 | 405,022 | 438,258 | 520,452 | 579,199 | 611,108 | 886,233 |
| DSRA (Funding) Draw | - | - | - | - | - | (42,248) | (67,049) | (95,936) | (102,579) | (25,283) | - | - | - | - | 30,716 |
| DSRA Balance | - | - | - | - | - | 42,248 | 109,297 | 205,233 | 307,812 | 333,095 | 333,095 | 333,095 | 333,095 | 333,095 | 302,379 |
| Undistributed Cash Balance | - | - | - | - | - | - | 12,238 | 8,800 | 8,701 | 60,416 | | | | | |
| Cash Available for Dividends | - | - | - | - | - | 45,851 | 112,835 | 204,257 | 352,632 | 440,155 | 438,258 | 520,452 | 579,199 | 611,108 | 916,949 |
| Class A Dividend Distribution | - | - | - | - | - | (28,571) | (88,429) | (166,223) | (248,384) | (374,131) | (372,519) | (442,384) | (492,320) | (519,442) | (693,908) |
| Class B Dividend Distribution | - | - | - | - | - | (5,042) | (15,805) | (29,333) | (43,833) | (66,023) | (65,739) | (78,068) | (86,880) | (91,666) | (122,454) |
| Total Distribution to Shareholders | - | - | - | - | - | (33,613) | (104,834) | (195,557) | (292,217) | (440,154) | (438,258) | (520,452) | (579,199) | (611,108) | (816,360) |
| Consolidated Cash Balance at SPE Level | - | - | - | - | - | 12,238 | 8,801 | 8,700 | 60,415 | 1 | - | - | - | - | 100,589 |
| Debt Balances | | | | | | | | | | | | | | | |
| BNDES USD | 345,939 | 1,164,940 | 2,115,411 | 3,052,665 | 3,969,002 | 4,755,035 | 5,309,810 | 5,581,100 | 5,602,687 | 5,345,419 | 5,057,475 | 4,749,828 | 4,421,111 | 4,069,862 | 3,540,950 |
| ECAs | 153,751 | 518,022 | 942,176 | 1,361,615 | 1,771,217 | 2,113,362 | 2,334,157 | 2,402,416 | 2,337,496 | 2,119,554 | 1,893,685 | 1,667,775 | 1,441,886 | 1,215,997 | 964,815 |
| Commercial Banks | 115,313 | 388,517 | 706,632 | 1,021,211 | 1,329,486 | 1,574,828 | 1,774,828 | 1,850,909 | 1,831,736 | 1,704,417 | 1,551,889 | 1,379,002 | 1,183,662 | 957,999 | 736,479 |
| Refinancing | | | | | | - | - | - | - | - | - | - | - | - | 425,000 |
| FGCN | | | | | 18,109 | 59,212 | 84,619 | 88,492 | 92,542 | 96,777 | 101,206 | 105,838 | 110,682 | 115,747 | 121,044 |
| Consolidated Debt Balance at SPEs | 615,003 | 2,071,479 | 3,764,219 | 5,435,492 | 7,087,824 | 8,521,049 | 9,503,415 | 9,922,918 | 9,864,431 | 9,266,167 | 8,604,255 | 7,902,443 | 7,157,340 | 6,359,604 | 5,758,289 |
| Consolidated Credit Metrics | | | | | | | | | | | | | | | |
| Consolidated DSCR | NM | NM | NM | NM | NM | 1.6x | 1.5x | 1.4x | 1.5x | 1.3x | 1.3x | 1.4x | 1.4x | 1.5x | 1.6x |
| Debt to EBITDA | NM | NM | NM | NM | NM | NM | NM | 10.1x | 7.0x | 5.4x | 4.9x | 4.3x | 3.8x | 3.3x | 3.0x |

Confidential

EIG00192496

EIG_KEP_00077816

## Figure 10: Base Case Cashflow Analysis: Sete

| Sete Cash Flows and Returns | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thousands USD | | | | | | | | | | | | | | | |
| **Revenues** | | | | | | | | | | | | | | | |
| Upstreamed GPE Class A Dividends | $ - | $ - | $ - | $ - | $ - | $ 26,571 | $ 66,429 | $ 108,223 | $ 246,304 | $ 374,131 | $ 372,519 | $ 442,364 | $ 492,320 | $ 519,442 | $ 693,906 |
| **Expenses** | | | | | | | | | | | | | | | |
| 2 pct  Capital Duty | (3,608) | (5,115) | (6,694) | (6,287) | (5,774) | (4,611) | (3,050) | (1,736) | (729) | - | - | - | - | - | - |
| FIP General Expenses | (313) | (662) | (1,309) | (1,935) | (2,530) | (1,429) | - | - | - | - | - | - | - | - | - |
| Preportional Expenses | (41,954) | (16,399) | (15,337) | (15,168) | (15,470) | (15,801) | (16,148) | (16,498) | - | - | - | - | - | - | - |
| Taxes | (699) | (991) | (1,297) | (1,218) | (1,119) | (697) | (720) | (767) | (997) | (1,338) | (1,439) | (1,704) | (1,880) | (1,958) | (2,627) |
| Administration Fees and Expenses | - | - | - | - | - | - | - | - | (16,850) | (17,203) | (17,562) | (17,928) | (18,302) | (18,683) | (19,073) |
| Total Expenses | (46,575) | (23,368) | (24,638) | (24,609) | (24,892) | (22,738) | (19,919) | (19,001) | (18,576) | (18,541) | (19,001) | (19,632) | (20,182) | (20,642) | (21,700) |
| **Cash Available for Reserve Accounts** | (46,575) | (23,368) | (24,638) | (24,609) | (24,892) | 5,833 | 68,510 | 147,222 | 229,809 | 355,590 | 353,519 | 422,752 | 472,138 | 498,800 | 672,206 |
| Construction Contingency Fund Adjustment (+)/- | | | | | | (19,800) | (39,600) | (39,600) | (19,800) | (19,800) | | | | | |
| Construction Contingency Fund Balance | - | - | - | - | - | 19,800 | 59,400 | 99,000 | 118,800 | 138,600 | 138,600 | 138,600 | 138,600 | 138,600 | 138,600 |
| Performance Fund Adjustment (+)/- | | | | | | (8,000) | (16,000) | (16,000) | (8,000) | (8,000) | | | | | 8,000 |
| Performance Fund Balance | - | - | - | - | - | 8,000 | 24,000 | 40,000 | 48,000 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 48,000 |
| Renewal Fund Adjustment (+)/- | | | | | | | | | | | | | (3,714) | (10,214) | (16,714) |
| Renewal Fund Balance | - | - | - | - | - | - | - | - | - | - | - | - | 3,714 | 13,929 | 30,643 |
| **Cash After Funding Reserve Accounts** | (46,575) | (23,368) | (24,638) | (24,609) | (24,892) | (21,967) | 12,910 | 91,622 | 202,009 | 327,790 | 353,519 | 422,752 | 468,423 | 488,586 | 663,492 |
| SPE Capital Calls | (180,401) | (255,771) | (334,725) | (314,368) | (288,677) | (230,561) | (152,504) | (86,806) | (36,464) | - | - | - | - | - | - |
| **Cash Flows to Shareholders** | $ (226,976) | $ (279,139) | $ (359,363) | $ (338,977) | $ (313,569) | $ (252,529) | $ (139,594) | $ 4,816 | $ 165,544 | $ 327,790 | $ 353,519 | $ 422,752 | $ 468,423 | $ 488,586 | $ 663,492 |
| **Cash Flows to Fund XIV** | $ (18,700) | $ (22,998) | $ (29,607) | $ (27,927) | $ (25,834) | $ (20,805) | $ (11,501) | $ 397 | $ 13,639 | $ 27,006 | $ 29,125 | $ 34,829 | $ 38,592 | $ 40,253 | $ 54,663 |
| IRR | - | - | - | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -1.2% | 1.9% | 4.8% |
| ROI | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.0x | 0.1x | 0.3x | 0.4x | 0.7x | 0.9x | 1.2x | 1.5x |

| Cumulative Returns Continued | IRR | ROI | | Capital Called | |
|---|---|---|---|---|---|
| 2026 | 7.4% | 2.0x | | Sete | $ 1,910,146 |
| 2027 | 10.1% | 2.7x | | Fund XIV | $ 157,372 |
| 2028 | 11.8% | 3.5x | | | |
| 2029 | 13.4% | 4.5x | | | |
| 2030 | 14.3% | 5.2x | | | |
| 2031 | 14.9% | 6.0x | | | |
| 2032 | 15.5% | 6.8x | | | |
| 2033 | 15.9% | 7.6x | | | |
| 2034 | 16.3% | 8.4x | | | |
| 2035 | 16.5% | 9.2x | | | |
| 2040 | 17.2% | 11.4x | | | |

Confidential

EIG00192497

EIG_KEP_00077817

*Foreign Currency Analysis*

Figure 11 analyses the currency weighting of dividend distributions. Assuming an 80:20 USD:BRL composition of charter revenues, approximately 47% of dividend distributions up to 2030 originate from BRL revenues.

## Figure 11: BRL/USD Currency Waterfall Analysis

| Estimated Currency Waterfall: 80/20 USD Election | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thousands USD and BRL | | | | | | | | | | | | | | | |
| USD Available for SPE Expenses | $ - | $ - | $ - | $ - | 18,109 | $ 201,220 | $ 452,439 | $ 798,948 | $ 1,140,025 | $ 1,374,472 | $ 1,408,583 | $ 1,466,098 | $ 1,505,202 | $ 1,527,539 | $ 1,681,998 |
| Less: USD Debt Service at SPE | - | - | - | - | (18,109) | (138,413) | (369,792) | (677,223) | (958,520) | (1,305,569) | (1,322,470) | (1,312,155) | (1,302,303) | (1,298,316) | (1,466,264) |
| Less: USD SPE Reserve Accounts | - | - | - | - | - | (42,248) | (67,049) | (95,936) | (102,579) | (25,283) | - | - | - | - | 30,716 |
| (Increase) Decrease in Cash | | | | | | (12,238) | 3,437 | 100 | (51,714) | 60,415 | - | - | - | - | (100,589) |
| USD Available to SPE Shareholders | - | - | - | - | (0) | 8,321 | 19,035 | 25,819 | 35,212 | 104,035 | 86,113 | 153,931 | 202,899 | 229,223 | 345,861 |
| Less: USD Dividended to Class B | - | - | - | - | 0 | (1,248) | (2,855) | (3,873) | (5,282) | (15,605) | (12,917) | (23,090) | (30,435) | (34,383) | (51,879) |
| USD Available for Sete Reserve Accounts | r | - | - | - | (0) | 7,072 | 16,180 | 21,947 | 29,930 | 88,430 | 73,196 | 130,841 | 172,464 | 194,840 | 293,982 |
| Less: USD Change in Sete Reserve Accounts | | | | | | (27,800) | (55,600) | (55,600) | (27,800) | (27,800) | - | - | (3,714) | (10,214) | (8,714) |
| USD Available to Distribute (Shortfall) | $ - | $ - | $ - | $ - | $ (0) | $ (20,728) | $ (39,420) | $ (33,653) | $ 2,130 | $ 60,630 | $ 73,196 | $ 130,841 | $ 168,750 | $ 184,625 | $ 285,267 |
| USD Currency DSCR | NM | NM | NM | NM | 1.0x | 1.5x | 1.2x | 1.2x | 1.2x | 1.1x | 1.1x | 1.1x | 1.2x | 1.2x | 1.3x |
| | | | | | | | | | | | | | | | |
| BRL Available for SPE Shareholders (R$) | R$ - | R$ - | R$ - | R$ - | R$ - | R$ 54,299 | R$ 186,615 | R$ 381,221 | R$ 590,682 | R$ 790,782 | R$ 836,672 | R$ 885,742 | R$ 921,647 | R$ 947,948 | R$ 1,193,674 |
| Less: BRL Dividended to Class B | - | - | - | - | - | (8,145) | (27,692) | (57,183) | (88,602) | (118,617) | (125,951) | (132,861) | (138,247) | (142,192) | (177,551) |
| BRL Available for FIP Expenses | - | - | - | - | - | 46,154 | 158,923 | 324,038 | 502,080 | 672,165 | 713,721 | 752,881 | 783,400 | 805,756 | 1,006,123 |
| BRL FIP Expenses | (74,520) | (42,003) | (49,275) | (50,449) | (52,274) | (46,610) | (43,731) | (42,976) | (42,090) | (43,622) | (45,309) | (47,444) | (49,430) | (51,235) | (54,592) |
| BRL Capital Calls at FIP | (288,641) | (400,387) | (369,450) | (644,454) | (800,221) | (494,987) | (334,821) | (194,902) | (83,807) | - | - | - | - | - | - |
| BRL Available to Shareholder (Called) | R$ (363,161) | R$ (502,451) | R$ (718,725) | R$ (694,903) | R$ (658,495) | R$ (497,649) | R$ (219,530) | R$ 86,400 | R$ 375,580 | R$ 628,543 | R$ 668,415 | R$ 705,437 | R$ 733,970 | R$ 754,517 | R$ 951,531 |
| BRL/USD FX Assumption | 1.60 | 1.80 | 2.00 | 2.05 | 2.10 | 2.15 | 2.20 | 2.30 | 2.35 | 2.35 | 2.38 | 2.42 | 2.45 | 2.48 | 2.52 |
| USD Equivalent BRL Flows | (226,976) | (279,139) | (359,363) | (338,977) | (313,569) | (231,602) | (100,173) | 38,469 | 163,415 | 267,159 | 280,323 | 291,911 | 299,673 | 303,961 | 378,224 |
| | | | | | | | | | | | | | | | |
| Total USD Equivalent Cash Flows to Shareholders | $ (226,976) | $ (279,139) | $ (359,363) | $ (338,977) | $ (313,569) | $ (252,529) | $ (139,593) | $ 4,816 | $ 165,545 | $ 327,789 | $ 353,519 | $ 422,752 | $ 468,423 | $ 488,586 | $ 663,492 |
| USD Dividend Estimated Currency Mix | NM | NM | NM | NM | NM | NM | NM | NM | 1% | 18% | 21% | 31% | 36% | 38% | 43% |
| BRL Dividend Estimated Currency Mix | NM | NM | NM | NM | NM | NM | NM | NM | 99% | 82% | 79% | 69% | 64% | 62% | 57% |

| Weighted Average USD Distributions | W.A. |
|---|---|
| 2025 | 31.3% |
| 2030 | 52.9% |
| 2035 | 61.5% |
| 2040 | 80.8% |

**Confidential**

EIG00192498

EIG_KEP_00077818

*Sensitivities*

Figure 12 outlines the sensitivity of our Base Case IRR to various downside and upside scenarios related to (i) inflation, (ii) FX risk, (iii) construction delays, (iv) drillship uptime, (v) charter dayrates after expiration of initial contracted term and (vi) upside from a potential IPO exit. The Stress and Upside Cases respectively combine all downside and upside sensitivities (excluding the IPO).

**Figure 12: IRR Sensitivity Analysis**



**AML/OFAC**

An AML/OFAC review was conducted using the *Complinet* system (an online global screening application) on controlling entities and individuals including key management personnel. No material issues were identified and the transaction has been categorized low risk from a compliance perspective.

**Conclusion & Recommendation**

We believe an investment in Sete through FIP Sondas represents a unique opportunity for EIG to be an early investor in what should become a major player in the ultra-deepwater drillship industry. Sete represents a major strategic undertaking by the Brazilian Government and Petrobrás. EIG will become the first foreign investor in this company, and will be partnering with the largest and most prestigious oil and oil services companies, commercial and investment banks, and Brazilian pension funds. While Petrobrás's involvement in the transaction at all levels has positive and negative aspects, we believe the stakes are too high for Petrobrás to allow this venture to fail. Many of the potential risks to equity have been addressed and mitigated in the contractual structure. We can expect a mid to high teen return on a buy-and-hold basis and significantly higher returns in the more likely scenario that Fund XIV exits the investment through a sale or IPO. For these reasons we recommend approval.

Confidential

EIG00192500

EIG_KEP_00077820

**Appendix 1: Brazil's Pre-salt Reserves**

Brazil's pre-salt play is likely the most significant discovery of new oil reserves in the last 30 years. Petrobrás's early estimate for Campos Basin pre-salt reserves within existing discoveries is 10.6 to 16 billion barrels. For perspective, the Wall Street Journal recently ran an article touting Exxon's success in the Gulf of Mexico highlighting two discoveries totaling 800 million barrels. The discoveries have come after overcoming many technical challenges including seismic advances to image below salt layers, deep water drilling in 8,000 feet of water, drilling through as much as 10,000 feet of salt and many others.

**Pre-salt Geology**



The term pre-salt refers to the fact that the reservoir rock bearing oil was deposited in geologic time before or beneath the salt layer as opposed to post-salt which was deposited after or on top of the salt layer. Seismic imaging below the thick salt layer is a huge challenge requiring advances in seismic acquisition, processing and interpretation. The lure of potential discoveries below the salt layer has kept exploration teams pushing the frontiers most notably in Brazil and the Gulf of Mexico.

Confidential

EIG00192501

EIG_KEP_00077821

## Santos Basin Pre-salt Map



As shown above in blue, pre-salt reservoirs stretch across both the Santos and Campos Basins. The pre-salt drilling effort began in 2005. The first well drilled that crossed the salt layer was nearly aborted because of numerous drilling problems but after 15 months and $240 million, Petrobrás discovered the Parati Field 7600 meters below the ocean's surface. The second well, drilled in 2006, cost $100 million and discovered Tupi. These first two wells discovered between 5-8 billion BOE according to Petrobrás. After Parati and Tupi and until 2009, Petrobrás drilled 41 exploratory wells targeting pre-salt reservoirs within the Santos and Campos Basins with a success rate of 85% far exceeding the industry benchmark of 30% (Source: World Oil, Petrobrás).

In the Santos Basin the pre-salt success rate is 100%. The Santos Basin discoveries all occurred within just four years (2006-2009) and are being fast tracked by Petrobrás for development. The existing collection of blocks and discoveries known as the Pre-Salt Cluster are being aggressively developed in phases consisting of information gathering and development at shown schematically below:

## Petrobras Pre-salt Project Phases



EIG00192502

EIG_KEP_00077822

**Appendix 2: Ultra Deepwater Drillship Market**

## Ultra Deepwater Scheduled Rig Deliveries



Source: DRCO estimates, ODS-Petrodata, Company data

Available    Contracted
Option Period    Under Construction / Shipyard

33

EIG00192503

EIG_KEP_00077823

## Floater Rig Supply, Utilization and Dayrate Comparison













34

EIG00192504

EIG_KEP_00077824

**Appendix 3: Petrobrás**

Petróleo Brasileiro, S.A. ("Petrobrás") was founded as the Brazilian Government oil and gas monopoly in October, 1953.  At the time, Petrobrás produced 2,700 barrels of oil per day, and had a refining capacity of 137,000 barrels/day.  Beginning in 1974, Petrobrás began to make significant discoveries in the Campos basin, a trend that has not slowed down, and which enabled Brazil to go from an energy dependent nation to a net exporter of oil and its derivatives.

The National Treasury owns 53.6% of Petrobrás' common shares, and 31.1% of total shares, while other government controlled entities, or public pension funds, control another 10% of voting shares, and 28% of preferred shares.  Blackrock, with 5% of preferred shares, is the largest single foreign owner of Petrobrás.

Petrobrás is the largest corporation in Latin America and the fourth largest oil & gas company in the world.  It is a leading producer of deep and ultra deep water oil, with 20% of the market, a trend that will only continue with the discovery of the pre-salt reserves.

The activities of Petrobrás comprise the research, exploration, production, refining, logistics, sales and transpiration of petroleum and natural gas in Brazil, with significant investments in electricity generation, biofuels, and other renewable forms of energy.  Its major lines of business include:

- E&P – its main activity, geared to supplying its own refineries, where it maintains 98.5% of the country's capacity;
- Supply – includes the transport and sale of oil and its derivatives, and ethanol, as well as participations in various petrochemical companies;
- Gas & Energy – includes the sale and transpiration of natural gas produced in Brazil or imported and the generation and sale of electric energy;
- Distribution – represents retail gas stations, with 38.7% market share (as of June, 2010);
- International – Petrobrás is present in E&P, refining, transportation, and distribution in countries around the globe, including the U.S. Gulf of Mexico.

 Below please find summary financial highlights for Petrobrás for the three years ending Dec. 31, 2010:

| (Million USD) | 2008 | 2009 | 2010 |
|---|---|---|---|
| Net Income | 18,879 | 15,504 | 19,184 |
| EBITDA | 31,083 | 28,982 | 32,626 |
| Net Debt | 20,624 | 40,963 | 36,701 |
| Shareholders' Equity | 61,909 | 94,058 | 181,494 |
| Net Debt / Net Capitalization | 25% | 30% | 17% |
| Net Debt/ EBITDA | 0.66 | 1.41 | 1.12 |

35

**Appendix 4: Shareholder Approval Threshold Matrix**

| | |
|---|---|
| 94%* | approval of new investments (and related capital increases) in activities falling outside the company's corporate purpose |
| 85%* | capital increases related to investments in activities foreseen the company's corporate purpose (that not New Systems), whenever there is no Entrance Premium |
| | capital increases related to investments in New Systems, whenever Entrance Premium is negative |
| | amendments to the company's by-laws |
| | amendments to the Strategic Guidelines Plan |
| | capital reduction |
| | merger, incorporation, spin-off or any other corporate reorganization involving the company or its affiliates |
| | appointment of members to the board of directors and the board of auditing and removal of those members |
| | authorize company to initiate any bankruptcy/reorganization proceedings (or file a petition claiming so) |
| | incorporation and liquidation of subsidiaries, entering into joint venture or partnership agreements not provided for in the Strategic Guidelines Plan, decide upon acquisition, sale or encumbrance of any securities held by the company |
| | entering into and termination of any business transactions with related parties, as well as modification of its terms and conditions |
| | entering into and termination of any business transactions in amount superior to 2% of the global amount of investments, costs and expenses, as the case may be, provided for in the company's Annual Budget |

36

| | |
|---|---|
| 85%* | acceptance or rejection of any offer for acquisition of class A shares of any company in which Sete Brasil holds direct or indirect participation, unless otherwise provided for in relevant shareholders agreements |
| | modification of conditions of the EPC, Charter, Services and Maintenance and Operation Agreements that may negatively impact the acceptance of drillships by Petrobrás |
| | sale of class B shares held by the company in the SPEs to an entity not provided for in the Strategic Guidelines Plan |
| | admission of new shareholders into the company via subscription of new shares |
| | entering into shareholders agreements of the SPE's |
| 65%* | new investments in activities foreseen in the company's corporate purpose and regulated by the Strategic Guidelines Plan |
| | IPOs and public offers |
| | entering into EPC, Charter, O&M and other agreements related to the operation of the drillships in conditions divergent to those provided for in the Strategic Guidelines Plan, without prejudice to the matters placed in the 85% quorum |
| Majority of | capital increases for financing New Systems, in case there is not entrance premium |
| | annual budget |
| | financial statements presented by the board of directors |
| | destination of net profits and distribution of dividends |
| | approve, modify the terms and conditions of and terminate transactions not provided for in the company's business plan and/or in amounts in excess of (i) 2% (two percent) of the global amount of investments, costs and expenses as the case may be, of the annual budget, or (ii) 5% of an specific item of annual budget |

Confidential

EIG00192507

EIG_KEP_00077827

| shareholders attending the relevant meeting | granting of stock options to the company's senior executives and directors, up to the limit of 5% of the company's capital stock and annual global amount for compensation of directors and officers |
| | voting instructions related to exercise of right-of-first-refusal and transfer of shares of Sete Brasil or any other controlled companies, unless otherwise provided for in the relevant shareholders agreements |
| 15%* + 1 share | new investments and capital increases that qualify for Fast-Track Procedure approval |

38

**Confidential**

**Appendix 5: Estaleiro Atlantico Sul – EAS**

The Atlantico Sul Shipyard was established in November, 2005 in the Suape industrial park, just south of the Northeastern city of Recife, Pernambuco, Brasil. It is a joint venture among two of the most important Brazilian construction and engineering groups, Camargo Corrêa and Queiroz Galvão (each holding 40%) and Samsung Heavy Industries of South Korea (10%), one of the leading shipyards in the world. Samsung, with 10,000 employees, has a processing capacity of 600,000 thousand tons of steel per year, which allows it to produce an average of 52 ships annually. A private equity group called PJMR Empreendimentos holds the remaining 10% equity interest.

EAS has a capacity of 160,000 tons of steel processing per year, and is currently working on an order from Petrobrás for 11 Suezmax oil tankers. It has been granted the first tender for seven ultra-deep water drillships, and the EPC contracts for the first system were signed with Sete Brasil on June 15, 2011.

*Samsung Heavy Industries ("SHI")*

SHI is a publicly traded company on the Korean Stock Exchange with sales on the order of $13 billion p.a. and EBIT of $1.1 billion. Its shipbuilding and offshore division dates from 1974, and during that time SHI has received orders for 931 ships, 723 of which are with customers. It bills itself as the largest builder of drillships and FPSO's, having built 38 of the former, and 17 of the latter. Its customers include Sakhalin, several Norwegian drillers, and indirectly Petrobrás, through its charter contract operators. Samsung will have an important ownership in the EAS venture being established to build the ultra deepwater drillships, and will transfer technology through technical cooperation agreements. They have personnel on the ground in Suape guiding the development of the drillship construction capabilities. SHI owns a 10% stake in the EAS joint venture.

*Camargo Corrêa S.A.*

Camargo Corrêa was founded in 1939 in São Paulo as an engineering and construction group. Today it is widely diversified into many related fields, such as cement, toll road concessions, energy, oil & gas services, steel and even shoes through its ownership of Alpargatas, Brazil's best-known brand of sandals. It has 61,700 employees, 50% of whom are still involved in construction and engineering. It is also involved in shipbuilding through its 40% ownership in EAS. Naval construction is still a small part of its business, utilizing 4.5% of capex and representing 4% of profits in 2010. Consolidated sales in 2010 totaled $10.1 billion, and net income came to $780 million. Camargo Correa owns a 40% stake in the EAS joint venture.

Confidential

EIG00192509

EIG_KEP_00077829

*Queiroz Galvão S.A.*

Queiroz Galvão was founded in 1953 in Pernambuco as a road builder and water treatments facilities, later moving its headquarters to Rio de Janeiro. In the 1980's it expanded into the oil & gas sector, and began operating overseas, with the construction of a dam in Uruguay. In 2008 it got into the shipbuilding business with its investment in EAS. Today the group has 30,000 employees and operates throughout Brazil, Africa and Latin America. 2009 sales totaled $4.5 billion, with an EBITDA of $540 million, 75% still coming from the construction sector, and 9% from oil & gas services. Queiroz Galvao owns a 40% stake in the EAS joint venture.

*PJMR Empreendimentos Ltda. ("PJMR")*

PJMR is a private equity investor founded in 1996 by Paulo Haddad, focused on the shipbuilding industry. In addition to its 10% investment in EAS, it also owns minority shares in other shipbuilding companies, both in Brazil and overseas.

**Confidential**

**Appendix 6: Potential System 2 EPC Contractors**

*Estaleiro Atlantico Sul (EAS)*

- System 1 EPC Contractor described in Appendix 5

*Jurong Aracruz Shipyard*

- Sponsors: Sempcorp Marine (Singapore)
- Location: Aracruz, Espírito Santo
- Technical Partner: Jurong (Singapore)
- Commentary: greenfield shipyard, already has preliminary and installation licenses
- Website: http://www.sembcorpmarine.com.sg/index.php?page=Estaleiro

*Brasfels*

- Sponsors: Keppel Fels (Singapure)
- Location: Angra dos Reis, Rio de Janeiro
- Technical Partner: Keppel Fels (Singapure)
- Commentary: recently delivered the P-56 platform for Petrobrás and is currently building TLWP P-61 platform
- Website: http://www.kfelsbrasil.com.br/mkt/release/r_2.htm

*Estaleiro Paraguçu:*

- Sponsors: Odebrecht, OAS and UTC
- Location: São Roque do Paraguaçu, Bahia
- Technical Partner: Aker Stord (Norway)
- Commentary: greenfield shipyard, already has preliminary and installation licenses, estimated R$2bn investment
- Website: N.A.

*Rio Grande Shipyard*

- Sponsors: Engevix and Funcef
- Location: Rio Grande, Rio Grande do Sul
- Technical Partner: Cosco (China)
- Commentary: won the bid from Petrobrás to build 8 FPSO hulls, has 1 dry-dock
- Website: http://www.sembcorpmarine.com.sg/index.php?page=Estaleiro

**Confidential**

EIG00192511

EIG_KEP_00077831

*OSX*

- Sponsors: EBX (Eike Batista)
- Location: São João da Barra, Rio de Janeiro
- Technical Partner: Hyundai Heavy Industries (Korea)
- Commentary: publicly listed company, has plans to build 48 units for OGX in the next 10 years,
- Website: http://www.osx.com.br/cgi/cgilua.exe/sys/start.htm

Confidential

EIG00192512

EIG_KEP_00077832