# EXHIBIT 22

MINUTES OF TCW ENERGY FUND XIV
EIG Investment Committee Meeting
June 27, 2011

**Committee Member(s):**

    Alvin Albe
    Jeffrey Anderson
    Blair Thomas

**Others Attending:**

    Kurt Talbot
    Robert Vitale (acting Secretary)
    Jean-Daniel Borgeaud
    Wallace Henderson
    Jerry Stalun
    Carla Vogel
    Pritpal Aujla
    Kevin Corrigan
    Andy Zmurovsky
    Stephen Suo
    Patrick Hickey
    Phil Abejar
    Niranjan Ravindran
    Simon Hayden
    Benjamin Vinocour
    Harold Henderson

**Investment Recommendation:** TCW Energy Fund XIV – up to Brazilian Reais ("R$") 250,000,000 (approximately $160,000,000) of common equity in Sondas – Fundo de Investimento em Paticipações ("FIP Sondas").

**Sondas – Fundo de Investimento em Paticipações**

Messrs. Corrigan and Hayden presented the investment opportunity, which is an investment of up to R$250,000,000 of common equity in FIP Sondas, a newly created investment vehicle established in Brazil that, along with Petróleo Brasileiro S.A. ("Petrobrás"), will own Sete Brasil Paticipações S.A. ("Sete").

The Investment Committee approved the investment.

                                                          Robert L. Vitale

Exhibit DEF 74 — Talbot

EXHIBIT 0003

TCW064360.1

Confidential
Confidential

EIG_KEP_00260322