### EXHIBIT 15

Historical and Forecast Generation Capacity (GW)



Source: Electrobras Capel.

In industry, increased use of natural gas has come with increased availability of this fuel, particularly following construction of the Bolivia-to-Brazil natural gas pipeline (the "BTB Pipeline") in the late 1990s. Natural gas represented a cleaner, often cheaper alternative to heavy oil products and diesel and its use increased in accordance with availability. As natural gas associated with pre-salt oil production ("associated gas") begins to reach the Brazilian market, consumption by industry is likewise expected to continue to increase.

Today, Brazil's average natural gas demand of approximately 96 million cubic meters per day ("MMcmd") is met by three primary sources: 41 MMcmd of domestic production, up to 30 MMcmd of imports from Bolivia via the Bolivia-Brazil pipeline, and up to 27 MMcmd of liquefied natural gas ("LNG") imports.[22] By the later part of this decade, demand is expected to reach between 130 MMcmd and 185 MMcmd, driven by power-generation and industrial demand. Petrobras forecasts that this level of demand will be met by continued imports from Bolivia of up to 30 MMcmd, expanded LNG imports of up to 41 MMcmd and a more than doubling of domestic supply to approximately 86 MMcmd (for a total of up to approximately 157 MMcmd).[23]

This doubling of domestic production is expected to come primarily from associated gas, natural gas that occurs naturally alongside petroleum and will be extracted alongside pre-salt oil. Meeting the expected increase in natural gas demand will therefore require that pre-salt production expand on time and as planned and that substantial investment be directed toward subsea pipeline infrastructure to transport associated gas to shore. Until pre-salt production does expand, or if there are delays in production or pipeline capacity, alternative sources of gas (e.g., Bolivia and LNG) will be critical.

Overall demand for natural gas, as well as the most rapid growth in natural gas demand, should center in the Southeast and South of Brazil, where industry is most concentrated. BTB remains the primary means for transporting gas, whether sourced from Bolivia or the pre-salt, to the South, and BTB operates at full capacity. Early plans by Brazil's Ministry of Mining and Energy suggest that pipeline investments totaling between R$2.1 billion and R$7.7 billion will be needed to adequately service gas demand in the South and Southeast of the country. Petrobras has not included such investments in its capital plan, suggesting that the projects will need to be executed and financed by private-sector participants, and that BTB will remain a critical piece of Brazil's energy infrastructure.

### EXHIBIT 16

Gas Consumption and Forecasted Gas Demand by Region (MMcmd)



● Consumption (2013)
● Projected Demand (2022)

Source: Abegás (Brazilian Gas Distribution Co. Association) and Energy Decennial Plan 2013-2022 (Ministry of Mines and Energy).

The picture that emerges is one that we believe will present many attractive investment opportunities, first as Brazil bridges to expanded pre-salt natural gas production and later as such pre-salt production comes online. The largest power system in Latin America will see a structural shift toward natural gas-fired power generation, a shift that will demand meaningful amounts of new gas supply and fresh capital. Industry will likewise increase its use of natural gas. Until pre-salt production comes online in substantial volumes towards the end of the decade or the beginning of the next decade, rising gas demand will be bridged by existing sources – Bolivian gas transported via BTB, and currently operating LNG regasification facilities – as well as potential new LNG regasification terminals. Once pre-salt production of natural gas expands, billions of reais will be required for pipeline infrastructure to bring it to shore and transport it southward to market and for generating facilities that will convert the gas to electricity.

---

22. Petrobras 2030 Strategic Plan.
23. Petrobras 2030 Strategic Plan.

Confidential                                           EIG_KEP_00258531

# V. EIG's Brazil Opportunity*

In our view, the past decade has seen the emergence of two mega-trends in global energy: the "unconventional" oil and gas revolution in North America and the pre-salt discoveries in Brazil, both of which are reflected in the construction of the portfolios of our recent Energy Funds. In North America, we have committed over US$3.3 billion to several investments in most of the major unconventional plays, including the Marcellus, the Eagle Ford, the Barnett, the Haynesville, the Utica and the Bakken. The scale of the opportunity in Brazil is similarly massive. In terms of offshore resources, we have seen nothing of this scale since the development of the Gulf of Mexico and the North Sea. And in Brazil, Petrobras is aiming to do more, and more quickly, than happened in either the Gulf of Mexico or the North Sea. The scope of development and capital required will create numerous and diverse opportunities over the next several decades, starting with the need to fund development infrastructure – drill-ships, semi-submersibles, FPSOs, pipelines, support vessels, and more.

Outside of the oil arena, pre-salt will also have a profound impact by more than doubling Brazil's natural gas production. This will reinforce and accelerate Brazil's nascent structural transition toward gas-fired electricity generation and greater use of gas in industrial processes. Indeed, natural gas consumption has increased at an annual rate of over 8% per year for the last decade,[24] and efforts to avoid periodic energy crises should dictate a continued shift toward natural gas. In the near- and medium-term, however, continued growth will be constrained by inadequate supply of natural gas and insufficient pipeline infrastructure. In the long-term, pre-salt gas will address the availability issue and will solidify the role of natural gas in the economy, but investment will be needed to transport and monetize such gas. These dynamics, both short- and long-term, are favorable to existing investments such as BTB, which transports over 30% of Brazil's natural gas demand today, and they will create compelling new opportunities in areas such as pipeline infrastructure, power generation and LNG regasification.[25]

Given EIG's long term investment focus, the development of pre-salt reserves as well as the build-out of natural gas infrastructure represent highly attractive opportunities to deploy capital. Our approach to these opportunities is premised on the following:

- Petrobras' enormous capital needs (forecast to average approximately US$44 billion a year for the next five years)[26] will continue to strain its balance sheet, compelling it to build partnerships with providers of outside capital and to look to various kinds of attractive arrangements to secure the capital and expertise it needs.

- Despite anticipated delays and cost overruns, Brazil's hydrocarbon resources are significant and real. Petrobras' Proven Reserves stood at 16.6 billion barrels of oil equivalent at year-end 2013, approximately 95% of which is in Brazil.[27] Also, the company's Reserve Replacement Ratio has been above 100% for 22 consecutive years.[28] Industry analysts forecast that Brazil's average oil production in the decade starting in 2020 will average between 4.4 and 5.4 million bpd.[29]

- While the risk profile and scale of capital required for upstream investment makes it a better fit for the "Super Major" energy companies and state-owned enterprises, EIG believes investments in midstream and energy-infrastructure will provide significant exposure to the economic upside of pre-salt development without requiring the same tolerance for scale and risk.

- The complexity, challenges and scale of pre-salt development require a long term focus. Projects will take longer and cost more than forecast by Petrobras and the government. Prudent forecasting and an appropriate return horizon will continue to be hallmarks of EIG's investments in Brazil.

- Currency risk can be limited by focusing on opportunities that are dollarized, dollar-linked and / or inflation indexed. Fortunately, most costs and revenue associated with pre-salt development are closely linked to the US Dollar.

With these assumptions in mind, EIG has made three significant investments in Brazil, each targeted at a different part of the energy value chain:

- In order to have a stake in the development of the pre-salt fields, we became the first foreign investor in **Sete Brasil,** a public-private partnership with Petrobras that will build the ultra-deep water drill ships necessary to develop pre-salt oil and gas reserves.

- In order to have a stake in the development of the energy-related infrastructure that will support pre-salt production, we acquired a majority and control stake in LLX Logística, subsequently renamed **Prumo Logística**, which is developing the port of Açu. The port complex will serve

---

\* Note: In addition to the investments discussed below, a Fund managed by EIG committed $151M to Manabi, S.A. Manabi, an iron-ore mining development project, was not discussed in this paper as the investment is outside the pre-salt focus.
24. EIG analysis based on data from Brazil's Ministry of Mining and Energy.
25. BP Statistical Review of World energy 2013 and company information from Transportadora Brasileira Gasoduto Bolivia-Brasil S.A. and Gas Transboliviano S.A.
26. Petrobras 2030 Strategic Plan.
27. Petrobras Report of the Administration 2013. Based on ANP/SPE criterion. (Available at: http://www.investidorpetrobras.com.br/lumis/portal/file/fileDownload.jsp?fileId=8A78D68443E2C489014500BE645B4541.)
28-29. Petrobras 2030 Strategic Plan.

as (i) a hub for both the export of pre-salt oil and iron-ore, (ii) the nexus for oil field services providers and equipment vendors supporting Brazil's offshore development and (iii) a hub for natural gas and thermal power development.

- Finally, we have purchased significant minority stakes in the two companies that own and operate the **BTB Pipeline**, one of the most critical pieces of energy infrastructure in Latin America. Over the intermediate term, the BTB Pipeline will continue to support the growing natural gas demands of Brazilian industry and the country's population. In the longer term, the BTB Pipeline should be central to the development of Brazil's natural gas economy, transporting gas to Brazil's industrial South from sources that will include Bolivian production, LNG terminals, onshore Brazilian production, and ultimately the substantial associated gas that will accompany pre-salt oil production.

# VI. Sete Brasil

Petrobras projects that it will ultimately require 70-80 ultra-deep water drill ships to develop its pre-salt reserves. Initial exploration and development to date has been supported by a fleet of approximately a dozen vessels that were constructed in places like South Korea, Dubai and Singapore. However, in order to meet both the Brazilian government's local content mandates as well as its own pre-salt production targets, Petrobras was given responsibility for developing and financing a revitalized domestic shipbuilding industry. This created a massive financing challenge for Petrobras – each ship's production cost runs in the neighborhood of US$750 million – prompting the creation of Sete Brasil ("Sete").

Sete is an off-balance sheet entity that will finance and construct a fleet of 28 ultra-deep water drill ships. The fleet will be built within the framework of Brazil's mandatory local content requirements and when delivered, the drill ships will be chartered to Petrobras under long-term contracts. This arrangement permits Petrobras to avoid the significant upfront capital expenditures associated with constructing the vessels, thereby converting financing obligations into operating expenses that will more closely coincide with the actual revenues generated from pre-salt production.

Sete represents the largest project financing ever undertaken in Brazil. Sete's investors include a number of large private-sector Brazilian investors, principally domestic pension funds. In 2011, two of our funds, Energy Fund XIV and Energy Fund XV, joined Sete's equity investor group, committing a total of US$270 million to the company. EIG is the only foreign investor in Sete, and was able to secure the opportunity through our strong off-market origination capabilities and long-standing local relationships.



EXHIBIT 17

Petrobras Ultra-Deepwater Drill Ship

Source: Petrobras.

To date, Sete has contracted with Petrobras to build 28 drill ships, which are scheduled for delivery between 2015 and 2020. Over time there is the potential for twice that number as Petrobras continues to drill and develop wells. Each vessel will be operated by Petrobras under a 10-20 year charter, at day rates paid in dollars and indexed for inflation. Such strong, long-term charter agreements with investment grade counter-parties are rare in the energy industry. The day rates represent an operating expense for Petrobras. As a result, they will be made before Petrobras makes any interest or amortization payments on its senior debt. As such, Sete's day rates are effectively senior to Petrobras' senior debt. In addition, the Brazilian government established a special fund, the Fund to Guarantee Naval Construction, to protect Sete's lenders in the event of a default, and to protect Sete's equity holders against foreclosure. This implicit government safeguard against default reduces the equity risk in the investment, and should enhance Sete's access to capital and lower its overall cost of financing.

For EIG, our investment in Sete is consistent with the major themes discussed above. The expected returns from Sete are underpinned by Brazil's vast pre-salt reserves and the underlying oil production enabled by these drill ships, Petrobras' demonstrated deep-water expertise, the set of protections and guarantees put in place by Petrobras and the Brazilian government, and by a set of long-term contracts with an investment-grade counterparty. It represents a unique entry point into the pre-salt value chain and exposes EIG to the considerable upside potential as additional pre-salt development comes on stream.

13

# VII. Prumo Logística

EXHIBIT 18

Map of Açu Superport



Source: Prumo Logística 2013.

In 2013, we identified a second significant investment opportunity closely tied to the development of Brazil's offshore oil-and-gas reserves. LLX Logística S.A. (now renamed Prumo Logística) was the holding company for an ambitious port development project at Açu in the state of Rio de Janeiro, some 300 kilometers north of the city of Rio de Janeiro. Açu is located near the Campos and Santos oil basins, the primary oil producing areas of Brazil. With Brazilian oil production forecast to double in the next 10 years, the country's existing port infrastructure, located largely to the south, is thoroughly inadequate to deal with this scale of increase.

LLX was a publically traded company but was controlled by Eike Batista's EBX conglomerate, spanning oil exploration, mining, and hotels. In the aftermath of the well-publicized collapse of Batista's empire due to over-leverage and disappointing execution on a number of formidable projects, LLX essentially ran out of funding to continue construction and operations.

Informed by our appreciation of Brazil's trajectory toward major oil producer status and our understanding of the associated infrastructure requirements, after careful analysis we came to view the port development at Açu as an extraordinary opportunity. The Port of Açu is one and a half times larger than the island of Manhattan, and once fully developed it is expected to be one of the world's largest port complexes.

Açu is located in the Southeast region of the country, which is in proximity to approximately 75% of Brazilian GDP.

Relative to the offshore oil and gas sector, Açu occupies a unique geographic position just 150 kilometers from the Campos Basin where 85% of Brazil's oil is produced and close to the Santos Basin where pre-salt development is concentrated. We believe Açu is therefore better positioned than virtually any other port in Brazil to serve as an urgently-needed hub for oil exportation by all of the upstream companies including Petrobras, which are forecast to exceed 2 million bpd by 2022. Açu's location also makes it an ideal logistics and support base for exploration and production companies such as Petrobras, equipment vendors, oil field services companies and others integral to pre-salt and conventional oil development.

Açu is also ideally positioned to support iron-ore exportation, as it is situated approximately 500 kilometers from the iron-ore rich "iron quadrangle" in Minas Gerais state. There, Anglo American is developing one of the world's largest new iron-ore mines, which will send iron-ore via slurry pipe to Açu for export. At Açu, Anglo's iron-ore will be handled and loaded onto vessels by a 50-50 joint venture between Prumo and Anglo American that will provide this service under a twenty-five year, ship-or-pay contract covering up to 26.6 million tons of iron-ore per year.

14

In addition to its strategic value as an export center and logistics hub, Açu has tremendous potential to be the cradle of a vast new oil, gas and petrochemicals complex, housing the processing facilities, manufacturing enterprises, service businesses and technology companies that will naturally emerge alongside pre-salt development. Cities and regions near other offshore fields have evolved in much the same way. For example, Port Fourchon, Louisiana, established in 1960,[30] is today one of the most important oil and gas hubs in the United States, handling approximately 10% of the United States' domestic oil production, servicing over 90% of the Gulf of Mexico's deepwater oil production, and playing home to over 250 companies associated with the oil and gas industry.[31] Similarly, after the discovery of oil in the North Sea in the 1960s, Aberdeen, Scotland boomed, becoming the "Oil Capital of Europe" with 100,000 oil-related jobs by some estimates and a web of industry leading offshore technology, service and manufacturing companies.[32] We believe that for Açu, a first phase of such adjacent growth could include construction of an LNG regasification terminal which would receive and process LNG and then deliver gaseous methane directly into a pipeline grid and/or to gas-fired power plants in the Açu area. Construction of an LNG terminal would leverage Açu's strategic location and available infrastructure to help solve the near - and medium-term challenges facing Brazil's natural gas and power generation sectors, described in Section IV above.

LLX was in significant financial distress when EIG decided to invest. OSX, the largest tenant at Açu, was unable to meet its financial obligations to LLX and likely headed into bankruptcy. There was a large hole in the company's funding plan to complete the initial development phase of the port, and bank financing arrangements needed to be restructured and extended. Other prospective tenants and joint venture partners were unwilling to commit in such uncertain circumstances. Still, from our perspective, the underlying asset, the port of Açu, had retained its fundamental value despite financial and operational mismanagement. By late 2013, the project was already seven years into development and approximately a year from beginning to realize meaningful commercial revenue. Our commitment of US$588 million (R$1.3 billion) and successful efforts to restructure and extend the company's bank financing will, we believe, enable the company to finish the first phase of construction of the port and commence material operations. In connection with our investment, we have taken control of the company's board of directors, hired new management, severed any material ties with Batista's other companies, and renamed the company Prumo Logística S.A.

Crucially, EIG's control of the company has helped solidify political support for the project in the rest of Brazil, with key local and national actors – politicians, financial institutions (including BNDES, Brazil's development bank), and labor – viewing it as a central piece of the country's efforts to leverage the pre-salt reserves for industrial and economic development. Most importantly, the company's financial and operational rejuvenation has attracted clients and commercial partners from across industry. In April 2014, Prumo signed a lease agreement with Edison Chouest Offshore, a US-based owner/operator of vessels, ports, and shipyards servicing the oil and gas industry. The agreement covers over 250,000 square-meters for 15 years and involves an investment by Edison Chouest of over US$425 million, and thus represents a milestone in Prumo's resurgence as a key part of Brazil's pre-salt infrastructure.

## VIII. BTB Pipeline



EXHIBIT 19

Map of BTB Pipeline

Source: Transportadora Brasileira Gasoduto Bolivia-Brasil S.A. ("TBG") and Gas Transboliviano S.A. ("GTB").

Today, the single most important operating energy asset in Brazil is, in EIG's estimation, the BTB Pipeline, which runs over 3,000 kilometers from Bolivia to near Sao Paulo and then southward to Porto Alegre. As discussed above, Brazil needs to shift from excessive dependence on less predictable hydroelectric generation, to more predictable and dispatchable natural gas power generation. Further, the country's industry currently runs on expensive and dirty fossil fuels, and would benefit from shifting toward natural gas. Both the power sector and industry are, however, constrained in their ability to shift to natural gas, for lack of supply and insufficient transport infrastructure. In the context of these bottlenecks,

---

30. "Lafourche Parish and Port Fourchon, Louisiana: Effects of the Outer Continental Shelf Petroleum Industry on the Economy and Public Services, Part 1." Coastal Marine Institute, Louisiana State University (May 2001).
31. http://www.portfourchon.com/explore.cfm/aboutus/portfacts/.
32. New York Times, "Aberdeen, With a Foot on the Seafloor" 07/28/2013.

the BTB Pipeline is an indispensable piece of Brazil's energy infrastructure. The BTB Pipeline currently delivers to Brazil about 30% of the natural gas consumed there each day. With drought conditions depleting hydro reservoirs, gas-fired power generating facilities are running at full capacity and electricity rationing is contemplated. Such conditions emphasize the importance of the BTB Pipeline and the gas it delivers to Brazil. Until new sources of supply are developed and the infrastructure to bring such supply to market is built (as discussed in Section IV above), the BTB Pipeline will remain Brazil's most important single energy infrastructure asset. In the longer term, once new supply comes online, the BTB Pipeline will be a critical component of the infrastructure network to bring such supply to market.

EXHIBIT 17

Reservoirs (%) and Thermal Dispatch SIN (GWm)



Source: Operador Nacional do Sistema Elétrico.

In a series of transactions in 2012 and 2013, funds managed by EIG, together with co-investment from our limited partners, acquired ownership stakes of 27% and 38%, respectively, in the Brazilian and Bolivian companies that operate the BTB Pipeline - Transportadora Brasileira Gasoduto Bolivia-Brasil S.A. ("TBG") and Gas Transboliviano S.A. ("GTB"). Petrobras is a significant partner at various levels of the BTB Pipeline – upstream, Petrobras operates the majority of the gas fields that supply the BTB pipeline; in the midstream, Petrobras is an equity investor in both TBG (51%) and GTB (11%); and downstream, Petrobras is purchaser of both the capacity on the BTB Pipeline and the natural gas that flows through the pipeline.

The BTB Pipeline was built in the late 1990s, and was the result of a massive collaborative project involving the governments of Bolivia and Brazil, their respective national oil companies, a number of private energy companies, and multilateral development banks. Since it was built, the pipeline has been operating at world-class levels, with high reliability and availability. As noted above, the BTB Pipeline earns revenues primarily through contracts with Petrobras for pipeline capacity. The contracts are long-term (expiring in stages in 2019, 2021 and 2039), fixed-price and ship-or-pay. As a result, the BTB Pipeline's revenues are not subject to fluctuations in commodity prices or commodity demand. Further, the contracts are dollarized or dollar-linked, thereby substantially limiting foreign exchange exposure.

The importance of the Bolivia-Brazil gas trade has assured a strong measure of pragmatism in Bolivia's management of the pipeline, underpinned by a competent technical management team on both sides. Revenues associated with natural gas shipped through the pipeline constitute about one-quarter of Bolivia's export earnings.[33] Even with occasional concerns about resource nationalism in Bolivia and friction in the Brazilian-Bolivian relationship, there has been no significant threat of disruption of gas flows.

Our BTB Pipeline investment thesis focuses on two phases in the pipeline's life-cycle. Through 2019, the year in which the largest transportation contract expires, the BTB Pipeline will enjoy stable and predictable cash flows as a result of the contract's fixed-price, ship-or-pay features.

The post-2019 phase depends more heavily on market dynamics, particularly the state of Brazil's natural gas supply /

EXHIBIT 18

BTB Pipeline Average Daily Volumes by Month (MMcmd), GTB Delivery Point



Source: YPFB Annual Statistical Bulletins (2009-1H 2012), and GTB/TBG company materials.

---

33. US Department of State. Yacimientos Petroliferos Fiscales Bolivianos, Boletin Estadistico, Gestion 2011.

16

Confidential

EIG_KEP_00258536

demand dynamic at such time, and its associated infrastructure. Overall, we believe that Bolivian gas transported via the BTB Pipeline will play a central long-term role given Brazil's desire to achieve energy security and stability through a diverse array of supply options, as well as Brazil's shift from unpredictable hydropower to dispatchable natural gas power generation. Additionally, although Brazil's pre-salt and other domestic oil and gas developments may have begun to produce greater amounts of natural gas by 2019, getting this gas to the market will remain a challenge. A completely new web of transport and processing infrastructure will be needed to carry gas from wells onshore and offshore to demand centers, particularly in the South and Southeast of Brazil. This will include complex and expensive subsea pipelines, some of which are already delayed after Petrobras deemed the prices proposed by potential vendors as prohibitively expensive. These challenges will limit the ability of domestic Brazilian gas to replace gas imported from Bolivia. Therefore, we expect that Petrobras will need to continue importing Bolivian gas for decades to come, making re-contracting of post-2019 transportation volumes through the BTB Pipeline highly likely. Indeed, Petrobras forecasts that Bolivian gas transported through the BTB Pipeline will represent a key piece of Brazil's gas supply matrix through at least 2030.[34]

In the longer term, even as domestic gas begins to play a larger role, we expect the BTB Pipeline to retain its importance. The pipeline traverses and serves the country's most important demand centers, including the states of Sao Paulo, Paraná, Santa Catarina and Rio Grande do Sul, which together represent nearly 50% of Brazilian GDP.[35] It is the only major pipeline of any relevance for serving these markets, with imported LNG the only alternative, typically at 1.5 to 2.0 times the cost of Bolivian gas.[36] The need for transportation capacity to the south of Brazil is so great that the Brazilian Ministry of Mines and Energy has published a draft plan projecting costs between R$2.1 and R$7.7 billion for expanding pipelines in the south.[37] That new capacity of such dimension is foreseen at this stage, underscores the value of an existing and operating asset such as the BTB Pipeline. Thus, even when domestic Brazilian gas is ready for commercialization, the BTB Pipeline will likely remain a key part of the transport infrastructure that carries such gas to these critical markets.

## IX. Signal and Noise in Brazilian Energy

These initial investments in Brazil's transformative energy trajectory give EIG a significant stake in some of the most important developments in global energy markets today. They expose us to the energy value chain at several strategic points – exploration and drilling, transshipment and distribution, and power generation. And while they stand to benefit considerably from success in pre-salt development, they are structured to yield substantial returns even if more pessimistic scenarios for Brazilian economic growth materialize over the short- or medium-term.

This long-term perspective is crucial to our strategy in Brazil. The pessimistic outlook on Petrobras in the equity markets may, in our assessment, persist, because the company will need to continue making enormous capital expenditures while pre-salt revenues take time to catch up and while it remains constrained by slowly changing fuel pricing rules in its domestic market. But while that dynamic poses challenges for equity investors in the short term, it gives capital providers like EIG an opening to make particularly strategic long-term investments. It signals an opportunity to provide higher return capital at a time when Petrobras is especially careful to maintain its investment-grade rating. It also makes arrangements like Sete particularly attractive to Petrobras, allowing it to ramp up exploration and development while transforming significant up-front capital costs into future operating expenses that will arise contemporaneously with pre-salt revenues. Petrobras is funding investments of unprecedented scale that will yield significant returns over the coming decades. While a short-term perspective might lead one to worry about whether the gains come over a 2-3 year horizon, our longer-term time horizon allows for a high degree of uncertainty about pace.

If our investments in Brazil are not a bet on the short term, neither do they represent a bet on high economic growth. Our thesis is connected primarily to the global energy economy

**EXHIBIT 18**

Natural Gas Supply Demand Balance: 2013 - 2030



Source: Petrobras 2030 Strategic Plan.

---

34. Petrobras 2030 Strategic Plan.
35. EIG analysis based on data from UOL Economics as of 11/22/2013.
36. EIG analysis based on data from TBG and GTB.
37. Brazil's Ministry of Mining and Energy, Decennial Plan for Expansion of the Pipeline Transportation Network, 1/10/2014.

Confidential

EIG_KEP_00258537

and to the natural and necessary structural evolution of Brazil's energy sector, not consumer confidence or domestic markets in Brazil. While strong growth in Brazil would be beneficial, since it would take pricing pressure off of Petrobras, increase traffic of goods through ports such as Açu and increase demand for Bolivian natural gas, our projections do not hinge on high growth returning in the near term.

While the Brazilian government has saddled Petrobras with multiple mandates – funding social programs from pre-salt (though Brazil does not budget based on oil prices, like many other major state-owned producers), and fostering the country's industrial development via domestic content rules, – that tendency is balanced by a consistent underlying pragmatism. Ultimately, the foremost concern of Brazilian politicians and voters is that the pre-salt resources are developed and extracted successfully. That consensus has ensured a consistent willingness to adjust to technical and market realities, even if it is not always at the pace that investors or even Petrobras' leadership might like. The Petrobras board projected in the most recent strategic plan that domestic fuel prices will be allowed to converge with international prices.[38] While the adjustment may turn out to be slower than desired, and is unlikely to begin until sometime after this year's presidential elections, there is nonetheless a clear recognition that a policy change is required, which will eventually have significant positive implications for the company's cash flow.

These elements of pragmatism should also serve as a reminder of the broader context of Brazil's political and economic development. For all of the country's problems, democratic institutions remain stable, the rule of law secure, macroeconomic management and monetary policy responsible. (Even after the recent slow-down, Brazil can boast a better sovereign spread than many European countries.) Labor and environmental considerations have been a longstanding part of investing and doing business in Brazil, and while they must be factored into planning and projections, there is limited risk of major disruptions.

Also significant is the fact that Brazil does not have the kind of resource nationalism found in other Latin American energy suppliers, which reject most or all foreign participation in the energy sector. While the government does want to ensure dominant domestic participation in all parts of the pre-salt value chain – hence the sole-operator and local-content requirements – it welcomes foreign investment and partners, as long as the core activity remains within Brazil. Even the recent protests, a source of worry to some about the country's short-term prospects, had positive implications. Fundamentally, protestors were demanding from their government the kind of accountability and competence that would benefit our investments as well as economic growth more broadly.

# X. Investing in the Long-Term Potential of Brazil

Underlying all of this sector- and project-specific analysis is a key observation about the powerful intersection of Brazil's core national strategy and EIG's basic approach to investment. Our investments in energy benefit from the priorities of the country's own national strategy, while the country's strategy hinges on such investments. There is no more important factor in Brazil's economic development, from a policy and a physical standpoint, than developing the pre-salt reserves. Every other priority is subordinate to that end.

EIG's patient approach allows us to invest in the types of critical infrastructure that provide attractive opportunities for long-term success, while Brazil's acute need for the kind of long-term capital we provide allows us to seek out the most strategic opportunities with strong investor protections. That synergy has given us a highly desirable stake in the Brazil story, one that we intend maintain as a central part of the EIG strategy going forward.

---

38. Petrobras 2030 Strategic Plan.

18

# Important Information & Disclaimer

This paper is for general information purposes only. While the information and statistical data contained herein are based on sources believed to be reliable, we do not represent that it is accurate and they should not be relied on as such or be the basis for an investment decision. Any opinions expressed are current only as of the time made and are subject to change without notice. EIG assumes no duty to update any such statements.

By accepting the information (the "materials") contained herein the recipient agrees that it is highly confidential and is being provided for informational purpos-es only and is not, and may not be relied on in any manner as, legal, tax or investment advice or as an offer to sell or a solicitation of an offer to buy an interest in an investment vehicle managed by EIG Management Company, L.L.C. or its affiliates (together with such affiliates, "EIG") (a "Fund") or any other security. Such an offer may only be made pursuant to the delivery of the related organizational and offering documents for the Fund (the "Fund documents"), which will be furnished to qualified investors on a confidential basis at their request for their consideration in connection with such offering. The information contained herein does not purport to be complete and is qualified in its entirety by the applicable Fund documents. No person has been authorized to make any statement concerning a Fund other than as set forth in the applicable Fund documents and any such statements, if made, may not be relied upon.

The information contained herein must be kept strictly confidential and may not be reproduced or redistributed, in whole or in part, in any format without the express written approval of EIG.

Significant assumptions have been made in respect of all of the forward-looking information contained in the materials. These assumptions are subject to numerous uncertainties and changes, including changes in economic, operational, political or other circumstances and other risks, including, but not limited to, broad trends in business and finance, legislation and regulation, commodity prices and market conditions, all of which are beyond EIG's control and any of which may cause the relevant actual results to differ materially from such assumptions. You are cautioned not to put undue reliance on any of the assumptions, scenarios or other information contained in the materials. It should not be assumed that that any investment recommendation made by EIG will be profitable or will equal the performance of any investments described in the materials.

Certain information contained herein (including financial information) has been obtained from published and non-published sources and has not been independently verified by EIG, and EIG does not assume responsibility for the accuracy of such information. Except where otherwise indicated herein, the information provided herein is as of April 2014, and such information will not be updated or otherwise revised after such date.

An investment in a Fund is speculative and involves significant risks, including the risk of loss of the entire investment. Investments in emerging markets, including Brazil, involve a broad range of economic, non-U.S. currency and exchange rate, political, legal and financial risks. Many of these risks are not quantifiable or predictable and are not typically associated with investing in the securities of issuers in more developed and regulated economies. Potential risks that could have an adverse effect on investments may include nationalization, expropriation, confiscatory taxation, negative diplomatic developments and political or social instability. In addition, the laws in Brazil governing business organizations, bankruptcy and insolvency may make legal action difficult and provide little, if any, legal protection for investors.

Certain information contained herein constitutes "forward-looking statements," which can be identified by the use of forward-looking terminology such as "may," "will," "should," "expect," "anticipate," "target," "project," "estimate," "intend," "continue" or "believe," or the negatives thereof or other variations thereon. Because of various risks and uncertainties, actual events or results or actual performance may differ materially from the events, results or performance reflected or contemplated in such forward-looking statements. as a result, investors should not rely on such forward-looking statements.



www.eigpartners.com

Confidential                                    EIG_KEP_00258539