
Summary of Key Assumptions
setebrasil
The SPV's P&L is simple, with one source of revenue (charter agreement) and commitments with opex and debt service. The remaining cash is distributed as dividends
Illustrative P&L of Operating Year 1 (SPV #1)
Petrobras
Charter Agreement
SPV # 1
Opex (insurance & spare parts)
Senior Debt
Reserve Accounts
Sub Debt
Corporate Taxes
Dividends
Revenue Build-up
(a) Daily Rate: US$331 thd/day
(b) # of Days: 365
(c) Uptime: 96%
(d) Performance Bonus: 2.5%
(+) Charter Revenue = US$109mm/year
(+) Mobilization Fee = US$30mm
(=) Total Revenue = US$147mm
Profit & Loss Statement
(+) Total Revenue = US$154mm
(-) Opex: US$12mm
(-) Depreciation: US$30mm
(-) Senior Debt Service: US$35mm
(-) Sub Debt Service: US$6mm
(-) Corporate Tax: US$4mm
(=) Net Income: US$87mm
(2) Nominal Revenue, includes adjustment related to EPC indexation.
(3) Corporate tax on the mobilization fee revenue. The SPVs are eligible for tax sparing credits from the Charter Agreement.
LAKESHORE


Appendix: Tax Summary
setebrasil
Sete Brazil has set up the SPVs and the international holding company (Sete International) in tax efficient jurisdictions well-known in the O&G sector
Summary of Key Fiscal Aspects
Austria
Sete International located in Austria
Double Tax Treaty Brazil-Austria for the avoidance of double taxation
15% withholding tax on dividends
Dividends (and consolidated profits) are not taxed in Brazil
0% withholding tax on interest payments
Netherlands
SPVs located in Holland
No withholding tax on dividends between the Euro zone
US$ functional currency
Double Tax Treaty Brazil-Holland for the avoidance of double taxation
Tax Sparing Credits on Charter Revenues (20% corporate tax credits)
REPETRO Program (1)
Special Import and Export Program for the oil and gas industry
Established in 1999
Avoids several taxes on equipment and services, such as, import taxes, IPI, PIS/COFINS and VAT (ICMS)
SPVs must be offshore
LAKESHORE


Appendix: Key Contracts
setebrasil
Key operational contracts
Summary of Contractual Structure
Shareholders' Agreement
Operators (Class B)
Asset Maintenance Agreement
Service Agreement
Class A 85%
Class B 15%
Lenders
SPV (OffShore)
Petrobras
Loan Docs
Charter Agreement
Beneficiary of the FGCN
Construction Management Agreement
Collateral Agreement
EPC Contract
FGCN
Shipyard
LAKESHORE


Appendix: Cash Flow Timeline
setebrasil
The chart bellow illustrates the key cash flow milestones for a single SPV
Key Cash Flow Milestone
Construction
Operation
First equity injection in Sete Brasil
Sale of the Class "B" Shares to Operators
Expected Senior Debt Financial Close and Disbursement
Year 1
Year 2
Year 3
Year 4
Year 1
Year 2
Year 3
Year 4
Year 5
Year 6
Year 7
Year 8
Year 9
Year 10
CoD and Payment, by Petrobras, of the Mobilization Fee (US$30mm)
SPV begins dividends distributions do Sete International
End of Senior Debt grace period, SPV starts serving debt (interest & principal)
Constitution of the Performance Fund (US$6mm) and Cost Overrun Fund (R$22mm)
Constitution of the Renewal Fund in years 8, 9 e 10 (US$17mm)
Initial discussion on renewal of Charter Agreement with Petrobras
Refinancing of Senior Debt with new Charter Agreement
21
LAKESHORE

## Appendix: Asset Type

setebrasil 

EAS is the largest shipyard in the Americas and has Samsung Heavy Industries as a shareholder

### Asset Type

- Type: Drillship – according to Petrobras, its is the appropriate asset type for drilling in distant locations (far from the continent) as it is better suited for mobility and can cover large areas, such as the Pre-salt
- Utilization: besides the drilling activity, rigs are utilized for well control in order to increase productivity and longevity of the wells
- Shipyard: EAS (first set of 7 rigs)
- Drilling Capacity: up to 3,000m of water depth and up to 7,000m of Pre-salt wells
- Key Characteristics:
  - Dynamic positioning system
  - 6th generation, state-of-the-art UDW rigs
- Commentary:
  - risk of technical obsolescence for at least the first 25 years of the rigs' lives is therefore regarded as negligible (1)
  - Average age of the global offshore rig fleet is 22 years old (1)

### Estaleiro Atlântico Sul ("EAS")

- Sponsors: Camargo Correa, Queiroz Galvão, Samsung Heavy Industries and PJMR
- Location: Suape, Pernambuco (Brazil)
- Technological Partnership: Samsung Heavy Industries
- Commentary:
  - Largest shipyard in the Americas – steel processing capacity of 160thd ton/year
  - Founded in 2005, sponsors have invested already R$~2.0bn
  - Besides Sete Brasil backlog, EAS was selected as the key shipyard for most of the Transpetro's (2) tanker vessels
  - 2 dry-docks
  - Capacity to produce Tankers, Bulk Carriers, Container Ships, Cargo Ships, Chemical Carrier, Drilling Ships, Semi-submersible, FPSO, TLP and SPAR

(1) Source: ODS-Petrodata Market Report (May 2010)
(2) Petrobras' subsidiary





## Appendix: Credit Enhancements





Sete International will host three credit enhancement funds funded by the dividends from the SPVs

### Summary of Key Credit Enhancements

**Contingency Reserve Account**

- Objective: fund eventual pre-completion costs not considered in the sources and uses
- Utilization: finance extraordinary pre-completion costs
- Amount: US$150mm (~US$22mm per SPV)
- Constitution: the reserve account will be funded in the first operating year of each rig with resources from the mobilization fee
- Location: Sete International

**Performance Fund**

- Objective: mitigate operating risks, such as downtime lower than expected
- Utilization: debt service and operational expenses
- Amount: US$56mm (~US$8mm per SPV)
- Constitution: the reserve account will be funded in the first operating year of each rig with resources from the mobilization fee
- Location: Sete International

**Charter Agreement Renewal Fund**

- Objective: mitigate risk related to the renewal of charter since tenor of senior debt is longer than the charter [1]
- Utilization: fund debt service during the period the rig is not contracted (operating)
- Amount: US$117mm (~US$17mm per SPV)
- Constitution: the reserve account will be funded with the SPVs cash flow generation in operating years 8, 9 and 10
- Location: Sete International

*Source: Sete Brasil. Amount indicated for the first set of seven drillships.*
*(1) In the case of the SPVs with 10-year charter contracts.*






Appendix: Project Rationale
setebrasil
Production from new discoveries is set to play an increasing role in world supply in the next 20 years
Projected Global Demand for Oil (1)
mm b/d
140
120
100
80
60
40
20
0
2000
2002
2004
2006
2008
2010
2012
2014
2016
2018
2020
2022
2024
2026
2028
2030
High Demand Scenario
Base Case Scenario
Global Demand Curve
Low Demand Scenario
Required Additional Capacity (boe/d)
Existing Production
Observed Decline
Natural Production Decline
The global production through existing reserves will not fully supply the projected demand, consequently, the world will depend on new discoveries. Additionally, oil is expected to remain the dominant fuel in the primary energy matrix for the foreseeable future
(1) Source: IEA World Energy Outlook 2007, EIA International Energy Outlook 2007. Excludes OPEP.
24
LAKESHORE


Appendix: Project Rationale
setebrasil
Deepwater discoveries in Brazil represented ~1/3 of the global discoveries in the last five years
New Discoveries (2005-2010)
Deepwater Discoveries (2005-2010)
Other Discoveries 49%
Deepwater 51%
Brazil 62%
Others 38%
In the last five years, more than 50% of the global discoveries (17.3bn bbl) were made in deepwater and 62% of these discoveries are located in Brazil
LAKESHORE


Appendix: Project Rationale
setebrasil
The discovery of the Pre-salt reserves is landmark in the global O&G industry and will attract large amounts of investments in the years to come
Introduction to the Pre-salt
Bacia de Santos
Bacia de Campos
Bacia do Espírito Santo
Total Area: 149,000 km²
Area under concession: 45.615 km² (~39%)
Area to be auctioned: 103.385 km² (~61%)
Depths:
1,000-3,000m (water depth)
Up to 7,000m (basins)
Announced 2P Reserves:
Pre-salt (south cluster): 9-14bn boe (1)
Campos Basin (Post-salt): 8-9bn boe
Drilled wells (as of 1Q'2011):
Campos Basin: 630
Pre-salt (south cluster): 21
Petrobras' long-term business plan is based on a rapid development of the O&G wells of the Pre-salt reserves. Consequently, Petrobras has to successfully implement an aggressive drilling program. The current global supply of state-of-the-art rigs is not able to attend Petrobras' needs. This scenario creates favorable conditions for the creation of a new company, Sete Brasil, focused, initially, in supplying high spec rigs to Petrobras
Source: Petrobras and Sete Brasil.
(1) Tupi Basin (5-8bn boe), Guará Basin (1-2bn boe) and Iara Basin (3-4bn boe).
LAKESHORE



Appendix: Project Rationale
setebrasil
Petrobras forecasts an increase in the participation of the Pre-salt in the domestic production from 2% in 2011 to 40% in 2020
Petrobras' Projected Domestic Production (thd bpd)
Post-Salt
Pre-salt
CAGR 6.1%
2,050
2,680
3,340
3,740
3,920
2009
2013E
2015E
2017E
2020E
Petrobras' E&P CAPEX is estimated at US$128bn (1)
International 8%
Brazil Infraestructure 16%
Brazil Exploration 17%
Brazil Production 59%
Estimated Reserves including Pre-salt (bn boe)
Adding pre-salt discoveries
Projected Global Deepwater Supply and Demand
Total Supply
Effective Supply
Low-Case Demand
High-case Demand
Mid-Case Demand
Historical Activity
Rigs
LAKESHORE

## Appendix: Project Rationale



Petrobras' Pre-salt drilling program includes chartering 40 UDW new rigs for the blocks already auctioned (only ~39% of the Pre-salt area)








**Commentary**

- The 40 rigs (both drillships and semi-submersibles) are expected to start operations in 2011-2019 period:
  - The initial 12 rigs were contracted in 2007 and 2008 and are expected to be delivered in 2011-2012. These rigs are currently being built in offshore shipyards
  - The second set of rigs were chartered to Sete Brasil, and the drillships will be build at the EAS Shipyard
  - Petrobras is carrying out an international auction for the remaining 21 rigs [1]



LAKESHORE

## Appendix: Project Rationale




6th generation drillships and semi-submersibles rigs can reach up to 10,000 feet of water depth

### Evolution of Drilling Rigs



| Fixed Platforms | Jackup | Semi-submersibles | Drillships |
|---|---|---|---|
| • First offshore rigs developed<br>• Preferred technology for water depth of up to 150m<br>• Modular steel structures fixed to the sea floor<br>• Not equipped with thrusters or extra generators | • Mobile type of platform that is able to stand still on the sea floor, resting on supporting legs<br>• Typically used in shallow waters<br>• The jackup is maneuvered - self-propelled or by towing<br>• There are over 400+ jackup rigs worldwide | • Offers greater stability – thus less affected by wave loadings than ships<br>• Buoyancy from ballasted, watertight pontoons located below the ocean surface<br>• Semisubs can be towed into position by a tugboat and anchored, or moved by their own propellers with dynamic positioning<br>• 6th generation technology (available since 2005) can reach 10,000 feet of water depth | • Ship-shaped vessels with rigs mounted in the center<br>• Developed for deepwater exploration<br>• Drilling tower located in the center of the ship<br>• Has better navigation capabilities<br>• Greater storage capacity<br>• Dynamic positioning system (complex system of thrusters to keep the ship in the desired position) |

Source: Sete Brasil





## Appendix: Deepwater Drilling Industry

setebrasil 

### The Pre-salt is the largest UDW market worldwide and Petrobras is the lead-operator

**Sector Highlights**

- Favorable oil prices and increasing investments in E&P
- Trend towards more challenging and complex resources continues
- The supply side of the deepwater rig market is fragmented, with nearly 40 companies involved in managing the fleet. The top five contractors, namely Transocean, Diamond, Noble, Ensco and Seadrill, between them account for only a little more than half the fleet
- Latin America, where Brazil represents the bulk of the demand, is expected to present the highest growth rate in demand for deepwater rigs. Petrobras is by far the most important operator by any measure and currently leases half of the ultra-deepwater rigs in the world [1]
- Petrobras' initial demand for 39% of the auctioned area of the Pre-salt is 40 rigs and new ANP [2] auctions are expected to take place in 2H'2011
- ANP minimum local content rule (and penalties) in the O&G industry creates entry barriers to take advantage of the Brazilian demand
- Shortages and surpluses are not expected to be very great and therefore the fluctuations in day rates will be relatively limited
- Oil industry is in general fairly conservative and the offshore drilling industry is no exception. The risk of technical obsolescence for at least the first 25 years of the rigs' lives is regarded as negligible
- Redeployment opportunities for the Sete's rigs are also available: Gulf of Mexico, West Africa, Indian Ocean, Australasia and Southeast Asia

Source: Petrobras, Sete Brasil and ODS-Petrodata.
(1) Considering rigs with water depth capacity >10,000 feet
(2) Agência Nacional do Petróleo, Gás Natural e Biocombustíveis (Brazilian Oil & Gas Agency).




Appendix: Deepwater Drilling Industry
setebrasil
Today there are more than 160 deepwater rigs in operation with at least 70 under construction and on order
Historical Deepwater Fleet Evolution
Rigs
Utilization (%)
Supply
Demand (contracted)
Utilization
Jan-90 Jan-92 Jan-94 Jan-96 Jan-98 Jan-00 Jan-02 Jan-04 Jan-06 Jan-08 Jan-10
Deepwater Fleet By Operator (1)
Cam
BHP
Anadarko
Chevron
Shell
Total
BP
Petrobras
Ultra-Deepwater Fleet By Operator (2)
Noble Energy
Eni
Statoil
Chevron
BP
Shell
Total
Petrobras
Commentary
In the early 90's deepwater rigs represented a small percentage of the offshore industry. The first growth cycle was in the mid 90's and second growth wave started in 2007
Utilization during the last 15 years was high
Deepwater drilling activity concentrated in Brazil, Gulf of Mexico and West Africa
Supply side fragmented, 40 companies involved in fleet mgmt
LAKESHORE


Appendix: Deepwater Drilling Industry
setebrasil
Brazil and Petrobras are expected to drive the global deepwater rig demand, and low volatility is expected in day rates
Deepwater Fleet By Operator (1)
Africa (West & South)
Asia Pacific
Latin America
Mediterranean/Middle East
Northwest Europe/Canada
US Gulf of Mexico
Other
Rigs
300
250
200
150
100
50
0
1Q02 1Q04 1Q06 1Q08 1Q10 1Q12 1Q14 1Q16 1Q18 1Q20 1Q22 1Q24
Historical and Projected Daily Rates (2)
$0
Median
Jan-12 Jan-15 Jan-21 Jan-24
Commentary
Latin America, where Brazil represents the bulk of the demand, is expected to present the highest growth rate in demand for deepwater rigs
However, redeployment opportunities are available (Gulf of Mexico, West Africa, Indian Ocean, Australasia and Southeast Asia)
ODS-Petrodata forecasts a steady supply of newbuild rigs, thus relatively flat daily rate projection
Utilization of global supply of rigs is expected to remain high (90%+)
Note. Deepwater rigs: water depth > 3,000 feet. Ultra deepwater: water depth > 7,500 feet.
(1) Source: ODS-Petrodata, as of July 2011.
(2) Source: ODS-Petrodata, as of July 2011.
LAKESHORE

## Appendix: Risk Matrix

setebrasil

| Risk | Typical Mitigants | Additional Mitigants |
|---|---|---|
| Construction & Engineering | • Existent design with proven and successful track record and performance<br>• Experienced shipyards with proven track record in the construction of similar ships<br>• Minimization of interference areas between the project design and the shipbuilder<br>• Centralized supervision of the entire process | • Construction process of the drillships remains under direct supervision of Petrobras<br>• Learning curve and productivity gains embodied by shipyards through the repetition of the same building process<br>• EAS counts on Samsung Heavy Industries' technical support – the world largest shipyard |
| Delay | • Existent design with proven and successful track record and performance<br>• Experienced shipyards with proven track record in the execution of the chosen design<br>• Permanent supervision and monitoring program during construction phase<br>• EPC contract with Delay Liquidated Damages clause | • Use of the FGCN funds to pay interest and principal installments due until the start of commercial operations of the rig<br>• Learning curve and productivity gains embodied by shipyards through the repetition of the same building process<br>• Construction period of ~4 years (similar assets are build in 2-3 years offshore) |
| Cost Overrun | • Existent design with proven an successful track record and performance<br>• Turn-key date certain lump sum EPC contract<br>• Permanent supervision and monitoring program during construction phase<br>• Comprehensive insurance package during construction (BAR, DSU, Loss of Hire.. )<br>• World class owner's engineering firm | • Economic re-equilibrium clause in the EPC contract that establish cost overruns will be covered by the parties that cause to them (if Petrobras, through an increase of daily rate)<br>• Direct supervision of the building process by Petrobras and the owner's engineering firm<br>• Contingency Reserve Account (~US$150mm) |



LAKESHORE

## Appendix: Risk Matrix

setebrasil

| Risk | Typical Mitigant | Additional Mitigants |
|---|---|---|
| Performance | • Selection of word-class and experienced operators<br>• Penalties and bonus clauses in the operation agreement that mirror charter agreement clauses<br>• Insurance package during operational phase | • Constitution of a Performance Fund, with the contribution from all SPVs<br>• Operator, as Class B investor, also has aligned interest to achieve high performance levels<br>• Replacement clause in case of consistent low performance levels<br>• Petrobras' strong commitment to the project as sponsor and owner's engineer provides additional comfort, specially with regards to the acceptance of the drillships |
| Bankability & Funds Availability | • Several financing sources available for drilling rig projects (BNDES, ECAs, Commercial Banks, Capital Markets)<br>• Strict financial-economic appraisal of the Project to ensure its capability to attain robust debt service coverage ratios (above 1.20x)<br>• Specific security package to mitigate all risks related to delay or default of any debt service obligation | • Structural credit enhancements, such as Portfolio Financing, Renewal and Performance Funds<br>• Asset residual value and active secondary market for this type of drilling rig<br>• O&G industry, and specially Pre-Salt, are strategic priorities to country development and count on full support and commitment from Brazilian Government and BNDES<br>• Sete Brasil and BNDES are in advanced negotiations of the terms and conditions of the long term financing<br>• Sete Brazil already started conversations with ECAs, e.g. US Eximbank (USA) and GIEK (Norway) |

34

LAKESHORE


Appendix
setebrasil
Contacts
Sete Brasil
Lakeshore Partners
João Carlos Ferraz
CEO
+55 11 2524 8531
joao.ferraz@setebr.com
Luiz Reis
Partner
+55 21 8159 6309
luiz.reis@lakeshorepartners.com.br
Vinicius Dias
Finance Manager
+55 21 8493 8136
vinicius.dias@setebr.com
Ivan Hong
Partner
+55 11 9664 9868
ivan.hong@lakeshorepartners.com.br
Leonardo Eder
Senior Analyst
+55 21 2524 8531
leonardo.eder@setebr.com
Fabio Kono
Partner
+55 11 9561 7408
fabio.kono@lakeshorepartners.com.br
LAKESHORE