# EXHIBIT 35

| | |
|---|---|
| **Message** | |
| From: | Serene LEE [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SERENE.LEE] |
| Sent: | 13/2/2012 2:15:43 AM |
| To: | Abu Bakar MOHD NOR [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Abu.Bakar1]; Albert KEE [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Albert.Kee1]; Anant Shukla [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Anant.shukla]; ANG Ting Yang [KOM-CDD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tingyang.ang1]; Anthony TOH [KOM-SEC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Anthony.toh]; Kin Ho AU YEONG [KSM-ENGRG] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kinho.auyeong1]; Aziz Amirali MERCHANT [KFE-ED] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Aziz.merchant1]; Burt LOH [KSL-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Burt.Loh]; Chandru Sirumal Rajwani [KOM-HSE] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Chandru]; Charles Chiam [cchiam@ozemail.com.au]; Charles FOO Chee Lee [KTC-CHM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Charles.Foo1]; Charles YAP [KSM-PUR] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Charles.Yap2]; CHEE Jin Kiong [KCL-GHR] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jinkiong.chee1]; CHING You Yi [KSM-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YouYi.Ching]; Wen Sin CHONG [KSL-Commercial] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WenSin.Chong1]; CHOR How Jat [KSL-ED] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Howjat.chor]; Yew Yuen CHOW [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yewyuen.chow1]; CHUA Chee Wah [KSL-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CheeWah.Chua]; Cindy LIM [KCL-GHR] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Cindy.lim1]; Daniel Khor Wei Meng [KOM-CDD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Daniel.Khor]; David LEE Yong Soon [KFE-FIN] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=David.lee]; David LOH [KSM-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=David.Loh]; David YOGIAMAN [KOM-CDD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=David.Yogiaman]; FOO Kok Seng [KTC-EM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kokseng.foo]; Edmund LEK [KSM-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Edmund.lek2]; Edmund MAH [KOM-FIN] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Edmund.Mah]; Elena Ong Sze Mien [KSL-MKT] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Elena.ong]; Eric H Namtvedt [ehnamtvedt@floatec.com]; Eric Phua [KAM-MKT] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Eric.Phua]; FONG Swee Theng [KFE-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Sweetheng.fong]; Harold W.M Linssen [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HaroldW.MLinssen]; Herman EFFENDY [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Herman.effendy1]; HO Cheok Yuen [KIE-ENGRG] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CY.Ho]; HO Kuen Loon [KOM-CDD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KuenLoon.Ho]; HOE Eng Hock [KSM-EM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Enghock.hoe]; HOO Yao Lin [KFE-MKT] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YaoLin.Hoo]; Jamin MOHAMAD [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jamin.Mohamad]; Jay SINGAM [KFE-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jay |

**Exhibit PL 18**

KUMAR [KFE] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jaya.kumar]; Jeff CHOW [KOM-LEGAL] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jeff.chow]; Jerald LEE Quan Ti [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jerald.Lee1]; John CHIN [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=John.chin]; Keith TEO [KFE-MKT] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Keith.teo]; Kelvin Goh [kelvingoh@keppelpm.com]; Kenneth CHONG [KOM-LEGAL] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kenneth.CHONG]; Boon Heng KOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BoonHeng.Kok]; Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]; LAI Ching Chuan [KOM-CDD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ChingChuan.lai]; LEE Chay Hoon [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ChayHoon.Lee]; LEE Tai Kwee [KSM-EM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TaiKwee.Lee]; Leong Yew Kong [ahiaeme@emirates.net.ae]; LIANG Yibin [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yibin.Liang]; Louis CHOW [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Louis.Chow1]; Lynette Chong [KFE-EM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lynette.chong1]; Lyudmil Stoev [Lyudmil.Stoev@fels.bg]; MAH Chan Wah [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ChanWah.Mah]; Martin LING Koon Song [KOM-GIS] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Martin.Ling]; Melvin NG Yong Hwee [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YongHwee.Ng]; Michael CHIA [KOM-MD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael.chia]; Mike HOLCOMB [KOM-KMAI] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mike.holcomb]; Michael LOW Hung Chong [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HungChong.Low]; Mohamed Aliffi Bin ISMAIL [KSL-HSE] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Aliffi.Ismail1]; Mok Kim Whang [kimwhang.mok@subicship.com]; Nelson YEO [KSL-MD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Nelson.Yeo1]; Norman KOH Beng Hwa [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Norman.Koh]; ONG Kah Loong [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KahLoong.Ong1]; PANG Seng Choon [KSG-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SengChoon.Pang]; POON Tai Lum [KSM-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TaiLum.Poon]; Ricky VELEZ [KSL-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ricky.Velez]; Roland KOH [KSB-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Roland.Koh]; Ronnie TAN Boon Chye [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ronnie.Tan]; Roy Sletten [rosl@keppelnorway.com]; SHOON Yik Foon [KSL-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YikFoon.Shoon]; SIT Peng Sang [KOM-ED] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Pengsang.sit1]; Spencer LEONG [KSL-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Spencer.Leong]; TAN Ah Bah [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AhBah.Tan]; TAN Cheng Hui [KSM-ENGRG] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ChengHui.Tan2]; Geok Seng Tan [KAM-EM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=G.Tan]; TAN Peng Pong [KSL-ENGRG] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PengPong.Tan]; TAN Thiam Hock [KSL-PLAN] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ThiamHock.Tan]; TEY Wee Hong [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WeeHong.Tey]; Thomas LEE Chuan Ann [KSL-COM] [/O=KEPPEL

|  |  |
|---|---|
| | GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Thomas.Lee]; Thomson TNG [KSL-COM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Thomson.Tng]; Ko Lin TOH [KSM-EM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KoLin.Toh]; Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam]; TONG Chong Heong [KOM-CEO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Chongheong.tong]; Willie NEO Chee Lun [KSL-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Willie.Neo]; WONG Fook Seng [KFE-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Fookseng.wong1]; WONG Kok Seng [KFE-MD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KokSeng.Wong]; WONG Ngiam Jih [KOM-CFO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ngiamjih.wong]; Yan Naing Myint [yan@csc.az]; YEONG Cheau Shan [KOM-CDD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CheauShan.Yeong1]; Wai Seng YEONG [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Waiseng.yeong]; Ping Wong YICK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Pingwong.yick]; YONG Chee Min [KOM-EM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Cheemin.yong3] |
| CC: | WANG Look Fung [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lf.wang]; Teri LIEW [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Teri.liew]; CHUA Ying Ying [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yingying.chua]; ONG Tze Haung [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TzeHaung.Ong]; CHAN Suan Sim [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SuanSim.Chan]; Joanne KOH Yoke See [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Joanne.Koh]; Eva HO [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Eva.ho]; Roy TAN [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Roy.tan]; WONG Chai Yueh [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Chaiyueh.wong]; LEE Wan Jun [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wanjun.lee]; Maria MAGDALENA [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Maria.Magdalena]; LEE Chui Ling [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Chuiling.lee]; Ivy LIM [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ivy.lim]; Angeline TOH [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Angeline.toh]; Serene LEE [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Serene.lee] |
| Subject: | O&M Press Clippings - 130212 |
| Attachments: | 20120213_MP_ST_KFELS_AT WORK WITH JOYCE TEO-Using sports values in the workplace.rtf; 20120213_MP_ST_KFELS_AT WORK WITH JOYCE TEO-Using sports values in the workplace.pdf; 20120213_Sembcorp.rtf |

Dear all

Good morning, please find press clippings attached:

*GCC provided a quote by Keppel Ambassador Darryl Tai, who is also Senior Engineer at Keppel FELS, on how he applies lessons from the Clipper Race to his workplace.*
**AT WORK WITH JOYCE TEO; Using sports values in the workplace (Straits Times)**
THE Clipper round-the-world yacht race that made a stop here last month may be just another jaunt on the high seas for some but it has been a proving ground for Keppel FELS senior engineer Darryl Tai.  Mr Tai, 30, believes the invaluable experience he gained sailing in what is the world's longest sailing race has also helped him navigate the workplace.

Confidential                                                                                                                                                              KEPPEL00422873

**Sembcorp**
- Sembcorp Marine ; Buy | S$5.04 (TODAY (Singapore))
- Oil-Rig Co Sete Brasil May Seek New Investors – Source (Dow Jones Business News)

Regards

Serene **LEE** | Group Corporate Communications | Keppel Corporation Ltd | Tel: (65) 6413 6422 | Fax: (65) 6413 6452 | www.kepcorp.com

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.



[HYPERLINK \l "toc0"][HYPERLINK \l "toc1"]

Confidential                                                                                                                    KEPPEL00422879



Business

## Sembcorp Marine ; Buy | S$5.04

95 words
11 February 2012
TODAY (Singapore)
TDAYSG
APM
19
English
(c) 2012. MediaCorp Press Ltd.

Nomura keeps buy call, raises target to S$6.08 from S$4.50. Increases fiscal 2012 and 2013 earnings estimates by between 9 and 10 per cent on improved new-order outlook and offshore margins. "Despite macro headwinds over the past two quarters, offshore rig day rates and utilisation have stayed firm, with oil prices still at six-month highs and national oil companies continuing to open up new deepwater blocks for offshore exploration," it said. "We expect these favourable industry tailwinds to continue to bolster demand."

Document TDAYSG0020120210e82b0001s

Confidential                                                                                    KEPPEL00422880

## Dow Jones Business News

### Oil-Rig Co Sete Brasil May Seek New Investors - Source

By Jonathan Shieber and Matthew Cowley
Of DOW JONES NEWSWIRES
628 words
11 February 2012
12:33 AM
Dow Jones Business News
DJON
English
(c) 2012 Dow Jones & Company, Inc.

After winning 21 new contracts from state oil giant Petroleo Brasileiro SA (PBR, PETR4.BR), deepwater drilling-and-services company Sete Brasil Participacoes SA is lining up new investors to raise more cash and consolidate its position as a major player in Brazil's deep-water drilling industry, according to a person with knowledge of the company.

Late Thursday, Brazilian government-run oil company Petrobras said it reached an agreement to buy a total of 26 offshore oil rigs from two companies, five more than it had originally planned.

Petrobras opted to extend the package to take advantage of the terms it had negotiated, the company said in a statement.

Petrobras said it will buy 21 "offline" rigs from Sete Brasil and five "dual-activity" rigs from a local unit of Ocean Rig UDW Inc. (ORIG, OCRG.NO). All of the rigs will be built in Brazil and will be leased under 15-year contracts, Petrobras said.

The company will pay Sete Brasil an average of $530,000 per day for leasing its rigs, and it will pay Ocean Rig an average of $548,000 per day. The day-rate could be reduced, depending on certain tax breaks and financing conditions, Petrobras said.

The first rigs will be delivered in four years' time, and the final rig will be delivered in 7.5 years, Petrobras said.

According to a person with knowledge of the company, Sete Brasil is now looking to bring on two to three new investors.

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　KEPPEL00422881

The Petrobras contracts are part of a larger group of projects to develop oil reserves off Brazil's coast. Sete Brasil won seven previous contracts for deep-water drilling.

In all, the new contracts could mean as much as $20 billion in new rig construction, one industry expert said.

Sete Brasil declined to comment about this information, and said in a statement that its shareholder structure so far is "unchanged." The company's business model has attracted considerable attention from investors in Brazil and abroad, which "already allows us to foresee, one year after [Sete's] creation, the possibility of a significant capital increase for the company," Sete said.

Not only is Sete shoring up its cash position, according to sources, but it has already started shopping for new drill ships.

Earlier this week, Dow Jones Newswires reported that a subsidiary of Sete Brasil, Guarapari Drilling BV in the Netherlands, had awarded a $792.5 million drill ship design and construction order to Singapore's **Sembcorp** Marine Ltd. (S51.SG).

Sete, formed to put financing in place for Petrobras' massive rig-building program, is backed by some of Brazil's largest financial and industrial heavyweights, including Petrobras. Other investors include some of Brazil's biggest banks along with some of the country's pension funds. International energy investor EIG Global Energy Partners is also an investor in the company.

In December 2011 Singapore-listed Keppel Corp. (KPELY, BN4.SG) secured a contract worth approximately $809 million from a subsidiary of Sete Brasil to design and construct a semi-submersible drilling rig.

Meanwhile, **Sembcorp** Marine broke ground on its Estaleiro Jurong Aracruz ship yard, in the state of Espirito Santo in Brazil in December. The yard is scheduled for completion by the end of 2014, and gives **Sembcorp** Marine a production foothold in the country. Petrobras requires that locally produced content feature in its massive rig-expansion plan.

-By Jonathan Shieber, Dow Jones LBO Wire; 212-416-4276; jonathan.shieber@dowjones.com

-By Matthew Cowley, Dow Jones Newswires; 55-11-3544-7082; matthew.cowley@dowjones.com

--Matthew Allen and Sam Holmes contributed to this article. [ 02-10-12 1133ET ]

Document DJON000020120210e82a0006a

Confidential                                                                                                                                              KEPPEL00422882