# EXHIBIT 46

Message

| | |
|---|---|
| From: | MONIQUE PEREIRA [MONIQUE.PEREIRA@kfelsbrasil.com.br] |
| Sent: | 9/3/2012 1:50:29 PM |
| To: | Eva HO [KCL-GCC] [eva.ho@kepcorp.com]; WANG Look Fung [KCL-GCC] [lf.wang@kepcorp.com]; Maria MAGDALENA [KCL-GCC] [maria.magdalena@kepcorp.com]; Michael CHIA [KCL-GSD] [michael.chia@kepcorp.com]; Roy TAN [KCL-GCC] [roy.tan@kepcorp.com]; LEE Wan Jun [KCL-GCC] [wanjun.lee@kepcorp.com]; Betty MOK [KFE-HRD] [betty.mok@keppelfels.com]; Jerald LEE Quan Ti [jerald.lee@keppelfels.com]; Keith TEO [KFE-MKT] [keith.teo@keppelfels.com]; WONG Kok Seng [KFE-MD] [kokseng.wong@keppelfels.com]; Tommy SAM [tommy.sam@keppelfels.com]; Kai Choong KWOK <kaichoong.kwok@keppelfels.com; CHOO Chiau Beng [Keppel CEO] [chiaubeng.choo@keppelom.com]; TONG Chong Heong [KOM-CEO] [chongheong.tong@keppelom.com]; Lai Ching Chuan <ChingChuan.lai@keppelom.com; SIT Peng Sang [KOM-Director] [pengsang.sit@keppelom.com]; CHOW Yew Yuen [KOM-COO] [yewyuen.chow@keppelom.com]; Louis CHOW [KSL-COM] [louis.chow@keppelshipyard.com]; Nelson YEO [KSL-MD] [nelson.yeo@keppelshipyard.com]; HOE Eng Hock [KSM-EM] [enghock.hoe@keppelsingmarine.com]; ALCEU MARIANO [ALCEU.MARIANO@kfelsbrasil.com.br]; GILBERTO ISRAEL [GILBERTO.ISRAEL@kfelsbrasil.com.br]; SELMA HAYES [SELMA.HAYES@kfelsbrasil.com.br] |
| Subject: | Daily News Report- 09 March 2012 |
| Attachments: | Daily Report 9 March 2012 .pdf |

### Sete Brasil will increase capital to R$7 billions ( Portos e Navios)

Sete Brasil will increase its capital in more than three times, from 1,9 billion to R$ 7 billions; the value has already been approved in a shareholders' assembly. The process may result in the entrance of new partners to deal with the accomplishment of a portfolio of US$ 75 billions in charter contracts and services of 28 drilling rigs with Petrobras.

### Batista still richest billionaire oilman ( Upstream)

Members of the oil and gas business are well-represented on Forbes 2012 ranking of the world's billionaires. Eike Batista of Brazil, head of explorer OGX and shipbuilder OSX, kept his spot as the highest-ranked oilman on the list, with his estimated net worth of $30 billion ranking him as the world's seventh-richest person.

Best Regards;

Monique Pereira
Corporate Communication
Keppel FELS Brasil

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

# Daily News

Rio de Janeiro, 09 March 2012

### Sete Brasil will increase capital to R$7 billions ( Portos e Navios)

Sete Brasil will increase its capital in more than three times, from 1,9 billion to R$ 7 billions; the value has already been approved in a shareholders' assembly. The process may result in the entrance of new partners to deal with the accomplishment of a portfolio of US$ 75 billions in charter contracts and services of 28 drilling rigs with Petrobras. The Energy Investment Group (EIG), American institutional investor of the energy area, and Lucce Drilling, company created by the investor Aldo Floris, may become shareholders of the company. Sete Brasil's capital is in the hands of Petros and Funcef (19,2% each), Bradesco, BTG Pactual and Santander (13,7 each), Previ (10%) and Valia (5,5%).

### Batista still richest billionaire oilman ( Upstream)

Members of the oil and gas business are well-represented on Forbes 2012 ranking of the world's billionaires.
Eike Batista of Brazil, head of explorer OGX and shipbuilder OSX, kept his spot as the highest-ranked oilman on the list, with his estimated net worth of $30 billion ranking him as the world's seventh-richest person. He moved up one spot from his rank of eighth last year, but his net worth estimate stayed the same as in 2011.
The annual list identified a record 1,226 men and women who passed the $1b mark.
The fortunes of Mukesh Ambani, chairman of India's Reliance Industries, still came in second among oil and gas players, but his overall Forbes rank fell this year, dropping him from the No. 9 spot to No. 19 as his estimated wealth fell from $27 billion to $22.7 billion.
Declining output at KG-D6, a major gas field in the country, has dragged on the company's fortunes.
Next in the rankings comes Lukoil chief Vagit Alekperov, with the Russian businessman posting $13.5 billion in wealth, or No. 56 on the Forbes list.
Other Russian oil and gas players in the top 100 include Alfa Group investor Mikhail Fridman at No. 57 with $13.4 billion and TNK-BP shareholder Viktor Vekselberg at No. 64 with $12.4 billion.
Russian-American businessman Len Blavatnik, also a TNK-BP shareholder, comes in Forbes' No. 72 at $11.9 billion.
Leonid Mikhelson, boss of top Russian gas producer Novatek, tied the No. 72 ranking with $11.9 billion.
Cyprus-based shipping magnate John Fredricksen made slot No. 75 with $11.3 billion
At rank No. 61 is Saudi businessman Mohammed Al Amoudi, who owns oilfields and refineries in a portfolio that puts his net worth at $12.5 billion.

Two American-born oilmen, both of whose fortunes have been buoyed by unconventional exploration successes, made the Forbes' top 100 ranking.

Continental majority shareholder Harold Hamm comes in at No. 78 with $11 billion in wealth as the company sets to drill further in the North Dakota play.

Bakken enthusiast George Kaiser ranked No. 88 on Forbes' list with $10 billion, an investor now turning his sights to projects in Wyoming, North Dakota and Canada. He is also the founder of Excelerate Energy.

US household names in energy made the list, but remained among the bottom tier of ranker billionaires.

T. Boone Pickens was ranked 913 with his $1.4 billion wealth, while Cheseapeake Energy founder Aubrey McClendon just made the cut at No. 1045 with an estimated net worth of $1.1 billion.

Confidential