**EXHIBIT 47**

Message

| | |
|---|---|
| **From:** | Gherardo Milanesi - Isla Media Productions [gm@islaproductions.com] |
| **Sent:** | 8/8/2011 9:11:42 PM |
| **To:** | Barbara Olsen [bolsen@barringtonmedia.com] |
| **CC:** | Fuzer Denise [islaproductions@islaproductions.com] |
| **Subject:** | Re: RE: RE: Possible 2 day shoot in Rio de Janeiro in August (datetobedetermined) |

Ok.
Let us know asap.
Regards,
GM

---

Isla Media Productions - Director
Av. Nossa Senhora de Copacabana 583/607
Zip Code 22050-000 - Rio de Janeiro - Brazil
Tel. +55-21-2548.1800
Fax. +55-21-2547.7664
Cellular Phones:
Brazil +55-21-8198.9812
Italy +39-339-7172.777
Usa +1 (512) 689-3507
E-mail: gm@islaproductions.com or gm.islapro@gmail.com
Visit our web site! www.islaproductions.com
BOOKING ISLA: info@islaproductions.com
SKYPE ISLA: islapro (not for chatting, Skype calls only)

----- Original Message -----
From: "Barbara Olsen" <bolsen@barringtonmedia.com>
To: "Gherardo Milanesi - Isla Media Productions" <gm@islaproductions.com>
Cc: "Fuzer Denise" <islaproductions@islaproductions.com>
Sent: Monday, August 08, 2011 9:08 PM
Subject: RE: RE: RE: Possible 2 day shoot in Rio de Janeiro in August (datetobedetermined)

I'll let you know.  I can probably drive with my client if they go.  If not, if I can drive in your crew vehicle, that would be great.  Thanks.

Barbara Olsen | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA  90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com


-----Original Message-----
From: Gherardo Milanesi - Isla Media Productions
[mailto:gm@islaproductions.com]
Sent: Monday, August 08, 2011 5:05 PM
To: Gherardo Milanesi - Isla Media Productions; Barbara Olsen
Cc: Fuzer Denise
Subject: Re: RE: RE: Possible 2 day shoot in Rio de Janeiro in August (datetobedetermined)


Hi Barbara:

We checked Brasfels shipyards address and you can consider less than three hours dirving.

Confidential                                                                    BARRINGTON_ET_00000486

Please let us know if you need transportation as well and for how many pax.

Thanks.

Regards,
GM

---

Isla Media Productions - Director
Av. Nossa Senhora de Copacabana 583/607
Zip Code 22050-000 - Rio de Janeiro - Brazil
Tel. +55-21-2548.1800
Fax. +55-21-2547.7664
Cellular Phones:
Brazil +55-21-8198.9812
Italy +39-339-7172.777
Usa +1 (512) 689-3507
E-mail: gm@islaproductions.com or gm.islapro@gmail.com
Visit our web site! www.islaproductions.com
BOOKING ISLA: info@islaproductions.com
SKYPE ISLA: islapro (not for chatting, Skype calls only)

----- Original Message -----
From: "Gherardo Milanesi - Isla Media Productions" <gm@islaproductions.com>
To: "Barbara Olsen" <bolsen@barringtonmedia.com>
Cc: "Fuzer Denise" <islaproductions@islaproductions.com>
Sent: Monday, August 08, 2011 8:50 PM
Subject: Re: RE: RE: Possible 2 day shoot in Rio de Janeiro in August (datetobedetermined)


> Hi Barbara:
>
> Yes we are available.
>
> Your proposed schedule is ok for us. But please consider almost 4 hours
> driving from Rio de Janeiro to Angra dos Reis
> because of the traffic and road conditions.
> But what about Recife?
>
> Best regards,
> Gherardo
>
>
> ---
> Isla Media Productions - Director
> Av. Nossa Senhora de Copacabana 583/607
> Zip Code 22050-000 - Rio de Janeiro - Brazil
> Tel. +55-21-2548.1800
> Fax. +55-21-2547.7664
> Cellular Phones:
> Brazil +55-21-8198.9812
> Italy +39-339-7172.777
> Usa +1 (512) 689-3507
> E-mail: gm@islaproductions.com or gm.islapro@gmail.com
> Visit our web site! www.islaproductions.com
> BOOKING ISLA: info@islaproductions.com
> SKYPE ISLA: islapro (not for chatting, Skype calls only)
>
> ----- Original Message -----
> From: "Barbara Olsen" <bolsen@barringtonmedia.com>
> To: "Gherardo Milanesi - Isla Media Productions" <gm@islaproductions.com>
> Cc: "Fuzer Denise" <islaproductions@islaproductions.com>
> Sent: Monday, August 08, 2011 7:49 PM
> Subject: RE: RE: RE: Possible 2 day shoot in Rio de Janeiro in August
> (datetobedetermined)
>
>
> Hi Gherardo:

Confidential
BARRINGTON_ET_00000487

```
>
> Are you available to shoot on 8/23 and 8/24?  Please let me know.  Thanks.
>
> My client is still trying to get permission to shoot in the shipyards but,
> as of now, we'll probably drive 2 hours on 8/24 to shoot at the Brasfels
> shipyard in Angra do Reis.
>
> Proposed schedule:
> Tues. Aug 23 - filming at Sete Brasil office w/ Mr. Joao Ferraz, CEO.
> Wed. Aug 24 - Visit and film at Brasfels shipyard in Angra dos Reis, about
> a 2-hour drive south of Rio. Return in the afternoon and depart that
> evening.
>
>
> Barbara Olsen | Vice President
> Barrington Media
> 6210 Wilshire Blvd.
> Los Angeles, CA  90048
> 323.934.5800 office
> 323.804.8400 mobile
> 323.934.5890 fax
> www.barringtonmedia.com
>
>
>
>
> -----Original Message-----
> From: Gherardo Milanesi - Isla Media Productions
> [mailto:gm@islaproductions.com]
> Sent: Sunday, August 07, 2011 1:25 PM
> To: Barbara Olsen
> Cc: Fuzer Denise
> Subject: Re: RE: RE: Possible 2 day shoot in Rio de Janeiro in August
> (datetobedetermined)
>
> Hi Barbara:
>
> For locals we mean personell from Recife. To produce in that State we only
> use
> crews from Rio or Sao Paolo for the reazons below.
>
> Ragarding HMI lighting I think is better to wait for more locations
> details.
>
> Thank you.
>
> Best regards,
> Gherardo
>
>
> ------------------------------------------------------------------------
> Isla Media Productions - Director
> Av. Nossa Senhora de Copacabana 583/607
> Zip Code 22050-000 - Rio de Janeiro - Brazil
> Tel. +55-21-2548.1800
> Fax. +55-21-2547.7664
> Cellular Phones:
> Brazil +55-21-8198.9812
> Italy +39-339-7172.777
> Usa +1 (512) 689-3507
> E-mail: gm@islaproductions.com or gm.islapro@gmail.com
> Visit our web site! www.islaproductions.com
> BOOKING ISLA: info@islaproductions.com
> SKYPE ISLA: islapro (not for chatting, Skype calls only)
>
> ----- Original Message -----
> From: "Barbara Olsen" <bolsen@barringtonmedia.com>
> To: "Gherardo Milanesi - Isla Media Productions" <gm@islaproductions.com>
> Cc: "Fuzer Denise" <islaproductions@islaproductions.com>
> Sent: Saturday, August 06, 2011 7:26 PM
> Subject: RE: RE: RE: Possible 2 day shoot in Rio de Janeiro in August
> (datetobedetermined)
>
```

```
>
> Hi Gherardo:
>
> This all sounds good.  I just wanted to make sure we are in the same
> general
> ballpark on rates.
>
> We can talk specifics once I know more and I'll try and give you an idea
> of
> the HMI wattage I need.  I want to keep it simple so right now I'm
> thinking
> (2) 400 Watt Jokers, but maybe the cameraman has other ideas??  And, yes,
> I
> will use you guys in Racife, not locals!
>
> We'll discuss when you can.  Thank you.
>
> Barbara Olsen | Vice President
> Barrington Media
> 6210 Wilshire Blvd.
> Los Angeles, CA 90048
> 323.934.5800 office
> 323.804.8400 mobile
> 323.934.5890 fax
> www.barringtonmedia.com
>
>
>
>
>
> -----Original Message-----
> From: Gherardo Milanesi - Isla Media Productions
> [mailto:gm@islaproductions.com]
> Sent: Saturday, August 06, 2011 2:38 PM
> To: Barbara Olsen
> Cc: Fuzer Denise
> Subject: Re: RE: RE: Possible 2 day shoot in Rio de Janeiro in August
> (datetobedetermined)
>
> Dear Barabara,
>
> Today is Saturday and my booking department works only in case of
> emergencies, but an approximate quote for the
> below as a production packet is USD 1950 per day + 20% taxes when you wire
> transfer to our bank account. The final
> estimate will depend on the number of working days, lenght of travel (air
> an
> land). Consider that, to reach the location, we need
> almost one day to go and one day to come back. Also we DO NOT work with
> locals (Recife) personell. Unfortunately there
> are not professionals available for a high  standard international
> production in that location. But if you want to save on your budget we
> can use some locals at your own risk. We only use and recommend reliable
> professionals.
>
> --This estimate includes:
>
> Sony EX-3 +  2 x 32GB SxS cards
> HD monitor
> Tripod, etc.
> Sennheiser wirless and wired mics
> Cables and batteries
> Dolly
> Lighting: sungun Arri HMI or Arri light kit not HMI (1 head 1000W + 3
> heads
> 650W with Chimera)*
> Cameraman
> Audio person /assistant
> Gaffer
> Production assistant
> At least one person of this crew will speak English (cameraman, assistant
> or
> production assistant) depending
```

```
> on the availability at the time of your confirmation.
>
> * If you really wish a HMI light kit please send more specs (qty + W etc.)
>
> --This estimate does not include:
> Air tickets
> Ground transportation
> Flight over weight
> Board and lodging
>
> At the time of your confirmation we will send you an assignment letter to
> be
> signed. A 50% advanced payment is
> required. If you wish to discuss about taxes and payment method, I will
> have
> my assistant call you.
>
> I'm at your full disposal if you need any clarification.
>
> Thank you
>
> Best regards,
> Gherardo
>
>
>
>
>
>
>
>
>
>
> ----- Original Message -----
> From: "Barbara Olsen" <bolsen@barringtonmedia.com>
> To: <gherardo.milanesi@gmail.com>
> Sent: Saturday, August 06, 2011 3:21 PM
> Subject: RE: RE: RE: Possible 2 day shoot in Rio de Janeiro in August
> (datetobedetermined)
>
>
> Hi Gherardo:
>
> Unfortunately, I'm still waiting to hear from my client about shoot dates.
> In the mean time, did we ever discuss rates and how I send payment to you?
> What I think I'll need is:
>
> Sony EX-3
> HD monitor
> Tripod, etc.
> Dolly - do you have any type of micro dolly or Wally dolly that is easy to
> use?
> Lighting (what is your lighting package?  I'd prefer to shoot daylight -
> do
> you have HMI's for the office shooting?)
> Camera person
> Audio person
> Gaffer
> Production assistant
>
> Can you please provide an estimate for the above.  Thanks.
>
> Barbara Olsen | Vice President
> Barrington Media
> 6210 Wilshire Blvd.
> Los Angeles, CA 90048
> 323.934.5800 office
> 323.804.8400 mobile
> 323.934.5890 fax
> www.barringtonmedia.com
>
>
```

Confidential
BARRINGTON_ET_00000490

```
>
>
>
> -----Original Message-----
> From: Gherardo Milanesi [mailto:gherardo.milanesi@gmail.com]
> Sent: Thursday, August 04, 2011 6:09 PM
> To: Barbara Olsen
> Subject: R: RE: RE: Possible 2 day shoot in Rio de Janeiro in August
> (datetobedetermined)
>
> Dear Barbara,
>
> Thank you for your feedback. I understand the situation. Just let me know
> as
> soon as you have news from your client.
>
> Best regards,
> Gherardo
>
> -----Original Message-----
> From: Barbara Olsen <bolsen@barringtonmedia.com>
> Date: Thu, 4 Aug 2011 21:05:34
> To: Gherardo Milanesi<gherardo.milanesi@gmail.com>
> Subject: RE: RE: Possible 2 day shoot in Rio de Janeiro in August (date
> tobedetermined)
>
> Hi Gherardo:
>
> My client is still trying to get answers regarding the scheduling for this
> project.  We are still trying to shoot 2 days during the week of August
> 22nd.  Unfortunately, we don't have a contact or permission yet from the
> EAS
> shipyards near Racife.  Another option may be to shoot an existing ship
> that
> is closer and maybe only 2 hours away by car.  Anyway, I know this doesn't
> help you if you don't know what day I need to shoot.
>
> My client (who is in Rio now) said he'd call me today, but never did.  I'm
> hoping to hear from him tomorrow.  Sorry for the lack of information.
> Thank
> you.
>
> Barbara Olsen | Vice President
> Barrington Media
> 6210 Wilshire Blvd.
> Los Angeles, CA 90048
> 323.934.5800 office
> 323.804.8400 mobile
> 323.934.5890 fax
> www.barringtonmedia.com
>
>
>
>
>
> -----Original Message-----
> From: Gherardo Milanesi [mailto:gherardo.milanesi@gmail.com]
> Sent: Tuesday, August 02, 2011 1:29 PM
> To: Barbara Olsen
> Cc: am.islapro@gmail.com; Denise Fuzer - df.Islapro
> Subject: Re: RE: Possible 2 day shoot in Rio de Janeiro in August (date
> tobedetermined)
>
> Dear Barbara.
>
> How are you?
> Have you got news about your productions?
>
> Best regards,
> Gherardo
>
>
>
```

```
>
> -------------------------------------------------------------------------------
> Isla Media Productions - Director
> Av. Nossa Senhora de Copacabana 583/607
> Zip Code 22050-000 - Rio de Janeiro - Brazil
> Tel. +55-21-2548.1800
> Fax. +55-21-2547.7664
> Cellular Phones:
> Brazil +55-21-8198.9812
> Italy +39-339-7172.777
> Usa +1 (512) 689-3507
> E-mail: gm@islaproductions.com or gm.islapro@gmail.com
> Visit our web site! www.islaproductions.com
> BOOKING ISLA: info@islaproductions.com
> SKYPE ISLA: islapro (not for chatting, Skype calls only)
>
> ----- Original Message -----
> From: "Barbara Olsen" <bolsen@barringtonmedia.com>
> To: <gm@islaproductions.com>; "Fuzer Denise"
> <islaproductions@islaproductions.com>
> Cc: <am.islapro@gmail.com>
> Sent: Saturday, July 23, 2011 5:51 PM
> Subject: RE: RE: Possible 2 day shoot in Rio de Janeiro in August (date
> tobedetermined)
>
>
> Gherardo:
>
> No problem.  All I need now is to find out when!  I'll be in touch.  Thank
> you.
>
> Barbara Olsen | Vice President
> Barrington Media
> 6210 Wilshire Blvd.
> Los Angeles, CA 90048
> 323.934.5800 office
> 323.804.8400 mobile
> 323.934.5890 fax
> www.barringtonmedia.com
>
>
>
>
>
> -----Original Message-----
> From: Gherardo Milanesi - Isla Media Productions
> [mailto:gm@islaproductions.com]
> Sent: Saturday, July 23, 2011 1:54 PM
> To: Barbara Olsen; Fuzer Denise
> Cc: am.islapro@gmail.com
> Subject: R: RE: Possible 2 day shoot in Rio de Janeiro in August (date
> tobedetermined)
>
> Dear Barbara,
>
> Today is saturday and I  only checked for Sony EX3 (which is the cheapest
> configuration for your ENG), but you can see other cameras available on
> our
> web site www.islaproductions.com. I confirm we can fly gear to Pernambuco,
> no problem at all.
>
> Kind regards,
> GM
>
>
>
>
>
> -------------------------------------------------------------------------------
> Isla Media Productions - Director
> Av. Nossa Senhora de Copacabana 583/607
> Zip Code 22050-000  -  Rio de Janeiro - Brazil
> Tel.  +55-21-2548.1800
```

Confidential

BARRINGTON_ET_00000492

```
> Fax. +55-21-2547.7664
> Cellular Phones:
> Brazil +55-21-8198.9812
> Italy +39-339-7172.777
> Usa +1 (512) 689-3507
> E-mail: gm@islaproductions.com or gm.islapro@gmail.com
> Visit our web site!   www.islaproductions.com
> BOOKING ISLA: info@islaproductions.com
> SKYPE ISLA: islapro (not for chatting, Skype calls only)
>
> Internet communications are not secure, therefore Isla Media Productions
> does not accept legal responsibility for the contents of this message.This
> message and any attachments are confidential and intended solely for the
> addressees. If you receive this message in error, please delete it and
> immediately notify the sender. If the reader of this message is not the
> intended recipient, you are hereby notified that any unauthorized use,
> copying or dissemination is prohibited. E-mails are susceptible to
> alteration.
>
> -----Original Message-----
> From: Barbara Olsen <bolsen@barringtonmedia.com>
> Date: Sat, 23 Jul 2011 16:39:41
> To: gm@islaproductions.com<gm@islaproductions.com>;
> Producao<productions@islaproductions.com>; Fuzer
> Denise<islaproductions@islaproductions.com>
> Subject: RE: Possible 2 day shoot in Rio de Janeiro in August (date to
> bedetermined)
>
> Hi Gherardo:
>
> Thank you for your quick response.  I understand that a flight is involved
> to Suape.  Are you able to fly gear there?
>
> It looks like your XDCam EX3 would work for me.  But I look forward to
> hear
> if you have other cameras as well.  Thank you.
>
> Barbara Olsen | Vice President
> Barrington Media
> 6210 Wilshire Blvd.
> Los Angeles, CA 90048
> 323.934.5800 office
> 323.804.8400 mobile
> 323.934.5890 fax
> www.barringtonmedia.com
>
>
>
>
> -----Original Message-----
> From: Gherardo Milanesi - Isla Media Productions
> [mailto:gm@islaproductions.com]
> Sent: Saturday, July 23, 2011 12:52 PM
> To: Barbara Olsen; Producao; Fuzer Denise
> Subject: I: Possible 2 day shoot in Rio de Janeiro in August (date to
> bedetermined)
>
> Dear Barbara,
>
> Thank you for contacting Isla Media Productions!
> Of course we can help you with the shooting. But, in order to quote the
> services requested, we need to know first what camera would you like to
> use.
> In Pernambuco there are not professional productions agencies or
> professional ENG crew available, our crew will have to fly to Suape from
> Rio
> de Janeiro.
>
> I confirm you can have your files transferred to your hard drive in the
> field depending on the camera you choose.
> Our technician will inform asap which cameras you could use for shooting
> NTSC, 720P, 30P.
> Thank you again for contacting Isla Media Productions.
```

Confidential
BARRINGTON_ET_00000493

```
>
> Best regards,
> Gherardo
>
> ------Messaggio originale------
> Da: Barbara Olsen
> A:Info - Isla Media Productions
> Oggetto: Possible 2 day shoot in Rio de Janeiro in August (date to
> bedetermined)
> Inviato: 23 Lug 2011 15:58
>
> Hello:
>
> I'm interested in knowing more about your company's services since I will
> have a 2 day shoot (1 day in Rio and 1 day at a ship yard in Suape,
> Pernambuco) sometime in August. This is for a corporate shoot and I'll be
> shooting interviews and b-roll of office activity and ship construction at
> a
> ship yard.
>
> I'd like to shoot with a 3 person crew:
> · DP
> · Audio
> · Utility/lighting
>
> I'm also interested in shooting NTSC, 720P, 30P. Not sure if your EX-3 may
> work best, but I'd like to know if I can get file transfer to my hard
> drive
> in the field.
>
> Can you please let me know if you can help with this shoot and what your
> rates for crew and gear are?
>
> Thank you very much!
>
>
> Barbara Olsen | Vice PresidentBarrington Media
> 6210 Wilshire Blvd.
> Los Angeles, CA 90048323.934.5800 office 323.804.8400 mobile
> 323.934.5890 fax
> www.barringtonmedia.com
>
>
>
>
>
>
>
>
> --------------------------------------------------------------------------
> Isla Media Productions - Director
> Av. Nossa Senhora de Copacabana 583/607
> Zip Code 22050-000  -  Rio de Janeiro - Brazil
> Tel.  +55-21-2548.1800
> Fax. +55-21-2547.7664
> Cellular Phones:
> Brazil +55-21-8198.9812
> Italy +39-339-7172.777
> Usa +1 (512) 689-3507
> E-mail: gm@islaproductions.com or gm.islapro@gmail.com
> Visit our web site!   www.islaproductions.com
> BOOKING ISLA: info@islaproductions.com
> SKYPE ISLA: islapro (not for chatting, Skype calls only)
>
> Internet communications are not secure, therefore Isla Media Productions
> does not accept legal responsibility for the contents of this message.This
> message and any attachments are confidential and intended solely for the
> addressees. If you receive this message in error, please delete it and
> immediately notify the sender. If the reader of this message is not the
> intended recipient, you are hereby notified that any unauthorized use,
> copying or dissemination is prohibited. E-mails are susceptible to
> alteration.
>
```

Confidential

BARRINGTON_ET_00000495