# EXHIBIT 48

Message

| | |
|---|---|
| From: | Denise Fuzer - Isla Media Productions [islaproductions@islaproductions.com] |
| Sent: | 23/8/2011 3:15:43 PM |
| To: | Barbara Olsen [bolsen@barringtonmedia.com] |
| Subject: | Res: Fw: Videotape Brasfels shipyard on 8/24 |

Hello all,

For the crew we use:

T-shirt / Shoes
Denise - M / 37
Fernando - L / 41
Ivan - XL / 40

Regards

DF


------------------------------------------------------------------
Isla Media Productions
Av. Nossa Senhora de Copacabana 583/607
Zip Code 22050-000  -  Rio de Janeiro - Brazil
Tel.  +55-21-2548.1800
Fax. +55-21-2547.7664
Cell. +55-21-8194.1936
E-mail: islaproductions@islaproductions.com
Visit our web site: www.islaproductions.com
SKYPE ISLA: islaprod (not for chatting, Skype calls only)
BOOKING ISLA: info@islaproductions.com
Enviado pelo meu aparelho BlackBerry® da Vivo

---

**From:** Barbara Olsen <bolsen@barringtonmedia.com>
**Date:** Tue, 23 Aug 2011 14:08:05 -0400
**To:** islaproductions@islaproductions.com<islaproductions@islaproductions.com>
**Subject:** Fw: Videotape Brasfels shipyard on 8/24


Barbara Olsen
Barrington Media
6210 Wilshire Blvd.
Suite 300
Los Angeles, CA 90048
O. 323.934.5800
M. 323.804.8400
www.Barringtonmedia.com
bolsen@barringtonmedia.com

-----Original message-----

**From:** ADRIANA FARAH <ADRIANA.FARAH@kfelsbrasil.com.br>
**To:** Barbara Olsen <bolsen@barringtonmedia.com>
**Cc:** ANA VAZ <ANA.VAZ@kfelsbrasil.com.br>, BETTY MOK <BETTY.MOK@kfelsbrasil.com.br>, CARLA SHIMABUKURO <CARLA.SHIMABUKURO@kfelsbrasil.com.br>
**Sent:** Tue, Aug 23, 2011 17:43:07 GMT+00:00
**Subject:** RE: Videotape Brasfels shipyard on 8/24

Dear Barbara,

The address is RODOVIA RIO SANTOS, KM 81 , S/N, JACUECANGA - ANGRA DOS REIS - RJ
ZIP CODE 23914-560


Brasfels Shipyard



Would like to take the chance to inform you that all of you should wear jeans.
kindly send me t-shirt size and shoes size in order to provide the PPI for all of you.

Bets regards


Adriana Farah
Administrative Supervisor
adriana.farah@kfelsbrasil.com.br
(21) 21029424

>>> Barbara Olsen <bolsen@barringtonmedia.com> 23/8/2011 14:06 >>>
Adriana:

Can you please provide me with the address of your shipyard location.
Thank you very much.


Barbara Olsen | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA  90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com




-----Original Message-----
From: ADRIANA FARAH [mailto:ADRIANA.FARAH@kfelsbrasil.com.br]
Sent: Monday, August 22, 2011 12:16 PM
To: Barbara Olsen
Subject: RE: Videotape Brasfels shipyard on 8/24

Dear  Barbara,

Is there any chance to re-schedule this videotape filming to thursday 25/08?

Otherwise we keep doing it on wednesday.

best regards

Adriana Farah
Administrative Supervisor
adriana.farah@kfelsbrasil.com.br
(21) 21029424

>>> Barbara Olsen <bolsen@barringtonmedia.com> 19/8/2011 19:15 >>>
Hi Adriana:

Below are the crew names for the shoot on 8/24:

Producer/Director:  Barbara Olsen
Cameraman: Fernando Bastos
Assistant: Ivan Santos
Driver: Jefferson Regis
Prod. Assistant: Denise Fuzer

Barbara Olsen | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA  90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com


-----Original Message-----
From: ADRIANA FARAH [mailto:ADRIANA.FARAH@kfelsbrasil.com.br]
Sent: Friday, August 19, 2011 2:36 PM
To: Barbara Olsen
Cc: Kevin Corrigan; tommy.sam@keppelfels.com; Kai Choong KWOK <kaichoong.kwok@keppelfels.com; BETTY MOK; luiz.reis@lakeshorepartners.com.br; Valeria Mello
Subject: Re: Videotape Brasfels shipyard on 8/24

Dear Barbara


Ok, i will be there next wednesday.

Kindly send me the full name of people from your crew.
Any issue you may contact me on the 24-92693960

Best regards


Adriana Farah
Administrative Supervisor
adriana.farah@kfelsbrasil.com.br
(21) 21029424

>>> Barbara Olsen <bolsen@barringtonmedia.com> 19/8/2011 17:32 >>>
Hi Adriana:

Confidential

Valeria Mello at Sete Brasil has told me that you will escort me and my video crew on 8/24 so that we may videotape the Brasfels shipyards on 8/24. I will have 2-3 people with me in my crew. My plan is to drive to Brasfels on the morning of 8/24 and arrive at Brasfels at approximately 10:00 AM in the morning. I would like to videotape your operations for approximately 2-3 hours.

Thank you very much for your help and I look forward to meeting you. Thank you!

Barbara Olsen | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA  90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

Confidential