**EXHIBIT 50**



| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) |
| | ) ss |
| | ) |
| COUNTY OF NEW YORK | ) |

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English of the attached document with Bates Nos. EIG_KEP_00000230–EIG_KEP_00000234.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this __14__ day of __September__, 20__21__.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

| | |
|---|---|
| From: | Kevin Corrigan <Kevin.Corrigan@eigpartners.com> |
| Sent: | Friday, December 23, 2011 2:47 PM |
| To: | Blair Thomas <Blair.Thomas@eigpartners.com> |
| Cc: | Kurt Talbot <Kurt.Talbot@eigpartners.com>; Kevin Lowder <Kevin.Lowder@eigpartners.com>; Simon Hayden <Simon.Hayden@eigpartners.com>; Randall Wade <Randall.Wade@eigpartners.com>; Phil Abejar <Phil.Abejar@eigpartners.com> |
| Subject: | FW: Update of relevant information |

FYI, please see below a letter sent today from João Ferraz to current Sete Brasil shareholders (his preamble in English is certainly nice). Also, Nancy and I expect to have lunch with Mr. and Mrs. Ferraz on Thursday in Rio with Luiz (without his wife, I believe) – I think I mentioned to you that Nancy and I are going there between Christmas and New Year's.

The bad news is that the awarding process seems to have been set back by about thirty days, until the end of January; the good news is that he thinks Sete Brasil is going to get all 21 drill ships. We shall see….. I will try to get a bit more color on this, and implications for timing on our equity commitment, during my trip:

"Dear (shareholders):

I have just returned from a trip to China, along with our Chairman of the Board, Newton Carneiro, and I use this occasion to update you on two current topics about Sete Brasil: the bidding in course (21 drillships) and the process of attracting new potential shareholders.

The China trip was to conduct a high level negotiation with a view to attracting China Investment Corp (CIC), the largest sovereign wealth fund in the People's Republic of China. We had a series of meetings with high level persons of that institution, and we left with a very positive impression about the entry of CIC in our company. Mr. Zhang King, head of new investments area, promised to accelerate his internal approval process with a view to signing the subscription agreement by the middle of next February.

It is worth noting that CIC is known in the international markets for only making investments considered AAA, and their entry into Sete Brasil will definitely open the door to large international investors, including other sovereign funds, increasing the success of our future IPO, in addition to opening up the Chinese market for investments in Sete Brasil, which was, in fact, heavily emphasized during our meetings with CIC.

Even without a formal confirmation, unofficially CIC said it is very inclined to invest in Sete Brasil, having listed a number of considerations by which they understand this is the best path to enter the Brazilian market. They have not yet defined whether they will enter directly into the FIP or through BTG Pactual, but they told me they will analyze the pros and cons of each and will have a final position on this by January.

[The following addresses the concern I mentioned to you that seems to be growing in the current board about Chinese control of Sete Brasil] I did not get the impression that CIC wishes to control or have a position of control over Sete Brasil, which could, given the initial volume they would be brining in initially (US$ 500 million), could be seen by some as taking a very aggressive position in this respect (i.e. control ownership). What was said verbatim by Mr. Zhang is they want to use this investment as a bridge to come into Brazil to subsequently diversify into different segments (remember, they already have plunked around $1 billion in BTG Pactual). They also said they want to get close to the large Brazilian pension funds to look for joint investment opportunities, having already initiated contact with Petros (second largest pension fund (R$ 55 billion aum – about $30 billion), behind only Previ (Banco do Brasil)) to exchange views and experiences.

As far as the bidding is concerned I have been formally advised by Petrobras that the executive board, in a meeting yesterday (Dec. 22), decided to cancel the current process to allow for direct negotiations between Petrobras and each

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**EIG_KEP_00000230**

of the qualified bidders (Sete Brasil and Ocean Rig) with a view to obtaining the best conditions to contract the 21 drillships. The term to conclude this new negotiation, which will begin on Dec. 27th, will extend for 30 days, when this subject will again be deliberated upon by Petrobras' executive board (bad news for us, in terms of timing!).

Informally and unofficially (therefore not representing official information, only my personal considerations), our evaluation is that the senior management at Petrobras decided to conclude this process of negotiation and present the final results, even though the bidding commission was canceled. In fact, there were never any negotiations between the referenced commission and the bidders, merely a determination by the commission for the bidders to present new prices, without any adjustment or modification to the bidding rules.

The decision by Petrobras to disband the commission and nominate a high level working group, comprised of only Executive Managers and the General Managers of the four different areas of Petrobras (these would be the highest professional managers at the company – above them are the "directors," who are political appointees). None of them were on the aforementioned bidding commission, which gives us hope, if not certainty, that we will be able to conduct effective and objective negotiations, where small adjustments in the technical and conceptual specifications from the previous process, will result in better prices for Petrobras without increasing risks or reducing margins for Sete Brasil. (I will try to better understand the dynamics of these obviously complicated negotiations with Petrobras when I meet with him next week).

I know the five members of that group very well and I know the zeal and commitment of all of them bring to their actions and decisions for Petrobras. I'm certain that, having sufficient space for this, Petrobras will know how to give them space so that the drillships to be constructed here in Brazil approximate the reference price practiced in the international markets (day rates around US$500/$520,000/day).

In other words, I have a firm conviction that the decision taken yesterday by Petrobras was highly positive for the company and for the country, and knowing our expertise and our competitors, gives us the high hope that by the end of January we will be granted the entire lot of 21 drillships. I'm certain that we, along with our partners, shareholders, and suppliers, will work very hard in this respect (to bring about this outcome).

I'm available to all of you for any additional clarifications, and I take this opportunity to express my wishes for a Merry Christmas and Happy New Year to all of you, your families, and friends.

Sincerely, Joan C. Ferraz, Sete Brasil, CEO

---

**From:** Joao Ferraz [mailto:joao.ferraz@setebr.com]
**Sent:** Friday, December 23, 2011 12:39 PM
**To:** Kevin Corrigan
**Cc:** Luiz Fontoura de Oliveira Reis Filho
**Subject:** Fwd: Update of relevant information

Kevin

For your knowledge, please find below copy of an e-mail I have sent today to my current shareholders. As I consider you already one of them, I decided to keep you updated as well

Merry Chirstmas and looking forward to meet with you next week

Regards

J. Ferraz

CONFIDENTIAL                                                                                         EIG_KEP_00000231

Sent via iPad

Start of forwarded message

> From: Joao Ferraz <joao.ferraz@setebr.com>
> Date: December 23, 2011 03:03 PM BRST
> To: Joao Ferraz <joao.ferraz@setebr.com>
> Cc: "gefes@caixa.gov.br" <gefes@caixa.gov.br>, "newton@petros.com.br" <newton@petros.com.br>, "cfosta@petros.com.br" <cfosta@petros.com.br>, "manuelam@petros.com.br" <manuelam@petros.com.br>, "humberto@funcef.com.br" <humberto@funcef.com.br>, "adriana@previ.com.br" <adriana@previ.com.br>, "edson@previ.com.br" <edson@previ.com.br>, "marcella.sleiman@vale.com" <marcella.sleiman@vale.com>, "lcantidio@santander.com.br" <lcantidio@santander.com.br>, "fernando@bradescobbi.com.br" <fernando@bradescobbi.com.br>, "oderval.duarte@btgpactual.com" <oderval.duarte@btgpactual.com>, "alfradique@petrobras.com.br" <alfradique@petrobras.com.br>, "gustavo.viola@petrobras.com.br" <gustavo.viola@petrobras.com.br>, "luiz.reis@lakeshorepartners.com.br" <luiz.reis@lakeshorepartners.com.br>, "malbuquerque@petros.com.br" <malbuquerque@petros.com.br>, "josef@funcef.com.br" <josef@funcef.com.br>, "mhalbuquerque@santander.com.br" <mhalbuquerque@santander.com.br>, "lucas.martinelli@btgpactual.com" <lucas.martinelli@btgpactual.com>, "marcia.freire@vale.com" <marcia.freire@vale.com>, "karlla.senna@vale.com" <karlla.senna@vale.com>, "procha@petros.com.br" <procha@petros.com.br>, Isabela Faria <isabela.faria@setebr.com>
> **Subject: Update of relevant information**
>
> Dear all,
>
> Having just returned from a trip to China, together with our Chairman of the Board, Mr. Newton Carneiro, I would like inform you about two relevant and current issues regarding Sete Brasil, the ongoing tender (21 rigs) and the process of attracting new potential shareholders.
>
> Regarding the trip to China for high-level negotiations to attract China Investment Corp. (CIC), the largest sovereign wealth fund in the People's Republic of China, we had a series of meetings involving the highest levels of management of that institution, and we left there with a very positive feeling about CIC's entry into our company. Mr. Zhang King, Head of New Investment, promised to speed up its internal approval process to sign the application for by mid-February.
>
> Recall that CIC is well-known in the international market for only entering AAA investments, and its entry into Sete Brasil definitely opens the international market for major investors, including other sovereign wealth funds, increasing the success of our future IPO, as well as opening up the prospect of opening the Chinese market for financing Sete Brasil, which, incidentally, was highly emphasized in our meetings with the CIC.
>
> Even though there is still not formal confirmation, unofficially CIC said it was very inclined to join Sete Brasil, having listed a

**CONFIDENTIAL**                                                                                           EIG_KEP_00000232

a number of reasons why they believe this is the best way to enter the Brazilian market. It has not yet been decided whether they will enter directly into the FIP or through BTG, but they said they will assess the pros and cons of the two options and by January they will have a final position on the matter.

It has not yet seemed to me that CIC wants to control or have a controlling position in Sete Brasil, which, given the volume they would be initially entering with (US$ 500 million), could be seen by some as a very aggressive position in that direction. What we were told verbatim by Mr. Zhang was that they wish to use this investment as a bridge to enter Brazil for further diversification of investments in different segments. They also said that they want to approach the big Brazilian pension funds to seek opportunities together, having already initiated contact with Petros to exchange views and experiences.

As for the bidding, I was formally informed by Petrobras that the company's Executive Board, at a meeting held yesterday, decided to cancel the current bidding process to hold direct negotiations between Petrobras and each of the classified bidders (Sete Brasil and Ocean Rig) in order to obtain better conditions for contracting the 21 rigs. The deadline for completing this new negotiation, which already started on December 27, is 30 calendar days, when the matter will be decided again by Petrobras' Executive Board.

Informally and unofficially (so this is not official information, just my personal considerations) our assessment is that Petrobras' senior management found that the now canceled bidding committee decided to complete the process and present its conclusions even before stressing the negotiation phase as much as possible. In fact, there was never any negotiation between the aforementioned committee and the bidders, but only a determination thereby for companies to present new prices, without any adjustment or modification of the rules of the tender notice.

Petrobras' decision, which dismissed the commission and appointed a very high-level working group, formed only by Executive Managers and General Managers from 4 different areas of Petrobras, none of them in the previous committee, gives us hope, if not certainty , that we will be able to carry out effective and objective negotiations, where small adjustments in the technical and conceptual specifications of the previous process may result in better prices for Petrobras without this increasing risks or reducing margins for Sete Brasil.

I know each of the 5 members of this negotiation group very well and I know the integrity of them all and the authentic manner they have always guided their actions and decisions at Petrobras. I am sure that, if there is space for this, Petrobras will know how to make space for the prices of our rigs built in Brazil to be very close to the price references currently practiced in the international market (around US$ 500/520,000/d).

**CONFIDENTIAL**                                                                                 **EIG_KEP_00000233**

In other words, I am firmly convinced that the decision taken by Petrobras yesterday was highly positive for the company and for Brazil, and, knowing our capacity and that of our competitors, it gives us high hope that by the end of January we will be assigned the entire batch of 21 new rigs. Rest assured that we, together with our partners and suppliers, will work very hard to do so.

I am at your disposal for any further clarification, and I take the opportunity to wish you, your family and friends a Merry Christmas and Happy New Year.

Yours sincerely,

João C. Ferraz
Sete Brasil
CEO

**CONFIDENTIAL**                                                                                                      **EIG_KEP_00000234**

| | |
|---|---|
| **From:** | Kevin Corrigan <Kevin.Corrigan@eigpartners.com> |
| **Sent:** | Friday, December 23, 2011 2:47 PM |
| **To:** | Blair Thomas <Blair.Thomas@eigpartners.com> |
| **Cc:** | Kurt Talbot <Kurt.Talbot@eigpartners.com>; Kevin Lowder <Kevin.Lowder@eigpartners.com>; Simon Hayden <Simon.Hayden@eigpartners.com>; Randall Wade <Randall.Wade@eigpartners.com>; Phil Abejar <Phil.Abejar@eigpartners.com> |
| **Subject:** | FW: Atualização de informações relevantes |

FYI, please see below a letter sent today from João Ferraz to current Sete Brasil shareholders (his preamble in English is certainly nice). Also, Nancy and I expect to have lunch with Mr. and Mrs. Ferraz on Thursday in Rio with Luiz (without his wife, I believe) – I think I mentioned to you that Nancy and I are going there between Christmas and New Year's.

The bad news is that the awarding process seems to have been set back by about thirty days, until the end of January; the good news is that he thinks Sete Brasil is going to get all 21 drill ships. We shall see….. I will try to get a bit more color on this, and implications for timing on our equity commitment, during my trip:

"Dear (shareholders):

I have just returned from a trip to China, along with our Chairman of the Board, Newton Carneiro, and I use this occasion to update you on two current topics about Sete Brasil: the bidding in course (21 drillships) and the process of attracting new potential shareholders.

The China trip was to conduct a high level negotiation with a view to attracting China Investment Corp (CIC), the largest sovereign wealth fund in the People's Republic of China. We had a series of meetings with high level persons of that institution, and we left with a very positive impression about the entry of CIC in our company. Mr. Zhang King, head of new investments area, promised to accelerate his internal approval process with a view to signing the subscription agreement by the middle of next February.

It is worth noting that CIC is known in the international markets for only making investments considered AAA, and their entry into Sete Brasil will definitely open the door to large international investors, including other sovereign funds, increasing the success of our future IPO, in addition to opening up the Chinese market for investments in Sete Brasil, which was, in fact, heavily emphasized during our meetings with CIC.

Even without a formal confirmation, unofficially CIC said it is very inclined to invest in Sete Brasil, having listed a number of considerations by which they understand this is the best path to enter the Brazilian market. They have not yet defined whether they will enter directly into the FIP or through BTG Pactual, but they told me they will analyze the pros and cons of each and will have a final position on this by January.

[The following addresses the concern I mentioned to you that seems to be growing in the current board about Chinese control of Sete Brasil] I did not get the impression that CIC wishes to control or have a position of control over Sete Brasil, which could, given the initial volume they would be brining in initially (US$ 500 million), could be seen by some as taking a very aggressive position in this respect (i.e. control ownership). What was said verbatim by Mr. Zhang is they want to use this investment as a bridge to come into Brazil to subsequently diversify into different segments (remember, they already have plunked around $1 billion in BTG Pactual). They also said they want to get close to the large Brazilian pension funds to look for joint investment opportunities, having already initiated contact with Petros (second largest pension fund (R$ 55 billion aum – about $30 billion), behind only Previ (Banco do Brasil)) to exchange views and experiences.

As far as the bidding is concerned I have been formally advised by Petrobras that the executive board, in a meeting yesterday (Dec. 22), decided to cancel the current process to allow for direct negotiations between Petrobras and each

of the qualified bidders (Sete Brasil and Ocean Rig) with a view to obtaining the best conditions to contract the 21 drillships. The term to conclude this new negotiation, which will begin on Dec. 27th, will extend for 30 days, when this subject will again be deliberated upon by Petrobras' executive board (bad news for us, in terms of timing!).

Informally and unofficially (therefore not representing official information, only my personal considerations), our evaluation is that the senior management at Petrobras decided to conclude this process of negotiation and present the final results, even though the bidding commission was canceled. In fact, there were never any negotiations between the referenced commission and the bidders, merely a determination by the commission for the bidders to present new prices, without any adjustment or modification to the bidding rules.

The decision by Petrobras to disband the commission and nominate a high level working group, comprised of only Executive Managers and the General Managers of the four different areas of Petrobras (these would be the highest professional managers at the company – above them are the "directors," who are political appointees). None of them were on the aforementioned bidding commission, which gives us hope, if not certainty, that we will be able to conduct effective and objective negotiations, where small adjustments in the technical and conceptual specifications from the previous process, will result in better prices for Petrobras without increasing risks or reducing margins for Sete Brasil. (I will try to better understand the dynamics of these obviously complicated negotiations with Petrobras when I meet with him next week).

I know the five members of that group very well and I know the zeal and commitment of all of them bring to their actions and decisions for Petrobras. I'm certain that, having sufficient space for this, Petrobras will know how to give them space so that the drillships to be constructed here in Brazil approximate the reference price practiced in the international markets (day rates around US$500/$520,000/day).

In other words, I have a firm conviction that the decision taken yesterday by Petrobras was highly positive for the company and for the country, and knowing our expertise and our competitors, gives us the high hope that by the end of January we will be granted the entire lot of 21 drillships. I'm certain that we, along with our partners, shareholders, and suppliers, will work very hard in this respect (to bring about this outcome).

I'm available to all of you for any additional clarifications, and I take this opportunity to express my wishes for a Merry Christmas and Happy New Year to all of you, your families, and friends.

Sincerely, Joan C. Ferraz, Sete Brasil, CEO


---

**From:** Joao Ferraz [mailto:joao.ferraz@setebr.com]
**Sent:** Friday, December 23, 2011 12:39 PM
**To:** Kevin Corrigan
**Cc:** Luiz Fontoura de Oliveira Reis Filho
**Subject:** Fwd: Atualização de informações relevantes

Kevin

For your knowledge, please find below copy of an e-mail I have sent today to my current shareholders. As I consider you already one of them, I decided to keep you updated as well

Merry Chirstmas and looking forward to meet with you next week

Regards

J. Ferraz

Enviado via iPad

Início da mensagem encaminhada

> **De:** Joao Ferraz <joao.ferraz@setebr.com>
> **Data:** 23 de dezembro de 2011 15h03min24s BRST
> **Para:** Joao Ferraz <joao.ferraz@setebr.com>
> **Cc:** "gefes@caixa.gov.br" <gefes@caixa.gov.br>, "newton@petros.com.br" <newton@petros.com.br>, "cfosta@petros.com.br" <cfosta@petros.com.br>, "manuelam@petros.com.br" <manuelam@petros.com.br>, "humberto@funcef.com.br" <humberto@funcef.com.br>, "adriana@previ.com.br" <adriana@previ.com.br>, "edson@previ.com.br" <edson@previ.com.br>, "marcella.sleiman@vale.com" <marcella.sleiman@vale.com>, "lcantidio@santander.com.br" <lcantidio@santander.com.br>, "fernando@bradescobbi.com.br" <fernando@bradescobbi.com.br>, "oderval.duarte@btgpactual.com" <oderval.duarte@btgpactual.com>, "alfradique@petrobras.com.br" <alfradique@petrobras.com.br>, "gustavo.viola@petrobras.com.br" <gustavo.viola@petrobras.com.br>, "luiz.reis@lakeshorepartners.com.br" <luiz.reis@lakeshorepartners.com.br>, "malbuquerque@petros.com.br" <malbuquerque@petros.com.br>, "josef@funcef.com.br" <josef@funcef.com.br>, "mhalbuquerque@santander.com.br" <mhalbuquerque@santander.com.br>, "lucas.martinelli@btgpactual.com" <lucas.martinelli@btgpactual.com>, "marcia.freire@vale.com" <marcia.freire@vale.com>, "karlla.senna@vale.com" <karlla.senna@vale.com>, "procha@petros.com.br" <procha@petros.com.br>, Isabela Faria <isabela.faria@setebr.com>
> **Assunto:** Atualização de informações relevantes
>
> Prezados,
>
> Tendo acabado de retornar de viagem à China, em conjunto com o nosso Presidente do Conselho, Sr. Newton Carneiro, sirvo-me da presente para informar-lhes a respeito de dois temas relevantes e atuais acerca da Sete Brasi: a licitação em curso (21 sondas) e o processo de atração de novos potenciais acionistas.
>
> Em relação à viagem à China para negociações de alto nível visando à atracão do China Investment Corp. (CIC), maior fundo soberano da Republica Popular da China, tivemos uma serie de reuniões envolvendo o alto escalão daquela instituição, e saímos de lá com uma percepção muito positiva acerca da entrada do CIC em nossa empresa. O Sr. Zhang King, Head da área de novos investimentos, prometeu acelerar o seu processo interno de aprovação visando à assinatura do boletim de subscrição até meados de fevereiro próximo.
>
> Vale lembrar que o CIC tem fama no mercado internacional em só entrar em investimentos considerados AAA, e sua entrada na Sete Brasil abre em definitivo o mercado internacional de grandes investidores, inclusive outros fundos soberanos, aumentando o sucesso de nosso futuro IPO, alem de abrir a perspectiva de abertura do mercado chinês para financiamento da Sete Brasil, o que, aliás, foi muito enfatizado em nossas reuniões com o CIC.
>
> Mesmo não tendo ainda uma confirmação formal, extra-oficialmente o CIC se disse muito inclinado em entrar na Sete Brasil, tendo listado uma

CONFIDENTIAL

série de motivos pelos quais eles entendem ser esse o melhor caminho para a entrada no mercado brasileiro. Ainda não se definiram se entrarão diretamente no FIP ou através do BTG, mas disseram que irão avaliar os pros e cons das duas opções e ate Janeiro terão uma posição final a respeito.

Não me pareceu ainda que o CIC deseje controlar ou ter uma posição de controle sobre a Sete Brasil, o que, dado o volume que eles estariam entrando inicialmente (US$ 500 milhões), poderia ser visto por alguns como uma posição muito jagressiva naquele sentido. O que nos foi dito textualmente pelo Sr. Zhang foi que eles desejam usar esse investimento como uma ponte de entrada no Brasil para posterior diversificação de investimentos em diferentes segmentos. Disseram ainda que desejam se aproximar dos grandes fundos de pensão brasileiros para busca conjunta de oportunidades, já tendo iniciado contato com a Petros para troca de visões e experiências.

Quanto à licitação, fui informado formalmente pela Petrobras que a Diretoria Executiva da empresa, em reunião ocorrida ontem, decidiu cancelar o atual certame para promover negociações diretas entre a Petrobras e cada um dos licitantes classificados (Sete Brasil e Ocean Rig) visando à obtenção de melhores condições para a contratação das 21 sondas. O prazo conclusão dessa nova negociação, que tem início já marcado para o próximo dia 27/12, é de 30 dias corridos, quando o assunto será novamente deliberado pela Diretoria Executiva da Petrobras.

Informalmente e extra-oficialmente (portanto não se trata de informação oficial, apenas considerações pessoais minhas) nossa avaliação é de que a alta administração da Petrobras identificou que a comissão da licitação ora cancelada decidiu concluir o processo e apresentar suas conclusões mesmo antes de estressar ao máximo a fase de negociações. De fato, nunca houve qualquer negociação entre a referida comissão e os licitantes, mas apenas uma determinação da mesma para que as empresas apresentassem novos preços, sem qualquer ajuste ou modificação das regras do edital.

A decisão da Petrobras, que destituiu a comissão e nomeou um grupo de trabalho de altissimo nivel, formado apenas por Gerentes Executivos e Gerentes Gerais de 4 diferentes áreas da Petrobras, nenhum deles presente na comissao anterior, nos dá esperanças, se não mesmo a certeza, de que poderemos realizar negociações efetivas e objetivas, onde pequenos ajustes nas específicaçoes técnicas e coneituais do processo anterior poderao resultar em melhores preços para a Petrobras sem que isso signifique aumento de riscos ou redução de margens para a Sete Brasil.

Conheço muito bem cada um dos 5 membros desse grupo de negociação e sei da retidão de todos eles e da forma zelosa que sempre pautaram suas ações e decisões na Petrobras. Tenho a certeza que, em havendo espaço para isso, a Petrobras saberá conceder espaço para que os preços das nossas sondas construídas no Brasil se aproximem bastante das referências de preço hoje praticadas no mercado internacional (em torno de US$500/520 mil/d).

CONFIDENTIAL

EIG_KEP_00000233

Ou seja, tenho a firme convicção que a decisão ontem tomada pela Petrobras foi altamente positiva para a empresa e para o País, e, conhecendo a nossa capacidade e a dos nossos concorrentes, nos dá elevada esperança de que até o final de Janeiro estaremos sendo aquinhoados com todo o lote das novas 21 sondas. Tenham a certeza que nós, em conjunto com nossos parceiros, sócios e fornecedores, iremos trabalhar muito duro nesse sentido.

Me coloco a disposição de todos para qualquer esclarecimento adicional, e aproveito a oportunidade para renovar meus votos de um Feliz Natal e Próspero Ano Novo para vocês, seus familiares e amigos.

Atenciosamente,


Joao C. Ferraz
Sete Brasil
CEO

**CONFIDENTIAL**

**EIG_KEP_00000234**