# EXHIBIT 51

**LIONBRIDGE**

| | |
|---|---|
| STATE OF NEW YORK ) | |
| ) | |
| ) | ss |
| ) | |
| COUNTY OF NEW YORK ) | |

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English of the attached document with Bates Nos. EIG_KEP_00000128–EIG_KEP_00000129.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 14 day of September, 20 21.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

| | |
|---|---|
| **From:** | Joao Ferraz <joao.ferraz@setebr.com> |
| **Sent:** | Wednesday, August 8, 2012 11:42 AM |
| **To:** | Yoshio <gedef@caixa.gov.br>; lcantidio@santander.com.br; Marcelo Hudik Furtado de Albuquerque <mhalbuquerque@santander.com.br>; jfmoreiraf@santander.com.br; Guto Quintella <guto.quintella@btgpactual.com>; lucas.martinelli@btgpactual.com; Fernando Jorge Buso Gomes <fernando@bradescobbi.com.br>; aires@bradescobbi.com.br; malbuquerque@petros.com.br; Newton Carneiro <newton@petros.com.br>; manuelam@petros.com.br; humberto@funcef.com.br; emerson@funcef.com.br; adriana@previ.com.br; edson@previ.com.br; marcella.sleiman@vale.com.br; karlla.senna@vale.com; marcia.freire@vale.com; Aldo Floris <aldofloris@flbinv.com.br>; Kevin Corrigan <kevin.corrigan@eigpartners.com>; rebeca.balian@caixa.gov.br; tania.calca@caixa.gov.br; fernando.h.augusto@caixa.gov.br |
| **Cc:** | Sete Brasil <joao.ferraz@setebr.com>; Luiz Fontoura de Oliveira Reis Filho <luiz.reis@lakeshorepartners.com.br>; Isabela Faria <isabela.faria@setebr.com>; Patricia Vanni <patricia.vanni@setebr.com> |
| **Subject**: | EGM and call for capital |

Dear quotaholders and shareholders,

I was informed yesterday of a concern of several quotaholders with respect to the next call for capital, projected to be R$ 600 million. Apparently, as I was informed, this concern involves possible non-compliance with the proportionality of the shareholding of each quotaholder in FIP Sondas, since several of the shareholders are prevented from paying in the total committed capital until CADE issues a statement on the new shareholding distribution in the FIP after our last capital increase defined last August 3.

Before going into the specific issue of the concern above, I think it is important to remind everyone about the commitments made by the Company regarding implementation of the construction works of our 28 rigs, commitments that need to be settled with funds from quotaholders, shareholders, and third parties.

Once Petrobras' audit process has been completed at the shipyards and of the construction contracts of our rigs, both the 7 originally contracted with EAS and the new 21 units, we need to resume the pace of all construction in order to reduce the risks of delay and claims for late payments. According to Petrobras itself, there is currently a real possibility that its executive board will approve the last two shipyards (EEP and ERG) on August 9 and, if this actually happens, Petrobras wants to sign the charter contracts for all 9 rigs to be built at these two shipyards the day after approval by its executive board.

As a result, last week we proposed to all quotaholders and shareholders that an EGM be held to approve these contracts in a period shorter than the 11 business days provided for in our bylaws, that is, on August 9, so that the contracts with Petrobras may be signed on August 10. It so happens that, for it to be possible to move the date up, there is an imperative need for all quotaholders and shareholders to unanimously

approve said advance.

As I was informed that the desired unanimous approval was not reached and, apparently, this is solely due to the concern of several quotaholders regarding the temporary nonconformity described above, I believe that we have only 2 alternatives. The first is to inform Petrobras that, given that the quotaholders do not agree, the EGM will have to follow the 11-day period and be held only on August 16. In this case, the charter contracts can only be signed on the following day (August 17). The other alternative would be to seek some kind of understanding between all of us in order to reach the aforementioned unanimous approval, keep the EGM for August 9 and sign the contracts on August 10, as Petrobras would like.

On the other hand, despite understanding the aforementioned concern of several of the shareholders, we cannot disregard the main focus of Sete Brasil today: building its rigs within deadline and within cost, to ensure the return goals of all of the quotaholders and shareholders of Sete Brasil. For this, resources from equity are absolutely necessary.

Given this general picture, my proposal would be to carry out our next R$600 million capital call in two stages: the first to be approved at this next EGM and the second to be approved at an EGM to be held in exactly 30 calendar days, or as soon as CADE manifests itself, whichever comes first. This proposal requires by the Company's management a new renegotiation with its main suppliers, but guarantees a minimum payment to them. In addition, it grants us a longer period (30 days) to seek other alternative solutions that come to everyone's interest.

Given the urgency of the matter, I would like everyone to speak as soon as possible to our legal counsel (Isabela Faria), and I would also like to thank everyone for their ongoing trust and support.

Yours sincerely,


João C. Ferraz
Sete Brasil Participações S.A.
Chief Executive Officer




Sent from my iPad

CONFIDENTIAL

EIG_KEP_00000129

| | |
|---|---|
| **From:** | Joao Ferraz <joao.ferraz@setebr.com> |
| **Sent:** | Wednesday, August 8, 2012 11:42 AM |
| **To:** | Yoshio <gedef@caixa.gov.br>; lcantidio@santander.com.br; Marcelo Hudik Furtado de Albuquerque <mhalbuquerque@santander.com.br>; jfmoreiraf@santander.com.br; Guto Quintella <guto.quintella@btgpactual.com>; lucas.martinelli@btgpactual.com; Fernando Jorge Buso Gomes <fernando@bradescobbi.com.br>; aires@bradescobbi.com.br; malbuquerque@petros.com.br; Newton Carneiro <newton@petros.com.br>; manuelam@petros.com.br; humberto@funcef.com.br; emerson@funcef.com.br; adriana@previ.com.br; edson@previ.com.br; marcella.sleiman@vale.com.br; karlla.senna@vale.com; marcia.freire@vale.com; Aldo Floris <aldofloris@flbinv.com.br>; Kevin Corrigan <kevin.corrigan@eigpartners.com>; rebeca.balian@caixa.gov.br; tania.calca@caixa.gov.br; fernando.h.augusto@caixa.gov.br |
| **Cc:** | Sete Brasil <joao.ferraz@setebr.com>; Luiz Fontoura de Oliveira Reis Filho <luiz.reis@lakeshorepartners.com.br>; Isabela Faria <isabela.faria@setebr.com>; Patricia Vanni <patricia.vanni@setebr.com> |
| **Subject:** | AGE e chamada de capital |

Prezados cotistas e acionistas,

Fui informado ontem a respeito de uma preocupação de alguns dos cotistas relacionada à próxima chamada de capital, prevista para o montante de R$ 600 milhões. Aparentemente, segundo fui informado, tal preocupação diz respeito a um possível desenquadramento da proporcionalidade de participação entre cada cotista no FIP Sondas, visto que alguns dos cotistas encontram-se impedidos de integralizar seu capital comprometido total até que o CADE se manifeste a respeito da nova distribuição de participação no FIP após o nosso ultimo aumento de capital definido no ultimo dia 3/8.

Antes de entrar na questão especifica da preocupação descrita acima, considero importante relembrar a todos a respeito dos compromissos assumidos pela Companhia relacionados à implantação das obras de construção de nossas 28 sondas, compromissos estes que necessitam ser liquidados com recursos dos cotistas, acionistas e de terceiros.

Terminado o processo de auditoria da Petrobras nos estaleiros e contratos de construção de nossas sondas, tanto nas 7 originalmente contratadas no EAS quanto nas novas 21 unidades, precisamos retomar o ritmo de todas as construções a fim de reduzirmos os riscos de atraso e de claims por atrasos de pagamentos. De acordo com a própria Petrobras, existe hoje uma possibilidade real da sua diretoria executiva vir a aprovar os dois últimos estaleiros (EEP e ERG) no dia 9/8 e, caso isso venha realmente a ocorrer, a Petrobras deseja assinar os contratos de afretamento de todas as 9 sondas a serem construídas nesses dois estaleiros no dia seguinte à aprovação de sua diretoria.

Por conta disso, na ultima semana propusemos a todos os cotistas e acionistas a realização de AGE para aprovação dessas contratações em prazo menor do que os 11 dias úteis previstos em nosso estatuto, ou seja, no dia 9/8, para que os contratos com a Petrobras possam ser assinados no dia 10/8. Ocorre que, para que tal antecipação seja possível existe a necessidade imperativa de unanimidade entre todos os

CONFIDENTIAL

EIG_KEP_00000128

cotistas e acionistas na aprovação da citada antecipação.

Como fui informado que a desejada unanimidade não foi alcançada e, aparentemente, isso decorre exclusivamente em função da preocupação de alguns cotistas relacionada ao desenquadramento temporário descrito anteriormente, entendo que temos apenas 2 alternativas a seguir. A primeira é informarmos à Petrobras que, face à discordância dos cotistas, a AGE terá que seguir os 11 dias de prazo e ser realizada apenas no dia 16/8. Neste caso, os contratos de afretamento somente poderao ser assinados no dia seguinte (17/8). A outra alternativa seria buscarmos algum tipo de entendimento entre todos de modo a obtermos a citada unanimidade, manter a AGE para o dia 9/8 e a assinatura dos contratos para o dia 10/8, conforme desejo da Petrobras.

Por outro lado, apesar de entender a mencionada preocupação de alguns dos cotistas, não podemos fechar os nossos olhos para aquilo que é o foco principal da Sete Brasil hoje: construir as suas sondas dentro dos prazos e custos, para garantir as metas de retorno de todos os acionistas e cotistas da Sete Brasil. Para isso, os recursos provenientes de equity são absolutamente necessários.

Diante desse quadro geral, minha proposta seria de realizarmos a nossa próxima chamada de capital de R$ 600 milhões em duas etapas: a primeira a ser aprovada nessa próxima AGE e a segunda a ser aprovada em AGE a ser realizada em exatos 30 dias corridos, ou assim que o CADE venha a se manifestar, o que ocorrer primeiro. Essa proposta exige por parte da administração da Companhia uma nova renegociação com seus principais fornecedores, mas garante um pagamento mínimo aos mesmos. Além disso, nos concede um prazo maior (30 dias) para buscarmos outras soluções alternativas que venham ao interesse de todos.

Face à urgência do tema, gostaria do pronunciamento de todos o mais rapidamente possível através do nosso jurídico (Isabela Faria), ao mesmo tempo em que, desde já, agradeço a permanente confiança e apoio de todos.

Atenciosamente,


João C. Ferraz
Sete Brasil Participações S.A.
Diretor Presidente




Enviado via iPad