**EXHIBIT 52**

| | |
|---|---|
| **From:** | Ivan Hong <ivan.hong@gmail.com> |
| **To:** | liuyy@china-inv.cn; xudi@china-inv.cn; Kevin Corrigan; Kevin.K.Lee@morganstanley.com |
| **CC:** | luiz.reis@lakeshorepartners.com.br; fabio.cunha@setebr.com; Simone Cruz; Vinicius Dias; Fabio Kono |
| **Sent:** | 8/3/2011 7:13:30 PM |
| **Subject:** | [Sete Brasil] Rio de Janeiro Trip |

Dear All,
please find bellow the agenda for your trip to rio de janeiro.
best, ivan

## CIC & EIG – Trip to Rio de Janeiro

**Thursday**

| Time | Event | Participants | |
|---|---|---|---|
| 9:00-11:00 | Sete Brasil Presentation & Meeting with Management *Rua Humaitá, 275, Humaita, 13th Floor* | CIC, EIG, Sete, Lakeshore, SCBF | |
| 11:30-14:00 | Leave Sete Brasil to Keppel Fels | CIC, EIG, Sete, Lakeshore | |
| 14:00-16:00 | Visit to Keppel Fels Brasil Shipyard *Rio Santos Highway, Baia de Jacuecanga, Angra dos Reis* | CIC, EIG, Sete, Lakeshore | |
| 16:00-18:30 | Trip to Rio de Janeiro | | |
| 20:00-22:00 | Dinner at Fogo de Chão *Av. Nestor Moreira, s/n - Botafogo, RJ* | CIC, EIG, Sete, Lakeshore | |

**Friday**

| Time | Event | Participants | |
|---|---|---|---|
| 9:00-10:30 | Meeting with Mr. Aldo Floris *Praia de Botafogo, 228, Botafogo, RJ* | CIC, EIG, Lakeshore, Luce Drilling | |
| 11:00-12:30 | *Wrap up with Management* *Rua Humaitá, 275, Humaita, 13th Floor* | CIC, EIG, Lakeshore | |
| 12:45-14:15 | Lunch with Valia Pension Fund *TBD* | CIC, EIG, Sete, Lakeshore | |
| 14:30-16:00 | Meeting with Santander Equity Investments *Rua Humaitá, 275, Humaita, 13th Floor* | CIC, EIG, Lakeshore, Santander | |
| 17:00-22:00 | *Free* | CIC, EIG, Sete, Lakeshore | |

**Saturday**

| Time | Event | Participants | |
|---|---|---|---|
| 8:00 | Leave Caesar Park to Santos Dumont Airport | CIC, EIG, Sete, Lakeshore | |
| 9:00-9:30 | Helicopter trip to Norbe 9 Drillship | CIC, EIG, Sete, Lakeshore | |
| 10:00-12:00 | Visit to Norbe 9 Drillship | CIC, EIG, Sete, Lakeshore | |
| 12:00-12:30 | Helicopter trip to Santos Dumont Airport | | |
| 13:00 | Arrive at Caesar Park Rio de Janeiro *Avenida Vieira Souto, Ipanema, 460, RJ* | CIC, EIG, Sete, Lakeshore, Petros | |
| 13:00-22:00 | Free | CIC, EIG | |

**Lakeshore Contact Information**

Luiz Reis: +5521 8151.6309
Ivan Hong: +5511 9664.9868

**Driver Contact Information**
Thomaz Vasconcellos: +5521 9915.3644 or +5521 7841.5848

**Confidential**

**EIG00178198**
**EIG_KEP_00049096**