**EXHIBIT 53**

# LIONBRIDGE

STATE OF NEW YORK        )
                         )
                         )   ss
                         )
COUNTY OF NEW YORK       )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English of the attached document with Bates No. EIG_KEP_00075177.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 2o day of September, 20 21.

_____
JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

| | |
|---|---|
| **From:** | Denis CASTRO <denis.castro@sgcib.com> |
| **To:** | Corrigan, Kevin |
| **Sent:** | 9/27/2010 5:10:24 PM |
| **Subject:** | Petrobras & drilling rigs [C1] |
| **Attachments:** | Joao Carlos Ferraz.pdf; pic08925.jpg |

Kevin, take a look at Petrobras' recent presentation that may help you understand the new "trend" for platforms to be built in Brazil. Theoretically there is a plan A and plan B, but it seems unlikely that plan A is feasible for all units. Petrobras received a few proposals from local operators with very high prices according to the information to which I had access. If you have any questions I am at your disposal. Hope this is useful. Regards,
Denis


(See attached file: Joao Carlos Ferraz.pdf)


(Embedded image moved to file: pic08925.jpg)

************************************************************************
This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information. Any unauthorised use or dissemination is prohibited. E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified.
************************************************************************

Confidential

EIG00025561
EIG_KEP_00075177

| | |
|---|---|
| From: | Denis CASTRO <denis.castro@sgcib.com> |
| To: | Corrigan, Kevin |
| Sent: | 9/27/2010 5:10:24 PM |
| Subject: | Petrobras & drilling rigs [C1] |
| Attachments: | Joao Carlos Ferraz.pdf; pic08925.jpg |

Kevin, veja recente apresentação da Petrobras que pode ajudar a entender o novo "tender" das plataformas a serem construidas no Brasil. Teoricamente tem plano A e B, porém parece improvável que o plano A seja factível para a totalidade das unidades. A Petrobras recebeu poucas propostas de operadores locais e com preços bastante altos de acordo com informações que eu tive acesso. Qualquer dúvida estou a disposição. Espero que seja útil. Abraço, Denis

(See attached file: Joao Carlos Ferraz.pdf)

(Embedded image moved to file: pic08925.jpg)

***********************************************************************
This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information. Any unauthorised use or dissemination is prohibited. E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified.
***********************************************************************

Confidential

EIG00025561
EIG_KEP_00075177





Confidential

EIG00025563
EIG_KEP_00075179

# PETROBRAS

## AVISO

Todas as informações desta apresentação têm caráter meramente informativo, não constituindo uma oferta, convite ou solicitação de oferta de subscrição ou compra de quaisquer valores mobiliários no Brasil ou em qualquer outra jurisdição e, portanto, não deve ser utilizado como base para qualquer decisão de investimento.

## NOTICE

All information and data contained herein this presentation are merely informative, and do not constitute by any means a offer, invitation or request for an offer of subscription or acquisition of any securities in Brazil or in any other jurisdiction and, therefore, shall not be used as support for any decision for an investment.

2

Confidential

EIG00025564

EIG_KEP_00075180

# PETROBRAS



## Contents

- The Brazilian Pre Salt Province
- The Sustainability of the Drilling Activities in Brazil
- The Main Risks for the "Brazil Initiative"
- Petrobras' Strategy for implementing the Project
- Project's Main Benefits
- Final Remarks

Confidential

EIG00025565

EIG_KEP_00075181