# PETROBRAS

## Contents

- **The Brazilian Pre Salt Province**
- The Sustainability of the Drilling Activities in Brazil
- The Main Risks for the "Brazil Initiative"
- Petrobras' Strategy for Implementing the Project
- Project's Main Benefits
- Final Remarks

Confidential

EIG00025566

EIG_KEP_00075182



Confidential

EIG00025567
EIG_KEP_00075183

PETROBRAS

# Pre Salt Province

Confidential

EIG00025569

EIG_KEP_00075185