

Confidential



# PETROBRAS

## Santos Basin Pre Salt in Comparison with Campos Basin

- Considering the 6 already conceded blocks (28%), they represent 150% of Campos Basin total area

9

**Confidential**

**EIG00025571**

**EIG_KEP_00075187**



EIG00025572

EIG_KEP_00075188

# PETROBRAS

## Enhancing Reserves

Santos Pre-Salt volumes have more than doubled the existing Brazilian reserves:
considering recoverable capacity already announced + transfer of rights compensation



Confidential

EIG00025573

EIG_KEP_00075189