# PETROBRAS

## Drilling Rigs Demand (known)







- The 6 conceded blocks in the Pre Salt South Cluster area generate a long term demand of 40 drilling rigs;

- 1st set of 12 units: contracted back in 2008 and are expected to be delivery up to 2012;

- 28 remaining units: to be built in Brazil, and will be delivery from 2013 through 2018.

17

**EIG00025579**

**EIG_KEP_00075195**



# PETROBRAS

## New areas in Pre Salt - Transfer of Rights with Compensation



- After Petrobras started its recent program for contracting new drilling rigs (2008 and 2009) new areas in Pre Salt South Cluster have been added to Petrobras' portfolio;

- These new areas (Transfer of Rights with Compensation) mount approx. 3,900 km$^2$, or almost 10% of the already conceded area in Pre Salt;

- For these new blocks, Petrobras is the sole concessionaire.

18

EIG00025580

EIG_KEP_00075196



**Confidential**

# PETROBRAS

## Main Risks and Challenges

Being a new industry, the rigs pioneer construction in Brazil must be preceded by careful assessment of all associated risks and include a package of mitigation factors:

### Credit Risk

- Intensive capital activity, there will be a great challenge for raising a massive volume of funds (equity and debt), ballasted with the charter contracts receivables

### Shortfall of Revenues

- The final quality of the rigs and the Operator performance will be fundamental for guaranteeing the cash generation for repaying all obligations

### Charter Daily Rates

- All Charter and Services Daily Rates must be within international market parameters, otherwise no rig will be selected and contracted

### Guarantees

- The guarantees package quality will mandatory for financing the project and its feasibility: DSCR, FGCN, Reserve Accounts, Portfolio Finance, Renewal and Performance Funds, etc.

### Technological Risk

- This is associated with the pioneer construction in Brazil, and must be mitigated to avoid difficulties with the construction process and the final quality of the rigs

### Delay and Cost Overrun

- The pioneer construction in Brazilian shipyards may lead to a loss of productivity, delays and higher costs. Mitigation: use of a proven wide accepted design, association with experienced contractors and FGCN

Financeability

Performance

Construction

Pre Salt Drilling Rigs

Economic Feasibility

20

Confidential

EIG00025582

EIG_KEP_00075198