# PETROBRAS



## Main Players Objectives - Petrobras and Brazilian Government

All Players were identified and their main objectives identified to be satisfied

**PETROBRAS**
- To ensure the availability of its demand for drilling rigs for Pre Salt application, minimizing charter costs and associated risks

**GOVERNMENT**
- To make use of Petrobras' huge drilling rigs orders for promoting the creation of a new, modern and competitive naval industry in Brazil

25

# PETROBRAS

## Benefits to Project Potential Players



- Downward interest rates scenario in Brazil provides the required incentive for Brazilian investors to evaluate new business opportunities
- Opportunity to participate in projects that may provide higher expectation of ROCE
- Explore "new business opportunities" together with Petrobras
- Brazilian Pension Funds become natural and important investors targets

- Natural interest in this business niche
- Although interest maybe high, involved risks may impair their participation, which can be resolved by Petrobras' structure and strategy
- Some have limited capacity to develop a large number of project simultaneously
- Unique opportunity to participate in multiple projects in one shot
- Brazilian local operators, whereas experience proof and reliable, become natural targets
- Other international reliable operators may also participate

- BNDES will have an important and leading role for financing rigs construction, taking most of the long term debt;
- FGCN will reduce the construction risks perception and may enhance a higher interest from other potential financing entities, including ECAs;
- PRE SALT is attracting global recognition and calling attention from local and international financial investors and debt providers;
- Extra interest from other potential investors → to participate together with Petrobras in the creation of a new business niche

26

Confidential

EIG00025588
EIG_KEP_00075204

# PETROBRAS

## The Basic Structure for Each Drilling Unit

```
       Financial                              Strategic
       Investors  ➡  Shareholders  ⬅         Investor
                                                 ▲
       Majority of                 Minority of    │
        Shares                      Shares        │
                                                  │ Service
                                                  │ Contract
  Foreign Lenders                                 │
                    Financing      SPC      Charter
                       →         (Owner)  ⬅ Contract  BR
  Local Lenders
                         │              │
                Guarantee│              │ Rig
                Contract │              │ Construction
                         ▼              ▼ Contract
                       FGCN          Shipyard
                         ↑              │
                         └──────────────┘
                    Performance Insurance Contract
```

Confidential

EIG00025589
EIG_KEP_00075205

# PETROBRAS

## Operators Revenues

**Each of the selected Operators will have the right for 2 different flow of revenues:**

(1) Share of dividends generated by charter rates flows, as Owner Company shareholder

(2) 100% of the Services Contract Daily Rates



28

Confidential

EIG00025590

EIG_KEP_00075206