# PETROBRAS

## Charter Daily Rates Determination – Finance Model

- Petrobras' finance model determines what should be the minimum charter daily rates resulting out of a given drilling rig construction cost, so that there will be always enough revenue to cover all obligations and expenses, above an additional margin: the Debt Services Covered Ratio (DSCR), including:
    - Senior Debt Service repayment
    - Shareholders return (ROCE)
    - Administrative costs
    - Construction works management costs
    - Taxes
    - Funding of the Performance and Renewal Funds
    - Drilling Rig Operation expenses (plus Operator margin)
    - Rig insurances
    - Spare Parts
    - Others

29

Confidential

EIG00025591

EIG_KEP_00075207

# PETROBRAS

## Project Strategy Timeline

**Step 1**
- BR
- Company (Owner)
- Financial Investors

**Step 2**
- Insurance → FGCN
- Financing → Debt Holders
- Construction → Shipyard
- Charter & Services → BR

**Step 3**
- Strategic Partner (Operator)

**Step 4**
- Strategic Partner (Operator)

| Step 1 | Step 2 | Step 3 | Step 4 |
|---|---|---|---|
| Petrobras & Financial Investors establish the Company | All contracts are executed:<br>• Charter & Services<br>• Rigs Construction<br>• Financing<br>• Construction Insurance | Upon delivery of the rigs, Petrobras will transfer all of its rights & obligations to a selected Operator | Upon termination of Charter Contract Term, "Operator" may acquire shares owned by Financial Investors |

30

Confidential

EIG00025592

EIG_KEP_00075208



# PETROBRAS

## Contents

- The Brazilian Pre Salt Province
- The Sustainability of the Drilling Activities in Brazil
- The Main Risks for the "Brazil Initiative"
- Petrobras' Strategy for implementing the Project
- **Project's Main Benefits**
- Final Remarks

Confidential

EIG00025593

EIG_KEP_00075209

# PETROBRAS

## Main benefits brought by the Finance Structure

| Benefits | Petrobras | Federal Govern | Investor | Operator |
|---|---|---|---|---|
| Feasibility for the rigs construction in Brazil, stimulating the creation of a new, modern and competitive naval construction in the Country | ✓ | ✓ | | |
| Availability for Petrobras of new and up to date drilling rigs with charter daily rates aligned to market prices | ✓ | | ✓ | ✓ |
| Non recourse structure to any shareholder (Petrobras, Finance Investors and Operators) | ✓ | | ✓ | ✓ |
| Low flow of disbursements for any shareholder (Petrobras, Finance Investors and Operators) | ✓ | | ✓ | ✓ |
| Long term charter contracts with a preferential right to purchase finance investors shares at the end of the charter term (by Operator) | | | | ✓ |
| Traditional and reliable operators will participate to use their experience in favor of the Project | ✓ | | | ✓ |
| Offshore Deepwater Drilling Operations will be fast developed in Brazil, creating a competitive, sound and sustainable new market in the Country | ✓ | ✓ | ✓ | ✓ |

Confidential

EIG00025594

EIG_KEP_00075210