# PETROBRAS

## Contents

- The Brazilian Pre Salt Province
- The Sustainability of the Drilling Activities in Brazil
- The Main Risks for the "Brazil Initiative"
- Petrobras' Strategy for implementing the Project
- Project's Main Benefits
- **Final Remarks**

Confidential

EIG00025595

EIG_KEP_00075211



# Final Remarks

- Oil Industry is definitively moving to Brazil;

- Brazilian Authorities' requirements indicate an upward trend for Brazilian goods and services participation, in almost all applications;

- In some cases, standard ways of doing and implementing businesses may not be so effective for overcoming the new challenges;

- But it is possible to achieve feasibility and even to increase profitability in such scenarios of drastic changes;

- Petrobras would like to invite all players to join us in finding solutions for existing and new challenges, using know-how, experience and creativity.

- One may say that the new environment would impair their business. Well, could be ...

- But we strongly believe that it is always possible to make a tasteful and refreshing lemonade from a bitter lemon...

34

Confidential

EIG00025596

EIG_KEP_00075212

