| | |
|---|---|
| Arbitragem | significa o mecanismo para resolução de conflitos, a ser conduzido e administrado pelo Centro de Arbitragem e Mediação da Câmara de Comércio Brasil-Canadá ("CCBC"), de acordo com o Regulamento de Arbitragem da Câmara de Comércio Brasil-Canadá em vigor à época do procedimento arbitral, bem como de acordo com os termos da Lei nº. 9.307, de 23 de setembro de 1996. |
| Árbitros | significa cada um dos membros do Tribunal Arbitral. |
| Câmara de Comércio Brasil-Canadá ou CCBC | significa o Centro de Arbitragem e Mediação da Câmara de Comércio Brasil-Canadá. |
| Capital Próprio | significa o capital próprio para implementação do Projeto, nos termos da Cláusula 6.1 do Acordo de Investimento. |
| Capital Total | significa o capital social total da Sete Brasil, nos termos da Cláusula 3.1 do Acordo de Acionistas. |
| Chamada(s) de Capital | significa cada uma das chamadas de capital a serem realizadas pelo Conselho de Administração da Sete Brasil aos seus Acionistas, nos termos da Cláusula 3.2 do Acordo de Acionistas. |
| Comissão de Arbitragem | significa o colegiado de membros responsáveis pela Arbitragem. |
| Comitê de Investimento | significa o Comitê de Investimento do FIP Sondas. |
| Companhia | Significa Sete Brasil Participações S.A. |
| Companhias Investidas | significa a Sete International e cada uma das SPEs do Projeto, de acordo com a Cláusula 7.1 deste Acordo de Investimento. |
| Compensação por Baixo Desempenho | significa o ressarcimento de valores à SPE, nos termos da Cláusula 7.5 deste Acordo de Investimento. |
| Conflito | Significa qualquer disputa, conflito, assunto ou discrepância de qualquer natureza relacionados à (i) existência e/ou exercício de qualquer direito decorrente do Acordo de Investimento, do Acordo de Acionistas ou do Acordo de Quotistas, conforme o caso; e/ou (ii) existência e/ou ocorrência de quaisquer danos decorrentes da inobservância de qualquer obrigação prevista no Acordo de Investimento, do Acordo de Acionistas ou do Acordo de Quotistas, conforme o caso; e/ou (iii) interpretação dos termos e condições do Acordo de Investimento, do Acordo de Acionistas ou do Acordo de Quotistas, conforme o caso. |
| Conta Reserva de Eventualidades ou CRE | significa a conta de titularidade da Sete International que deverá ser estabelecida nos termos da Cláusula 8.4 deste Acordo de Investimento. |
| Contratos de Afretamento | significa cada um dos contratos a serem celebrados entre cada uma das SPEs e a Petrobras e/ou qualquer terceiro para o afretamento das Sondas. |
| Contratos de Construção ou Contratos de EPC | significa os contratos a serem celebrados entre cada uma das SPEs e Estaleiro Atlântico Sul para a construção das Sondas do Primeiro Sistema, bem como quaisquer outros que venham a ser celebrados pelas SPEs para a construção das Sondas do Projeto. |

36











Confidential

EIG00243742

EIG_KEP_00110529

| Termo | Definição |
|---|---|
| Contratos de Manutenção de Ativo | significa quaisquer contratos de manutenção de Sondas, seus equipamentos e acessórios, a serem celebrados entre cada uma das SPEs e o respectivo Operador Especializado de cada Sonda. |
| Contratos de Prestação de Serviços | significa os contratos para prestação de serviços de operação das Sondas a serem celebrados entre a Petrobras e cada um dos Operadores Especializados. |
| Controlada(s) | significa qualquer sociedade, *joint venture*, consórcio ou outra forma de organização societária na qual a Companhia detenha o Controle, individual ou compartilhado com terceiros, incluindo, sem limitação, a Sete International e quaisquer sociedades de propósito específico, localizadas na Holanda, constituídas exclusivamente para contratarem a construção, serem proprietárias e afretarem sondas de perfuração para a Petrobras ou suas Afiliadas (as "SPEs"), tendo o termo "Controle" o significado que lhe é atribuído pelo artigo 116 da Lei das Sociedades por Ações. |
| Controle | tem o significado que lhe é atribuído pelo artigo 116 da Lei das Sociedades por Ações. |
| Cronograma de Aportes | significa o cronograma de aportes mencionado no Plano de Negócios. |
| Cronograma de Integralização | significa o cronograma aprovado pelo Conselho de Administração da Sete Brasil para a integralização do capital subscrito. |
| Dia Útil | significa qualquer dia que não seja sábado ou domingo ou outro dia em que os bancos estejam autorizados a fechar na cidade do Rio de Janeiro, Estado do Rio de Janeiro e na Cidade de São Paulo, Estado de São Paulo. |
| Direito de Preferência | significa o direito de preferência que assiste aos Quotistas na aquisição de Quotas do FIP Sondas, bem como o direito de preferência dos Acionistas na aquisição de ações da Sete Brasil. |
| Dívida Sênior | significa qualquer dívida sênior a ser contratada pelas SPEs para o financiamento da construção das Sondas. |
| EFPC | significa qualquer entidade fechada de previdência complementar, as quais têm por objetivo principal instituir e executar planos de benefícios de caráter previdenciário, na forma da lei Complementar nº 109/01. |
| FGCN | significa o Fundo Garantidor da Construção Naval. |
| Financiamentos | significa os financiamentos de curto e longo prazo necessários para a implementação do Projeto. |
| FIP Sondas | significa o Fundo de Investimento em Participações Sondas, constituído sob a forma de condomínio fechado, nos termos da instrução nº 391, da Comissão de Valores Mobiliários com o CNPJ/MF sob o nº 12.396.426/0001-95, destinado, exclusivamente, à aquisição de ações de emissão da Sete Brasil. |
| Fundo de Performance | significa o Fundo formado nos termos da Cláusula 8.2 deste Acordo de Investimento. |
| Fundo de Renovação | significa o fundo criado nos termos da Cláusula 8.3 deste Acordo de Investimento. |







Confidential

EIG00243743

EIG_KEP_00110530

| | |
|---|---|
| Grupo Econômico | Significa o grupo de sociedades que se encontram direta ou indiretamente sob o mesmo controle acionário incluindo sociedades controladoras (ou integrantes de grupo de controle), controladas e coligadas. Ainda, serão considerados como pertencentes ao grupo econômico de um determinado Acionista/Quotista os fundos de investimento que sejam geridos de forma discricionária por tal Acionista/Quotista, ou por qualquer Afiliada do referido Acionista/Quotista. As EFPC e suas respectivas patrocinadoras não serão consideradas integrantes do mesmo grupo econômico. |
| IPCA | significa o Índice Nacional de Preços ao Consumidor Amplo. |
| IPO | significa uma Oferta Pública Inicial de Ações. |
| Lei de Arbitragem | significa a Lei Federal nº 9.307, de 23 de setembro de 1996. |
| Limite de Participação | tem o significado previsto na Cláusula 7.3 do Acordo de Quotistas. |
| Lista de Empresas Pré-Selecionadas | significa a lista de empresas com potencial para se tornarem Operadores Especializados, que inclui as seguintes empresas: 1. Atwood Oceanics, Inc.; 2. Odebrecht Óleo &Gas Ltda.; 3. Brasdril Sociedade de Perfurações Ltda.; 4. Dolphin Drilling Ltd.; 5. Ensco International Inc.; 6. Etesco Construções e Comércio Ltda.; 7. Frontier Drilling do Brasil Ltda.; 8. Maersk Brasil Brasmar Ltda.; 9. Noble do Brasil S/C Ltda.; 10. Ocean Rig ASA; 11. Odfjell Drilling AS; 12. Pacific Drilling; 13. Petroserv S.A; 14. Pride do Brasil Serviços de Petróleo Ltda; 15. Queiroz Galvão Óleo e Gás S.A.; 16. Saipem do Brasil Ltda.; 17. Seadrill Ltd.; 18. Sevan Marine do Brasil Ltda.; 19. Transocean Brasil Ltda.; e 20. Vantage Drilling Co. |
| Mudança Material Adversa | significa a ocorrência de qualquer evento ou condição de qualquer natureza, que tenha, direta ou indiretamente, um efeito adverso relevante no Projeto ou na capacidade do Operador Especializado, suas controladoras ou controladas de cumprir suas obrigações contraídas nos termos do contrato de compra e venda de ações da SPE a ser assinado entre a Petrobras (direta ou indiretamente) e o Operador Especializado ("<u>Contrato de Compra e Venda de Ações da SPE</u>"), do Contrato de Prestação de Serviços, Contrato de Manutenção de Ativo, acordos de acionistas das SPEs ou de qualquer outro documento do Projeto, ou que, ainda, direta ou indiretamente, esteja em litígio judicial ou apresente inadimplemento em relação à qualquer Quotista do FIP Sondas. |
| Notificação de Conflito | significa a notificação emitida por uma Parte à outra demonstrando a intenção de iniciar o procedimento de Arbitragem. |
| Novas Ações | significa quaisquer novas ações de emissão da Companhia. |
| Novas Quotas | significa quaisquer novas quotas de emissão do FIP Sondas. |
| Novo(s) Investimento(s) | tem o significado previsto no item (A) dos *Considerandos* deste Acordo de Investimento. |
| Novo Mercado | significa o segmento especial de listagem do novo mercado da |



38


Confidential

EIG00243744

EIG_KEP_00110531

| | |
|---|---|
| | BM&FBOVESPA S.A. - Bolsa de Valores, Mercadorias e Futuros. |
| Novos Sistemas | significa uma referência conjunta aos novos sistemas de Sondas a serem construídas pelas subsidiárias da Sete Brasil, para a implementação do Projeto. |
| Oferta Secundária | significa a oferta pública de ações secundária da Sete Brasil. |
| Ônus (e suas variações) | significa todos e quaisquer gravames, ônus, direitos de retenção, direitos reais de garantia, encargos, penhoras, opções, usufruto, cláusulas restritivas, direitos de preferência e quaisquer outros direitos ou reivindicações similares de qualquer natureza relacionados a tais direitos. |
| Operadores Especializados | significa cada uma das empresas e suas Afiliadas que assumirão a operação das Sondas. |
| Parte(s) Relacionada(s) | significa (i) em relação a uma Pessoa (que não uma pessoa física), qualquer de suas Afiliadas ou seus respectivos acionistas/quotistas, empregados, agentes, representantes, comissários, parceiros e/ou administradores, e (ii) em relação a uma pessoa física, (a) seus ascendentes e descendentes em linha direta, cônjuge e/ou parentes de 1º a 4º graus, ou (b) qualquer de suas Afiliadas ou Afiliadas das pessoas indicadas na letra "(a)" acima e os respectivos acionistas/quotistas, empregados, agentes, representantes, comissários, parceiros e/ou administradores de todas estas Afiliadas. |
| Pessoa(s) | significa qualquer pessoa física, jurídica ou entidade não personificada, incluindo, mas sem limitação, sociedades de qualquer tipo, de fato ou de direito, consórcio, parceria, associação, *joint venture*, fundos de investimento e universalidade de direitos. |
| Petrobras | significa Petróleo Brasileiro S.A.- Petrobras |
| Plano de Negócios | significa o Plano de Negócios da Sete Brasil, conforme alterado de tempos em tempos. |
| PNBV | significa a Petrobras Netherlands B.V. |
| Potencial Comprador | significa qualquer interessado em adquirir as Quotas do FIP Sondas ou as Ações da Sete Brasil, conforme o caso. |
| Primeira Integralização de Ações | Significa a integralização de ações realizada pelos Acionistas conforme aumento de capital social deliberado na Assembleia Geral de Acionistas da Companhia realizada em 1 de abril de 2011, às 10 horas, ao preço de emissão de R$1,00 (um real) por ação. |
| Primeira Integralização de Quotas | Significa a integralização de realizada pelos Quotistas, ao preço de emissão de R$1,00 (um real) por quota. |
| Primeiro Sistema | significa a primeira etapa de implementação do Projeto, que contempla construção de 7 (sete) Sondas. |
| Projeto | significa o projeto para a disponibilização de até 28 (vinte e oito) Sondas de perfuração com capacidade plena de operação, principalmente no pré-sal brasileiro a serem afretadas pela Petrobras. |

39






Confidential

EIG00243745
EIG_KEP_00110532

| | |
|---|---|
| Quotas | significa cada uma das quotas do FIP Sondas. |
| Quotista Inadimplente | significa o Quotista que não integralizar as quotas nos termos da Cláusula 3.6 deste Acordo de Investimento. |
| Quotistas | significa os Quotistas Originais e qualquer parte que venha a se tornar quotista do FIP Sondas. |
| Quotistas Originais | significa o Banco BTG Pactual S.A, Santander Participações S.A., a Caixa de Previdência dos Funcionários do Banco do Brasil – Previ, a Fundação dos Economiários Federais – Funcef, a Fundação Petrobras de Seguridade Social – Petros, a Fundação Vale do Rio Doce de Seguridade Social – Valia, a Lakeshore Financial Partners Participações Ltda., o Strong Fundo de Investimento em Cotas de Fundos de Investimento Multimercado e a Petróleo Brasileiro S.A. – Petrobras, referidos em conjunto. |
| Regulamento | significa o regulamento do FIP Sondas. |
| Saldo do Fundo de Performance | significa o valor mencionado na Cláusula 8.2.4 deste Acordo de Investimento. |
| Saldo do Fundo de Renovação | significa o valor mencionado na Cláusula 8.3.3 deste Acordo de Investimento. |
| Sete Brasil | significaa Sete Brasil Participações S.A. |
| Sete International | significa a Sete International GMBH, localizada em Viena, na Áustria, com endereço em Gierstergasse 6, 1120, registrada no Registro Comercial da Corte Comercial de Viena sob o no FN 348664 t. |
| Sondas | siguifica as sondas de perfuração especializadas para exploração e produção de petróleo e gás a serem construídas para a implementação do Projeto. |
| SPEs | significa as Sociedades de Propósito Específico, localizadas na Holanda e constituídas exclusivamente para contratarem a construção, serem proprietárias e afretarem as Sondas. |
| Transferência (e suas variações) | significa a venda, compromisso de venda, alienação, gravame, cessão, direito de posse, concessão de opção de compra ou venda, troca, aporte ao capital social de outra sociedade, transferência ou qualquer outra forma de perda da propriedade, direta ou indiretamente, incluindo, mas sem limitação, por meio de reorganizações societárias, de qualquer uma das ações detidas, direta ou indiretamente, em qualquer ocasião, pelos Acionistas, bem como dos direitos atribuídos a tais ações. |
| Transferências Permitidas | significa (i) transferências entre Acionistas e (ii) as transferências realizadas entre sociedades ou veículos de investimento pertencentes ao mesmo Grupo Econômico do Acionista alienante. |
| Tribunal Arbitral | significa o tribunal arbitral nos termos da Cláusula 13.12.2 desteAcordo de Investimento. |








40


Confidential

EIG00243746

EIG_KEP_00110533

# ANEXO 3.3

## ACORDO DE QUOTISTAS



41

Confidential

EIG00243747
EIG_KEP_00110534

ANEXO 7.4

CLÁUSULAS DO CONTRATO DE MANUTENÇÃO DE ATIVOS

"O OPERADOR será responsável perante a SPE pelo pagamento do valor que esta for responsabilizada em decorrência de qualquer Falha do Operador ou não observância das obrigações previstas neste CONTRATO, nos termos dos CONTRATOS PETROBRAS.

Será garantido à SPE e a SETE INTERNATIONAL o direito de regresso em face do OPERADOR no caso (i) da SPE ou da SETE INTERNATIONAL vier a ser obrigada a reparar eventual dano a terceiros ou à PETROBRAS relacionado à importação, operação ou manutenção da UNIDADE, incluindo, mas não se limitando a, danos relacionados a rescisão originada pelo OPERADOR ou ao vazamento de petróleo, óleos e outros resíduos no mar, inclusive dentro do limite de US$ 1.000.000,00 (um milhão de dólares norte-americanos) imposto à SPE nos termos do CONTRATO DE AFRETAMENTO; e (ii) de qualquer redução, desconsideração ou supressão do benefício fiscal existente na importação da UNIDADE. Será objeto de regresso o que efetivamente o terceiro ou a Petrobras vier a obter em juízo ou fora dele, acrescido de todos os dispêndios envolvidos, tais como, custas judiciais, honorários advocatícios, custos extrajudiciais, dentre outros."

Onde:

UNIDADE: significa a Sonda de propriedade da SPE e afretada à Petrobras, suas afiliadas ou a qualquer empresa que atue no setor de petróleo.

CONTRATOS PETROBRAS: significa uma referência conjunta ao Contrato de Afretamento da UNIDADE e ao Contrato de Prestação de Serviços de Operação da UNIDADE.

OPERADOR: significa o OPERADOR ESPECIALIZADO e/ou a PNBV, na qualidade de OPERADOR ESPECIALIZADO.





42