**EXHIBIT 56**

| | |
|---|---|
| From: | Blair Thomas <Blair.Thomas@eigpartners.com> |
| To: | Kevin Corrigan |
| CC: | Randall Wade; Kurt Talbot; Simon Hayden; Hoshrav Patel; Kevin Lowder |
| Sent: | 7/30/2012 8:34:59 PM |
| Subject: | RE: Sete Allocation |

Outstanding result and very nice job by the team.

R. Blair Thomas > Chief Executive Officer > blair.thomas@eigpartners.com
1700 Pennsylvania Ave. NW > Suite 800 > Washington, DC 20006 > (o) 202.600.3301 > (f) 202.600.3401

**From:** Kevin Corrigan
**Sent:** Monday, July 30, 2012 7:13 PM
**To:** Blair Thomas
**Cc:** Randall Wade; Kurt Talbot; Simon Hayden; Hoshrav Patel; Kevin Lowder
**Subject:** Sete Allocation

In the end, we obtained an allocation of BRL 514.459.990,00. The "gap" was created by Bradesco deciding to stay at its original BRL 250 MM, Santander then deciding to only double its allocation to BRL 500 MM, thereby leaving BRL 1.25 billion to be split among BTG Pactual (which will go to 30%), Aldo Floris and EIG. Luiz claims all the shareholders, including BTG Pactual, are happy to have a foreign investor like us in the ownership structure.



Kevin Corrigan > Senior Vice President > kevin.corrigan@eigpartners.com
1700 Pennsylvania Ave. NW > Suite 800 > Washington, DC 20006 > (o) 202.600.3306 > (f) 202.600.3406

Confidential