# EXHIBIT 63

| | |
|---|---|
| **Message** | |
| From: | Broadcast GCC [KCL-GCC] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BROADCAST GCC [KCL-GCC]] |
| Sent: | 12/4/2012 5:47:02 PM |
| To: | All [all.sg@keppellog.com]; DL-KCLCN-All Users [all@kepcorp.com.cn]; DL-KFMPT-All Users [all@kfelsmumbai.com]; DL-K1-All Users [all@k1ventures.com]; DL-KPM-All Users [all@keppelsingmarinephils.com]; DL-BOF-All Users [all@bintanoffshore.com]; DL-KFELSShenZhen All Users [all@kfelsshenzhen.com]; DL-MTDPL-All Users [all@mtdpl.com]; DL-KOMHU-All Users [all@kmaihouston.com]; DL-KTT-All Users [all@keppeltt.com.sg]; DL-KSM-All Users [all@keppelsingmarine.com]; DL-KSL-All Users [all@keppelshipyard.com]; DL-KOM-All Users [all@keppelom.com]; DL-KOMUSA-All Users [all@keppelom-usa.com]; DL-KNT-All users [all@keppelnantong.com]; DL-KFE-All Users [all@keppelfels.com]; DL-KCOM-All Users [all@keppelcomms.com.sg]; DL-KCLKB-All Users [all@kepcorp.com]; All [All_KMC@keppelenergy.com]; All [All_Keppelenergy@keppelenergy.com]; DL-KTCMY-KOMTECH All Users [dl-ktcmy-komtechallusers@kom.keppelgroup.com]; DL-KIE-ALL USERS WORLDWIDE [dl-kie-allusersworldwide@kie.com.sg]; All [all-kepLandGroup@keppelland.com]; DL-KSMBR-All Users [all@keppelsingmarinebr.com] |
| Subject: | Media Release: Keppel to build five DSSTM 38E semis for US$4.12 billion for Sete Brasil |

*Singapore, 12 April 2012* - Keppel Offshore & Marine Ltd (Keppel O&M), through its subsidiaries, Keppel FELS Brasil S.A. and Estaleiro BrasFELS Ltda, has signed a Letter of Intent (LOI) with Sete Brasil Participações S.A. (Sete Brasil), for the design and construction of five additional semisubmersible (semi) drilling rigs based on Keppel's proprietary DSS™ 38E design.

The aim of the LOI is to facilitate Keppel O&M's preparation work on these potential projects, pending the signing of the final construction contracts. The total value of the contracts, if and when successfully agreed and executed between Keppel O&M and Sete Brasil, will be approximately US$4.12 billion.

You can access the press release at :

http://www.kepcorp.com/en/news_item.aspx?sid=3296

For further information, please contact:

**Media**
Roy Tan
Manager
Group Corporate Communications
Keppel Corporation Limited
Tel: (65) 6413 6421
Email: roy.tan@kepcorp.com

**Investor Relations**
Chua Ying Ying
Assistant General Manager
Group Corporate Communications
Keppel Corporation Limited
Tel: (65) 6413 6295
Email: yingying.chua@kepcorp.com

---

For further assistance, please contact:
Angeline Toh - 6413 6291 / angeline.toh@kepcorp.com

---

To unsubscribe, pls click on keppelgroup@kepcorp.com <Enter Subject: Unsubscribe>

Confidential                                                                                                                                                                                                                           KEPPEL00005616

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

Confidential
KEPPEL00005617