# EXHIBIT 64

**Message**

| | |
|---|---|
| **From:** | Keith TEO [KFE-MKT] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KEITH.TEO] |
| **Sent:** | 12/2/2014 7:27:25 PM |
| **To:** | TONG Chong Heong [KOM-SA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Chongheong.tong]; CHOW Yew Yuen [KOM-CEO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YewYuen.CHOW11]; TAN Leong Peng [KFE-ENGRG] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Leongpeng.tan1]; Yan Naing MYINT [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yan] |
| **CC:** | WONG Kok Seng [KFE-MD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KokSeng.Wong]; Damien NG Seng Wai [KFE-MKT] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Damien.Ng1] |
| **Subject:** | FW: Petrobras/SeteBrasil Visit on 13th Feb (Thursday) |

fyi

---

**From:** Thomson TNG [KSL-COM]
**Sent:** Wednesday, February 12, 2014 3:44 PM
**To:** Keith TEO [KFE-MKT]
**Cc:** Michael CHIA [KOM-MD]; CHOR How Jat [KSL-MD]; Louis CHOW [KSL-COM]; Jamin MOHAMAD [KSL-COM]; Vett F RAMOS [KSL-MKT]
**Subject:** RE: Petrobras/SeteBrasil Visit on 13th Feb (Thursday)

Dear Keith

Thanks for the updates.

For your info, Bumi Armada will be bringing the following Petrobras personnel on 15-Feb at 0930hr. They will also be visiting FPSO Armada Claire.

| No. | Name | Company | Designation |
|---|---|---|---|
| 1 | Jose Antonio de Figueiredo | PETROBRAS | Executive Manager |
| 2 | Gustavo Adolfo Villela de Castro | PETROBRAS | Gen. Manager |
| 3 | Leonardo Vilain Joao | PETROBRAS | Consultant |
| 4 | Fernando Pedrosa Guedes | PETROBRAS | TBA |
| 5 | Marco Tulio Pereira Machado | PETROBRAS | TBA |
| 6 | Roberto Chedid | BRASTECH | Executive Director |

Their programme will be as follows:

- 0930hr: Arrival at Keppel Shipyard
- 0930hr to 1230hr: Safety Induction / Corporate Presentation
- 1230hr to 1330hr: Lunch at Keppel Shipyard
- 1330hr to 1430hr: Meeting
- 1430hr to 1530hr: Vessel Visit on Armada Claire
- 1600hr: Return to hotel

Thks
Thomson

---

**From:** Keith TEO [KFE-MKT]
**Sent:** Wednesday, February 12, 2014 2:12 PM

**To:** Louis CHOW [KSL-COM]; Thomson TNG [KSL-COM]
**Subject:** FW: Petrobras/SeteBrasil Visit on 13th Feb (Thursday)

fyi

---

**From:** Yan Naing MYINT [KFE-PJM]
**Sent:** Tuesday, February 11, 2014 6:01 PM
**To:** TONG Chong Heong [KOM-SA]; CHOW Yew Yuen [KOM-CEO]; WONG Kok Seng [KFE-MD]; Aziz Amirali MERCHANT [KFE-ED]; ONG Leng Yeow [KFE-ENGRG]; Mohd Sahlan Bin Salleh [KFE-PROD]; WONG Fook Seng [KFE-PROD]; Ah Cheng LIM [KFE-COM]; Keith TEO [KFE-MKT]; TAN Leong Peng [KFE-ENGRG]; Sebastian TAN SC [KFE-PJM]; Jansen CHUA [KFE-PJM]; Bruno NG Wei Ming [KFE-PROD]
**Cc:** FOONG Han Oi [KOM-EM]; Carol NG [KOM-EM]; Janna LOW [KOM-EM]; Pit Yong FOO [KFE-PJM]; Rosalind GOH [KFE-EM]; Emily TAN Lai Shie [KFE-EM]; Cheryl FONG [KFE-PROD]; Azy Azizah SANURI [KFE-MKT]; Evon TEH Lee Wah [KFE-ENGRG]
**Subject:** Petrobras/SeteBrasil Visit on 13th Feb (Thursday)

Dear all,

Please find the final confirmed details for upcoming Petrobras visit/HOA. Sorry for the late details as it just been received from Petrobras.

Date : 13 February 2014, Thursday

Attendees from Petrobras/SeteBrasil

Mr. Jose Antonio de Figueiredo - Director
Mrs. Regina Osorio - Setebrasil – Executive Manager
Mr. Marco Tulio Pereira Machado - Executive Manager
Mr. Reginaldo Sarcinelli Filho - GM (DRU's Project)
Mrs. Marina Fachetti - GM (Replicantes Project)
Mr. Yves Borges - PJM (Keppel DRU)
Mr. Douglas Papera - Site Manager (Keppel DRU)
Mr. Fernando Pedrosa Guedes - Project Management Support Manager
Mr. João Carlos Loss - Petrobras Integration Manager

Programme

0800-0845 Transport from Orchard Hotel to KFELS
0845-0900 Welcome & Safety Briefing
0900-1130 Yard Tour
1130-1230 Lunch (KOM Tower)
1230-1400 Presentation : DRU
1400-1530 Presentation : Replicantes
1530-1630 Transport from KFELS to Orchard Hotel

Dinner

17th February 2014 Monday @7pm

Pit Yong will liaise with respective secretary for availability/attendances so we can finalize our detailed program.

Best regards

---

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be

advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

Confidential

KEPPEL00006072