**EXHIBIT 65**

Message

**From:** zwi@eaglebr.com.br [zwi@eaglebr.com.br]
**Sent:** 16/3/2012 11:32:08 PM
**To:** Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]; Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam]
**Subject:** Fw: ENC: visit to Brasfel
**Attachments:** foto.jpg

FYI
Zwi
Sent via my BlackBerry® device from Claro

---

**From:** Isabela Faria <isabela.faria@setebr.com>
**Date:** Fri, 16 Mar 2012 20:27:24 -0300
**To:** <zwi@eaglebr.com.br>
**Subject:** ENC: visit to Brasfel

Abs

---

**De:** Isabela Faria [mailto:isabela.faria@setebr.com]
**Enviada em:** sexta-feira, 16 de março de 2012 19:44
**Para:** 'Tommy SAM'; 'CRISTIANO BABA'
**Cc:** Fabio Cunha; 'GILBERTO ISRAEL'; 'EDMUNDO SANTOS'; 'Kai Choong KWOK'; 'CARLA SHIMABUKURO'; 'LUIZ CAETANO'; 'TT LOW'; 'BRUNO NG'
**Assunto:** RES: visit to Brasfel

Tommy,
This email is to thank Brasfel team for the visit of today. It was very interesting for all us. We really appreciate the hospitality.
Best regards,
Isabela Faria

PS: a picture of all of us in the yard.

---

**De:** Tommy SAM [mailto:tommy.sam@keppelfels.com]
**Enviada em:** sexta-feira, 9 de março de 2012 17:00
**Para:** Isabela Faria; CRISTIANO BABA
**Cc:** fabio.cunha@setebr.com; Adriano Fagundes; GILBERTO ISRAEL; EDMUNDO SANTOS; Kai Choong KWOK; CARLA SHIMABUKURO; LUIZ CAETANO; TT LOW; BRUNO NG
**Assunto:** RE: visit to Brasfel

Dear Isabela,

It is our pleasure to host the visit of your Fiscal Counsel on 16 March 2012.

Our Gilberto Israel (Commercial Director) and Edmundo Santos (Operation Director) will welcome your colleagues in our Yard.

We propose the following program:

10am Arrival and Presentation

11am Yard Tour

12.30 Lunch at VIP Restaurant.

Carla, who is in copy, will provide all assistance and arrangement for the visit

Meanwhile, please furnish us the names, sizes of shirts and shoes for us to prepare the safety uniforms and shoes.

Thank you and please let us know whether the arrangement is ok.

Rgds,

Tommy

---

**From:** Isabela Faria [mailto:isabela.faria@setebr.com]
**Sent:** Thursday, March 08, 2012 8:17 PM
**To:** Tommy SAM; CRISTIANO BABA
**Cc:** fabio.cunha@setebr.com; Adriano Fagundes
**Subject:** visit to Brasfel

Dear Tommy and Cristiano:

Further to our meeting today, could you please kindly let us know what dates can we organize a visit to the shipyard with our Fiscal Counsel (a group of 10 people at most)?

Many thanks
Isabela

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

Confidential
KEPPEL00076346

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

Confidential                                                                                                                    KEPPEL00076347