# EXHIBIT 66



## Good connections

On September 22nd, BrasFELS Shipyard was visited by six representatives and portfolio managers from Nomura, T. Rowe Price, William Blair, Caxton and UBS which together are members of the UBS bank. The investors were greeted by Shipyard senior representatives.

After the Safety briefing followed by a corporate presentation, visitors went on a yard tour and got to know the Shipyard's facilities, and saw firsthand the progress of the project DRU1, the semisubmersible rig Urca, which is being built in BrasFELS for the client Sete Brasil.

Leading the delegation was Lilyanna Yang, UBS LatAm Oils & Utilities, who visited BrasFELS in September 2013 with European and US investors. During the visit, the investors got to know more about BrasFELS Shipyard's history, projects and innovation. The 2,000 mt Goliath crane was also an attraction for the visitors who were amazed by its large capacity of lifting and because it is an equipment very important in market competitiveness.

When asked by the visitors about why the Shipyard is always ahead of schedule, KC Kwok, CEO and President of Keppel FELS Brasil, said: "There are two reasons: first, our strong team who works with responsibility and ethics; and second, the commitment to complete all projects with strong adherence to our four Golden Pillars - safely, without LTI; within schedule; within cost; and within agreed quality standard".



Confidential   KEPPEL00009237