# KOM Opening Exhibit No. 67

Message

**From:** Bruno NG Wei Ming [KFE-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRUNO.NG]
**Sent:** 4/12/2012 5:33:08 AM
**To:** Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]; KUN LIANG [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Liang.kun]; LOW Tiau Tong [KFE-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tiautong.low]; Simon LEE [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Simon.LEE]; luiz.caetano@kfelsbrasil.com.br; Jerald LEE Quan Ti [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jerald.Lee1]; Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam]
**Subject:** FW: Brasfels visit w.GIEK

Dear all,

Please note the visit by setebrasil-GIEK this Wednesday.

Regards
Bruno Ng

---

**From:** Humberto Fajardo [mailto:humberto.fajardo@setebr.com]
**Sent:** Monday, 3 December, 2012 5:07 PM
**To:** Yan Naing MYINT [KFE-PJM]
**Cc:** marioklein@petrobras.com.br; yves@petrobras.com.br; TAN Leong Peng [KFE-ENGRG]; Jose Pinheiro; David Rodin; Angelo Garcia; GILBERTO.ISRAEL@kfelsbrasil.com.br; Bruno NG Wei Ming [KFE-PROD]; BRUNO NG
**Subject:** Brasfels visit w.GIEK


Dear Mr. Yan

Further to contact with Mr. Gilberto Israel we would like to schedule a visit on your Shipyard Brasfels at Angra dos Reis next Wednesday 05th December 2012 with the representative from GIEK – Nowergian Institute for Export Credit.

He is attending Brazil with the special focus for financing of packages for SETE Drilling Units Project.

The Topics to be discussed will be Brasfells plan to build the drilling rigs in Brazil and how to achieve the time schedule. He would like, followed by the site visit.

We believe that the presentation that were already done on the Kick-off Meetings will be very usefull.

Pls find details of the visitors:

1) Angelo Santana Garcia Junior – SETE BRASIL Financing Department
██████████

Shoes 40 e Clothes M

2) Maria Stella P – SETE BRASIL Financing Department
RG. ██████████
Sapato 37 e Clothes M

3) Humberto Fajardo Nunes da Silva – SETE BRASIL Project Coordinator

Shoes 43 – Clothes L

4) Tom Mario Ringseth – DNB Consultant (SETE BRASIL Consultant)

Shoes 46 e Clothes XL

5) Lars Kvamme - DNB Consultant (SETE BRASIL Consultant)
Passport:
Shoes: 43, clothes: L

6) TBN - Santander Consultant (SETE BRASIL Consultant)
Passport:
Shoes:
Clothes:

7) Christian Astrup - DNB Consultant (SETE BRASIL Consultant Passport no:
Shoes: 42
Clothes: L

8) Johan Linn – GIEK Representative
Pass no.
Size L
shoe no 43.

Pls kinldy confirm availability.

Rgds

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIALITY. This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.