**KOM Opening Exhibit No. 68**

Message

| | |
|---|---|
| From: | TT LOW [tt.low@kfelsbrasil.com.br] |
| Sent: | 3/8/2011 8:58:25 PM |
| To: | Jerald LEE Quan Ti [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jerald.Lee1]; KUN LIANG [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Liang.kun] |
| CC: | Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]; LOW Tiau Tong [KFE-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tiautong.low]; Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam] |
| Subject: | Re: Enc.: FW: Visita Brasfels |

FYI

\>\>\> EDMUND SANTOS 08/03/2011 9:00 AM\>\>\>
 personal
 I'll call to see which option.
 Surely we will prepare the safety briefing and presentation, in English, as are the guests of the Seven Chinese.

 Thanks,
 Edmundo

 \>\>\> "Eagle" <eagle@globo.com> 03/08/2011 08:22\>\>\>
  Edmund,
 Program follows the visit of Brazil to the Seven Shipyard. Please get in
 Fabio contact to better coordinate the visit with him and see what kind of
 presentation I would like to have. Any questions call me.
 sds
 Zwi
 ----- Original Message -----
 From: Fabio Cunha [mailto: @ fabio.cunha setebr.com]
 Sent: Tuesday, August 2, 2011 18:36
 To: eagle@globo.com
 Cc: ivan.hong @ gmail.com
 Subject: Re: Visit Brasfels

 Zwi,

 We will be leaving here on Thursday four days at 11:40 h. We should be coming
 in the yard at 14:30 and leaving at around 16:15 h.
 The guests are:
 Dr. Xu - CIC
 Mr. CIC-Yangyang
 Mr. Kevin Corrigan-OIG
 Mr. Ivan Hong SeteBr
 Mr. Fabio Cunha - SeteBr - ███████

 IDs will be sent later.

 Thanks,


 Sincerely,

 Fabio Cunha
 Engineering & Projects
 Seven Participacoes SA Brazil
 R. Humaita 275 / 1302 Group
 Humaitá-Rio de Janeiro-Brazil
 Tel: +55 21 2528-0080 Cell: +55 21 8493-8507


 ----- Original Message -----
 From: Eagle [mailto: eagle@globo.com]
 Sent: Tuesday, August 2, 2011 14:34
 To: @ fabio.cunha setebr.com

Subject: Visit Brasfels

Fabio,
As requested by Dr. Barusco, put myself at your disposal to
coordinate the visit to the shipyard in the next 4 days starting from the fifth 14
hours. Please pass me the names of visitors to the identity and number of
other information it believes appropriate.
sds
Zwi
Cel: 021 87028702
P. S. If necessary call me
BlackBerry ® Hi

>>> EDMUNDO SANTOS 8/3/2011 9:00 AM >>>
Pessoal,
Vou ligar para ver qual a opçao .
Com certeza vamos preparar o briefing de segurança e apresentaçao ,em ingles,pois os convidados da Sete
sao chineses.

Obrigado,
Edmundo

>>> "eagle" <eagle@globo.com> 3/8/2011 08:22 >>>
 Edmundo,
Segue abaixo program de visita da Sete Brasil ao Estaleiro. Favor entrar em
contato com Fabio para coordenar melhor a visita e ver com ele que tipo de
apresentação gostaria de ter. Qualquer duvida me ligue.
Sds
Zwi
-----Original Message-----
From: Fabio Cunha [mailto:fabio.cunha@setebr.com]
Sent: terça-feira, 2 de agosto de 2011 18:36
To: eagle@globo.com
Cc: ivan.hong@gmail.com
Subject: RES: Visita Brasfels

Zwi,

Estaremos saindo daqui na quinta dia 4,  às 11:40h. Deveremos estar chegando
no estaleiro às 14:30h e saindo de volta às 16:15h.
Os convidados são:
Dr. Xu -             CIC
Sr. Yangyang-        CIC
Sr. Kevin Corrigan-  EIG
Sr. Ivan Hong        SeteBr
Sr. Fabio Cunha -    SeteBr - [redacted]

Os IDs estarão sendo enviados posteriormente.

Obrigado,


Atenciosamente,

Fabio Cunha
Engenharia & Projetos
Sete Brasil Participações S.A.
R. Humaitá 275/ Grupo 1302
Humaitá- Rio de Janeiro- Brasil
Tel: +55 21 2528-0080 Cel: +55 21 8493-8507




-----Mensagem original-----
De: Eagle [mailto:eagle@globo.com]
Enviada em: terça-feira, 2 de agosto de 2011 14:34
Para: fabio.cunha@setebr.com
Assunto: Visita Brasfels

Confidential           KEPPEL00010461

Fabio,
Conforme solicitado pelo Dr. Barusco, me coloco a sua disposicao para coordenar a visita ao estaleiro na proxima quinta dia 4 apartir das 14 horas. Favor me passar os nomes dos visitantes com o numero da identidade e outras informacoes que achar conveniente.
Sds
Zwi
Cel:021 87028702
P.S. Se necessario me ligue
BlackBerry®Oi.

---
This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
---

Confidential
KEPPEL00010462