**EXHIBIT 69**



STATE OF NEW YORK     )
                          )
                          )     ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English of the attached document with Bates Nos. KEPPEL00020438–KEPPEL00020440.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this _14_ day of _September_, 20 _21_.

_____

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

Message

| | |
|---|---|
| **From:** | guiaoilegas@guiaoilegas.com [guiaoilegas@guiaoilegas.com] |
| **Sent:** | 8/16/2011 9:52:48 PM |
| **To:** | Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/ CN=Tommy.sam] |
| **Subject:** | Pipeline sector has a deadline to comply with ANP [National Petroleum, Natural Gas and Biofuels Agency] regulations |



## Market News - 08/16/2011

### The pipeline sector has a deadline to comply with ANP regulations

The National Petroleum, Natural Gas and Biofuels Agency (ANP) established that onshore pipeline operators...

### Transocean makes $1.4 billion bid for Aker Drilling.

The American company Transocean, the world's largest offshore drilling company, has made an offer of US$ 1.43 billion...

### Project will train labor for a Fertilizer Factory

With the presence of the minister of Social Development and Fight against Hunger, Tereza Campello, and the director of Gas & Energy at Petrobras...

### Sete Brasil receives funds from the EIG fund

As fears of a slowdown in the world's major economies plague markets...

### Petrobras signs an agreement with the Municipality of Itaboraí

In compliance with the Basic Environmental Plan of the Rio de Janeiro Petrochemical Complex (Comperj)...

### Sonangol in the Santos pre-salt

Sonangol will drill its first exploratory well in the Santos Basin by the end of this month...

### $2.5 billion in biofuels by 2015

Petrobras, through Petrobras Biocombustível [Biofuel], will invest US$ 2.5 billion in the expansion of production...

### Wireless seismic sensors

The Laboratory of Applied Computational Intelligence at PUC-Rio conducts studies...

### OSX will participate in the tender for 21 Petrobras probes

OSX, a platform construction and leasing company belonging to Eike Batista's group, has already prepared the proposal...

Confidential

**HRT wants thermoelectric plant in Amazonas**

HRT signed two memorandums of understanding with energy generation companies for construction...


### BUY NOW!!! PRINTED VERSION 2011:


Dear Sirs,


The printed version of the **Oil & Gas Brazil 2011 Guide** is now available. With **more than 400 pages**, the new edition brings together more than **7,500 national and foreign companies that are part of the supply chain of goods and services in the oil and gas industry and in the naval and offshore sector.**


To facilitate, the **Oil & Gas Brazil 2011 Guide** was **divided into eight sections: Associations, Institutes, Organizations** and **Unions; Biodiesel; Pipelines; Exploration and Production; Petrochemicals; Products; Refineries and Services.** In total, **more than 200 activities in the supply chain of equipment and products are listed, nearly 200 in services and around 100 in the pipeline segment**.


Purchase your copy. The **purchase price is R$300.00 (shipping included)**. Send an email to: priscila@guiaoilegasbrasil.com.br


**Purchase details**:


Corporate Name:

Address: District:

Zip code: City: State:

Tel.: Fax:

CNPJ [National Registry of Legal Entities]:

State or Municipal Registration:

Contact Person:


Note: After payment confirmation, an invoice and a copy of the guide will be sent by mail.


More Information,


Priscila Lourenço - Sales

Tel.: (21) 2697-4509 Mobile: (21) 9404-1879

E-mail: priscila@guiaoilegasbrasil.com.br

KEPPEL00020439

Website: www.guiaoilegas.com.br

"Those who walk alone go faster. Those who walk together go farther."

To remove your e-mail from the information submission list, please visit this link.

_____
This email has been scanned by the MessageLabs Email Security System.
For more infom1ation please visit http://www.messagelabs.com/email
_____

                                    KEPPEL00020440

| | |
|---|---|
| Message | |
| **From:** | guiaoilegas@guiaoilegas.com [guiaoilegas@guiaoilegas.com] |
| **Sent:** | 16/8/2011 9:52:48 PM |
| **To:** | Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam] |
| **Subject:** | Setor dutoviário tem prazo para atender à regulamentação da ANP |



### Notícias do mercado - 16/08/2011

### Setor dutoviário tem prazo para atender à regulamentação da ANP

A Agência Nacional do Petróleo, Gás Natural e Biocombustíveis (ANP) estabeleceu que as operadoras de dutos terrestres...

### Transocean lança oferta de US$ 1,4 bilhão pela Aker Drilling

A americana Transocean, maior companhia do mundo de perfuração offshore, lançou uma oferta de US$ 1,43 bilhão...

### Projeto capacitará mão de obra para Fábrica de Fertilizantes

Com a presença da ministra de Desenvolvimento Social e Combate à Fome, Tereza Campello, e da diretora de Gás & Energia da Petrobras...

### Sete Brasil recebe aporte do fundo EIG

Enquanto temores de desaceleração nas principais economias do mundo assolam os mercados...

### Petrobras assina convênio com a Prefeitura de Itaboraí

Em atendimento ao cumprimento do Plano Básico Ambiental do Complexo Petroquímico do Rio de Janeiro (Comperj)...

### Sonangol no pré-sal de Santos

A Sonangol irá perfurar até o fim deste mês o seu primeiro poço exploratório na Bacia de Santos...

### US$ 2,5 bilhão em biocombustíveis até 2015

A Petrobras, por meio da Petrobras Biocombustível, investirá US$ 2,5 bilhões na ampliação da produção...

### Sensores sísmicos wireless

O Laboratório de Inteligência Computacional Aplicada da PUC-Rio conduz estudos...

### OSX vai participar da licitação das 21 sondas da Petrobras

A OSX, empresa de construção e arrendamento de plataformas do grupo de Eike Batista, já preparou a proposta...

Confidential

KEPPEL00020438

**HRT quer térmica no Amazonas**

A HRT assinou dois memorandos de entendimento com empresas de geração de energia para a construção...


**ADQUIRA JÁ!!! A VERSÃO IMPRESSA 2011:**


Prezados Senhores,

Já está à disposição a versão impressa do **Guia Oil & Gas Brasil 2011**. Com **mais de 400 páginas**, a nova edição reúne mais de **7500 empresas nacionais e estrangeiras que integram a cadeia de fornecedores de bens e serviços da indústria de petróleo e gás e do setor naval e offshore.**

Parar facilitar a consulta, o **Guia Oil & Gas Brasil 2011** foi **dividido em oito seções**: **Associações, Institutos, Organizações** e **Sindicatos**; **Biodiesel**; **Dutos**; **Exploração e Produção**; **Petroquímica**; **Produtos**; **Refinarias** e **Serviços**. No total estão listadas **mais de 200 atividades da cadeia de fornecedores de equipamentos e produtos, quase 200 de serviços e cerca de 100 do segmento de dutos.**

Adquira o seu exemplar. O **valor da aquisição é de R$ 300,00 (frete sedex já incluso)**. Enviei um e-mail para: priscila@guiaoilegasbrasil.com.br

**Dados para aquisição**:

Razão Social:

Endereço: Bairro:

Cep: Cidade: Estado:

Tel.: Fax:

CNPJ:

Inscrição Estadual ou Municipal:

Pessoa de contato:


Obs.: Após a confirmação do pagamento, será enviado nota fiscal e o exemplar do guia via sedex.


Maiores Informações,


Priscila Lourenço - Comercial

Tel.: (21) 2697-4509 Celular: (21) 9404-1879

E-mail: priscila@guiaoilegasbrasil.com.br

Confidential

Site: www.guiaoilegas.com.br

"Quem caminha só, vai mais rápido. Quem caminha junto vai mais longe."

Para NÃO fazer mais parte desta lista de envio de informações, acesse este link.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

Confidential

KEPPEL00020440