# EXHIBIT 70

Message

| | |
|---|---|
| From: | yves@petrobras.com.br [yves@petrobras.com.br] |
| Sent: | 23/9/2014 5:15:31 PM |
| To: | Yan Naing MYINT [KFE-PJM] [yannaing.myint@keppelfels.com] |
| CC: | Bruno NG Wei Ming [KFE-PROD] [bruno.ng@keppelfels.com]; felippe.fernandes@petrobras.com.br; Jansen CHUA [KFE-PJM] [jianserng.chua@keppelfels.com]; Jose Pinheiro [jose.pinheiro@setebr.com] |
| Subject: | Re: BTG e Global Infrastructure Partners visit to Brasfels - Sep 23rd, 2014 |
| Attachments: | Agenda_rev.pptx |

Dear Yan,

Please find attached proposed agenda.

*(See attached file: Agenda_rev.pptx)*

Best Regards,

**Yves Rodrigues Borges**
Tel.:+55 (24) 3361-6725 / (24) 3361-6376 / (21) 9 9712-7720 — Rota: 811-6725


Yves Rodrigues Borges---19/09/2014 19:24:25---Dear Yves, Noted the confirmation of this visit which was mentioned to us verbally earlier this week. As with other visits, I

De: Yves Rodrigues Borges/BRA/Petrobras
Para: "Yan Naing MYINT [KFE-PJM]" <yannaing.myint@keppelfels.com>,
Cc: "Jose Pinheiro" <jose.pinheiro@setebr.com>, Felippe Fernandes de Oliveira/BRA/Petrobras@petrobras, "Jansen CHUA [KFE-PJM]" <JianSerng.Chua@keppelfels.com>, "Bruno NG Wei Ming [KFE-PROD]" <bruno.ng@keppelfels.com>
Data: 19/09/2014 19:24
Assunto: Re: BTG e Global Infrastructure Partners visit to Brasfels - Sep 23rd, 2014

---

Dear Yan,

This one has being postponed to thursday (sep. 25th).

Atenciosamente,
Best regards,

Yves Borges
Enviado a partir do Lotus Traveler


Yan Naing MYINT [KFE-PJM] --- Re: BTG e Global Infrastructure Partners visit to Brasfels - Sep 23rd, 2014 - ---

De: "Yan Naing MYINT [KFE-PJM]" <yannaing.myint@keppelfels.com>
Para: yves@petrobras.com.br
Cc: "Jose Pinheiro" <jose.pinheiro@setebr.com>, felippe.fernandes@petrobras.com.br, "Jansen CHUA [KFE-PJM]" <JianSerng.Chua@keppelfels.com>, "Bruno NG Wei Ming [KFE-PROD]" <bruno.ng@keppelfels.com>
Data: Sex, 19/09/2014 18:56
Assunto: Re: BTG e Global Infrastructure Partners visit to Brasfels - Sep 23rd, 2014

Dear Yves,

Noted the confirmation of this visit which was mentioned to us verbally earlier this week. As with other visits, let's discuss in details to properly receive these visitors to the yard and the project.

Best regards,
Yan

**From:** Yves Borges <yves@petrobras.com.br>
**Date:** Friday, 19 September 2014 02:07
**To:** Yan Naing Myint <yannaing.myint@keppelfels.com>
**Cc:** Jose Pinheiro <jose.pinheiro@setebr.com>, "felippe.fernandes@petrobras.com.br" <felippe.fernandes@petrobras.com.br>, Jansen Chua <JianSerng.Chua@keppelfels.com>, Bruno NG <bruno.ng@keppelfels.com>
**Subject:** BTG e Global Infrastructure Partners visit to Brasfels - Sep 23rd, 2014

Dear Yan,

As informed by Sete Brasil, next week (Sep. 23rd) we will have at Brasfels a presence of BTG e Global Infrastructure Partners representatives. We were requested to present DRUs progress and Petrobras management strategy

Please see below proposed agenda for us to discuss details.

14h00 – KeppelFELS/BrasFels presentation (Shipyard) - Brasfels track record (same as presented by Gilberto Israel before) and DRUs status;

15h00 – CMA Petrobras presentation;

15h30 - Yard tour and visit to DRU#1 URCA;

17h30 - Back to Rio de Janeiro;

Thank you in advance,

Best Regards,

**Yves Rodrigues Borges**
Tel.:+55 (24) 3361-6725 / (24) 3361-6376 / (21) 9 9712-7720 — Rota: 811-6725

"O emitente desta mensagem é responsável por seu conteúdo e endereçamento. Cabe ao destinatário cuidar quanto ao tratamento adequado. Sem a devida autorização, a divulgação, a reprodução, a distribuição ou qualquer outra ação em desconformidade com as normas internas do Sistema Petrobras são proibidas e passíveis de sanção disciplinar, cível e criminal."

"The sender of this message is responsible for its content and addressing. The receiver shall take proper care of it. Without due authorization, the publication, reproduction, distribution or the performance of any other action not conforming to Petrobras System internal policies and procedures is forbidden and liable to disciplinary, civil or criminal sanctions."

"El emisor de este mensaje es responsable por su contenido y direccionamiento. Cabe al destinatario darle el tratamiento adecuado. Sin la debida autorización, su divulgación, reproducción, distribución o cualquier otra acción no conforme a las normas internas del Sistema Petrobras están prohibidas y serán pasibles de sanción disciplinaria, civil y penal."

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

"O emitente desta mensagem é responsável por seu conteúdo e endereçamento. Cabe ao destinatário cuidar quanto ao tratamento adequado. Sem a devida autorização, a divulgação, a reprodução, a distribuição ou qualquer outra ação em desconformidade com as normas internas do Sistema Petrobras são proibidas e passíveis de sanção disciplinar, cível e criminal."

"The sender of this message is responsible for its content and addressing. The receiver shall take proper care of it. Without due authorization, the publication, reproduction, distribution or the performance of any other action not conforming to Petrobras System internal policies and procedures is forbidden and liable to disciplinary, civil or criminal sanctions."

"El emisor de este mensaje es responsable por su contenido y direccionamiento. Cabe al destinatario darle el tratamiento adecuado. Sin la debida autorización, su divulgación, reproducción, distribución o cualquier otra acción no conforme a las normas internas del Sistema Petrobras están prohibidas y serán pasibles de sanción disciplinaria, civil y penal."

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com