UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EIG Energy Fund XIV, L.P.,<br>EIG Energy Fund XIV-A, L.P.,<br>EIG Energy Fund XIV-B, L.P.,<br>EIG Energy Fund XIV (Cayman), L.P.,<br>EIG Energy Fund XV, L.P.,<br>EIG Energy Fund XV-A, L.P.,<br>EIG Energy Fund XV-B, L.P., and<br>EIG Energy Fund XV (Cayman), L.P.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>Keppel Offshore & Marine Ltd.,<br><br>                    Defendant. | No. 18-CV-01047 (PGG)<br><br>**NOTICE** |

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order, dated September 8, 2023 (Dkt. No. 150) Defendant Keppel Offshore & Marine Ltd. ("KOM") hereby submits new, public versions of (i) the Appendix to Defendant KOM's Local Rule 56.1 Response and Counterstatement in Opposition to Plaintiffs' Motion for Summary Judgment; (ii) Declaration of David Kumagai in Support of Defendant KOM's Local Rule 56.1 Response and Counterstatement in Opposition to Plaintiffs' Motion for Summary Judgment; and (iii) Defendant's Exhibits 1-154 (replacing Dkt. Nos. 123-3 to 123-197).

Dated: New York, New York
       September 12, 2023

                        Respectfully submitted,

                        CRAVATH, SWAINE & MOORE LLP,

                by
                                /s/ Peter T. Barbur
                                Peter T. Barbur
                                Rachel G. Skaistis
                                Members of the Firm

                        Worldwide Plaza
                            825 Eighth Avenue
                              New York, NY 10019
                                (212) 474-1000
                                  pbarbur@cravath.com
                                  rskaistis@cravath.com

                *Attorneys for Defendant Keppel Offshore & Marine Ltd.*