UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EIG Energy Fund XIV, L.P., <br> EIG Energy Fund XIV-A, L.P., <br> EIG Energy Fund XIV-B, L.P., <br> EIG Energy Fund XIV (Cayman), L.P., <br> EIG Energy Fund XV, L.P., <br> EIG Energy Fund XV-A, L.P., <br> EIG Energy Fund XV-B, L.P., and <br> EIG Energy Fund XV (Cayman), L.P. <br><br>         Plaintiffs, <br><br>    -against- <br><br> Keppel Offshore & Marine Ltd., <br><br>         Defendant. | No. 18-CV-01047 (PGG) |

**APPENDIX TO DEFENDANT'S LOCAL RULE 56.1 RESPONSE AND COUNTERSTATEMENT IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 1 | Complaint (Dkt. 17) | -- | 4/30/2018 | None |
| 2 | EIG's Responses to RFAs | -- | 6/4/2021 | None |
| 3 | <u>Accused in Petrobras Corruption Case to Repay $165 Million</u>, Industry Week, November 18, 2021 | -- | 11/18/2021 | None |
| 4 | Atwood Oceanics Form 10-K, December 31, 2011 | -- | 12/31/2011 | None |
| 5 | <u>BNDES Sees Oil Rig Supplier Sete Brasil Reorganization by June</u>, Reuters, April 16, 2015 | -- | 4/16/2015 | None |
| 6 | <u>Brazilian Prosecutors File Charges in Corruption Investigation</u>, Wall Street Journal, December 11, 2014 | -- | 12/11/2014 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 7 | Diamond Offshore Drilling Inc. Form 8-K, April 27, 2020 | -- | 4/27/2020 | None |
| 8 | Diamond Offshore Drilling Ltd. Form 10-K, December 31, 2011 | -- | 12/31/2011 | None |
| 9 | Diamond Offshore Files for Bankruptcy, Reuters, April 27, 2020 | -- | 4/27/2020 | None |
| 10 | Ensco plc Form 10-K, December 31, 2011 | -- | 12/31/2011 | None |
| 11 | Foreign Exchange Rates, Federal Reserve | -- | 10/18/2021 | None |
| 12 | Former Petrobras Executive to Return $100 Million in Corruption Probe, Wall Street Journal, December 3, 2014 | -- | 12/3/2014 | None |
| 13 | Keppel Corp. Report to Shareholders 2009 | -- | 2009 | None |
| 14 | Keppel Corp. Report to Shareholders 2010 | -- | 2010 | None |
| 15 | Keppel Corp. Report to Shareholders 2011 | -- | 2011 | None |
| 16 | Keppel Corp. Report to Shareholders 2012 | -- | 2012 | None |
| 17 | Keppel Corp. Report to Shareholders 2013 | -- | 2013 | None |
| 18 | Keppel Corp. Report to Shareholders 2014 | -- | 2014 | None |
| 19 | Keppel Corp. Report to Shareholders 2015 | -- | 2015 | None |
| 20 | Keppel Corp. Report to Shareholders 2016 | -- | 2016 | None |
| 21 | Mass Offshore Oil-Servicer Busts Imperil $30 Billion of Debt, Bloomberg, August 19, 2020 | -- | 8/19/2020 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 22 | Mothballing the World's Fanciest Oil Rigs Is a Massive Gamble Bloomberg, September 20, 2016 | -- | 9/20/2016 | None |
| 23 | Noble Corporation plc Form 10-K, December 31, 2011 | -- | 12/31/2011 | None |
| 24 | Noble Corporation plc Form 8-K, July 31, 2020 | -- | 7/31/2020 | None |
| 25 | Offshore Rig Operators Reel from Oil Price Rout, Financial Times, April 24, 2016 | -- | 4/24/2016 | None |
| 26 | Offshore-Rig Operator Noble Files for Bankruptcy, The Wall Street Journal, July 31, 2020 | -- | 7/31/2020 | None |
| 27 | Petrobras Rig-Builder Said Close to Receiving Delayed BNDES Loan, Bloomberg, January 14, 2015 | -- | 1/14/2015 | None |
| 28 | Petrobras scandal: Brazil's energy giant under pressure, BBC, November 21, 2014 | -- | 11/21/2014 | None |
| 29 | Petrobras's $100 Million Man Tops Graft Haul in Scandal, Bloomberg, December 3, 2014 | -- | 12/3/2014 | None |
| 30 | Response to Media Reports on Ongoing Investigation on Petrobras | -- | 2016 | None |
| 31 | Rowan Companies Form 10-K, December 31, 2011 | -- | 12/31/2011 | None |
| 32 | Seadrill files for Chapter 11 bankruptcy, Reuters, September 12, 2017 | -- | 9/12/2017 | None |
| 33 | Seadrill Limited: Seadrill Limited (SDRL): Asia Offshore Drilling Chapter 11 Filings, Dow Jones Institutional News, February 7, 2021 | -- | 2/7/2021 | None |
| 34 | Seadrill Ltd. Form 10-K, December 31, 2011 | -- | 12/31/2011 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 35 | Seadrill Ltd. Form 6-K's, February 2021 | -- | 2/2021 | None |
| 36 | Seadrill Ltd. Form 6-K, September 13, 2017 | -- | 9/13/2017 | None |
| 37 | Shareholders Approve Sete Brasil Bankruptcy, Oil Daily, April 22, 2016 | -- | 4/22/2016 | None |
| 38 | The Sete Brasil Surprise?, Credit Suisse Equity Research, February 13, 2012 | -- | 2/13/2012 | None |
| 39 | Timeline – Key moments in Brazil's Petrobras corruption probe, Reuters, August 14, 2015 | -- | 8/14/2015 | None |
| 40 | Valaris Declares Chapter 11 Bankruptcy, In Restructuring Agreement, Dow Jones Institutional News, August 19, 2020 | -- | 8/19/2020 | None |
| 41 | Valaris plc Form 8-K, August 19, 2020 | -- | 8/19/2020 | None |
| 42 | Transcript excerpts of August 5, 2021 Deposition of Alvin Albe Jr. | -- | 8/5/2021 | None |
| 43 | Transcript excerpts of July 22, 2021 Deposition of Jeffery Anderson | -- | 7/22/2021 | None |
| 44 | Transcript excerpts of June 24, 2021 Deposition of Jeffrey Chow | -- | 6/24/2021 | None |
| 45 | Transcript excerpts of July 20, 2021 Deposition of Kevin Corrigan and Rule 30(b)(6) Deposition of EIG | -- | 7/20/2021 | None |
| 46 | Transcript excerpts of May 27, 2021 Deposition of Simon Hayden | -- | 5/27/2021 | None |
| 47 | Transcript excerpts of July 9, 2021 Deposition of Loh Chin Hua | -- | 7/9/2021 | None |
| 48 | Transcript excerpts of June 4, 2021 Deposition of Kevin Lowder | -- | 6/4/2021 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 49 | Transcript excerpts of July 2, 2021 Deposition of Aziz Merchant | -- | 7/2/2021 | None |
| 50 | Transcript excerpts of May 14, 2021 Deposition of Hoshrav Patel | -- | 5/14/2021 | None |
| 51 | Transcript excerpts of June 17, 2021 Deposition of Kurt Talbot | -- | 6/17/2021 | None |
| 52 | Transcript excerpts of July 15, 2021 Deposition of Tan Leong Peng and Rule 30(b)(6) Deposition of Keppel | -- | 7/15/2021 | None |
| 53 | Transcript excerpts of July 16, 2021 Deposition of Tan Leong Peng and Rule 30(b)(6) Deposition of Keppel | -- | 7/16/2021 | None |
| 54 | Transcript excerpts of July 30, 2021 Deposition of Blair Thomas and Rule 30(b)(6) Deposition of EIG | -- | 7/30/2021 | None |
| 55 | Transcript excerpts of June 11, 2021 Deposition of Randall Wade | -- | 6/11/2021 | None |
| 56 | Transcript excerpts of January 27, 2021 Deposition of Jose Bernardes | EIG_KEP_00288353-851 | 1/27/2021 | None |
| 57 | Transcript excerpts of October 16, 2020 Deposition of Kevin Corrigan and Rule 30(b)(6) Deposition of EIG | EIG_KEP_00257407-787 | 10/16/2020 | None |
| 58 | Transcript excerpts of October 29, 2020 Deposition of Simon Hayden | EIG_KEP_00258738-096 | 10/29/2020 | None |
| 59 | Transcript excerpts of December 10, 2020 Deposition of Kevin Lowder | EIG_KEP_00262238-568 | 12/10/2020 | None |
| 60 | Transcript excerpts of December 16, 2020 Deposition of Blair Thomas and Rule 30(b)(6) Deposition of EIG | EIG_KEP_00262932-229 | 12/16/2020 | None |
| 61 | DX010 - Sete Brasil – June 2013 Update | EIG_KEP_00079321 | 6/2011 | None |
| 62 | DX032 - Sete Brasil/Sete International Memorandum | EIG_KEP_00075097-099 | 2/7/2011 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 63 | DX034 - Brazilian Drillship-Generic Analysis Memorandum | EIG_KEP_00078361 | 2/24/2011 | None |
| 64 | DX036 - Ultra-Deepwater Drillship Opportunities, Brazil Memorandum | EIG_KEP_00075075-079 | 3/1/2011 | None |
| 65 | DX037 - Sete Brazil Memorandum | EIG_KEP_00262580-588 | 4/4/2011 | None |
| 66 | DX039 - June 2011 Investment Recommendation | EIG_KEP_00077790-832 | 6/27/2011 | None |
| 67 | DX058 - Fund XV Investment Summaries | EIG_KEP_00290059-077 | 12/31/2014 | None |
| 68 | DX061 - Pre-Salt Oil Rigs Project | EIG_KEP_00000130-141 | 10/2011 | None |
| 69 | DX062 - Private Placement Confidential Information Memorandum | EIG_KEP_00000001-091 | 9/2011 | None |
| 70 | DX074 - Investment Committee Meeting Minutes | EIG_KEP_00260322 | 6/27/2011 | None |
| 71 | DX075 - September 2011 Investment Recommendation | EIG_KEP_00260390-432 | 9/16/2011 | None |
| 72 | DX077 - Email from B. Thomas to K. Talbot | EIG_KEP_00260519-533 | 2/1/2014 | None |
| 73 | DX083 - Brazil's Energy and Infrastructure Landscape | EIG_KEP_00258521-539 | 4/2014 | None |
| 74 | DX086 - Email from K. Corrigan to P. Abejar | EIG_KEP_00077755-756 | 6/29/2011 | None |
| 75 | DX087 - Second Round of Private Placements for the Sondas Project | EIG_KEP_00049151-161 | 6/30/2011 | None |
| 76 | DX089 - First Amendment and Restatement | EIG_KEP_00048626-643 | 9/8/2011 | None |
| 77 | DX092 - Email from K. Corrigan to B. Olsen | BARRINGTON_ET_00000596 | 7/27/2011 | None |
| 78 | DX093 - Email from K. Corrigan to B. Olsen | BARRINGTON_ET_00000446-448 | 8/1/2011 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 79 | DX095 - Email from K. Corrigan to J. Starup | EIG_KEP_00121469-470 | 3/9/2012 | None |
| 80 | DX096 - Email from K. Corrigan to J. Bernardes | EIG_KEP_00258150-152 | 6/25/2014 | None |
| 81 | DX107 - EIG Investment Committee Agenda | EIG_KEP_00258668-705 | 9/2/2014 | None |
| 82 | DX109 - Email from J. Magela Bernardes | EIG_KEP_00263664-667 | 11/18/2014 | None |
| 83 | PX006 - Email from J. Chow to L. Tan | KEPPEL00547339-340 | 1/10/2011 | None |
| 84 | PX014 - Email and attachment from T. Sam to T. Yang, *et al.* | KEPPEL00410554-0594 | 10/30/2011 | None |
| 85 | PX025 - Email and attachments from N. Marsuki to J. Chow | KEPPEL_00045251-294 | 8/7/2012 | None |
| 86 | PX038 - Financial Model attached to PX014 | KEPPEL00410559 | -- | None |
| 87 | PX051 - EPC Contract between Frade Drilling and Fernvale | KEPPEL00610466-558 | 8/2/2012 | KOM Redactions |
| 88 | PX052 - EPC Contract between Brauchy Drilling and Fernvale | KEPPEL00610372-464 | 8/2/2012 | KOM Redactions |
| 89 | PX053 - EPC Contract between Portogalo Drilling and Fernvale | KEPPEL00610654-746 | 8/2/2012 | KOM Redactions |
| 90 | PX054 - EPC Contract between Mangaratiba Drilling and Fernvale | KEPPEL00555548-640 | 8/2/2012 | KOM Redactions |
| 91 | PX055 - EPC Contract between Botinas Drilling and Fernvale | KEPPEL00555263-355 | 8/2/2012 | KOM Redactions |
| 92 | PX062 - Email from E. Namtvedt to A. Amirali, *et al.* | KEPPEL00551033-034 | 8/2/2012 | None |
| 93 | PX070 - EPC Contract between Urca Drilling and Fernvale | KEPPEL000490690-768 | 12/16/2011 | KOM Redactions |
| 94 | PX086 - Email from K. Corrigan to P. Abejar with attachment | EIG_KEP 00077755-756 (certified translation) | 6/29/2011 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 95 | PX087 - Drilling Rigs in Brazil Project Presentation | KEPPEL00049888-924 | 1/12/2011 | None |
| 96 | PX090 - Email from S. M. Chia to L. Tan | KEPPEL00024030-032 | 7/5/2011 | None |
| 97 | PX095 - Email from C. Shimabukuro to K.C. Kwok | KEPPEL00011126-128 | 11/8/2011 | KOM Redactions |
| 98 | PX108 - Letter to the Sete Brasil S.A. Shareholder. | EIG_KEP_00176682 | 12/6/2018 | None |
| 99 | Email from G. Milanesi to B. Olsen | BARRINGTON_ET_00000486-495 | 8/8/2011 | None |
| 100 | Email from K. Corrigan to B. Thomas | BARRINGTON_ET_00000651-654 | 8/23/2011 | None |
| 101 | Technical Due Diligence Review | EIG_KEP_00026002-193 | 3/7/2013 | None |
| 102 | Email from lijh_t@china-inv.cn to Luiz Reis | EIG_KEP_00048709-713 | 9/26/2011 | None |
| 103 | EIG Energy Fund XV Annual Report | EIG_KEP_00052509-551 | 12/31/2013 | None |
| 104 | Email and attachment from D. Castro to K. Corrigan | EIG_KEP_00075177-213 (certified translation | 9/27/2010 | None |
| 105 | Sete Brasil June 30, 2012 | EIG_KEP_00094179-182 | 6/30/2012 | None |
| 106 | Email from T. Calca to aires@bradescobbi.com.br, *et al.* | EIG_KEP_00095123-129 (certified translation) | 5/29/2013 | None |
| 107 | Sete Brasil September 30, 2012 | EIG_KEP_00098236 | 9/30/2012 | None |
| 108 | Email from B. Thomas to N. Ravidram and D. Lemke with attachment | EIG_KEP_00134490-498 | 2/18/2015 | None |
| 109 | Sete Brasil Discussion Materials | EIG_KEP_00134861-871 | 7/27/2015 | None |
| 110 | Email from A. Marcel to P. Aujla | EIG_KEP_00135540-544 | 9/2/2014 | None |
| 111 | Email from J. Bernardes to B. Thomas and R Hawkins | EIG_KEP_00140086-088 | 12/24/2014 | None |
| 112 | Wire Authorization Sheet | EIG_KEP_00147165-168 | 12/8/2014 | EIG Redactions |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 113 | Sete Brasil - March 2014 Update | EIG_KEP_00156130 | 3/2014 | None |
| 114 | Rigs Project Table of Contents | EIG_KEP_00166208 -209 (certified translation) | -- | None |
| 115 | Sete Brasil - June 2015 Update | EIG_KEP_00210300 | 6/2015 | None |
| 116 | Sete Brasil Model | EIG_KEP_00210425 | -- | None |
| 117 | Deutsche Bank Statement of Account No. 1 | EIG_KEP_00249977 | 1/6/2015 | EIG Redactions |
| 118 | Email from H. Patel to K. Corrigan and S. Hayden | EIG_KEP_00251502-508 | 3/28/2012 | EIG Redactions |
| 119 | Email from H. Patel to S. Hayden | EIG_KEP_00251523-529 | 3/28/2012 | EIG Redactions |
| 120 | Meeting invitation for Kevin Corrigan | EIG_KEP_00257850-852 | 10/19/2010 | None |
| 121 | Email from L. Reis to K. Corrigan, *et al.* | EIG_KEP_00257969-971 | 6/3/2011 | None |
| 122 | Email from K. Corrigan to C. Vogel, *et al.* | EIG_KEP_00258104-106 | 6/23/2011 | None |
| 123 | Email from C. Vogel to P. Songsanand *et al.* | EIG_KEP_00258109-112 | 1/13/2012 | None |
| 124 | Email from K. Corrigan to J. Bernardes | EIG_KEP_00258150-152 | 6/25/2014 | None |
| 125 | Email from J. Bernardes to B. Thomas *et al.* | EIG_KEP_00258727-728 | 3/10/2015 | None |
| 126 | Email from N. Ravindran to K. Corrigan | EIG_KEP_00259344-345 | 12/6/2013 | None |
| 127 | Email from B. Thomas to K. Talbot | EIG_KEP_00260519-533 | 2/1/2014 | None |
| 128 | Sete Brasil - Overview 3Q'14 Update | EIG_KEP_00260601-651 | 2014 | None |
| 129 | Email from J. Bernardes to K. Lowder | EIG_KEP_00262886-888 | 1/20/2015 | None |
| 130 | Email from B. Thomas to J. Bernardes *et al.* | EIG_KEP_00262889-891 | 7/15/2015 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| 131 | Sete Brasil February 2015 | EIG_KEP_00266976-981 | 2/2015 | None |
| 132 | Email from B. Thomas to K. Corrigan | EIG_KEP_00280676 | 4/4/2015 | None |
| 133 | Email from S. Lee to G. Israel *et al.* | KEPPEL00007815-816 | 2/22/2013 | None |
| 134 | Email from K.C. Kwok to zwi@eaglebr.com.br *et al.* | KEPPEL00010310 | 7/30/2011 | None |
| 135 | Email from C. H. Tong to K. C. Kwok and Y.Y. Chow | KEPPEL00011057 | 1/17/2013 | None |
| 136 | Email from A. Farah to K. C. Kwok *et al.* | KEPPEL00030275-276 | 8/15/2011 | None |
| 137 | Email and attachments from S. Pan to C.B. Choo, *et al.* | KEPPEL00040804-862 | -- | None |
| 138 | Email from J. Chow to N. Marsuki | KEPPEL00045696 | 9/19/2011 | None |
| 139 | Email from N. Marsuki to N. Marsuki and J. Chow | KEPPEL00280920 | 9/19/2011 | None |
| 140 | Email from C. B. Choo to E. Ho *et al.* | KEPPEL00429725-729 | 8/6/2012 | None |
| 141 | Email from B. Ng to G. Israel *et al.* | KEPPEL00457152-156 | 6/6/2013 | None |
| 142 | EPC Contract between Urca Drilling and Fernvale | KEPPEL00490690-768 | 12/16/2011 | KOM Redactions |
| 143 | Email from K. K. Choong to Y. Y. Chow | KEPPEL00495287-291 | 12/30/2014 | None |
| 144 | Email from J. Chow to N. Marsuki | KEPPEL00555190 | 8/7/2012 | None |
| 145 | Email from K. C. Kwok to Y. Y. Chow | KEPPEL00567865-866 | 12/11/2014 | None |
| 146 | Email from L. P. Tan to G. Israel *et al.* | KEPPEL00589219-228 | 6/7/2013 | None |
| 147 | Email from T. Sam to J. Chow | KEPPEL00635162-169 | 1/23/2015 | None |
| 148 | Email from N. J. Wong to J. Chow *et al.* | KEPPEL00641136-138 | 2/2/2015 | None |
| 149 | Keppel Organizational Chart | KEPPEL_00000153-160 | 2009 | None |

| Exhibit No. | Description | Bates | Date | Redactions |
|---|---|---|---|---|
| **150** | Notice to Bidders | KEPPEL00414911 | 6/11/2010 | None |
| **151** | Inter-Office Correspondence from S. Kim *et al.* to J. Edling *et al.* | EIG_KEP_00132161-163 | 1/13/2012 | EIG Redactions |
| **152** | Deferred Prosecution Agreement | -- | 12/22/2017 | None |
| **153** | DX114 – Sete Brasil Presentation | EIG_KEP00134494-498 | -- | None |
| **154** | Minutes of Energy Fund XV EIG Investment Committee Meeting | EIG_KEP_ 00260323-326 | 9/16/2011 | None |