UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EIG Energy Fund XIV, L.P., <br> EIG Energy Fund XIV-A, L.P., <br> EIG Energy Fund XIV-B, L.P., <br> EIG Energy Fund XIV (Cayman), L.P., <br> EIG Energy Fund XV, L.P., <br> EIG Energy Fund XV-A, L.P., <br> EIG Energy Fund XV-B, L.P., and <br> EIG Energy Fund XV (Cayman), L.P. <br><br>                                         Plaintiffs, <br><br> -against- <br><br> Keppel Offshore & Marine Ltd., <br><br>                                         Defendant. | No. 18-CV-01047 (PGG) |

## DECLARATION OF DAVID KUMAGAI

I, David Kumagai, declare as follows:

1.      I am an attorney with the law firm Cravath, Swaine & Moore LLP, counsel for Defendant Keppel Offshore & Marine Ltd. ("Keppel") in the above-captioned action.  This Declaration accompanies the Memorandum of Law, Rule 56.1 Response and Counterstatement and Appendix in Opposition to Plaintiffs' Motion for Summary Judgment.

2.      Appended to Keppel's Local Rule 56.1 Response and Counterstatement in Opposition to Plaintiffs' Motion for Summary Judgment is an Appendix containing a Table of Contents of sequentially numbered Exhibits.  The Exhibits contained in the Appendix are true and accurate copies of the documents described in the Table of Contents.

Executed:  October 19, 2021

New York, New York

_David Kumagai_
David Kumagai