**KEPPEL OPP'N EXH. 5**

 World | Business | Markets | Breakingviews | Video | More 

28 MINUTES AGO
**BANKRUPTCY NEWS**
APRIL 16, 2015 / 12:56 PM / UPDATED 7 YEARS AGO

38 MINUTES AGO

# BNDES sees oil rig supplier Sete Brasil reorganization by June

By Reuters Staff 

BRASILIA, April 16 (Reuters) - A reorganization plan to help oil rig supplier Sete Brasil Participações SA remain in business should be ready by the end of June, after shareholders and creditors agreed to extend financing as credit dried up, the president of Brazil's state development bank BNDES said on Thursday.

Last week, commercial banks signed a memorandum of understanding to avert demanding repayment of as much as 11 billion reais ($3.7 billion) in loans to Sete Brasil that matured this month, extending them for a further 90 days.

The decision was aimed at helping the ailing oil rig supplier to come up with alternatives to stay current on its debts and afloat, BNDES President Luciano Coutinho said at a congressional hearing. Coutinho was summoned to speak about BNDES' exposure to Sete Brasil.

"We hope that until then, that is June 30, a rational solution is defined so we can give continuity to the Sete Brasil project," Coutinho told lawmakers. Coutinho was named this month chairman of state-controlled oil producer Petróleo Brasileiro SA, or Petrobras, on an acting basis.

Sete Brasil is seeking BNDES funding to avoid a technical default that could accelerate payments on more than 13 billion reais of debt.

NOW READING  BNDES sees oil rig supplier Sete Brasil reorganization by June

Trump questioned under oath in lawsuit over alleged Trump T...

28 MINUTES AGO

Russian businessman funded ex-Giuliani associates' account,...

38 MINUTES AGO

The Rio de Janeiro-based company, which has Petrobras and an investment vehicle managed by Grupo BTG Pactual SA among its shareholders, has denied any wrongdoing.

Banco do Brasil, BNDES and Sete Brasil have repeatedly declined to comment on terms of the loan.

$1 = 3.013 Brazilian reais Reporting by Marcela Ayres; Additional reporting by Roberto Samora; Writing by Guillermo Parra-Bernal Editing by W Simon

Our Standards: *The Thomson Reuters Trust Principles.*

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy
Do Not Sell My Personal Information



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2021 Reuters. All Rights Reserved.