# KEPPEL OPP'N EXH. 11

# Foreign Exchange Rates - H.10

 **RSS** **Data Download**

Effective June 24, 2019, the Federal Reserve Board staff will make a change to the indexation of the daily Broad, AFE, and EME dollar indexes. For more information, see the "Technical Q&As".

**Release Date: October 18, 2021**

## Foreign Exchange Rates -- H.10 Weekly

(Rates in currency units per U.S. dollar except as noted)

| COUNTRY | CURRENCY | Oct. 11 | Oct. 12 | Oct. 13 | Oct. 14 | Oct. 15 |
|---|---|---|---|---|---|---|
| *AUSTRALIA | DOLLAR | ND | 0.7366 | 0.7371 | 0.7419 | 0.7416 |
| BRAZIL | REAL | ND | 5.5320 | 5.5525 | 5.5048 | 5.4457 |
| CANADA | DOLLAR | ND | 1.2439 | 1.2448 | 1.2362 | 1.2387 |
| CHINA, P.R. | YUAN | ND | 6.4485 | 6.4262 | 6.4380 | 6.4340 |
| DENMARK | KRONE | ND | 6.4470 | 6.4320 | 6.4192 | 6.4185 |
| *EMU MEMBERS | EURO | ND | 1.1541 | 1.1568 | 1.1591 | 1.1594 |
| HONG KONG | DOLLAR | ND | 7.7812 | 7.7794 | 7.7780 | 7.7785 |
| INDIA | RUPEE | ND | 75.4600 | 75.3300 | 75.1800 | 74.9800 |
| JAPAN | YEN | ND | 113.6900 | 113.4900 | 113.5900 | 114.3100 |
| MALAYSIA | RINGGIT | ND | 4.1628 | 4.1590 | 4.1525 | 4.1576 |
| MEXICO | PESO | ND | 20.7680 | 20.6480 | 20.5920 | 20.4520 |
| *NEW ZEALAND | DOLLAR | ND | 0.6946 | 0.6956 | 0.7028 | 0.7071 |
| NORWAY | KRONE | ND | 8.5476 | 8.5201 | 8.4525 | 8.4231 |
| SINGAPORE | DOLLAR | ND | 1.3562 | 1.3530 | 1.3485 | 1.3484 |
| SOUTH AFRICA | RAND | ND | 14.9475 | 14.8050 | 14.7825 | 14.6400 |
| SOUTH KOREA | WON | ND | 1198.7200 | 1193.8900 | 1186.3000 | 1182.3400 |
| SRI LANKA | RUPEE | ND | 200.0000 | 201.0000 | 201.0000 | 200.3000 |
| SWEDEN | KRONA | ND | 8.7716 | 8.7127 | 8.6350 | 8.6173 |
| SWITZERLAND | FRANC | ND | 0.9302 | 0.9260 | 0.9232 | 0.9241 |
| TAIWAN | DOLLAR | ND | 28.1300 | 28.0700 | 28.0500 | 27.9900 |
| THAILAND | BAHT | ND | 33.3000 | 33.2000 | 33.1600 | 33.3900 |
| *UNITED KINGDOM | POUND | ND | 1.3605 | 1.3645 | 1.3684 | 1.3756 |
| VENEZUELA | BOLIVAR | ND | 4.1528 | 4.1528 | 4.1711 | 4.1515 |
| Memo: | | | | | | |
| UNITED STATES | DOLLAR | | | | | |
| 1) BROAD | JAN06=100 | ND | 115.1098 | 114.8292 | 114.5597 | 114.4451 |
| 2) AFE | JAN06=100 | ND | 106.2220 | 106.0480 | 105.6989 | 105.7746 |
| 3) EME | JAN06=100 | ND | 126.0170 | 125.6092 | 125.4333 | 125.0925 |

ND = No data for this date.

Please visit the Currency Weights page (http://www.federalreserve.gov/releases/H10/Weights) for current weights and country composition of the Broad Index.

\* U.S. dollars per currency unit.

1) A weighted average of the foreign exchange value of the U.S. dollar against the currencies of a broad group of major U.S. trading partners.
2) A weighted average of the foreign exchange value of the U.S. dollar against a subset of the broad index currencies that are advanced foreign economies.
3) A weighted average of the foreign exchange value of the U.S. dollar against a subset of the broad index currencies that are emerging market economies.

Last Update: October 18, 2021