**KEPPEL OPP'N EXH.  14**

**Keppel Corporation**

Building Strengths

# Defining Distinction

Powering Excellence  Harnessing Synergy  Maximising Value

# To be the Provider of Choice for Solutions to the Offshore & Marine Industries, Sustainable Environment and Urban Living.

We will develop and execute our business profitably, with Safety and Innovation, guided by our three key business thrusts of Sustaining Growth, Empowering Lives and Nurturing Communities.

**Contents**

1   Key Figures 2010
2   Group Financial Highlights 2010
3   Our Growth Record from 2001 to 2010
4   Chairman's Statement
10  Interview with the CEO
16  Key Messages
22  Group Strategic Directions
24  Keppel Around the World
26  Board of Directors
32  Keppel Group Boards of Directors
34  Keppel Technology Advisory Panel
36  Senior Management
38  Investor Relations
40  Awards and Accolades
42  Special Feature
    –  Creating Value Through Innovation
50  Operating & Financial Review
51  –  Group Structure
52  –  Management Discussion and Analysis
54  –  Offshore & Marine
66  –  Infrastructure
74  –  Property
82  –  Investments
84  –  Financial Review and Outlook
94  Sustainability Report Highlights
    Sustaining Growth
96  –  Corporate Governance
116 –  Risk Management
120 –  Environmental Protection
124 –  Product Excellence

    Empowering Lives
128 –  People Matters
132 –  Safety and Health
    Nurturing Communities
136 –  Community and Society
    Directors' Report & Financial Statements
142 –  Directors' Report
148 –  Statement by Directors
149 –  Independent Auditors' Report
150 –  Balance Sheets
151 –  Consolidated Profit and Loss Account
152 –  Consolidated Statement of
       Comprehensive Income
153 –  Statement of Changes in Equity
156 –  Consolidated Statement of Cash Flows
158 –  Notes to the Financial Statements
208 –  Significant Subsidiaries and
       Associated Companies
219 Interested Person Transactions
220 Directors and Key Executives
233 Major Properties
237 Group Five-Year Performance
241 Group Value-Added Statements
242 Share Performance
243 Shareholding Statistics
244 Notice of Annual General Meeting and
    Closure of Books
251 Corporate Information
252 Financial Calendar

## Key Figures 2010

**Revenue**

# $9.8b

Decreased 20% from
FY 2009's $12.2 billion.

**Net Profit**

# $1,419m

Increased 12% from
FY 2009's $1,265 million.

**Return On Equity**

# 22.3%

Decreased by 1.6% from
FY 2009's 23.9%.

**Economic Value Added**

# $1,035m

Increased $9 million from
FY 2009's $1,026 million.

**Earnings Per Share**

# 88.7¢

Increased 12% from
FY 2009's 79.4 cents
per share.

**Cash Dividend Per Share**

# 42.0¢

Increased 11% from
FY 2009's 38.0 cents
per share.

**Free Cash Flow**

# -$193m

Decreased from
FY 2009's free cash flow
of $1,097 million.

**Net Cash Ratio**

# 0.02x

Decreased from
FY 2009's net cash
of 0.14x.

**Net Profit**
→   Focusing on sustaining growth
amidst an uncertain economic
environment, we achieved a record
net profit of $1.4 billion, 12% higher
than in 2009.

**EVA**
→   Committed to enhancing
shareholder value, EVA rose to
$1,035 million, the highest ever
attained by the Group.

**Distribution**
→   Total cash dividend of 42 cents
per share and the proposed bonus
issue of one bonus share for every 10
shares serve to reward shareholders.

## Group Financial Highlights 2010



**Earnings Per Share**
(cents)

| 2010 | 88.7 |
| 2009 | 79.4 |

**Return On Equity**
(%)

| 2010 | 22.3 |
| 2009 | 23.9 |

**Cash Dividend Per Share**
(cents)

| 2010 | 42.0 |
| 2009 | 38.0 |

**Economic Value Added**
($ million)

| 2010 | 1,035 |
| 2009 | 1,026 |

| | **2010** | 2009 | %<br>Change |
|---|---|---|---|
| **For the year ($ million)** | | | |
| Revenue | **9,783** | 12,247 | -20% |
| Profit | | | |
| EBITDA | **1,945** | 1,679 | +16% |
| Operating | **1,756** | 1,505 | +17% |
| Before tax & exceptional items | **2,026** | 1,856 | +9% |
| Net profit before exceptional items | **1,419** | 1,265 | +12% |
| Attributable after exceptional items | **1,623** | 1,625 | -0.1% |
| Operating cash flow | **450** | 670 | -33% |
| Free cash flow | **(193)** | 1,097 | n.m. |
| Economic Value Added (EVA) | | | |
| Before exceptional items | **1,035** | 1,026 | +1% |
| After exceptional items | **768** | 1,379 | -44% |
| | | | |
| **Per share** | | | |
| Earnings (cents) | | | |
| Before tax & exceptional items | **110.8** | 98.9 | +12% |
| After tax & before exceptional items | **88.7** | 79.4 | +12% |
| After tax & exceptional items | **101.5** | 102.0 | -0.5% |
| Net assets ($) | **4.20** | 3.75 | +12% |
| Net tangible assets ($) | **4.13** | 3.70 | +12% |
| | | | |
| **At year-end ($ million)** | | | |
| Shareholders' funds | **6,740** | 5,985 | +13% |
| Non-controlling interests | **2,984** | 2,728 | +9% |
| Capital employed | **9,724** | 8,713 | +12% |
| Net cash | **178** | 1,177 | -85% |
| Net cash ratio (times) | **0.02** | 0.14 | -86% |
| | | | |
| **Return on shareholders' funds (%)** | | | |
| Profit before tax & exceptional items | **27.9** | 29.8 | -6% |
| Net profit before exceptional items | **22.3** | 23.9 | -7% |
| | | | |
| **Shareholders' value** | | | |
| Distribution (cents per share) | | | |
| Interim dividend | **16.0** | 15.0 | +7% |
| Final dividend | **26.0** | 23.0 | +13% |
| Special dividend *in specie* | **–** | 23.0 | n.m. |
| Total distribution | **42.0** | 61.0 | -31% |
| Share price ($) | **11.32** | 8.23 | +38% |
| Total Shareholder Return (%) | **47.0** | 100.8 | -53% |

n.m.   not meaningful

| | **2010** | | | | | 2009 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **1Q** | **2Q** | **3Q** | **4Q** | **Total** | 1Q | 2Q | 3Q | 4Q | Total |
| **Group quarterly results ($ million)** | | | | | | | | | | |
| Revenue | **2,473** | **2,416** | **2,450** | **2,444** | **9,783** | 2,978 | 3,202 | 3,038 | 3,029 | 12,247 |
| EBITDA | **451** | **487** | **472** | **535** | **1,945** | 356 | 400 | 455 | 468 | 1,679 |
| Operating profit | **407** | **445** | **427** | **477** | **1,756** | 315 | 357 | 420 | 413 | 1,505 |
| Profit before tax & exceptional items | **465** | **497** | **482** | **582** | **2,026** | 400 | 466 | 487 | 503 | 1,856 |
| Net profit before exceptional items | **322** | **347** | **347** | **403** | **1,419** | 285 | 318 | 319 | 343 | 1,265 |
| Earnings per share (cents) | **20.2** | **21.7** | **21.6** | **25.2** | **88.7** | 17.9 | 19.9 | 20.1 | 21.5 | 79.4 |

**Keppel Corporation Limited**
Report to Shareholders 2010

# Our Growth Record from 2001 to 2010

## Decade of Growth

Keppel's unwavering drive for excellence has delivered a decade of healthy growth in net profit, with the Group's 10-year compound annual growth rate (CAGR) at over 20%. As we move into the next decade, we remain committed to building on our strengths and defining our distinction to create more value for our stakeholders.

**Revenue**
($ million)

| | |
|---|---|
| 2010 | 9,783 |
| 2001 | 5,882 |

▲66%

**Net Profit Before Exceptional Items**
($ million)

| | |
|---|---|
| 2010 | 1,419 |
| 2001 | 267 |

▲431%

**Earnings Per Share**
(cents)

| | |
|---|---|
| 2010 | 88.7 |
| 2001 | 17.4 |

▲410%

**Cash Distribution Per Share**
(cents)

| | |
|---|---|
| 2010 | 42.0 |
| 2001¹ | 33.0 |

▲27%



**Return On Equity**
(%)

| | |
|---|---|
| 2010 | 22.3 |
| 2001 | 10.1 |

▲121%



**Net Cash/(Gearing) Ratio**
(times)

| | |
|---|---|
| 2010 | 0.02 |
| 2001 | (1.12) |

▲102%



**Shareholders' Funds**
($ million)

| | |
|---|---|
| 2010 | 6,740 |
| 2001 | 2,587 |

▲161%



**Growing Returns**
→ Return on equity rose by 121% over the last decade, from 10.1% to 22.3%, while net profit and earnings per share increased by over 400%.

**Robust Financial Strength**
→ From a net gearing of 1.12x in 2001 to a net cash of 0.02x in 2010, reflecting our prudent and disciplined financial management over the years.

¹ Include 1.5 cents equivalent of special dividend and 25 cents equivalent of capital distribution.

## Chairman's Statement

**Net Profit**

# $1,419m

Increased 12%
from FY 2009's
$1,265 million.

"Our robust business strategy, diversified businesses and core competencies put us in a strong position to seize opportunities and capture value wherever there is economic growth and pickup in demand. We will continue to strengthen our capabilities and build up our resources to further improve execution excellence."



**Earnings Per Share**
(cents)

|  | 69.0 | 79.4 | 88.7 |
|---|---|---|---|
| 100 |  |  |  |
| 75 |  |  |  |
| 50 |  |  |  |
| 25 |  |  |  |
| 0 |  |  |  |
|  | 2008 | 2009 | **2010** |

**DEAR SHAREHOLDERS,**

We emerged from the uncertainties and volatility of 2009 with expectation of recovery albeit subdued growth for 2010. As it turned out, Asia rebounded rapidly with property and commodity markets in particular showing strong growth. On the other hand, the developed economies in Europe and the US were weighed down by entrenched problems such as high unemployment and public debt. On balance, the year closed on a mixed but more optimistic note.

Amidst the uneven global recovery, I am particularly delighted to report that Keppel has turned in yet another stellar set of results in 2010, surpassing our previous record results achieved in 2009. This year's results came as a pleasant surprise, given the tentative recovery at the start of 2010 as well as the unexpected events in our industries and markets in the course of the year such as the massive oil spill in the Gulf of Mexico and the property market cooling measures introduced by the governments in Singapore and China.

Excluding exceptional gains, net profit exceeded the $1 billion threshold for a

fourth successive year, rising 12% to a new high of $1,419 million. Earnings in the last quarter of 2010 alone reached $400 million, setting yet another record for the Group. Earnings per share rose in tandem to 88.7 cents from 79.4 cents in FY 2009. Return on equity remained above 20% for the fourth successive year. The Company's Economic Value Added (EVA) increased by $9 million to a record $1,035 million, exceeding $1 billion for the second year running.

As shareholders, you will benefit from the good performance. The Board has recommended a full year total cash distribution of 42 cents per share, and a bonus issue of one share for every 10 existing shares. We look forward to your continued support and confidence in Keppel.

The external environment for 2011 will be more complex. Although recovery in the advanced economies seems to be gaining momentum, the outlook remains challenging and somewhat clouded over the next few years. The US economy is recovering in fits and starts on the back of returning business investments and strengthening manufacturing activity.

**4**



# Chairman's Statement

However, the planned withdrawal of fiscal stimulus will dampen growth and high unemployment continues to be a bugbear. In Europe, many countries are struggling with high unemployment and painful budget cuts. The Eurozone remains dogged by a serious sovereign debt crisis after the bailouts of Greece, Ireland and Portugal failed to restore confidence. Oil prices have gone above US$100 a barrel last year and are expected to remain so in 2011, especially with the current political uncertainties in the Middle East and North Africa region. High oil prices could further dampen global economic recovery. An added worry is the appearance of food price inflation in many countries around the world.

Developing countries are expected to remain resilient this year and contribute up to two-thirds of global economic growth. China achieved 10.3% growth in 2010, with growth in 2011 forecasted to be around 9.8% while India's economy is expected to grow nearly 9% for FY2010. After a contraction in 2009, Singapore's dramatic growth of 14.5% last year was outstanding but we must expect growth to be moderated to a more sustainable range of 4% to 6% in 2011. Inflation and asset bubbles are key concerns and the Singapore Government like others are already taking steps to manage and minimise the impacts from these uptrends. Keppel will fortify and build on its diverse capabilities and manifold strengths to navigate through this complex environment.

## KEPPEL'S STRENGTHS

The exceptional performance of 2010 is a testament to the Group's sound strategies and commitment to execution excellence. Our robust business strategy, diversified businesses and core competencies put us in a strong position to seize opportunities and capture value wherever there is economic growth and pickup in demand. We will continue to strengthen

our capabilities and build up our resources to further improve execution excellence. We remain deeply committed to financial prudence as well as maximising synergy across the Group's capabilities and businesses. I am confident that Keppel will continue to provide shareholders with a sound investment prospect and healthy returns.

Today, our three key businesses leverage the Group's collective strengths in project management, technology innovation, market focus and global network. We will continue to work ceaselessly to sharpen our focus and further build on our strengths and capabilities to hone our competitive edge and exploit opportunities to extract maximum value for shareholders.

### Offshore & Marine

Keppel Offshore & Marine (Keppel O&M) has built up a solid reputation for its relentless focus on execution, project management excellence and maximising operational and cost efficiencies. Keppel O&M successfully delivered 35 projects including 12 rigs safely, on time and within budget. For the offshore and marine industry as a whole, 2010 was a year of weak recovery which closed with a strong rebound. The last quarter saw a resurgence of interest in high-specification jackup rigs resulting in Keppel O&M securing a good number of contracts for its proprietary KFELS B Class design.

Backed by an extensive network of 20 yards and offices worldwide, Keppel O&M continues to innovate and grow its offerings to meet the needs of the market. In 2010, Keppel FELS partnered Seafox, a leading fleet owner and operator, to commercialise a new wind turbine installation vessel design for deeper waters. Our joint venture with J Ray McDermott also secured a US$1 billion contract from Brazil for its tension leg wellhead platform.

Keppel O&M also continued to strengthen its effective *'Near Market, Near Customer'* strategy through calibrated expansion in strategic markets. We acquired a new yard in Santa Catarina to meet the strong local demand in Brazil for offshore support vessels. This yard will also complement our BrasFELS yard, which is one of the most established offshore yards in South America, to support Brazil's plans to grow its offshore oil and gas industry. Building on our partnership with Azerbaijan's national oil company, SOCAR, we took a stake in the Baku Shipyard which will help to meet the growing needs of the oil industry in the Caspian Sea. Keppel's shareholding in Subic Shipyard in the Philippines was raised to better capture opportunities from the increase in general shiprepair and upgrading work. Our joint venture yard, the Nakilat–Keppel Offshore & Marine shipyard in Qatar, was inaugurated in November, and aims to be the preferred partner for solutions in the Middle East.

### Infrastructure

The growing pace of urbanisation worldwide means that sustainable energy sources, clean water and waste management will become growth areas. The rising concern over climate change will lead to more legislation and regulations around the world for greater environmental protection and sustainable urbanisation. We anticipate growing demand for sustainable urban solutions to be a driver for our environmental engineering business.

Keppel Integrated Engineering (KIE) will leverage its core competencies in treating waste and water as well as the Group's extensive network to deliver quality environmental solutions. KIE has already established a creditable track record. The Keppel Seghers Tuas Waste-to-Energy (WTE) plant, which is one of the most compact WTE plants in the world, was officially opened in late June. With its two incineration plants,

KIE is the only private operator of WTE plants in Singapore and handles almost half the incinerable solid waste here. It is playing a key role in the privatisation of the EU's largest waste and renewable energy project, in a Greater Manchester energy-from-waste plant. KIE also enjoys a strong market position for imported WTE solutions in China, and is providing technology for the country's largest WTE plant located in Shenzhen as well as the cleanest WTE plant located in Tianjin. While there have been some project delays and cost overruns in our integrated solid waste management facility and a wastewater treatment and reuse plant in Qatar, we have also gleaned valuable lessons from this experience of executing large-scale projects in a challenging environment such as the Middle East. KIE will work hard to improve its project management and execution even as it moves to the operations and maintenance phase of these contracts.

The successful listing of the K-Green Trust in late June, with the Senoko and Tuas WTE plants and the Ulu Pandan NEWater facility as underlying assets, offers a new earnings platform for the Group. The Trust has since announced better than forecasted results and is actively seeking to acquire assets with recurring value to grow its portfolio.

To meet the growing demand for logistics in the region, Keppel Telecommunications & Transportation (Keppel T&T) has continued to expand its logistics capacity in Singapore, China and Vietnam. Working with its Middle East partner, Keppel T&T also achieved initial closing of the world's first Shariah-compliant data centre fund to tap into the growing demand for data centres worldwide. For Keppel Energy, its $900 million expansion of its 500 MW co-generation power plant on Jurong Island by another 800 MW is targeted for completion in 2013. This will help us to grow our revenue from Singapore's electricity market.



On safety excellence:
"Safety has long been enshrined as one of Keppel's core values. A safe workplace yields superior operating performance. This is why the Company's Board Safety Committee, which was established in 2006, plays an active role in aligning, reviewing and developing safety policies and initiatives across the Group's different business units."



On the progress of the Tianjin Eco-City:
"The Tianjin Eco-City project has made good progress since its groundbreaking in 2008, having secured around RMB55 billion of investment commitments to-date. This includes leading regional developers who will build a variety of eco-homes, commercial and cultural-leisure developments, as well as eco-technology companies offering urban solutions."

**Chairman's Statement**

# Chairman's Statement

**Property**

With Asia's strong growth, urbanisation trends and its rising middle class, regional property markets have stayed reasonably healthy. Keppel Land's strategic positioning in the market segments of large-scale townships and integrated lifestyle developments holds great potential for sustained earnings. In 2010, it achieved good sales in both waterfront luxury homes as well as township developments in Singapore and overseas markets. In particular, record sales of over 4,600 units overseas was achieved, mainly from township projects in China. China is now a key focus of Keppel Land's regional strategy. Hence, Keppel Land China was established to consolidate and sharpen our focus on execution and delivery in this complex and fast-growing market to maximise value creation. Since then, land parcels have been acquired in the second-tier cities of Chengdu and Nantong and we will continue to scan the market for attractive land acquisitions in cities with good growth potential.

Asia's sustained growth has also boosted demand for quality office buildings, and both Keppel Land and K-REIT Asia have managed to capture value from this rising demand. Strong pre-commitment totalling about 1 million sf of Grade A office space was secured at Marina Bay Financial Centre (MBFC) and Ocean Financial Centre this year. The asset swap between Keppel Land and K-REIT Asia involving MBFC Phase 1, and Keppel Towers and GE Tower is a strategic move to unlock value for both companies, to ensure that assets are optimally utilised. In its first foray out of Singapore, K-REIT Asia acquired two quality office assets in Australia, laying the foundation to grow into a leading pan-Asian commercial REIT.

The Group synergises its competencies in environmental engineering and property development to develop large-scale integrated eco-friendly townships, and we have established a Sustainable Development unit in June 2010 to coordinate and drive the Group's efforts in offering holistic sustainable urban living solutions. Keppel also leads the Singapore Consortium to develop the landmark 30-sq km Sino-Singapore Tianjin Eco-City in a joint venture with a Chinese Consortium. The Tianjin Eco-City project has made good progress since its groundbreaking in 2008, having secured around RMB55 billion of investment commitments to-date. This includes leading regional developers who will build a variety of eco-homes, commercial and cultural-leisure developments, as well as eco-technology companies offering urban solutions. Keppel's eco-homes in the Eco-City have been well received by the local market, registering strong sales for the launched units. KIE's district heating and cooling systems subsidiary is also in a joint venture to offer its services to the Eco-City, while KIE and Keppel T&T are planning to leverage the Eco-City's position as an eco-research and logistics hub to grow their presence in northern China.

## DISTINCTIVE VALUES

The Board and Management believe that strong corporate governance is the keystone to the sustainability of our businesses and performance. Maintaining high standards in corporate governance is part and parcel of our accountability to our stakeholders.

Today, we face a complex global business environment. The Board will continue to work closely with Management to manage risks and ensure the Group remains flexible and robust to overcome the diverse challenges across the different regions where we operate. The Gulf of Mexico oil spill has highlighted even more strongly the need for companies to strengthen their risk management and

crisis management capabilities and processes. Within the Group, we have initiated a fresh round of reviews in all our business operations with the aim of ensuring stringent and sound measures in these areas.

Safety has long been enshrined as one of Keppel's core values. A safe workplace yields superior operating performance. This is why the Company's Board Safety Committee, which was established in 2006, plays an active role in aligning, reviewing and developing safety policies and initiatives across the Group's different business units. In 2010, Keppel O&M also launched the first integrated safety training complex in Singapore. We will continue our efforts to implement best safety practices so that our employees and workers will be able to return home safely to their families and loved ones after a day's work.

Our people are our core asset. Keppel continues to provide opportunities for employees to maximise their potential, develop their talents and capabilities to contribute to the Group's success. Capabilities and skills of our workers and employees are regularly upgraded to enhance productivity. We continue to maximise the Group's innate synergy by better deploying our talents across the different business units. In managing and developing talent, younger leaders are entrusted with additional responsibilities, giving them the exposure and opportunity to drive the Group's next phase of growth, and ensure smooth and effective succession for key management positions.

To reinforce sustainable practices and processes in our businesses, we have established a more systematic and rigorous corporate social responsibility framework Group-wide to monitor, plan and coordinate activities undertaken by our various business units. This framework will galvanise our ongoing efforts to continuously improve our environmental, social and governance standards and allow us to benchmark against global best practices to build a strong foundation for sustainable growth. As part of the Group's commitment to giving back to the communities where we operate, we are also looking to strengthen the holistic management of the Group's contributions to worthwhile causes.

## ACKNOWLEDGEMENTS

I take this opportunity to acknowledge the following changes as part of the Board's proactive process to deepen its range of expertise. We are pleased to welcome to the Board two new members, Mr Tan Ek Kia and Mr Danny Teoh, who were appointed Independent Directors with effect from 1 October 2010. Mr Tan is an industry veteran in the oil, gas and petrochemicals sector while Mr Teoh has more than 30 years of experience in the areas of auditing and financial advisory. Together, they will support the drive for sustained, broad-based growth and to enhance shareholder value across the Group.

Finally, I wish to thank Directors, Management, employees, partners, customers, and all stakeholders for their continued support over the past year. The Group shall spare no effort to chart new growth paths so as to ensure that we continue to grow and prosper in the years ahead. Thank you.

Yours sincerely,

**Lee Boon Yang**
**Chairman**
4 March 2011

Interview with the CEO

**Q1. What are your priorities for the next couple of years?**

**A:** I want to position Keppel for the volatile world ahead, to ride the upturns and be robust in any turbulence. At the same time, I am preparing the next team to take over the helm when the current leadership team phases out. I would like to see a stronger Team Keppel, working towards our common vision and mission, guided by our core values.

The Keppel Group delivered a commendable net profit CAGR of 20% over the last ten years. With yet another set of record earnings in 2010, we are facing the challenge to surpass this performance. Having said this, I see good growth prospects in Keppel's businesses. I firmly believe that the key to continued success is our strong commitment and focus to stay the course in executing our strategy.

What sets us apart is our execution excellence, innovation and customer focus, financial prudence and collective strength. To stay ahead of the game, we will continue to leverage these qualities in the Group, as we capture opportunities to expand and strengthen our position in our businesses.



"We will refine the strategies in our business units, building on their strengths and extending their value propositions. At the same time, we will further grow cross business unit synergies and capabilities."

**Mr Choo Chiau Beng**
**Chief Executive Officer**
**Keppel Corporation**

**Q2. How are you planning to further grow Keppel?**

**A:** For a start, we will continue to grow our three businesses of Offshore & Marine, Infrastructure and Property, near our markets and close to customers. The global megatrends of rising standards of living and urbanisation, increased environmental concerns and growing demand for energy undoubtedly present opportunities for Keppel.

We will refine the strategies in our business units, building on their strengths and extending their value propositions. At the same time, we will further grow cross business unit synergies and capabilities.

We have identified the sustainable development and urbanisation business, which combines and showcases our expertise in Infrastructure and Property, as our next growth area. In this respect, we have formed a team to focus and coordinate efforts across the Group to seize commercially attractive opportunities in the region.

To grow our businesses, we need good and dedicated people motivated to work as a team. We need continuity in leadership and management. As such, we spend a lot of resources on talent management and succession planning.

Last year, we launched the Keppel Young Leaders, a programme to nurture talents across the Group. This also serves as a platform to cultivate a global mindset and encourage a spirit of innovation and enterprise. Through this initiative, we hope to develop and identify a continuous pipeline of future leaders for the Group.

**Q3. Do you think the current upturn in the Offshore & Marine sector can be sustained?**

**A:** In the first two months of 2011, we clinched $3.7 billion worth of new orders with deliveries extending to 2014, more than what we secured for the whole of last year. The positive view of our customers on the outlook for rigs in the next few years is well supported by prospects in global spending in exploration and production (E&P). While the ongoing unrest in the Middle East and North Africa region may potentially slow the pace of recovery, we are still optimistic of the sound long-term fundamentals of the industry.

Overall, E&P budgets are expected to increase by 15-20% on average in 2011, with oil planning prices in the region of US$70 per barrel. Chevron has announced that it is raising its E&P budget for 2011 by 20% to US$23 billion, while Total is increasing its 2011 upstream budget by 8% to US$16 billion. In Asia, CNOOC's 2011 E&P budget will increase to US$8.8 billion, 13% above that for 2010.

The International Energy Agency, or IEA, in its 2010 World Energy Outlook released in November, revised upwards the estimated growth in global energy demand for the period from 2008 to 2035, to 36%. This is equivalent to 1.2% increase per year on average. Fossil fuels accounts for over 50% of the increase, with oil remaining the dominant fuel source. By 2035, demand for oil will reach 99 million barrels per day, which is 15 million barrels per day more compared with 2009, driven mainly by population and economic growth in the developing countries such as China and India.

Besides oil, global natural gas demand is also set to resume its long-term upward trend, with demand increasing 44% between 2008 to 2030, equivalent to an increase of 1.4% per year. The steep climb in demand for gas is due to its more favourable environmental and practical attributes. On the supply side, over a third of the global increase in gas output is coming from unconventional sources – shale gas, coalbed methane and tight gas – in the US, and increasingly, from other regions such as Europe and Asia.

**Interview with the CEO**

Interview with the CEO

**Q4. What are the prospects in the jackup and semisubmersible space over the near and longer term?**



A: Based on the number of orders placed in the first quarter of this year, the jackup market is experiencing a healthy recovery, particularly in the demand for high-end jackups (>350–400 ft water depth). All the 14 newbuild jackup orders which we have secured since the last quarter of 2010 are for high-specification jackups.

Such a demand trend was outlined by industry analyst ODS-Petrodata, which expected worldwide demand for jackups to increase by 48 rigs or 15% in 2011. The largest increase is seen in Central America/Mexico, North Sea, the Middle East and North America.

On the other hand, supply in 2011 is expected to increase by 19 units, of which six have already secured contracts. Industry estimates also point to the fact that 69% of the global jackup fleet is older than 25 years old.

In the area of high-end jackups, our customer Rowan estimated that there is near-term demand for about 18 to 20 high-end rigs for multiple-well projects in the UK and Norwegian sectors of the North Sea.

In all, Rowan expects close to 200% increase in demand for high-end jackups, with utilisation reaching 85%, significantly higher than the industry-wide utilisation of 68%. Dayrates are also significantly higher.

While the jackup market is active, the outlook for the deepwater segment is also looking up. According to Pareto Research, dayrates and activity level have started to pick up, while the latest Douglas-Westwood estimates show that deepwater expenditure is expanding at a CAGR of 8%, reaching US$35 billion in 2014. Total global capital expenditure for the 2010–2014 period is expected to reach US$167 billion. We are therefore optimistic that orders for semisubmersibles will return in the near term.

**Q5. What is Keppel doing to stay ahead of the competition in its Offshore & Marine business?**

A: We are keenly aware of the rising competition, which in a way keeps us on our toes and motivates us to continue to improve. Rest assured that we are putting in our maximum efforts to increase our productivity, strengthen our competitive edge and enhance our leadership position in the industry.

Being near our markets and customers has been a significant value-add to our customers. After expanding further into Brazil, Caspian region and the Philippines last year, we continue to actively explore opportunities to grow our global yard network. Africa and Mexico are regions with abundant offshore oil resources and hence we are looking closely to tap opportunities there.

Meanwhile, we spare no efforts in leveraging our strengths in research and development and our deep understanding of the market needs, to provide customers with the products they require. We are able to continuously enhance our proven designs to suit the needs of specific customers for their target markets. For example, our KFELS Super A Class jackup is based on an enhanced design of our successful and proven KFELS MOD V-A Class design. This design is well-suited for operating conditions in the UK, Danish and Dutch sectors of the North Sea. The KFELS Super B Class Bigfoot design, which was customised to suit Transocean's needs, is based on the proven KFELS B Class jackup design which has also been well-received by the industry.

**12**

**Q6. How do you plan to raise productivity further at Keppel Offshore & Marine?**

**A:** To formalise efforts and implement strategies to achieve continual productivity improvements, we have established a Productivity Improvement Taskforce within Keppel O&M. The focus is to increase labour productivity and encourage proactive sharing of knowledge and best practices in a range of key areas, including production processes, automation, mechanisation, R&D, skills upgrading and training, procurement, warehousing, information technology, supply chain management and pipe shop automation, among others. The ultimate objective is to cut down on the time and costs to build rigs and vessels, while delivering on our promise of quality and safety.

We know that we are often compared to the Korean yards. They enjoy good productivity as their yards are highly automated and their workforce is very homogenous. Our workforce in Singapore, on the other hand, is not as homogenous but we are flexible and adaptable. Such qualities are suited to rig construction which is project-centric by nature.

A key strength of the project-centric approach is the ability to provide high levels of customisation for specific products. We have so far done well in integrating the best of both project and manufacturing approaches of efficient production with good quality control into our processes, and are continuing to improve on them.

**Q7. What are other growth areas which Keppel Offshore & Marine is pursuing?**

**A:** We see positive prospects in the production and floating accommodation semisubmersible markets, and are actively seeking opportunities to grow our presence in these two areas.

According to Douglas-Westwood, the world will need more than 100 Floating Production Systems (FPS) to be installed between 2010 and 2014. This is equivalent to a value of US$45 billion. FPSOs account for close to 80% of this total FPS capex forecast, followed by tension leg platforms, semisubmersibles and Spars. Brazil is dominating the FPS market with Petrobras looking to double its fleet to 84 by 2020.

To strengthen our capabilities in the FPS market, we have taken a 28% stake in Singapore-listed Dyna-Mac, a topside module fabricator. This investment allows us to have better control over the process of designing and fabricating oil and gas production modules. We are also stepping up efforts, through FloaTEC, LLC, our joint venture with J Ray McDermott, to secure orders to provide deepwater production rigs to the market.

Separately, we have also taken a 31.7% stake in Floatel International, to reflect our confidence in the growth potential of high-quality floating accommodation semisubmersibles for both Brazil and the North Sea.

The construction of our first KFELS Multi-Purpose Self-Elevating Platform (KFELS MPSEP), in collaboration with the Seafox Group, is progressing well. We are glad that there is a lot of interest to charter this unit for multiple-year contracts. We see the need for more capable offshore wind turbine installation vessels, apart from those currently available, which are a bit undersized. We are confident that there is a market for such vessels and ours will offer a premier solution for the industry.

We continue to work on gaining entry into the turnkey drillship market with our compact drillship design, the DrillDeep DS12000. This compact drillship is designed to be more energy-efficient and easier to maintain than the larger rivals in the market.

**Interview with the CEO**

Interview with the CEO

**Q8. What growth opportunities do you see for the Infrastructure Division?**



**A:** According to industry estimates, the global market for thermal and biological waste-to-energy technologies will grow to $13.6 billion in 2016. The Asia-Pacific is predicted to contribute the largest portion of the growth. Riding on this uptrend, Keppel Integrated Engineering (KIE) is actively pursuing contracts in its focus markets of Europe, China and the Middle East. We are drawing useful lessons from the ongoing challenges we are facing in Qatar, and are working to strengthen our execution capabilities in that market.

K-Green Trust, which was listed last year, is focused on delivering sustainable returns while actively pursuing opportunities to acquire green infrastructure assets.

The 800MW capacity expansion of Keppel Merlimau Cogen Plant, which is powered by natural gas, is expected to meet Singapore's electricity demand growth. According to industry forecast, electricity demand in Singapore is expected to increase at an annual rate of between 2.5% and 3% from now till 2018. In addition, with the need for more clean energy in the world, particularly in Asia, Keppel Energy is leveraging its experience and expertise to seek commercially attractive growth opportunities in the region.

In the area of logistics and data centres, Asia's continued growth is expected to drive demand for such services. Keppel T&T is actively expanding its logistics footprint in Asia, with focus on providing integrated logistics services in China and Southeast Asia. At the same time, it is also looking to grow its data centre business in Asia and Europe through capacity expansion at existing facilities and building a portfolio of high-quality data centre assets through its Securus Fund.

**Q9. Keppel's Property business had a good year in 2010. What is your outlook of the property market in 2011 and beyond?**

**A:** With Asia's overall growth momentum stabilising, we believe 2011 and beyond will continue to hold healthy prospects for both the residential and office markets in the region.

In Singapore, GDP growth in 2011 is expected to moderate to 4–6%, which is not expected to impact on the recovering confidence in Singapore as the region's financial hub. Leasing activities in the office market is therefore expected to continue to strengthen, driven by new expansion in the financial services and other supporting sectors. Property consultants are predicting an increase of about 15% in Grade A office rentals in Singapore in 2011, following a rise of 20% in 2010.

In the residential sector, demand and prices are normalising in Singapore and China following the cooling measures introduced by the governments last year. With prices heading towards more affordable levels, coupled with aspirations for homes in line with rising affluence and urbanisation, genuine home buyers are likely to be more prepared to make purchases.

**Q10. What are Keppel's plans to further grow the Property business?**



**A:** With the healthy outlook, we are poised to capture opportunities to further grow our Property business.

Over the next year or so, Keppel Land will continue to monitor the markets and time launches of residential units in Singapore and in key markets in Asia. In China and Vietnam, development of land acquired last year will add to an already healthy pipeline of quality residential and waterfront homes in cities like Chengdu, Zhongshan, Nantong and Ho Chi Minh City. The formation of Keppel Land China is expected to provide a sharper focus and more concerted effort in offering our value proposition and broadening our property presence in China.

In recent years, prudent financial management has helped Keppel Land build up a good cash position. Riding on this, Keppel Land will continue to actively seek acquisition opportunities in Singapore and the region. Apart from land acquisitions for residential and township developments, Keppel Land will also seek to further strengthen its commercial and mixed-use development portfolio in Singapore and the region.

The asset swap between Keppel Land and K-REIT Asia last year involving Marina Bay Financial Centre, Keppel Towers and GE Tower was a win-win deal for the two companies, and demonstrate the value which can be extracted from Group synergy. Looking ahead, we can expect further value to be captured from similar opportunities within the Group.



## Powering Excellence

# 35 Rigs and Vessels

In 2010, Offshore & Marine Division continued its delivery excellence with the completion of 12 rigs, 5 FPSO/FSRU conversions, 18 specialised vessels and several rig upgrades and repairs.

## 35,000 ft

Capable of operating at 400 ft water depth and drilling at 35,000 ft, the new KFELS Super A Class jackup, our latest offering to Ensco, will meet the industry's need for newer and higher performance assets with improved safety and better efficiency.

## 5,250 Homes

In 2010, Keppel Land sold a record 4,600 homes overseas, bringing 2010 total sales to 5,250 homes, which contributed to Keppel Land's record net profit of over $1 billion.



## Harnessing Synergy

### Unlocking Value
### with Asset Swap

Asset swap between Keppel Land and K-REIT Asia involving the one-third stake in Phase 1 of Marina Bay Financial Centre, and Keppel Towers and GE Tower in Singapore, unlocked significant value for the two companies and demonstrated the power of synergy within the Group.

### RMB 55b

Having secured over RMB 55b in investments, the Sino-Singapore Tianjin Eco-City is progressing well as a showcase for integrated sustainable urban solutions.

### 150,000 sf

Consolidated data centre assets of Keppel T&T and Keppel Land to enhance position and meet demand in fast growing sector.



## Maximising Value

# CAGR 20.4%

Over the last decade, riding on a strong commitment to develop our core competencies, our net profit grew from $267 million to $1,419 million, which is a compound annual growth rate of 20.4%.

## 800MW Expansion

When completed in 2013, the Keppel Merlimau Cogen Plant expansion will more than double its capacity to 1,300MW, and is expected to generate good returns for the Group.

## Technology Innovation

Our focus on R&D, coupled with our deep understanding of industry needs and commitment towards value creation, enable us to provide cost-effective and high quality solutions to our customers.

# Group Strategic Directions

## Keppel Corporation
To be the Provider of Choice for Solutions to the Offshore & Marine Industries, Sustainable Environment and Urban Living

**Strategic Directions**

**Fortifying Core Competencies**
→ Ensure continued focus on execution excellence to produce top quality products and solutions for customers.

→ Sharpen competitive edge by investing in Research and Development (R&D) for long-term growth.

→ Maximise talent development and knowledge sharing to enhance productivity.

**Expanding Global Footprint**
→ Build on the Group's strong global network for new business opportunities.

→ Leverage the Keppel brand equity to enhance its presence in existing markets and enter new markets.

**Leveraging Growth Platforms**
→ Maximise synergy and collective strength among businesses.

→ Seize value enhancing opportunities when they arise.

**Net Profit**

### $1,419m
Increased 12% from FY 2009's $1,265 million.

**Revenue**
($ million)

| Year | Value | |
|---|---|---|
| 2010 | 9,783 | |
| 2009 | | 12,247 |

## Offshore & Marine
To be the choice provider and solutions partner in its selected segments of the offshore and marine industry



**Focus for 2011/2012**
→ Deliver value through excellent project management and execution.

→ Enhance R&D initiatives to strengthen position as market leader in selected segments.

→ Explore opportunities in new markets and adjacent businesses.

→ Maximise and realise operational efficiencies.

→ Sustain prudent cost management.

→ Focus on Health, Safety and the Environment.

**Net Profit**

### $987m
Increased 22% from FY 2009's $810 million.

**Revenue**
($ million)

| Year | Value | |
|---|---|---|
| 2010 | 5,577 | |
| 2009 | | 8,273 |

## Infrastructure
To seek expansion opportunities in the environmental engineering, power generation, logistics and data centres businesses



**Focus for 2011/2012**
→ Keppel Integrated Engineering (KIE) to further strengthen its presence in key geographical markets and business segments.

→ KIE to focus on timely completion of ongoing EPC projects in Qatar and UK.

→ Keppel Energy to grow its power generation business by planting additional capacity in Singapore and seizing opportunities in the region.

→ Keppel Telecommunications & Transportation to expand logistics footprint in Asia, and to increase data centre business.

**Net Profit**

### $57m
Decreased 55% from FY 2009's $126 million.

**Revenue**
($ million)

| Year | Value | |
|---|---|---|
| 2010 | 2,510 | |
| 2009 | | 2,427 |

## Property
To provide urban living solutions through the twin core businesses of property development and property fund management



**Focus for 2011/2012**
→ Actively seek acquisitions in Singapore and overseas with continued focus on developing quality residential, township, commercial and mixed-use projects.

→ Monitor markets and time launches for new projects and phases.

→ Recycle capital to take on new large-scale projects.

**Net Profit**

### $326m
Increased 55% from FY 2009's $210 million.

**Revenue**
($ million)

| Year | Value | |
|---|---|---|
| 2010 | 1,685 | |
| 2009 | | 1,508 |

## Investments
To sustain value to shareholders while seeking growth opportunities



**Focus for 2011/2012**
→ k1 Ventures to identify investment opportunities while continuing to focus on the management of existing investments with the aim of enhancing shareholder value.

→ M1 to continue to strengthen its position in the mobile market and capitalise on growth opportunities in Singapore, riding on the new national fibre network.

**Net Profit**

### $49m
Decreased 59% from FY 2009's $119 million.

**Revenue**
($ million)

| Year | Value | |
|---|---|---|
| 2010 | 11 | |
| 2009 | | 39 |





## Keppel Around the World

We leverage our global reach to diversify earnings streams and reap benefits in our *near market near customer* strategy.

**Offshore & Marine**
Australia
Azerbaijan
Brazil
Bulgaria
China
India
Indonesia
Japan
Kazakhstan
Norway
Qatar
Singapore
The Netherlands
The Philippines
United Arab Emirates
United States
Vietnam

**Infrastructure**
Algeria
Argentina
Australia
Belgium
Brazil
China and Hong Kong
Ecuador
Germany
Indonesia
Ireland
Malaysia
Mexico
Qatar
Singapore
Spain
Sweden
Thailand
The Philippines
United Kingdom
United States
Vietnam

**Property**
Australia
China
India
Indonesia
Japan
South Korea
Malaysia
Saudi Arabia
Singapore
Thailand
The Philippines
Vietnam

**Investments**
China
Singapore
United States

$1,998m — Europe

$510m — China and Hong Kong

$52m — Japan and South Korea

Total FY 2010 Revenue **$9,783m**

North America $1,892m

South America $1,045m

Middle East $302m

India $43m

ASEAN $3,841m

Australia $100m

**Keppel Corporation Limited**
Report to Shareholders 2010

**Keppel Around the World**

## Board of Directors

**Lee Boon Yang, 63**

**Chairman and
Independent Director**
Member, Nominating Committee
Member, Remuneration Committee
Member, Board Safety Committee



**Lim Hock San, 64**

**Deputy Chairman and
Independent Director**
Chief Executive Officer,
United Industrial Corporation
Chief Executive Officer, Singapore Land
Chairman, Audit Committee
Chairman, Remuneration Committee
Member, Board Risk Committee





**Choo Chiau Beng, 63**

**Chief Executive Officer**
Member, Board Safety Committee



**Sven Bang Ullring, 75**

**Independent Director**
Chairman, Board of The Fridtjof Nansen
Institute, Oslo, Norway
Chairman, Board Safety Committee
Member, Nominating Committee
Member, Remuneration Committee

## Board of Directors

**Tony Chew Leong-Chee, 64**

**Independent Director**
Executive Chairman,
Asia Resource Corporation
Chairman, Nominating Committee
Member, Audit Committee



**Oon Kum Loon, 60**

**Independent Director**
Chairperson, Board Risk Committee
Member, Audit Committee
Member, Remuneration Committee





**Tow Heng Tan, 55**

**Non-Independent and
Non-Executive Director**
Chief Investment Officer,
Temasek Holdings
Member, Nominating Committee
Member, Remuneration Committee
Member, Board Risk Committee



**Alvin Yeo Khirn Hai, 49**

**Independent Director**
Senior Partner, WongPartnership LLC
Member, Audit Committee
Member, Board Risk Committee

# Board of Directors

**Tan Ek Kia, 63**

**Independent Director**
Member, Nominating Committee
Member, Board Safety Committee



**Danny Teoh, 56**

**Independent Director**
Member, Audit Committee
Member, Remuneration Commitee





**Teo Soon Hoe, 61**

Senior Executive Director and
Group Finance Director



**Tong Chong Heong, 64**

Executive Director

# Keppel Group Boards of Directors

## KEPPEL OFFSHORE & MARINE

**Choo Chiau Beng**
Chairman
Chief Executive Officer,
Keppel Corporation

**Tong Chong Heong**
Chief Executive Officer

**Sit Peng Sang**
Executive Director

**Bjarne Hansen**
Senior Partner,
Wing Partners I/S, Denmark

**Prof Neo Boon Siong**
Professor and former Dean of
Nanyang Business School, Nanyang
Technological University, Singapore

**Stephen Pan Yue Kuo**
Chairman, World-Wide Shipping
Agency Limited

**Prof Minoo Homi Patel**
Professor of Mechanical Engineering
and Director of Development, School of
Engineering, Cranfield University, UK

**Dr Malcolm Sharples**
President, Offshore Risk & Technology
Consulting Inc, US

**Teo Soon Hoe**
Senior Executive Director and
Group Finance Director,
Keppel Corporation

**Tan Ek Kia**
Chairman of City Gas Pte Ltd

**Po'ad Bin Shaik Abu Bakar Mattar**
Independent Director of Hong Leong
Finance Limited and Tiger Airways
Holdings Limited

**Lim Chin Leong**
Former Chairman of Asia,
Schlumberger

**Loh Chin Hua**
Managing Director, Alpha Investment
Partners Limited

## KEPPEL INTEGRATED ENGINEERING

**Tong Chong Heong**
Chairman
Executive Director, Keppel Corporation;
Chief Executive Officer, Keppel Offshore
& Marine

**Michael Chia Hock Chye**
Deputy Chairman
Director (Group Strategy &
Development) of Keppel Corporation;
Managing Director (Offshore), Keppel
Offshore & Marine

**BG (NS) Tay Lim Heng**
Chief Executive Officer

**Loh Ah Tuan**
Director

**Quek Boon Sing**
Director

**Dr Ong Tiong Guan**
Managing Director, Keppel Energy

## KEPPEL INFRASTRUCTURE FUND MANAGEMENT (AS TRUSTEE-MANAGER OF K-GREEN TRUST)

**Khor Poh Hwa**
Chairman
Advisor in Township and Infrastructure
Development to Keppel Corporation

**Alan Ow Soon Sian**
Tax Consultant (Non-Legal Practitioner),
KhattarWong

**Paul Ma Kah Woh**
Independent Director

**Quek Soo Hoon**
Operating Partner, iGlobe Partners (II)
Pte. Ltd.

**Thio Shen Yi**
Joint Managing Director, TSMP Law
Corporation

**Teo Soon Hoe**
Senior Executive Director and
Group Finance Director,
Keppel Corporation

**Michael Chia Hock Chye**
Director (Group Strategy &
Development) of Keppel Corporation;
Deputy Chairman, Keppel Integrated
Engineering; Managing Director
(Offshore), Keppel Offshore & Marine

## KEPPEL TELECOMMUNICATIONS & TRANSPORTATION

**Teo Soon Hoe**
Chairman
Senior Executive Director and
Group Finance Director,
Keppel Corporation

**Dr Tan Tin Wee**
Associate Professor of Biochemistry,
National University of Singapore

**Prof Bernard Tan Tiong Gie**
Professor of Physics,
National University of Singapore

**Reggie Thein**
Independent Director

**Wee Sin Tho**
Vice President, Endowment and
Institutional Development,
National University of Singapore

**Tan Boon Huat**
Independent Director

**Karmjit Singh**
Independent Director

## KEPPEL ENERGY

**Choo Chiau Beng**
**Chairman**
Chief Executive Officer,
Keppel Corporation

**Dr Ong Tiong Guan**
Managing Director

**Teo Soon Hoe**
Senior Executive Director and
Group Finance Director,
Keppel Corporation

**Khoo Chin Hean**
Chief Executive Officer,
OpenNet Pte Ltd

**Koh Ban Heng**
CEO & Executive Director of Singapore
Petroleum Company Limited (member
of PetroChina)

**Foo Jang See**
Senior Vice President, Refining,
Crude Supply Trading and Operations,
Singapore Petroleum Company Limited
(member of PetroChina)

**Nelson Yeo Chien Sheng**
Managing Director (Marine),
Keppel Offshore & Marine

**Michael Chia Hock Chye**
Director (Group Strategy &
Development) of Keppel Corporation;
Deputy Chairman, Keppel Integrated
Engineering; Managing Director
(Offshore), Keppel Offshore & Marine

**Tina Chin Tin Chie**
General Manager, Group Risk
Management, Keppel Corporation

## KEPPEL LAND

**Choo Chiau Beng**
**Chairman**
Chief Executive Officer,
Keppel Corporation

**Kevin Wong Kingcheung**
Group Chief Executive Officer

**Khor Poh Hwa**
Advisor in Township and Infrastructure
Development in Keppel Corporation

**Lim Ho Kee**
Chairman, Singapore Post

**Prof Tsui Kai Chong**
Provost and Professor of Finance,
SIM University

**Lee Ai Ming (Mrs)**
Senior Partner, Rodyk & Davidson

**Tan Yam Pin**
Former Managing Director,
Fraser and Neave Group

**Heng Chiang Meng**
Former Managing Director,
First Capital Corporation;
Executive Director,
Far East Organisation Group

**Edward Lee**
Former Ambassador to Indonesia

**Koh-Lim Wen Gin**
Former URA Chief Planner and
Deputy Chief Executive Officer

**Oon Kum Loon**
Non-executive, Non-independent
Director

**Teo Soon Hoe**
Senior Executive Director and
Group Finance Director,
Keppel Corporation

## K-REIT ASIA MANAGEMENT (AS MANAGER OF K-REIT ASIA)

**Prof Tsui Kai Chong**
**Chairman**
Provost and Professor of Finance,
SIM University

**Kevin Wong Kingcheung**
**Deputy Chairman**
Group Chief Executive Officer,
Keppel Land

**Ng Hsueh Ling**
Chief Executive Officer

**Dr Chin Wei-Li Audrey Marie**
Chairman, Vietnam Investing Associates
– Financials (S) Pte Ltd

**Lee Ai Ming (Mrs)**
Senior Partner,
Rodyk & Davidson

**Tan Chin Hwee**
Portfolio Manager, Apollo Asia
Opportunity Master Fund

**Tan Swee Yiow**
Alternate Director to
Kevin Wong Kingcheung;
President (Singapore Commercial),
Keppel Land International

# Keppel Technology Advisory Panel



**The Group promotes a culture of innovation with guidance from a panel of eminent business leaders, professionals and industry experts.**

(From left)
First row: Dr Brian Clark, CEO Choo Chiau Beng, Professor Cham Tao Soon (Chairman, Keppel Technology Advisory Panel), Professor Sir Eric Ash, Dr Yeo Ning Hong

Second row: Tan Gee Paw, Dr Malcolm Sharples, Professor Minoo Homi Patel, Professor James Leckie and Professor Tom Curtis

Absent from photo: Professor Jim Swithenbank

## Professor Cham Tao Soon
**Chairman**

BEng (Civil), 1st Class Honours, University of Malaya; BSc (Maths), University of London; PhD (Fluid Mechanics), University of Cambridge.

He was the founding President of Nanyang Technological University (Singapore) in 1981 and had relinquished the post in 2002 and is now its President (Emeritus). Presently, he is the Chancellor and Chairman of SIM University. He has received several honorary doctorates and foreign academic awards, including the International Medal of the British Royal Academy of Engineering.

## Professor Sir Eric Ash
BSc and PhD, Imperial College London; CBE FREng FRS.

He is presently an Advisor to Tata Consulting Engineers Ltd in Mumbai. A past president of the Institution of Electrical Engineers, he is a Foreign Member of the US National Academy of Engineering. He was Rector of Imperial College 1985–93, Vice President of the Royal Society 1997–2002. He has several honorary

doctorates, including one from Nanyang Technological University (Singapore).

## Dr Brian Clark
Schlumberger Fellow; B.S. Ohio State University; PhD, Harvard University (1977).

He holds 67 patents related to the exploration and development of oil and gas, primarily in wire line logging and logging while drilling. He was recognised as the Outstanding Inventor of the Year for 2002 by the Houston Intellectual Property Law Association, and as the Texas Inventor of the Year for 2002 by the Texas State Bar Association. Dr Clark is also a member of the National Academy of Engineering and The Academy of Medicine, Engineering and Science of Texas.

## Dr Yeo Ning Hong (KTAP Term expired on 31 December 2010)
BSc (Chemistry), First Class Honours, MSc, University of Singapore; Master of Arts and PhD, University of Cambridge (1970).

Dr Yeo is Advisor to Far East Organisation and formerly Advisor

to Temasek Holdings (Pte) Ltd and Hyflux Ltd. He is also Chairman of SQL View Pte Ltd and Universal Gateway International (Pte) Ltd, and serves as a Director of Singapore Press Holdings Ltd. Dr Yeo was a Cabinet Minister in the Singapore Government from 1981 to 1994 holding appointments as Minister for Communications, Information, National Development and Defence.

**Professor Minoo Homi Patel**
Fellow of the Royal Academy of Engineering, the Institution of Mechanical Engineers and the Royal Institution of Naval Architects; Chartered Engineer; BSc (Eng) and PhD, University of London and an Honorary Member of the Royal Corps of Naval Constructors.

He is Director of Development for the School of Engineering at Cranfield University and a Founder Director of the science park company BPP Technical Services Ltd. He also sits on the Boards of Keppel Offshore & Marine (Keppel O&M), Cranfield Aerospace Ltd and BMT Group Ltd.

**Dr Malcolm Sharples**
President, Offshore Risk & Technology Consulting Engineering Inc.; BE. (Engineering Science),University of Western Ontario; PhD University of Cambridge; Athlone Fellow; Fellow of the Society of Naval Architects and Marine Engineers; Registered Professional Engineer.

He provides consulting service on offshore-related projects including project technical risk, project safety cases and health & safety quality systems, financial due diligence on acquisitions, regulatory advice, business development assistance. He has been involved as an expert witness in a number of legal proceedings. He is an active member of the Canadian Standards Association on offshore wind farms. He is a Director of Keppel O&M.

**Professor James Leckie**
BS (Honours), San Jose State University; SM, PhD, Harvard University (1970); The C. L. Peck, Class of 1906 Professor of Environmental Engineering and Applied Earth Sciences, Stanford University; Director of the Stanford Centre for Sustainable Development & Global Competitiveness; Director,

Stanford-China Executive Leadership Programme; Director, Singapore Stanford Partnership.

He has appointments in both Civil and Environmental Engineering, and Geological and Environmental Sciences at Stanford. He is a member of the National Academy of Engineering. He holds five patents related to water treatment technology and over 300 publications. His areas of teaching and research are in environmental chemistry and human exposure analysis.

**Tan Gee Paw**
BEng (Civil), First Class Honours, University of Malaya; MSc (Systems Engineering), University of Singapore; Doctor of Science (Honorary), University of Westminster; Doctorate in Engineering (Honorary), University of Sheffield.

Mr Tan is the Chairman of Public Utilities Board, the national water agency of Singapore. He is a member of the Presidential Council for Religious Harmony, Chairman of OpenNet Pte Ltd and Exploit Technologies Pte Ltd. Mr Tan is also a Director of the Singapore Millennium Foundation Ltd, and Ascendas Pte Ltd. He is the Advisor for the Centre for Water Research, and Adjunct Research Professor of the Division of Environmental Science & Engineering, Faculty of Engineering, National University of Singapore.

Mr Tan co-chairs the Environmental & Water Technologies International Advisory Panel, Ministry of the Environment & Water Resources. He is also the Chairman of the International Advisory Panel of the Institute of Water Policy, Lee Kuan Yew School of Public Policy, and National University of Singapore. Mr Tan chairs the Nominating Committee of the Lee Kuan Yew Water Prize, Singapore International Water Week. He is a Member of the Centre for Liveable Cities Advisory Board, Ministry of National Development; Chairman of the Governing Board for the Earth Observatory of Singapore, Nanyang Technological University; Member of the Steering Group on Water & Climate Change for the Asia-Pacific Water Forum; and Member of the Climate Change Network, Prime Minister's Office.

**Professor Thomas (Tom) Curtis**
BSc (Hons) Microbiology, University of Leeds; M.Eng and PhD Civil Engineering, University of Leeds.

He is a professor of Environmental Engineering of the University of Newcastle upon Tyne, and a recipient of the Royal Academy of Engineering Global Research Fellowship, the Biotechnology and Biological Sciences Research Council (BBSRC) Research Development Fellowship. Before entering academia, he worked in construction and public health policy and has worked in the US, Brazil, Bangladesh and Jordan. His major areas of research include microbial ecology, engineered biological systems in general and wastewater treatment in particular. His research is supported by an Engineering Physical Science Research Council Platform Grant.

**Professor Jim Swithenbank (KTAP Term starts from 1 January 2011)**
BSc, PhD, FREng, FInstE, FIChemE, Energy and Environmental Engineering Group

He is the current Chairman of The Sheffield University Waste Incineration Centre (SUWIC), a fellow of the Royal Academy of Engineering and a member of numerous International Combustion Committees. He was the past president of the Institute of Energy (1986–87) and has served on many UK government/DTI/EPSRC Committees. He is a prolific researcher with over 300 refereed papers to his credit and also an internationally pre-eminent scholar for research on combustion, energy from waste and pollution control and holder of more than 30 patents. He was also the technical architect of the Sheffield waste-to-energy CHP scheme and the co-inventor of the Malvern instrument and of the original FLUENT CFD package.

# Senior Management

## KEPPEL CORPORATION

**Choo Chiau Beng**
Chief Executive Officer

**Teo Soon Hoe**
Senior Executive Director
and Group Finance Director

**Tong Chong Heong**
Executive Director

## CORPORATE SERVICES

**Chee Jin Kiong**
Director
(Group Human Resources)

**Michael Chia Hock Chye**
Director
(Group Strategy & Development)

**Paul Tan**
Group Controller

**Wang Look Fung**
General Manager
(Group Corporate Communications)

**Lynn Koh**
General Manager
(Group Treasury)

**Lai Ching Chuan**
General Manager
(Corporate Development /
Planning)

**Magdeline Wong**
General Manager
(Group Tax)

**Tina Chin**
General Manager
(Group Risk Management)

**Caroline Chang**
General Manager
(Group Legal)

**Tan Eng Hwa**
General Manager
(Group Internal Audit)

**Cindy Lim**
General Manager
(Group Human Resources)

**Goh Toh Sim**
Chief Representative (China)

## OFFSHORE & MARINE

**Tong Chong Heong**
Chief Executive Officer
Keppel Offshore & Marine

**Sit Peng Sang**
Executive Director
Keppel Offshore & Marine

**Michael Chia Hock Chye**
Managing Director (Offshore)
Keppel Offshore & Marine

**Nelson Yeo Chien Sheng**
Managing Director (Marine)
Keppel Offshore & Marine

**Chee Jin Kiong**
Executive Director
(Human Resources)
Keppel Offshore & Marine

**Chow Yew Yuen**
President, The Americas
Keppel Offshore & Marine

**Wong Kok Seng**
Managing Director
Keppel FELS

**Hoe Eng Hock**
Executive Director
Keppel Singmarine

**Wong Ngiam Jih**
Chief Financial Officer
Keppel Offshore & Marine

**Charles Foo Chee Lee**
Director / Advisor
Keppel Offshore & Marine Technology
Centre (KOMtech)

**Dr Foo Kok Seng**
Executive Director
Offshore Technology Development
(OTD)
Centre Director
Keppel Offshore & Marine Technology
Centre (KOMtech)

**Aziz Amirali Merchant**
Executive Director
Keppel FELS

**Chor How Jat**
Executive Director
Keppel Shipyard

## INFRASTRUCTURE

**BG (NS) Tay Lim Heng**
**Chief Executive Officer**
Keppel Integrated Engineering
**Head of Sustainable Development**
Keppel Group

**BG (Ret) Pang Hee Hon**
**Chief Executive Officer**
Keppel Telecommunications &
Transportation

**Dr Ong Tiong Guan**
**Managing Director**
Keppel Energy

**Thomas Pang Thieng Hwi**
**Chief Executive Officer**
Keppel Infrastructure Fund
Management (Trustee-Manager
of K-Green Trust)

## PROPERTY

**Kevin Wong**
**Group Chief Executive Officer**
Keppel Land

**Ang Wee Gee**
**Executive Director**
Keppel Land International
**Executive Vice Chairman**
Keppel Land China

**Choo Chin Teck**
**Director (Corporate Services) and**
**Group Company Secretary**
Keppel Land International

**Lim Kei Hin**
**Chief Financial Officer**
Keppel Land International

**Tan Swee Yiow**
**President (Singapore Commercial)**
**and Head, Regional Investments**
**(Indonesia, Malaysia, Myanmar)**
Keppel Land International

**Augustine Tan**
**President (Singapore Residential)**
**and Head, Regional Investments**
**(India, Middle East)**
Keppel Land International

**Ng Hsueh Ling**
**Chief Executive Officer/Director**
K-REIT Asia Management

**Loh Chin Hua**
**Managing Director**
Alpha Investment Partners

## UNIONS

**Keppel FELS Employees Union**
**Ho Mun Choong, Vincent**
**President**

**Atyyah Hassan**
**General Secretary**

**Keppel Employees Union**
**Mohd Yusop Bin Mansor**
**President**

**Mohd Yusof Bin Mohd**
**General Secretary**

**Shipbuilding & Marine Engineering**
**Employees' Union**
**Wong Weng Onn**
**President**

**Lim Chin Siew**
**Executive Secretary**

**Singapore Industrial & Services**
**Employees' Union**
**Tan Peng Heng**
**President**

**Lim Kuang Beng**
**General Secretary**

**Josephine Teo**
**Executive Secretary**

**Union of Power & Gas Employees**
**Tay Seng Chye**
**President**

**S. Thiagarajan**
**Executive Secretary**

**Nachiappan RKS**
**General Secretary**

# Investor Relations



1



2

1_Analysts engaged in robust
discussion with Keppel Senior
Management.

2_Visits to our yards provide
analysts and investors a ground
feel of our operational excellence.

With the global financial crisis gradually easing, 2010 started out on a promising note. However, this positive mood was soon dampened by the eruption of the Eurozone debt crisis. The oil spill incident in the Gulf of Mexico also impacted the sentiments in the global Offshore & Marine sector, and in our key markets in Singapore and China, cooling measures were introduced to curb speculation and stabilise the property markets. Overall, 2010 was a year of challenges for the Group.

Throughout the year, Keppel's dedicated Investor Relations team worked steadily to address the concerns of the investing community, while stepping up communications with investors, analysts, fund managers and the media. The team provided balanced insights into the Group's performance, key developments and growth strategies.

In both good times and bad, our investor relations efforts are guided by the principle of achieving best practices in corporate governance and disclosure. Clear, consistent and regular communication is a hallmark of Keppel's relationships with analysts and investors worldwide.

**PROACTIVE OUTREACH**
In 2010, we held over 160 one-on-one investor meetings and conference calls with Singapore and overseas institutional investors. Our top management also went on non-deal roadshows to the US and Hong Kong, and met over 20 institutional fund managers.

Such meetings provide a useful platform for investors and analysts to engage our management and better understand our business dynamics and direction. This also contributes towards the strengthening of relationships with our long-term shareholders.

During the year, we also arranged meetings with the management of key subsidiaries. Tours of the facilities aided in the better understanding of our businesses and operations.

As a global leader in the Offshore & Marine industry, Keppel's key attraction to investors is our rigbuilding operations and facilities. In 2010, we conducted over 10 yard tours cum management dialogues for institutional investors, including three groups of international investors who were in Singapore to

participate in key investor conferences, and one group who visited our yard in Brazil.

With a good number of rigs being delivered in 2010, investors and analysts were invited to key naming and delivery ceremonies in Singapore to understand what it takes to complete a rig or vessel on time, within budget and with no incidents, through mingling with our management, customers and suppliers.

We also organised visits to facilities in our Infrastructure Division, to enable investors and analysts to have a better understanding of the operations there. For example, analysts were given a tour of the newly completed Keppel Seghers Tuas Waste-to-Energy Plant in Singapore in conjunction with its opening ceremony in June 2010.

In addition, we complemented our outreach efforts with participation in selected investor conferences. For a fourth consecutive year, top executives from Keppel Offshore & Marine presented at the Annual Oil & Offshore

Conference organised by Pareto Securities in Norway, which was also a strategic platform for management to strengthen and renew ties with industry players and customers.

## REGULAR COMMUNICATION

To reach stakeholders in a timely and effective manner, we continued 'live' webcasts of our quarterly results and presentations. These webcasts allow viewers from around the world to listen to our top management and post questions online for them to respond to in real time.

We are also committed to keep our communication channels accessible and information timely so as to serve the interests of the investing community. Market sensitive news is promptly posted on our website, www.kepcorp.com, at the end or beginning of each market day, in addition to the Singapore Exchange website.

Recognising the importance of providing easy-to-access and up-to-date information round the clock to our stakeholders, we

revamped our corporate website with better organised business information and an enhanced investor centre, containing key financial highlights, orderbook information and an outline of the Group's most current landmark projects.

## RECOGNITION

Our proactive investor relations approach and commitment to corporate transparency was again recognised by the business and investing community in 2010.

Significant accolades were garnered at the 5th Singapore Corporate Awards in May 2010. Keppel Corporation emerged the Gold winners in the Best Managed Board and Best Annual Report Awards in the category of companies with market capitalisation of $1 billion and above.

At the 11th Investors' Choice Awards organised by the Securities Investors Association of Singapore, Keppel Corporation placed Second in the Singapore Corporate Governance Award.

## Focus on Shareholder Value

We are committed to deliver value to our shareholders. In 2010, we continued to sustain our returns to shareholders.

At 22.3%, our Return on Equity (ROE) exceeded 20% for the fourth consecutive year. Our Total Shareholder Return (TSR) in 2010 was a creditable 47%, which was well above the benchmark Straits Times Index's (STI) TSR of 13%.

Over the past decade, Keppel's net profit grew from $267 million

in 2001 to our record earnings of $1,419 million for 2010. This is a Compound Annual Growth Rate (CAGR) of about 20%. In terms of TSR, Keppel's CAGR of 32% was also significantly higher than STI's CAGR TSR of 9%.

In terms of share price performance, Keppel Corporation's share price gained 41.3% over the year to close at $11.32 at the end of 2010 (based on adjusted beginning share price of $8.01), outperforming STI's gain of about 10.1% during the same period.

To reward shareholders for the record performance achieved in 2010, we are proposing a total cash dividend of 42 cents per share for the year, which is 11% higher than the 2009 total cash dividend of 38 cents per share. In addition, we are proposing a bonus issue to shareholders on the basis of one bonus share for every 10 existing ordinary shares in the capital of the Company. The proposed payout for 2010 will be around $670 million, which is about 50% of Group net profit.

# Awards and Accolades

## CORPORATE GOVERNANCE AND TRANSPARENCY

**Singapore Corporate Awards**

**Keppel Corporation**
→  Gold, Best Managed Board (Market cap of $1 billion and above)

→  Best CEO, Mr Choo Chiau Beng (Market cap of $1 billion and above)

→  Gold, Best Annual Report (Market cap of $1 billion and above)

**K-REIT Asia**
→  Gold, Best Annual Report (REITs and Business Trusts)

**Keppel Telecommunications & Transportation**
→  Gold, Best Annual Report (Market Cap of $300 million to less than $1 billion)

**Governance and Transparency Index**

Keppel Corporation, Keppel Telecommunications & Transportation and Keppel Land were ranked 4th, 9th and 13th respectively among 700 companies that were assessed.

**Securities Investors Association of Singapore 11th Investors' Choice Awards**

**Keppel Corporation**
→  Second, Singapore Corporate Governance Award

**Keppel Land**
→  Runner-up, Most Transparent Company (Property)

## BUSINESS EXCELLENCE

→  Keppel Corporation was one of the top five brands in Singapore at the Brand Finance Asia Pacific Forum.

→  Keppel Corporation was ranked 20th position out of top 42 conglomerates in the Forbes Global 2000 Ranking for 2010, up from 21st position in 2009.

→  Keppel FELS edged four other finalists to win the Offshore Yard Award at the Seatrade Asia Awards.

→  At the Lloyd's List Awards, Keppel Shipyard was lauded the Best Shipyard of the Year.

→  Semisubmersible drilling tender, West Palaut, built to the KFELS SSDT™ design won the Shell Platform Rig of the Year Award for the third time. The rig was conferred this award in 2004 and 2006.

→  At the 24th Annual Singapore 1000 & Singapore SME 1000 and Singapore International 100 Awards, Keppel Corporation was named the winner of the Singapore International 100: Overseas Sales/Turnover Excellence in Markets (The Americas) while Keppel FELS took home a similar award for the European market.

→  Keppel FELS received the May Day 2010 CBF (Cheaper, Better, Faster) Model Partnership Award from the National Trades Union Congress.

→  Keppel Nantong Shipyard was ranked sixth among Nantong's Top 10 Export Enterprises by the Nantong Municipal People's Government.

→  Keppel Logistics clinched for the second consecutive year, the Domestic Logistic Service Provider of the Year (Singapore) at the 2010 Frost and Sullivan ASEAN Transportation & Logistics Awards.

→  Keppel Corporation was named as one of the Top Ten Most Desired Companies to work for in a survey conducted by Boardroom Research, commissioned by PeopleSearch.

→  At the Singapore Human Resources (HR) Awards, Keppel Land received awards in the Corporate Social Responsibility (Leading), Performance Management (Special Mention) and E-HR Management (Special Mention) categories.

→  Two top welders from Regency Steel Japan won the second and third position at the 51th Fukuoka Prefecture Welding Skill Contest in Japan.

→  At the Euromoney Real Estate Awards 2010, Keppel Land garnered awards comprising:

–  Best Developer in Vietnam
–  Best Office Developer in Singapore

→  Keppel Land was one of the two Singapore companies to be included in the Dow Jones Sustainability Asia Pacific Index.

→  Keppel Land also garnered recognition for its projects as follows:

**Marina at Keppel Bay**
–  Marina at Keppel Bay won the coveted award of Best Asian Marina at the 6th Asian Boating Awards.

–  Awarded the 5 Gold Anchors rating from the Marina Industries Association of Australia (MIAA) for top excellence in services and facilities.

**Jakarta Garden City**
–  Runner-up in the Residential (Low Rise) category at the International Real Estate Federation (FIABCI) Prix d'Excellence Awards.

–  Best Middle Class Residential Development at the FIABCI Indonesia – BNI Prix d'Excellence 2010 Awards.

**Sedona Suites**
–  Sedona Suites in Hanoi and Ho Chi Minh City was lauded for "Excellent Performance" in the Guide Awards 2009-2010.

**Sedona Hotel Yangon**
–  At the World Travel Awards, Sedona Hotel Yangon has reaffirmed its position as Myanmar's Leading Hotel.

### GREEN AWARDS

→ Keppel Towers, GE Tower, Equity Plaza, Prudential Tower and Keppel Bay Tower in Singapore, The Arcadia and La Quinta in China were conferred the Green Mark Gold by the Singapore's Building and Construction Authority.

→ Keppel Land's golf courses in China and Indonesia, Spring City Golf & Lake Resort and Ria Bintan Golf Club were designated Classic Sanctuaries by Audubon International for their efforts in enhancing wildlife habitats and protecting natural resources.

→ KREIT Asia's 275 George Street building in Australia attained the prestigious 5 Star Green Star – Office As Built v2 rating by the Green Building Council of Australia.

→ In the Singapore Environmental Achievement Awards, Keppel Land won the Merit Award in the Services category for its excellence in corporate environmental leadership.

→ Hotel Sedona clinched the runner-up place in the ASEAN Best Practice Competition for Energy Management in Building and Industry (Small and Medium category).

→ Hotel Sedona was lauded for Best in Green and Environmental Practices by the Government of North Sulawesi.

→ Ocean Financial Centre was conferred the Solar Pioneer Award, an award co-organised by the Singapore Business Federation, Sustainable Energy Association of Singapore, the Economic Development Board and the Energy Market Authority.

### CORPORATE CITIZENRY

→ Keppel Corporation received the Distinguished Patron of the Arts Award from the Singapore National Arts Council.

→ Keppel Land was recognised as the Most Admired ASEAN Enterprise under the corporate social responsibility category at the ASEAN Business Awards 2010.

→ Keppel Shipyard was conferred the Minister for Defence Award while Keppel Logistics received the Meritorious Defence Partner Award at the annual Total Defence Partner Award.

→ Keppel Singmarine won the Pinnacle Award and SHARE Platinum Award for its unwavering support and commitment to Community Chest. Keppel FELS also won the SHARE Platinum Award while Keppel Logistics and Keppel Shipyard received the SHARE Gold Awards. Keppel Corporation was bestowed the Corporate Gold Award for its long involvement in charitable causes.

### SAFETY

→ The Keppel Group garnered 12 awards at the Workplace Safety and Health Awards 2010.

→ For all-round safety performance, Keppel Singmarine received the WSH Performance Silver Award for the fourth year in a row while Keppel Seghers NEWater Development bagged its first.

→ Keppel FELS won the Achievement in Safety Award at the Lloyd's List Awards.

→ Keppel Nantong Shipyard received a Safety Excellence Award from the Nantong Administration of Work Safety.

→ Keppel's properties at Keppel Bay as part of the HarbourFront Cluster have been conferred one of 10 Safe and Secure Watch Group Awards.



Keppel Group emerged a big winner at the 2010 Singapore Corporate Awards, which recognised Keppel's excellence in corporate governance and transparency.

Special Feature

# Creating Value Through Innovation

To sustain our growth, Keppel is committed to develop our businesses with the twin focus of technology innovation and value creation.

→   Systematic technology development framework spearheaded by Keppel Technology Advisory Panel, supported by Keppel Offshore & Marine Technology Centre and Keppel Environmental Technology Centre

→   A range of innovative products designed and developed to meet the needs of our customers

→   Harnessing our technology advantage to provide sustainable urbanisation solutions

→   Boosting productivity and efficiency through effective cost management and project management skills



**Keppel Offshore & Marine Technology Centre collaborates with research institutes and industry partners to anticipate and develop new technologies and solutions that will meet the future needs of the global offshore and marine industry.**

Keppel has a range
of proprietary rig
solutions.

Special Feature



**Keppel Group's Sustainable Growth Drivers**

Technology Innovation Focus

Product R&D

**+**

Value and Customer Focus

Green Solutions

High Productivity and Efficiency

**=**

**SUSTAINABLE GROWTH**

initiatives in research, development, testing and commercialisation of new products and services in our various businesses.

With participation from the Board and senior management, KTAP convenes one or two times a year. Chaired by Professor Cham Tao Soon, President Emeritus of Nanyang Technological University (NTU) and Chancellor of UniSIM, KTAP comprises eight other academic and industry experts from both the local and international arena (please see details of KTAP members on page 34 of this Report).

KTAP has proven over the years to be an effective catalyst in identifying areas to sustain our competitive edge and in fostering a vibrant R&D culture within the Group.

**Developing Offshore & Marine Technology**
Launched in 2007, KOMtech underscores Keppel Offshore & Marine's (Keppel O&M) commitment to long-term R&D. The mission of KOMtech is to develop competencies, promote innovation, stimulate and carry out application research and product/process development, and engage in technology foresight to create strategic advantages for Keppel O&M.

KOMtech complements and augments the work of the three technology units within Keppel O&M – Offshore Technology Development which specialises in jackup and their critical systems; Deepwater Technology Group which specialises in semisubmersibles and other deepwater structures; and Marine Technology Development which has expertise in specialised ship design. At the moment, KOMtech employs about 45 research engineers, of which 18 are PhD holders and another 15 are Master degree holders.

**NURTURING A CULTURE OF INNOVATION**
At Keppel, a key engine of our sustainable growth and value creation is our focus on and commitment towards technology innovation. For years, we have sought to align our research and development (R&D) activities to complement our business activities, with the aim of developing solutions that are commercially viable and adaptable to the needs of the industries which we are in.

Our culture of innovation, developed and nurtured through our over four decades of existence, has also improved the overall productivity and efficiencies of our workforce. Together with our value-based mindset inculcated across the Group following a restructuring exercise in 2001, we have achieved good growth for the last ten years, culminating in a record net profit of $1,419 million in 2010.

Our twin focus on innovation and value has empowered and fortified the Group well to weather the recent years of economic uncertainty, and readied us to ride on the upturn to capture more growth opportunities.

Underlying our R&D efforts across our businesses is the deep-seated desire to value-add to our customers, by developing quality and cost-effective solutions to meet their needs.

**SYSTEMATIC TECHNOLOGY DEVELOPMENT**
Within Keppel, we have put in place a number of key drivers to sustain and enhance our technology innovation capabilities. At the apex of this is the Keppel Technology Advisory Panel (KTAP), supported by two centres of excellence launched in 2007 to implement the strategic vision of the Panel and to coordinate R&D efforts within the businesses. They are the Keppel Offshore & Marine Technology Centre (KOMtech) and Keppel Environmental Technology Centre (KETC).

**Keppel Technology Advisory Panel**
Established in 2004, the KTAP is envisioned to be a key platform for sustaining the Group's technology leadership. In addition to providing strategic leadership for our R&D efforts, KTAP also mentors and challenges the robustness of



Our commericial developments such as Ocean Financial Centre incorporates environmentally-friendly initiatives such as green havens.

Leveraging existing and proprietary technologies, KOMtech is also in collaboration with universities, research institutes and industry partners worldwide in its work to anticipate and develop new technologies and solutions that will meet the future needs of the global offshore & marine industry.

**Driving Environmental Technology Solutions**
Established in 2007, KETC underscores Keppel Integrated Engineering's (KIE) commitment to long-term innovation in environmental solutions. KETC initiates, manages, and conducts R&D within KIE, and also collaborates with leading academic and research institutions worldwide. Research partners include research institutes of Singapore's A*STAR, universities and polytechnics, UK's Cranfield University and Netherlands Organisation for Applied Scientific Research.

KETC works closely with Keppel Seghers Belgium on cutting-edge technologies in wastewater treatment and waste-to-energy systems that translate into innovative yet value-

enhancing solutions. A case in point is the Spacer and Turbo-Charger projects that have resulted in significant cost savings for the Keppel Seghers Ulu Pandan NEWater Plant in Singapore.

In 2010, KETC was successful in a National Research Foundation call for Competitive Research Funding for a Co-Digestion project with one of our research partners. The same year, KETC achieved two US provisional patents (PCTs) on anaerobic wastewater treatment technology. The patented improved digestor is envisaged to be highly efficient in producing green biogas, while achieving cost savings. It might also address the need for higher strength wastewater derived from both municipal and industrial sectors.

**DEVELOPING PRODUCTS FOR CUSTOMERS**
At Keppel, we ensure that whatever we create must help our customers achieve their commercial and business goals. When we launch a new product or pursue a new market segment, we balance the risks with the rewards carefully.

Special Feature

This is well demonstrated in the development of our own proprietary jacking and fixation systems for the offshore industry in the 1990s, which today are key components used in all Keppel-designed jackup rigs. The key motivation then in developing our own systems was to have better control over the supply and costs, so that we can deliver good quality products on time and within budget to our customers.

Following this, we continued to seek ways to improve on our rigs with strong inputs from our customers to create value for them. We combine the best of our rig building experience with design and engineering expertise to develop and offer robust solutions.

We also work hand-in-hand with trendsetting industry partners and various universities such as the National University of Singapore, Nanyang Technological University, University of Western Australia, Oxford University, among others, to sharpen our edge in technology. This enables us to further enhance and refine our products, as well as grow our knowledge base.

**Proprietary Jackup Rig Designs**
1997 was a significant year for Keppel FELS as it entered the world of rig design, acquiring rights to the Freide & Goldman MOD V and MOD VI jackup rigs. The two jackup models were further improved upon by our Offshore Technology Development unit and evolved to become Keppel's proprietary KFELS B Class and KFELS G Class rig designs. These designs were further improved upon which gave rise to a comprehensive range of winning jackup models in our technology portfolio.

When the offshore industry revived in 2002, after a long dry spell, we were ready with our own set of viable and cost-effective rig and ship solutions to meet the burgeoning demand, spurred by decades of under investment worldwide in this sector.

Our new solutions, such as the KFELS B Class jackup rig design launched in 2000, were quickly soaked up by the market. To-date, Keppel FELS has delivered a total of 33 KFELS B Class jackup rigs to customers operating in different parts of the world. For its environmentally-friendly features, the KFELS B Class design was also bestowed the Prestigious Engineering Achievement Award from Institution of Engineers Singapore in 2009. We further enhanced the KFELS B Class for high pressure, high temperature drilling of up to 35,000 feet, and came up with the KFELS Super B Class jackup rigs.

Other high-specification, high performance jackup rigs in the KFELS design stable are:

–   KFELS Super A Class: A viable and cost-effective solution for harsh environments and cold climate areas. It features advanced automated drilling systems with 2.5 million pounds of static hook load, a spacious deck and comprehensive amenities for the comfort of a 150-person crew.

–   KFELS N Class: This high-specification jackup is designed and equipped for demanding drilling requirements in harsh weather environments, such as the North Sea.

**Robust Vessels for Ice Environments**
We have also been able to apply our technology and engineering expertise to create solutions for ice environments offshore. In 2008, Keppel Singmarine successfully engineered and constructed a pair of Arctic icebreakers for our Russian customer LUKOIL in the tropics of Singapore. These are the first icebreakers to be built in Asia.

Built in compliance with the Russian Maritime Register of Shipping's standards, these vessels can cut through solid ice over 1.7 m thick and operate in temperatures as low as -45℃. Their main functions are to perform ice channeling for tankers within the terminal area, and assist in tanker manoeuvring, mooring and loading. Importantly, the two icebreakers were built to "clean design" and "zero discharge" standards to better protect the fragile Arctic environment.

In 2009, Keppel Singmarine also constructed the first ice-class Floating Storage Offloading (FSO) vessel to be completed and deployed in the Caspian region for LUKOIL.

At present, we are trying to push the boundaries even further by looking into ice-worthy jackup rigs that can facilitate oil and gas exploration and production in expanded weather window.

**MEETING THE "GREEN" DEMAND**
With the global megatrends of rapid urbanisation and awareness of climate change, there is growing demand for sustainable environmental solutions. With the fast expanding population in the world, the need to efficiently treat large amounts of waste and wastewater becomes more urgent by the day. In addition, to mitigate the impact of global warming, the use of renewable energy is expected to triple between 2008 to 2035, with the bulk of the increase primarily from wind and hydropower.

Keppel is well-positioned to meet such a demand trend with our range of technologically advanced and proven solutions, from waste-to-energy plants, green buildings to offshore wind turbine installation vessels, and foundations and cable laying vessels.

**Advanced Waste and Water Treatment Technologies**
KETC, the R&D arm of KIE, focuses on innovating water, wastewater treatment and solid waste treatment technologies

## Innovative Drillship Design





1

2

To meet the growing demand for robust solutions in the ultra-deep waters of Brazil, Gulf of Mexico and West Africa, Keppel O&M's Deepwater Technology Group, together with leading designer SBMGustoMSC, jointly developed one of the first compact drillship designs in the world.

Called DrillDeep DS12000, it is a cost-effective rival to its larger peers. It is more energy-efficient and easier to maintain. Spanning 198 m in length, its construction requires just 16,000 tonnes of steel compared to the standard 28,000 tonnes.

Unlike typical drillship, whose risers and key equipment are located on the main deck, the topsides

of DrillDeep DS12000 are fully integrated within the ship's hull. This frees up a generous deck space. It is capable of drilling down to 40,000 ft below the rotary table and operating at a water depth of 12,000 ft. It is also able to attain transit speeds as high as 14 knots.

Another innovative drillship design which is jointly developed by KOMtech, Keppel FELS and Stena Drilling is the slim drillship. This design is engineered to economically and effectively perform subsea well maintenance, intervention and light drilling operations.

At 145 m long, the slim drillship is smaller in size compared to a standard drillship. Utilising a high

pressure riser, the slim drillship is capable of drilling and well intervention work in a maximum well depth of 22,500 ft below rotary table in water depths no deeper than 7,500 ft.

The slim high pressure riser allows intervention tools access into wells containing hydrocarbons, thereby eliminating the need to fill the well with drilling mud. This riser also enables the drillship to bore through sections of old wells which have been depleted, something traditional drillships cannot achieve for fear of damaging the well.

1_DrillDeep DS12000
2_Slim drillship design

Special Feature



**Keppel Environmental Technology Centre is currently researching into the treatment of biosolids waste with energy recovery and treatment of high strength industrial wastewater, among others.**



for commercial applications. Currently, KETC is working on a number of projects, including the treatment of biosolids waste with energy recovery and seawater desalination.

KETC is exploring a new and more effective way to treat and recycle sludge, a by-product of municipal wastewater treatment processes. Known as the REDOXAN® process, it is essentially a two-stage fermentation process whereby the residual biomass, after the second stage of aerobic digestion, is separated and submitted to either a mechanical treatment, chemical treatment or both, before being recycled to the first stage of anaerobic digestion.

Through the REDOXAN® process, almost complete digestion of the sludge and maximum biogas production can be achieved, therefore treating sludge more effectively and producing green energy at the same time. Preliminary results have been encouraging and a cost-benefit analysis is currently being conducted.

On wastewater treatment, KIE has identified an emerging clean and

sustainable wastewater technology. KETC is developing this jointly with KIE's Industrial Solutions team and has won a research grant. This system can treat varying grades (strengths) of wastewater and therefore has wide applications especially for upgrading or retrofitting of existing plants. It is also applicable to new industrial wastewater treatment plants, is easy and economical to retrofit, construct and operate due to its compact nature and concise process design. Besides lower energy consumption, this technology contributes to significant nitrogen removal, negligible sludge discharge, and the ability to generate biofuel.

For water treatment, KETC secured a TechPioneer funding for seawater desalination. The team is presently working on a demonstration plant targeted to be ready by end of this year.

**Tapping the Offshore Wind Potential**
With our established track record in the offshore drilling industry, we see growth potential and value in applying our technological know-how in the area of renewable energy. In July 2010, we entered into a partnership with Seafox

Group, a leading offshore fleet owner and operator, to commercialise a new vessel concept based on our jackup technology for the offshore wind energy sector.

The KFELS Multi-Purpose Self Elevating Platform, or KFELS MPSEP, is a cutting-edge wind turbine installation vessel that can withstand harsh offshore conditions all year round in the North Sea. Its maximum operating water depth of 65 m, is by far one of deepest in the industry, and some 45% deeper than the capability of existing vessels. Made to withstand extreme storm conditions, the vessel provides a potentially longer operational window for its operators.

Apart from the offshore wind energy sector, the KFELS MPSEP also meets all the stringent operating regulations of the offshore oil and gas industry and can support a wide range of related activities such as accommodation, well intervention, maintenance, construction and decommissioning.

**Green Developments**
To create live-work-play environments of enduring value for the communities in our key markets, we are committed to incorporate environmentally-friendly and innovative energy saving features in our property developments to ensure minimal impact on the environment.

Our commercial developments in Singapore such as the Ocean Financial Centre (OFC) and Marina Bay Financial Centre (MBFC) are equipped with environmentally-friendly features. OFC will feature a roof photovoltaic system, an energy-efficient hybrid-chilled water system and an integrated paper recycling facility. Power-saving LEDs will also be used to light up the building facade. MBFC will incorporate curtain-wall glass cladding system which reduces the solar heat load and as a result, less energy is required for cooling.

One Raffles Quay, an office development in the Marina Bay area in Singapore under the portfolio of K-REIT Asia, hosts a district cooling plant which provides chilled water for efficient air-conditioning for itself as well as adjoining developments.

Away from Singapore, Keppel Group is the leader of the Singapore consortium of a landmark bilateral project between China and Singapore, known as the Sino-Singapore Tianjin Eco-City. This 30-sq km Eco-City is envisioned to create a socially harmonious, environmentally-friendly and resource efficient community that meets the needs of an urbanising China.

We are one of the first foreign property developers to commence construction and sales of eco-homes within the Eco-City. Our eco-homes are in compliance with the Eco-City's Green Building Evaluation Standards (GBES). The standards requirements include:

– Achieving at least 70% reduction in building energy consumption compared to buildings designed to local Design Standard 1980–81;
– Meeting 5% of total building energy demand from renewable energy sources;
– All apartment units and 40% of public spaces to receive at least two hours of sunlight during winter;
– Green ratio of more than 30%;
– Reduction of construction materials wastage through optimal design; and
– Sourcing materials from within a 500-km radius.

## BOOSTING PRODUCTIVITY WITH INNOVATION
As part of our continuous process to create value for the Group as well as our stakeholders, we are constantly seeking ways to manage our costs through improving the productivity of our workforce and enhancing our operational efficiencies. This has been a key formula in sustaining Keppel's

growth through the years, and will continue to be a hallmark of Keppel's business strategy.

A highly efficient operational framework has helped Keppel O&M to sustain its position as the world's leading offshore rig designer and builder. By constantly enhancing our processes through innovation, we have been able to deliver more rigs by maximising resources and reducing wastage.

The drive for enhanced productivity in Keppel is both a top-down and a bottom-up approach. For instance, a productivity improvement taskforce was established within Keppel O&M last year to formalise efforts and implement strategies to achieve continuous productivity improvements over the longer term. Keppel O&M employees also participate actively in the productivity enhancement movement by submitting resource-optimising ideas at the annual Innovation Quality Circle (iQC) Conventions. Every year, cost savings of up to several million dollars are generated from employees' innovations.

At the logistics division of Keppel Telecommunications & Transportation, the aim is to provide transportation solutions to enable timely and efficient deliveries of customers' goods. The company recently invested in a new Transport Management System that enables it to better process information across its customers' supply chains. This ensures that information on delivery status is seamlessly translated into timely operational execution. The improved planning capability of the new system also enhances the overall efficiency and performance of the operations.

# Operating & Financial Review

The Keppel Group is in the Offshore & Marine, Infrastructure and Property businesses to deliver sustainable earnings growth. With total assets of $20.98 billion as at end-2010, the Group serves a global customer base through its business units strategically located in over 30 countries.

Some of the key factors influencing our businesses are global and regional economic conditions, oil and gas exploration and production activities, real estate markets, threats, currency fluctuations, capital flows, interest rates, taxation and regulatory legislation. As the Group's operations involve providing a range of products and services to a broad spectrum of customers in many geographic locations, no one factor, in management's opinion, determines the Group's financial condition or the profitability of our operations.

In this section on the operating and financial review, we seek to provide a strategic, market and business review of the Keppel Group's operations and financial performance. We have described the key activities of our businesses and their impact on Keppel Group's performance. We have also discussed the challenges in our operating environment, and how we balance the short-term pressures and longer-term strategies.

This discussion and analysis is based on the Keppel Group's consolidated financial statements as at 31 December 2010.

Contents

51
Group Structure

52
Management Discussion and Analysis

54
Offshore & Marine

66
Infrastructure

74
Property

82
Investments

84
Financial Review and Outlook

**Keppel Corporation Limited**
Report to Shareholders 2010

## Group Structure

# Keppel Corporation Limited



**Offshore & Marine**
– Offshore rig design, construction, repair and upgrading
– Ship conversions and repair
– Specialised shipbuilding

| | |
|---|---|
| Keppel Offshore & Marine Limited | 100% |
| Keppel FELS Limited | 100% |
| Keppel Shipyard Limited | 100% |
| Keppel Singmarine Pte Ltd | 100% |
| Keppel Nantong Shipyard Company Limited *China* | 100% |
| Offshore Technology Development Pte Ltd | 100% |
| Deepwater Technology Group Pte Ltd | 100% |
| Marine Technology Development Pte Ltd | 100% |
| Keppel AmFELS LLC *United States* | 100% |
| Keppel Verolme BV *The Netherlands* | 100% |
| Keppel FELS Brasil SA *Brazil* | 100% |
| Keppel Singmarine Brasil Ltda *Brazil* | 100% |
| Keppel Norway AS *Norway* | 100% |
| Keppel Philippines Marine Inc *The Philippines* | 96% |
| Subic Shipyard & Engineering Inc *The Philippines* | 87% |
| Keppel Kazakhstan LLP *Kazakhstan* | 50% |
| Caspian Shipyard Company Limited *Azerbaijan* | 45% |
| Arab Heavy Industries PJSC *UAE* | 33% |
| Nakilat-Keppel Offshore & Marine Ltd *Qatar* | 20% |

**Infrastructure**
– Environmental engineering
– Power generation
– Logistics and data centres

**Environmental Engineering**

| | |
|---|---|
| Keppel Integrated Engineering Ltd | 100% |
| Keppel Seghers Engineering Singapore Pte Ltd | 100% |
| Keppel FMO Pte Ltd | 100% |
| Keppel DHCS Pte Ltd | 100% |
| Keppel Seghers Belgium NV *Belgium* | 100% |
| K-Green Trust | 49% |

**Power Generation**

| | |
|---|---|
| Keppel Energy Pte Ltd | 100% |
| Keppel Merlimau Cogen Pte Ltd | 100% |
| Keppel Electric Pte Ltd | 100% |
| Keppel Gas Pte Ltd | 100% |

**Logistics and Data Centres**

| | |
|---|---|
| Keppel Telecommunications & Transportation Ltd | 80% |
| Keppel Logistics Pte Ltd | 100% |
| Keppel Data Centres Holding Pte Ltd | 100% |
| Keppel Logistics (Foshan) Pte Ltd *China* | 70% |

**Property**
– Property development
– Property fund management
– Property trusts

| | |
|---|---|
| Keppel Bay Pte Ltd | 100% |
| 70% | |
| ▲ 30% | |
| Keppel Land Limited | 52% |
| ▼ 46% | |
| K-REIT Asia | 76% |
| 30% | |
| Keppel Land International Limited *Southeast Asia, India and Middle East* | 100% |
| Keppel Land China *China* | 100% |
| K-REIT Asia Management Limited | 100% |
| Alpha Investment Partners Ltd | 100% |

**Investments**
– Investments
– Telco

| | |
|---|---|
| k1 Ventures Limited | 36% |
| MobileOne Ltd[2] | 20% |

[1] Owned by Singapore Consortium, which is 90%-owned by the Keppel Group – Keppel Corporation (45%), Keppel Land (35%) and Keppel Integrated Engineering (20%)

[2] Owned by Keppel Telecommunications & Transportation Ltd, an 80%-owned subsidiary of the Company

**Group Corporate Services**

**Sino-Singapore Tianjin Eco-City Investment and Development Co., Ltd[1]** *China* — 50%

| Control & Accounts | Corporate Communications | Corporate Development/ Planning | Human Resources | Legal | Risk Management | Audit | Tax | Treasury |
|---|---|---|---|---|---|---|---|---|

The complete list of subsidiaries and significant associated companies is available on pages 208 to 218 of this Report.

# Operating & Financial Review
# Management Discussion and Analysis

**Key Performance Indicators**

| | 2010<br>$ million | 10v09<br>% +/(-) | 2009<br>$ million | 09v08<br>% +/(-) | 2008<br>$ million |
|---|---|---|---|---|---|
| Revenue | **9,783** | -20 | 12,247 | +4 | 11,805 |
| Net profit before exceptional items (Net Profit) | **1,419** | +12 | 1,265 | +15 | 1,097 |
| Exceptional items | **204** | -43 | 360 | n.m. | 1 |
| Attributable profit after exceptional items | **1,623** | -0.1 | 1,625 | +48 | 1,098 |
| Operating cash flow | **450** | -33 | 670 | -67 | 2,047 |
| Free cash flow | **(193)** | n.m. | 1,097 | -42 | 1,899 |
| Economic Value Added (EVA) | **1,035** | +1 | 1,026 | +20 | 855 |
| Earnings per share (EPS) | **88.7 cts** | +12 | 79.4 cts | +15 | 69.0 cts |
| Return on equity (ROE) | **22.3%** | -7 | 23.9% | +7 | 22.4% |
| Total distribution per share | **42.0 cts** | -31 | 61.0 cts | +74 | 35.0 cts |

## GROUP OVERVIEW

For the year, net profit of the Group increased by 12% to reach a record of $1,419 million. The compound annual growth rate (CAGR) for net profit from 2005 to 2010 was 20%. Attributable profit after exceptional items was $1,623 million.

Earnings per share (EPS) of 88.7 cents were 9.3 cents above 2009 and 19.7 cents above 2008. EPS growth kept pace with net profit growth. Return on equity (ROE) was 22.3%. Economic Value Added (EVA) before exceptional items rose $9 million to $1,035 million, the highest ever attained by the Group.

Net cash from operating activities was $450 million compared to $670 million in the previous year due to increased working capital and higher income taxes paid, partly offset by higher operating profit. The Group spent $1,266 million on acquisitions and operational capital expenditure. This comprised principally acquisition of two commercial buildings in Australia, equity injection into the Sino-Singapore Tianjin Eco-City project, further investment in Marina Bay Financial Centre and redevelopment cost of Ocean Financial Centre. After taking into account dividend income and divestment proceeds, net cash used in investing activities was about $643 million. The resultant free cash outflow was $193 million.

With the strong performance, shareholders will be rewarded with a total distribution of 42 cents per share for 2010. This comprised a proposed final dividend of 26 cents per share and the interim dividend of 16 cents per share paid in August 2010. The total payout for 2010 exceeds $673 million.

## SEGMENT OPERATIONS

Group revenue of $9,783 million was $2,464 million or 20% lower than that of the previous year. Revenue from Offshore & Marine Division of $5,577 million was $2,696 million or 33% lower and accounted for 57% of Group revenue. The decrease in revenue was due to lower volume of work. Revenue from Infrastructure Division of $2,510 million was $83 million or 3% higher and accounted for 26% of Group revenue. The higher revenue earned from the electricity and gas businesses of Keppel Energy, was partly offset by the lower revenue from EPC contracts in Qatar. Revenue from Property Division of $1,685 million was $177 million or 12% higher due to sale of apartments at Keppel Bay and progressive revenue recognition from Reflections at Keppel Bay, partly offset by lower revenue from Keppel Land as several residential projects were completed last year.

Group net profit of $1,419 million was $154 million or 12% higher than that of the previous year. Profit from Offshore & Marine Division of $987 million was 22% higher because of improved operating margins. The division remains the largest contributor to Group net profit with 70% share. Profit from Infrastructure Division of $57 million was 55% lower due to losses from EPC contracts in Qatar, partially offset by better performance by Keppel Energy. Profit from Property Division of $326 million was $116 million or 55% higher than that of previous year due to contribution from several residential projects in Singapore, China and Vietnam, and share of profit of associated company developing Marina Bay Suites in Singapore. Profit from Investments was lower due to the disposal of Singapore Petroleum Company in June 2009.



**Revenue**
($ million)

| | | | | |
|---|---|---|---|---|
| 2010 $9,783 million | 5,577 | 2,510 | 1,685 | 11 |
| 2009 $12,247 million | 8,273 | 2,427 | 1,508 | 39 |
| 2008 $11,805 million | 8,569 | 2,232 | 950 | 54 |

Offshore & Marine    Infrastructure    Property    Investments

**Net Profit**
($ million)

| | | | | |
|---|---|---|---|---|
| 2010 $1,419 million | 987 | 57 | 326 | 49 |
| 2009 $1,265 million | 810 | 126 | 210 | 119 |
| 2008 $1,097 million | 705 | 63 | 157 | 172 |

Offshore & Marine    Infrastructure    Property    Investments

Operating & Financial Review
## Offshore & Marine



**Keppel Offshore & Marine aims to be the choice provider and solutions partner in its selected segments of the offshore and marine industry.**

Alpha Star, the second DSS™ 38 rig delivered early and within budget to Brazilian operator, Queiroz Galvão Óleo e Gás, is in the league of the world's most advanced drilling semisubmersibles.

### EARNINGS REVIEW

In 2010, the Offshore & Marine Division secured new orders worth a total of $3.2 billion, and a net orderbook of $4.6 billion as at year-end, with deliveries extending to 2013. Revenue of $5,577 million was $2,696 million or 33% lower than 2009 due to lower volume of work. On the other hand, pre-tax earnings increased by 15% to $1,242 million, owing to improved margins driven by cost efficiencies and higher productivity. Operating profit margin for 2010 reached a high of 20.1%. Net profit of $987 million was $177 million or 22% higher than in 2009. The Division remains the largest profit contributor to the Group, accounting for 70% of net profit.

### MARKET REVIEW

Global economic recovery in 2010 brought some degree of stabilisation to the offshore and marine industry, relative to the volatility of previous years. The pace of recovery of the industry was backed by the strong oil trade and bullish oil prices. The uptrend seen in late 2009, oil prices remained in the trading range of US$70 to US$90 per barrel for the most part of 2010.

Against the backdrop of recovery in the first half of 2010, the industry faced a setback with the blowout of the Macondo well in the US Gulf of Mexico (GoM), which led to a subsequent ban on deepwater drilling in the GoM. In the aftermath of the worst offshore oil spill in US history, the industry faced uncertainty as the incident and its implications looked set to leave an indelible mark on the regulatory face of the offshore industry.

By the year's closing however, the industry proved remarkably resilient. The early lifting of the drilling moratorium had a positive effect on utilisation and dayrates for deepwater rigs. Drilling activities in the GoM look set to pick up gradually as the permitting process continues. The tougher safety regulations imposed on offshore rigs brought about a demand for newer, high specification rigs which Keppel Offshore & Marine (Keppel O&M) is well poised to provide.

---

**Profit before Tax**

## $1,242m

Increased 15% from FY 2009's $1,081 million.

**Net Profit**

## $987m

Increased 22% from FY 2009's $810 million.

**Major Developments in 2010**

→ Continued delivery excellence with 12 rigs, five FPSO/FSRU conversions, 18 specialised vessels, and several rig upgrades and repairs.

→ Acquired new shipbuilding yard in Santa Catarina, Brazil.

→ Took a stake in the new Baku Shipyard in Azerbaijan.

→ Inaugurated Nakilat–Keppel Offshore & Marine shipyard in Qatar.

→ Partnering Seafox to build first KFELS MPSEP for offshore wind market.

→ Increased stake in Subic Shipyard and Engineering Inc in the Philippines.

**Focus for 2011/2012**

→ Deliver value through excellent project management and execution.

→ Enhance R&D initiatives to strengthen position as market leader in selected segments.

→ Explore opportunities in new markets and adjacent businesses.

→ Maximise and realise operational efficiencies.

→ Sustain prudent cost management.

→ Focus on Health, Safety and the Environment.

**Earnings Highlights**

| | 2010 $ million | 2009 $ million | 2008 $ million |
|---|---|---|---|
| Revenue | 5,577 | 8,273 | 8,569 |
| EBITDA | 1,252 | 1,129 | 932 |
| Operating Profit | 1,119 | 1,004 | 837 |
| Profit before Tax | 1,242 | 1,081 | 943 |
| Net Profit | 987 | 810 | 705 |
| Manpower (number) | 23,832 | 24,275 | 27,437 |
| Manpower cost | 975 | 983 | 956 |
| ROE | 63% | 68% | 61% |

**Net Profit**
($ million)

| | |
|---|---|
| 2010 | 987 |
| 2009 | 810 |
| 2008 | 705 |

---

**Keppel Corporation Limited**
Report to Shareholders 2010

Operating & Financial Review
Offshore & Marine

# Operating & Financial Review
## Offshore & Marine



Keppel FELS delivered Floatel Superior and Floatel Reliance, accommodation rigs offering the highest standards of health and safety features for the well-being of the crew.

### OPERATING REVIEW

2010 was another landmark year of deliveries for Keppel O&M, with a total delivery of 12 rigs, 5 FPSO/FSRU conversions, 18 specialised vessels and several upgrades and repairs. Keppel O&M also secured significant new contracts worth a total of $3.2 billion with deliveries into 2013, closing its net orderbook at $4.6 billion for 2010.

### Offshore

2010 was a prolific year for Keppel FELS, which saw a total of eight deliveries, consisting of three jackups and five semisubmersible (semi) rigs. Included in the three jackups delivered, was the first North Sea-compliant, dual-capability, high-specification and harsh environment KFELS N Class rigs built for Rowan Companies, Inc. (Rowan). This rig is the first of its kind to go into service. The other two jackups were of the proprietary KFELS B Class design. Two floating accommodation semis were delivered early to a new Keppel FELS client, Floatel International. Keppel FELS also delivered early the third and fourth of seven newbuild units in the ENSCO 8500 series. A DSS™ 21 drilling semi was also delivered ahead of schedule to Maersk Drilling (Maersk).

Keppel FELS also executed several major upgrading/repair jobs in 2010, with the early completion of work on four rigs. Scarabeo 9, a Frigstad D90 semi owned by Saipem S.p.A. (Saipem), was towed to the yard to complete installation and commissioning works. Keppel FELS also secured the contract for the upgrade, repair and refurbishment of the ENSCO 7500 semi.

Interest in wind turbine installation vessels spiked with the development of several wind farms in Western Europe. Keppel FELS marked its entry into this market with its proprietary design for a multi-purpose self-elevating platform (MPSEP) that was chosen by Seafox Group as the basis for a new-generation wind turbine and foundation installation vessel.

Several key newbuild contracts were secured by Keppel FELS in 2010, including four KFELS B Class newbuild rig orders as well as a contract early in the year to build Saudi Aramco's first purpose-built jackup, constructed to KFELS Super B Class design.

The overseas yards also had a productive year in 2010. Keppel AmFELS delivered

four newbuild projects. One jackup was delivered to repeat customer Perforadora Central S.A. de C.V. The yard also completed three out of the four EXL rigs for Rowan of which the early delivery of one rig earned the company a bonus. The construction of the fourth rig for Rowan is progressing well, within schedule and budget.

Keppel FELS Brasil achieved several deliveries in 2010. The P-57 Floating Production Storage and Offloading (FPSO) vessel was delivered to SBM Offshore N.V. (SBM Offshore) in October 2010, early, within budget and safely. The company also completed repair, upgrading and maintenance work on several other vessels for repeat customers Pride International, Inc., Diamond Offshore Drilling, Inc., Transocean Ltd., and Queiróz Galvão Óleo e Gás (QGOG). Ongoing projects in the yard include the upgrading of a drillship for Noble Corporation, the upgrade and repair of a BGL-1 pipelay barge and the engineering, procurement and construction (EPC) work on P-56 semi Floating Production Unit, both for Petrobras Netherlands BV (Petrobras). The company also started work on a US$1 billion contract to build and operate the P-61 tension leg wellhead platform for the Papa-Terra Field. The contract was signed between FloaTEC Singapore and Petrobras Netherlands. FloaTEC Singapore is a joint venture company between J Ray McDermott and Keppel FELS.

Keppel FELS Brasil implemented several major projects in 2010 to improve the yard's productivity and cost effectiveness. For its efforts, the company earned several safety and early delivery awards. The yard achieved 1 million man-hours worked without LTI (lost-time incidents) on P-57, earning a US$20,000 bonus from SBM Offshore, and received a US$1.5 million bonus from QGOG. The BGL-1 and P-56 vessels also enjoyed stellar safety records, with the yard respectively achieving 2 million and 1 million man-hours worked without LTI.

## Significant Events

**January**
→   Keppel FELS secured a contract to build Aramco Overseas Company B.V.'s first purpose-built jackup, a customised KFELS Super B Class jackup.

**February**
→   FloaTEC Singapore signed a contract worth about US$1 billion to build and operate the P-61 tension leg wellhead platform for the Papa-Terra Joint Venture in the Campos Basin, Brazil.

**March**
→   Keppel FELS delivered Floatel Superior, a semisubmersible accommodation rig to Floatel International (Floatel).

→   Keppel O&M broke ground on a new 52-ha shipbuilding and shiprepair yard in Baku, Azerbaijan, jointly developed with the State Oil Company of Azerbaijan Republic (SOCAR) and Azerbaijan Investment Company.

→   Keppel Verolme and consortium partner AREVA Energietechnik GmbH secured a €62 million contract from Wetfeet Offshore Windenergy GmbH to build a Mobile Offshore Application Barge.

**April**
→   Keppel O&M fortified its market leadership in Brazil with the acquisition of a 7.6-ha shipbuilding yard at Navegantes, Santa Catarina. The new yard would focus on the construction of offshore support vessels.



President of SOCAR, Mr Rovnag Abdullayev (second from left) introduced the capabilities of the new Baku Shipyard to Azerbaijani President, HE Ilham Aliyev (extreme left); Chairman of Keppel Corporation, Dr Lee Boon Yang (third from left) and Singapore's Minister for Foreign Affairs, Mr George Yeo.

Operating & Financial Review
## Offshore & Marine

Keppel Verolme performed repair and maintenance work on several vessels in 2010. The company also signed a letter of intent with Maersk for the fabrication and installation of a set of spud cans for a jackup. It also secured a contract to build a transformer platform for an offshore wind farm.

In the Caspian region, Keppel Kazakhstan had another busy year with the continuation of the Agip KCO contract to fabricate pipe racks, pontoons and ancillary steelwork for the experimental phase of the Kashagan field development. It delivered 52 pipe-rack modules, various offshore steel structures and three pontoons in 2010. The company also secured a contract from Agip KCO to build two additional units of pontoons, with delivery scheduled for September 2011.

For Caspian Shipyard, the year was relatively quiet, with the completion of the pipe-rack project for Agip KCO and the integration of a derrick lay barge for Bumi Armada Berhad (Bumi Armada). A repair job was secured from Saipem, and this was completed in May 2010. During the year, the shipyard effectively managed its costs by trimming its workforce and reducing overhead costs.

**Marine**
Keppel Shipyard continued to perform well in yet another challenging year for the shiprepair industry. The company repaired a total of 302 vessels in 2010. Repeat customers and companies with fleet agreements with Keppel Shipyard accounted for more than 60% of repair revenue. In conversions and newbuilds, the yard completed five FPSO/FSRU conversion/upgrading

Opposite_Towering at 568 ft or about 56 storeys high, the North Sea-compliant, dual capability high specification KFELS N Class rig was delivered to Rowan safely, on time and within budget.



### Significant Events

**June**
→ Keppel opened the Keppel Safety Training Centre, a first-of-its-kind immersive safety training hub, offering a complete range of safety training and certification courses.

**July**
→ Keppel Shipyard and Keppel FELS Brasil secured two Brazilian projects totaling $170 million from repeat customers SBM and QGOG, for the conversion of a FPSO vessel and the repair of a semi.

→ Keppel FELS's multi-purpose self-elevating platform design was chosen by Seafox Group as the basis for a new-generation wind turbine installation vessel.

**August**
→ Keppel increased its stake in Subic Shipyard and Engineering Inc, a repair, conversion and newbuilding yard in the Philippines.

→ Keppel Shipyard secured a contract for the modification of the FPSO vessel OSX-1, worth approximately $50 million.

Dr Lee Boon Yang (fourth from left), Chairman of Keppel Corporation, showing Minister Gan Kim Yong the safety innovation, 'Universal Mobile Stool', which won an industry award for significantly improving the ergonomics of the workplace.



## Operating & Financial Review
## Offshore & Marine



GLOBAL 1200 comes with a state-of-the-art pipelay system and has the capability of operating in waters as deep as 3,000 m.

projects, one turret fabrication, one livestock carrier conversion and one derrick lay barge newbuilding project. At the year's closing, work-in-progress included seven FPSO projects and five other major projects involving drillship outfitting, turret fabrication and livestock carrier conversion.

Keppel Shipyard was awarded several contracts in 2010. These included an FPSO conversion for Bumi Armada; the conversion of two Very Large Crude Carriers (VLCC) into FPSO facilities and the modification and upgrading of an FPSO for Single Buoy Moorings Inc (SBM); the modification of FPSO OSX-1 for OSX Brasil S/A and the conversion of a livestock carrier for Reestborg Compania Naviera S.A.

Keppel Shipyard continues in the forefront of business and operational excellence, winning the Shipyard of the Year Award at the 12th Lloyd's List Maritime Asia Awards for the sixth consecutive year, as well as safety and early completion bonuses from owners for various repair and conversion projects.

In the Philippines, 2010 was a challenging year for Keppel Philippines

Marine, Inc (KPMI), with its shipyards facing the prospect of a sluggish shiprepair and offshore fabrication market. Its two operating shipyards, Keppel Batangas Shipyard and Subic Shipyard, however, managed to ride the downturn by capturing opportunities in marine conversion and modification projects while stepping up efforts to seek more work in the shiprepair market.

Fortunately, the domestic shiprepair market in the Philippines improved gradually as the year progressed, with KPMI repairing a total of 169 domestic and foreign vessels. The high demand for coal from Indonesia also led to a number of conversion projects being secured by Subic Shipyard.

Keppel Batangas Shipyard repaired a total of 110 vessels in 2010, comprising 80 domestic and 30 foreign vessels. In light of a slowdown in the volume of work for rig fabrication, the shipyard shifted its efforts to other types of fabrication such as the construction of coal barge Ratu Giok, expected to be completed in early 2011. For the coming year, Keppel Batangas will continue to step up its marketing

efforts to foreign clientele, not just for repair but also for other types of high value fabrication works in order to diversify its source of revenue.

Subic Shipyard saw the servicing of 57 foreign and two domestic vessels in 2010. The yard will continue to differentiate itself by focusing on the marine conversion and modification work niche market for 2011.

2011 presents positive prospects for the Philippine shipyards, which have been upgrading their facilities and equipment so as to increase their market share. KPMI's acquisition of a majority stake in Subic Shipyard will enable it to better integrate the operations and marketing of its two yards.

Arab Heavy Industries PJSC, our joint venture yard in Ajman, UAE, repaired 212 ships during the year, 20% fewer than in 2009. It also carried out two major conversion jobs.

Our joint venture yard at the Port of Ras Laffan in Qatar, Nakilat–Keppel Offshore & Marine Ltd (N-KOM), was inaugurated by the Emir of Qatar on 23 November 2010. On the same day, N-KOM also signed service agreements with eight major fleet owners. Work on the construction of a load-out barge, involving 7,000 tonnes of steel, for the new yard is currently in progress.

**Specialised Shipbuilding**
Keppel Singmarine delivered 11 vessels in 2010, including three multi-purpose platform supply and support vessels (MPSVs), a derrick pipelay vessel, an anchor handling tug supply vessel, five harbour tugs and an anchor handling tug.

The MPSVs were delivered at planned intervals within the year, safely and on budget, winning the yard safety bonuses, while the first of the two pipelay vessels built for Global Industries was delivered on time and with an unblemished safety record.

## Significant Events

**September**
→   Keppel Singmarine delivered the fourth MPSV to Greatship.

→   Naming ceremony was held by Keppel Singmarine for a derrick pipelay vessel, GLOBAL 1200, the first of two new generation derrick pipelay vessels to Global Industries.

→   Keppel O&M appointed Mr Lim Chin Leong to its Board.

**October**
→   Keppel O&M delivered FPSO P-57 to SBM Offshore for Petrobras. The naming of P-57, Brazil's largest converted FPSO in terms of production capacity, was witnessed by President H.E. Luiz Inácio Lula da Silva.

→   Keppel FELS delivered the first of three North Sea-compliant, dual-capability high-specification jack-up, Rowan Viking, to Rowan as well as the second semisubmersible accommodation rig, Floatel Reliance, to Floatel 63 days early and without any lost-time incidents, meriting a bonus of US$1.1 million.



(From right) Mr Choo Chiau Beng, CEO of Keppel Corporation, Brazilian President H.E. Luiz Inácio Lula da Silva, Mr Tong Chong Heong, CEO of Keppel Offshore & Marine, and Mr Sérgio Cabral, Governor of Rio de Janeiro, celebrating the successful completion of FPSO P-57 at the BrasFELS yard.

# Operating & Financial Review
## Offshore & Marine

### Significant Events

**November**
→  Nakilat–Keppel O&M (N-KOM), Qatar's premier offshore and marine facility jointly developed by Keppel O&M and Qatar Gas Transport Company Ltd, was inaugurated by the Emir of Qatar, His Highness Sheikh Hamad bin Khalifa Al Thani, and Singapore's Minister for Trade and Industry, Mr Lim Hng Kiang.

→  Keppel FELS secured an order for a KFELS B Class jackup rig worth US$180 million from Standard Drilling with options to build another two similar jackups, which if exercised, will bring the total contract value to US$550 million.

**December**
→  Keppel FELS signed a contract to build two KFELS B Class jackup rigs worth US$360 million with Asia Offshore Drilling Limited (AOD). AOD has been given options to build another two similar jackups which if exercised will bring the total contract value to above US$720 million.

→  Jasper Investments Limited awarded Keppel FELS a contract for a KFELS B Class jackup rig worth about US$180 million, with an option for another similar unit.

→  Keppel Shipyard and Keppel Singmarine clinched contracts totalling US$240 million to upgrade an FPSO, convert a livestock carrier and build a diving support vessel.

→  Keppel O&M announced a slew of new management appointments with effect from 1 January 2011.



Singapore's Minister for Trade and Industry, Mr Lim Hng Kiang and The Emir of Qatar, His Highness Sheikh Hamad bin Khalifa Al Thani inaugurating the shipyard together with Dr Lee Boon Yang, Chairman of Keppel Corporation and Mr Choo Chiau Beng, CEO of Keppel Corporation.

At the end of 2010, Keppel Singmarine's orderbook consisted of a derrick pipelay vessel, a rock dumping vessel, two tug boats, a coal trans-shipment barge and a diving support vessel.

In China, Keppel Nantong Shipyard delivered six vessels in 2010. At year-end, its orderbook consisted of six tugs, a floating crane barge, two mooring boats and a floating dock.

Keppel Singmarine Brasil, the newly acquired yard in Santa Catarina, Brazil, will focus on the construction of offshore support vessels (OSV). At full capacity, it is able to complete an average of eight vessels a year. The yard is currently undergoing a modernisation programme.

A joint venture between Keppel O&M, State Oil Company of Azerbaijan Republic (SOCAR) and Azerbaijan Investment Company, the new Baku Shipyard LLC in Azerbaijan will be developed over two to three years into a shipbuilding and shiprepair facility. Physical yard development work is planned to commence in mid-2011.

**INDUSTRY OUTLOOK**
With the positive market sentiment and a strong revival in upstream capital spending at the close of 2010, confidence has returned to many regions and sectors of the upstream industry. Wood Mackenzie estimates that global upstream capital spending in 2010 touched US$380 billion, US$19 billion higher than in 2009. The Barclays Capital Survey forecasts that global exploration and production (E&P) spending will rise 11% in 2011. This revival is set to continue over the next three years and improved credit and financing conditions could fuel the upside further.

Underlying the near-term increase in expenditure is the increasingly bullish short-term outlook for the world economy. Many countries are returning to the economic growth paths that

were anticipated before the global recession. Over the past 12 months, the International Monetary Fund (IMF) has revised upwards its forecast several times for 2010 and is now projecting that the global economy will grow by 4.4% in 2011.

The fundamentals of the industry remain sound over the long term. Energy demand and oil prices are expected to remain robust, with demand driven by population and economic growth, particularly from non-OECD countries. The International Energy Agency (IEA) anticipates global energy demand to increase by 36% between 2008 and 2035, with oil remaining the leading fuel in the energy mix, and natural gas demand experiencing the fastest growth among the three fossil fuels. The projected increase in demand, with only a modest increase in oil production, augurs well for the oil service and drilling industry.

**Offshore Deepwater Prospects**
The drilling moratorium imposed in the GoM had brought exploration and development work in one of the world's largest deepwater markets to a standstill. The ban on deepwater drilling was lifted in the months leading to the close of 2010 and drilling companies had greater clarity of the stricter regulations arising from the incident. With better placed expectations of compliance requirements and resumption of activity and cash flow, drilling companies have begun to push their projects forward and plan for future increases in their deepwater drilling programmes and rig fleets.

Oil service companies are increasingly shifting their E&P spending and activities towards deepwater projects which offer greater potential returns. Deepwater expenditure is projected by Douglas-Westwood to expand at a compound annual growth rate (CAGR) of 8%, reaching around US$35 billion in 2014, with total global capital expenditure of US$167 billion estimated for the 2010–2014 period.



**Deepwater CAPEX**
Expenditure (US$ billion)

Source: Douglas-Westwood

- Africa
- Asia
- Australasia
- Latin America
- North America
- Western Europe
- Others

Long-term prospects for the deepwater segment remain sound. Petrobras' massive newbuilding programme for Brazil's pre-salt reserves will be a key driver for the offshore deepwater market in the medium term. Long-term prospects will also be backed by the emergence of more ultra-deepwater drilling programmes in the latest offshore oil and gas frontiers such as GoM's Lower Tertiary trend and the offshore natural gas reserves and LNG-centric developments off the coast of northwest Western Australia, discoveries in regions like West Africa, the Mediterranean and Southeast Asia as well as the potential from unconventional shale gas plays.

**Drilling Rigs, Production Units and Specialised Ships**
The jackup segment is seeing the initial recovery stage of a rig-building cycle driven by replacement demand. The Macondo incident has spurred oil companies to demand newer and higher-specification rigs, as seen in the increasing bifurcation in the utilisation rates and dayrates of premium and commodity jackups.

# Operating & Financial Review
## Offshore & Marine



1

ODS-Petrodata estimates that high-specification jackups, which form only 6% of the global fleet, enjoy close to 100% utilisation, with dayrates typically more than US$120,000. In contrast, lower-specification rigs enjoy 70% utilisation and dayrates ranging from US$30,000 to US$90,000, while rigs built in the mid-1980s to the late 1990s are being cold-stacked as they fail to secure charters. Drilling contractors are therefore ordering more high-specification jackups. Oil companies are also increasing their jackup count in regions of higher demand such as the Middle East, West Africa, the Mediterranean and Southeast Asia. With most of the existing fleet considered as low-specification, jackup replacement demand is forecast to be sustained throughout the decade.

The deepwater market should also see increasing demand for upgrades and replacements. With the enhanced US safety requirements, drilling contractors will be looking to yards with established quality and safety standards.

Production vessels are poised to form the next phase of orders after rig replacement. Pareto Securities predicts that demand for Floating Production Systems (FPS) will continue to accelerate over the next five years as exploration yields more deepwater fields. Douglas-Westwood forecasts that more than 100 FPSs will be installed worldwide over the 2010–2014 period, representing a total value of approximately US$45 billion.

The FPSO market is expected to remain strong as FPSOs continue to be the preferred solution for production in deepwater fields. FPSOs account for close to 80% of the total forecast FPS capital expenditure, followed by TLPs, semis and spars. Strength in the sector will be driven by Latin America, which will form almost a third of global FPS forecasted capital expenditure due to developments in offshore Brazil and its pre-salt regions. Brazil will dominate the market for FPS installations with Petrobras looking to double its fleet to 84 by 2020.

The OSV market will also see growing order activity, especially in higher-end vessels, on the back of higher oil prices, attractive charter rates and cabotage rules in regions of high demand. Changing requirements, operational environments and regulatory frameworks are driving demand for OSV innovations to improve operational efficiency and safety.

**New Growth Area**
A key area of development in the renewable energy sector, the offshore wind industry offers a promising new market for solutions and designs for offshore wind farms. The European Wind Energy Association is forecasting that 400 GW of wind power will be operating in the European Union in 2030, including 150 GW (37.5%) of offshore wind power. Keppel O&M is building up its capabilities and track record to meet this growing demand.



2

3



1_Tailoring the FPSO to meet the requirements of the Peregrino field, Keppel Shipyard completed the conversion of Maersk Peregrino for long time customer Maersk FPSOs.

2_Keppel-built rigs, Development Driller III (foreground) and Q4000 (red hull) successfully intercepted the Macondo well in the Gulf of Mexico oil spill.

3_Drillships like Bully I are able to operate in water depths of up to 12,000 ft with a drilling depth of 40,000 ft.



The Senoko Waste-to-Energy Plant was one of the three assets injected into K-Green Trust, which aims to invest globally in "green" infrastructure assets.

Operating & Financial Review
## Infrastructure

We are seeking expansion opportunities in our environmental engineering, power generation, logistics and data centres businesses.

### EARNINGS REVIEW
Infrastructure Division's revenue increased by $83 million to $2,510 million, due largely to higher revenue from Keppel Energy as a result of higher electricity retail prices and higher gas sales. Profit before tax decreased by $57 million in 2010 owing to losses from the Engineering, Procurement and Construction (EPC) contracts in Qatar. With a net profit of $57 million, the Division accounts for 4% of the Group's earnings.

### ENVIRONMENTAL ENGINEERING
**Market Review**
The demand for efficient solutions to treat solid waste and wastewater continue to grow across key markets. A Pike Research report suggests that the potential for Waste-to-Energy (WTE) capacity build-up is increasing hand-in-hand with waste growth and landfill diversion. In 2010, the world is estimated to have generated around 1.7 billion tonnes of municipal solid waste, of which 1 billion tonnes were directed to landfills and just 0.2 billion tonnes sent to thermal WTE plants. This trend is bound to change with increased attention from nations

concerned with climatic changes and its dire consequences.

According to estimates, the global market for thermal and biological WTE technologies will reach $3.7 billion in 2010 and grow to $13.6 billion in 2016. The Asia-Pacific is forecasted to contribute the largest portion of the growth, which is set to take off in 2012.

Developments in the UK Government's waste management policy, driven by the EU Landfill Directive with ambitious targets for landfill diversion by 2020, create further opportunities for Keppel Seghers in the UK. The EU Landfill Directive targets to reduce the amount of biodegradable waste sent to landfills in 2020 to about a third of that in 1995. Steeply increasing landfill tax has been implemented to incentivise the diversion of waste from landfill to more advanced and sustainable waste management solutions, such as Energy-from-Waste (EfW) technology. With these pressing environmental and legislative targets, EfW technology is emerging as the UK's preferred solution for waste treatment and energy generation.

---

**Profit before Tax**

## $93m

Decreased 38% from FY 2009's $150 million.

**Net Profit**

## $57m

Decreased 55% from FY 2009's $126 million.

**Major Developments in 2010**

→ KIE officially opened Keppel Seghers Tuas WTE Plant.

→ K-Green Trust was listed on Singapore Exchange.

→ KIE broke ground for Greater Manchester Project, and secured contract for Project's second phase.

→ Keppel DHCS in JV to offer district heating and cooling in Tianjin Eco-City.

→ Keppel T&T established world's first Shariah-compliant data centre fund.

→ Keppel Energy commenced capacity expansion on Keppel Merlimau Cogen plant.

**Focus for 2011/2012**

→ KIE to further strengthen presence in key markets and business segments.

→ The Domestic Solid Waste Management Centre in Qatar to be fully operational.

→ KIE to ensure timely completion of on-going EPC projects in Qatar and UK.

→ Keppel T&T to continue to expand its logistics footprint in Asia.

→ Keppel T&T to grow data centre business via capacity expansion and acquisition of high-quality assets.

→ Keppel Energy to pursue selective opportunities in Singapore and beyond.

**Earnings Highlights**

| | 2010 $ million | 2009 $ million | 2008 $ million |
|---|---|---|---|
| Revenue | 2,510 | 2,427 | 2,232 |
| EBITDA | 120 | 161 | 82 |
| Operating Profit | 75 | 127 | 50 |
| Profit before tax | 93 | 150 | 70 |
| Net Profit | 57 | 126 | 63 |
| Manpower (number) | 4,366 | 4,574 | 5,064 |
| Manpower cost | 236 | 213 | 219 |

**Net Profit**
($ million)

| | |
|---|---|
| 2010 | 57 |
| 2009 | 126 |
| 2008 | 63 |

---

Keppel Corporation Limited
Report to Shareholders 2010

Operating & Financial Review
Infrastructure

# Operating & Financial Review
## Infrastructure

### Environmental Engineering
Keppel Integrated Engineering aims to be a global leader in environmental solutions for water/wastewater and solid waste treatment.



Opposite_Construction at Keppel Seghers' energy-from-waste facility in Runcorn, Greater Manchester in the UK, has been progressing well with the construction of the chimney's windshield completed in 17 days.

The R1 energy recovery formula is another key development in the WTE industry across Europe, which may gain popularity in Asia. Using this formula, incineration facilities processing municipal solid waste are given 'energy recovery-R1 status' if their energy efficiency meets certain technical requirements.

In an assessment of the energy efficiency of 231 WTE plants in 16 European countries, the Confederation of European WTE Plants has classified 169 plants as 'energy recovery-R1 status'.

Under the Waste Framework Directive, efficient WTE plants can be categorised as energy recovery operations rather than for waste disposal. This may result in greater acceptance of WTE plants in Europe.

Elsewhere in Asia, WTE solutions is gaining acceptance despite the absence of landfill bans and levies in many Asian countries currently. While focusing on our key areas, Keppel Seghers will continue to monitor these markets for suitable business opportunities.

In China, where rapid urbanisation has brought increased pollution, the demand for WTE facilities continues to increase. There are currently about 80 WTE facilities in operation, and a further 10 to 15 are under construction. Industry experts predict that in the next five years, hundreds more new plants are likely to be built. Additionally, more stringent emission limits are expected to be enforced in China, making it an attractive market for efficient WTE facilities.

In the Middle East, drivers for the demand for WTE solutions include population growth, urbanisation and economic expansion. Saudi Arabia, UAE, and Kuwait rank among the world's top 10 in terms of per capita waste generation.

On water treatment, Global Water Intelligence suggests that scarcity and urbanisation are two global megatrends changing the status of water in society today. Scarcity is the main driver of growth in solutions for drinking water while urbanisation is the key driver of growth for wastewater solutions. Industry experts predict that the fastest growth regions will be in Asia and the Middle East.

China has been listed by the UN as one of 13 countries experiencing serious water scarcity, and the water market

| Project | Capacity | Tenure |
|---|---|---|
| Ulu Pandan NEWater Plant | 148,000 m³/day | 2007–2027 |
| Senoko Waste-to-Energy Plant | 2,100 tonnes of solid waste a day | 2009–2024 |
| Keppel Seghers Tuas Waste-to-Energy Plant | 800 tonnes of solid waste a day to generate more than 20 MW of green energy | 2009–2034 |
| Qatar Domestic Solid Waste Management Centre | 2,300 tonnes of mixed solid waste and a 1,500 tonnes a day waste-to-energy incineration plant | 2009–2029 |
| Doha North Sewage Treatment Works | 439,000 m³/day | 2010–2020 |
| Greater Manchester Energy-from-Waste Combined Heat and Power Plant (Runcorn I and II) | 750,000 tonnes of waste per year, generating 70MW of electricity and 51MW of heat per year | Under Construction |
| Amotfors Energi Combined Heat and Power Waste-to-Energy Plant | 70,000 tonnes of solid waste per year | – |
| Technology packages to Waste-to-Energy plants in Shenzhen and Tianjin | 3,000 tonnes and 1,000 tonnes of solid waste per day respectively | – |



# Operating & Financial Review
## Infrastructure

## Significant Events

**January**
→   Keppel Seghers secured two contracts to supply waste-to-energy (WTE) solutions in China totalling US$53 million.

**February**
→   Keppel Seghers secured a €6.5 million contract to provide technology and services to a WTE plant in Tianjin, China.

**May**
→   Keppel T&T tripled its logistics footprint in Vietnam through three new distribution centres and a JV with Tanimex Group to provide exclusive logistics park management.

→   Keppel DHCS signed a JV agreement with Tianjin Eco-City Energy Investment and Construction Co Ltd to provide district heating and cooling systems in the Eco-City.

**June**
→   Initial closing of Keppel T&T's Securus Data Property Fund Pte Ltd, a Shariah-compliant data centre fund.

→   KIE officially opened Singapore's first WTE plant to be built under the National Environment Agency's Public-Private Partnership initiative.

→   K-Green Trust was listed on the Main Board of the Singapore Exchange.

**October**
→   Keppel Seghers secured an EPC contract worth about $341 million for the second phase of an Energy-from-Waste project in the UK.

→   Keppel Energy commenced the 800MW expansion of its natural gas-fired Keppel Merlimau Cogen (KMC) plant.

**December**
→   BG (NS) Tay Lim Heng was appointed as KIE's CEO with effect from 1 January 2011.



In January 2011, construction of the Qatar Domestic Solid Waste Centre project was completed and the incineration plant started burning solid waste.

there is set to be one of the fastest growing in the Asia-Pacific. According to China's Ministry of Housing and Urban-Rural Development, US$146 billion is needed to fulfill the central government's goal of equipping at least 90% of counties or above with wastewater treatment facilities and essential pipe works by 2012.
To relieve the future demands on China's water resources, massive investments will be needed to develop new water resources whether through reclamation, desalination or other advanced technologies.

It is estimated that the Middle East and North Africa region will have more than US$20 billion worth of wastewater projects in the pipeline, and the trend is for governments to seek Public-Private Partnership (PPP) models for such projects. Currently, the most active markets are Saudi Arabia and North Africa. UAE and Kuwait are also potential markets.

**Operating Review**
In Singapore, KIE officially opened the Keppel Seghers Tuas (KST) WTE Plant, Singapore's newest WTE plant and the first to be built under the National Environment Agency (NEA)'s PPP initiative. The KST WTE Plant is the first incineration plant in Singapore to showcase WTE technology from a local company, and also one of the most compact WTE plants in the world. KIE will operate and maintain the plant for 25 years.

KIE is the sponsor of K-Green Trust (KGT), which was listed in Singapore in June 2010. KGT aims to invest in "green" infrastructure assets in Singapore and globally, with a focus on Asia, Europe and the Middle East, to provide long-term, regular and predictable distributions to unitholders. KGT has achieved better than forecasted performance for its first year since listing.



KIE is providing waste-to-energy technology and services to repeat customer Tianjin TEDA Environment Protection Co. Ltd in Guanzhuang, Tianjin.

In Europe, KIE's wholly-owned subsidiary, Keppel Seghers, secured an EPC contract worth $341 million for the second phase of an EfW project in the Greater Manchester region in the UK. The second phase of this EfW project will be integrated with the project's first phase which is also executed by Keppel Seghers. Scheduled to be completed by 2015, the project's second phase will use Keppel Seghers' proprietary technology. The design and construction for both phases are progressing well and on target to achieve their milestones.

In November 2010, Keppel Seghers do Brasil and Keppel Seghers Latinoamérica signed an agreement to provide design, engineering, as well as assistance for the construction and start up of the Wastewater Treatment Plant for the City of Porto Alegre, located in South Brazil. The plant will have a capacity of 233,280 m³/day and Keppel Seghers will use its proprietary technology UNITANK with nutrient reduction, based on activated sludge. The plant is scheduled to start operations in September 2012.

In China, Keppel Seghers secured a $12.5 million contract to provide technology and services to a WTE plant in Guanzhuang, Tianjin, as well as a contract for the expansion of an existing WTE plant in Shenzhen, Guangdong. When completed in 2011, the Shenzhen Baoan WTE site will be the largest in China with an eventual capacity to treat 4,200 tonnes of municipal waste per day.

In May 2010, Keppel DHCS, another KIE subsidiary, established a joint venture with Tianjin Eco-City Energy Investment and Construction Co., Ltd (TECEIC) to provide district heating and cooling systems (DHCS) in the Sino-Singapore Tianjin Eco-City (Tianjin Eco-City). 80% held by Keppel DHCS, the Tianjin Eco-City Keppel New Energy Development Co., Ltd. (TEC-Keppel) joint venture has a total investment amount of RMB300 million, and will focus on the investment, development, design, construction, operation, maintenance and consultancy for DHCS, Tri-generation and other utility services in the Tianjin Eco-City.

As the Keppel Group possesses a strong track record and core competencies in areas such as environmental engineering solutions, property and township development,

# Operating & Financial Review
## Infrastructure

### Power Generation
Keppel Energy aims
to be a power company
with innovative fuel
solutions in Singapore
and beyond.



### Logistics and Data Centres
Keppel Telecommunications
& Transportation aims
to provide good quality
integrated logistics solutions
and data centre services.



and logistics and data centres,
a Sustainable Development (SD)
unit was formed in June 2010 to
coordinate the Group's efforts to
provide sustainable urban living
solutions in countries like China,
Vietnam and Indonesia.

**Business Outlook**
With global megatrends such as rapid
urbanisation and climate change, there
is a growing need for governments to
look into sustainable environmental
solutions. KIE, through its various
subsidiaries, will continue building its
environmental engineering capability
in providing environmental solutions to
both municipal and industrial clients.

Keppel Seghers will continue to
strengthen its technology leadership
through research and development
and leverage its extensive engineering
expertise and global network to
deliver value to stakeholders. It
will also continue to focus on the
development of turnkey contracts, sell
technology packages and provide total
environmental solutions based on the
Design, Build, Own, Operate (DBOO)
model, Build, Own, Operate, and
Transfer model, or Build, Operate and
Transfer (BOT) model and PPP.

### POWER GENERATION
**Market Review**
Singapore's electricity demand
recovered strongly in 2010 in tandem
with the global economy recovery.
For the full year of 2010, the average
electricity demand recorded a
growth of 8.8% as compared to
the previous year.

**Operating Review**
2010 has been a fulfilling and rewarding
year for Keppel Energy. Keppel Energy
continues to deliver promising results
from its integrated power and gas
businesses in Singapore.

The Keppel Merlimau Cogen power
plant carried out its first major

maintenance in 2010 and has further
improved on its reliability
and availability.

Keppel Gas secured additional
industrial gas customers in 2010 and
started its gas supply to them. The
company also entered into a Gas Sale
Agreement with BG Singapore Gas
Marketing to purchase Liquefied Natural
Gas (LNG) for delivery starting 2013.

A major milestone was achieved in 2010
with the commencement of the capacity
expansion of the Keppel Merlimau Cogen
power plant. The additional 800MW of
natural gas-fired plants on Jurong Island,
expected to be completed by 2013, will
boost the existing generation capacity to
1,300MW from the current capacity
of 500MW.

Keppel Energy continued to sustain
its good safety record in 2010, with
no reportable safety incidents or
lost-time incidents at its Singapore
operations. Initiatives are being taken
to further strengthen the company's
safety management system with the
commencement of the design and
construction activities for the capacity
expansion of Keppel Merlimau Cogen
power plant.

**Business Outlook**
Our power and gas businesses in
Singapore are expected to continue to
deliver sustainable earnings in 2011.

With the Singapore economy expected
to record modest but good growth in
2011, Keppel Energy is well-positioned
to benefit from the corresponding
growth in electricity demand.

Additionally, the strategic planting
of the additional 800MW at Keppel
Merlimau Cogen power plant using
the most advanced and efficient
commercially available technology
will enable Keppel Energy to remain
highly competitive in the market. We
expect our market share to grow in the

Singapore power market, and we will continue to enhance our integrated platform in the gas and utilities businesses beyond 2011.

With a solid power and gas platform, Keppel Energy is ready to pursue selective opportunities in Singapore and beyond.

## LOGISTICS

**Market Review**

In Singapore, the influx of new warehousing space in early 2010 resulted in lower warehouse occupancy across the market. This situation gradually abated during the year as continued economic growth brought about higher warehousing demand.

In China, the sustained economic growth with higher exports translated into increased cargo volumes.

**Operating Review**

The warehouses of Keppel Logistics and its subsidiary, Transware Distribution Services, in Singapore continued to operate at near full occupancy. Several long-term contracts were renewed with existing customers such as Brother, M1, Nestle and Trane. In addition, Keppel Logistics won contracts in new market segments, to extend its service offerings into spare parts logistics and biomedical logistics.

Redevelopment of the warehouse facility at 44 Benoi Road in Singapore has commenced, and will double the facility's capacity to 20,000 sqm when completed in end 2011.

Operations in Malaysia grew with the establishment of a new distribution and trucking department. Keppel Logistics also expanded its footprint in Vietnam with the opening and development of four new distribution centres, which tripled warehousing capacity.

In China, despite stiffer competition, Keppel Logistics Foshan (KLF)

continued to do well. Supported by China's strong economic growth, Lanshi port in Foshan set another new record high in container throughput, with an 18% increase from 2009. The new Nanhai Distribution Centre will be operational in early 2011, adding 35,000 sqm of warehousing space in the Pearl River Delta. KLF was recognised as one the Top 1000 key enterprises in Guangdong Province, which granted the company priority by the local government in processing of all business applications up to 2012.

**Business Outlook**

The growing intra-Asia trade, which is aided by strengthening domestic consumption in Asia, coupled with an increasing trend of logistics outsourcing, will drive strong demand for third party logistics in Asia. Keppel Telecommunications & Transportation (Keppel T&T), the parent company of Keppel Logistics, will explore opportunities to leverage these trends to scale up and expand its logistics footprint in existing markets, and grow its customer base in new logistics verticals.

## DATA CENTRES

**Market Review**

The data centre market has experienced strong demand and increasing utilisation globally. The growth in data centre supply still lagged behind the growth in demand.

The introduction of the New Generation National Broadband Network (NGNBN) will enhance the availability of faster and cheaper data in Singapore. This in turn will result in increased demand for data service providers and a greater need for data centre spaces.

**Operating Review**

Keppel Datahub, which was reconfigured by Keppel T&T from an existing industrial building into a Tier III+ data centre, began operations in January 2010. The facility achieved

100% occupancy within its first year of operations. An expansion to add capacity had commenced, and this phase had already seen significant customer commitment. Keppel Datahub had also secured provisional TIA 942 and SS 507 certifications, and expects to be formally awarded these certifications in 2011.

Citadel 100 Datacenters Limited (Citadel 100), the 50%-owned associate based in Dublin, Ireland, continues to enjoy 100% occupancy.

Securus Data Property Fund, the world's first Shariah-compliant data centre fund, was established in June 2010. The initial closing of the Fund achieved US$100 million, and the Fund targets to acquire a portfolio of high quality data centre assets in the Asia-Pacific, Europe and Middle East. Keppel T&T (through its wholly owned subsidiary Keppel Data Centre Investment Management Pte Ltd) and AEP Capital Pte Ltd are joint investment managers of the Fund.

**Business Outlook**

The data centre market will continue to stay buoyant in 2011 as demand for data centre space continues to grow at a faster rate than its supply. Against this favourable landscape, and coupled with its expertise as a premium data centre co-location service provider in Asia and Europe, Keppel T&T aims to expand the capacity at its existing facilities whilst continuing to explore opportunities to grow its data centre footprint.

## Operating & Financial Review
### Property



**Keppel Land is committed to provide urban living solutions through the twin core businesses of property development and property fund management.**

The unique architecture of Reflections at Keppel Bay is set to be a waterfront landmark in Singapore.

### EARNINGS REVIEW
Revenue of $1,685 million was $177 million or 12% above the previous year, due mainly to the sale of homes at Keppel Bay and progressive revenue recognition from Reflections at Keppel Bay. Rental income from investment properties improved because of the acquisitions of investment buildings in Australia in 2010 and the additional floors of Prudential Tower in Singapore in November 2009. Pre-tax profit of $625 million was an increase of 31% over 2009. This was due to higher contribution from several residential projects in Singapore, China and Vietnam, and share of profit of the associated company developing Marina Bay Suites in Singapore. With net profit at $326 million, the Division contributed 23% to Group's overall earnings.

### MARKET REVIEW
Concerted measures by various governments averted a global financial disaster and restored overall confidence. Asian countries were generally less affected and managed to post positive economic growth for the year. Improved economic conditions have revived the property markets in key Asian cities.

The Singapore economy expanded at a record growth rate of 14.5% in 2010. The strong economy shored up market confidence. New home sales totalled a record of about 16,300 units in 2010, compared to 2009's take-up of 14,688 units. Residential home prices rose 17.6% in 2010, compared with 1.8% in 2009. For 2011, prospective home buyers are expected to hold back their purchasing decision in the near term after the government introduced the fourth round of anti-speculation measures in January to cool the buoyant property market. While the sales volume may be moderated, home prices are likely to remain largely stable. Positive economic growth outlook in Singapore and the rest of Asia, the relatively low-interest rate environment and ample liquidity are expected to support the housing market.

As business confidence improved on the back of the strong economic rebound, the pent-up demand for prime office space saw heightened leasing

---

### Profit before Tax
# $625m
Increased 31% from FY 2009's $476 million.

### Net Profit
# $326m
Increased 55% from FY 2009's $210 million.

### Major Developments in 2010
→  Sold over 5,250 homes across Asia, mainly in China.

→  Set up Keppel Land China to sharpen focus for expansion and growth.

→  Added more than 9,700 homes to a pipeline of 75,000 homes with acquisitions in China and Vietnam.

→  Keppel Land's asset swap with K-REIT Asia unlocked value.

→  One million sf pre-commitment at MBFC and OFC.

→  K-REIT Asia makes first foray overseas into Australia.

### Focus for 2011/2012
→  Actively seek acquisitions in Singapore and overseas. with a continued focus on developing quality residential, township, commercial and mixed-use projects.

→  Monitor markets and time launches for new projects and phases.

→  Recycle capital to take on new large-scale projects.

### Earnings Highlights

| | 2010 $ million | 2009 $ million | 2008 $ million |
|---|---|---|---|
| Revenue | 1,685 | 1,508 | 950 |
| EBITDA | 563 | 385 | 337 |
| Operating Profit | 553 | 371 | 326 |
| Profit before tax | 625 | 476 | 365 |
| Net Profit | 326 | 210 | 157 |
| Manpower (number) | 3,015 | 2,791 | 2,955 |
| Manpower cost | 91 | 100 | 89 |

### Net Profit
($ million)



2010  326
2009  210
2008  157

# Operating & Financial Review
## Property

<div style="background:orange">

### Significant Events

</div>

**January**
→   Keppel Land acquired its third township site, a waterfront site in the popular District 2 of Ho Chi Minh City (HCMC), Vietnam.

→   Keppel Land signed a joint venture agreement to develop an 11-ha waterfront residential site for 175 villas fronting the Saigon River in HCMC.

→   Mrs Koh-Lim Wen Gin, formerly Urban Redevelopment Authority of Singapore's Chief Planner and Deputy CEO, was appointed to Keppel Land's Board of Directors.

→   K-REIT Asia made its maiden commercial investment outside Singapore with the acquisition of a 50% stake in 275 George Street, a prime commercial building in Brisbane, Australia.

**March**
→   The iconic Reflections at Keppel Bay topped-out its first tower.

**April**
→   Topping-out of Marina Bay Financial Centre (MBFC)'s second commercial tower.



The township at South Rach Chiec, Vietnam offers high-rise apartments along a riverfront.

activity. Prime office rents increased 12.2% quarter-on-quarter averaging $8.30 psf per month as at end-2010. Grade A office rental averaged $9.90 psf per month, reflecting an increase of 10% quarter-on-quarter or 22.2% year-on-year. Grade A office occupancy rate was 97.3% in 4Q10, up from 93.8% in 4Q09, as corporate occupiers engaged increasingly in flight-to-quality.

The office market is closely co-related to GDP growth. With Singapore's economy projected to expand at a healthy rate of 4–6% in 2011, leasing activity is expected to remain buoyant this year. Given the positive business sentiment, demand for office space is poised to rise along with corporate expansion with the accompanying headcount growth.

Asia's other economies are also expected to continue growing in 2011, fuelled by domestic demand with rising affluence and supportive government policies.

China's property market continued on its upward momentum in 2010. Despite the government's progressive measures to cool demand, real estate prices rose for a 19th straight month in December 2010 while home prices across 70 major Chinese cities rose 6.4% year-on-year. Moving into 2011, two fundamental factors – the growing middle class and urbanisation – will continue to underpin housing demand in China.

Vietnam showed signs of recovery in 2010, registering a healthy expansion rate of 6.8% in 2010. GDP growth is projected at 6.9% in 2011. Demand for villas has been strong over the past few years, and is expected to continue.

Indonesia's economy grew at 6.1% in 2010. Low interest rates, coupled with a growing and increasingly affluent middle-class segment, helped to lift the property market during the year.



Keppel Land's prime Grade A office buildings like the Marina Bay Financial Centre and the Ocean Financial Centre are in two of the most desired business addresses in Singapore.

India is projected to have grown at 9.1% in FY 2010 [Note: India's fiscal year ends on 31 March 2011]. Residential prices are recovering in various cities. Home ownership aspirations are well supported by low mortgage and high savings rates. Coupled with a shortage of housing especially in the urban areas, this is expected to continue to drive demand in India. The Indian economy is expected to continue expanding at a rate of 9% in 2011.

### OPERATING REVIEW
#### Singapore
With buying sentiment buoyed by the strong economic recovery, Keppel Land sold about 650 homes in Singapore in 2010, mainly from Reflections at Keppel Bay and The Lakefront Residences.

The commercial segment has strengthened with the improved business outlook. Strong pre-commitment totalling about 1 million sf of Grade A office space was secured at Marina Bay Financial Centre (MBFC) and Ocean Financial Centre (OFC) in 2010, lifting the pre-commitment rate for MBFC Phase 2 and OFC to 66% and about 80% respectively. In addition to anchor tenant, DBS Bank, which

had pre-committed approximately 55% in MBFC Phase 2's Tower 3, other tenants such as WongPartnership LLP, Ashurst LLP and McGraw-Hill have recently signed up as tenants. Australia and New Zealand Banking Group and BNP Paribas joined Drew & Napier LLC and DMG & Partners Securities Pte Ltd., long-time tenants from the former Ocean Building and Ocean Towers, to commit as tenants of OFC. During the year, Keppel Land also raised its stake in OFC to 87.51% after acquiring an additional 11.85% stake.

In the fourth quarter of 2010, Keppel Land sold its one-third interest in MBFC Phase 1 to K-REIT Asia for $1,426.8 million and acquired Keppel Towers and GE Tower from K-REIT Asia for $573 million. The transaction allowed for the potential redevelopment of the site into premium high-rise city homes and increased Keppel Land's Singapore residential pipeline by about 50%. The divestment yielded net cash proceeds of $826 million, strengthening Keppel Land's financial position for acquisition opportunities in Singapore and overseas.

# Operating & Financial Review
## Property



Keppel Land is strengthening its presence in China with developments such as the Zhongshan waterfront residential cum marina development in Guangdong, China.

### Overseas

Keppel Land achieved record sales of over 4,600 units overseas, mainly from its township projects in China, namely The Botanica in Chengdu and Central Park City in Wuxi. The Springdale in Shanghai and Seasons Park in the Sino-Singapore Tianjin Eco-City registered encouraging sales following their launches in the second half of 2010. Villa developments, The Arcadia in Tianjin and Villa Riveria in Shanghai, are now 100% sold.

With China as a significant growth market, a separate entity Keppel Land China was established to sharpen focus on expanding Keppel Land's presence in this fast-growing market. Keppel Land China further expanded its footprint in China with strategic land acquisitions in Chengdu and the purchase of its maiden residential site in Nantong in 2010.

Tapping on rising home ownership aspirations in Vietnam, Keppel Land acquired four sites during the year, which increased its residential pipeline to about 22,000 units. In Indonesia and India, sale of the Group's residential projects continued to make good progress as these economies continued on their path of growth.

### Fund Management

Keppel Land's fund management vehicles extended their reach in the region through selective asset acquisitions. K-REIT Asia made its first overseas foray by acquiring two prime office developments in Sydney and Brisbane, Australia, in 2010. With the completion of the asset swap deal with Keppel Land, 90% of K-REIT Asia's portfolio in Singapore is now strategically located within the prime Raffles Place and Marina Bay financial and business districts. With an enlarged portfolio size of $3.5 billion as at end-2010, up from $2.1 billion in 2009, K-REIT Asia has gained increased visibility as one of the top five S-REITS in asset size.

Alpha Asia Macro Trends Fund, a closed-end fund managed by Keppel Land's private equity fund management arm Alpha Investment Partners (Alpha), has also capitalised on opportunities to invest in several commercial and residential property assets in Singapore, including a stake

in Katong Mall and units in high-end residences at City Vista in the Newton area, The Cascadia in Bukit Timah and Draycott 8 near Scotts Road, as well as a Grade A office building in South Korea during the year.

As at end-December 2010, Keppel Land's total assets under management (when fully-invested and fully-leveraged) from K-REIT Asia and Alpha have grown to about $11.2 billion, a 14% rise from 2009.

**BUSINESS OUTLOOK**
**Singapore**
Singapore's economic growth is expected to slow down to 4–6% in 2011. Calibrated cooling measures introduced by the government to weed out speculative buying may moderate overall sales volume, but home prices should remain stable.

Keppel Land will be releasing a new phase of The Lakefront Residences, as well as the remaining units of Marina Bay Suites and Reflections at Keppel Bay, which will benefit from their proximity to the integrated resorts at Marina Bay and Sentosa.

In view of the positive sentiments in Singapore and the region, the office market is primed to remain firm with leasing activities driven mainly by new expansion among the financial and professional services sectors. Keppel Land aims to build on its position as the leading developer of Grade A office space in Singapore's Raffles Place and Marina Bay business and financial districts.

**Overseas**
Growth prospects in Asia are set to remain bright in 2011, backed by healthy economic and demographic fundamentals. Home ownership aspirations in markets where Keppel Land operates are expected to remain strong.

## Significant Events

**May**
→ Keppel Land was awarded a prime 1.6-ha site next to the Lakeside MRT station for the development of The Lakefront Residences. Launched in November, the development attracted strong interest.

**July**
→ Topping-out of Ocean Financial Centre.

→ New lifestyle mall at Katong partly owned by Alpha attracted positive tenancy ahead of completion in 2011.

→ K-REIT Asia acquired 100% of the office tower at 77 King Street in Sydney, Australia.

**August**
→ Mrs Oon Kum Loon, an Independent Director of Keppel Corporation, was appointed as a Non-Independent and Non-Executive Director of Keppel Land.

**September**
→ Keppel Land to redevelop Barclays House complex in Jakarta's Central Business District.

→ K-REIT Asia appointed Mr Tan Chin Hwee, a Portfolio Manager of the Apollo Asia Opportunity Master Fund, as an Independent Non-Executive Director.

→ Keppel Land completed acquisition of an 86-ha site in Zhongshan, Guangdong Province.

→ Keppel Land strengthened its focus on China with the establishment of Keppel Land China.



The Lakefront Residences drew strong interest from homebuyers.

Operating & Financial Review
## Property

<div style="background:orange">

## Significant Events

</div>

**October**
→   Alpha's Macro Trends Fund invested in Seoul Square, a prime Grade A office in Seoul, South Korea.

→   Keppel Land secured two prime sites in Chengdu, Sichuan Province, for residential development.

→   Keppel Land secured two prime sites in HCMC for villa developments.

**November**
→   More than 90% of the 220 eco-homes released were sold in the soft launch of Keppel's Seasons Park residential development in the Sino-Singapore Tianjin Eco-City.

**December**
→   Keppel Land and K-REIT Asia successfully completed the asset swap deal of Keppel Land's one-third interest in Phase 1 of MBFC and K-REIT Asia's Keppel Towers and GE Tower (KTGE). KTGE will be redeveloped into premium residences for city living.

→   Keppel Land China expanded its portfolio with maiden site acquisition in Nantong, Jiangsu province.



Mr Wong Kan Seng, Singapore's Deputy Prime Minister and then Minister for Home Affairs (second from left) and Tianjin Deputy Party Secretary He Lifeng (extreme right), accompanied by Dr Lee Boon Yang (extreme left), Chairman of Keppel Corporation were briefed by Mr Goh Toh Sim, Keppel Corporation's Chief Representative in China, on the masterplan of Keppel's development in the Tianjin Eco-City.

Keppel Land plans to launch more homes overseas in 2011. In China, Keppel Land will be releasing the remaining units at 8 Park Avenue in Shanghai and township homes at The Seasons in Shenyang. In Vietnam, Riviera Point and a waterfront township development at South Rach Chiec, both located in Ho Chi Minh City, will be launched.

**Fund Management**
With the improved market conditions, Keppel Land's fund management vehicles are well-positioned to expand their respective portfolios. K-REIT Asia will pursue acquisition opportunities to grow into a leading pan-Asian commercial REIT. Alpha will continue to establish and grow its existing businesses in Asia while actively scanning for opportunities to buy into fund management platforms in Europe and the US.

Keppel Land will keep a lookout for capital recycling opportunities in large-scale mixed development sites. With a strong cash position of $1.59 billion and low debt-equity ratio of 0.2x as at end-2010, Keppel Land will actively seek value-creating acquisition opportunities in Singapore and overseas, with a continued focus on developing quality residential, commercial and mixed-use projects.

## Providing Solutions For Sustainable Future
2010 saw the Sino-Singapore Tianjin Eco-City progress on several fronts, with the launch of the first eco-homes and inking of agreements with several technology companies.



Sino-Singapore Tianjin Eco-City Investment and Development, Co., Ltd. (SSTEC) sustained its efforts to attract partners to the Sino-Singapore Tianjin Eco-City (Tianjin Eco-City) project, securing about RMB2.5 billion ($484 million) worth of industrial investment commitments in the Eco-Business Park (EBP) and Eco-Industrial Park (EIP). About half of the industrial investments come from Singaporean companies, including ST Environmental Services and Technologies, Pan Asian Water and PV World. Keppel Telecommunications & Transportation is planning to develop and operate a green integrated logistics distribution centre in the EIP. Keppel DHCS has also established a joint venture to provide district heating and cooling systems in the Eco-City.

Multi-national companies such as Hitachi, Philips and ST Engineering have taken up anchor tenancies in the EBP. Keppel Integrated Engineering will be the first anchor tenant in the EBP's Tianjin Eco-City Sustainable Development Innovation Centre, which aims to bring international education institutions, government agencies and leading companies under one roof.

SSTEC also formed a number of key strategic partnerships in 2010. A Memorandum of Understanding (MOU) was signed with Vancouver City and leading Canadian cleantech corporations to develop the first net zero-energy Canadian research and development centre in Asia. SSTEC also established an alliance with 11 Chinese and international corporations to drive the adoption of green transport solutions.

With all the land plots in the 4-sq km Start-Up Area (SUA) taken up for development, the SUA is expected to be completed by 2013, housing approximately 85,000 residents.

In 2010, more than 5,000 homes in Tianjin Eco-City were launched by different developers, drawing strong interest and brisk sales. These included developments from Keppel Land (pictured above), Japan's Mitsui Fudosan Residential and China's Shimao Group. In addition, SSTEC attracted two new developers, Korea's Samsung C&T Corporation and the Philippines' Ayala Land. SSTEC also signed an MOU with China Healthcare Limited to collaborate on an elderly apartment project.

To ensure that the quality of buildings is maintained in line with the Eco-City's Green Building Evaluation Standards, SSTEC established a subsidiary to provide eco-maintenance and property management services.

The master developer for the Tianjin Eco-City, SSTEC is a 50/50 joint venture between the Singapore Consortium led by the Keppel Group and a Chinese Consortium led by Tianjin TEDA Investment Holding Co., Ltd.



## Operating & Financial Review
## Investments

### EARNINGS REVIEW

Pre-tax earnings from Investments Division of $66 million was $83 million lower compared with 2009, as the previous year included contribution from Singapore Petroleum Company which was disposed in June 2009. Net profit of $49 million was $70 million below that of the previous year. Investments currently contribute 3% to the Group's earnings.

### K1 VENTURES

k1 Ventures (k1) is a diversified investment company that has holdings in various targeted sectors of transportation leasing, education, oil and gas exploration, and automotive retail. Its major investments are in Helm Holding Corporation (Helm), the largest independent rail equipment leasing company in North America, and Knowledge Universe Holdings (KUH), a leading global education service provider.

For the financial year ended 30 June 2010, k1 recorded revenue of $70.9 million and an operating loss of $48.2 million compared to $99.1 million and an operating profit of $4.5 million in the prior year. The declines were principally due

to a decrease in rail equipment leasing revenue and a fixed asset impairment charge of $36.7 million, offset in part by lower operating expenses.

For 2010, k1 distributed 0.5 cent per share to shareholders and has distributed a cumulative 22.31 cents per share or a total of $460 million to shareholders since 2005.

KUH, through its operating subsidiaries, acquired a majority stake in the Canadian International School in Singapore and completed the acquisition of The Children's House in Malaysia in 2010.

China Grand Auto, k1's investment in automotive retail, continues to perform well and expand its platform with strategic acquisitions.

The slow economic recovery in the US has led to weakness in rail traffic volumes, which has impacted the demand for rail assets. Helm's focus on expense management as well as opportunistically executing equipment sales has positively impacted cash flow which has been used to further

de-leverage the business. We are hopeful that the US economic expansion will continue to provide positive trends, which will benefit Helm.

### M1

M1 is a leading integrated communications provider in Singapore. The company contributes significantly to Keppel Telecommunications & Transportation's (Keppel T&T) earnings and cashflow. For FY 2010, M1 contributed $37.9 million pre-tax profits, which made up 51% of Keppel T&T's pretax profits. The company also contributed total dividends of $24.1 million to Keppel T&T.

In 2010, M1 introduced a number of initiatives which boosted its non-voice services revenue. It was the first in Singapore to provide ultra high-speed broadband services on the new national fibre network. Its residential broadband customers were also offered a free fixed voice service. In addition, M1 launched its own application store to provide a wide selection of the latest applications for its customers.

---

### Profit before Tax

## $66m

Decreased 56% from FY 2009's $149 million.

### Net Profit

## $49m

Decreased 59% from FY 2009's $119 million.

### Major Developments in 2010

→ Knowledge Universe Education, a k1 Ventures' investee company, invested in the Canadian International School in Singapore and The Children's House in Malaysia.

→ M1 became the first company in Singapore to provide ultra high-speed broadband services on the new national fibre network, and launched its own application store.

### Focus for 2011/2012

→ k1 Ventures to identify investment opportunities while continuing to focus on the management of existing investments with the aim of enhancing shareholder value.

→ M1 to continue to strengthen its position in the mobile market and capitalise on growth opportunities in Singapore riding on the new national fibre network.

### Earnings Highlights

| | 2010 $ million | 2009 $ million | 2008 $ million |
|---|---|---|---|
| Revenue | 11 | 39 | 54 |
| EBITDA | 10 | 4 | 26 |
| Operating Profit | 9 | 3 | 25 |
| Profit before Tax | 66 | 149 | 219 |
| Net Profit | 49 | 119 | 172 |
| Manpower (Number) | 147 | 135 | 165 |
| Manpower (Cost) | 65 | 76 | 65 |

### Net Profit
($ million)

| | |
|---|---|
| 2010 | 49 |
| 2009 | 119 |
| 2008 | 172 |

---

Operating & Financial Review
# Financial Review and Outlook



**Revenue by Market 2010**
(%)

| | |
|---|---|
| **Singapore** | **33** |
| **ASEAN** | **7** |
| **Rest of Asia-Pacific** | **7** |
| **Middle East / India** | **3** |
| **Europe** | **20** |
| **North America** | **19** |
| **South America** | **11** |
| **Total** | **100** |

## $9,783m

| | |
|---|---|
| Singapore | 33% |
| Overseas | 67% |



**Revenue by Market 2009**
(%)

| | |
|---|---|
| Singapore | 23 |
| ASEAN | 6 |
| Rest of Asia-Pacific | 4 |
| Middle East / India | 10 |
| Europe | 31 |
| North America | 13 |
| South America | 11 |
| Central America | 2 |
| Total | 100 |

## $12,247m

| | |
|---|---|
| Singapore | 23% |
| Overseas | 77% |



**Revenue by Market 2008**
(%)

| | |
|---|---|
| Singapore | 26 |
| ASEAN | 5 |
| Rest of Asia-Pacific | 4 |
| Middle East / India | 8 |
| Europe | 30 |
| North America | 15 |
| South America | 11 |
| Central America | 1 |
| Total | 100 |

## $11,805m

| | |
|---|---|
| Singapore | 26% |
| Overseas | 74% |

**Keppel Corporation Limited**
Report to Shareholders 2010

## PROSPECTS

The Offshore & Marine Division secured $3.2 billion worth of new orders for the year. The net orderbook at the end of the year stood at $4.6 billion with deliveries into 2013. The incident in the Gulf of Mexico has raised safety and environmental concerns in offshore drilling. With increasing focus on safety afforded by newer rigs and a global rig fleet that is relatively old, rigbuilders are expected to benefit from the renewal of existing rigs. The sharp divergence in utilisation and dayrates between new and old jackups has already led to the ordering of new jackups in the last quarter of the year. The Division's focus on innovation, quality, on-time delivery and safety will place it in a good position to win more orders and to widen and deepen its market leadership.

In the Infrastructure Division, the Group has commenced the expansion of the Keppel Merlimau Cogen power plant which will increase generation capacity from the current 500MW to 1,300MW by 2013. Notwithstanding the cost overruns and delays in our Qatar projects, the Group believes that the global drive towards sustainable development will provide opportunities for our environmental engineering business. The Group has just announced the consolidation of our data centre assets, which we expect to derive greater economies of scale and offer more cost-effective solutions to our customers.

Riding on the robust economic performance and favourable demographics, the Property Division sold more than 650 homes in Singapore for the year. With the latest round of cooling measures, buying sentiment is expected to turn cautious. We will time our launch of remaining units in our projects at Keppel Bay and Lakeside Drive when market stabilises. The recent asset swap between Keppel Land and K-REIT Asia has increased the Group's quality residential pipeline with the potential redevelopment of the Keppel Towers and GE Tower site to meet the demand for

city living. The Division also posted record sales of about 4,600 homes overseas in 2010. Capitalising on aspirations for homes due to rising affluence and urbanisation in the region, the Group boosted its China portfolio and expanded its presence in Vietnam with several land acquisitions during the year. With healthy leasing activities on the back of buoyant economic growth, prime office rents in Singapore registered good increase in 2010. The Group achieved creditable office space take-up for our Marina Bay Financial Centre and Ocean Financial Centre projects.

With another year of record earnings in 2010, the Group is mindful of the challenges in 2011. The Group will continue to sharpen our competitive edge by leveraging on collective strengths and synergies among the Divisions so as to create value for our stakeholders.

## SHAREHOLDER RETURNS

Return on equity (ROE) exceeded 20% for the fourth consecutive year, reflecting our efforts to pursue higher returns for our shareholders.

The Company will be paying a total dividend of 42 cents per share. This comprises a final dividend of 26 cents per share and the interim dividend of 16 cents per share paid in August 2010. Total payout for 2010 represents 47% of Group net profit. This is equivalent to a gross yield of 3.7% on the Company's last transacted share price as at 31 December 2010.

The distribution to shareholders is paid on account of increased profitability and strong operational cash flow. We are committed to reward shareholders with generous payouts as we achieve healthy year-on-year improvement in earnings growth.

To reward our shareholders for their continuing support, as well as to increase the accessibility of an investment in the Company to more investors, thereby encouraging trading liquidity and greater participation by investors and broadening our shareholder base, the Company will be issuing one bonus share for every 10 existing ordinary shares held by shareholders.



**Shareholder Returns**

| | | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| ROE | | 16.4 | 19.1 | 21.8 | 22.4 | 23.9 | **22.3** |
| Full-year dividend | | 11.5 | 14.0 | 19.0 | 35.0 | 38.0 | **42.0** |

# Operating & Financial Review
# Financial Review and Outlook



**Continued EVA Growth**
($ million)

|  | 197 | 416 | 779 | 855 | 1,026 | **1,035** |
|---|---|---|---|---|---|---|

|  | 2005 | 2006 | 2007 | 2008 | 2009 | **2010** |

**ECONOMIC VALUE ADDED (EVA)**

In 2010, EVA excluding exceptional items rose by $9 million to $1,035 million. This was attributable to higher operating profit (excluding exceptional items), partially offset by higher capital charge.

Capital charge rose by $130 million as a result of higher Average EVA Capital and higher Weighted Average Cost of Capital (WACC). Average EVA Capital increased by $1.34 billion from $9.86 billion to $11.20 billion. WACC increased from 6.26% to 6.67% mainly due to increase in risk-free rate and beta.

EVA excluding exceptional items of $1,035 million in 2010 is the highest ever attained by the Group. The Group's effective deployment and management of resources to enhance shareholders' value is reflected in the

## Economic Value Added (EVA)

|  | 2010 $ million | 10v09 +/(-) | 2009 $ million | 09v08 +/(-) | 2008 $ million |
|---|---|---|---|---|---|
| Profit after tax & exceptional items | **1,343** | -494 | 1,837 | +688 | 1,149 |
| Adjustment for: |  |  |  |  |  |
| Interest expense | **107** | +18 | 89 | -16 | 105 |
| Interest expense on non-capitalised leases | **21** | - | 21 | +1 | 20 |
| Tax effect on interest expense adjustments (Note 1) | **(22)** | -7 | (15) | +3 | (18) |
| Provisions, deferred tax, amortisation & other adjustments | **66** | +2 | 64 | +31 | 33 |
| **Net Operating Profit After Tax (NOPAT)** | **1,515** | -481 | 1,996 | +707 | 1,289 |
| Average EVA Capital Employed (Note 2) | **11,201** | +1,340 | 9,861 | +1,013 | 8,848 |
| Weighted Average Cost of Capital (Note 3) | **6.67%** | +0.41% | 6.26% | -0.49% | 6.75% |
| **Capital Charge** | **(747)** | -130 | (617) | -20 | (597) |
| **Economic Value Added** | **768** | -611 | 1,379 | +687 | 692 |
| Comprising: |  |  |  |  |  |
| EVA excluding exceptional items | **1,035** | +9 | 1,026 | +171 | 855 |
| EVA of exceptional items | **(267)** | -620 | 353 | +516 | (163) |
|  | **768** | -611 | 1,379 | +687 | 692 |

Notes:
1. The reported current tax is adjusted for statutory tax impact on interest expenses.
2. Average EVA Capital Employed is derived from the quarterly averages of net assets plus interest-bearing liabilities, provision and present value of operating leases.
3. Weighted Average Cost of Capital is calculated in accordance with the Keppel Group EVA Policy as follows:
   (a) Cost of Equity using Capital Asset Pricing Model with market risk premium set at 6% (2009: 6%);
   (b) Risk-free rate of 2.5526% (2009: 2.1949%) based on yield-to-maturity of Singapore Government 10-year Bonds;
   (c) Unlevered beta at 0.74 (2009: 0.72); and
   (d) Pre-tax Cost of Debt at 3.03% (2009: 3.13%) using 5-year Singapore Dollar Swap Offer Rate plus 70 basis points (2009: 100 basis points).



**Total Assets Owned**
($ million)

| | | | |
|---|---|---|---|
| Fixed assets | 1,947 | 2,157 | **2,243** |
| Properties | 3,030 | 3,051 | **3,208** |
| Investments | 3,633 | 3,332 | **4,443** |
| Stocks & work-in-progress | 3,318 | 3,178 | **4,441** |
| Debtors & others | 2,574 | 2,653 | **2,400** |
| Bank balances, deposits & cash | 2,245 | 2,936 | **4,246** |
| Total | 16,747 | 17,307 | **20,981** |

**Total Liabilities Owed and Capital Invested**
($ million)

| | | | |
|---|---|---|---|
| Shareholders' funds | 4,596 | 5,985 | **6,740** |
| Non-controlling interests | 2,153 | 2,728 | **2,984** |
| Creditors | 7,647 | 6,423 | **6,730** |
| Term loans & bank overdrafts | 1,970 | 1,759 | **4,068** |
| Other liabilities | 381 | 412 | **459** |
| Total | 16,747 | 17,307 | **20,981** |

positive and growing EVA that we have been achieving since 2004.

**FINANCIAL POSITION**

Group total assets of $20.98 billion at 31 December 2010 were $3.67 billion or 21.2% higher than the previous year-end. Associated companies increased because K-Green Trust became an associated company following the distribution in specie of 51% of K-Green Trust units to Keppel Corporation's shareholders in June 2010. Increase in investment properties was due to the acquisition of two commercial buildings in Australia and the redevelopment cost of Ocean Financial Centre. Decrease in long term receivables was due to the sale of Senoko WTE Plant, Keppel Seghers Tuas WTE Plant and Keppel Seghers Ulu Pandan NEWater Plant to K-Green Trust. Higher stocks and work-in-progress were due to expenditure on trading properties and acquisitions of land for development.

Group shareholders' funds increased from $5.99 billion at 31 December 2009 to $6.74 billion at 31 December 2010. The increase was mainly attributable to retained profits for the year and fair value gain on available-for-sale assets, partially offset by payment of final dividend of 23 cents per share and special dividend *in specie* of K-Green Trust units of approximately 23 cents per share in respect of financial year 2009, and the interim dividend of 16 cents per share for financial year 2010.

Group total liabilities of $11.26 billion at 31 December 2010 were $2.66 billion or 31.0% higher than the previous year-end. Higher level of term loans was due to increased bank borrowings and funds raised in the capital markets during the year for working capital requirements, operational capital expenditure and acquisitions.

Group net cash of $178 million at 31 December 2010 was a decrease

# Operating & Financial Review
# Financial Review and Outlook

of $999 million from $1,177 million at 31 December 2009. This was mainly due to operational cash outflow, capital expenditure and dividend payment.

## TOTAL SHAREHOLDER RETURN

Keppel is committed to deliver value to shareholders through earnings growth. We will continue to identify, develop and build growth platforms for our businesses, sharpen our strategic focus, streamline our businesses, launch new products, strengthen customer relationships and penetrate new markets.

Our Total Shareholder Return (TSR) for 2010 was 47%. This was 34% above the benchmark Straits Times Index's (STI) TSR of 13%. Over the past nine years, our Compound Annual Growth Rate (CAGR) TSR of 32% was also significantly higher than STI's CAGR TSR of 9%.

## CASH FLOW

Net cash from operating activities was $450 million compared to $670 million in the previous year. This was mainly due to increased working capital and higher income taxes paid, partly offset by higher operating profit.

Net cash used in investing activities was $643 million. The Group spent $1,266 million on acquisitions and operational capital expenditure. This comprised principally the acquisition of two commercial buildings in Australia, equity injection into the Tianjin Eco-City and Dong Nai projects, further investment in Marina Bay Financial Centre, redevelopment cost of Ocean Financial Centre and other operational capital expenditure. Divestment and dividend income totalled $623 million.

Free cash flow was a negative $193 million as compared to a positive $1,097 million in the previous year.

Total distribution to shareholders of the Company and minority shareholders of



**Total Shareholder Return (TSR)**
(%)

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Keppel | 2.0 | 37.6 | 75.2 | 48.7 | 32.5 | 65.3 | 51.7 | (64.4) | 100.8 | **47.0** |
| STI | (13.4) | (14.5) | 38.3 | 21.6 | 19.3 | 32.4 | 21.0 | (47.1) | 70.8 | **13.4** |

**Cash Flow**

| | 2010 $ million | 10v09 +/(-) | 2009 $ million | 09v08 +/(-) | 2008 $ million |
|---|---|---|---|---|---|
| Operating profit | **1,756** | +251 | 1,505 | +267 | 1,238 |
| Depreciation, amortisation & other non-cash items | **233** | +29 | 204 | +46 | 158 |
| Cash flow provided by operations before changes in working capital | **1,989** | +280 | 1,709 | +313 | 1,396 |
| Working capital changes | **(1,301)** | -390 | (911) | -1,763 | 852 |
| Interest receipt and payment & tax paid | **(238)** | -110 | (128) | +73 | (201) |
| **Net cash from operating activities** | **450** | -220 | 670 | -1,377 | 2,047 |
| Investments & capital expenditure | **(1,266)** | -48 | (1,218) | -678 | (540) |
| Divestments & dividend income | **623** | -1,022 | 1,645 | +1,253 | 392 |
| **Net cash used in investing activities** | **(643)** | -1,070 | 427 | +575 | (148) |
| **Free cash flow** | **(193)** | -1,290 | 1,097 | -802 | 1,899 |
| Dividend paid to shareholders of the Company & subsidiaries | **(757)** | -96 | (661) | +540 | (1,201) |



An integrated development centrally located on prime waterfront space, the Marina Bay Financial Centre has been committed to international banking and financial institutions and various multi-national companies.

subsidiaries for the year amounted to $757 million.

### FINANCIAL RISK MANAGEMENT

The Group operates internationally and is exposed to a variety of financial risks, including market risk (foreign currency exchange rates, interest rates and commodity/equity prices), credit risk and liquidity risk. Financial risk management is carried out by the Keppel Group Treasury Department in accordance with established policies and guidelines.

These policies and guidelines are established by the Group Central Finance Committee and are updated to take into account changes in the operating environment. This committee is chaired by the Group Finance Director and comprises Chief Financial Officers of the Group's key operating companies and Head Office specialists.

The Group's financial risk management is discussed in more detail in the notes to the financial statements. In summary:

– The Group has receivables and payables denominated in foreign currencies viz US dollars, European and other Asian currencies. Foreign currency exposures arise mainly from the exchange rate movement of these foreign currencies against the Singapore dollar, which is the Group's measurement currency. The Group utilises forward foreign currency contracts to hedge its exposure to specific currency risks relating to receivables and payables. The bulk of these forward foreign currency contracts are entered into to hedge any excess US dollars arising from Offshore & Marine contracts based on the expected timing of receipts. The Group does not engage in foreign currency trading;

– The Group hedges against price fluctuations arising on purchase of natural gas. Exposure is managed via fuel oil forward contracts, whereby the price of natural gas is indexed to a benchmark fuel price index, High Sulphur Fuel Oil 180-CST;

– The Group maintains a mix of fixed and variable rate debt/loan instruments with varying maturities. Where necessary, the Group uses derivative financial instruments to

## Operating & Financial Review
# Financial Review and Outlook

hedge interest rate risks. This may include interest rate swaps and interest rate caps;

– The Group maintains flexibility in funding by ensuring that ample working capital lines are available at any one time; and

– The Group adopts stringent procedures on extending credit terms to customers and the monitoring of credit risk.

### BORROWINGS
The Group borrows from local and foreign banks in the form of short-term and long-term loans, project loans and bonds. At the end of 2010, 10% (2009: 48% and 2008: 10%) of Group borrowings were repayable within one year with the balance largely repayable between two and five years.

Unsecured borrowings constituted 69% (2009: 64% and 2008: 69%) of total borrowings with the balance secured by properties and assets. Secured borrowings are mainly for finance of investment properties and project finance loans for property development projects. The net book value of properties and assets pledged/ mortgaged to financial institutions amounted to $2.55 billion (2009: $2.41 billion and 2008: $2.81 billion).

Fixed rate borrowings constituted 52% (2009: 39% and 2008: 29%) of total borrowings with the balance at floating rates. The Group has interest rate swap agreements with notional amount totalling $929 million, whereby it receives variable rates equal to SOR and pays fixed rates of between 1.43% and 3.62% on the notional amount. The Group also has interest rate cap agreements to hedge the interest rate risk exposure arising from its US dollar and Singapore dollar variable rate term loans. As at the end of the financial year 2010, the Group has outstanding interest rate cap agreements of $46 million.

Details of these derivative instruments are disclosed in the notes to the financial statements in this Report.

Singapore dollar borrowings represented 93% (2009: 96% and 2008: 94%) of total borrowings. The balances were in US dollars, Brazilian Reals and other Asian currencies. Foreign currency borrowings were drawn to hedge against the Group's overseas investments and receivables, which were denominated in foreign currencies.

### CAPITAL STRUCTURE & FINANCIAL RESOURCES
The Group maintains a strong balance sheet and an efficient capital structure to maximise returns for shareholders. The strong operational cash flow of the Group and divestment proceeds



**Debt Maturity**
($ million)

| Period | $ million |
|---|---|
| < 1 year | 392 |
| 1-2 years | 527 |
| 2-3 years | 638 |
| 3-4 years | 456 |
| 4-5 years | 1,455 |
| > 5 years | 600 |

**Net Cash/(Gearing)**

$$\text{Net Cash/(Gearing) Ratio} = \frac{\text{Borrowings} - \text{Cash}}{\text{Capital Employed}}$$

| | | | |
|---|---|---|---|
| Net Cash | 275 | 1,177 | **178** |
| Capital Employed | 6,749 | 8,713 | **9,724** |
| Net Cash Ratio | 0.04 | 0.14 | **0.02** |

$ million / No. of times chart with years 2008, 2009, **2010**.



**Interest Coverage**

$$\text{Interest Coverage} = \frac{\text{EBIT}}{\text{Interest Cost}}$$

| | | | |
|---|---|---|---|
| EBIT | 1,676 | 1,905 | **2,091** |
| Total Interest Cost | 96 | 67 | **81** |
| Interest Cover | 17.46 | 28.44 | **25.81** |

**Cash Flow Coverage**

$$\text{Cash Flow Coverage} = \frac{\text{Operating Cash Flow} + \text{Interest Cost}}{\text{Interest Cost}}$$

| | | | |
|---|---|---|---|
| Operating Cash Flow + Interest | 2,143 | 737 | **531** |
| Total Interest Cost | 96 | 67 | **81** |
| Cash Flow Coverage | 22.32 | 11.00 | **6.56** |

from low yielding and non-core assets will provide resources to grow the Group's businesses.

Every new investment will have to satisfy strict criteria for return on investment, cash flow generation, EVA creation and risk management. New investments will be structured with an appropriate mix of equity and debt after careful evaluation and management of risks.

**Capital Structure**
Capital employed at the end of 2010 was $9.72 billion, an increase of $1.01 billion over 2009 and $2.97 billion over 2008. The Group was in a net cash position of $178 million at the end of 2010 compared to net cash of $1.18 billion in 2009 and net cash of $275 million in 2008. The Group's net cash ratio was 0.02 times at the end of 2010.

Interest coverage increased from 17.46 times in 2008 to 28.44 times in 2009 and decreased to 25.81 times in 2010. Despite higher EBIT in 2010, interest coverage has reduced because of higher borrowings and interest expense.

Cash flow coverage decreased from 22.32 times in 2008 to 11.00 times in 2009 and to 6.56 times in 2010. This was mainly due to lower operating cash flow.

At the Annual General Meeting in 2010, shareholders gave their approval for the mandate to buy back shares. The Company did not exercise this mandate.

**Financial Resources**
As part of its liquidity management, the Group has built up adequate cash reserves and short-term marketable securities as well as sufficient undrawn banking facilities and capital market programme. Funding of working capital requirements, capital expenditure and investment needs is made through a mix of short-term money market borrowings and medium/long-term loans.

# Operating & Financial Review
## Financial Review and Outlook

Due to the dynamic nature of its businesses, the Group maintains flexibility in funding by ensuring that ample working capital lines are available at any one time. Cash flow, debt maturity profile and overall liquidity position are actively reviewed on an ongoing basis.

The Group has further strengthened its financial capacity during the year. As at end of 2010, total funds available and unutilised facilities amounted to $7.62 billion.

### CRITICAL ACCOUNTING POLICIES

The Group's significant accounting policies are discussed in more detail in the notes to the financial statements in this Report. The preparation of financial statements requires management to exercise its judgement in the process of applying the accounting policies. It also requires the use of accounting estimates and assumptions which affect the reported amounts of assets, liabilities, income and expenses. Critical accounting estimates and judgement are described below.

### Impairment of Loans and Receivables

The Group assesses at each balance sheet date whether there is any objective evidence that a loan and receivable is impaired. The Group considers factors such as the probability of insolvency or significant financial difficulties of the debtor and default or significant delay in payments. When there is objective evidence of impairment, the amount and timing of future cash flows are estimated based on historical loss experience for assets with similar credit risk characteristics.

### Impairment of Available-for-Sale Investments

The Group follows the guidance of FRS 39 in determining whether available-for-sale investments are considered impaired. The Group evaluates, among other factors, the duration and extent

### Financial Capacity

| | $ million | Remarks |
|---|---|---|
| Cash at Corporate Treasury | 2,731 | 64% of total cash of $4.25 billion |
| Credit facilities extended to the Group | 4,892 | Credit facilities of $6.87 billion, of which $1.98 billion was utilised |
| **Total** | **7,623** | |

to which the fair value of an investment is less than its cost, the financial health and the near-term business outlook of the investee, including factors such as industry and sector performance, changes in technology and operational and financing cash flow.

### Impairment of Non-Financial Assets

Determining whether the carrying value of a non-financial asset is impaired requires an estimation of the value in use of the cash-generating units. This requires the Group to estimate the future cash flows expected from the cash-generating units and an appropriate discount rate in order to calculate the present value of the future cash flows.

### Revenue Recognition

The Group recognises contract revenue based on the stage of completion method which is measured by reference to the proportion of contract work completed. Significant assumption is required in determining the stage of completion, the extent of the contract cost incurred, the estimated total contract revenue and contract cost and the recoverability of the contracts. In making the assumption, the Group evaluates by relying on past experience and the work of engineers.

Revenue arising from additional claims and variation orders, whether billed or unbilled, is recognised when negotiations have reached an advanced stage such that it is probable that the customer will accept the claims or approve the variation orders, and the amount that it is probable will be

accepted by the customer can be measured reliably.

### Income Taxes

The Group has exposure to income taxes in numerous jurisdictions. Significant assumption is required in determining the provision for income taxes. There are certain transactions and computations for which the ultimate tax determination is uncertain during the ordinary course of business. The Group recognises liabilities for expected tax issues based on estimates of whether additional taxes will be due. Where the final tax outcome of these matters is different from the amounts that were initially recognised, such differences will impact the income tax and deferred tax provisions in the period in which such determination is made.

### Claims, Litigations and Reviews

The Group entered into various contracts with third parties in its ordinary course of business and is exposed to the risk of claims, litigations or review from the contractual parties and/or government agencies. These can arise for various reasons, including change in scope of work, delay and disputes, defective specifications or routine checks, etc. The scope, enforceability and validity of any claim, litigation or review may be highly uncertain. In making its judgement as to whether it is probable that any such claim, litigation or review will result in a liability and whether any such liability can be measured reliably, management relies on past experience and the opinion of legal and technical expertise.



1

2



1_As the most comprehensive offshore and marine facility in Latin America, BrasFELS is in a strong position to help meet Brazil's requirements for greater local content, and to give value to Petrobras and drillers operating in Brazil and the region.

2_Keppel Logistics is well-positioned to benefit from the increase in demand for logistics and warehousing services.

# Sustainability Report Highlights

We aim to achieve sustainable business growth by contributing to the well-being of the environment, society and community.



## Sustaining Growth
(pages 96-127)

Our commitment to business excellence is driven by our unwavering focus on strong corporate governance and prudent risk management.

Resource efficiency is not only our responsibility, it also makes good business sense.

Innovation and delivering quality products and services are key in sharpening our competitive edge.



## Empowering Lives
(pages 128-135)

People are the cornerstone of our businesses.

As an employer of choice, we are committed to grow and nurture our talent pool through continuous training and development to help our people reach their full potential.

We want to instill a culture of safety so that everyone who comes to work goes home safe.



## Nurturing Communities
(pages 136-140)

As a global corporate citizen, we believe that as communities thrive, we thrive. We give back to communities wherever we operate through our multi-faceted approach towards Corporate Social Responsibility.

We also believe that cultivating a green mindset among our employees will spur them to adopt a sustainable lifestyle.

As leaders in our businesses, we support industry programmes and initiatives, and encourage open dialogue for further growth.

For more details, please refer to Keppel Corporation's *Sustainability Report 2010*, which will be available in June 2011 and also via our website at www.kepcorp.com.

**Keppel Corporation Limited**
Report to Shareholders 2010





Sustaining Growth
**Corporate Governance**



**Our Board of Directors bring their deep insights and diverse expertise to the strategic governance of the Group, acting in the best interest of our shareholders at all times.**

We are committed to strong corporate governance which is essential in enhancing shareholder value and achieving sustainable growth for the Group.

**Keppel Corporation Limited**
Report to Shareholders 2010

**Code of Corporate Governance 2005**
**Specific Principles and Guidelines for Disclosure**

| Relevant guideline or principle | Page reference in this report |
|---|---|
| **Guideline 1.3** Delegation of authority, by the board to any board committee, to make decisions on certain board matters | Pages 98 and 99 |
| **Guideline 1.4** The number of board and board committee meetings held in the year, as well as the attendance of every board member at these meetings | Page 98 |
| **Guideline 1.5** The type of material transactions that require board approval under internal guidelines | Page 99 |
| **Guideline 2.2** Where the company considers a director to be independent in spite of the existence of a relationship as stated in the Code that would otherwise deem him as non-independent, the nature of the director's relationship and the reason for considering him as independent should be disclosed | Pages 99 and 100 |
| **Guideline 3.1** Relationship between the Chairman and CEO where they are related to each other | Not Applicable |
| **Guideline 4.1** Composition of nominating committee | Page 101 |
| **Guideline 4.5** Process for selection and appointment of new directors to the board | Pages 101 and 102 |
| **Guideline 4.6** Key information regarding directors, which directors are executive, non-executive or considered by the nominating committee to be independent | Pages 220 to 224 and 231 |
| **Guideline 5.1** Process for assessing the effectiveness of the board as a whole and the contribution of each individual director to the effectiveness of the board | Pages 102, 103, 114 and 115 |
| **Principle 9** Clear disclosure of its remuneration policy, level and mix of remuneration, procedure for setting remuneration and link between remuneration paid to directors and key executives, and performance | Pages 104 to 107 |
| **Guideline 9.1** Composition of remuneration committee | Page 104 |
| **Guideline 9.2** Names and remuneration of each director. The disclosure of remuneration should be in bands of $250,000. There will be a breakdown (in percentage terms) of each director's remuneration earned through base/fixed salary, variable or performance-related income/bonuses, benefits in kind, and stock options granted and other long-term incentives<br><br>Names and remuneration of at least the top five key executives (who are not also directors). The disclosure should be in bands of $250,000 and include a breakdown of remuneration | Pages 106 and 107 |
| **Guideline 9.3** Remuneration of employees who are immediate family members of a director or the CEO, and whose remuneration exceed $150,000 during the year. The disclosure should be made in bands of $250,000 and include a breakdown of remuneration | Page 107 |
| **Guideline 9.4** Details of employee share schemes | Pages 145, 146, and 169 to 172 |
| **Guideline 11.8** Composition of audit committee and details of the committee's activities | Pages 107 to 112 |
| **Guideline 12.2** Adequacy of internal controls, including financial, operational and compliance controls, and risk management systems | Pages 110 to 112 |

# Corporate Governance

The board and management of Keppel Corporation Limited ("KCL" or the "Company") firmly believe that a genuine commitment to good corporate governance is essential to the sustainability of the Company's businesses and performance, and are pleased to confirm that the Company has adhered to the principles and guidelines of the Code of Corporate Governance 2005[1] (the "2005 Code").

The following describes the Company's corporate governance practices with specific reference to the 2005 Code.

## BOARD'S CONDUCT OF AFFAIRS

*Principle 1:*
*Effective board to lead and control the company*

Role: The principal functions of the board are to:

– decide on matters in relation to the Group's activities which are of a significant nature, including decisions on strategic directions and guidelines and the approval of periodic plans and major investments and divestments;

– oversee the business and affairs of the Company, establish, with management, the strategies and financial objectives to be implemented by management, and monitor the performance of management;

– oversee processes for evaluating the adequacy of internal controls, risk management, financial reporting and compliance, and satisfy itself as to the adequacy of such processes; and

– assume responsibility for corporate governance.

Independent Judgment: All directors are expected to exercise independent judgment in the best interests of the Company. This is one of the performance criteria for the peer and self-assessment on the effectiveness of the individual directors. Based on the results of the peer and self-assessment carried out by the directors for FY 2010, all directors have discharged this duty consistently well.

Board Committees: To assist the board in the discharge of its oversight function, various board committees, namely the Audit, Board Risk, Nominating, Remuneration, and Board Safety Committees, have been constituted with clear written terms of reference. All the board committees are actively engaged and play an important role in ensuring good corporate governance in the Company and within the Group. The terms of reference of the respective board committees are disclosed in the Appendix to this report.

Meetings: The board meets six times a year and as warranted by particular circumstances. Telephonic attendance and conference via audio-visual communication at board meetings are allowed under the Company's Articles of Association. Further, the non-executive directors meet without the presence of management on a need basis. The number of board, board committee, and non-executive director, meetings held in FY 2010, as well as the attendance of each board member at these meetings, are disclosed below:

[1]   The Code of Corporate Governance 2005 issued by the Ministry of Finance on 14 July 2005.

| | Board Meetings | Audit | Nominating | Remuneration | Safety | Risk | Non-executive directors' Meeting (without presence of management) |
|---|---|---|---|---|---|---|---|
| | | | Board Committee Meetings | | | | |
| Lee Boon Yang | 8 | – | 4 | 11 | 3 | – | 1 |
| Lim Hock San | 8 | 5 | – | 11 | – | 4 | 1 |
| Choo Chiau Beng | 8 | – | – | – | 3 | – | – |
| Sven Bang Ullring | 8 | – | 4 | 10 | 3 | – | 1 |
| Tony Chew Leong-Chee | 8 | 5 | 4 | – | – | – | 1 |
| Oon Kum Loon[1] | 8 | 5 | 4 | 10 | – | 4 | 1 |
| Tow Heng Tan | 7 | – | 4 | 11 | – | 4 | 1 |
| Alvin Yeo Khirn Hai | 7 | 4 | – | – | – | 4 | 1 |
| Tan Ek Kia[2] | 3 of 3 | – | – | – | – | – | – |
| Danny Teoh[3] | 3 of 3 | – | – | – | – | – | – |
| Teo Soon Hoe | 8 | – | – | – | – | – | – |
| Tong Chong Heong | 8 | – | – | – | – | – | – |
| **No. of Meetings Held** | **8** | **5** | **4** | **11** | **3** | **4** | **1** |

[1]   Mrs Oon Kum Loon relinquished her membership on the Nominating Committee with effect from 1 December 2010.
[2]   Mr Tan Ek Kia was appointed as non-executive director with effect from 1 October 2010 and member of the Board Safety Committee and Nominating Committee with effect from 1 December 2010.
[3]   Mr Danny Teoh was appointed as non-executive director with effect from 1 October 2010 and member of the Audit Committee and Remuneration Committee with effect from 1 December 2010.

Internal Limits of Authority: The Company has adopted internal guidelines setting forth matters that require board approval. Under these guidelines, new investments or increase in investments and divestments exceeding $30 million by any Group company, and all commitments to term loans and lines of credit from banks and financial institutions by the Company, require the approval of the board. Each board member has equal responsibility to oversee the business and affairs of the Company. Management on the other hand is responsible for the day-to-day operation and administration of the Company in accordance with the policies and strategy set by the board.

Director Orientation: A formal letter is sent to newly-appointed directors upon their appointment explaining their duties and obligations as director. All newly-appointed directors undergo a comprehensive orientation programme which includes management presentations on the Group's businesses and strategic plans and objectives, and site visits.

Training: The directors are provided with continuing education in areas such as directors' duties and responsibilities, corporate governance, changes in financial reporting standards, insider trading, changes in the Companies Act and industry-related matters, so as to update and refresh them on matters that affect or may enhance their performance as board or board committee members. In FY 2010, some KCL directors attended the two-day "Inaugural International Symposium on Catastrophe Risk Management" organised by Nanyang Technological University, a four-day conference on "Making Corporate Boards More Effective" organised by the Harvard Business School, and a seminar on "Director's Responsibilities in respect of Prospectus, Annual Report & Circulars" organised by the Singapore

Institute of Directors & Wong Partnership, among others.

## BOARD COMPOSITION AND GUIDANCE

***Principle 2:***
*Strong and independent element on the Board*

Board Composition: To discharge its oversight responsibilities, the board must be an effective board which can lead and control the business of the Group. The directors believe that, in view of the many complex businesses that the Company is involved in, the board should comprise executive directors, who have intimate knowledge of the business, and independent directors, who can take a broader view of the Group's activities and bring independent judgment to bear on issues for the board's consideration.

Board Independence: The Nominating Committee determines on an annual basis whether or not a director is independent, bearing in mind the Code's definition of an "independent director" and guidance as to relationships the existence of which would deem a director not to be independent. In this connection, the Nominating Committee takes into account, among other things, whether a director has business relationships with the Company or any of its subsidiaries, and if so, whether such relationships could interfere, or be reasonably perceived to interfere, with the exercise of the director's independent business judgment with a view to the best interests of the Company. In this connection, the Nominating Committee noted that Mr Alvin Yeo would be deemed non-independent by virtue of his position as Senior Partner of WongPartnership LLP which is one of the law firms providing legal services to Keppel Group companies. However, the Nominating Committee considers that the integrity and independence of Mr Alvin Yeo are beyond doubt in

# Corporate Governance

view of his credentials and conduct on the board. Further, the Nominating Committee also deems a director who is directly associated with a substantial shareholder as non-independent, although such a relationship has not been expressly identified in the Code as one that would deem a director not to be independent. Mr Tow Heng Tan, who is Chief Investment Officer, Temasek Holdings, is therefore deemed non-independent by the Nominating Committee.

Board Size: The Nominating Committee is of the view that, taking into account the nature and scope of the Company's businesses, the board should consist of approximately 12 members. The board currently has majority independent directors with a total of 12 directors, of whom eight are independent. No individual or small group of individuals dominate the board's decision making.

The nature of the directors' appointments on the board and details of their membership on board committees are set out on page 114 herein.

Board Competency: The Nominating Committee is satisfied that the board comprises directors who as a group provide core competencies such as accounting or finance, business or management experience, industry knowledge, strategic planning experience and customer-based experience or knowledge, required for the board to be effective. In FY 2010, the board's core competencies were further strengthened with the appointment of Mr Tan Ek Kia and Mr Danny Teoh. Mr Tan brings to the board his deep and extensive knowledge and experience in the Energy and Utilities business and China, and best practices in such areas as human resources, health, safety and environment (HSE), and corporate social responsibility (CSR) from his long working career in Shell. Mr Tan has been appointed as a member of the

Nominating Committee and Board Safety Committee. Mr Danny Teoh, former Managing Partner of KPMG Singapore, has deep knowledge and experience in audit, finance and risk. He has been appointed as a member of the Audit Committee and Remuneration Committee.

Board Information: The board and management fully appreciate that fundamental to good corporate governance is an effective and robust board whose members engage in open and constructive debate and challenge management on its assumptions and proposals, and that for this to happen, the board, in particular, the non-executive directors, must be kept well informed of the Company's business and affairs and be knowledgeable about the industry in which the businesses operate. The Company has therefore adopted initiatives to put in place processes to ensure that the non-executive directors are well supported by accurate, complete and timely information, have unrestricted access to management, and have sufficient time and resources to discharge their oversight function effectively. These initiatives include regular informal meetings for management to brief the directors on prospective deals and potential developments at an early stage before formal board approval is sought, and the circulation of relevant information on business initiatives, industry developments and analyst and press commentaries on matters in relation to the Company or the industries in which it operates. A two-day off-site board strategy meeting is organized every two years for in-depth discussion on strategic issues and direction of the Group, to give the non-executive directors a better understanding of the Group and its businesses and to provide an opportunity for the non-executive directors to familiarise themselves with the management team

so as to facilitate the board's review of the Group's succession planning and leadership development programme. The next board strategy meeting is scheduled to be held in March 2011. The Company has also made available on the Company's premises an office for the use by the non-executive directors at any time to facilitate direct access to management.

Non-executive Directors' Meetings: The board's non-executive directors meet on a need basis without the presence of management to discuss matters such as board processes, corporate governance initiatives, matters which they wish to discuss during the board off-site strategy meeting, succession planning and leadership development, and performance management and remuneration matters.

## CHAIRMAN AND CHIEF EXECUTIVE OFFICER

*Principle 3:*
*Chairman and Chief Executive Officer should in principle be separate persons to ensure appropriate balance of power, increased accountability and greater capacity of the board for independent decision making*

Dr Lee Boon Yang is the non-executive and independent Chairman, and Mr Choo Chiau Beng is the Chief Executive Officer, of the Company.

The Chairman, with the assistance of the Company Secretary, schedules meetings and prepares meeting agenda to enable the board to perform its duties responsibly having regard to the flow of the Company's operations.

The Chairman sets guidelines on and monitors the flow of information from management to the board to ensure that all material information are provided in a timely manner to the board for the board to make good decisions. He also encourages constructive relations



between the board and management, and between the executive directors and non-executive directors.

The Chairman also ensures effective communication with shareholders.

The Chairman takes a leading role in the Company's drive to achieve and maintain a high standard of corporate governance with the full support of the directors, Company Secretary and management.

**BOARD MEMBERSHIP**

*Principle 4:*
*Formal and transparent process for the appointment of new directors to the Board*

**Nominating Committee**
The Company has established a Nominating Committee (NC) to, among other things, make recommendations to the board on all board appointments and oversee the Company's succession and leadership development plans. The NC comprises entirely

non-executive directors, four out of five of whom (including the Chairman) are independent; namely:

– Mr Tony Chew
  Independent Chairman
– Dr Lee Boon Yang
  Independent Member
– Mr Sven Ullring
  Independent Member
– Mrs Oon Kum Loon[1]
  Independent Member
– Mr Tow Heng Tan
  Non-Executive and
  Non-Independent Member
– Mr Tan Ek Kia
  Independent Member

The terms of reference of the NC are set out on pages 112 and 113 herein.

**Process for appointment of new directors**
The NC has put in place a formal process for the selection of new directors to increase transparency of the nominating process in identifying and evaluating nominees for directors. The NC leads the process and

The Board interacts with the Group's Senior Management regularly, sharing their views and perspectives.

[1]   Mrs Oon Kum Loon stepped down as a member of the Nominating Committee, and Mr Tan Ek Kia was appointed in her place, on 1 December 2010.

# Corporate Governance

makes recommendations to the board as follows:

(a) NC evaluates the balance of skills, knowledge and experience on the board and, in the light of such evaluation and in consultation with management, determines the role and the desirable competencies for a particular appointment.

(b) External help (for example, Singapore Institute of Directors, search consultants, open advertisement) may be used to source for potential candidates if need be. Directors and management may also make recommendations.

(c) NC meets with the short-listed candidates to assess suitability and to ensure that the candidate(s) are aware of the expectations and the level of commitment required.

(d) NC makes recommendations to the board for approval.

**Criteria for appointment of new directors**

All new appointments are subject to the recommendation of the NC based on the following objective criteria:

(1) Integrity
(2) Independent-mindedness
(3) Diversity – Possess core competencies that meet the needs of the Company and complement the skills and competencies of the existing directors on the board
(4) Able to commit time and effort to carry out duties and responsibilities effectively – proposed director is on not more than six principal boards
(5) Track record of making good decisions
(6) Experience in high-performing companies
(7) Financially literate

The NC is also charged with the responsibility of re-nomination having regard to the director's contribution

and performance (such as attendance, preparedness, participation and candour), with reference to the results of the assessment of the performance of the individual director by his peers.

The directors submit themselves for re-nomination and re-election at regular intervals of at least once every three years. Pursuant to the Company's Articles of Association, one-third of the directors retire from office at the Company's annual general meeting, and a newly appointed director must submit himself for re-election at the annual general meeting immediately following his appointment.

As a matter of policy, a non-executive director would serve a maximum of two three-year terms of appointment. However, the board recognises the contribution of directors who over time have developed deep insight into the Group's businesses and operations and who are therefore able to provide invaluable contribution to the board as a whole. In such cases, the board would exercise its discretion to extend the term and retain the services of the director rather than lose the benefit of his contribution.

The NC is also charged with determining the "independence" status of the directors annually. Please refer to pages 99 and 100 herein on the basis of the NC's determination as to whether a director should or should not be deemed independent.

The NC also determines annually whether a director with multiple board representations is able to and has been adequately carrying out his duties as a director of the Company. The NC took into account the results of the assessment of the effectiveness of the individual director, and the respective directors' actual conduct on the board, in making this determination and was satisfied that in FY 2010, all the directors were able to and had

adequately carried out their duties as director notwithstanding their multiple board representations.

The NC has adopted internal guidelines addressing competing time commitments that are faced when directors serve on multiple boards. As a guide, directors should not serve on more than six principal boards.

**Nominee Director Policy**

At the recommendation of the NC, the board approved the adoption of the KCL Nominee Director Policy in January 2009. For the purposes of the policy, a "Nominee Director" is a person who, at the request of KCL, acts as director (whether executive or non-executive) on the board of another company or entity ("Investee Company") to oversee and monitor the activities of the relevant Investee Company so as to safeguard KCL's investment in the company.

The purpose of the policy is to highlight certain obligations of a person while acting in his capacity as a Nominee Director. The policy also sets out the internal process for the appointment and resignation of a Nominee Director. The policy would be reviewed and amended as required to take into account current best practices and changes in the law and stock exchange requirements.

**Key Information Regarding Directors**

The following key information regarding directors are set out in the following pages of this Annual Report:

Pages 220 to 224 and 231: Academic and professional qualifications, board committees served on (as a member or Chairman), date of first appointment as director, date of last re-election as director, directorships or chairmanships both present and past held over the preceding five years in other listed companies and other major appointments, whether appointment is executive or non-executive, whether

considered by the Nominating Committee to be independent; and

Pages 143 to 144: Shareholding in the Company and its subsidiaries.

## BOARD PERFORMANCE

**Principle 5:**
*Formal assessment of the effectiveness of the Board as a whole and the contribution by each director to the effectiveness of the Board*

The board has implemented formal processes for assessing the effectiveness of the board as a whole, the contribution by each individual director to the effectiveness of the board, as well as the effectiveness of the Chairman of the board.

Independent Co-ordinator: To ensure that the assessments are done promptly and fairly, the board has appointed an independent third party (the "Independent Co-ordinator") to assist in collating and analysing the returns of the board members. Mrs Fang Ai Lian, former Chairman, Ernst & Young and currently Chairman, Great Eastern Holdings Ltd, was appointed for this role.

Formal Process and Performance Criteria: The evaluation processes and performance criteria are disclosed in the Appendix to this report.

Objectives and Benefits: The board assessment exercise provides an opportunity to obtain constructive feedback from each director on whether the board's procedures and processes allows him to discharge his duties effectively and the changes which should be made to enhance the effectiveness of the board as a whole. The assessment exercise also helps the directors to focus on their key responsibilities. The individual director assessment exercise allows for peer review with a view to raising the quality of board members. It also

assists the NC in determining whether to re-nominate directors who are due for retirement at the next annual general meeting, and in determining whether directors with multiple board representations are nevertheless able to and have adequately discharged their duties as directors of the Company.

## ACCESS TO INFORMATION

**Principle 6:**
*Board members to have complete, adequate and timely information*

As a general rule, board papers are required to be sent to the directors at least seven days before the board meeting so that the members may better understand the matters prior to the board meeting and discussion may be focused on questions that the directors may have. However, sensitive matters may be tabled at the meeting itself or discussed without any papers being distributed. Managers who can provide additional insight into the matters at hand would be present at the relevant time during the board meeting. The directors are also provided with the names and contact details of the Company's senior management and the Company Secretary to facilitate direct access to senior management and the Company Secretary.

The Company fully recognises that the flow of relevant information on an accurate and timely basis is critical for the board to be effective in the discharge of its duties. Management is therefore expected to provide the board with accurate information in a timely manner concerning the Company's progress or shortcomings in meeting its strategic business objectives or financial targets and other information relevant to the strategic issues facing the Company.

Management also provides the board members with management accounts on a monthly basis.

Such reports keep the board informed, on a balanced and understandable basis, of the Group's performance, financial position and prospects and consist of the consolidated profit and loss accounts, analysis of sales, operating profit, pre-tax and attributable profit by major divisions compared against the budgets, together with explanation given for significant variances for the month and year-to-date.

The Company Secretary administers, attends and prepares minutes of board proceedings. She assists the Chairman to ensure that board procedures (including but not limited to assisting the Chairman to ensure timely and good information flow to the board and board committees, and between senior management and the non-executive directors, and facilitating orientation and assisting in the professional development of the directors) are followed and regularly reviewed to ensure effective functioning of the board, and that the Company's memorandum and articles of association and relevant rules and regulations, including requirements of the Companies Act, Securities & Futures Act and Listing Manual of the Singapore Exchange Securities Trading Limited ("SGX"), are complied with. She also assists the Chairman and the board to implement and strengthen corporate governance practices and processes with a view to enhancing long-term shareholder value. She is also the primary channel of communication between the Company and the SGX.

The appointment and removal of the Company Secretary are subject to the approval of the board.

Subject to the approval of the Chairman, the directors, whether as a group or individually, may seek and obtain independent professional advice to assist them in their duties, at the expense of the Company.

Corporate Governance

**REMUNERATION MATTERS**

*Principle 7:*
*The procedure for developing policy on executive remuneration and for fixing remuneration packages of individual directors should be formal and transparent*

*Principle 8:*
*Remuneration of directors should be adequate but not excessive*

*Principle 9:*
*There should be clear disclosure of remuneration policy, level and mix of remuneration, and procedure for setting remuneration*

**Remuneration Committee**
The Remuneration Committee (RC) comprises entirely non-executive directors, five out of six[1] of whom (including the Chairman) are independent, namely:

–   Mr Lim Hock San
    Independent Chairman
–   Dr Lee Boon Yang
    Independent Member
–   Mr Sven Ullring
    Independent Member
–   Mrs Oon Kum Loon
    Independent Member
–   Mr Tow Heng Tan
    Non-Executive and
    Non-Independent Member
–   Mr Danny Teoh
    Independent Member

The RC is responsible for ensuring a formal and transparent procedure for developing policy on executive remuneration and for determining the remuneration packages of individual directors and senior management. The RC assists the board to ensure that remuneration policies and practices are sound in that they are able to attract, retain and motivate without being excessive, and thereby maximise shareholder value.

The RC recommends to the board for endorsement a framework of remuneration (which covers all aspects of remuneration including directors' fees, salaries, allowances, bonuses, grant of shares and share options, and benefits in kind) and the specific remuneration packages for each director and the Chief Executive Officer. The RC also reviews the remuneration of senior management and administers the KCL Share Option Scheme, the KCL Restricted Share Plan (the "KCL RSP") and the KCL Performance Share Plan (the "KCL PSP").

The RC has access to expert advice in the field of executive compensation outside the Company where required.

**ANNUAL REMUNERATION REPORT**
**Policy in respect of non-executive directors' remuneration**

The directors' fees payable to non-executive directors is paid in cash and/or a fixed number of KCL shares as follows:

(i)   **Cash Component**: Each non-executive director is paid a basic fee and if applicable (as explained below), attendance fee. In addition, non-executive directors who perform additional services in board committees are paid an additional fee for such services. The Chairman of each board committee is also paid a higher fee compared with the members of the respective committees in view of the greater responsibility carried by that office. Executive Directors are not paid directors' fees.

---

[1]   Mr Danny Teoh was appointed as member of the Remuneration Committee on 1 December 2010.

|  |  | Basic Fee |
| --- | --- | --- |
| Chairman |  | $125,000 per annum |
| Deputy Chairman |  | $70,000 per annum |
| Director |  | $50,000 per annum |
| Audit Committee | Chairman | $40,000 per annum |
|  | Member | $20,000 per annum |
| Board Risk, Remuneration, Nominating and Board Safety Committees | Chairman | $25,000 per annum |
|  | Member | $15,000 per annum |

Basic Fee: The directors' fee structure (subject to shareholders' approval at each annual general meeting) is shown as above.

Attendance Fee: Further, subject to shareholders' approval at each annual general meeting, in the event that in a financial year, a non-executive director attends more than six board meetings and/or (as the case may be) more than four meetings of a board committee of which he is a member, he will be paid an attendance fee as set out below from the 7th board meeting onwards and/or (as the case may be) the 5th meeting of the board committee onwards which he attended in that financial year:

|  | In-Country | Out-Country |
| --- | --- | --- |
| Board Meeting | $3,000 | $5,000 |
| Committee Meeting | $1,500 | $3,000 |

(ii) **Share Component**: At an extraordinary general meeting of the Company held in 2007, the shareholders approved the board's recommendation to amend Article 82 of the Company's Articles of Association relating to the remuneration of directors to permit the Company to award a fixed number of KCL shares, as shall from time to time be determined by an Ordinary Resolution of the Company, to the non-executive directors as part of their remuneration. The Company is therefore able to remunerate its non-executive directors in the form of KCL shares by the purchase of KCL shares from the market for delivery to the non-executive directors. The incorporation of an equity component in the total remuneration of the non-executive directors is intended to achieve the objective of aligning the interests of the non-executive directors with those of the shareholders and the long-term interests of the Company.

The directors' fees payable to non-executive directors is subject to shareholders' approval at the Company's annual general meetings.

**Remuneration policy in respect of Executive Directors and other Key Executives**
The Company advocates a performance-based remuneration system that is highly flexible and responsive to the market, Company's, business unit's and individual employee's performance.

In designing the compensation structure, the RC seeks to ensure that the level and mix of remuneration is competitive and relevant. The total remuneration mix comprises three key components, that is,

annual fixed cash, annual performance incentive and the KCL share plans. The annual fixed cash component comprises the annual basic salary plus any other fixed allowances which the Company benchmarks with the relevant industry market median. The annual performance incentive is tied to the Company's, business unit's and individual employee's performance, inclusive of a portion which is tied to EVA performance. The KCL share plans are in the form of two new share plans approved by shareholders, the KCL RSP and the KCL PSP (collectively, the "KCL Share Plans"). The EVA performance incentive plan and the KCL Share Plans are both long-term incentive plans.

**Long-Term Incentive Plans**
EVA Incentive Plan
Each year, the current year's EVA bonus earned is added to the accrued EVA bank balance of the preceding year and thereafter one-third (1/3) is paid out provided the total EVA balance is positive. The other two-third (2/3) of the total EVA balance is credited to the executive's EVA Bank for payment in future years, subject to the continued EVA performance of the Company. The EVA bank concept is used to defer incentive compensation over a time horizon to ensure that the executive continues to generate sustainable shareholder value over the longer term. The EVA bank account is designated

# Corporate Governance

on a personal basis and represents the executive's contribution to the EVA performance of the Company. Monies credited into the EVA bank are at risk in that the amount in the bank can decrease should EVA performance be adversely affected in the future years.

KCL Share Plans

At the extraordinary general meeting of the Company held on 23 April 2010, the Company's shareholders approved the adoption of the KCL Share Plans, with effect from the date of termination of the KCL Share Option Scheme. The KCL Share Option Scheme was terminated on 30 June 2010. Options granted and outstanding prior to the termination will continue to be valid and

subject to the terms and conditions of the KCL Share Option Scheme.

The KCL Share Plans are put in place to increase the Group's flexibility and effectiveness in its continuing efforts to reward, retain and motivate employees to achieve superior performance and to motivate them to continue to strive for the Group's long-term shareholder value. The KCL Share Plans also aim to strengthen the Group's competitiveness in attracting and retaining talented key senior management and employees. The KCL RSP is intended to apply to a broader base of employees while the KCL PSP is intended to apply to a select group of key senior management. Generally, it is envisaged that the range of

performance targets to be set under the KCL RSP and the KCL PSP will be different, with the latter emphasising stretched or strategic targets aimed at sustaining longer-term growth.

Details of the KCL Share Plans are set out on pages 146, 171 and 172.

The Executive Directors participate in both the KCL RSP and the KCL PSP.

**Level and mix of remuneration of Directors and Key Executives (who are not also Directors) for the year ended 31 December 2010**

The level and mix of each of the directors' remuneration in bands of $250,000 are set out below:

| | Base/ Fixed Salary | Performance-Related Bonuses Earned (including EVA and non-EVA Bonuses) | | Directors' Fees | Directors' Allowance | Benefits- in-Kind | Contingent awards of shares[1] | Remuneration Shares[2] |
|---|---|---|---|---|---|---|---|---|
| | | Paid | Deferred & at risk | | | | | |
| **Remuneration Band & Name of Director** | | | | | | | | |
| **Abv $8,000,000 to $8,250,000** | | | | | | | | |
| Choo Chiau Beng | 14% | 44% | 42% | – | – | n.m.[3] | 0 to 300,000 PSP 0 or 150,000 RSP | – |
| **Abv $5,500,000 to $8,000,000** | | | | | | | | |
| Nil | – | – | – | – | – | – | – | – |
| **Abv $5,250,000 to $5,500,000** | | | | | | | | |
| Teo Soon Hoe | 16% | 43% | 41% | – | – | n.m. | 0 to 200,000 PSP 0 or 100,000 RSP | – |
| Tong Chong Heong | 15% | 44% | 41% | – | – | n.m. | 0 to 180,000 PSP 0 or 90,000 RSP | – |
| **$250,000 to $5,250,000** | | | | | | | | |
| Nil | – | – | – | – | – | – | – | – |
| **Below $250,000** | | | | | | | | |
| Lee Boon Yang | – | – | – | 60% | 3% | – | – | 37% |
| Lim Hock San | – | – | – | 83% | – | – | – | 17% |
| Sven Bang Ullring | – | – | – | 73% | 6% | – | – | 21% |
| Tony Chew Leong-Chee | – | – | – | 75% | – | – | – | 25% |
| Oon Kum Loon | – | – | – | 81% | – | – | – | 19% |
| Tow Heng Tan | – | – | – | 76% | – | – | – | 24% |
| Alvin Yeo Khirn Hai | – | – | – | 72% | – | – | – | 28% |
| Tan Ek Kia | – | – | – | 64% | – | – | – | 36% |
| Danny Teoh | – | – | – | 64% | – | – | – | 36% |

Notes:
1. Shares awarded under the KCL PSP and KCL RSP are subject to pre-determined performance targets set over a three-year and a one-year performance period respectively. For the KCL PSP, the additional award can be up to 50% of the maximum range depending on the achievement of the pre-determined targets at the end of the three-year performance period.
2. Estimated value based on KCL shares' closing price of $11.32 on the last trading day of FY2010.
3. n.m. – not material

The level and mix of each of the key executives (who are not also directors) in bands of $250,000 are set out below:

| Remuneration Band & Name of Key Executive | Base/ Fixed Salary | Performance-Related Bonuses Earned (including EVA and non-EVA Bonuses) Paid | Deferred & at risk | Benefits-in-Kind | Contingent awards of shares[1] |
|---|---|---|---|---|---|
| **Abv $3,000,000 to $3,250,000** | | | | | |
| Wong Kingcheung, Kevin | 26% | 37% | 37% | n.m. | 0 to 200,000 PSP[4] 0 or 70,000 RSP[4] |
| **Abv $2,000,000 to $3,000,000** | | | | | |
| Nil | – | – | – | – | – |
| **Abv $1,750,000 to $2,000,000** | | | | | |
| Loh Chin Hua | 33% | 67% | – | n.m. | 0 to 120,000 PSP[4] |
| **Abv $1,500,000 to $1,750,000** | | | | | |
| Ang Wee Gee | 30% | 38% | 32% | n.m. | 0 to 120,000 PSP[4] 0 or 40,000 RSP[4] |
| Yeo Chien Sheng, Nelson | 24% | 37% | 39% | n.m. | 0 or 75,000 RSP |
| **Abv $1,250,000 to $1,500,000** | | | | | |
| Chia Hock Chye, Michael | 25% | 37% | 38% | n.m. | 0 or 75,000 RSP |
| **Abv $1,000,000 to $1,250,000** | | | | | |
| Chow Yew Yuen | 33% | 36% | 31% | n.m. | 0 or 50,000 RSP |
| Ong Tiong Guan | 31% | 37% | 32% | n.m. | 0 or 50,000 RSP |
| Wong Kok Seng | 28% | 37% | 35% | n.m. | 0 or 50,000 RSP |
| **Abv $750,000 to $1,000,000** | | | | | |
| Hoe Eng Hock | 40% | 36% | 24% | n.m. | 0 or 50,000 RSP |
| **Abv $500,000 to $750,000** | | | | | |
| Nil | – | – | – | – | – |
| **Abv $250,000 to $500,000** | | | | | |
| Pang Hee Hon | 67% | 19% | 14% | n.m. | 0 to 100,000 PSP[5] 0 or 70,000 RSP[5] |
| Tay Lim Heng[6] | 35% | 35% | 30% | n.m. | 0 or 30,000 RSP |

4. On Keppel Land Limited share based compensation scheme.
5. On Keppel Telecommunications & Transportation Ltd share based compensation scheme.
6. Joined the Company on 15 June 2010.

**Remuneration of employees who are immediate family members of a director or the Chief Executive Officer**

No employee of the Company and its subsidiaries was an immediate family member of a director or the Chief Executive Officer and whose remuneration exceeded $150,000 during the financial year ended 31 December 2010. "Immediate family member" means the spouse, child, adopted child, step-child, brother, sister and parent.

**Details of the KCL Share Option Scheme and KCL Share Plans**

The KCL Share Option Scheme and the KCL Share Plans, which have been approved by shareholders of the Company, are administered by the RC. Please refer to pages 145, 146 and 169 to 172 of this Annual Report for details on the KCL Share Option Scheme and the KCL Share Plans.

## ACCOUNTABILITY AND AUDIT

*Principle 10:*
*The Board should present a balanced and understandable assessment of the Company's performance, position and prospects*

*Principle 11:*
*Establishment of Audit Committee with written terms of reference*

The board is responsible for providing a balanced and understandable assessment of the Company's and

Group's performance, position and prospects, including interim and other price sensitive public reports, and reports to regulators (if required). Management provides all members of the board with management accounts which present a balanced and understandable assessment of the company's performance, position and prospects on a monthly basis.

The board has embraced openness and transparency in the conduct of the Company's affairs, whilst preserving the commercial interests of the Company. Financial reports and other price-sensitive information are disseminated to shareholders through announcements via SGXnet to the

# Corporate Governance

SGX, press releases, the Company's website, and public webcast and media and analyst briefings. The Company's Summary Financial Report is sent to all shareholders and its Annual Report is available on request and accessible on the Company's website.

Management provides all members of the board with management accounts which present a balanced and understandable assessment of the Company's and Group's performance, position and prospects on a monthly basis. Such reports keep the board members informed of the Company's and Group's performance, position and prospects and consist of the consolidated profit and loss accounts, analysis of sales, operating profit, pre-tax and attributable profit by major divisions compared against the respective budgets, together with explanations for significant variances for the month and year-to-date.

**Audit Committee**
The Audit Committee comprises the following non-executive directors, all of whom are independent:

– Mr Lim Hock San
  Independent Chairman
– Mr Tony Chew Leong-Chee
  Independent Member
– Mrs Oon Kum Loon
  Independent Member
– Mr Alvin Yeo
  Independent Member
– Mr Danny Teoh[1]
  Independent Member

Mr Lim Hock San, Mrs Oon Kum Loon and Mr Danny Teoh have accounting and related financial management expertise and experience. The board considers Mr Tony Chew as having sufficient financial management knowledge and experience to

discharge his responsibilities as a member of the Committee. Mr Alvin Yeo has in-depth knowledge of the responsibilities of the Audit Committee and practical experience and knowledge of the issues and considerations affecting the Committee from serving on the audit committee of other listed companies.

The Audit Committee's primary role is to assist the board to ensure integrity of financial reporting and that there is in place sound internal control systems. The Committee's terms of reference are set out on page 112 herein.

The Audit Committee has explicit authority to investigate any matter within its terms of reference, full access to and co-operation by management and full discretion to invite any director or executive officer to attend its meetings, and reasonable resources (including access to external consultants) to enable it to discharge its functions properly. The Company has an internal audit team and together with the external auditors, report independently their findings and recommendations to the Audit Committee.

The Audit Committee met with the external auditors four times and with the internal auditors six times during the year, and at least one of these meetings was conducted without the presence of management.

During the year, the Audit Committee performed independent review of the financial statements of the Company before the announcement of the Company's quarterly and full-year results. In the process, the Committee reviewed the key areas of management judgment applied for adequate provisioning and disclosure, critical accounting policies and any

significant changes made that would have a material impact on the financials.

The Audit Committee also reviewed and approved both the Group internal auditor's and external auditor's plans to ensure that the plans covered sufficiently in terms of audit scope in reviewing the significant internal controls of the Company. Such significant controls comprise financial, and operational and compliance controls. All audit findings and recommendations put up by the internal and the external auditors were forwarded to the Audit Committee. Significant issues were discussed at these meetings.

In addition, the Audit Committee undertook a review of the independence and objectivity of the external auditors through discussions with the external auditors as well as reviewing the non-audit fees awarded to them, and has confirmed that the non-audit services performed by the external auditors would not affect their independence.

The Committee also reviewed the adequacy of the internal audit function and is satisfied that the team is adequately resourced and has appropriate standing within the Company. The Committee also reviewed the training costs and programmes attended by the internal audit to ensure that the staff continued to update their technical knowledge and auditing skills.

The Committee has reviewed the **"Keppel: Whistle-Blower Protection Policy"** (the "Policy") which provides for the mechanisms by which employees and other persons may, in confidence, raise concerns about possible improprieties in financial reporting or other matters, and was satisfied that arrangements are in place for the independent investigation

---

[1]   Mr Danny Teoh was appointed as member of the Audit Committee on 1 December 2010.



1

2



1_Dr Lee Boon Yang, Chairman of Keppel Corporation, visits the Group's various operations and facilities regularly to obtain updates.

2_Mr Sven Ullring, Chairman of the Board Safety Committee, undertook safety walkabouts to better understand the operations as well as share safety practices.

# Corporate Governance

of such matters and for appropriate follow-up action. Following the launch of the Policy, a set of guidelines which was reviewed by the Audit Committee and approved by the board was issued to assist the Audit Committee in managing allegations of fraud or other misconduct which may be made pursuant to the Policy, so that:

– investigations are carried out in an appropriate and timely manner;
– administrative, disciplinary, civil and/or criminal actions that are initiated following completion of investigations, are appropriate, balanced, and fair; and
– action is taken to correct the weaknesses in the existing system of internal processes and policies which allowed the perpetration of the fraud and/or misconduct, and to prevent a recurrence.

On a quarterly basis, management reported to the Audit Committee the interested person transactions ("IPTs") in accordance with the Company's Shareholders' Mandate for IPT. The IPTs were reviewed by the internal auditors. All findings were reported during Audit Committee meetings.

## INTERNAL CONTROLS AND RISK MANAGEMENT
*Principle 12:*
*Sound system of internal controls*

The Company's approach to risk management and internal control is set out in the "Operating and Financial Review" section on pages 84 to 93 of this Annual Report.

The Company's internal and external auditors conduct an annual review of the effectiveness of the Company's material internal controls, including financial, operational and compliance controls, and risk management. Any material non-compliance or failures in internal controls and recommendations for improvements are reported to the

Audit Committee. The Audit Committee also reviews the effectiveness of the actions taken by management on the recommendations made by the internal and external auditors in this respect.

During the year, the Audit Committee reviewed the effectiveness of the Company's internal control system and was satisfied that the Company's internal control processes are adequate.

### Board Risk Committee
The Board Risk Committee assists the board in examining the effectiveness of the Group's risk management system to ensure that a robust risk management system is maintained. The Committee reviews and guides management in the formulation of risk policies and processes to effectively identify, evaluate and manage significant risks, and discusses risk management strategies with management. The Committee reports to the Board on material findings and recommendations in respect of significant risk matters. The detailed terms of reference of this Committee are disclosed on page 112 herein.

The Board Risk Committee is made up of three independent directors (including the Chairman) and a non-executive director who is independent of management. Mrs Oon Kum Loon was appointed Chairman of the Committee because of her wealth of experience in the area of risk management. Prior to serving as Chief Financial Officer in the Development Bank of Singapore (DBS), she was the Managing Director & Head of Group Risk Management, responsible for the development and implementation of a group-wide integrated risk management framework for the DBS Group. Mrs Oon is a member of the Company's Audit Committee. Mr Lim Hock San, who is the Chairman of the

Audit Committee, has in-depth knowledge and experience in finance accountancy, business and management and is the second member of the Board Risk Committee. The third member is Mr Tow Heng Tan who has deep management experience from his extensive business career spanning the management consultancy, investment banking and stock-broking industries. Mr Tow is currently the Chief Investment Officer of Temasek Holdings. The fourth member is Mr Alvin Yeo who is a Senior Partner in WongPartnership LLP, a leading law corporation in Singapore. Mr Yeo sits on the boards of several companies (listed and non-listed) and has in-depth knowledge and experience in the area of risk management.

## INTERNAL AUDIT
*Principle 13:*
*Independent internal audit function*

The role of the internal auditors is to assist the Audit Committee to ensure that the Company maintains a sound system of internal controls by regular monitoring of key controls and procedures and ensuring their effectiveness, undertaking investigations as directed by the Audit Committee, and conducting regular in-depth audits of high risk areas. The Company's internal audit functions are serviced in-house ("Group Internal Audit").

Staffed by suitably qualified executives, Group Internal Audit has unrestricted direct access to the Audit Committee. The Head of Group Internal Audit's primary line of reporting is to the Chairman of the Audit Committee, although she reports administratively to the Chief Executive Officer of the Company.

As a corporate member of the Singapore branch of the Institute of

Internal Auditors Incorporated, USA ("IIA"), Group Internal Audit is guided by the International Standards for the Professional Practice of Internal Auditing set by the IIA. These standards consist of attribute and performance standards.

During the year, Group Internal Audit adopted a risk-based auditing approach that focuses on material internal controls, including financial, operational and compliance controls. Audits were carried out on all significant business units in the Company, inclusive of limited review performed on dormant and inactive companies. All Group Internal Audit's reports are submitted to the Audit Committee for deliberation with copies of these reports extended to the Chairman, Chief Executive Officer and the relevant senior management officers. In addition, Group Internal Audit's summary of findings and recommendations are discussed at the Audit Committee meetings. To ensure timely and adequate closure of audit findings, the status of implementation of the actions agreed by management is tracked and discussed with the Committee.

## COMMUNICATION WITH SHAREHOLDERS
*Principle 14:*
*Regular, effective and fair communication with shareholders*
*Principle 15:*
*Greater shareholder participation at Annual General Meetings*

In addition to the matters mentioned above in relation to "Access to Information/Accountability", the Company's Group Corporate Communications Department (with assistance from the Group Finance and Group Legal Departments, when required) regularly communicates with shareholders and receives and attends to their queries and concerns.

Material information are disclosed in a comprehensive, accurate and timely manner via SGXnet and the press. To ensure a level playing field and provide confidence to shareholders, unpublished price-sensitive information are not selectively disclosed, and on the rare occasion when such information are inadvertently disclosed, they are immediately released to the public via SGXnet and the press.

Shareholders are informed of shareholders' meetings through notices published in the newspapers and reports or circulars sent to all shareholders. Shareholders are invited at such meetings to put forth any questions they may have on the motions to be debated and decided upon. If any shareholder is unable to attend, he is allowed to appoint up to two proxies to vote on his behalf at the meeting through proxy forms sent in advance.

At shareholders' meetings, each distinct issue is proposed as a separate resolution.

The Chairmen of each board committee are required to be present to address questions at the Annual General Meeting. External auditors are also present at such meetings to assist the directors to address shareholders' queries, if necessary.

The Company is not implementing absentia voting methods such as voting via mail, e-mail or fax until security, integrity and other pertinent issues are satisfactorily resolved.

The Company Secretary prepares minutes of shareholders' meetings, which incorporates substantial comments or queries from shareholders and responses from the board and management. These minutes are available to shareholders upon their requests.

## SECURITIES TRANSACTIONS
**Insider Trading Policy**
The Company has a formal Insider Trading Policy and Disclosure of Dealings in Securities Policy on dealings in the securities of the Company and its listed subsidiaries, which sets out the implications of insider trading and guidance on such dealings. The policy has been distributed to the Group's directors and officers. In compliance with Rule 1207(18) of the Listing Manual on best practices on dealing in securities, the Company issues circulars to its directors and officers informing that the Company and its officers must not deal in listed securities of the Company one month before the release of the full-year results and two weeks before the release of quarterly results, and if they are in possession of unpublished price-sensitive information.

# Corporate Governance

**APPENDIX**

**BOARD COMMITTEES
– TERMS OF REFERENCE**

**A.  Audit Committee**

(1)  Examine the effectiveness of the Group's internal control system, including financial, operational and compliance controls, to ensure that a sound system of internal controls is maintained.

(2)  Review audit plans and reports of the external auditors and internal auditors, and consider the effectiveness of actions or policies taken by management on the recommendations and observations.

(3)  Review financial statements and formal announcements relating to financial performance, and review significant financial reporting issues and judgments contained in them, to ensure integrity of such statements and announcements.

(4)  Review the independence and objectivity of the external auditors annually.

(5)  Review the nature and extent of non-audit services performed by the auditors.

(6)  Meet with external auditors and internal auditors, without the presence of management, at least annually.

(7)  Make recommendations to the board on the appointment, re-appointment and removal of the external auditor, and approve the remuneration and terms of engagement of the external auditor.

(8)  Review the effectiveness of the Company's internal audit function.

(9)  Ensure that the internal audit function is adequately resourced and has appropriate standing within the Company, at least annually.

(10) Review arrangements by which employees of the Company may, in confidence, raise concerns about possible improprieties in matters of financial reporting or other matters, to ensure that arrangements are in place for the independent investigation of such matters and for appropriate follow up action.

(11) Review interested person transactions.

(12) Investigate any matters within the Audit Committee's purview, whenever it deems necessary.

(13) Report to the board on material matters, findings and recommendations.

(14) Perform such other functions as the board may determine.

(15) Sub-delegate any of its powers within its terms of reference as listed above from time to time as this Committee may deem fit.

**B.  Board Risk Committee**

(1)  Review and guide the Group in formulating its risk policies.

(2)  Discuss risk mitigation strategies with management.

(3)  Examine the effectiveness of the Group's risk management system to ensure that a robust risk management system is maintained.

(4)  Review and guide in establishing a process to effectively identify, evaluate and manage significant risks.

(5)  Review risk limits where applicable.

(6)  Review the Group's risk profile periodically.

(7)  Provide a forum for discussion on risk issues.

(8)  Report to the board on material matters, findings and recommendations.

(9)  Perform such other functions as the board may determine.

(10) Sub-delegate any of its powers within its terms of reference as listed above from time to time as this Committee may deem fit.

**C.  Nominating Committee**

(1)  Recommend to the board the appointment/re-appointment of directors.

(2)  Annual review of skills required by the board, and the size of the board.

(3)  Annual review of independence of each director, and to ensure that the board comprises at least one-third independent directors.

(4)  Decide, where a director has multiple board representation, whether the director is able to and has been adequately carrying out his duties as director of the Company.

(5)  Decide how the board's performance may be evaluated, and propose objective performance criteria to assess effectiveness of the board as a whole and the contribution of each director.

(6)  Annual assessment of the effectiveness of the board as a whole and individual directors.

(7)  Review succession and leadership development plans.

(8)  To review and, if deemed fit, approve recommendations for nomination of candidates as nominee director (whether as chairman or member) to the board of directors of investee companies which are:

(i)  listed on the Singapore Exchange or any other stock exchange;

(ii)  managers or trustee-managers of any collective investment schemes, business trusts, or any other trusts which are listed on the Singapore Exchange or any other stock exchange; and

(iii)  parent companies of the Company's core businesses which are unlisted (that is, as at the date hereof, Keppel Offshore & Marine Ltd, Keppel Integrated Engineering Ltd, and Keppel Energy Pte Ltd), (hereinafter referred to as "Nominee Director Nominations").

(9)  Sub-delegate any of its powers within its terms of reference as listed above, from time to time, as this Committee may deem fit.

**D.  Remuneration Committee**

(1)  Recommend to the board a framework of remuneration for board members and key executives, and the specific remuneration packages for each director and the chief executive officer (if the chief executive officer is not an executive director).

(2)  Decide the early termination compensation (if any) of directors.

(3)  Consider whether directors should be eligible for benefits under long-term incentive schemes (including weighing the use of share schemes against the other types of long-term incentive scheme)

(4)  Review the terms, conditions and remuneration of the senior management.

(5)  Administer the Company's employee share option scheme (the "KCL Share Option Scheme"), and the Company's Restricted Share Plan and Performance Share Plan (collectively, the "KCL Share Plans"), in accordance with the rules of the KCL Share Option Scheme and the KCL Share Plans.

(6)  Grant awards under the KCL Share Plans as this Committee may deem fit.

(7)  Sub-delegate any of its powers within its terms of reference as listed above, from time to time, as this Committee may deem fit.

Save that a member of this Committee shall not be involved in the deliberations in respect of any remuneration, compensation, options or any form of benefits to be granted to him.

**E.  Board Safety Committee**

(1)  Review and examine the effectiveness of the Group companies' safety management system, including training and monitoring systems, to ensure that a robust safety management system is maintained.

## Corporate Governance

**Nature of Current Directors' Appointments and Membership on Board Committees**

| Director | Board Membership | Committee Membership | | | | |
|---|---|---|---|---|---|---|
| | | Audit | Nominating | Remuneration | Risk | Safety |
| Lee Boon Yang | Chairman | – | Member | Member | – | Member |
| Lim Hock San | Deputy Chairman | Chairman | – | Chairman | Member | – |
| Choo Chiau Beng | Chief Executive Officer | – | – | – | – | Member |
| Sven Bang Ullring | Independent | – | Member | Member | – | Chairman |
| Tony Chew Leong-Chee | Independent | Member | Chairman | – | – | – |
| Oon Kum Loon | Independent | Member | - | Member | Chairman | – |
| Tow Heng Tan | Non-Independent & Non-Executive | – | Member | Member | Member | – |
| Alvin Yeo Khirn Hai | Independent | Member | – | – | Member | – |
| Tan Ek Kia | Independent | – | Member | – | – | Member |
| Danny Teoh | Independent | Member | – | Member | – | – |
| Teo Soon Hoe | Executive Director & Group Finance Director | – | – | – | – | – |
| Tong Chong Heong | Executive Director | – | – | – | – | – |

(2) Review and examine the Group companies' safety procedures against industry best practices, and monitor its implementation.

(3) Provide a discussion forum on developments and best practices in safety standards and practices, and the feasibility of implementing such developments and best practices.

(4) Assist in enhancing safety awareness and culture within the Group.

(5) Ensure that the safety functions in Group companies are adequately resourced (in terms of number, qualification, and budget) and has appropriate standing within the organisation.

(6) Consider management's proposals on safety-related matters.

(7) Carry out such investigations into safety-related matters as the Committee deems fit.

(8) Report to the board on material matters, findings and recommendations.

(9) Perform such other functions as the board may determine.

(10) Sub-delegate any of its powers within its terms of reference as listed above from time to time as the Committee may deem fit.

**BOARD ASSESSMENT**
**Evaluation Processes**
**Board**
Each board member is required to complete a Board Evaluation Questionnaire and send the Questionnaire direct to the Independent Co-ordinator ("IC") within five working days. An "Explanatory Note'" is attached to the Questionnaire to clarify the background, rationale and objectives of the various performance criteria used in the Board Evaluation Questionnaire with the aim of achieving consistency in the understanding and interpretation of the questions. Based on the returns from each of the directors, the IC prepares a consolidated report and briefs the Chairman of the Nominating Committee ("NC") and the Board Chairman on the report. Thereafter, the IC presents the report for discussion at a meeting of the non-executive directors ("NEDs"), chaired by the Board Chairman. The IC will thereafter present the report to the board together with the recommendations of the NEDs for discussion on the changes which should be made to help the board discharge its duties more effectively.

**Individual Directors**
The Board differentiates the assessment of an executive director from that of a non-executive director ("NED").

In the case of the assessment of the individual executive director, each NED is required to complete the executive director's assessment form and send the form directly to the IC within five working days. It is emphasised that the purpose of the assessment is to assess each of the executive directors on their respective performance on the board (as opposed to their respective executive performance). The executive directors are not required to perform a self, nor a peer, assessment. Based on the returns from each of the NEDs, the IC prepares a consolidated report and briefs the NC Chairman and Board Chairman on the report. Thereafter, the IC presents the report for discussion at a NED meeting, chaired by the Board Chairman. The Chairman of the NC will thereafter meet with the executive directors individually to provide the necessary feedback on their respective board performance with a view to improving their board performance and shareholder value.

**114**

As for the assessment of the performance of the NEDs, each director (both NEDs and executive directors) is required to complete the NED's assessment form and send the form directly to the IC within five working days. Each NED is also required to perform a self-assessment in addition to a peer assessment. Based on the returns, the IC prepares a consolidated report and briefs the NC Chairman and Board Chairman on the report. Thereafter, the IC presents the report for discussion at a meeting of the NEDs, chaired by the Board Chairman. The IC will thereafter present the report to the board together with the recommendations of the NEDs. The Chairman of the NC will thereafter meet with the NEDs individually to provide the necessary feedback on their respective board performance with a view to improving their board performance and shareholder value.

### Chairman

The Chairman Evaluation Form is completed by each director (both non-executive and executive) and sent directly to the IC within five working days. Based on the returns, the IC prepares a consolidated report and briefs the NC Chairman and Board Chairman on the report. Thereafter, the IC presents the report for discussion at a meeting of the NEDs, chaired by the Board Chairman. The IC will thereafter present the report to the board together with the recommendations of the NEDs.

### PERFORMANCE CRITERIA

The performance criteria for the board evaluation are in respect of the board size and composition, board independence, board processes, board information and accountability, board performance in relation to discharging its principal functions, board committee performance in relation to discharging their responsibilities set out in their respective terms of reference, and financial targets which include return on capital employed, return on equity, debt/equity ratio, dividend pay-out ratio, economic value added, earnings per share, and total shareholder return (i.e. dividend plus share price increase over the year).

The individual director's performance criteria are categorised into five segments; namely, (1) interactive skills (under which factors as to whether the director works well with other directors, and participates actively are taken into account); (2) knowledge (under which factors as to the director's industry and business knowledge, functional expertise, whether he provides valuable inputs, his ability to analyse, communicate and contribute to the productivity of meetings, and his understanding of finance and accounts, are taken into consideration); (3) director's duties (under which factors as to the director's board committee work contribution, whether the director takes his role of director seriously and works to further improve his own performance, whether he listens and discusses objectively and exercises independent judgment, and meeting preparation are taken into consideration); (4) availability (under which the director's attendance at board and board committee meetings, whether he is available when needed, and his informal contribution via e-mail, telephone, written notes, etc are considered), and (5) overall contribution, bearing in mind that each director was appointed for his/her strength in certain areas which, taken together, provides the board with the required mix of skills and competencies.

The assessment of the Chairman of the board is based on his ability to lead, whether he established proper procedures to ensure the effective functioning of the board, whether he ensured that the time devoted to board meetings were appropriate (in terms of number of meetings held a year and duration of each board meeting) for effective discussion and decision making by the board, whether he ensured that information provided to the board was adequate (in terms of adequacy and timeliness) for the board to make informed and considered decisions, whether he guided discussions effectively so that there was timely resolution of issues, whether he ensured that meetings were conducted in a manner that facilitated open communication and meaningful participation, and whether he ensured that board committees were formed where appropriate, with clear terms of reference, to assist the board in the discharge of its duties and responsibilities.



Sustaining Growth
# Risk Management

**Keppel's Business Continuity Management focuses on building the Group's resilience against events such as pandemic flu.**

Bolstering risk management practices to support value creation and continuing excellence in an uncertain business environment.

**Keppel Corporation Limited**
Report to Shareholders 2010

The recovery from the global financial crisis in 2010 has been disproportionate, with numerous European countries facing severe problems simultaneously while the recovery of emerging countries is facing a slowdown with governments introducing measures to control inflation. The uncertainty over a sustained recovery in the US, lingering Eurozone debt concerns, rising commodity prices and interest rates in Asia, have continued to reinforce the importance of risk management.

Keppel's Enterprise Risk Management (ERM) framework provides a holistic and systematic approach in risk management to better prepare the Group to respond to uncertainties and leverage new business opportunities to maintain a competitive edge in doing our businesses. A robust risk management framework underpins the Group's overall business performance and operations. The ERM framework designed by our management provides a systematic approach in managing risks and to minimise surprises and losses that may occur arising from unexpected events. However, under an evolving landscape of uncertainties and vulnerabilities, risks can never be entirely eliminated.

## ROBUST ENTERPRISE RISK MANAGEMENT

The Keppel Board of Directors (Board) has overall responsibility for risk oversight. The Board, assisted by the Board Risk Committee (BRC), is fully committed to a robust risk management system that safeguards and enhances stakeholders' interest. The terms of reference of the BRC are disclosed on page 112 of this Report.

Management's strong commitment in driving Group-wide risk management system and processes over the years has equipped the Group well to face the dynamic business environment and to capitalise on opportunities. Sound risk management policies, practices and guidelines provide a robust platform to prudently and effectively steer our business operations in today's challenging and uncertain macro-economic environment.

## CULTURE OF RISK MANAGEMENT

Risk management is an integral part of strategic, operational and financial decision-making processes at all levels of the Group. Management identifies, evaluates, mitigates risks and discusses key risk issues with the Board periodically. A systematic and structured approach is adopted across all business units in the Group. The Group's key risks and appropriate mitigating measures taken are grouped under the following categories:-

### Strategic

Strategic risk relates to the Company's business plans and strategies, including the risks associated with the countries and industries in which we operate, changing laws and regulations, acquisition and capital project investment, changing customer demand pattern, competitive threats, technology and product innovation.

To support the Group in executing its business strategies in sustaining growth, BRC guides the Group in the formulation and review of its risk policies, risk limits and effective risk management system. The Group's risk-related policies and limits are subject to periodic reviews to ensure that they continue to support business objectives, address business risks adequately and effectively, and take into consideration the prevailing business climate and risk appetite of the Group. Risk management is an integral part of the Group's strategic and budget review exercise, policy formulation and revision, project and investment evaluation, and management performance evaluation process.

Impact assessment and review of the Group's exposure to changing

# Risk Management

market situations, as well as stress testing analysis were carried out to enable informed decision making and timely mitigation actions. In addition, the continuous scanning and close monitoring of political, economic, regulatory issues and changing customers' demand patterns have enabled Management to have better insight on impeding developments in the span of countries where the Group operates.

The Group's investment decision process is guided by investment parameters instituted on a Group-wide basis. All investments are subject to due diligence processes and are independently evaluated by the Board and management to ensure that they are in line with the Group's strategic business focus, meet relevant hurdle rates of return, and take into consideration risk factors.

**Operational**
Operational risk relates to the effectiveness and efficiency of our people, integrity of internal control systems and processes and externalities that affect the day-to-day operations. It includes project tender and execution risks, unfavourable regulatory changes, tight labour situation, wide cost fluctuations, suppliers dependency, IT downtime, information security, catastrophic events, among others.

Operational risk management is integrated into the day-to-day business operations and projects across all business units to facilitate early risk detection for proactive management and control. Guidelines and tools are used to provide guidance in the identification, assessment, mitigation and monitoring of risks. Specific focus groups, comprising members from a spectrum of expertise, are established to manage and monitor specific risks. Where appropriate, this is supported by risk transfer mechanisms such as insurance and outsourcing, as well as joint ventures.

**Financial**
Financial risk relates to our ability to meet financial obligations and mitigate credit risks, liquidity risks, currency risks, interest rate risks and price risks. To manage these risks, the Group's policies and financial authority limits are reviewed periodically to incorporate changes in the operating and control environment. These policies set out the parameters for management of Group's foreign exchange exposures, loans and deposits, use of financial instruments and listed investments.

The Group has continued to place emphasis on improving financial discipline in cash and liquidity management. Formalised processes, which include counterparty evaluation and review against pre-established guidelines, have been established. For more details on the financial risk management, please see pages 89–90 of this Report.

## SHARPENING COMPETITIVE EDGE
The Group has intensified its efforts to strengthen its risk-centric culture. Continuous education and regular communication through various forums and in-house publications on risk management related topics are integral in inculcating risk awareness and reinforce risk discipline among employees. In-house workshops are developed and conducted to train key personnel and management staff to increase awareness of the Group's risk management methodology and tools available in mitigating risks.

Embedding risk management in the performance evaluation process aims to raise risk accountability and reinforce a risk-centric culture in the Group.

## ENHANCING OPERATIONAL READINESS
Business Continuity Management (BCM) increases the Group's resilience to potential business disruptions and minimise the impact of a crisis on business operations, people and assets. Emphasis is placed on establishing robust business continuity plans to ensure that the Group can respond seamlessly to external events while minimising operational disruptions.

The unusually severe storms, floods and harsh winter conditions in many parts of the world experienced in 2010 have awakened many to the impact of climate change. With operations around the world, the Group continues to scan for possible threats and establish plans to enhance operational preparedness.

During the year, the BCM focus was on building the Group's resilience against events such as pandemic flu, IT downtime and power outage. Various simulation exercises were conducted at business units and locations to enhance operational preparedness. These plans are tested and refined regularly to ensure that planned responses are effective.



1



2

1_Evacuation drills are conducted
regularly at the various yards
around the world.

2_As part of the effort to raise
risk awareness, quarterly talks
are organised.



Sustaining Growth
**Environmental Protection**

**We aim to contribute towards a clean and sustainable urban living environment in all the communities where we operate.**

Keppel Corporation is committed to operate its businesses in a manner that is environmentally responsible. Beyond supporting and championing green causes, we believe that incorporating environmentally responsible practices makes good business sense.

Mitigating environmental issues is a key concern for many of our businesses.

Our environmental engineering business is a leading player in the provision of waste-to-energy (WTE) and water treatment technologies. Our property business has expertise in developing integrated townships incorporating green elements. A key contributor to our energy business is a natural gas-fired co-generation plant, providing an efficient and clean energy source. We are also looking for opportunities in renewable energy such as offshore wind.

At the operational level, our businesses are continually seeking ways to use less energy, reduce wastage and emissions, and to recycle more. The Keppel Group will track, measure and manage its environmental performance in the areas of energy, water, waste and emissions.

For our initial efforts, we have focused on our operations in Singapore with the view to include our overseas operations in the future.

The reporting will include Keppel Offshore & Marine (Keppel O&M) (and its significant subsidiaries, Keppel FELS, Keppel Shipyard and Keppel Singmarine), Keppel Land, Keppel Integrated Engineering (KIE), Keppel Telecommunications & Transportation (Keppel T&T) and Keppel Energy.

## 2010 Quick fact

### Waste
→ We recycled 91,598 tonnes of waste.

**Key Eco Principles**

# Ecollaboration
Working with stakeholders, policy-makers and decision-makers to build a better future

# Economy
Balancing commercial viability and environmental sustainability

# Ecommitment
Promoting environmental awareness and supporting green initiatives

# Ecommunity
Creating sustainable developments for future generations



Keppel's Environmental Key Performance Indicators

# Environmental Protection



| Keppel Group's Direct and Indirect Energy Consumption (GJ) | | |
|---|---|---|
| **2010** | **753,985** | **1,905,497** |
| 2009 | 1,002,906 | 1,717,831 |

| Keppel Group's Potable Water and NEWater Used (m³) | | |
|---|---|---|
| **2010** | **1,566,587** | **2,905,055** |
| 2009 | 2,083,658 | 1,972,627 |

| Keppel Group's Recycled and Incinerated Waste (tonnes) | | |
|---|---|---|
| **2010** | **91,598** | **116,712** |
| 2009 (estimated) | 87,000 | 126,600 |

## ENERGY[1,2,3]

Energy is a vital element in our businesses. As a Group with businesses in Offshore & Marine, Environmental Engineering, Power Generation, Logistics, Data Centres and Property, we depend heavily on both direct and indirect sources of energy to drive our businesses.

Liquid fuels, natural gases, liquefied petroleum gas and compressed natural gas are the major types of direct energy consumed by the Group. In 2010, the total amount of direct energy consumed by the Group, excluding Keppel Energy, were 753,985 GJ, compared to 1,002,906 GJ in 2009. The direct energy consumption was 25% lower due to a lower volume of work at our Offshore & Marine Division, and initiatives to improve energy efficiency. Keppel O&M was the

most significant contributor to direct energy consumption after Keppel Energy.

The total amount of indirect energy or electricity consumed increased 11% from 1,717,831 GJ in 2009 to 1,905,497GJ in 2010.

Despite the increasing demand for energy as a result of expanding operations, the Group will be focusing on increasing energy efficiency through technical improvements, which includes the replacement of less efficient machines or equipment, and energy conservation initiatives.

The total amount of energy saved by the different business units in the Group through such initiatives in 2010 were 161,160 GJ or 44,766,666 kWH.

## WATER[1]

Like energy, water is a vital resource for the Group. Not only does the Group's Offshore & Marine Division consume large volumes of potable and non-potable water, other subsidiaries, such as KIE and Keppel Energy, also use water for energy generation.

The Group's water consumption can be segmented into potable water, NEWater, both purchased from PUB, and recycled water. NEWater is reclaimed water produced by Singapore's Public Utilities Board. Specifically, it is treated wastewater that has been purified through advanced technologies such that it is potable and fit for industry use. The Group does not draw any water from ground or surface water sources directly.

For 2010, the Group used 1,566,587m³ of potable water, 25% less compared to 2,083,658m³ used in 2009.

**Keppel Corporation Limited**
Report to Shareholders 2010

The Group used 2,905,055m³ of NEWater compared to 1,972,627m³ used in 2009, registering an increase of 47%.

KIE's Senoko WTE plant is equipped with a wastewater treatment plant that treats the wastewater from the refuse. The treated water is subsequently used for general washing. In 2010, 56,133m³ of water were recycled.

**WASTE[2]**
For 2010, a total of 91,598 tonnes of waste were recycled. This was an increase of approximately 5% compared to an estimated 87,000 tonnes of waste recycled in 2009. The waste recycled included metal, plastics, grits and papers which were materials used for the Group's operations. As a responsible company, Keppel Corporation is committed to promote more recycling and reusing efforts to reduce the amount of waste being disposed of.

In Singapore, all solid municipal waste that cannot be recycled is sent for incineration. The incinerated ash and other non-incinerable waste are then sent to Semakau Landfill. For 2010, across the Group, 116,712 tonnes of waste were sent for incineration, which was 8% lower than an estimated 126,600 tonnes of waste that were sent for incineration in 2009.

Chemical, oil, fuel spills are threats to our environment and severely affect the soil, water, air and biodiversity. For 2010, there were no reports of major spillage for the Group.

**EMISSIONS AND EFFLUENTS[1,2,3]**
**Carbon Emissions**
The emission of greenhouse gases (GHG) has a detrimental impact on the atmosphere. Governments, businesses, communities and individuals need to take responsibility for their own carbon footprint and minimise their GHG emissions.

Direct emissions occur from the assets that are owned or controlled by the Group. In 2010, the total direct carbon emission of the Group, excluding Keppel Energy, was 123,443 t-$CO_2$, which registered an approximate 29% increase from 2009's carbon emission level of 95,619 t-$CO_2$.

Indirect emissions are from purchased electricity consumed by the Group. Other indirect emissions are a consequence of the activities of Keppel Group, which occur from sources not owned or controlled by Keppel.

In 2010, indirect emissions from the Group stood at 240,013 t-$CO_2$, registering 17% increase from 251,477 t-$CO_2$.

**Other Emissions**
Keppel Energy and KIE have kept their monthly average emissions of oxides of nitrogen and sulphur dioxides well below the limits of 700mg/Nm³ and 500mg/Nm³ as stipulated in the National Environment Agency's (NEA) Code on Pollution Control respectively.

Dust or particulate matter is also emitted from the stacks of KIE's WTE plants when refuse is being burnt. For 2010, the monthly average emission levels were 43mg/Nm³ for KIE's Senoko WTE plant and 29 mg/Nm³ for Keppel Seghers Tuas WTE plant, which were within NEA's emissions limits of 100mg/Nm³.

There were no significant emissions of oxides of nitrogen, sulphur dioxide and other air emissions from our Offshore & Marine and Property divisions.

**2010 Quick facts**

**Energy**
→ We saved enough energy to power 115,676 four-room apartments for a month.

**Water**
→ 56,133m³ of water were recycled by Keppel Group, which is equivalent to Singapore's monthly average water consumption for 2,900 four-room apartments.

[1]  The increase to indirect energy, NEWater used, direct and indirect carbon emissions were due mainly to the inclusion of new 2010 data from Senoko WTE and Keppel Seghers Tuas WTE plants, which were acquired and commenced operations respectively in late 2009.
[2]  For some business units, 2009 data for some aspects was unavailable. For the purposes of comparison, the 2009 data was assumed to be the same as 2010. Those assumptions represented 5% or lower of the consolidated figures at Group level, and are therefore unlikely to cause significant variance and are negligible.
[3]  Due to commercial sensitivity, Keppel Energy's direct energy consumption and direct carbon emission are not included in this Sustainability Report Highlights nor Keppel Corporation's *Sustainability Report 2010* to be published in June 2011.



Sustaining Growth
## Product Excellence



**Product and technology excellence as well as innovation are key to strengthening our core competencies and developing new growth drivers.**

The Keppel Group is recognised for high quality products and services, and over the years, we have won numerous awards, testament to our commitment towards excellence.

**Keppel Corporation Limited**
Report to Shareholders 2010

Key business units in the Keppel Group are certified to ISO 9001, ISO 14001 and OHSAS 18001 standards, achieving the objectives of product quality, environmental protection and occupational health and safety (see table on page 127 on recent awards and certifications).

In the Offshore & Marine Division, Keppel FELS has developed propriety designs for jackups and semisubmersible rigs. The KFELS B class jackup rig and KFELS semisubmersible drilling tender (SSDT) have set benchmarks in the industry for their contributions towards sustainable operations, as well as to the safety and well-being of the rig crew.

In the Infrastructure business, the Group's high quality standards have led to contract awards to provide essential services in Singapore. In partnership with public sector agencies, Keppel Seghers operates a NEWater plant supplying recycled potable water and a waste-to-energy plant treating solid waste and generating energy.

In Property, Keppel Land has achieved 22 Green Mark Awards to-date for its environmentally conscious developments both in Singapore and abroad, as well as four FIABCI Prix d'Excellence Awards since 2006 for excellence in property development and management.

To stay in the forefront of technologies, the Keppel Group invests heavily in research and development. Keppel Offshore & Marine Technology Centre (KOMtech) and Keppel Environmental Technology Centre (KETC), the research arms of Keppel Offshore & Marine and Keppel Integrated Engineering (KIE) respectively, engage in product development, process improvement and knowledge management, to sustain market leadership and strengthen the business units for long-term growth. Ongoing





**The KFELS B Class design is the industry standard for efficient and high grade performance; to-date, more than 30 such units have been delivered for operations in various parts of the world.**

research efforts in KOMtech include ice-resistant rigs for the Arctic, drilling systems and mini-LNG supply chain for associated gas.

**CUSTOMER HEALTH AND SAFETY**

The Group places great importance on the health and safety of customers who use Keppel's products and services. Much care and diligence are applied in the design, construction, and operation of our products and services to ensure that they are fit for their intended use and do not pose hazards to customers' health and safety.

Customers' health and safety impacts are constantly assessed over the products' life cycle stages, to help us seek further improvement. Policies, procedures and guidelines on the environment, health and safety are implemented and adhered to at all times.

For example, our KFELS SSDT is designed and constructed to facilitate emergency response operations, such as fire fighting and emergency evacuations. The SSDT has a large deck space, fixed equipment pathways, and dedicated life saving equipment. In an emergency situation, the rig can

# Product Excellence

quickly move away from the drilling platform to a safe standby position.

Another case in point is Keppel Land's adoption of the "Design for Safety in Buildings and Structure Guidelines" for all its new projects. This is a safety management tool that requires design consultants to review the safety and health risks associated with their design at various stages of the project.

For infrastructure projects undertaken by KIE, the company adheres to a set of health and safety policies and procedures that provides guidance in the design, construction and operation of plants and facilities.

Procurement of materials and equipment are made with responsible and reputable vendors, taking into consideration the health and safety impacts during their useful life. Only authorised disposal companies are engaged to ensure proper disposal of hazardous waste.

## CUSTOMER ENGAGEMENT

'Customer Focus' is one of the Group's eight core values. As such, our customers' feedback is valuable to us in our drive to continuously improve our products and services, vital for sustainable growth and long-term success. Mechanisms for customers to provide feedback are in place to assess and maintain customer satisfaction with our products and services.

Surveys are also conducted regularly to gather feedback and suggestions. For example, Keppel FELS conducts surveys once every four months, involving face-to-face interviews with customers. Other business units such as Keppel Energy, Keppel Shipyard and Keppel Telecommunications & Transportation also gather feedback on a regular basis for continuous service improvements. Keppel Land has established a Customer Focus Unit (CFU) since 1997, which is dedicated to



meeting the needs of our homebuyers. Their feedback is obtained for the review and improvement of future projects. Regular events and activities are also organised to build rapport with homeowners and tenants.

## COMPLIANCE

Keppel's products and services are designed, developed and delivered in compliance with relevant laws and regulations concerning health and safety. In 2010, the Group has not identified any non-compliance with laws, regulations and voluntary codes concerning the provision and use, including the health and safety impacts, of our products and services.

Moving into the future, the Keppel Group will remain focused on customer needs and exercise due care to ensure customers' health and safety while providing products and services stamped with our hallmark quality and excellence.



**Marina at Keppel Bay is the first marina in Asia to be awarded the 5 Gold Anchors rating from the Marina Industries Association Australia and was named "Best Asian Marina 2010" at the Asia Boating Awards.**

## Awards and Certifications

### OFFSHORE AND MARINE

| | | |
|---|---|---|
| **Keppel FELS** | Shell Platform Rig of the Year Award | 2010 |
| | Offshore Yard Award | 2010 |
| | Singapore Quality Class Certification (SQC) | Since 2002 |
| | Singapore Innovation Class Certification (I-Class) | Since 2004 |
| | IES Prestigious Engineering Achievement Awards | 2009 |
| | Asean Outstanding Engineering Achievement Award | 2009 |
| | MAXA 2008 Award | 2008 |
| | ISO 9001 Certification | Since 1994 |
| **Keppel Shipyard** | The Shipyard of the Year Award by Lloyds List | 2010 |
| | The Ship Repair Yard Award by Lloyds List | 2009 |
| | ISO 14001 Certification | Since 2004 |
| | ISO 9001 Certification | Since 1996 |

### INFRASTRUCTURE

| | | |
|---|---|---|
| **Keppel Seghers Engineering Singapore** | ISO 9001, ISO 14001 and OHSAS 18001 Certification | Since 2009 |
| **Keppel Telecommunications & Transportation** | Singapore Domestic Logistics Service Provider of the Year | 2010 |
| | Best Retail & Fast Moving Consumable Goods (Singapore) | 2009 |
| | Best Domestic Logistics Service Provider (Singapore) | 2009 |
| | ISO 13485 and GDPMDS | Since 2009 |
| | ISO 14001, OHSAS 18001 Certification | Since 2002 |
| | ISO 9001 Certification | Since 1993 |

### PROPERTY

| | | |
|---|---|---|
| **Keppel Land** | 4 BCA Green Mark Awards (Total 22 awards to-date) | 2010 |
| | Euromoney Real Estate Awards – Best Office Developer in Singapore | 2010 & 2009 |
| | FIABCI Indonesia BNI Prix d'Excellence – Best Middle Class Residential Development (Jakarta Garden City) | 2009 |
| | 4 FIABCI Prix d'Excellence Awards | Since 2006 |
| | Best Asian Marina Award | 2010 |
| | Clean Marina Award | 2008 |
| | ISO 14001 Certification | Since 2008 |

List of awards and certifications are in relation to product excellence and are not exhaustive.



Empowering Lives
People
Matters

**Apart from a *Can Do!* spirit, Keppel employees display a strong sense of *esprit de corps*, and are bonded by our Group Vision, Mission and Core Values.**

Keppel is committed to be an employer of choice. We value our employees and recognise their contributions towards achieving sustainable growth for the Group and creating value for our stakeholders.

With people as a core asset, Keppel continues to actively grow and enhance the capabilities of our global workforce and talent pools through the Keppel College leadership development programmes and training opportunities, while spurring them to achieve greater results through rewards and incentives.

We are also committed to a culture in which all employees strike a balance between work and play, and we constantly engage our employees through social and recreational interaction and family bonding activities. We continue to build trusting and harmonious working relations with our unions whom we see as a strategic partner in reaching out to our employees.

### ENGAGING OUR EMPLOYEES

As part of the Group's efforts to identify areas for continuous improvement, the annual group-wide Organisational Climate Survey (OCS) was conducted in October 2010. The OCS collects feedback and views from our employees so that we can continue to review and refine our HR policies and programmes. This is the second year that the survey was rolled out across the Group.

### LEARNING & DEVELOPMENT

In 2010, we invested a total of $18.3 million in the training and development of our employees globally. Since 2004, Keppel has sponsored 269 employees from all levels as part of our Employee Development Scheme (EDS). 38 outstanding employees were sponsored under the EDS in 2010 to pursue further education.

We continued to adopt government initiatives such as the Skills Programme for Upgrading and Resilience (SPUR). In 2010, four in-house Keppel-SPUR courses were organised for a total of 68 participants. Besides skills development, bringing together staff from various business units under the SPUR courses helps in building bonds.



**Manpower by Segment**
(number)

| | | |
|---|---|---|
| Corporate Office | 161 | |
| Offshore & Marine | 27,567 | |
| Infrastructure | 4,418 | |
| Property | 4,572 | |
| Total | 36,718 | |

**Manpower by Region**
(number)

| | | |
|---|---|---|
| Americas | 8,951 | |
| Asia | 9,145 | |
| Europe | 705 | |
| Middle East | 1,652 | |
| Singapore | 16,265 | |
| Total | 36,718 | |

**Executives / Non-Executives**
(number)

| | | |
|---|---|---|
| Executives | 7,236 | |
| Non-executives | 29,482 | |
| Total | 36,718 | |

Note:
The headcount figures in this table include associated companies where Keppel has management control.

## People Matters

### ATTRACTING TALENT

In 2010, we continued our efforts to attract the best and brightest into the Group through scholarships and internships amongst other initiatives and recruitment exercises. Nine new scholars were inducted into the Keppel family at the Keppel Group Scholarship Awards Ceremony on 16 July 2010. They will be groomed for roles in the business units according to their aspirations and qualifications. To-date, we have awarded 176 Keppel Group Scholarships, and have 96 working scholars in various business units within the Group.

### GRADUATES TRAINING PROGRAMME

Our new graduate hires undergo comprehensive development and training programmes which provide on-the-job training and exposure to various functional roles.

In Keppel Offshore & Marine (Keppel O&M), new graduate engineers undergo a two-year Management Traineeship Scheme (MTS) which has been accredited by internationally recognised professional membership body, the Institute of Marine Engineering, Science and Technology (IMarEST), since 2009. Upon completing the MTS, participants with the relevant academic qualifications and working experience can register as an Incorporated Engineer or Chartered Engineer with IMarEST. In 2010, Keppel O&M recruited 81 graduates, bringing its total MTS participants to 659 since its inception in 1986. Keppel Energy and Keppel Integrated Engineering also have similar MTS for new hires.

Keppel Land re-launched its Management Associate Programme (MAP) in 2010 to attract bright graduates. Three Management Associates were recruited and placed in a 12-month rotation programme to gain exposure through different functional roles.

### TALENT MANAGEMENT

To manage talent in a systematic and structured way, a framework has been put in place that focuses on the topmost tier of the high potential and high performing talents, so that they can be fully developed and put in leadership positions. Various training platforms are planned for our talents which include overseas assignments, special projects and job rotations.

We recognise succession planning as a vital business imperative and have put in place an internal process of succession planning. Our succession plan today is closely linked to talent management to provide a dynamic closed-loop process. The synergy between the two programmes helps in recognising and building our pipeline of talents over the mid to long term.

#### Keppel College

Keppel College centralises the Group's programmes for leadership and executive development. Targeting three levels of talent – young leaders, middle management and senior management – Keppel College aims to Educate, Empower and Energise our talents so that they can Learn, Lead and Leap-frog to the next level of success. Courses such as the Global Young Leaders Programme and the Global Advanced Management Programme are customised in collaboration with the Nanyang Business School, with Keppel's talents from as far as Brazil, the Netherlands, Bulgaria, Azerbaijan and Norway participating in them. To-date, Keppel College has some 1,000 alumni.

Training and development programmes are also specially planned for new hires. Three Keppel Group Orientations were held in 2010 for 217 new members. The Group Orientations held during the year were enhanced by having the new hires go on site visits at the various business units to gain a better understanding of the Group's diverse businesses.

Mentors are assigned to help new hires and talents assimilate quickly into the Company's culture as well as facilitate knowledge transfer. To-date, the Mentoring Scheme has trained a total of 540 mentors.

Senior management is actively involved in talent development. They frequently meet and exchange views with our talents at various dialogue sessions and regular interactions such as TalenTime and Executive Chat! Series.

#### Keppel Young Leaders

As a seedbed to nurture high-potential employees, Keppel Young Leaders (Keppel YL) was inaugurated on 16 July 2010 to serve as a central platform to cultivate global mindsets, innovativeness and entrepreneurship. As an offshoot of Keppel's talent and succession management framework, Keppel YL aims to ensure a continuous stream of future leaders for Keppel. Members are given opportunities to champion and participate in high-impact projects and cross-border assignments beyond their regular job scope.

### REWARDS & RECOGNITION

The annual performance review serves as a platform to assess employees' performance, formalise employees' development needs and career planning opportunities, as well as to ascertain employees' current estimated potential.

We advocate a pay-for-performance remuneration philosophy where rewards and incentives are guided by market competitiveness and performance orientation principles. Annual Performance Incentive (API) includes a bank mechanism where a portion of the earned API is deferred in the individual's bank for future payouts so as to encourage better performance in employees.

Apart from monetary rewards, we provide comprehensive benefits to



1



2

1_Senior Management and key process owners are involved in the development of Keppel College programmes to drive talent development.

2_More than 2,000 Keppelites kicked into high gear with an energetic workout during the Keppel FELS ACTIVE Day which aims to remind people that work-life balance and a robust body and mind are very important.

employees such as leave entitlement, medical benefits and group insurance plans, taking into consideration industry practices and market norms. A total of 394 Keppelites from across the Group in Singapore received their Long Service Awards in 2010.

### EMPLOYEE WELLNESS

With a holistic approach in promoting employee well-being, Keppel Corporation puts in place a framework that promotes healthy lifestyle and employee well-being through activities that strengthen bonding and work-life balance, such as wellness workshops and basic health check-ups.

The eighth run of the Keppel Games was organised over two months to provide a platform that will bring interaction amongst staff to another level and underscore the element of sportsmanship.

### MANAGEMENT-UNION RELATIONS

Keppel's management sees the unions as a strategic partner in caring for our employees. Over the years, through constant dialogues and sharing, we have built harmonious working

relations with our unions. In our business units, bargainable employees in Singapore are governed by their respective Collective Agreements (CAs). In 2010, Keppel Shipyard, jointly with Keppel Singmarine, Keppel Land and Keppel Logistics renewed their CAs with their respective unions.

### BURSARIES

Every year, we make contributions to our co-operative and unions that go towards helping deserving members and their children in the pursuit of education. Under the Keppel FELS Co-operative Bursary & Education Grant, Keppel O&M awarded 43 Bursary Awards and 16 Education Grants in 2010, totalling $12,800.



Empowering Lives
Safety
and Health

**Keppel's Safety Training Centre provides core competency, safety leadership development programmes, and Workforce Skills Qualifications courses certified by the Singapore Workforce Development Agency.**

Keppel is focused on ensuring a safe and healthy environment for everyone from employees to subcontractors and customers at our work sites.

**Keppel Corporation Limited**
Report to Shareholders 2010

Through investments in infrastructure, improvements in processes, training of our workforce and promotion of a safety culture, we aim to achieve zero incidents in all our business activities.

One of Keppel's core values, the safety of our employees and workplaces forms part of each business unit's key performance indicators and is an integral element of our business operations. As a Group, we invested over $23 million in 2010 on improving our safety systems and training our workforce.

We took another major step in our safety journey last year with the introduction of the Keppel Workplace Safety & Health (WSH) 2018 strategy. Keppel is the first company to launch a corporate initiative in line with the Singapore Government's WSH 2018 initiative.

**MANAGEMENT AND SYSTEMS**
Keppel Corporation established the Board Safety Committee (BSC) in 2006, the first by a listed company in Singapore, to review and develop safety policies across its multiple business units.

One of its first measures was to start all operational meetings with safety as the first agenda. To better understand the different operating environments, the BSC and senior management conduct numerous site visits in Singapore and overseas.

Keppel companies comply strictly with all applicable laws and regulations in the countries we operate in. In Singapore, we work closely with the Ministry of Manpower (MOM) and the Workplace Safety and Health Council (WSHC) to implement initiatives that help to raise safety standards within our industries.

With more than 600 subcontractors in our Singapore operations, we help to instil their workers with a strong commitment to safety and equip them with the necessary competencies to carry out their tasks safely.

## Four Thrusts of the Keppel WSH 2018 strategy:

**1. Establish an Integrated WSH Framework across Businesses Worldwide**
→ Keppel has introduced a centralised electronic Global Incident Reporting System across the Group, to ensure timely updates of incidents and immediate corrective measures.

**2. Implement an Effective Safety Management System**
→ Individual business units will undergo a self assessment programme to develop a roadmap and identify the measures needed to improve their safety performance. Assessors from across the Group will be trained.

**3. Enhance Safety Ownership**
→ Keppel has rolled out an exchange programme where project leaders are attached to safety departments to better understand workplace safety management, so that they can apply the knowledge acquired in their regular duties.

**4. Strengthen Safety Partnerships**
→ Keppel will continue to support numerous industry, client and national campaigns and conferences.



Keppel management and union workers 'hand printing' their commitment to safety as part of the National Workplace Safety and Health campaign 2010.

## Safety and Health



# 5
## KEY PRINCIPLES FOR SAFETY

If safety is expensive, disasters cost more

Passion for Health, Safety and Environment Excellence

Value Everyone's Safety

Zero Tolerance for Incidents

Recognise Safe Behaviours



**Safety Starts With Me**

**Together We Care**

### SAFETY IN NUMBERS

The cumulative effect of Keppel's safety journey has seen its Accident Frequency Rate (AFR) improve from 0.43 reportable accidents for every million man-hours worked in 2009 to 0.33 in 2010. Our Accident Severity Rate (ASR) however, increased to 133 man-days lost per million man-hours worked in 2010 from 93 man-days lost in 2009, due to four fatalities in 2010.

We deeply regret the loss of these lives and have thoroughly investigated the causes, all of which involved falls from height. Efforts were stepped up to prevent future incidents and the lessons learnt were shared across the Group. We have introduced further stringent measures and increased awareness on height safety.

### ALL HANDS ON DECK

Comprising employees, contractors and subcontractors who are represented in unions and councils across the Group, our workforce plays an important role in our efforts to achieve zero incidents. There are regular dialogues between management and unions as well as Collective Agreements that address health and safety issues, amongst others, for union members in various countries.

### WORKPLACE RESPONSIBILITY

Safety practices are integrated in our work processes. In all our operations, there are daily safety briefings while regular walkthroughs of project sites are conducted to ensure full compliance with safety regulations as well as to identify and rectify any safety hazard.

High Impact Risk Activities (HIRA) require a special focus. Through efforts led by Keppel Shipyard, six HIRA were identified: height safety, confined space safety, lifting safety, fire safety, permit-to-work and electrical safety. A campaign was launched in 2010 to create awareness and increase scrutiny on HIRA at the workplace.

A buddy system was also introduced in 2009 where workers had to look out for each other at the workplace.

### COMPETENCE

As a conglomerate with a workforce hailing from different cultures and countries, everyone has to undergo safety training to ensure alignment with the Company's safety policies.

In June 2010, we launched the Keppel Safety Training Centre which offers courses run by qualified instructors. Employing the latest technology, simulations and methodologies, the centre not only equips employees and subcontractors with relevant safety training and skill competencies but engages them in the Group's safety culture. In 2010, some 8,300 workers and subcontractors were trained at the centre.

Across the Group, each worker undergoes an average of some 20 hours of training in health and safety. Key courses include safety leadership, confined space training, height safety, electrical safety as well as fire safety.

### CULTURE AND COMMUNICATION

Each stakeholder plays a part in building a strong safety culture by sharing their knowledge and experience as well as looking out for one another's well being.

The promotion of this safety culture is thus a key focus of senior management. Safety conventions and campaigns as well as a Group HSE newsletter help in encouraging and communicating safety as a way of life.

### LEADERSHIP

One of the most effective ways to foster a safety culture is to lead by example. At Keppel, personnel in leadership positions attend training to learn how to be a safety leader regardless of their vocation.

We also aim to extend this leadership role beyond our companies, into

our chosen industries. As a leader in safety, we participate in national and industry events, such as Singapore's first WSH conference and the International Association of Drilling Contractors Safety conference to share our experiences.

**OCCUPATIONAL HEALTH**
In addition to a safe environment, we also aim to protect and promote the health of our workforce. Workers have to undergo regular health checks and be certified fit before they can take on strenuous work.

Other occupational health programmes include hearing conservation and respiratory protection system. Talks on AIDS awareness, malaria and dengue protection, cancer symptoms and nutritional diets were also conducted across the business units.

**AWARDS AND ACCOLADES**
While safety is its own reward, recognition of safety efforts encourages vigilance and act as incentives. Awards and bonuses are given out to projects and individuals with exemplary records and performances by the business units as well as customers.

A testament to Keppel's safety commitment, these accolades spur us to maintain our vigilance in our safety journey. To attain our 2018 vision of ensuring that everyone at our workplace goes home safely, we will look to complete our safety assessment and extend our safety road map to all our operations and partners.



**Cumulative Accident Frequency Rate – Keppel Group**
(per million man-hours)

| | 0.49 | 0.43 | **0.33** |
|---|---|---|---|
| | 2008 | 2009 | **2010** |

**Cumulative Accident Severity Rate – Keppel Group**
(man-days lost per million man-hours)

| | 143 | 93 | **133** |
|---|---|---|---|
| | 2008 | 2009 | **2010** |



Nurturing Communities
## Community and Society

**Keppel Nights,
a ticket
subsidy scheme,
contributes
towards the
promotion of the
arts to all levels
of the community
in Singapore.**

Wherever we operate, Keppel
is committed to seeking ways
to contribute meaningfully to
the development of our industries
and the well-being of society
and communities.

**Keppel Corporation Limited**
Report to Shareholders 2010

## COMMUNITY ENGAGEMENT AND VOLUNTEERISM

As a global corporate citizen, Keppel believes that as communities thrive, we thrive. This is why we engage and nurture communities where our businesses are and support them in moving towards a sustainable future.

Keppel encourages its employees to become responsible citizens with a greater awareness and concern for the well-being of others. Since its inception in 2000, Keppel Volunteers has been spearheading regular activities that make meaningful contributions to local communities, social institutions and non-profit organisations. On a monthly basis, Keppel Volunteers runs activities in collaboration with Keppel's adopted charity, the Association for Persons with Special Needs (APSN).

In 2010, the activities included life-skills programmes for APSN students and visits to the Singapore Science Centre, the Singapore Airshow and the National Day Parade Preview.

Keppel Volunteers also organised the annual Keppel Group Blood Donation Drive which was held for four days at three venues across the Group's operations in Singapore. A record 485 packets of blood were collected over the Christmas season in 2010 when the Singapore blood bank experienced a shortage.

To help a larger group of beneficiaries and to attract more volunteers, Keppel Volunteers conducted a survey to understand volunteerism patterns within the Group. Since then, it has expanded its activities to include other programmes such as a monthly home maintenance programme with the Moral Senior Activity Centre. Keppel Volunteers also reached out to animal care by participating in the Society for the Prevention of Cruelty to Animals' flag day and Fun Run.



In Brazil, Keppel FELS Brasil mobilised a workboat and barge to help in the search and rescue operations in the 1 January landslide on Ilha Grande Island. Keppelites also donated basic necessities as well as helped in the distribution of the relief supplies. Volunteers from Batangas Shipyard in the Philippines also participated in the Alay Lakad project, an annual nationwide walk-for-a-cause event to raise scholarship funds for out-of-school youths.

## INDUSTRY ENGAGEMENT

As a leading conglomerate with deep roots in Singapore, Keppel plays an active role in promoting the country and contributing to various national strategies and initiatives. Through our involvement in knowledge-building platforms and international conventions, we also help to engage our chosen industries and catalyse the exchange of ideas as well as potential collaborations.

In 2010, the Keppel Group supported several major events and initiatives that promote the development of our industries and showcase our Group strengths and Singapore to the world. A key highlight was the Singapore



**The third annual Keppel Group Blood Donation Drive garnered a record 485 packets of blood.**

# Community and Society



1

International Water Week (SIWW), which serves as a platform to discuss the challenges of rapid urbanisation such as increasing demand for housing, water, food and basic services. At the SIWW in June 2010, Keppel Integrated Engineering (KIE) presented a showcase of their waste and water treatment technologies as well as district heating and cooling systems capabilities.

The inaugural Lee Kuan Yew World City Prize was presented during the World Cities Summit (WCS) which was held alongside SIWW in 2010. Keppel Group sponsored the prize of $300,000 and the gold medallion for this prestigious biennial award which recognises individuals and organisations that have made outstanding contributions to the creation of vibrant, liveable and sustainable urban communities around the world. Keppel Land highlighted its eco-township developments throughout the region at the WCS exhibition.

Keppel Offshore & Marine (Keppel O&M) supported various academic events to inspire study and research of its industry and create platforms to share insights and ideas.

The Chua Chor Teck Memorial Lecture, which commemorates the former Managing Director of Keppel Shipyard and a pioneer of Singapore's maritime industry, was a key highlight in 2010 which saw two runs of the Lecture. In January, Mr Sven Ullring, Board Director of Keppel Corporation and Chairman of the third Maritime Research & Development Advisory Panel for the Maritime & Port Authority of Singapore, shared his views on the Singapore maritime sector's unique competitive edge. In December, Professor Sir Eric Ash, former Rector of Imperial College (UK) and a member of the Keppel Technology Advisor Panel, spoke on the issues surrounding the use of nuclear energy in the maritime industry.

Keppel Corporation played host to the ASEAN Council on Petroleum Games in 2010, which saw the participation of teams from national oil companies across the ASEAN region. The Games aims to foster friendship and strengthen ties among industry players.

To support growing ties between Asia and Latin America, Keppel O&M was the strategic sponsor for the Latin

Asia Business Forum 2010. Helmed by a set of distinguished panellists, the forum addressed issues such as investment and partnership opportunities as well as best business practices and strategies.

Keppel Group was a special sponsor for the inaugural China (Binhai Tianjin) International Eco-City Forum, which highlights the achievements in eco-city construction and the development of a low carbon economy in China. Dr Lee Boon Yang, Chairman of Keppel Corporation, spoke on the challenges of eco-urbanisation at the Forum while KIE and Keppel Land showcased their offerings for sustainable urban living at the Forum's Eco Expo.

Together with the National University of Singapore, Keppel Corporation jointly launched the book "*Why Am I Here?*", authored by Singapore's President, HE S R Nathan. The story of his experience (as Seamen's Welfare Officer in the mid 1950s) provides a glimpse into the struggles of Asian merchant seamen and their contributions to Singapore's development as a maritime nation.



2

1_Mr Teo Chee Hean, Singapore's Deputy Prime Minister and Minister for Defence (third from left) was briefed on the Group's broad portfolio of projects in environmental engineering and sustainable development by Dr Lee Boon Yang, Chairman of Keppel Corporation (second from left), as Dr Yaacob Ibrahim, Minister for the Environment and Water Resources (first from left), looked on.

2_Supporting the Earth Hour were Keppel employees and their families holding candles from ChaCha Cottage, an organisation which supports women in need.

### GREEN ENDEAVOURS

The greening of our behaviour at home, work and play is crucial to the sustainability of our environment and the optimal use of limited resources. Keppel is committed to promote and pursue green endeavours to encourage our employees and the public to embrace a green lifestyle.

Sustaining their efforts since 2007, Keppel Volunteers divers continued to support the coral nursery project located in Pulau Semakau, Singapore. The divers shifted coral fragments from the nursery to a breakwater area and cleaned the corals to help them "breathe".

The Keppel Group rallied efforts both in Singapore and overseas to support Earth Hour on 27 March 2010. For one hour from 8.30pm to 9.30pm, it was lights out across our seven shipyards in Singapore, the Marina at Keppel Bay and the Ulu Pandan NEWater Plant. 32 of Keppel Land's developments across Asia also turned off non-essential lights and appliances, achieving estimated energy savings equivalent to what is needed to power a five-room flat for 7.7 months.

In the Netherlands, 100 Keppel Verolme employees became scooter commuters in an initiative to reduce car traffic on the highway to the Port of Rotterdam by at least 20%.

### SHOWCASING SINGAPORE

An 80-strong contingent marched in Singapore's National Day Parade on 9 August 2010, in a proud display of Keppel's roots and its place as a leading home-grown conglomerate in the country. The contingent went through rigorous training over four months before the event.

Keppel supported the Clipper Round the World Yacht Race 2009-2010 and was the primary sponsor for the Singapore yacht, Uniquely Singapore, and host port sponsor for the Singapore stopover, together with the Singapore Tourism Board.

### SUPPORTING WORTHWHILE CAUSES

As part of our wider Keppel Group programmes, we also contribute back to communities by raising funds for worthwhile initiatives.

## Community and Society



With Keppel Corporation's $20,000 sponsorship of the Dover Park Hospice SUNday walk, APSN students showed their caring spirit for others by joining the walk with Keppel Volunteers.

For the second year running, Spring City Golf & Lake Resort in Kunming, China partnered a group of Singaporean doctors and nurses in a voluntary medical mission to perform cataract surgery on villagers who cannot afford medical treatment or are too weak to travel to the nearest town or city. To-date, the Resort has sponsored more than RMB200,000 with about 150 patients benefitting from this initiative.

In Shanghai, Keppel Land donated RMB500,000 to a relief fund rendering support to families affected by a local fire that set a 28-storey tower ablaze. The tower had been home to some 440 people in 156 households.

### PROMOTING HEALTHY LIVING AND NURTURING THE ARTS

A regular winner of the Patron of the Arts award in Singapore, Keppel Corporation unveiled the enhanced Keppel Nights scheme in 2010, together with the Ministry of Information, Communications and the Arts. The new scheme opens up more opportunities for first-time attendees and those who cannot afford full-price tickets to enjoy performances, exhibitions and shows.

Introduced in 2008, Keppel Nights is Singapore's first ticket subsidy scheme to benefit and cultivate audiences for the arts. Since then, the scheme has supported about 150 events, offering 12,500 subsidised tickets and benefitting more than 11,000 people.

Keppel O&M continued its support as the title sponsor for the third SAFRA Keppel Quadthlon. The Quadthlon aims to provide participants with the exciting and distinct opportunity to experience a race where they will push their physical and mental abilities to the maximum.