**KEPPEL OPP'N EXH. 32**

Discover Thomson Reuters •••   Directory of sites   Login   Contact   Support



World   Business   Markets   Breakingviews   Video   More

BANKRUPTCY NEWS   SEPTEMBER 12, 2017 / 7:30 PM / UPDATED 4 YEARS AGO

# Seadrill files for Chapter 11 bankruptcy

By Reuters Staff                                                    2 MIN READ

Sept 12 (Reuters) - Offshore drilling services provider Seadrill Ltd said on Tuesday it had filed for Chapter 11 bankruptcy and entered into a restructuring agreement with bank lenders, bondholders and a consortium of investors.

The company said in a statement the agreement delivered $1.06 billion of new capital, comprising $860 million of secured notes and $200 million of equity, and addressed Seadrill's liabilities, including funded debt and other obligations.

Seadrill said it had over $1 billion in cash at the time of the court filing in the Southern District of Texas and it did not require any debtor-in-possession financing.

As part of the Chapter 11 filing, the company sought "first day" motions that, when granted, would enable day-to-day operations to continue as usual. Seadrill said it had r

Exclusive: Taliban to reach out to former soldiers and pilots to join its ranks, country may...

Ltd, Archer Ltd and their respective subsidiaries from the company's restructuring. These non-consolidated affiliates did not file Chapter 11 cases.

Houlihan Lokey Inc served as Seadrill's financial advisor while Alvarez & Marsal served as its restructuring advisor. (Reporting by Uday Sampath in Bengaluru; Editing by; Andrew Hay)

*Our Standards: The Thomson Reuters Trust Principles.*

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy   Do Not Sell My Personal Information



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.
© 2021 Reuters. All Rights Reserved.

Exclusive: Taliban to reach out to former soldiers and pilots to join its ranks, country may...