**KEPPEL OPP'N EXH. 38**

**CREDIT SUISSE**

13 February 2012
Americas/Brazil
**Equity Research**
Oil & Gas Equipment & Services

# OSX Brasil S.A. (OSXB3)

**COMMENT**

## The Sete Brasil surprise?

| | |
|---|---|
| Rating | OUTPERFORM* [V] |
| Price (09 Feb 12, R$) | 14.79 |
| Target price (R$) | 36.00¹ |
| 52-week price range | 21.28 - 11.00 |
| Market cap. (R$ m) | 4,149.71 |
| Enterprise value (US$ m) | 2,770.72 |

*Stock ratings are relative to the relevant country benchmark.
¹Target price is for 12 months.
[V] = Stock considered volatile (see Disclosure Appendix).

**Research Analysts**
Emerson Leite, CFA
+55 11 3841 6290
emerson.leite@credit-suisse.com

Andre Sobreira
+55 11 3841 6299
andre.sobreira@credit-suisse.com

- **Going for third-party orders with Sete.** After Petrobras announced Friday the orders for the 21 drilling rigs with Sete Brasil and 5 with Ocean Rig, Reuters/Brasi Energia are mentioning Sete is on very final negotiations with the shipyards that will construct the rigs, with OSX's shipyard in a position to win two drillships. We continue to play the backlog growth theme in OSX's cheap valuation, keeping in mind a sweet-spot in execution risk profile.

- **Backlog growth vs execution risk** is a discussion that we think will naturally arise given OSX's shipyard is still in construction. This effectively can be the difference between value creation and destruction. If all the two-$800m drillships are executed in time (around four years) and OSX achieves a 10% margin, we estimate the orders could add up to R$0.38/sh. However, it only takes a 12% cost-overrun for the contracts to destroy value, which is not uncommon in the oil industry. At the same time, there is an argument to be made that a $800m/rig cost that is 30% higher than international benchmarks already incorporates the risks of building in Brazil. In any case, equity markets have historically tended to pay for backlog growth up to the point where execution issues surface. And in construction, risks typically tend to arise in the last third on the contract, which in this case would be 2014. Therefore we think there is an attractive risk-reward to play the growth theme in OSX, even if one is more skeptical view on execution.

- **Who will pay the bill?** This is a relevant question in our view, as Petrobras will pay Sete Brasil a dayrate of $530k/day, in line with international levels. At the same time, a construction cost of $800m (based on two recent orders to Keppel and Sembcorp Marine) that is 30% above international level means that the returns will likely not be adequate somewhere in the chain. There is a $3.0bn shipbuilding guarantee fund in the Sete Brasil structure, which we think will serve as a cushion for this imbalance.

*We provide a simple cash-flow valuation for the drillships, sensitivities, and more background on Sete in this note. For more detail on FPSO and shipyard risk profile, please see our note: OSX – Less risk, more reward.*

**Share price performance**

Daily Feb 10, 2011 - Feb 09, 2012, 2/10/11 = R$16.76

[chart: Price vs Indexed Price Relative, Feb-11 to Oct-11, range 11–21]

On 02/09/12 the SAO PAULO SE BOVESPA INDEX closed at 64288.01

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2010A | — | — | — | — |
| 2011E | — | — | — | — |

**Financial and valuation metrics**

| Year | 12/10A | 12/11E | 12/12E | 12/13E |
|---|---|---|---|---|
| Revenue (US$ m) | 5.0 | — | 110.8 | 206.8 |
| EBITDA (US$ m) | -97.8 | -60.0 | 19.0 | 96.6 |
| EBIT (US$ m) | -97.8 | -60.0 | -1.9 | 67.7 |
| Net income (US$ m) | -43.9 | 46.2 | 56.3 | 31.1 |
| EPS (CS adj.) (US$) | -0.16 | 0.16 | 0.20 | 0.11 |
| Dividend yield (%) | — | — | — | — |
| P/E (x) | -55.0 | 52.2 | 42.9 | 77.6 |
| EV/EBITDA | -15.8 | -46.2 | 228.5 | 56.2 |
| P/B (x) | 1.7 | 1.6 | 1.6 | 0.9 |
| ROE stated - return on equity | — | 3.2 | 3.7 | 1.4 |
| ROIC (%) | — | -4.89 | -0.07 | 0.64 |
| Net debt (US$ m) | -875 | 352 | 1,924 | 3,013 |
| Net debt/equity (12/11E, %) | -59.7 | 23.3 | 123.1 | 106.9 |
| Capex (US$ m) | -229 | -1,272 | -1,645 | -2,400 |

*Source: Company data, Credit Suisse estimates.*

**DISCLOSURE APPENDIX CONTAINS ANALYST CERTIFICATIONS AND THE STATUS OF NON-US ANALYSTS.** U.S. Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

For the exclusive use of Natalie Calloway (ncalloway@compasslexecon.com) at Compass Lexecon LLC

**CREDIT SUISSE**

13 February 2012

# The Sete Brasil surprise?

After Petrobras announced Friday the orders for the 21 drilling rigs with Sete Brasil and 5 with Ocean Rig, Reuters and Brasil Energia are mentioning that Sete is already in very final negotiations with the shipyards that will construct the rigs, with OSX's shipyard in a position to win two drillships. Other shipyards mentioned by Reuters include KeppelFels, Rio Grande 2, Jurong Aracruz and Enseada do Paraguacu. Sete is expected to sign the contracts with the shipyards within the next week.

Backlog growth vs execution risk is a discussion that we think will naturally arise given OSX's shipyard is still in construction. This in effect can be the difference between value creation and destruction. If all the two-$800m drillships are executed in time (around four years) and OSX achieves a 10% margin, we think the orders could add up to R$0.38/sh (Exhibit 1). We think it is conservatively appropriate to use 10% margin as a base case, even if below OSX's 15% target, given this is the ballpark margin level the Singaporean shipyards are aiming for in their projects in Brazil.

**Exhibit 1: OSX NPV model for one drillship**
Sete Brasil drillship model

| | | | | | |
|---|---|---|---|---|---|
| Price | USDm | 800 | Tax rate | | 34% |
| Margin | % | 10% | Hyundai | | 10% |
| Cost | USDm | 720 | FX | | 1.7 |
| Cost overruns | % | 0% | Shares | | 280 |
| Real margin | % | 10% | Diluted | | 333 |
| Delivery | years | 4 | | | |

| Year | | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| Revenues | USDm | 200 | 200 | 200 | 200 |
| EBITDA | USDm | 20 | 20 | 20 | 20 |
| Tax | USDm | (7) | (7) | (7) | (7) |
| Free cash | USDm | 13 | 13 | 13 | 13 |
| Hyundai stake | USDm | (1) | (1) | (1) | (1) |
| OSX stake | USDm | 12 | 12 | 12 | 12 |
| OSX NPV | USDm | 38 | | | |
| OSX NPV | BRLm | 64 | | | |
| OSX NPV | BRL/sh | 0.23 | | | |
| OSX NPV | BRL/sh, diluted | 0.19 | | | |

Source: Company data, Credit Suisse estimates

However, assuming a 10% margin as a base case, it only takes a 12% cost-overrun for the contracts to destroy value, which is not uncommon in the oil industry (Exhibit 2). On the other hand, there is an argument to be made that a $800m/rig cost that is 30% higher than international benchmarks already incorporates the risks of building in Brazil.

**Exhibit 2: Sensitivity to NPV per share (R$/sh) to costs and delays**

| | | Cost overruns | | | | | |
|---|---|---|---|---|---|---|---|
| | | 0% | 5% | 10% | 15% | 20% | 25% |
| Years to build | 4 | 0.19 | 0.11 | 0.02 | (0.07) | (0.15) | (0.24) |
| | 5 | 0.18 | 0.10 | 0.02 | (0.06) | (0.15) | (0.23) |
| | 6 | 0.18 | 0.10 | 0.02 | (0.06) | (0.14) | (0.22) |
| | 7 | 0.17 | 0.09 | 0.02 | (0.06) | (0.13) | (0.21) |
| | 8 | 0.16 | 0.09 | 0.02 | (0.06) | (0.13) | (0.20) |

Source: Credit Suisse estimates

Equity markets have historically tended to pay for backlog growth up to the point where execution issues surface. And in construction, risks typically tend to arise in the last third

For the exclusive use of Natalie Calloway (ncalloway@compasslexecon.com) at Compass Lexecon LLC

on the contract, which in this case would be 2014. Therefore we think there is a good risk-reward to play the growth theme in OSX, even if one is more skeptical view on execution. Two other important aspects of the potential contract with Sete are: (1) in any bidding OSX is targeting for the shipyard to be working capital Neutral, so there should not be any risks relative to working capital needs, and (2) this potential third-party orders will not diminish OSX ability to execute for OGX when it comes to shipyard capacity – drillships will be built in the shipyard's drydock, which will not take any part into the FPSO construction process as OSX will already bring converted hulls from overseas.

## Who will pay the bill?

"Who will pay the bill" is a relevant question in our view, as Petrobras will pay Sete Brasil a dayrate of $530k/day, in line with international levels. At the same time, a construction cost of $800m (based on two recent orders to Keppel and Sembcorp Marine) that is 30% above international level means that the returns will likely not be adequate somewhere in the chain. There is a $3.0bn shipbuilding guarantee fund in the Sete Brasil structure, which we think will serve as a cushion for this imbalance. Exhibit 3 provides background on Sete's structure. Sete is a company owned by Petrobras, Brazilian pension funds and commercial banks and was specifically set up to open the market for locally built drilling rigs.

**Exhibit 3: Sete Brasil – ownership and operations structure**



Source: Credit Suisse research based on various industry sources

The original tender for the rigs started November 2009, for three packages: (i) 7x 10,000ft drillships, (ii) 2x deepwater rigs (semis or drillships) to be owned by Petrobras, and (iii) 19x deepwater rigs to be chartered by PBR. After much delay, EAS, as the sole company tendering, won the contract for the first 7 drillships in February 2011, for a building cost of $662m and operating dayrates between $430-475k/day. In October 2011, Petrobras opened the commercial bids for the remaining rigs, with trade press suggesting dayrates of $605-630k/day by Sete Brasil and Ocean Rig, with rig operators and shipyards associated with each bid (Exhibit 4). Petrobras then went into closed negotiations with both operators to lower down price. OSX did not appear in the supposed shipyard list despite the company being vocal about its participation, which is more evident now after Reuters mentioned a contract with OSX could be signed in a week. Brasil Energia trade press mentioned that OSX's two drillships could also be on top of the 21 awarded Friday.

**Exhibit 4: Proposals to Petrobras 21 rig tender**

| Unity type | # units | Rig company | Rig operator | Shipyard |
|---|---|---|---|---|
| Drillship | 3 | Sete Brasil | Odtfell | Jurong |
| Drillship | 3 | Sete Brasil | Seadrill | Jurong |
| Drillship | 5 | Sete Brasil | Etesco | Enseada do Paraguacu (2) and Rio Grande (3) |
| Drillship | 4 | Sete Brasil | Odebrecht | Enseada do Paraguacu |
| Drillship | 5 | Ocean Rig | Ocean Rig | Eisa and Maua |
| Semi-submersible | 3 | Sete Brasil | Queiroz Galvao | Brasfels |
| Semi-submersible | 2 | Sete Brasil | Petroserv | Brasfels |
| Semi-submersible | 1 | Sete Brasil | Odebrecht | Brasfels |

Source: ODS Petrodata, Brasil Energia

For the exclusive use of Natalie Calloway (ncalloway@compasslexecon.com) at Compass Lexecon LLC



13 February 2012

# OSX factsheet

**Exhibit 5: OSX factsheet**

| BASICS | | | |
|---|---|---|---|
| Sector | Oil&Gas/Services | Ticker | OSXB3 |
| Price (R$) | 14.8 | | |
| Target (R$) | 36.0 | | |
| Recommendation | | | OUTPERFORM |
| Mkt. cap. (R$ mn) | | | 4,146 |
| Average daily volume (US$ mn) | | | 10,870 |

| SHAREHOLDING STRUCTURE (mn shares) | | TOTAL | |
|---|---|---|---|
| Centennial Asset Mining Fund LLC. | | 6,857,189 | 61% |
| Eike Fuhrken Batista | | 1,964,042 | 18% |
| Management | | 23,572 | 0% |
| Free float | | 2,367,697 | 21% |
| TOTAL (mn shares) | | 11,212,500 | 100% |

**COMPANY DESCRIPTION**
OSX is a pre-operational company that aims to supply equipments and services to offshore oil and gas producers in Brazil. It will operate through three business units: Shipyard, Leasing and Operation & Maintenance Services

**POSITIVES**
US$ 30 bn potential backlog from agreement with OGX
Hyundai partnership
Strong outlook for offshore equipment in Brazil
Experienced management team

**NEGATIVES**
Environmental licenses could put business plan timeline at risk
Execution risks
Increasing competition

**OSX - MILESTONES (OSX original timeline)**

| | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Environmental licensing | | x | | | |
| Shipyard construction kick-off | | x | | | |
| Start-up of FPSO OSX 1 | | x | | | |
| Start-up of shipyard | | | | | x |
| Start-up of FPSO OSX 2 | | | | x | |
| 1st shipyard delivery-FPSO OSX 3 | | | | x | |
| Delivery of first WHP built by OSX | | | | x | |

**EXPECTED DELIVERIES TO OGX (CS schedule)**



| FINANCIAL METRICS (US$ mn) | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|
| Revenues | 111 | 207 | 444 | 860 | 979 | 1,779 |
| COGS | (17) | (35) | (73) | (124) | (128) | (236) |
| Operating expenses | (75) | (75) | (75) | (75) | (75) | (75) |
| EBIT | (2) | 68 | 174 | 395 | 470 | 917 |
| EBIT margin | -2% | 33% | 39% | 46% | 48% | 52% |
| EBITDA | 19 | 97 | 296 | 660 | 775 | 1,467 |
| EBITDA margin | 17% | 47% | 67% | 77% | 79% | 82% |
| Net financial result | 54 | 27 | 19 | (108) | (157) | (393) |
| Taxes | 0 | (53) | (133) | (194) | (315) | (279) |
| Net income | 56 | 31 | 35 | 57 | (61) | 193 |
| Net margin | 51% | 15% | 8% | 7% | -6% | 11% |
| # shares | 280 | 280 | 280 | 280 | 280 | 280 |
| EPS (US$) | 0.20 | 0.11 | 0.12 | 0.20 | (0.22) | 0.69 |
| NOPAT | (1) | 45 | 115 | 261 | 311 | 605 |
| Depreciation | (21) | (29) | (122) | (265) | (305) | (550) |
| Capex | (1,645) | (2,400) | (3,629) | (4,237) | (6,656) | (5,775) |
| FCF | (1,626) | (2,115) | (2,947) | (3,106) | (5,185) | (3,762) |
| Total assets | 4,437 | 7,617 | 10,818 | 14,503 | 20,201 | 25,016 |
| Cash | 857 | 1,665 | 1,360 | 1,073 | 420 | 10 |
| Working capital | 763 | 1,545 | 1,187 | 864 | 167 | (242) |
| PP&E | 3,500 | 5,871 | 9,378 | 13,349 | 19,701 | 24,926 |
| Net debt (cash) | 1,924 | 3,013 | 5,941 | 9,155 | 14,497 | 18,427 |
| Book value | 1,536 | 2,791 | 3,317 | 4,039 | 5,005 | 6,299 |
| Market cap. | 2,513 | 2,513 | 2,513 | 2,513 | 2,513 | 2,513 |
| EV | 4,437 | 5,526 | 8,453 | 11,667 | 17,009 | 20,940 |
| Invested capital | 3,460 | 5,804 | 9,258 | 13,194 | 19,501 | 24,726 |

| OPERATING METRICS | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|
| Expected units for OGX | 1 | 3 | 1 | 6 | 3 | 10 |
| FPSOs | 1 | 1 | 1 | 2 | 0 | 4 |
| WHPs | 0 | 2 | 0 | 4 | 3 | 5 |
| TLWPs | 0 | 0 | 0 | 0 | 0 | 1 |
| Expected units for third parties | - | - | - | - | - | - |

| LEVERAGE | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|
| Net debt / Equity | 125% | 108% | 179% | 227% | 290% | 293% |
| Net Debt / EBITDA | 101 | 31 | 20 | 14 | 19 | 13 |
| Capex / Operat.Cash Flow | 86.6 | 34.2 | 16.8 | 8.4 | 13.2 | 4.9 |

| RETURN/YIELD | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|
| ROIC | 0% | 1% | 1% | 2% | 2% | 2% |
| Cost of equity (Ke) | 11% | 11% | 11% | 11% | 11% | 11% |
| ROE | 4% | 1% | 1% | 1% | -1% | 3% |
| FCF Yield | (0.6) | (0.8) | (1.2) | (1.2) | (2.1) | (1.5) |

| VALUATION | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|
| EV / EBITDA | 234 | 57 | 29 | 18 | 22 | 14 |
| EV / IC | 1 | 1 | 1 | 1 | 1 | 1 |
| P/E | n.a. | n.a. | n.a. | n.a. | -41 | 13 |
| P/B | 2 | 1 | 1 | 1 | 1 | 0 |

*Source: Company data, Credit Suisse estimates*

For the exclusive use of Natalie Calloway (ncalloway@compasslexecon.com) at Compass Lexecon LLC

**CREDIT SUISSE**

13 February 2012

**Companies Mentioned**  *(Price as of 10 Feb 12)*
Keppel Corporation (KPLM.SI, S$10.82, OUTPERFORM, TP S$12.40, UNDERWEIGHT)
OGX (OGXP3, R$16.82, RESTRICTED [V])
OSX Brasil S.A. (OSXB3, R$14.30, OUTPERFORM [V], TP R$36.00)
Petrobras (PBR, $29.57, NEUTRAL, TP $34.00)

# Disclosure Appendix

## Important Global Disclosures

I, Emerson Leite, CFA, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

*See the Companies Mentioned section for full company names.*

### 3-Year Price, Target Price and Rating Change History Chart for OSXB3

| OSXB3 Date | Closing Price (R$) | Target Price (R$) | Rating | Initiation/ Assumption |
|---|---|---|---|---|
| 28-Apr-10 | 22.4 | 48 | O | X |
| 17-Jun-10 | 18.12 | 40.8 | | |
| 1-Aug-11 | 15.5 | 36 | | |



O=Outperform; N=Neutral; U=Underperform; R=Restricted; NR=Not Rated; NC=Not Covered

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities.

**Analysts' stock ratings are defined as follows:**
**Outperform (O):** The stock's total return is expected to outperform the relevant benchmark* by at least 10-15% (or more, depending on perceived risk) over the next 12 months.
**Neutral (N):** The stock's total return is expected to be in line with the relevant benchmark* (range of ±10-15%) over the next 12 months.
**Underperform (U):** The stock's total return is expected to underperform the relevant benchmark* by 10-15% or more over the next 12 months.
*Relevant benchmark by region: As of 29th May 2009, Australia, New Zealand, U.S. and Canadian ratings are based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe**, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. Some U.S. and Canadian ratings may fall outside the absolute total return ranges defined above, depending on market conditions and industry factors. For Latin American, Japanese, and non-Japan Asia stocks, ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark; for European stocks, ratings are based on a stock's total return relative to the analyst's coverage universe**. For Australian and New Zealand stocks, 12-month rolling yield is incorporated in the absolute total return calculation and a 15% and a 7.5% threshold replace the 10-15% level in the Outperform and Underperform stock rating definitions, respectively. The 15% and 7.5% thresholds replace the +10-15% and -10-15% levels in the Neutral stock rating definition, respectively.
**An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.
**Restricted (R):** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.
**Volatility Indicator [V]:** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

**Analysts' coverage universe weightings are distinct from analysts' stock ratings and are based on the expected performance of an analyst's coverage universe* versus the relevant broad market benchmark**:**
**Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.
*An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.

For the exclusive use of Natalie Calloway (ncalloway@compasslexecon.com) at Compass Lexecon LLC

**CREDIT SUISSE**

13 February 2012

*\*\*The broad market benchmark is based on the expected return of the local market index (e.g., the S&P 500 in the U.S.) over the next 12 months.*

**Credit Suisse's distribution of stock ratings (and banking clients) is:**

**Global Ratings Distribution**
| | | |
|---|---|---|
| **Outperform/Buy\*** | 46% | (60% banking clients) |
| **Neutral/Hold\*** | 42% | (56% banking clients) |
| **Underperform/Sell\*** | 10% | (51% banking clients) |
| **Restricted** | 2% | |

*\*For purposes of the NYSE and NASD ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.*

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: http://www.csfb.com/research-and-analytics/disclaimer/managing_conflicts_disclaimer.html

Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

*See the Companies Mentioned section for full company names.*
**Price Target:** (12 months) for (OSXB3)
**Method:** Our R$36/share target price for OSX is based on a DCF (discounted cash flow) model using a Ke (Cost of Equity) of 10% in real terms and no perpetuity.
**Risks:** Risks to our R$36/share target price for OSX include (1) non-obtention of environmental license to build its shipyard, (2) exploratory uncertainties which affect demand from OGX, (3) execution of complex business plan, (4) changes in regulatory environment and (5) increase in competition.

Please refer to the firm's disclosure website at www.credit-suisse.com/researchdisclosures for the definitions of abbreviations typically used in the target price method and risk sections.

**Important Regional Disclosures**

Singapore recipients should contact a Singapore financial adviser for any matters arising from this research report.

The analyst(s) involved in the preparation of this report have not visited the material operations of the subject company (OSXB3) within the past 12 months.

Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.

Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.

For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit http://www.csfb.com/legal_terms/canada_research_policy.shtml.

As of the date of this report, Credit Suisse acts as a market maker or liquidity provider in the equities securities that are the subject of this report.

Principal is not guaranteed in the case of equities because equity prices are variable.

Commission is the commission rate or the amount agreed with a customer when setting up an account or at anytime after that.

Emerson Leite, CFA & Andre Sobreira, each certify that
(1) The views expressed in this report solely and exclusively reflect my personal opinions and have been prepared independently, including with respect to Banco de Investimentos Credit Suisse (Brasil) S.A. or its affiliates ("Credit Suisse").
(2) Part of my compensation is based on various factors, including the total revenues of Credit Suisse, but no part of my compensation has been, is, or will be related to the specific recommendations or views expressed in this report.
In addition, Credit Suisse declares that:
Credit Suisse has provided, and/or may in the future provide investment banking, brokerage, asset management, commercial banking and other financial services to the subject company/companies or its affiliates, for which they have received or may receive customary fees and commissions, and which constituted or may constitute relevant financial or commercial interests in relation to the subject company/companies or the subject securities.
Emerson Leite, CFA, is the responsible analyst for this report according to Instruction CVM 483.
Taiwanese Disclosures: Reports written by Taiwan-based analysts on non-Taiwan listed companies are not considered recommendations to buy or sell securities under Taiwan Stock Exchange Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers.

To the extent this is a report authored in whole or in part by a non-U.S. analyst and is made available in the U.S., the following are important disclosures regarding any non-U.S. analyst contributors:

For the exclusive use of Natalie Calloway (ncalloway@compasslexecon.com) at Compass Lexecon LLC

**CREDIT SUISSE**

13 February 2012

The non-U.S. research analysts listed below (if any) are not registered/qualified as research analysts with FINRA. The non-U.S. research analysts listed below may not be associated persons of CSSU and therefore may not be subject to the NASD Rule 2711 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.
- Emerson Leite, CFA, non-U.S. analyst, is a research analyst employed by Banco de Investimentos Credit Suisse (Brasil) S.A. or its affiliates.
- Andre Sobreira, non-U.S. analyst, is a research analyst employed by Banco de Investimentos Credit Suisse (Brasil) S.A. or its affiliates.

For Credit Suisse disclosure information on other companies mentioned in this report, please visit the website at www.credit-suisse.com/researchdisclosures or call +1 (877) 291-2683.
Disclaimers continue on next page.

For the exclusive use of Natalie Calloway (ncalloway@compasslexecon.com) at Compass Lexecon LLC

This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse AG, the Swiss bank, or its subsidiaries or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. CS does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change.

CS believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources CS believes are reliable, but CS makes no representations as to their accuracy or completeness. Additional information is available upon request. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, a trading call regarding this security. Trading calls are short term trading opportunities based on market events and catalysts, while stock ratings reflect investment recommendations based on expected total return over a 12-month period as defined in the disclosure section. Because trading calls and stock ratings reflect different assumptions and analytical methods, trading calls may differ directionally from the stock rating. In addition, CS may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. CS is involved in many businesses that relate to companies mentioned in this report. These businesses include specialized trading, risk arbitrage, market making, and other proprietary trading.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgement at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase.

Some investments discussed in this report have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment, in such circumstances you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in Europe (except Switzerland) by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is regulated in the United Kingdom by The Financial Services Authority ("FSA"). This report is being distributed in Germany by Credit Suisse Securities (Europe) Limited Niederlassung Frankfurt am Main regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). This report is being distributed in the United States by Credit Suisse Securities (USA) LLC ; in Switzerland by Credit Suisse AG; in Canada by Credit Suisse Securities (Canada), Inc.; in Brazil by Banco de Investimentos Credit Suisse (Brasil) S.A. or its affiliates; in Mexico by Banco Credit Suisse (México), S.A. (transactions related to the securities mentioned in this report will only be effected in compliance with applicable regulation); in Japan by Credit Suisse Securities (Japan) Limited, Financial Instrument Firm, Director-General of Kanto Local Finance Bureau (Kinsho) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan, Japan Securities Investment Advisers Association, Type II Financial Instruments Firms Association; elsewhere in Asia/Pacific by whichever of the following is the appropriately authorised entity in the relevant jurisdiction: Credit Suisse (Hong Kong) Limited, Credit Suisse Equities (Australia) Limited , Credit Suisse Securities (Thailand) Limited, Credit Suisse Securities (Malaysia) Sdn Bhd, Credit Suisse AG, Singapore Branch, Credit Suisse Securities (India) Private Limited regulated by the Securities and Exchange Board of India (registration Nos. INB230970637; INF230970637; INB010970631; INF010970631), having registered address at 9th Floor, Ceejay House,Dr.A.B. Road, Worli, Mumbai - 18, India, T- +91-22 6777 3777, Credit Suisse Securities (Europe) Limited, Seoul Branch, Credit Suisse AG, Taipei Securities Branch, PT Credit Suisse Securities Indonesia, Credit Suisse Securities (Philippines ) Inc., and elsewhere in the world by the relevant authorised affiliate of the above. Research on Taiwanese securities produced by Credit Suisse AG, Taipei Securities Branch has been prepared by a registered Senior Business Person.  Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn. Bhd., to whom they should direct any queries on +603 2723 2020.

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CS entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse Securities (USA) LLC in the U.S.

Please note that this report was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA or in respect of which the protections of the FSA for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

Any Nielsen Media Research material contained in this report represents Nielsen Media Research's estimates and does not represent facts. NMR has neither reviewed nor approved this report and/or any of the statements made herein.

If this report is being distributed by a financial institution other than Credit Suisse AG, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse AG, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content.

Copyright 2012 CREDIT SUISSE AG and/or its affiliates.  All rights reserved.

**CREDIT SUISSE SECURITIES (USA) LLC**
United States of America: +1 (212) 325-2000