**KEPPEL OPP'N EXH. 42**

1          CONFIDENTIAL - ALVIN R. ALBE, JR.
2     UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
3     Case No. 18-CV-01047 (PGG)
      ------------------------------------------X
4     EIG ENERGY FUND XIV, L.P.,
5     EIG ENERGY FUND XIV-A, L.P.,
6     EIG ENERGY FUND XIV-B, L.P.,
7     EIG ENERGY FUND XIV (CAYMAN), L.P.,
8     EIG ENERGY FUND XV, L.P.,
9     EIG ENERGY FUND XV-A, L.P.,
10    EIG ENERGY FUND XV-B, L.P., and
11    EIG ENERGY FUND XV (CAYMAN), L.P.,
12                         Plaintiffs,
13         - against -
14    KEPPEL OFFSHORE & MARINE LTD.,
15                         Defendant.
      ------------------------------------------X
16
17
18           * * * CONFIDENTIAL * * *
19      DEPOSITION VIA ZOOM VIDEOCONFERENCING
20                    OF
21            ALVIN R. ALBE, JR.
22         Thursday, August 5, 2021
23
24    Reported By:
      LINDA J. GREENSTEIN
25

Page 22

1        CONFIDENTIAL - ALVIN R. ALBE, JR.
2    XIV and XV, have you received updates about
3    the status of this litigation?
4         A.    Yes.
5         Q.    And can you describe what those
6    updates say?
7         A.    Not specifically, no.
8               Generally, I was aware that
9    there was a problem with the investment and
10   there was some litigation involved.
11              But other than knowing there was
12   litigation involved, I didn't really pursue
13   anything or probe into it.
14              MR. KUMAGAI:  Okay.  I'd like to
15       mark a document that's been previously
16       introduced as Defendant Exhibit 38.
17                   (Previously marked
18       Defendant Exhibit 38 for
19       identification shown to the witness.)
20              THE WITNESS:  Is something
21       supposed to be happening?
22              MR. KUMAGAI:  Yes.  It might
23       take a minute, Alvin, to load up.  If
24       you hit "refresh," you might see it.
25              THE WITNESS:  Hit "refresh"...

Page 23

1         CONFIDENTIAL - ALVIN R. ALBE, JR.
2              MR. KUMAGAI:  Or if you click on
3         that folder to the left that says
4         "Marked Exhibit" again.
5              THE WITNESS:  There it is.
6         Okay.  Got it.
7              So you want me to open this?
8              MR. KUMAGAI:  Yes, please.
9              THE WITNESS:  Okay.
10   BY MR. KUMAGAI:
11        Q.   Do you recognize this document,
12   Mr. Albe, which is a document that's marked
13   Defendant Exhibit 38?
14        A.   No, I don't recognize it.
15        Q.   It appears to be a meeting
16   invitation for an investment committee
17   meeting for Fund XIV on June 27, 2011.
18             Do you see that?
19        A.   Yes.
20        Q.   Does this refresh your
21   recollection in any way about the
22   meeting --
23        A.   No.
24        Q.   The answer is no?
25        A.   No.

Page 24

CONFIDENTIAL - ALVIN R. ALBE, JR.

1
2  Q. What, if anything, do you recall
3  about the two meetings where the Funds XIV
4  and XV investment committees approved the
5  investments in Sete Brazil?
6  A. I don't recall anything.
7  Q. Do you recall whether any
8  shipyards were discussed at either of those
9  two meetings?
10 A. No.
11 Q. Did anyone discuss risks of
12 corruption or bribery associated with the
13 investments in Sete Brazil?
14 A. I don't recall.
15 Q. Was any Keppel entity discussed
16 at any EIG investment committee meeting
17 that you attended?
18 A. I don't recall.
19         MR. KUMAGAI: I'd like to
20     introduce another document. Tab 9.
21         This will take a minute.
22         THE WITNESS: So I should
23     click --
24         MR. KUMAGAI: You can close that
25     one, yeah.

Page 25

1  CONFIDENTIAL - ALVIN R. ALBE, JR.
2          THE WITNESS:  Okay.
3          MR. KUMAGAI:  I'd like to
4  introduce a document with the Bates
5  stamp TCW --
6          THE WITNESS:  Hold on.  I'll hit
7  the "refresh" again.  There it is.
8  All right.
9          MR. KUMAGAI:  You got it?  Okay.
10         So I'm just introducing a
11 document with the Bates stamp TCW 165,
12 which has been marked as Defendant
13 Exhibit 118.
14              (Defendant Exhibit 118
15 marked for identification, one-page
16 document, e-mail dated 9/14/11 from
17 Blair Thomas to Alvin Albe and Jeffrey
18 Anderson, production numbers
19 TCW_00000165.)
20         MR. KUMAGAI:  This appears to be
21 an e-mail from Blair Thomas to Alvin
22 Albe and Jeffrey Anderson dated
23 September 14, 2011, with the subject
24 line, "Fund XIV & XV Investment
25 Committees."

Page 26

1        CONFIDENTIAL - ALVIN R. ALBE, JR.
2   BY MR. KUMAGAI:
3        Q.    Mr. Albe, do you recognize this
4   e-mail?
5        A.    No.
6        Q.    Sitting here today, can you
7   describe what this e-mail is?
8             MR. SIVAN:  Objection to form.
9        A.    Well, he's calling a investment
10  committee meeting, and it says that some of
11  the items "involve top-ups or modification
12  to existing portfolio investments," which
13  -- okay.
14            There's nothing on -- nothing
15  unusual about this, you know, memo or
16  anything that I recollect as unusual.
17       Q.    Do you understand what Mr.
18  Thomas meant by "top-ups or modifications
19  to existing portfolio investments"?
20            MR. SIVAN:  Objection.
21            Calls for speculation.
22       A.    No, I don't -- no, I don't know
23  specifically what that means.
24       Q.    You don't understand what a
25  top-up to an existing portfolio investment

```
                                                    Page 41
 1          CONFIDENTIAL - ALVIN R. ALBE, JR.
 2              C E R T I F I C A T E
 3
 4        I, Linda J. Greenstein, Professional
 5   Shorthand Reporter and Notary Public in and
 6   for the State of New York, do hereby
 7   certify that, ALVIN R. ALBE, JR., the
 8   witness whose deposition is hereinbefore
 9   set forth, was duly sworn and that such
10   deposition is a true record of the
11   testimony given by the witness to the best
12   of my skill and ability.
13        I further certify that I am neither
14   related to or employed by any of the
15   parties in or counsel to this action, nor
16   am I financially interested in the outcome
17   of this action.
18        IN WITNESS WHEREOF, I have hereunto set
19   my hand this 10th day of August 2021.
20
21
        [signature: Linda Greenstein]
22   Linda J. Greenstein
23
24   My commission expires:    January 30, 2025
25
```