**KEPPEL OPP'N EXH. 43**

```
 1              C O N F I D E N T I A L
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------x
      EIG ENERGY FUND XIV, L.P.,
 4    EIG ENERGY FUND XIV-A, L.P,
      EIG ENERGY FUND XIV-B, L.P.,
 5    EIG ENERGY FUND XIV (CAYMAN),
      EIG ENERGY FUND XV, L.P.,
 6    EIG ENERGY FUND XV-A, L.P.,
      EIG ENERGY FUND XV-B, L.P.,
 7    EIG ENERGY FUND (CAYMAN), L.P.,
 8              Plaintiffs,
 9                   Case No.18-cv-01047 (PGG)
            -v-
10
      KEPPEL OFFSHORE & MARINE LTD.,
11
                Defendant.
12    ------------------------------------x
                 July 22, 2021
13
                 10:20 a.m.
14
15       REMOTE DEPOSITION of JEFFERY ANDERSON,
16    taken by Counsel for Defendant, pursuant
17    to Subpoena, dated 05/05/2021, via Zoom,
18    before Amy Klein Campion, a Shorthand
19    Reporter and Notary Public within and for
20    the State of New York.
21
22
23
24
25
```

```
                                              Page 20
 1            J. ANDERSON - CONFIDENTIAL
 2   of Arizona and graduated with a degree in
 3   mechanical engineering and I also
 4   attended -- I also have an MBA and I
 5   attended first the University of Southern
 6   California and a year at University of
 7   Colorado to finish the degree.
 8        Q.    Approximately, when did you join
 9   TCW?
10        A.    August of 2000.
11        Q.    Before that, can you just
12   describe the places you worked?
13        A.    Yes, I can.  So on graduation I
14   joined Atlantic Richfield Company, also
15   referred to as ARCO, and I worked there
16   until joining TCW.
17        Q.    And that was an investment firm
18   as well?
19        A.    No, it's not.  It's an energy
20   company.
21        Q.    Okay.  Did you have some sort of
22   engineering role there?
23        A.    That's correct.
24        Q.    And, again, at a high level, can
25   you walk me through the various positions
```

Page 21

1       J. ANDERSON - CONFIDENTIAL
2  that you have held at TCW since joining in
3  August of 2000?
4       A.   Yes, I can.
5            So I joined as a member of the
6  Middle East Group at TCW.  And then when a
7  French bank called Société Générale
8  purchased a controlling interest in the
9  firm I became the TCW representative at
10 the French bank based in Paris.
11           And upon returning back to
12 Los Angeles after that assignment, I
13 rejoined or continued my role with the
14 Middle East Group and I also became head
15 of Corporate Development at TCW.  And I'm
16 currently a member of the Middle East
17 Group.
18      Q.   Thank you.  Have you been based
19 in LA the whole time?
20      A.   No.
21      Q.   Where else?  What other offices
22 have you worked at?
23      A.   Well, I was the TCW
24 representative to Société Générale, I was
25 based in Paris.

```
                                              Page 22
 1         J. ANDERSON - CONFIDENTIAL
 2             THE REPORTER:  Sorry, can you
 3     repeat that again?  I did not
 4     understand.
 5             MR. KUMAGAI:  It's Société
 6     Générale.
 7             THE WITNESS:  Yeah.
 8  BY MR. KUMAGAI:
 9     Q.    Do you speak Portuguese or can
10  you read or write Portuguese?
11     A.    No.
12     Q.    What roles, if any, have you had
13  in connection with EIG?
14     A.    I was on the Investment
15  Committee.
16     Q.    Is that your only connection to
17  EIG?
18     A.    Correct, yes.
19     Q.    Approximately, from when to when
20  did you serve on the Investment Committee?
21     A.    I don't recall exactly when that
22  occurred.
23     Q.    Yeah, my question is just
24  approximately when.
25     A.    Probably from 2007 to 2012,
```

1        J. ANDERSON - CONFIDENTIAL

2  roughly.

3      Q.   And by "Investment Committee,"

4  are you referring to the Investment

5  Committee that oversaw the investments for

6  Funds XIV and XV?

7      A.   I'm referring to a role in the

8  Investment Committee in which many

9  funds -- EIG funds were involved.

10     Q.   And among those funds were XIV

11 and XV; is that right?

12     A.   Yes.

13     Q.   Do you recall what other funds

14 the Investment Committee was responsible

15 for?

16         MR. SIVAN:  Objection to form.

17     A.   I have a partial recognition.

18     Q.   Can you provide that?

19     A.   Yes, I can.  Fund X, probably

20 some CLOs that EIG did and that's --

21 that's what comes to mind.

22     Q.   Okay.  So Fund X, Fund XIV and

23 Fund XV and some CLOs.  Is that the -- are

24 those the funds you can recall?

25     A.   Yes.

```
                                              Page 24
 1              J. ANDERSON - CONFIDENTIAL
 2       Q.     Did you understand whether the
 3   Investment Committee for Fund XIV and Fund
 4   XV were different committees as opposed to
 5   the same committee?
 6       A.     Can you repeat the question,
 7   please?
 8       Q.     Was your understanding that it
 9   was just one committee that oversaw Funds
10   XIV and XV are two separate committees?
11       A.     Separate.
12       Q.     And were the committees
13   different in any way?
14       A.     I don't recall if they were
15   different.
16       Q.     Can you describe your role as a
17   member of the Investment Committee?
18       A.     Yes.  So my role was as a
19   regular Investment Committee member.  And
20   we engaged in the review of investments as
21   we did for other proposals.
22       Q.     And can you just describe a
23   little bit more what that review involved?
24       A.     The review involved receiving
25   and reviewing an investment proposal from
```

                                                    Page 27

1        J. ANDERSON - CONFIDENTIAL
2    the decision-making bodies for Funds XIV
3    and XV?
4        A.    I don't understand the question.
5        Q.    What part of it don't you
6    understand?
7        A.    What's an investment -- what is
8    a decision-making body?
9        Q.    What's your understanding of
10   what that term means?
11       A.    I don't know what it means.
12       Q.    You never heard that before?
13       A.    No, I've heard it before.
14       Q.    Okay.  And did you understand it
15   when you heard it before?
16             MR. SIVAN:  Objection.
17             Dave, can you just rephrase the
18       question?
19             MR. KUMAGAI:  I think he knows
20       what it means.
21   BY MR. KUMAGAI:
22       Q.    As a member of the -- strike
23   that.
24             During your time on the
25   investment committees for Funds XIV and

```
                                              Page 28
 1          J. ANDERSON - CONFIDENTIAL
 2   XV, about how many investment proposals
 3   did you review?
 4        A.    I don't recall exactly.  I don't
 5   know.
 6        Q.    Do you have a ballpark?
 7        A.    20, 30 per fund.  Something like
 8   that.
 9        Q.    What was your understanding of
10   the purpose of the investment committees?
11        A.    To provide an independent view
12   of the investment proposal.
13        Q.    And when you are referring to
14   the "investment proposal," is that the
15   same as an investment recommendation?
16        A.    They are different terms.
17        Q.    Okay.  So what's the difference?
18        A.    A proposal is a description of
19   the investment.  A recommendation is a --
20   a recommendation as to how to proceed.
21        Q.    Okay. (Laughter.)
22              When you were on the Investment
23   Committee, you received documents prior to
24   Investment Committee meetings; is that
25   right?
```

Page 29

1        J. ANDERSON - CONFIDENTIAL
2     A.    Yes.
3     Q.    And were sometimes they
4  described as investment proposals and
5  other times investment recommendations?
6  Or are the terms synonymous for purposes
7  of the documents sent to the committees
8  before the meetings?
9     A.    I don't recall if they were
10 entitled.
11    Q.    Do you recall any Investment
12 Committee meetings where the subjects of
13 corruption risks or bribery risks were
14 discussed?
15          MR. SIVAN:  Objection to form.
16    A.    There were none.
17    Q.    And so it never came up at any
18 of the Investment Committee meetings that
19 you attended; is that your testimony?
20    A.    Yes.
21    Q.    Why wouldn't that subject be
22 discussed at those meetings?
23          MR. SIVAN:  Objection to form.
24    A.    It didn't come up.  I don't know
25 why.

```
                                           Page 30
 1          J. ANDERSON - CONFIDENTIAL
 2      Q.     Did you ever ask any questions
 3  at any Investment Committee meeting about
 4  corruption or bribery?
 5          MR. SIVAN:  Objection to form.
 6      A.     I don't recall.
 7      Q.     Are you familiar with an entity
 8  called Sete Brasil?
 9      A.     No.
10      Q.     Is it your testimony that you've
11  never heard of the entity Sete, S-e-t-e,
12  Brasil, B-r-a-s-i-l?
13      A.     To the best of my recollection,
14  yes.
15      Q.     Have you ever heard of an entity
16  called Petrobrás?
17      A.     Yes.
18      Q.     Can you describe for me the
19  context in which you heard of the entity
20  Petrobrás?
21      A.     Yes, I can.  Mostly in the
22  context of an issuer of debt in
23  international markets.
24      Q.     And is that the entirety of your
25  familiarity with Petrobrás?
```

Page 31

1          J. ANDERSON - CONFIDENTIAL
2              MR. SIVAN:  Objection to form.
3      A.    It's most of it.
4      Q.    Okay.  What else do you know
5  about Petrobrás?
6      A.    It's the national oil company of
7  Brazil.
8      Q.    Is that it?
9      A.    Yes.
10     Q.    During your time at TCW and your
11 time as a member of the investment
12 committees of EIG, do you recall ever
13 discussing any investments related to
14 Petrobrás?
15     A.    Yes.
16     Q.    What investments are those?
17     A.    Investments in the debt issued
18 by Petrobrás.
19     Q.    Are those investments that were
20 ultimately made either by TCW or EIG?
21     A.    Yes.
22     Q.    Approximately, when were those
23 investments made?
24     A.    I don't recall.
25     Q.    I'm just asking for a ballpark

1              * * CONFIDENTIAL * *
2            C E R T I F I C A T E
3     STATE OF NEW YORK     )
4                           : ss.
5     COUNTY OF NEW YORK    )
6             I, AMY KLEIN CAMPION, a
7     Shorthand Reporter and Notary Public
8     within and for the State of New York,
9     do hereby certify:
10            That JEFFREY ANDERSON, the
11    witness whose deposition is
12    hereinbefore set forth, was duly sworn
13    by me and that such deposition is a
14    true record of the testimony given by
15    the witness.
16            I further certify that I am
17    not related to any of the parties to
18    this action by blood or marriage, and
19    that I am in no way interested in the
20    outcome of this matter.
21            IN WITNESS WHEREOF, I have
22    hereunto set my hand this 9th day of
23    August, 2021.
24    *(signature)*
25        AMY KLEIN CAMPION