# KEPPEL OPP'N EXH. 47

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 18-cv-01047 (PGG)
 5   ----------------------------------x
     EIG ENERGY FUND XIV, L.P.,
 6   EIG ENERGY FUND XIV-A, L.P.,
     EIG ENERGY FUND XIV-B, L.P.,
 7   EIG ENERGY FUND XIV (CAYMAN), L.P.,
     EIG ENERGY FUND XV, L.P.,
 8   EIG ENERGY FUND XV-A, L.P.
     EIG ENERGY FUND XV-B, L.P.
 9   EIG ENERGY FUND XV (CAYMAN), L.P.
10                      Plaintiffs,
11        -against-
12   KEPPEL OFFSHORE & MARINE LTD.,
13                      Defendant.
     ----------------------------------x
14
15       * * * CONFIDENTIAL * * *
16        VIRTUAL ZOOM DEPOSITION
17            CHIN HUA LOH
18            July 9, 2021
19
20
21
22   Reported By:
23   Erica Ruggieri, CSR, RPR
24   Job No: 4662398
25
```

Page 16

1                HUA - CONFIDENTIAL
2       second paragraph on that page says,
3       "SeteBrasil's project involves a
4       long-term financing structure with a
5       total value of U.S. $20 billion, an
6       amount which will benefit 21 rigs of
7       the 29 drilling units under
8       construction by the company.
9       Besides this batch, another two
10      lines of credit are expected, the
11      second is structured by BNDES, and
12      the third by Merchant Marine Fund,"
13      FMN -- "FMM.  Both are scheduled to
14      be signed this year."
15           Do you see that, sir?
16        A.   Yes, I do.
17        Q.   The next paragraph goes on
18      to write, "The second batch from
19      BNDES will involve an amount of
20      approximately U.S. $8.2 billion,
21      benefiting a total of at least 12
22      rigs with delivery scheduled for the
23      2017-the 2018 term."
24           Do you see that, sir?
25        A.   Yes, I do.

```
                                      Page 17

 1              HUA - CONFIDENTIAL
 2        Q.    And then the third
 3   paragraph, the first sentence
 4   states, "Worth approximately U.S.
 5   $5.5 billion, the third batch is
 6   expected to be signed in May, which
 7   is before the second lot."
 8        Do you see that?
 9        A.    I do see it, yeah.
10        Q.    Okay.  So Mr. Loh, securing
11   long-term financing from BNDES was
12   absolutely critical to the survival
13   of Sete, right, sir?
14        A.    Well, I -- I recall that
15   when the oil price started to shift
16   downwards in around middle of 2014,
17   it caused quite a lot of distress in
18   the industry and as a result credit
19   financing was tight.
20        I think there was certainly a
21   concern that if Sete did not get the
22   financing they required, you know,
23   the yachts will not get paid.
24        Q.    Right.  BNDES was going to
25   finance almost $20 billion of
```

Page 18

1               HUA - CONFIDENTIAL
2       long-term debt for Sete, right, sir?
3            A.    Based on the report here I
4       only am aware of, you know, from
5       what I recollect, and this is some
6       time ago, that we were watching the
7       BNDES funding quite closely because
8       at that point in time, I believe, I
9       believe, that payment had stopped
10      coming in for the rigs that we were
11      building.
12           Q.    You knew, didn't you, sir,
13      that without long-term financing
14      Sete could not survive, right, sir?
15           A.    Well, I'm not in a position
16      to comment because I'm not familiar
17      with the financial position of Sete.
18      I think at that point in time I -- I
19      think we were just concerned that
20      the payments were not coming in for
21      our rigs.  And I think the BNDES --
22      from the e-mail that you just showed
23      me, the BNDES funding or the loan
24      from BNDES seems to be quite
25      critical in order for Sete to

Page 19

```
 1              HUA - CONFIDENTIAL
 2      continue funding the milestone
 3      payments to the shipyards.
 4          Q.   All right.  I'm going to
 5      mark another exhibit.
 6              All right, sir, I have
 7      introduced Plaintiffs' 61.  Let me
 8      know when you have it.
 9          A.   I have that.
10              (Loh Exhibit 61, E-mail from
11       Chin Loh Hua to Y.Y. Chow, Bates
12       Keppel 6158, marked for
13       identification, as of this date.)
14          Q.   Plaintiffs' 61 is a single
15      page document dated -- with the
16      Bates stamp Keppel 6158.  And this
17      is an e-mail that you sent on
18      February 4th, 2015, to
19      Mr. Y.Y. Chow, correct?
20          A.   Yes, appears to be.
21          Q.   Okay.  And what was
22      Mr. Chow's position at this time?
23          A.   Mr. Chow at that time was
24      the CEO of Keppel Offshore & Marine.
25          Q.   And you write to Mr. Chow,
```

Page 20

|   |   |
|---|---|
| 1 | HUA - CONFIDENTIAL |
| 2 | "Any further update on Sete |
| 3 | financing deal the BNDES?" |
| 4 | Do you see that, sir? |
| 5 | A. Yes, I do see that. |
| 6 | Q. And you were asking this |
| 7 | question because you were concerned |
| 8 | about getting payment from Sete for |
| 9 | the shipbuilding that one of Keppel |
| 10 | Corp.'s affiliates was doing in |
| 11 | Brazil, right, sir? |
| 12 | A. It would appear to be. As |
| 13 | I said earlier, there were some |
| 14 | concerns at that point in time on |
| 15 | payments of the milestone payments |
| 16 | for the rigs. |
| 17 | Q. All right. I'm going to |
| 18 | mark another exhibit. Let me know |
| 19 | when you have Plaintiffs' 62. |
| 20 | A. Yes, I have Exhibit 62. |
| 21 | (Loh Exhibit 62, E-mail from |
| 22 | Chin Loh Hua to Mr. Wang, Bates |
| 23 | Keppel 440618 through 623, marked |
| 24 | for identification, as of this |
| 25 | date.) |

Page 46

```
 1
 2   STATE OF NEW YORK        )
 3                   ss.:
 4   COUNTY OF NEW YORK       )
 5
 6         I, ERICA L. RUGGIERI, RPR and a
 7   Notary Public within and for the State
 8   of New York, do hereby certify:
 9         That I reported the proceedings
10   in the within-entitled matter, and
11   that the within transcript is a true
12   record of such proceedings.
13         I further certify that I am not
14   related by blood or marriage, to any
15   of the parties in this matter and
16   that I am in no way interested in the
17   outcome of this matter.
18         IN WITNESS WHEREOF, I have
19   hereunto set my hand this 9th day of
20   July, 2021.
21
22         [signature: Erica Ruggieri]
23      ERICA L. RUGGIERI, RPR, CSR, CLR
24
25
```