**KEPPEL OPP'N EXH. 49**

CONFIDENTIAL

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 18-cv-01047 (PGG)
 5   ---------------------------------x
     EIG ENERGY FUND XIV, L.P.,
 6   EIG ENERGY FUND XIV-A, L.P.,
     EIG ENERGY FUND XIV-B, L.P.,
 7   EIG ENERGY FUND XIV (CAYMAN), L.P.,
     EIG ENERGY FUND XV, L.P.,
 8   EIG ENERGY FUND XV-A, L.P.
     EIG ENERGY FUND XV-B, L.P.
 9   EIG ENERGY FUND XV (CAYMAN), L.P.
10                      Plaintiffs,
11         -against-
12   KEPPEL OFFSHORE & MARINE LTD.,
13                      Defendant.
     ---------------------------------x
14
15       * * * CONFIDENTIAL * * *
16       VIRTUAL ZOOM DEPOSITION
17            AZIZ MERCHANT
18            July 2, 2021
19
20
21
22   Reported By:
23   Erica Ruggieri, CSR, RPR
24   Job No: 4662393
25
```

1            MERCHANT - CONFIDENTIAL
2       fuzzy on my end.  I can hear you,
3       like I can hear what you are saying
4       but maybe just lean in a little
5       bit.
6            Q.    Can you hear me better now?
7            A.    Yes.
8            Q.    Have you ever been deposed
9       before, Mr. Merchant?
10           A.    I don't understand what you
11      mean deposed.  Can you talk a bit
12      slower?  I mean you are talking too
13      fast and it's muffling.
14           Q.    Have you ever been a
15      witness in a deposition before?
16           A.    No.  This is my first time.
17           Q.    Have you ever given sworn
18      testimony before?
19           A.    No.
20           Q.    What did you do to prepare
21      for this deposition?
22           A.    Yesterday I had a session
23      with my counsel.
24           Q.    Who was present?
25           A.    David and Brent.

Page 12

1           MERCHANT - CONFIDENTIAL
2        Q.    Was anyone else there?
3        A.    I think it was Madeleine
4    Xu.
5        Q.    Have you spoken to anyone
6    else besides your lawyers before
7    this deposition?
8        A.    No.
9        Q.    Where were you born and
10   raised, Mr. Merchant?
11       A.    I was born Singapore and
12   raised in Singapore.
13       Q.    What is your educational
14   background?
15       A.    I have a Master of Science
16   in architectural engineering from UC
17   College London.  And I also have a
18   Bachelor of Engineering in naval
19   architecture and ocean engineering
20   from University of Glasgow,
21   Scotland.
22       Q.    Where did you work after
23   completing your education?
24       A.    So after completing my
25   education I work for Keppel FELS.

1     MERCHANT - CONFIDENTIAL
2     That was in 1993.
3          Q.   What roles have you had at
4     Keppel FELS?
5          A.   My roles in Keppel FELS
6     have all been technical.  So in 1993
7     I join as a graduate engineer.  And
8     then roses, then became a technical
9     manager.
10         Q.   When did you become a
11    technical manager?
12         A.   I can't remember.  It must
13    be sometime around 1995.
14         Q.   And what is Keppel FELS?
15         A.   Keppel FELS is another unit
16    of Keppel Offshore & Marine that
17    does rig building.
18         Q.   Were you promoted from your
19    position as technical manager at
20    Keppel FELS?
21         A.   Okay.  So what happened was
22    that after in 19, if I'm not
23    mistaken '97, '98 I left Keppel FELS
24    to join the American Bureau of
25    Shipping in London as a principal

|   |   |
|---|---|
| 1 | MERCHANT - CONFIDENTIAL |
| 2 | engineer.  After as my role as a |
| 3 | technical manager in Keppel FELS. |
| 4 | And then I return back in 2001 to |
| 5 | Keppel FELS as general manager of |
| 6 | engineering. |
| 7 | Q.   How long did you have that |
| 8 | title for? |
| 9 | A.   How long I had this title |
| 10 | for.  I had this title for the last, |
| 11 | I can't recall it myself, for the |
| 12 | last 14 years.  14 or 15 years. |
| 13 | Q.   Were you promoted to |
| 14 | executive director of engineering? |
| 15 | A.   Yeah.  That was basically |
| 16 | 2012, 2013.  I was promoted to |
| 17 | executive director of engineering. |
| 18 | Q.   What is your title today? |
| 19 | A.   Today I'm part of a |
| 20 | technology unit under Keppel |
| 21 | Offshore Marine called Keppel Marine |
| 22 | & Deepwater Technology where I'm the |
| 23 | executive director responsible for |
| 24 | clean energy technology and |
| 25 | autonomous solutions. |

Page 15

1      MERCHANT - CONFIDENTIAL
2          Q.   When did you cease holding
3      the title of executive director of
4      engineering?
5          A.   Okay.  I mean this is just
6      based on my memory.  In 2013.
7          Q.   Why did you change
8      positions at Keppel?
9          A.   Okay.  So what happened was
10     that there was a change -- in a
11     sense that we needed to bring new
12     blood in basically, I mean younger
13     group of people.  So we started to
14     bring people up as part of research
15     and planning.  And I was basically
16     going back to technology from my
17     role -- of course, I came from a
18     technology unit within the '90s,
19     went to engineering and then went
20     back to technology.  So after my
21     2013, 2014 I was given a role in
22     technology.
23         Q.   Which Keppel entity are you
24     employed by?
25         A.   I'm employed by Keppel

```
                                              Page 16
 1            MERCHANT - CONFIDENTIAL
 2      FELS.
 3           Q.    Have you always been
 4      employed by Keppel FELS?
 5           A.    Yes.
 6           Q.    Is Keppel FELS a subsidiary
 7      of Keppel Offshore & Marine Limited?
 8           A.    Yes.
 9           Q.    And if I refer to that
10      company as KOM will you understand
11      what I'm referring to?
12           A.    Yes.
13           Q.    Does the management of
14      Keppel -- withdrawn.
15              Does the management of KOM
16      direct the activities of Keppel
17      FELS?
18           A.    Can you repeat the
19      question?  I mean --
20           Q.    Does the management of KOM
21      direct the activities of Keppel
22      FELS?
23           A.    Yes, yes.  Not on a daily
24      basis from strategically, from
25      strategy.
```

Page 189

```
 1
 2   STATE OF NEW YORK      )
 3                           ss.:
 4   COUNTY OF NEW YORK     )
 5
 6            I, ERICA L. RUGGIERI, RPR and a
 7   Notary Public within and for the State
 8   of New York, do hereby certify:
 9            That I reported the proceedings
10   in the within-entitled matter, and
11   that the within transcript is a true
12   record of such proceedings.
13            I further certify that I am not
14   related by blood or marriage, to any
15   of the parties in this matter and
16   that I am in no way interested in the
17   outcome of this matter.
18            IN WITNESS WHEREOF, I have
19   hereunto set my hand this 2nd day of
20   July, 2021.
21
22             [signature: Erica Ruggieri]
23        ERICA L. RUGGIERI, RPR, CSR, CLR
24
25
```