**KEPPEL OPP'N EXH.  52**

                                                    Page 1

1           CONFIDENTIAL - LEONG PENG TAN
2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    Case No. 18-CV-01047 (PGG)
     ------------------------------------------X
4    EIG ENERGY FUND XIV, L.P.,
5    EIG ENERGY FUND XIV-A, L.P.,
6    EIG ENERGY FUND XIV-B, L.P.,
7    EIG ENERGY FUND XIV (CAYMAN), L.P.,
8    EIG ENERGY FUND XV, L.P.,
9    EIG ENERGY FUND XV-A, L.P.,
10   EIG ENERGY FUND XV-B, L.P., and
11   EIG ENERGY FUND XV (CAYMAN), L.P.,
12                       Plaintiffs,
13       - against -
14   KEPPEL OFFSHORE & MARINE LTD.,
15                  Defendant.
     ------------------------------------------X
16            * * * CONFIDENTIAL * * *
17            30(b)(6) DEPOSITION
18         VIA ZOOM VIDEOCONFERENCING
19                   OF
20         KEPPEL OFFSHORE & MARINE LTD.
21             BY AND THROUGH
22             LEONG PENG TAN
23          Thursday, July 15, 2021
24   Reported By:
     LINDA J. GREENSTEIN
25   JOB NO. 4662403

```
                                          Page 58
 1          CONFIDENTIAL - LEONG PENG TAN
 2      A.      What has been admitted and what
 3   has been for the bribery case, what has
 4   been admitted for the bribery case did say
 5   it's all inside the DPA.  You have to
 6   decipher from that.
 7      Q.      Mr. Tan, can you please answer
 8   the question, okay?  The question is not
 9   about the DPA --
10      A.      I already answered.
11      Q.      No, you actually haven't.
12              The question is, do you know the
13   identities of any Keppel employees or
14   agents who were involved in the bribery
15   scheme involving Sete?
16              MR. BARBUR:  Objection.  Asked
17         and answered.  You're just fighting
18         with the witness and it's
19         inappropriate.
20   BY MS. PAK:
21      Q.      You can answer the question, Mr.
22   Tan.
23      A.      I say, I repeat again.  I think
24   the document is clear and you just have to
25   refer to the documents.
```

```
                                              Page 59
 1           CONFIDENTIAL - LEONG PENG TAN
 2       Q.    But the document doesn't refer
 3    to any identities of individuals who were
 4    involved in a bribery scheme; right, sir?
 5               MR. BARBUR:  Objection to the
 6           form of the question.  Calls for a
 7           legal conclusion.
 8    BY MS. PAK:
 9       Q.    Please answer the question.
10       A.    Same.
11       Q.    Can you please point me to where
12    in the DPA it reveals the identities of any
13    individuals from Keppel who were involved
14    in the bribery scheme involving Sete?
15       A.    What I think is refer to all the
16    executives and the e-mail is there.  You
17    can refer to that.
18       Q.    And you're referring to the
19    executives who you testified you don't know
20    the identities of --
21       A.    You ask me what has been stated
22    there as Executive 1, 2 and which of the
23    consultant who is the Brazilian -- it's all
24    stated there.
25       Q.    I appreciate that.  But you
```

1        CONFIDENTIAL - LEONG PENG TAN

2   testified that you don't know yourself and

3   no one at KOM knows the identities of the

4   executives referred to in the Deferred

5   Prosecution Agreement; is that right, sir?

6        A.    That's right.

7        Q.    So sitting here today, you don't

8   know the names of any Keppel employees or

9   agents who were involved in the bribery

10  scheme involving Sete; right, sir?

11       A.    That's right.

12       Q.    Will you turn to pages A-4 to

13  A-5.

14             The section is titled "Overview

15  of the Bribery Scheme."

16             Let me know when you're there.

17       A.    "Overview of the Bribery

18  Scheme"?  Yes, there.

19       Q.    And paragraph 19 states:

20             "In or about and between 2001

21  and 2014, KOM, together with others,

22  including executives of KOM USA, knowingly

23  and willfully conspired to pay, and paid,

24  bribes in connection with 13 projects in

25  Brazil tendered by Petrobras and Sete

```
                                        Page 61
 1          CONFIDENTIAL - LEONG PENG TAN
 2   Brazil."
 3              Do you see that, sir?
 4       A.    Yes.
 5       Q.    And the way that this bribe
 6   scheme worked was that Keppel Offshore &
 7   Marine secured the contract by paying a
 8   percentage of the price of the contract to
 9   Petrobras Sete; right, sir?
10       A.    That what, paragraph 19 say?
11              "Knowingly and willfully
12   conspired to pay, and paid, bribes in
13   connection with 13" -- people -- "projects
14   in Brazil."
15       Q.    And Keppel paid bribes equal to
16   a percentage of the value of the contracts
17   that it secured with Sete and Petrobras;
18   right, sir?
19       A.    Say that again?
20       Q.    Let me read it.
21              And Keppel paid bribes equal to
22   a percentage of the value of the contracts
23   that it secured with Sete and Petrobras;
24   right, sir?
25       A.    Yes, that's right.
```

```
                                              Page 62
 1           CONFIDENTIAL - LEONG PENG TAN
 2       Q.     And the bribery scheme involving
 3   Sete was an extension of the bribery scheme
 4   that Keppel had carried out for years with
 5   Petrobras; right, sir?
 6       A.     I don't know that.
 7       Q.     If you look at paragraph 18 on
 8   the last line, it says:
 9               "In or around 2011, this scheme
10   was extended to projects awarded by Sete
11   Brazil."
12               Do you see that?
13       A.     Yes.
14       Q.     Does this refresh your
15   recollection as to whether or not the
16   bribery scheme involving Sete was an
17   extension of the bribery scheme that Keppel
18   had carried out for years with Petrobras?
19       A.     Yeah -- yes.
20       Q.     And if you look at paragraph 20,
21   it states that:
22               The bribes by KOM "amounted to
23   approximately $55 million paid corruptly
24   for the benefit of foreign officials,
25   including Brazilian Official 1 and
```

```
 1            CONFIDENTIAL - LEONG PENG TAN
 2    these documents before you right now?
 3                MR. BARBUR:  Objection.
 4                Asked and answered.
 5        A.    And you have to be referenced to
 6    the DPA documents and the e-mails.
 7        Q.    Well, you testified earlier that
 8    you're speculating, but you agree that KOM
 9    Executive 1 is CH Tong; right, sir?
10                MR. BARBUR:  Objection.  Asked
11          and answered.  Mischaracterizes the
12          witness's testimony.
13        A.    Based on Jeff e-mail, I can
14    assume -- I can only assume.  I can only
15    guess that what you're referring to, that
16    you put as CHT is CH Tong and YY as YY
17    Chow.
18        Q.    And Mr. Chow at this time was
19    employed by KOM; correct?
20        A.    That's right.
21                MS. PAK:  I'm going to show you
22          another document but I want you to
23          keep the hard copy of the DPA in front
24          of you.
25                I've just marked as Plaintiffs'
```

Page 85

```
 1        CONFIDENTIAL - LEONG PENG TAN
 2      Exhibit 81 an e-mail Bates stamped
 3      KEPPEL00046214.
 4                    (Plaintiffs' Exhibit 81
 5      for identification, one-page document,
 6      e-mail thread, production numbers
 7      KEPPEL00046214, shown to the witness.)
 8  BY MS. PAK:
 9      Q.    Let me know when you see it.
10      A.    Okay.  I've seen it.  Sorry.
11      Q.    You said you see it?
12      A.    Yes.
13      Q.    Okay.  And if you compare this
14  e-mail, the bottom e-mail, which is the
15  third e-mail, from Mr. Zwi to Jeff Chow
16  cc'ing Tommy Sam, March 30, 2012, subject
17  line:  "Sete Contract," and he writes:
18            "Jeff, I am having pressure from
19  my partners about my contract."
20            Do you see that, sir?
21      A.    Yes.
22      Q.    Can you compare this e-mail,
23  which is Plaintiffs' Exhibit 81, to
24  paragraph 75 of the DPA and let me know if
25  that refreshes your recollection as to who
```

CONFIDENTIAL - LEONG PENG TAN

1   KOM Executive 5 is.

2        A.    Which part of that DPA again?

3   Sorry.

4        Q.    Paragraph 75.

5        A.    Yes.

6        Q.    Who is KOM Executive 5?

7        A.    As per the e-mail, Tommy Sam.

8        Q.    And what is his position at this

9   time?

10       A.    Tommy Sam -- he's the CFO of

11  BrasFELS.

12       Q.    Was he the CFO of BrasFELS

13  between 2010 and 2012?  I understand it

14  went longer, but does that cover that time

15  period?

16       A.    Sorry -- you're asking me 2010

17  to 2012, right?

18       Q.    Yes.

19       A.    Yes, I think so.

20       Q.    And how long did he remain the

21  CFO of Brasfels?

22       A.    I think it's up to about around

23  2015.

24       Q.    And did he hold any positions at

Page 87

1          CONFIDENTIAL - LEONG PENG TAN

2     KOM between 2010 and 2015?

3          A.    No.

4          Q.    He did not hold any executive

5     positions at KOM between 2010 and 2015?

6          A.    No.

7          Q.    Well, sir, if you look at

8     paragraph 12 of the DPA, it states that:

9               "KOM Executive 5 held an

10    executive position at KOM and at KOM USA in

11    or about and between 2012 and 2017."

12               Are you denying that?

13               MR. BARBUR:  The question again,

14         is he denying what's in the DPA?

15               MS. PAK:  Well, he just did, so

16         I'm asking him --

17               MR. BARBUR:  I object to the

18         mischaracterization.

19    BY MS. PAK:

20         Q.    Well, it's a question, Mr. Tan.

21               Are you denying that portion of

22    paragraph 12 of the Statement of Facts?

23               Mr. Tan, I don't know if you

24    know that there's a question pending or if

25    you're reading a document to refresh your

```
                                        Page 88
 1          CONFIDENTIAL - LEONG PENG TAN
 2   recollection.
 3          A.    Sorry, I needed some time to
 4   read the document.
 5                MR. BARBUR:  Do you know what
 6      the question is?
 7                THE WITNESS:  Yes.
 8                MR. BARBUR:  Okay.
 9          A.    I don't know what KOM executive
10   position here.
11          Q.    But do you agree that he held a
12   KOM executive position at least from 2012
13   to 2017?
14          A.    Yes, according to DPA.
15          Q.    All right.  You could put away
16   this document.
17                Mr. Tan, are you familiar with
18   the rig project?
19          A.    Yes.
20          Q.    What does the rig project refer
21   to?
22          A.    Drilling rigs.  And my guess is
23   that he is referring to the Sete projects,
24   which we are building six semi-submersible.
25          Q.    Well, are you aware that at some
```

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2   point Petrobras announced the need for 28
 3   offshore drilling rig units in Brazil?
 4        A.    Yes.
 5        Q.    And in preparing for this
 6   deposition, did you learn that Petrobras
 7   referred to strategy for constructing and
 8   financing those 28 offshore drilling rig
 9   units as the Rigs Project?
10        A.    I'm not aware.
11        Q.    Do you disagree with that
12   statement?
13             MR. BARBUR:  What statement?
14        A.    Yeah, what statement?
15        Q.    Do you disagree that the Rigs
16   Project refers to Petrobras's strategy for
17   constructing and financing the 28 offshore
18   drilling rig units that it needed?
19             MR. BARBUR:  That that's what
20        Petrobras called it?
21             MS. PAK:  Peter, just let him
22        answer the question, please.  Okay?
23             MR. BARBUR:  I object to the
24        form of the question.  It's unclear
25        what you're asking.
```

1          CONFIDENTIAL - LEONG PENG TAN

2     BY MS. PAK:

3          Q.    Mr. Tan, can you please answer

4     the question?

5          A.    Sorry, can you just repeat the

6     question again?

7          Q.    What do you understand the Rigs

8     Project to mean with respect to Petrobras's

9     need for 28 offshore drilling rig units?

10         A.    Petrobras has announced that

11    they needed drilling rigs for the offshore

12    exploration.

13         Q.    And do you recall around when

14    that announcement was made?

15         A.    2009.

16         Q.    Okay.  And when did Keppel first

17    learn about the Rigs Project?

18         A.    I think it's 2009.

19         Q.    How did Keppel learn about the

20    Rigs Project?

21         A.    The announcement for the rig.

22         Q.    Did Keppel receive information

23    about the Rigs Project, outside of the

24    announcement, directly from employees of

25    Petrobras?

Page 91

         CONFIDENTIAL - LEONG PENG TAN

 1

 2       A.      No.

 3       Q.      Your testimony is no?

 4       A.      I don't know, I don't know.

 5       Q.      Okay.  I understand.

 6               In or around 2010, did Keppel

 7   submit any bids directly to Petrobras

 8   entity to build rigs in connection with the

 9   Rigs Project?

10       A.      Yes.

11       Q.      What do you know about the bid

12   that Keppel submitted directly to Petrobras

13   entity in connection with the Rigs Project?

14       A.      We have submitted to build two

15   semi-submersible and one -- and seven

16   drillship.  We submitted -- sorry, let me

17   rephrase that.

18               Petrobras has turned out three

19   bids, of which two of the bids is for them

20   to build the units, and for these two bids

21   we have bidded directly to Petrobras.  And

22   one of the bid is for two semi-submersible

23   and the other bid is for seven drillship.

24       Q.      And when did Keppel first submit

25   its bid in connection with the Rigs

Page 92

1            CONFIDENTIAL - LEONG PENG TAN

2    Project?

3        A.    You're referring to the

4    Petrobras bid?

5        Q.    Yes.

6        A.    2010.

7        Q.    Do you know around when in 2010?

8        A.    Oh, I think it's in -- I -- I

9    can only remember I think it's somewhere,

10   sometime in Q2.

11       Q.    In Q2.  Okay.

12             And which Keppel entity

13   submitted that bid, do you know?

14       A.    The BrasFELS.

15       Q.    And do you know, I think you

16   testified to this, but just to be clear,

17   how many rigs did Keppel, through BrasFELS,

18   bid for in 2010 in connection with the Rigs

19   Project?

20       A.    I think it to be very clear that

21   rig here, there's actually three bids, so

22   can you be very specific when you ask for

23   the bids.

24       Q.    Okay.  So with respect to the

25   two rigs, how many rigs did Keppel bid for

Page 93

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2    in 2010?
 3          A.    Two.
 4          Q.    And with respect to the lots of
 5    seven rigs, how many bids did Keppel -- how
 6    many rigs did Keppel bid for in --
 7          A.    Seven, seven.
 8          Q.    Okay.
 9                MS. PAK:  I'm going to mark an
10          exhibit.
11    BY MS. PAK:
12          Q.    And were you involved, Mr. Tan,
13    at all, with the two bids that you just
14    referred to that were submitted by BrasFELS
15    in 2010?
16          A.    Yes, I'm involved as mechanical
17    guy.
18          Q.    So earlier I had asked you if
19    you had been involved in any projects
20    relating to Petrobras before 2011 and you
21    had said you did not, I believe.
22                But this is a bid that you're
23    saying that you were involved with;
24    correct?
25          A.    Correct.  Project and bids is
```

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2   different.
 3               MS. PAK:  So I've just marked as
 4          Plaintiffs' Exhibit 82 an e-mail chain
 5          with all of its attachments, Bates
 6          stamped KEPPEL00405967 to 6000.
 7               Let me know when you have it.
 8          A.    Okay.
 9                    (Exhibit 82 for
10          identification, multi-page document,
11          e-mail with attachments, production
12          numbers KEPPEL00405967 through 6000,
13          shown to the witness.)
14   BY MS. PAK:
15          Q.    All right.  And this e-mail
16   chain, if you want to just look over it, is
17   referring to at least one of the bids that
18   BrasFELS submitted on behalf of Keppel in
19   2010; correct?
20          A.    Yes.
21          Q.    And if you look at the subject
22   line for each of these e-mails, it says,
23   "2DRU/7DRU circular 47."
24               Do you see that?
25          A.    Yes.
```

Page 95

                CONFIDENTIAL - LEONG PENG TAN

1

2        Q.    So the "2DRU" refers to the bid

3   you just talked about, where Keppel

4   submitted a bid for two rigs, and "7DRU"

5   refers to the second bid we talked about,

6   where Keppel submitted a bid for seven

7   drilling rig units; is that correct?

8        A.    Yes.

9        Q.    And what does "circular 47"

10   refer to?

11       A.    If I can remember correctly,

12   it's a clarification circular.

13       Q.    You said a clarification

14   circular?

15       A.    It's a what?

16       Q.    Did you say a clarification

17   circular?

18       A.    Yes.

19       Q.    Okay.  And if you look at the

20   third e-mail on the first page, it's an

21   e-mail from Sithu Min, S-I-T-H-U  M-I-N, to

22   you and a bunch of people, cc'ing Kai

23   Choong Kwok, K-A-I  C-H-O-O-N-G  K-W-O-K,

24   and Tommy Sam.

25                Do you see that, sir?

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2       A.    Yes.
 3       Q.    What was Mr. Kai Choong Kwok's
 4   position at this time?
 5       A.    He's the president of BrasFELS.
 6       Q.    Say that again?  He was the
 7   president of BrasFELS?
 8       A.    Yes.
 9       Q.    And did he hold any position at
10   KOM at any point between 2010 and 2015?
11       A.    Not then, no.
12       Q.    And do you know -- if I refer to
13   him as KC Kwok, if I reference Kai Choong
14   Kwok as "KC Kwok" during this deposition,
15   will you understand what I'm referring to?
16       A.    Yes.
17       Q.    And was Mr. KC Kwok ever found
18   to have been involved in the bribery scheme
19   involving Sete?
20       A.    Like I said, due to the
21   departure of KC Kwok during that period of
22   time, I guess that he's involved.
23       Q.    So KOM's entire knowledge as to
24   whether or not Mr. Kwok was involved in the
25   bribery scheme relating to Sete is based
```

```
 1        CONFIDENTIAL - LEONG PENG TAN
 2   solely on the fact that he departed in 2017
 3   from Keppel?  Was that a yes?
 4        A.    That's my guess.
 5        Q.    So you have no knowledge as to
 6   whether or not Mr. Kwok was involved in the
 7   bribery scheme involving Sete.
 8              Is that your testimony today?
 9        A.    That's right.
10        Q.    Okay.  Just try to refrain from
11   saying "um" or "uh-hmm."  It's just very
12   hard for the court reporter to take that
13   down.
14        A.    Okay.
15        Q.    And who did Mr. KC Kwok report
16   to during this time?
17        A.    Mr. Chow, Mr. YY Chow.
18        Q.    Are you referring to YY Chow?
19        A.    Yes.
20        Q.    And who were you reporting to at
21   this time?
22        A.    Mr. Aziz Merchant.
23        Q.    And if you look at the second
24   e-mail, there's an e-mail from Mr. Chin
25   Wong Tey to a whole bunch of people, and he
```

```
 1            CONFIDENTIAL - LEONG PENG TAN
 2   says:  "Dear All, latest CRT.
 3                "We have qualified for the
 4   technical proposal."
 5                Do you see that, sir?
 6        A.    Yes.
 7        Q.    What does he mean when he says
 8   that Keppel has qualified for the technical
 9   proposal?
10        A.    I can't remember.
11        Q.    Okay.  And do you know what CR2
12   refers to -- "CRT"?
13        A.    I think it's -- again, it's a
14   clarification.
15        Q.    Say that again?
16        A.    Clarification.
17        Q.    Clarification.  Okay.  I
18   understand.  And do you know what came of
19   Keppel's bid?
20        A.    Sorry, can you repeat again?
21        Q.    Do you know what the result of
22   Keppel's bid for the seven rigs was?
23        A.    We lost.
24        Q.    And do you know what the result
25   of Keppel's bid for the two rigs was?
```

1           CONFIDENTIAL - LEONG PENG TAN

2               And if you look at the bottom

3    e-mail, Mr. Choo writes, and this is dated

4    October 5, 2010:

5               "We have a discussion here in

6    Rio on why we lost all the latest FPSOs to

7    Quipp partners and why we lost the P55 and

8    why for the 28 units it appeared we are

9    pricing higher than JSL, EAS?"

10              Do you see that, sir?

11       A.    Yes.

12       Q.    And FPSOs refers to the floating

13   platforms; right, sir?

14       A.    Say again, referring to?

15       Q.    FPSOs, what does that refer to?

16       A.    Floating production -- floating

17   production and storage offloading.

18       Q.    And JSL and EAS, those refer to

19   the Jurong and Estaleiro shipyards; is that

20   correct?

21       A.    I believe so.  I guess.

22       Q.    And Mr. Choo here is referring

23   to the fact that Keppel has priced its bid

24   higher for rates than JSL, EAS; correct?

25       A.    That's what the e-mail say.

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2      Q.     And when he refers to the
 3   28 units, he's referring to the Rigs
 4   Project; correct, sir?
 5      A.     Yes.
 6      Q.     And if you look at the last line
 7   of the e-mail, he writes:
 8              "Are we so scared of winning new
 9   contracts that we are allowing so much
10   contingencies that we priced ourselves
11   out."
12              Do you see that, sir?
13      A.     Yes.
14      Q.     What is Keppel's understanding
15   as to what he's referring to in this last
16   line?
17      A.     This e-mail is written by CB
18   Choo.  If you ask me to interpret what he
19   means, I will guess that in every project
20   when we do a costing we vow to have a
21   contingency period, okay, to kick off all
22   the project risks.
23              So I believe what he means is
24   that in our costing, we must have put quite
25   a high number for our contingency.
```

```
 1         CONFIDENTIAL - LEONG PENG TAN
 2      Q.    Okay.  And just so we have a
 3   clear record, you said "we have a
 4   contingency period" for what?
 5      A.    For project execution risk.
 6            For --
 7      Q.    For project execution risk.
 8            Is that what you said?
 9      A.    That's right.
10      Q.    Okay.  Thank you.
11            And do you know whether Mr. Choo
12   was ever found to have been involved in any
13   bribery scheme relating to Sete Brazil?
14      A.    Again, I think with his
15   departure around that time, I guess so.
16      Q.    Okay.  And if you look at the
17   top e-mail, Mr. Choo again is writing to
18   executives of KOM or KOM subsidiaries, and
19   it's dated October 5, 2010, again, and he
20   writes:
21            "It is a pity, as our yard in
22   Angara is executing well, very well."
23            Do you see that, sir?
24      A.    Yes.
25      Q.    And the yard in Angara refers to
```

CONFIDENTIAL - LEONG PENG TAN

1   Keppel shipyard in Brazil; right, sir?

2        A.   It refer to BrasFELS.

3        Q.   And he says:  "But under the

4   rules, we must bid to win."

5             Do you see that, sir?

6        A.   Yes.

7        Q.   What do you understand him to

8   mean when he says, "But under the rules, we

9   must bid to win"?

10       A.   Again, this is an e-mail written

11  by CB Choo, but you ask me to guess.

12            I guess that he's saying that

13  based on the tender rules.

14       Q.   Is he referring to the fact that

15  notwithstanding the bribes that Keppel was

16  willing to pay, Keppel had to bid in order

17  to win a contract because the bidding

18  process was made public?

19       A.   Yes, we still have to bid.

20       Q.   Okay.  And if you look further

21  down the e-mail, he says:

22            "We need YY to be full-time in

23  Rio, as our marketing and commercial

24  depends almost wholly on Zwi and we need to

```
 1          CONFIDENTIAL - LEONG PENG TAN
 2   work like Brazilians to win."
 3            Do you see that, sir?
 4        A.    Yes.
 5        Q.    And "YY" likely refers to YY
 6   Chow; right, sir?
 7        A.    Yes.
 8        Q.    And when he says "Zwi," he's
 9   talking about Zwi Skornicki; right, sir?
10        A.    You are saying "we need YY,"
11   that "we"?
12        Q.    No.  Okay.
13            When he says "Zwi," Z-W-I --
14        A.    Oh, Zwi.
15        Q.    Yes.  He's referring to Mr.
16   Skornicki; right, sir?
17        A.    Yeah, I believe so.
18        Q.    And why did Mr. CB Choo want YY
19   Chow to be full-time in Rio at this time?
20        A.    I wouldn't know that.
21        Q.    Okay.  Do you know if Mr. YY
22   Chow's involvement in Brazil increased in
23   around this time period?
24        A.    Yes.
25        Q.    Do you know why -- I'm sorry.  I
```

Page 229

1       CONFIDENTIAL - LEONG PENG TAN

2         C E R T I F I C A T E

3

4    I, Linda J. Greenstein, Professional

5 Shorthand Reporter and Notary Public in and

6 for the State of New York, do hereby

7 certify that, LEONG PENG TAN, the witness

8 whose deposition is hereinbefore set forth,

9 was duly sworn and that such deposition is

10 a true record of the testimony given by the

11 witness to the best of my skill and

12 ability.

13    I further certify that I am neither

14 related to or employed by any of the

15 parties in or counsel to this action, nor

16 am I financially interested in the outcome

17 of this action.

18    IN WITNESS WHEREOF, I have hereunto set

19 my hand this 16th day of July 2021.

20

21

22          Linda J. Greenstein

23

24 My commission expires:   January 30, 2025

25