**KEPPEL OPP'N EXH.  53**

Page 237

```
1
2    UNITED STATES DISTRICT COURT
3    SOUTHERN DISTRICT OF NEW YORK
4    Case No. 18-cv-01047 (PGG)
5    --------------------------------x
     EIG ENERGY FUND XIV, L.P.,
6    EIG ENERGY FUND XIV-A, L.P.,
     EIG ENERGY FUND XIV-B, L.P.,
7    EIG ENERGY FUND XIV (CAYMAN), L.P.,
     EIG ENERGY FUND XV, L.P.,
8    EIG ENERGY FUND XV-A, L.P.
     EIG ENERGY FUND XV-B, L.P.
9    EIG ENERGY FUND XV (CAYMAN), L.P.
10                   Plaintiffs,
11        -against-
12   KEPPEL OFFSHORE & MARINE LTD.,
13                   Defendant.
     --------------------------------x
14
15       * * * CONFIDENTIAL * * *
16            VOLUME II
17      VIRTUAL ZOOM DEPOSITION
18           LEONG PENG TAN
19           July 16, 2021
20
21
22   Reported By:
23   Erica Ruggieri, CSR, RPR
24
25
```

                    TAN - CONFIDENTIAL

1

2       was the e-mail about.

3            Q.   I appreciate that, sir.

4       But you agree that he received this

5       information identifying the visitors

6       who were coming to the BrasFEL

7       shipyard at the end of March 2012 as

8       potential investors in Sete,

9       correct?

10           A.   He received a forwarded

11      e-mail from Zwi, okay, on the

12      request from Sete Brasil say, "Good

13      morning, Zwi.  Fabio Cunha ask that

14      I contact you because we'd like to

15      bring one of our potential investors

16      to the BrasFELS shipyard.  Can we

17      call on your usual assistance?  We

18      are anticipating this visit to be on

19      March 27 or 28."

20           MS. PAK:  Okay.  I have marked

21       as Plaintiffs' Exhibit 100 an

22       e-mail chain which has been

23       translated which is Bates stamped

24       Keppel 00012940 to 941.

25            (Exhibit 100, E-mail, Bates

TAN - CONFIDENTIAL

1
2      Keppel 00012940 to 941, marked for
3      identification, as of this date.)
4          Q.   Let me know when you see
5      it.
6              MR. BARBUR:  I don't see a
7      translation.  I see an e-mail in
8      Portuguese.
9          A.   I see the exhibit but what
10     Peter say is in Portuguese.
11         Q.   All right.  So we will come
12     back to this.  The document I have
13     is a translation.  Let me see what
14     you see.  All right, fine.  We can
15     come back to it.
16             Mr. Tan, did KOM consider
17     Sete's ability to secure equity
18     financing in or around March 2012 to
19     be in Keppel's own interest?
20         A.   Be Keppel what?  Sorry.
21     The last part.
22         Q.   Sure.  Did KOM consider
23     Sete's ability to secure equity
24     financing in or around March 2012 to
25     be a benefit to Keppel's own

TAN - CONFIDENTIAL

1
2      interest?
3          A.   I would say the ability --
4      since we had for this time the first
5      unit of the six semi then for Sete
6      Brasil to get financing so as to pay
7      us, okay.  They will be the interest
8      party.
9          Q.   So Keppel understood that
10     any funding that Sete received from
11     investors would help Sete pay for
12     the construction of additional rigs
13     by Keppel and the other shipyards,
14     correct?
15         A.   The projects all require
16     financing.
17         Q.   Thank you.
18          MS. PAK:  I have marked as
19      Plaintiffs' Exhibit 101 an e-mail
20      dated August 7, 2012, with its
21      attachment.  It is Bates stamped
22      Keppel 00453866 to 869.
23          (Exhibit 101, E-mail 8/7/2012,
24      with attachment, Bates Keppel
25      00453866 to 869, marked for

1             TAN - CONFIDENTIAL

2       identification, as of this date.)

3        Q.   Let me know when you have

4     it before you, sir.

5        A.   Yes.

6        Q.   If you look at the first

7     page, it's an e-mail from Kenneth

8     Chong dated August 7, 2012, to Zwi

9     at Eagle Brazil EAGLBR.com cc'ing

10    Tommy Sam, K.C. Kwok and yourself.

11        Do you see that, sir?

12        A.   Yes.

13        Q.   He writes, "Seems there is

14    going to be some changes in the

15    shareholding structure of Sete."

16        Do you see that, sir?

17        A.   Um-hmm.

18        Q.   And if you turn to the next

19    page, which is the first page of the

20    attachment to this e-mail, it's an

21    article dated August 17, 2012, and

22    it states, "Brazilian oil rig

23    contractor Sete Brasil is raising

24    fresh cash from investors as it

25    embarks on a mammoth project to

Page 307

1          TAN - CONFIDENTIAL

2      build dozens of rigs to explore huge

3      oil reserves off Brazil's southeast

4      coast that lie kilometers below the

5      Atlantic seabed.  The firm has now

6      raised about 7.2 billion Brazilian

7      real," and it says in parentheses

8      "($3.6 billion) from equity

9      investors, including 5.3 billion BRL

10     in this second and latest round

11     according to two people familiar

12     with the transaction.  The funding

13     deal closed last Tuesday and saw

14     Brazil's Banco BTG Pactual SA and an

15     infrastructure investment fund it

16     manages become the largest investor

17     in Sete with about a 30 percent

18     stake according to one of the

19     people.  BTG invested around BRL

20     2 billion on top of the BRL

21     250 million invested the first time

22     around this person said."

23          Do you see that, sir?

24     A.   Yes.

25     Q.   If you look at the top of

TAN - CONFIDENTIAL

1

2       question.

3           Q.   Do you know what the

4       general sentiment of the lenders was

5       following the meeting?

6           A.   I don't know.

7           Q.   And you did not receive any

8       prep material that would provide you

9       that information, Mr. Tan?

10          A.   I don't recall.

11          Q.   Did KOM consider Sete's

12      ability to secure long-term

13      financing to be necessary in order

14      for Sete to complete the

15      construction of the 28 drilling rig

16      units?

17          A.   All these drilling -- this

18      drilling rig program would need

19      financing to complete.

20          Q.   Did KOM consider Sete's

21      ability to secure long-term

22      financing to be necessary to

23      complete the construction of its

24      rigs?

25          A.   Yeah, the projects need

TAN - CONFIDENTIAL

1

2       financing to complete.

3              MS. PAK:  I think he said,

4        yeah, the projects need financing

5        to complete.

6              Q.   Is that right, Mr. Tan?

7              A.   Yes.

8              Q.   I just want to clean up the

9       record.  Did KOM consider Sete's

10      ability to secure long-term

11      financing to be necessary to

12      complete the construction of its

13      rigs.

14             A.   Let me say again for the

15      Sete project, the rigs project there

16      would be financing to complete.

17             Q.   Okay.  Thank you.

18             MR. BARBUR:  We have been

19       going almost two hours.  Can we

20       take a break at a convenient point?

21             MS. PAK:  Now is fine with me.

22             MR. BARBUR:  Okay.  Let's take

23       ten minutes.

24             THE VIDEOGRAPHER:  The time is

25       7:57.  We are off the record.

```
 1              TAN - CONFIDENTIAL
 2          (Whereupon, there is a recess
 3      in the proceedings.)
 4          THE VIDEOGRAPHER:  The time is
 5      8:11.  We are on the record.
 6          Q.   Mr. Tan, you are on mute.
 7      Okay.
 8          Mr. Tan, did Lava Jato --
 9      Mr. Tan, you are on mute.
10          MR. BARBUR:  I think he wanted
11      to say something that he thought of
12      on the break.
13          A.   Sorry, Claudia, but during
14      the -- during the break I check back
15      on my records again.  I think that
16      an earlier question from you whether
17      Y.Y. Chow is the COO at that point
18      in time in 2011.  I check the
19      record.  He's not the COO -- he's
20      not the COO of KOM at that point in
21      time.  He's still the president of
22      Americas.
23          Q.   So when did he become the
24      COO of KOM?  When did Y.Y. Chow
25      become the COO of KOM?
```

```
 1              TAN - CONFIDENTIAL
 2         A.    2012.
 3         Q.    2012?
 4         A.    Yes.
 5            MR. BARBUR:   Two zero one two.
 6         Q.    Yesterday you testified
 7    that Y.Y. Chow was a senior
 8    executive at KOM starting 2011.  Did
 9    you not, sir?
10         A.    KOM USA.
11         Q.    That's not the testimony
12    you provided yesterday.
13         A.    I have to see which part of
14    that you are referring to.
15         Q.    When did Y.Y. Chow become a
16    managing director of KOM?
17         A.    There's no managing
18    director.
19         Q.    Yesterday you testified
20    that Y.Y. Chow was a managing
21    director of KOM.
22         A.    There is a very short
23    period of time.  He's not -- he's
24    not that.
25         Q.    Did Y.Y. Chow hold any
```

Page 331

```
                        TAN - CONFIDENTIAL
 1
 2      position at KOM in 2011?
 3           A.   He's the president of
 4      Americas.
 5           Q.   Did Y.Y. Chow -- did
 6      Y.Y. Chow hold any position at
 7      Keppel Offshore & Marine either the
 8      entity or the board in 2011?
 9           A.   In 2011 Y.Y. Chow is the
10      president of Americas, KOM USA.
11           Q.   Is it your testimony that
12      Y.Y. Chow did not hold any position
13      either on the board or the entity in
14      2011 at Keppel Offshore & Marine?
15           A.   Keppel entity.  Sorry, can
16      you repeat that again?
17           Q.   Is it your testimony that
18      Mr. Y.Y. Chow did not hold any
19      position either on the board or the
20      entity of Keppel Offshore & Marine
21      in 2011?
22           A.   Yes.
23           Q.   All right.  We will come
24      back to this.
25                Mr. Tan, did you discuss the
```

```
1              TAN - CONFIDENTIAL
2      substance of your testimony with
3      counsel over the break?
4          A.    Say again.
5          Q.    Did you discuss your
6      testimony with counsel over the
7      break?
8            MR. BARBUR:  You should answer
9       that yes or no.
10         A.    No.
11         Q.    You did not?
12         A.    Yeah.
13         Q.    Did Lava Jato have any
14     affect on Sete's ability to receive
15     long-term financing?
16         A.    I don't know.
17         Q.    In preparing for this
18     deposition did you look at or review
19     any documents about Lava Jato and
20     any affect it might have had on
21     Sete?
22         A.    Please give me a minute.
23     Sorry, maybe before that may I know
24     which topic are we on.
25         Q.    It's 11.
```

1          TAN - CONFIDENTIAL

2          A.    So repeat your question.

3          Q.    Did Lava Jato have any

4      affect on Sete's ability to receive

5      long-term financing?

6          A.    I don't know.

7          Q.    Do you know anything about

8      the events of Lava Jato that

9      occurred in February 2015?

10          A.    I know that the Lava Jato

11      is a Brazilian bribery case from the

12      public source.

13          Q.    Okay.  But my question was

14      what do you know about the events of

15      Lava Jato that occurred in

16      February 2015?

17          A.    Well, I just know that is a

18      bribery case.

19          Q.    You are not aware that in

20      February 2015 Mr. Barusco's plea

21      agreement became public.

22          A.    Yes.  From the public

23      source, yes.

24          Q.    And are you aware that his

25      statements became public and

```
 1              TAN - CONFIDENTIAL
 2      the day that Sete Brasil got on the
 3      spotlight of" oper- -- it says,
 4      "operation Lava Jato complaints, the
 5      signing of the financing agreement
 6      of the National Bank for the
 7      Economic and Social Development
 8      (BNDES), Caixa Econômica Federal
 9      (CEF) and UK Export Finance to the
10      company, scheduled for today, has
11      been suspended."
12           Do you see that, sir?
13      A.   Yes.
14      Q.   Does this refresh your
15      recollection as to whether or not
16      Lava Jato had any affect on Sete's
17      ability to receive long-term
18      financing?
19      A.   This is a newspaper article
20      by Valor.
21      Q.   I appreciate that.  But can
22      you please answer the question?
23      A.   You say that the financing
24      has been suspended.
25      Q.   The financing was suspended
```

Page 342

TAN - CONFIDENTIAL

1
2    as --
3         A.   The financing -- sorry.
4    The financing agreement has been
5    suspended.
6         Q.   And the financing
7    agreements, the signing of the
8    financing agreements was suspended
9    due to the fact that Mr. Barusco's
10   plea agreements had been made public
11   the day before, right, sir?
12        A.   Is it on the 6th?  I
13   can't... I don't know the timeline
14   but of the 7 February that's what
15   has been reported.
16        Q.   The signing of the
17   financing contracts were suspended
18   due to the fact that Mr. Barusco's
19   plea agreements had been made
20   public, right, sir?
21        A.   Yes, regards to the
22   operation Lava Jato.
23        Q.   Okay.  That's not a full
24   sentence so I honestly just am not
25   sure what the answer is.

1                    TAN - CONFIDENTIAL

2          A.    What I'm saying -- sorry,

3     sorry.

4          Q.    I'm trying to understand

5     your answer.

6          A.    The answer is that based on

7     the newspaper article the financing

8     to Sete Brasil is suspended due to

9     Lava Jato.

10         Q.    Are you aware that Sete was

11    not ever able to receive long-term

12    financing for the rigs project?

13         A.    Yes.  And we -- yes.  When

14    we -- when they stopped paying us.

15         Q.    I'm switching to another

16    topic, Mr. Tan.

17           Mr. Tan, what were the

18    findings of any internal

19    investigation that Keppel conducted

20    relating to the bribery scheme at

21    Sete or the rigs project?

22           MR. BARBUR:  I caution the

23     witness not to disclose any

24     privileged communications.

25         A.    Sorry, can you just repeat

TAN - CONFIDENTIAL

1
2      again?
3           Q.    What were the findings of
4      any internal investigation Keppel
5      conducted relating to the bribery
6      scheme at Sete or the rigs project.
7           A.    These are privileged
8      information.
9           Q.    Is it -- is it -- do you
10     have any information as to what the
11     findings were as to which
12     individuals from Keppel were
13     involved in the bribery scheme as a
14     result of Keppel's internal
15     investigation?
16          A.    Sorry, these are all
17     privileged information.  I can't
18     talk -- I can't speak about.
19          Q.    The question is if you have
20     any information.  I'm not asking you
21     to reveal it.  I'm asking you
22     whether you have any information as
23     to what the findings were as to
24     which individuals from Keppel were
25     involved in the bribery scheme as a

TAN - CONFIDENTIAL

1
2    result of any internal investigation
3    Keppel conducted?
4        A.    In the information would be
5    the DPA, as submitted in the DPA.
6        Q.    Well the DPA is a public
7    document, right, sir?
8        A.    Yes, right.
9        Q.    You just -- so the only
10   information you have as to the
11   findings of the internal
12   investigation come from the DPA, is
13   that your testimony?
14       A.    That's right.
15       Q.    I'm not asking you
16   personally.  I'm asking as KOM's
17   representative.  Do you have any
18   information does Keppel Offshore &
19   Marine have any information as to
20   which individuals from Keppel were
21   involved in the bribery scheme
22   relating to Sete or the rigs
23   project --
24       MR. BARBUR:  Just so we are
25    clear --

Page 433

```
 1
 2   STATE OF NEW YORK       )
 3                  ss.:
 4   COUNTY OF NEW YORK      )
 5
 6             I, ERICA L. RUGGIERI, RPR and a
 7       Notary Public within and for the State
 8       of New York, do hereby certify:
 9          That I reported the proceedings
10       in the within-entitled matter, and
11       that the within transcript is a true
12       record of such proceedings.
13          I further certify that I am not
14       related by blood or marriage, to any
15       of the parties in this matter and
16       that I am in no way interested in the
17       outcome of this matter.
18          IN WITNESS WHEREOF, I have
19       hereunto set my hand this 19th day of
20       July, 2024.
21
22
23       ERICA L. RUGGIERI, RPR, CSR, CLR
24
25
```