**KEPPEL OPP'N EXH.  54**

Page 1

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   Case No. 18-CV-01047 (PGG)

5   -----------------------------------x

6   EIG ENERGY FUND XIV, L.P.,

7   EIG ENERGY FUND XIV-A, L.P.,

8   EIG ENERGY FUND XIV-B, L.P.,

9   EIG ENERGY FUND XIV (CAYMAN), L.P.,

10  EIG ENERGY FUND XV, L.P.,

11  EIG ENRGY FUND XV-A, 6 L.P.,

12  EIG ENERGY FUND XV-B, L.P., AND

13  EIG ENERGY FUND XV (CAYMAN), L.P.,

14                  Plaintiffs,

15       - against -

16  KEPPEL OFFSHOFE & MARINE LTD.,

17                  Defendant.

18  -----------------------------------x

19                  July 30, 2021
                    8:59 a.m.

20

        ** CONFIDENTIAL TRANSCRIPT **

21

            Videotaped Deposition of ROBERT

22  BLAIR THOMAS, pursuant to Notice, held via
    Zoom Conference, before Jineen Pavesi, a

23  Registered Professional Reporter,
    Registered Merit Reporter, Certified

24  Realtime Reporter and Notary Public of the
    State of New York.

25

Page 55

THOMAS  - CONFIDENTIAL

1

2  Brazil shipyards that had a demonstrated

3  track record of doing this, and so one of

4  the ways that Brazil tried to provide

5  comfort to investors was put in place this

6  guarantee fund to help make it work.

7      Q.      What exactly was being

8  guaranteed?

9      A.      I'd have to go back and look,

10  but I believe --  I believe they were

11  guaranteeing cost overruns, but I don't

12  remember.

13      Q.      It says here that the guarantee

14  would protect Sete's lenders in the event

15  of a default.

16          Did that mean that if there is

17  a default, that the government was going

18  to make the lenders whole?

19      A.      It may, I don't recall.

20      Q.      In what way did this guarantee

21  help protect Sete's equityholders, such as

22  EIG, against foreclosure?

23      A.      I'd have to go back and look at

24  the guarantee.

25      Q.      But you were telling your

1          THOMAS  - CONFIDENTIAL
2    investors in this white paper that there
3    was some protection for EIG by virtue of
4    this guarantee, weren't you?
5        A.      Correct.
6        Q.      In fact it says, "This implicit
7    government safeguard against default
8    reduces the equity risk in the investment
9    and should enhance Sete's access to
10   capital and low risk overall cost of
11   financing."
12              Do you see that?
13       A.      I do.
14       Q.      And that was your view as of
15   2014, when this white paper was issued,
16   correct?
17       A.      Correct.
18       Q.      What did you mean by implicit
19   government safeguard, what was implicit
20   about it?
21       A.      I don't recall specifically.
22              I am assuming the level of
23   support the government was providing to
24   the transaction should provide comfort to
25   all the investors in this transaction,

Page 57

```
1              THOMAS  - CONFIDENTIAL
2    that this was a national priority in
3    Brazil and the government was supportive
4    of seeing it succeed.
5        Q.       Essentially what you're saying
6    here, you thought the government was
7    guaranteeing that this process was going
8    to succeed, the Sete process, right?
9        A.       No, that's not what I said.
10               I said the government was --
11   that this was a priority and the
12   government was incented to see it succeed.
13       Q.       In the event that Sete was
14   otherwise going to default, what did you
15   understand the government's obligations
16   were?
17       A.       I'd have to go back and look at
18   the contractual framework.
19       Q.       At the end of the day, did this
20   guarantee or the implicit safeguard
21   actually end up protecting Sete's
22   equityholders?
23       A.       Not to my knowledge.
24       Q.       Going back to page 5 of the
25   white paper, the second paragraph in the
```

Page 58

THOMAS  - CONFIDENTIAL

```
 1              THOMAS  - CONFIDENTIAL
 2    first column begins "in the past three
 3    years," do you see that?
 4                (Witness perusing document.)
 5        A.      I do.
 6        Q.      It says, "In the past three
 7    years, however, this optimism has given
 8    way to disappointment and skepticism among
 9    investors, businesses and ordinary
10    citizens."
11                Do you see that?
12        A.      I do.
13        Q.      What does that mean?
14        A.      I believe it means that the
15    business environment in Brazil, some of
16    the euphoria from a few years earlier had
17    kind of worn off, the market was down.
18                If you look at some of the
19    charts that we show there, you know, ^
20    GDP and Petrobras share price had both
21    softened and so just general worsening of
22    the macroeconomic environment.
23        Q.      Going back three years from the
24    time of this white paper, that would be
25    2011, and that's when EIG approved the
```

Page 59

```
 1              THOMAS  - CONFIDENTIAL
 2    investments in Sete, correct?
 3         A.      That's correct.
 4         Q.      And between that time and now
 5    2014, the investment environment in Brazil
 6    has declined, correct?
 7         A.      Correct.
 8         Q.      And there is disappointment and
 9    skepticism among investors that was not
10    present in 2011, correct?
11         A.      Well, there is always
12    disappointment and skepticism, but I think
13    it had increased in that period of time.
14         Q.      Also there is a reference here
15    to reduced commodity demand and retreat of
16    global capital; what did that mean?
17                 (Witness perusing document.)
18         A.      The overall oil and gas
19    industry experienced significant
20    volatility in 2014 and so the sentiment
21    about the entire industry was down.
22         Q.      Oil prices had declined between
23    2011 and 2014, correct?
24         A.      Yeah, they declined in the
25    second half of 2014.
```

```
                                            Page 60

 1            THOMAS  - CONFIDENTIAL

 2      Q.        By approximately how much had

 3   they declined?

 4      A.        I think if --  I don't recall

 5   what they were in 2011, but I know in

 6   2014, in the fall of 2014 they dropped

 7   precipitously in connection with events

 8   related to OPEC and so I don't recall

 9   exactly what the peak to trough was.

10      Q.        They declined to below the

11   breakeven level for Sete, correct?

12      A.        They may have, I am not

13   certain.

14                Again, that's a point in time.

15      Q.        And retreat of global capital

16   refers to retreat of global capital from

17   Brazil, correct?

18      A.        I believe so, I think it was

19   happening generally across emerging

20   markets and the BRIC countries in

21   particular.

22                Some of the enthusiasm related

23   to the leading emerging markets had come

24   out of the market.

25      Q.        Just so we're clear on the
```

```
                                               Page 61
 1            THOMAS  - CONFIDENTIAL
 2    record, what are the BRIC countries?
 3        A.       It is a phrase that was coined
 4    by an analyst at Goldman, Sachs, I think
 5    BRIC is Brazil, Russia, India, China.
 6        Q.       What was the significance of
 7    that acronym BRIC?
 8        A.       They were the leading emerging
 9    markets.
10        Q.       If we look over on the second
11    column of page 5, it says, "Key Brazilian
12    corporations also experienced weakness,
13    the energy giant Petrobras has seen its
14    share fall by 85 percent."
15                 Do you see that?
16        A.       Yes.
17        Q.       That was alarming?
18        A.       I wouldn't call it alarming, it
19    was factual.
20        Q.       But as you said, Petrobras was
21    really the force behind Sete, correct?
22        A.       Correct, still investment
23    grade.
24                 I wasn't worried that Petrobras
25    was going out of business and I'm not
```

Page 70

1           THOMAS  - CONFIDENTIAL
2                MR. GOLDMAN:  Is now a good
3    time to take a short break?
4                MR. BARBUR:  Sure, that's fine,
5    you want to take like ten minutes or
6    something?
7                MR. GOLDMAN:  Sure.
8                THE VIDEO TECHNICIAN: Time is
9    10:22 a.m., going off the record.
10               (Recess taken.)
11               THE VIDEO TECHNICIAN: Time is
12   10:32 a.m., we're back on the record.
13   BY MR. BARBUR:
14       Q.      As a general matter,
15   Mr. Thomas, did you monitor developments
16   in Brazil during this time period, in the
17   2000s, when you were making investments
18   there?
19       A.      Yes, I monitored Brazil among
20   other places, yes.
21               MR. BARBUR:  Let's mark as the
22   next exhibit an article relating to
23   Camargo Correa, that's up now as Exhibit
24   105.
25               (Defendant's Exhibit 105,

Page 71

```
 1           THOMAS  - CONFIDENTIAL
 2  article relating to Camargo Correa, was
 3  marked for identification, as of this
 4  date.)
 5       A.       I have it.
 6       Q.       Have you ever seen this before?
 7       A.       I don't recall it.
 8       Q.       Does this refresh your
 9  recollection at all about a corruption and
10  scandal involving Camargo Correa in 2009?
11       A.       It doesn't.
12                Again, I was generally aware
13  that there had been issues involving I
14  think each of the big construction firms
15  in Brazil, but I don't recall any of the
16  specifics.
17       Q.       Do you recall that the first
18  shipyard to receive a contract to build a
19  drillship for Sete was EAS?
20       A.       Yes.
21       Q.       And they in fact had a contract
22  with Sete prior to the time the EU
23  approved the investments at EIG, correct?
24       A.       That is correct.
25       Q.       Were you aware that Camargo
```

```
 1            THOMAS  - CONFIDENTIAL
 2   Correa owned almost 50 percent of EAS at
 3   that time?
 4              MR. GOLDMAN:  Object to form.
 5              You may answer.
 6       A.      I don't recall it, but I'm sure
 7   I was aware of that.
 8       Q.      Are you aware that EIG's deal
 9   team discovered these corruption charges
10   against the part owner of EAS during its
11   due diligence concerning Sete?
12              MR. GOLDMAN:  Object to form.
13              You may answer.
14       A.      I don't have any recollection
15   of that.
16       Q.      Do you recall ever being told
17   about that?
18       A.      I don't.
19       Q.      Had you known about these
20   corruption charges relating to this
21   shipyard, would that at all have affected
22   your decision to proceed with the
23   investment in Sete?
24              MR. GOLDMAN:  Object to form.
25       A.      Was this a corruption against
```

```
 1            THOMAS  - CONFIDENTIAL
 2    the shipyard?
 3        Q.      It was a corruption scandal
 4    involving a 50 percent owner of a
 5    shipyard.
 6              MR. GOLDMAN:  I object to form,
 7    I think it was 45 percent, but I am not
 8    going to quibble with you on the facts.
 9        Q.      Whether it is 45 or 50 percent,
10    the understanding is that Camargo Correa
11    owned a substantial portion of EAS, which
12    was the shipyard that got the first
13    contract.
14        A.      But just to be precise, if the
15    question is did I know that Brazilian
16    construction firms had a checkered history
17    on corruption, the answer is yes.
18              I don't believe, and, again,
19    I've never seen this article, but your
20    question I think is incorrect, though,
21    it's not that this is regarding corruption
22    charges at the shipyard, it's corruption
23    charges involving other activity of this
24    construction firm.
25        Q.      Did you visit Brazil in
```

THOMAS  - CONFIDENTIAL

1
2    connection with the EIG investments in
3    Brazil?
4        A.      I did.
5        Q.      Approximately how many times?
6        A.      I would go down between four
7    and six times a year.
8        Q.      And why would you go to Brazil
9    for these visits?
10        A.      I go to all of our offices
11    around the world, I try to go at least
12    four and up to six or eight times per year
13    in the regular course and I do that to
14    this day.
15              So every place where we have a
16    physical presence I visit frequently.
17        Q.      So other than visiting the EIG
18    office in Brazil, what other kinds of
19    visits did you make in Brazil?
20        A.      So the local team would
21    organize a schedule for me of how I could
22    be helpful.
23              So oftentimes they would use a
24    visit from me to organize meetings with
25    companies or people that they were hoping

Page 75

```
 1          THOMAS  - CONFIDENTIAL
 2   to do business with.
 3      Q.        How often did you meet with
 4   representatives of Petrobras or Sete?
 5      A.        Often.
 6      Q.        Who in particular did you meet
 7   with?
 8      A.        At Sete I would meet with the
 9   CEO on a regular basis.
10            And then at Petrobras it was
11   normally with the CFO.
12      Q.        Can you give us those names for
13   the record.
14      A.        For Sete it was Ferraz, which I
15   guess his full name is Joao Carlos Ferraz.
16            And at the time, there have
17   been several CFOs at Petrobras, but at the
18   time I believe it was Omir Barbasa.
19      Q.        Ferraz was ultimately
20   implicated in the corruption scandal
21   revealed by Operation Car Wash, correct?
22      A.        That is correct.
23      Q.        Did you ever communicate with
24   him after those revelations came out?
25      A.        I have not.
```

Page 91

```
 1              THOMAS  - CONFIDENTIAL
 2    full stop if you believe that there are
 3    participants in corruption.
 4              So, yes, there is no chance we
 5    would have proceeded.
 6       Q.      What I was trying to get at was
 7    that you viewed aligning yourself with
 8    Petrobras as a hedge against corruption
 9    risk, is that correct?
10       A.      Correct.
11       Q.      And did you consider the
12    possibility that if Petrobras was itself
13    engaged in corruption, that wouldn't be a
14    hedge against corruption risk?
15       A.      I did not think that that was a
16    possibility; as I said, this is the gold
17    standard company in Brazil, I believe it
18    was the largest company, it was a source
19    of national pride, it was a company that
20    in our industry had a very good
21    reputation, we had had some history with
22    them through other investments.
23              Prior to Lava Jato, Petrobras
24    was widely respected in the energy
25    industry around the world, this wasn't
```

```
 1              THOMAS  - CONFIDENTIAL
 2   unique to us, and the fact that every
 3   major energy company in the world was
 4   going into Brazil to be in business with
 5   Petrobras also provided us comfort.
 6              So obviously Shell didn't think
 7   Petrobras was engaged in bribery, BP
 8   didn't think that, Exxon didn't think
 9   that, because they were all doing the
10   exact same thing.
11              And so I think to me it was not
12   -- it was just not in my view at the time,
13   was just not a possibility that Petrobras
14   would do that.
15      Q.      But ultimately it turned out
16   through Lava Jato or Car Wash that
17   Petrobras was in fact engaged in bribery
18   and corruption, right?
19      A.      That's correct.
20      Q.      Since that time has EIG done
21   any business with Petrobras?
22      A.      Yes, we have existing
23   businesses with them that didn't go away
24   when this happened, both at Prumo
25   Logistica and TBG, we continued to be in
```

Page 93

```
 1            THOMAS  - CONFIDENTIAL
 2    business with them.
 3        Q.       Have there been any new
 4    investments in any Petrobras-related
 5    ventures since Lava Jato?
 6        A.       There have not.
 7        Q.       If an opportunity arose today
 8    to pursue an investment in Petrobras,
 9    would you decline to do so because of Lava
10    Jato?
11        A.       Not necessarily, no.
12                 I think, again, big U.S.
13    companies have had problems too; it
14    doesn't mean that the entire company is
15    rotten and that they're radioactive
16    forever.
17                 The people that were involved
18    hopefully have been brought to justice,
19    the political patrons hopefully have been
20    brought to justice, Petrobras is still the
21    leading company in the Brazilian energy
22    sector and, again, they have a reputation
23    as a good energy company.
24                 Again, it is not just us; every
25    major energy company in the world is
```

Page 94

1             THOMAS  - CONFIDENTIAL

2  active in Brazil in partnership with

3  Petrobras.

4             And so a lot of safeguards have

5  been put in place by the judiciary in

6  Brazil since Lava Jato and none of it is a

7  guarantee, but, yes, Petrobras is still an

8  important player in the Brazilian energy

9  landscape.

10     Q.      Going back to the investment

11  committee meetings related to the June

12  2011 investment in Sete, do you recall any

13  discussions of shipyards?

14     A.      Yes.

15     Q.      What do you recall?

16     A.      Again, the way we viewed this

17  investment or I viewed this investment was

18  as a structured financing.

19             And so Sete itself in my view

20  was not a real company, it was a financing

21  conduit, and so in order for this

22  transaction to happen all the pieces of

23  the puzzle had to come together at the

24  same time.

25             And so you needed to have --

Page 95

```
 1           THOMAS  - CONFIDENTIAL
 2    the contracts with Petrobras were the key,
 3    that that was the source of the revenue,
 4    you had to have the ability to deliver the
 5    shipyards, you needed to have the
 6    financing, so the entire package had to
 7    come together at one time in order to make
 8    all this work.
 9                And the shipyards were a
10    critical piece of this, because, again,
11    without the rigs you couldn't service the
12    contracts that supported the cash flow
13    from Petrobras.
14       Q.       So what subject matters were
15    discussed with respect to the shipyards?
16       A.       Primarily it was whether they
17    were credible and were they capable of
18    performing and that's where --  and,
19    again, in our view, the local content
20    requirement made this harder.
21                Ideally these rigs would have
22    been built in Korea and Singapore and in
23    other, you know, the big yards around the
24    world and then they would have been
25    floated to Brazil.
```

```
 1              THOMAS  - CONFIDENTIAL
 2                 That wasn't possible because of
 3    the local content requirement and so to
 4    get comfort on the shipyard's ability to
 5    deliver, we really looked to the
 6    international partners, these were
 7    well-established names in the space and
 8    getting comfort that they were confident
 9    that they could deliver.
10        Q.      Do you recall any discussion of
11    corruption risk relating to shipyards?
12        A.      I don't, no.
13                 Again, these were --  we didn't
14    really focus on the local guys; and the
15    international guys, again, were the
16    biggest players in the industry.
17        Q.      And at the time of the June
18    2011 investment committee meeting, you
19    didn't know for sure which shipyards were
20    going to get contracts from Sete, correct?
21        A.      That's correct.
22        Q.      You didn't know whether Keppel
23    would ever get a contract from Sete,
24    correct?
25        A.      That's right, but, again, just
```

Page 97

```
 1            THOMAS  - CONFIDENTIAL
 2   to be clear, June 2011 is an investment
 3   committee approval, it is not an
 4   investment; the investment didn't happen
 5   for some time.
 6       Q.       But as of June 2011, you were
 7   committed to make the investment, were you
 8   not?
 9       A.       No, we were not; we had signed
10   an equity commitment letter, we had not
11   signed transaction documents.
12       Q.       When did you sign the
13   transaction documents?
14       A.       I think it was July or August
15   of 2012.
16       Q.       And what additional due
17   diligence was done between June 2011 and
18   when the actual contracts were signed in
19   2012?
20       A.       Quite a bit; we were in regular
21   contact with the management team at Sete,
22   we were in regular contact with Petrobras,
23   we were in regular dialogue with the other
24   investors, the existing round 1 investors
25   in Sete, we were monitoring the status of
```

```
 1              THOMAS  - CONFIDENTIAL
 2    all of the contract awards.
 3                 Again, all the pieces of the
 4    puzzle were conditioned on the other
 5    pieces and so we were looking at all of
 6    them waiting for them to come together.
 7                 And, again, we weren't --  we
 8    had provided an equity commitment letter,
 9    we had not made an investment.
10       Q.       Was any additional due
11    diligence done during that time period
12    relating to corruption risk?
13       A.       I don't know, I don't know.
14                 It certainly would have been a
15    topic of --  I don't know, I'm
16    speculating.
17       Q.       Was any additional due
18    diligence done during that time period
19    relating to Keppel?
20       A.       I know there were several
21    visits to the shipyard and some
22    discussions with them.
23                 I don't know the time frame in
24    which that happened.
25       Q.       Was there any additional due
```

                    THOMAS  - CONFIDENTIAL

1
2    correct.
3        Q.        If we turn to page 4, beginning
4    on the bottom of page 4 and carrying over
5    to page 5, that lays out the investment
6    rationale for this increased investment in
7    Sete, correct?
8        A.        Yes, it does.
9        Q.        And it's the same investment
10   rationale as appeared in connection with
11   the June investment committee meeting,
12   correct?
13       A.        Appears to be, yes.
14       Q.        And so the rationale for the
15   investment in both funds was the same --
16   by both funds was the same, excuse me?
17       A.        I believe so.
18       Q.        If we pull up Exhibit 76, this
19   is the meeting minutes for the September
20   16th, 2011, investment committee meeting,
21   correct?
22       A.        Yes.
23       Q.        This is obviously related to
24   other investments as well, but this is
25   documenting the approval of the increased

```
  1            THOMAS  - CONFIDENTIAL
  2   investment in Sete, correct?
  3               (Witness perusing document.)
  4      A.       Correct.
  5      Q.       Do you recall approximately how
  6   long the discussion was in connection with
  7   Sete at this meeting?
  8      A.       I don't.
  9      Q.       Would it have been just a few
 10   minutes?
 11      A.       I would have expected it to be
 12   longer than that.
 13      Q.       Do you recall any specific
 14   issues or questions that were discussed at
 15   this meeting relating to the investment in
 16   Sete?
 17      A.       I believe the focus of the
 18   discussion was on whether to involve more
 19   than one fund in the investment.
 20      Q.       Can you elaborate on that?
 21      A.       So in the period in time when
 22   we had first started exploring Sete as an
 23   investment, we had raised a new fund,
 24   which is Fund XV.
 25               And so while originally Sete
```

```
 1           THOMAS  - CONFIDENTIAL
 2   was just targeted for Fund XIV, we now had
 3   a new pool of capital and were deciding
 4   whether to try to get an increased
 5   allocation in Sete and have the new fund
 6   invest alongside the existing fund.
 7       Q.        Why not just have Fund XIV
 8   increase its investment?
 9       A.        Because you're trying to manage
10   the diversification criteria of each fund
11   and so for each fund we try to be  -- you
12   know, have a diversified portfolio and so
13   that would likely be the reason.
14       Q.        Do you recall any discussion
15   concerning bribery or corruption risk at
16   this meeting?
17       A.        I don't.
18       Q.        Do you recall any discussion of
19   specific shipyards at this meeting?
20       A.        I don't.
21       Q.        Do you recall any discussion of
22   Keppel at this meeting?
23       A.        No.
24       Q.        As we established, so EIG began
25   funding its equity commitments to Sete
```

Page 103

```
 1              THOMAS  - CONFIDENTIAL
 2    around August of 2012, correct?
 3         A.      I am not sure when we funded,
 4    but that was when we actually entered into
 5    an investment.
 6                And so up until then it had
 7    just been commitment letters and we were
 8    not guaranteed any allocation in the
 9    equity.
10                And so it was only in the
11    summer of 2012 that an allocation was made
12    and we made an actual investment and then
13    I'm not sure of how quickly that funded.
14         Q.      The investment committees did
15    not meet again to discuss the Sete
16    investment between September of 2011 and
17    August of 2012, correct?
18         A.      Not for a new approval.
19                As I said, it meets every week
20    and all of the investments that are in the
21    pipeline will typically get some
22    discussion and so the committee was
23    informed along the way, people were
24    wondering, you know, why hadn't Sete
25    closed and so there was frequent
```

1          THOMAS  - CONFIDENTIAL

2    discussion about that over that period of

3    time.

4              But, no, the committee, there

5    was no need for the committee to come back

6    and reconvene for an approval; there was

7    nothing to approve.

8       Q.     And the committee did not need

9    to approve the actual signing of the

10   agreements in August of 2012 because of

11   its prior approval of the investment,

12   right?

13      A.     That's correct.

14      Q.     There was an investor

15   conference that EIG held in 2011, do you

16   recall that?

17      A.     I do.

18      Q.     What was the purpose of that

19   conference?

20      A.     We're required under our fund

21   documents to have an annual general

22   meeting once a year for our investors and

23   that's what that is.

24              And so we typically hold it in

25   the fall, we invite all of our investors

```
 1            THOMAS  - CONFIDENTIAL
 2   around the world to attend and it's
 3   usually a full day and we'll review the
 4   existing portfolios and then we also like
 5   to have one or two thematic topics of
 6   relevance to our industry that we talk
 7   about.
 8        Q.      Were there any presentations or
 9   videos related to Sete at this conference?
10        A.      I believe there was.
11        Q.      What do you recall?
12        A.      I believe what we wanted to do
13   was use the proposed investment in Sete as
14   a way to educate our clients about what
15   was happening in Brazil.
16                And so different in time, but
17   very similar to the white paper, was there
18   is this really big thing happening in our
19   industry and if we wanted to educate our
20   clients about it and the contemplated
21   investment in Sete was a way to do that.
22        Q.      And there was a video shown
23   relating to Sete, correct?
24        A.      I believe there was, yes.
25        Q.      What do you recall about the
```

1          THOMAS  - CONFIDENTIAL

2     video?

3        A.       We do these every year;

4     typically we'll identify four or five

5     either investments or proposed investments

6     where we think it is interesting, it may

7     be interesting because of, again, a big

8     trend in the industry, it may be

9     interesting because of a new technology or

10    geography and so we'll identify a handful

11    of investments every year and then there

12    is a media firm that we use that goes and

13    shoots footage.

14              And typically these videos are,

15    you know, three or three-and-a-half

16    minutes long.

17       Q.       Sitting here today, do you

18    think there was anything inaccurate in any

19    of the presentations or videos related to

20    Sete at that 2011 investors conference?

21       A.       I'd have to go back and look at

22    the material.

23              I know when prepared everything

24    in it we believed to be true.

25              You know, whether or not we

Page 107

```
 1              THOMAS  - CONFIDENTIAL
 2    were mistaken about anything I don't know.
 3         Q.       Were individual shipyards
 4    discussed at that investor conference?
 5         A.       I believe there was footage
 6    included in that, so it was part of the
 7    video.
 8         Q.       And do you recall whether the
 9    specific shipyard was identified in the
10    video?
11         A.       I believe it was identified as
12    Keppel.
13         Q.       Do you recall any discussion
14    relating to Keppel beyond simply them
15    appearing in the video?
16         A.       I don't; the context I think
17    was to convey a sense that it wasn't just
18    us saying that Brazil was a big deal, all
19    the big boys were there and certainly that
20    audience, our audience, in an energy
21    crowd, everybody recognized the Keppel
22    name and knew they were one of the leading
23    players in the industry.
24              And so, again, the fact that
25    the leading players in the industry, just
```

Page 108

```
 1            THOMAS  - CONFIDENTIAL
 2   like Shell and BP and Exxon, are involved
 3   give people comfort that it is not just us
 4   saying this is a big deal, these other
 5   companies view it as a big deal, too.
 6       Q.      Do you recall any discussion
 7   relating to bribery or corruption risk at
 8   that conference?
 9       A.      I do not.
10       Q.      Sete incurred financing issues
11   over the course of your relationship with
12   Sete, correct?
13            MR. GOLDMAN:  Object to form,
14   but you can answer.
15       A.      Well, it was a financing
16   vehicle, so it's raise on DETRA (sic), in
17   our view, was to enable financing, so,
18   yes, it was constantly securing capital
19   and refinancing capital; it was a
20   securitization vehicle, in our view.
21       Q.      And over time it encountered
22   difficulties getting financing, didn't it?
23       A.      It did.
24       Q.      And it encountered difficulties
25   getting financing prior to Lava Jato being
```

Page 109

1          THOMAS  - CONFIDENTIAL

2    disclosed, correct?

3        A.        Nothing out of the ordinary, in

4    my opinion.

5                  The scale of the financing

6    required was large, but the company had a

7    lot of alternatives and so there was quite

8    a bit of discussion about optimizing the

9    financing and which form of financing was

10   cheaper, but, you know, this was a high

11   profile transaction in the market globally

12   and they had demonstrated an ability to

13   raise significant amounts of capital.

14                  So, yeah, I never --  it wasn't

15   generally a question of if they could

16   raise financing, it was at what cost.

17       Q.        EIG entered into a loan

18   agreement with Sete in December of 2011,

19   correct?

20       A.        I believe that's correct, yes.

21       Q.        For a hundred million dollars

22   U.S.?

23       A.        That sounds correct, yes.

24       Q.        Why did that occur?

25       A.        Again, we were in a very

```
 1              THOMAS  - CONFIDENTIAL
 2    awkward period, we had signed equity
 3    commitment letters earlier in the year,
 4    but we had not been allocated any of the
 5    investment and so there was a struggle
 6    underway among the investor group, the
 7    existing investors and the new investors,
 8    around allocation.
 9              And so we had hoped that it
10    would be resolved before the end of 2011,
11    it was not, and so the company came to us
12    and asked us, they thought that it would
13    enhance our standing among the other
14    investors if we provided some short-term
15    bridge financing until a final equity
16    allocation was resolved and we reluctantly
17    agreed to do that.
18        Q.      Why reluctantly?
19        A.      Because the rate of turn again
20    was quite low on that bridge; we're not in
21    the business generally of doing bridge
22    loans, we're looking to make long-term
23    investments.
24              But we did it in this case,
25    again, because we were trying to enhance
```

Page 111

```
 1           THOMAS  - CONFIDENTIAL
 2   our ability in the allocation discussions
 3   that had not been finalized yet.
 4       Q.      So you thought you would have a
 5   better shot at the allocations if you made
 6   the loan?
 7       A.      Correct.
 8       Q.      And was the hundred million
 9   dollar loan in fact made?
10       A.      I believe it was, yes.
11       Q.      And was it paid back?
12       A.      I believe it was.
13       Q.      When was it paid back?
14       A.      My recollection is that when
15   the final allocations were made and the
16   new equity commitments were brought into
17   the company in the summer of 2012, that
18   one of the use of proceeds from that
19   capital call was to repay the bridge.
20               And I think there was another
21   investor, I think Luce had done a bridge
22   as well, I am not certain.
23               But that was part of the use of
24   proceeds, I believe.
25       Q.      And I apologize, did you say
```

```
 1           THOMAS  - CONFIDENTIAL
 2   when it was repaid, I missed that, I'm
 3   sorry?
 4       A.      I think it was the summer of
 5   2012 from the proceeds of the equity --
 6   when the equity investment was finalized
 7   and capital was called, I think that was
 8   one of the use of proceeds.
 9       Q.      And it was paid back with
10   whatever interest was due?
11       A.      Yes, it was a nominal rate of
12   interest.
13       Q.      And then in 2013 Sete again was
14   seeking to raise additional capital,
15   correct?
16       A.      I'm sure they were; again, they
17   were always raising capital because that
18   was their purpose.
19               The total capital required for
20   the 28-rig program was something on the
21   order of 24, $25 billion U.S..
22               MR. BARBUR:  Let's mark another
23   document, it is tab 10, Dave.
24       A.      What number is this?
25       Q.      I don't think it is up yet, it
```

```
                                          Page 113
 1            THOMAS  - CONFIDENTIAL
 2   will have a new number when it comes up.
 3              (Pause.)
 4              MR. BARBUR:  It is now up as
 5   Exhibit 106.
 6              (Defendant's Exhibit 106,
 7   e-mail dated 12/6/13, from Niranjan
 8   Ravindran to Kevin Corrigan, was marked
 9   for identification, as of this date.)
10      Q.      Take a moment to review this
11   and I will ask you a few questions.
12              (Witness perusing document.)
13      A.      Okay.
14      Q.      Beginning at the bottom, the
15   first e-mail in the chain, that's an
16   e-mail to you and some others from Kevin
17   Corrigan, correct?
18      A.      That's correct.
19      Q.      And he's talking about the need
20   for additional capital, do you see that?
21      A.      Yes.
22      Q.      He is saying that Sete needs
23   additional capital at this point in time,
24   which is 2013, correct?
25      A.      That's correct.
```

Page 114

1          THOMAS  - CONFIDENTIAL

2      Q.        And he also says, "The existing

3   shareholders are by and large unwilling to

4   put in more," do you see that?

5      A.        I do.

6      Q.        Why was that?

7      A.        They had already invested a lot

8   of money; the issue here was the company

9   had not closed the senior debt financing

10  yet and so, again, the total financing

11  plan for Sete was over $24 billion, almost

12  20 billion of which was debt, and the

13  majority of that debt was coming from

14  BNDES and that had not closed.

15             And so the delay in getting the

16  debt financing was causing a liquidity

17  constraint on the company and so they were

18  looking at different alternatives on how

19  to solve that.

20             One was to inject additional

21  equity, the other apparently was to get

22  financing from Credit Suisse.

23             But that was the context, it

24  was short-term liquidity while they were

25  trying to get the senior debt financing

Page 115

```
 1              THOMAS  - CONFIDENTIAL
 2    closed.
 3         Q.      As of 2013, Sete was behind in
 4    getting its anticipated debt financing
 5    from BNDES, correct?
 6         A.      Correct.
 7                 We had a commitment letter from
 8    BNDES, but it had not closed and funded.
 9         Q.      Why had not it closed and
10    funded?
11         A.      Partly because --  I don't
12    recall all the particulars --  I know part
13    of it was friction between BNDES and
14    Petrobras around some of the conditions
15    that BNDES wanted to put around Petrobras.
16                 Again, Petrobras was the sole
17    off-taker under the take or pay contracts,
18    they were the sole source of revenue for
19    the company, and BNDES wanted to put
20    conditions on Petrobras that Petrobras was
21    resisting and so that was a big reason for
22    the delay in getting it completed.
23         Q.      We then move up the chain,
24    there is an e-mail from you to Kevin
25    saying "I support buying at R 102 but not
```

```
 1           THOMAS  - CONFIDENTIAL
 2    R 1.76," do you see that?
 3         A.      I do.
 4         Q.      What does that mean?
 5         A.      So among the investor group,
 6    the question for us was would we put in
 7    additional capital and my response was,
 8    yes, but it's basically at the right
 9    price.
10              And so what I found frustrating
11    and annoying from some of the existing
12    shareholders is they didn't want to put in
13    the money themselves, but they wanted the
14    people who did put the money in to pay a
15    premium, which seemed ridiculous to me.
16              And so the debate was over at
17    what valuation should the new money come
18    in and I was indicating that I was not
19    prepared to pay the premium.
20         Q.      If we move further up the
21    chain, and I understand you're not on
22    these e-mails, but it says, Kevin writes,
23    "Are you okay with the company taking on a
24    500 million, 10.2 subordinated loan for
25    seven years," do you see that?
```

```
 1           THOMAS  - CONFIDENTIAL
 2       A.       I do.
 3       Q.       It says, "Aldo is quite aghast
 4   at that," do you see that?
 5       A.       I do.
 6       Q.       Do you understand what that
 7   relates to?
 8       A.       I believe Aldo thought the cost
 9   of that financing was too high and I think
10   his preference was that the money should
11   come in as additional equity.
12       Q.       One of the possibilities being
13   explored at this time was having EIG or
14   other equity investors make a loan to
15   Sete, is that correct?
16       A.       I don't recall a loan in this
17   time period.
18                Once we became an equity
19   investor, I know we considered and
20   discussed with the company the possibility
21   of putting in additional equity, but I
22   don't recall us leading a debt financing.
23       Q.       I wasn't asking whether you led
24   a debt financing.
25                I'm asking whether EIG had
```

Page 118

THOMAS  - CONFIDENTIAL

1
2    asked --  excuse me.
3                I'm asking whether Sete had
4    asked EIG if it would be willing to make a
5    loan.
6        A.      Oh; I don't know.
7        Q.      Let's turn to what has
8    previously been marked as Exhibit 96, we
9    will put that on Exhibit Share.
10                (Pause.)
11        Q.      I think Exhibit 96 is now up on
12    Exhibit Share, if you can pull it up.
13        A.      I have it.
14        Q.      This is an e-mail chain
15    involving you and Mr. Corrigan and others,
16    correct?
17        A.      Yes, it is.
18        Q.      The beginning e-mail from
19    Mr. Corrigan concerns a board meeting of
20    Sete that he attended, correct?
21        A.      It does.
22        Q.      Did you attend Sete board
23    meetings?
24        A.      A few.
25        Q.      When you did not, Mr. Corrigan

Page 119

1          THOMAS  - CONFIDENTIAL
2    was your proxy, is that correct?
3        A.        Yeah, so when we first made the
4    investment, I was our board designee and
5    Kevin was my alternate, but I pretty
6    quickly stopped going to meetings, the
7    meetings were conducted entirely in
8    Portuguese and I don't speak Portuguese.
9               So I am not sure exactly when,
10   but at some point for a period of time
11   Kevin attended as my alternate and then at
12   some point in time we cleaned that up and
13   I just came off the board.
14               But I did attend the first
15   couple of meetings.
16       Q.        In this report, now on the
17   second page of this e-mail chain, Mr.
18   Corrigan writes, "A bomb was coming; a
19   highlight or low point of the meeting was
20   a two-hour or so presentation by Carneiro
21   that painted a pretty dire picture of Sete
22   Brazil, clearly establishing a bleak
23   contrast with the generally upbeat status
24   reports we had received under the old
25   regime."

```
 1          THOMAS  - CONFIDENTIAL
 2               Do you see that?
 3     A.      I do.
 4     Q.      Do you believe that's a correct
 5   statement as to what Sete presented at
 6   this board meeting?
 7               MR. GOLDMAN:  Object to form.
 8     A.      I have no reason to doubt it.
 9     Q.      Did you view that there was a
10   pretty dire picture at Sete Brazil at this
11   time?
12     A.      No.
13     Q.      Why?
14     A.      I knew that Ferraz had been
15   replaced, which was Petrobras's right
16   under the shareholders agreement, that had
17   caused a lot of consternation in the
18   shareholder group.
19               The new person appointed was
20   this Carniero and he was a Petrobras
21   person.
22               There is no doubt but that
23   things were behind schedule, but the
24   underlying contractual framework of the
25   transaction was unchanged and so the fact
```

Page 121

```
 1            THOMAS  - CONFIDENTIAL
 2   that there were delays and cost overruns
 3   on a project of this scale didn't surprise
 4   me at all.
 5            In my experience, it's very
 6   rare the big projects that don't have
 7   delays and overruns.
 8            And so, yes, I was disappointed
 9   that it was behind schedule, but I didn't
10   view it dire at all and I don't think,
11   it's interesting, while I think Kevin used
12   a little bit of hyperbole, when you look
13   at the financial analysis at the bottom of
14   his e-mail, it's not that dire.
15      Q.     So your testimony is that,
16   although Sete painted a dire picture, you
17   thought that Sete was wrong?
18            MR. GOLDMAN:  Object to form.
19      A.     No, I'm responding to an e-mail
20   from Kevin, I wasn't there, I don't know
21   what Sete --  how they presented it and
22   whether they presented it as dire or not.
23            This is Kevin's recounting of
24   the meeting and our view was there was
25   clearly an element that Petrobras was,
```

```
 1          THOMAS  - CONFIDENTIAL
 2    because shareholders were so unhappy, they
 3    were trying to justify why they fired
 4    Ferraz and so having a negative outlook
 5    certainly fit their interest.
 6               So all of that --  again, I
 7    don't have any reason to believe that's
 8    not accurate, I believe Kevin's summary is
 9    accurate.
10               But in terms of what does it
11    actually mean in terms of the projected
12    return on our investment, when you look at
13    that in the bottom of that same e-mail,
14    the impact was negative but not that
15    significant.
16       Q.      So you don't doubt that
17    Mr. Corrigan was accurately describing
18    that Carneiro had painted a pretty dire
19    picture of Sete Brazil, correct?
20       A.      I have no reason to doubt that,
21    no.
22       Q.      But your belief is that
23    Carneiro painted a pretty dire picture to
24    his own investors and that the investors
25    had a rosier picture of Sete Brazil than
```

```
 1            THOMAS  - CONFIDENTIAL
 2   Carneiro had, is that your testimony?
 3      A.        No; again, Carneiro was a
 4   Petrobras person and so everyone viewed --
 5   everyone --  I viewed him as he was a
 6   mid-level Petrobras person put in here to
 7   protect Petrobras's interest.
 8               And, again, there is an
 9   elaborate contractual framework where our
10   only client is Petrobras and so Petrobras
11   was looking out for Petrobras's interests.
12               And so I thought that, my
13   intuition was that Carneiro was incented
14   to paint a more negative picture than was
15   probably reality.
16               But even accounting for what he
17   said, the financial impact was modest.
18      Q.        I believe you said something
19   about your only agreement or contact was
20   with Petrobras, I don't have the exact
21   testimony, but just so we're clear, you
22   didn't have any agreement, a binding
23   agreement, with Petrobras concerning any
24   aspect of your Sete investment, did you?
25      A.        I am not sure I understand.
```

Page 124

```
 1           THOMAS  - CONFIDENTIAL
 2                Petrobras, every material
 3    contract almost without exception in this
 4    company involved Petrobras.
 5         Q.      I'm talking about EIG's
 6    agreements with respect --
 7         A.      No, there was no side deal
 8    between us and Petrobras.
 9         Q.      Petrobras had no obligation to
10    bail out EIG if something went south in
11    Sete, did it?
12         A.      No.
13                MR. GOLDMAN:  Peter, if you
14    find that, let us know.
15         Q.      At the bottom of the second
16    page here, again, in Mr. Corrigan's
17    e-mail, he says, "The company will now
18    begin looking for R 3 billion of new
19    equity needed to complete the project and
20    no one believes they will be able to go to
21    market."
22                Do you see that?
23         A.      I do.
24         Q.      What do you understand that to
25    mean?
```

Page 125

1              THOMAS  - CONFIDENTIAL
2        A.        Well, again, the long-term debt
3    financing with BNDES had not closed yet,
4    that the consequence of that delay was
5    that the company had short-term liquidity
6    challenges and they were looking for
7    alternatives as to how they plugged the
8    hole until that senior financing comes
9    into place.
10              And so that hole they estimate
11    to be 3 billion reals and they're
12    exploring where does that come from.
13        Q.        What Mr. Corrigan is saying is
14    no one believes Sete can go to market to
15    raise that 3 billion, right?
16        A.        Yes, but the next sentence they
17    say they want to hire a bank to bring in
18    new investors, so I don't know exactly how
19    those two sentences square.
20        Q.        If they don't get the 3
21    billion, then Sete is in real trouble,
22    isn't it?
23        A.        Certainly Sete needed to
24    continually --  well, again, Sete needed
25    to get the debt financing in place.

Page 126

1           THOMAS  - CONFIDENTIAL

2                There's no doubt that there was

3      going to be liquidity, in my mind, that

4      there was going to be short-term liquidity

5      put into the company.

6                Again, 3 billion reals in U.S.

7      dollar terms is not a huge number, and so

8      that capital was going to be coming to the

9      company, it was always a question of who

10     provides it and at what cost and if push

11     came to shove we were supportive of the

12     equity sponsors doing it and we would

13     provide our share.

14                The question then just became

15     at what valuation and that's where there

16     were disputes among the shareholders.

17                Again, I was never concerned

18     that this company was going to be, you

19     know, was going to be bankrupt, but it was

20     constantly exploring financing

21     alternatives.

22                MR. BARBUR:  Let's mark another

23     document, tab 13, Dave.

24                (Pause.)

25      Q.        You should now have it up as

```
                                              Page 127
 1              THOMAS  - CONFIDENTIAL
 2    Exhibit 106.
 3                 (Defendant's Exhibit 107,
 4    investment committee agenda, was marked
 5    for identification, as of this date.)
 6        Q.       Do you see that?
 7        A.       Yes, I do.
 8        Q.       Can you describe what this is.
 9        A.       Looks like an investment
10    committee agenda --
11                 (Discussion off the record.)
12        Q.       What we're looking at should
13    actually be 107.
14                 This is, as I think you said,
15    an agenda for an investment committee
16    meeting in September of 2014, correct?
17        A.       That's correct.
18        Q.       Do you remember who attended
19    this meeting?
20        A.       I don't.
21        Q.       Do you remember if you attended
22    this meeting?
23        A.       I believe I did.
24        Q.       There was a discussion of Sete
25    at this meeting, correct?
```

```
1              THOMAS  - CONFIDENTIAL
2        A.        That's correct.
3        Q.        What was the purpose of having
4   a discussion of Sete at this meeting?
5        A.        I'm just looking at the
6   materials.
7                  (Witness perusing document.)
8        A.        It appears to be a discussion
9   about the short-term liquidity issues at
10  the company and whether that would get
11  solved through equity.
12       Q.        Turn to the back of the
13  document, there is what appears to be a
14  PowerPoint presentation that begins with
15  production number ending in 677, do you
16  see that?
17       A.        I do.
18       Q.        This is a presentation that
19  would have been made at this investment
20  committee meeting, correct?
21       A.        I believe so.
22       Q.        If you turn to the second page,
23  it says out of the nine drillships for
24  batch 1, four are considerably behind
25  schedule, do you see that?
```

1              THOMAS  - CONFIDENTIAL

2      A.      I do.

3      Q.      Was that a problem?

4      A.      Yes, but two things I would

5  point to.

6              First, the bullet right above

7  that, overall construction progress was

8  only modestly down from target and, again,

9  my experience working on projects like

10  this is that most are behind schedule and

11  over budget.

12      Q.      Under cash flow and long-term

13  financing, it refers to both BNDES and

14  Finisa LT, do you see that?

15      A.      I do.

16      Q.      What is Finisa LT?

17      A.      I don't know.

18      Q.      Is it some other bank or other

19  financing organization?

20      A.      I assume so.

21      Q.      At this point BNDES was still

22  behind in providing its debt financing to

23  Sete, correct?

24      A.      That's correct.

25      Q.      And Sete was seeking to raise

Page 130

1              THOMAS  - CONFIDENTIAL
2    additional money in light of that
3    shortfall in the debt financing, correct?
4        A.        Correct.
5                  According to this, we were
6    expecting it to fund later, in the next
7    couple of months, and so they needed stop
8    gap funding to tide them over.
9        Q.        If you turn to what is page 4
10   of this PowerPoint presentation, it talks
11   about capital call requests, do you see
12   that?
13       A.        I do.
14       Q.        And they were intending to call
15   $88 million in capital from EIG to fund
16   Sete in light of the fact that BNDES was
17   behind, correct?
18       A.        That's correct.
19       Q.        Were you happy about that?
20       A.        I would have preferred that the
21   senior debt financing had already been
22   completed, but it was our expectation that
23   all of the capital that we had committed
24   to the company would get drawn at some
25   point and so this was just bringing

Page 131

```
 1            THOMAS  - CONFIDENTIAL
 2   forward what was going to happen, anyway.
 3             But, yes, from a financial
 4   perspective, it was clearly better for us
 5   that the debt come in first.
 6      Q.      Do you recall any specific
 7   discussion relating to Sete at this
 8   meeting beyond what we see in this
 9   presentation?
10      A.      I do not.
11      Q.      And EIG ultimately approved
12   this additional 88 million, correct?
13      A.      Well, I think specifically,
14   just based on this document, the reason --
15   normally satisfying a capital call is not
16   something that would come to committee for
17   approval, that's not an approval item.
18             What this appears to be is that
19   they were looking to get a waiver of the
20   notice period required to make that
21   capital call and so the investment
22   committee approval would have been to
23   grant that waiver.
24             And so that's what this appears
25   to be.
```

Page 132

```
 1          THOMAS  - CONFIDENTIAL
 2      Q.       And was the waiver approved?
 3      A.       I believe so.
 4      Q.       Are you aware of what happened
 5   to oil prices in 2014?
 6      A.       Generally, yes.
 7      Q.       What happened?
 8      A.       Well, not dissimilar from most
 9   years, they were volatile and so they were
10   high at the beginning of the year and low
11   at the end of the year, similar to this
12   year.
13      Q.       So by the time of this meeting
14   in September of 2014, oil prices had
15   decreased, correct?
16      A.       Correct, but that was a
17   nonissue for us.
18               Again, Sete didn't own any oil,
19   Sete didn't sell any oil, the contract
20   wasn't tied to oil, Sete had a take or pay
21   contract, and so the risk on oil prices
22   was a Petrobras risk, not a Sete risk, not
23   an EIG risk, and so we weren't tracking
24   oil prices and worried about whether it
25   was up or down at any point in time.
```

Page 133

```
 1            THOMAS  - CONFIDENTIAL
 2                This was an infrastructure
 3    investment with a take or pay contract.
 4       Q.      Were you concerned that the
 5    climbing oil prices might make Petrobras
 6    reconsider its drill rig strategy?
 7       A.      Well, I suspect it would cause
 8    them to reconsider their drill rig
 9    strategy, but it would not cause them to
10    default on their contracts.
11                And so in terms of what the
12    future program looked like, I am confident
13    it would influence their thinking.
14                But, again, Petrobras was and
15    is a highly-respected name in our industry
16    and not known for defaulting on contracts.
17       Q.      Did Petrobras ever default on
18    its contracts with Sete?
19       A.      That's an interesting question,
20    I don't know, I don't know.
21                You know, once Sete went into
22    judicial recovery, I think Petrobras used
23    that as an excuse to try to get out of
24    contracts that they didn't like anymore
25    and whether or not that was legal or
```

```
 1          THOMAS  - CONFIDENTIAL
 2    appropriate I don't know.
 3        Q.       I want to go back to the
 4    subject of capital calls that we touched
 5    on before and I think you testified that
 6    investment committee approval was not
 7    required for a capital call if the
 8    investment had already been approved,
 9    right?
10        A.       That's correct.
11        Q.       And so you alone could approve
12    a capital call without going back to the
13    committee?
14        A.       I could, but it wouldn't even
15    come to me.
16             And so it would be handled
17    entirely by the deal team and our
18    accounting team, we handle capital calls
19    every day and they don't rise to senior
20    leadership.
21             MR. BARBUR:  Let's mark another
22    document, it is tab 15, Dave.
23             I think this one is correctly
24    labeled as Exhibit 108 and it is now up in
25    Exhibit Share.
```

Page 136

1          THOMAS  - CONFIDENTIAL

2      A.        Currency conversion.

3      Q.        Was any approval required for

4  the capital call?

5      A.        Not to my knowledge.

6                Again, capital calls are

7  routine events, that's what we do for a

8  living, make investment commitments to

9  companies like this and we process capital

10 calls every day of the week and it's very

11 rare that one would be brought to my

12 attention.

13     Q.        This e-mail chain is taking

14 place in December of 2014, do you see

15 that?

16     A.        I do.

17     Q.        By that time the bribery

18 scandal involving Petrobras had already

19 been made public, had it not?

20     A.        I don't recall the exact time

21 frame, but my recollection is that the

22 Barusco testimony about Lava Jato became

23 public in late 2014 and the connection to

24 Petrobras and Sete happened in early 2015,

25 but I could be mistaken about that.

Page 137

```
 1              THOMAS  - CONFIDENTIAL
 2       Q.       Let's take a look at another
 3   document to refresh your recollection,
 4   it's tab 14, this is now Exhibit 109.
 5                (Defendant's Exhibit 109,
 6   e-mail chain, was marked for
 7   identification, as of this date.)
 8       Q.       It is an e-mail chain, I'm
 9   going to refer you to the last page, which
10   is I think the first and second e-mails in
11   the chain.
12                Do you see an e-mail there to a
13   Derek Lemke?
14       A.       I do.
15       Q.       Who is Derek Lemke?
16       A.       He is a former employee of EIG
17   who is retired.
18       Q.       And he is sending this to Jose
19   Magela Bernardes, Marcel Abe and Ronnie
20   Hawkins, do you see that?
21       A.       I do.
22       Q.       Those are senior executives at
23   EIG?
24       A.       None of them are currently at
25   EIG, but two of the three were senior --
```

Page 138

1          THOMAS  - CONFIDENTIAL

2    were managing directors, Marcel was more

3    junior.

4         Q.       Derek is saying he received an

5    inquiry from New Holland; New Holland was

6    one of your investors?

7         A.       Correct.

8         Q.       "About the impact of the

9    bribery scandal at Petrobras on our

10   investments and portfolio companies," do

11   you see that?

12        A.       I do.

13        Q.       Does this refresh your

14   recollection that EIG was aware of the

15   bribery scandal at Petrobras in November

16   of 2014?

17        A.       Well, I am not on these

18   e-mails, so it doesn't refresh my

19   recollection.

20                 I agree that that's what the

21   e-mail says.

22        Q.       Do you have any reason to doubt

23   that EIG was aware of the bribery scandal

24   involving Petrobras in November of 2014?

25        A.       I do not; as I said, I knew it

Page 139

```
 1          THOMAS  - CONFIDENTIAL
 2   all happened in the fourth quarter of
 3   2014, when this started to come to light.
 4       Q.      Let's go back to Exhibit 108,
 5   which had to do with the FX trade to
 6   support the capital call.
 7               Did you or anyone else at EIG
 8   consider at this point in time not making
 9   the capital call in light of the bribery
10   scandal?
11       A.      Again, I don't recall what
12   discussions happened then.
13               My recollection is at this
14   point in time Sete had not been implicated
15   and so we didn't know the extent of what
16   was going on.
17       Q.      Petrobras was implicated, and,
18   as you've said, you viewed Petrobras as
19   the real counterparty here, correct?
20       A.      They were the most important
21   player in the transaction, absolutely.
22       Q.      And they're now involved in a
23   bribery scandal and yet EIG is continuing
24   to pay its capital calls, correct?
25       A.      Well, again, our capital call
```

Page 140

```
1              THOMAS  - CONFIDENTIAL
2    is not to Petrobras, it's to Sete.
3                And so at this point in time
4    the link to Sete had not been made and so,
5    you know, that's like saying that, you
6    know, Exxon has a project in Nigeria that
7    has an FCPA violation, it doesn't excuse
8    performance of somebody in Alaska.
9        Q.      Did you do anything after the
10   bribery scandal was revealed as to both
11   Petrobras and Sete to explore your ability
12   to refuse to make capital contributions
13   going forward?
14               MR. GOLDMAN:  I just want to
15   caution you not to disclose any
16   communications you had with counsel on
17   this subject.
18               With that, you can answer the
19   question.
20       A.      Just to be clear, you're asking
21   about the period after Sete was
22   implicated?
23       Q.      What's your recollection of
24   when Sete was implicated?
25       A.      In the first quarter of 2015.
```

```
                     THOMAS  - CONFIDENTIAL
 1
 2       Q.        And as of that time, did EIG do
 3   anything to reexamine its requirement to
 4   make capital call contributions in light
 5   of Sete's involvement in the bribery
 6   scandal?
 7       A.        I had discussions with counsel.
 8       Q.        Which counsel?
 9       A.        General counsel.
10       Q.        Who was that?
11       A.        At the time it was Robert
12   Vitale.
13                 MR. BARBUR:  Counsel, is EIG
14   taking the position that it was legally
15   obligated to make these capital calls?
16       Q.        I'm not offering --
17                 MR. BARBUR:  I'm asking
18   Mr. Goldman.
19                 MR. GOLDMAN:  I am not being
20   deposed here --
21                 MR. BARBUR:  I am just trying
22   to understand whether this claim of
23   privilege for these conversations can be
24   sustained if EIG is going to take the
25   position that in fact it was obligated.
```

```
 1          THOMAS  - CONFIDENTIAL
 2              MR. GOLDMAN:  Again, if you can
 3   answer that without regards to advice from
 4   counsel, go ahead.
 5      A.      It was unclear to me, which is
 6   why I enlisted input from counsel.
 7              And I'm confident that our
 8   general counsel consulted with local
 9   counsel on this point.
10              At the end of the day the
11   amount of capital that was funded was de
12   minimis from that period forward and that
13   was my business decision.
14              MR. BARBUR:  I want to mark as
15   the next exhibit the First Amended
16   Complaint that was filed in this lawsuit.
17              (Defendant's Exhibit 110, First
18   Amended Complaint, was marked for
19   identification, as of this date.)
20      Q.      Have you seen this before?
21              (Witness perusing document.)
22      A.      I believe so.
23      Q.      Did you have any role in
24   drafting this document?
25      A.      I didn't draft any of it, but I
```

```
 1            THOMAS  - CONFIDENTIAL
 2   did read it before we filed it.
 3       Q.        And you thought it was accurate
 4   at the time?
 5       A.        I don't have a specific
 6   recollection, but I'm sure I did.
 7       Q.        If you can turn to paragraph 76
 8   on page 24, and if you carry over to page
 9   25, there is a listing there of amounts,
10   do you see that?
11       A.        One second, please.
12                 (Witness perusing document.)
13       A.        Yes.
14       Q.        What do you understand these
15   amounts to represent?
16       A.        It appears to be a record of
17   wire transfers in connection with fundings
18   on this investment.
19       Q.        Is this all of the wire
20   transfers that were made in connection
21   with capital calls?
22       A.        As I said a minute ago, I
23   believe there were one or two de minimis
24   amounts that were funded after this time
25   period and those were funded to pay for
```

```
 1          THOMAS  - CONFIDENTIAL
 2   the advisors to put the company into
 3   bankruptcy.
 4       Q.      And so why are those amounts
 5   not included here?
 6       A.      I can't speak to that.
 7       Q.      Your understanding is there
 8   were additional de minimis amounts wired
 9   to Sete that are not reflected here,
10   correct?
11       A.      The company -- correct --  the
12   company continued to make capital calls
13   through I think 2018 or 2019, maybe 2018.
14               I think the total is about a
15   hundred thousand dollars to our share.
16               But, again, my recollection is
17   that they were expenses associated with
18   getting the company into judicial
19   recovery.
20       Q.      I am going to show you another
21   document, tab 16, that should be up as
22   Exhibit 111.
23               (Defendant's Exhibit 111,
24   request to approve a currency conversion
25   in connection with a capital call by Sete,
```

Page 146

```
 1              THOMAS  - CONFIDENTIAL
 2   was marked for identification, as of this
 3   date.)
 4        A.      I have it.
 5        Q.      This is another request for you
 6   to approve a currency conversion in
 7   connection with a capital call by Sete,
 8   correct?
 9        A.      That's correct.
10        Q.      And you approved it, correct?
11        A.      Correct.
12        Q.      And the capital call was in
13   fact made and paid, excuse me?
14        A.      I believe so, yes.
15        Q.      And that's the last of those
16   amounts that we saw in the list in the
17   complaint, correct?
18        A.      That's correct.
19        Q.      What did EIG do around this
20   time to investigate whether Sete or
21   Petrobras were involved in paying bribes?
22        A.      Well, I think we --  public
23   press reports implicated Petrobras.
24                I know the deal team was
25   providing information, you know, again,
```

```
 1              THOMAS  - CONFIDENTIAL
 2    just based on what was in local press and
 3    their discussions with local contacts, I
 4    know that our general counsel was tasked
 5    with talking to local counsel.
 6              But like everybody, I think we
 7    were waiting to find out what was in the
 8    Barusco testimony.
 9        Q.      Do you think it was possible
10    that Petrobras was involved in a bribery
11    scandal relating to Sete and people at
12    Sete had nothing to do with it?
13              MR. GOLDMAN:  Object to form.
14        A.      Again, that wasn't the fact
15    pattern.
16              The fact pattern was
17    determining whether or not Sete was
18    involved in the bribery scandal, that had
19    not been established until a month or two
20    after this.
21              Again, Petrobras had been
22    mentioned publicly, none of the testimony
23    was public at that point in time, and Sete
24    had not been mentioned, to my knowledge.
25        Q.      What, if anything, did EIG do
```

Page 176

1

2     C E R T I F I C A T I O N

3

4

5

6     I, Jineen Pavesi, a Registered

7     Professional Reporter, Registered Merit

8     Reporter, Certified Realtime Reporter and

9     a Notary Public, do hereby certify that

10    the foregoing witness, ROBERT BLAIR

11    THOMAS, was duly sworn on the date

12    indicated, and that the foregoing is a

13    true and accurate transcription of my

14    stenographic notes.

15    I further certify that I am not employed

16    by nor related to any party to this

17    action.

18

19

20

21    *Jineen Pavesi, RPR, RMR*

22        JINEEN PAVESI, RPR, RMR, CRR

23

24

25