**KEPPEL OPP'N EXH.  59**



Deposition of:

# Kevin Lowder

*December 10, 2020*

In the Matter of:

# EIG v. Petrobras

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

CONFIDENTIAL

Page 21

1          A.   I think that's fair.  Yeah.

2          Q.   Okay.  During your time you were in the

3     Houston office, who did you report to at EIG?

4          A.   I believe originally it would have been

5     Randall Wade, who we called Randy.              09:21:02

6          Q.   Did that change at all during the time

7     that you were in Houston?

8          A.   I would say -- I can't remember the

9     formal reporting lines of how it was characterized

10    within the firm.  But yeah, I think, informally,   09:21:16

11    there were other members of the team in -- the

12    investment team where, as their roles and

13    responsibilities changed, I reported from others

14    from time to time --

15         Q.   Do you remember who that was?           09:21:28

16         A.   The most senior would be Kurt Talbot.

17         Q.   Okay.  Did you -- and currently, who do

18    you report to?

19         A.   Blair Thomas.

20         Q.   And does anybody report to you?         09:21:45

21         A.   Yes.

22         Q.   Who reports to you?

Confidential                                          EIG_KEP_00262259

CONFIDENTIAL

Page 22

1      A.   Members of the Rio de Janeiro team, which

2   there are currently three.

3      Q.   And who are those people?

4      A.   The three names?  One is --

5      Q.   Yes.                                    09:22:03

6      A.   -- Gabriel Meira.  Sorry for the

7   pronunciations.  And Pedro Barrionuevo.  And our

8   executive assistant, Shana Zoellner.

9      Q.   Do you currently hold a position on the

10  Prumo Logística board?                          09:22:23

11     A.   I'm a board member of Prumo Logística.

12     Q.   Do you hold any title with Prumo

13  Logística?

14     A.   The board member title.

15     Q.   Are you the vice-chairman of the board of   09:22:40

16  directors of Prumo Logística?

17     A.   I think that would be the correct

18  translation.  I believe they call them

19  vice-president of the board in Portuguese.

20     Q.   Okay.  Do you speak Portuguese?          09:22:51

21     A.   Some.  I've -- over time I've picked up

22  some Portuguese, yeah.

Confidential                                            EIG_KEP_00262260

CONFIDENTIAL

Page 23

1        Q.   Okay.   During the time you worked in the

2    Houston office of EIG, 2007 to 2012, did you speak

3    Portuguese?

4        A.   From 2007 to 2012?  I did not speak

5    Portuguese.                                      09:23:15

6        Q.   Okay.   And during that period of time,

7    did you read Portuguese?

8        A.   I did not read Portuguese.

9        Q.   Okay.   What are your responsibilities as

10   vice-president of the board of Prumo Logística?    09:23:26

11       A.   As a board member, you know, I have a

12   duty to the company's shareholders, as is, I

13   think, typical of a board.  And so I have a

14   governance role and oversight of the executive

15   management team of Prumo Logística.               09:23:48

16       Q.   Okay.   Are you familiar with a company

17   called Sete Brasil?

18       A.   I'm familiar.

19       Q.   Okay.   And am I right that you were

20   involved in EIG's -- well, let me ask it this way.  09:24:05

21            Did you have any involvement in EIG's

22   decision to invest in Sete Brasil?

Confidential                                          EIG_KEP_00262261

CONFIDENTIAL

Page 24

1       A.   Involvement?  I was on the investment

2   team that analyzed the opportunity to invest in

3   Sete Brasil.

4       Q.   Okay.  When did you first join the

5   investment team that analyzed the opportunity to        09:24:33

6   invest in Sete Brasil?

7       A.   You have to forgive my memory.  I don't

8   recall the exact date.  But it would have been the

9   time that the company was evaluating the

10  opportunity.                                             09:24:46

11      Q.   Is there a time where you left the

12  investment team at EIG that was involved with the

13  Sete Brasil investment?

14      A.   I don't know if I left the team.  I

15  believe, you know, responsibilities of mine on          09:25:03

16  that transitioned, as I would say is typical of an

17  investment where, over the phase of analyzing the

18  opportunity to then making the investment to then

19  monitoring it over time, I did not have many

20  ongoing responsibilities after the investment was       09:25:20

21  made in terms of -- in terms of monitoring that

22  investment.

Confidential                                          EIG_KEP_00262262

CONFIDENTIAL

Page 25

1          So I was not part of, I guess, the formal

2     team that was monitoring that investment.

3          Q.  I asked you whether you had any

4     responsibilities with respect to any investments

5     in Brazil during the time you were in Sydney, and      09:25:36

6     you identified only Prumo Logística.

7          Does that mean that you didn't have any

8     responsibilities with respect to Sete Brasil once

9     you relocated to Sydney?

10         A.  You have to forgive me -- maybe I'll        09:25:51

11    clarify.  I'm not sure the exactly time when my

12    responsibilities transitioned with Sete.  I guess

13    I would characterize it as maybe I didn't have

14    many responsibilities.  When I transitioned to

15    Sydney, from time to time I believe I was probably     09:26:08

16    consulted by my colleagues on information related

17    to Sete.  But I don't recall having a formal

18    responsibility while I was in Sydney to manage

19    that investment, so maybe it's the definition of

20    responsibility.  But certainly was involved in        09:26:27

21    communications related to the --

22         Q.  Okay.

Confidential                                              EIG_KEP_00262263

CONFIDENTIAL

Page 281

1                    C E R T I F I C A T E

2           I do hereby certify that the aforesaid

3    testimony was taken before me, pursuant to

4    notice, at the time and place indicated; that

5    said deponent was by me duly sworn to tell the

6    truth, the whole truth, and nothing but the

7    truth; that the testimony of said witness was

8    taken by me in stenotypy and thereafter reduced

9    to typewriting under my direction; that said

10   statement is a true record of the proceedings;

11   that I am neither counsel for, related to, nor

12   employed by any of the parties to the action in

13   which this statement was taken; and, further,

14   that I am not a relative or employee of any

15   counsel or attorney employed by the parties

16   hereto, nor financially or otherwise interested

17   in the outcome of this action.

18

19

20

21

22             CHRISTINA S. HOTSKO, RPR, CRR

Confidential                                    EIG_KEP_00262519