**KEPPEL OPP'N EXH.  60**



Deposition of:

**Robert Blair Thomas**

*December 16, 2020*

In the Matter of:

**EIG v. Petrobras**

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

CONFIDENTIAL

EIG_KEP_00262932

Page 101

```
 1              Later in the process, to the extent that    11:24:16

 2       there are issues that are raised, those would be   11:24:19

 3       brought to my attention.                           11:24:23

 4          Q.  Okay.  And is there criteria that should    11:24:25

 5       be -- that is applied at EIG as to when issues     11:24:28

 6       should be brought to your attention with respect to 11:24:32

 7       risks of unlawful conduct or corruption as relates 11:24:35

 8       to a potential investment?                         11:24:40

 9          A.  The expectation is that if -- if it's       11:24:45

10       determined to be relevant and material it should be 11:24:48

11       brought to my attention.  So under our investment  11:24:52

12       process the -- the investment professionals or     11:24:57

13       operating professionals in the firm that -- that   11:25:05

14       lead those business units are the ones who make the 11:25:07

15       determination whether it's worthy of elevation.    11:25:10

16          Q.  And was that also true in 2011?             11:25:14

17          A.  Correct.                                    11:25:18

18          Q.  Okay.  And so if the investment             11:25:19

19       professionals decide it's not relevant and         11:25:21

20       material, it doesn't -- you are not made aware of  11:25:24

21       it?                                                11:25:26

22          A.  That's correct.                             11:25:28
```

CONFIDENTIAL

EIG_KEP_00263033

Page 102

```
 1           Q.   Okay.  So you don't actually get to make     11:25:31
 2      the decision as to whether you think it's relevant     11:25:32
 3      and material if they don't bring it to your           11:25:36
 4      attention?                                             11:25:38
 5           A.   Correct.  I get to make the determination    11:25:39
 6      about whether I trust people that are making those     11:25:41
 7      determinations.                                        11:25:45
 8           Q.   Okay.                                        11:25:45
 9                When you met with Mr. Ferraz in              11:25:48
10      Rio de Janeiro in 2011 did you ask him whether         11:25:50
11      there was any illegal conduct associated with Sete     11:25:54
12      Brazil?                                                11:25:56
13           A.   I did not.                                   11:25:59
14           Q.   Did you ask him whether there was any        11:25:59
15      illegal conduct associated with Petrobras?             11:26:01
16           A.   I did not.                                   11:26:04
17           Q.   Okay.  Did anyone from the EIG team that     11:26:06
18      met with Mr. Ferraz who was with you ask those         11:26:08
19      questions?                                             11:26:12
20           A.   I don't know.                                11:26:14
21           Q.   Well, I'm asking about the meetings you      11:26:15
22      were in.                                               11:26:17
```

CONFIDENTIAL                                      EIG_KEP_00263034

Page 103

1       A.  Oh, that were with me?                    11:26:17

2       Q.  Yeah.                                     11:26:19

3       A.  I don't recall that they did.  I think --  11:26:19

4   yeah, I don't recall if they did or didn't.       11:26:25

5       Q.  Okay.  Why didn't you ask Mr. Ferraz       11:26:27

6   whether there was any illegal conduct or corruption  11:26:29

7   associated with Sete Brasil?                      11:26:32

8       A.  For I guess a couple of reasons.  One     11:26:40

9   is -- first is if there's somebody that I have    11:26:43

10  reason to believe engages in that activity, I'm not  11:26:49

11  in that meeting.  So I would not have taken the   11:26:53

12  meeting if I had reason to believe that that was  11:26:56

13  the case.                                         11:26:59

14      Second, I never viewed Ferraz or Sete as     11:27:01

15  particularly relevant.  In my eyes this transaction  11:27:07

16  was all about Petrobras, that Sete is just -- was  11:27:14

17  just an alter ego of Petrobras, that -- and that  11:27:18

18  every aspect of this transaction was controlled by  11:27:27

19  and dependent upon Petrobras.                     11:27:32

20      To be honest, I thought that was very        11:27:35

21  attractive.  I thought that's what made this      11:27:37

22  interesting was that this was Petrobras.  Sete was  11:27:39

CONFIDENTIAL                                          EIG_KEP_00263035

Page 104

```
 1    nothing, right.  I mean, it didn't exist.  No one    11:27:45

 2    would give capital to Sete.  Sete was just a          11:27:48

 3    conduit.                                              11:27:52

 4          The crux of the transaction was Petrobras       11:27:54

 5    and I had -- not only did I not think that they       11:27:58

 6    were engaged in fraudulent activity, I had every      11:28:02

 7    reason to believe that they were not.  The fact       11:28:05

 8    that it's a national oil company publicly traded on   11:28:09

 9    the New York Stock Exchange, one of the largest       11:28:15

10    companies in my industry and, to be honest with      11:28:18

11    you, a company at the time generally held in high    11:28:21

12    regard, Petrobras was very respected in the          11:28:25

13    industry, particularly as it related to deep water   11:28:30

14    activity.                                            11:28:34

15          And so I think it would be highly              11:28:37

16    offensive for me to walk into a meeting with         11:28:39

17    Petrobras, a senior leadership person at Petrobras,  11:28:42

18    and ask them are you engaging in fraud.  I don't     11:28:47

19    think that's appropriate.                            11:28:52

20          Q.  Okay.  Okay.                               11:28:55

21          Are you familiar with someone named Pedro      11:29:04

22    Barusco?                                             11:29:06
```

CONFIDENTIAL                                                    EIG_KEP_00263036

Page 105

1      A.  I'm familiar with the name.                11:29:08

2      Q.  Okay.  Have you ever met him?              11:29:09

3      A.  I believe I met him one time.              11:29:12

4      Q.  And when -- what were the circumstances    11:29:14

5  under which you met him?                           11:29:16

6      A.  I recall a meeting at the Sete offices in  11:29:18

7  Rio where I was meeting with Ferraz, and we were   11:29:23

8  standing in the lobby and a group of gentlemen came 11:29:32

9  out of one of the meeting rooms and Ferraz stopped  11:29:38

10 him and introduced him to me and it was Barusco.    11:29:44

11     Q.  Okay.  That's the only time you've ever    11:29:49

12 interacted with Pedro Barusco?                      11:29:50

13     A.  Yes, it is.                                 11:29:52

14     Q.  Okay.  And did you know what his role was  11:29:53

15 at the time you met him?                            11:29:56

16     A.  I believe he was chief operating officer   11:29:58

17 of the company.                                     11:30:01

18     Q.  You mentioned that you were meeting with   11:30:03

19 Ferraz in Sete's offices in Rio.  What year was     11:30:04

20 that in?                                            11:30:08

21     A.  This probably would have been late 2011 or 11:30:18

22 first half of 2012.                                 11:30:21

CONFIDENTIAL                                EIG_KEP_00263037

Page 113

```
 1      of the contractual framework and the -- you know,    11:39:12

 2      my view of the transaction is that it was            11:39:18

 3      effectively a securitization of Petrobras charter    11:39:23

 4      payments, that the underlying rationale for the      11:39:29

 5      transaction in my view was to allow Petrobras to     11:39:34

 6      secure the drill ships and rigs that it needed in    11:39:41

 7      order to execute its business plan around the        11:39:47

 8      presalt and to do it in an off-balance sheet         11:39:52

 9      structured format.                                   11:39:59

10           So this structure was devised to basically     11:40:02

11      set up this conduit where effectively investors     11:40:08

12      would be looking to the strength of the underlying  11:40:13

13      contracts with Petrobras to support the investment. 11:40:17

14           Q.  Any other factors that EIG considered in   11:40:24

15      making its investment in Sete?                       11:40:27

16           A.  Sure.  I mean, we -- another important     11:40:29

17      factor was the underlying -- again, the underlying  11:40:36

18      asset quality that supported the investment.        11:40:43

19      Again, the whole context of the investment was that 11:40:46

20      Brazil was fortunate to have made the largest       11:40:55

21      discovery of oil anywhere in the world in the last  11:40:58

22      50 years, and so it was the biggest play in our     11:41:00
```

CONFIDENTIAL                                                    EIG_KEP_00263045

Page 114

1   industry.                                      11:41:06

2          And so taking a view on the -- you know,   11:41:10

3   the quality of those reserves and what the      11:41:15

4   implication -- what that meant for Brazil and for  11:41:19

5   Petrobras were a critical piece of our decision not  11:41:22

6   only on this investment, but our other Brazil    11:41:25

7   investments.  It is the dominant theme of the    11:41:31

8   energy industry in Brazil is the development of the  11:41:34

9   presalt.                                         11:41:36

10         So I mean, that was -- that was the       11:41:40

11  overarching framework for why we found the sector  11:41:42

12  attractive, and then it came down to the         11:41:48

13  particulars of each individual opportunity and   11:41:50

14  whether or not it had the -- you know, the right  11:41:51

15  structure and contractual framework to support an  11:41:54

16  investment.                                      11:41:58

17      Q.  And what factors -- are there any other  11:42:01

18  factors EIG considered in making its investment in  11:42:04

19  Sete?                                            11:42:06

20      A.  Sure.  Again, there -- it's -- in any    11:42:09

21  investment decision there are dozens and dozens of  11:42:14

22  factors that we consider.  Again, in terms of the  11:42:17

CONFIDENTIAL

EIG_KEP_00263046

Page 115

| | | |
|---|---|---|
| 1 | primary ones, as I said, it was the underlying | 11:42:22 |
| 2 | importance of the asset and the quality of the | 11:42:26 |
| 3 | asset that was being developed, it was the | 11:42:28 |
| 4 | contractual framework and the credit quality of the | 11:42:33 |
| 5 | counterparty, it was -- and then it was -- among | 11:42:38 |
| 6 | other factors, it was the support of, you know, | 11:42:43 |
| 7 | most, if not all, of the key institutions in the | 11:42:49 |
| 8 | host country. | 11:42:55 |
| 9 | Q.  Is there an EIG document that would | 11:42:58 |
| 10 | indicate the factors EIG considered in making its | 11:43:01 |
| 11 | investment in Sete? | 11:43:04 |
| 12 | A.  Well, there's several things.  Ultimately | 11:43:11 |
| 13 | the analysis that gets -- you know, a typical | 11:43:16 |
| 14 | investment for us takes between six and nine months | 11:43:20 |
| 15 | from start to finish, and so these are long, | 11:43:26 |
| 16 | painful processes with lots of steps and most | 11:43:31 |
| 17 | investment opportunities don't make it through it. | 11:43:36 |
| 18 | So most, you know, fail at some point in the | 11:43:39 |
| 19 | process.  So as it goes along we're continually | 11:43:43 |
| 20 | assessing it. | 11:43:49 |
| 21 | Ultimately it gets turned into a single | 11:43:50 |
| 22 | document which is what's known as an investment | 11:43:52 |

CONFIDENTIAL                    EIG_KEP_00263047

Page 116

| | | |
|---|---|---|
| 1 | recommendation, but an investment recommendation is | 11:43:54 |
| 2 | really just a summary of what has typically been | 11:43:58 |
| 3 | months of work getting to that point and numerous | 11:44:05 |
| 4 | conversations along the way.  It's not that it just | 11:44:07 |
| 5 | gets sprung on us that, you know, here's a | 11:44:10 |
| 6 | decision. | 11:44:12 |
| 7 | So -- and then ultimately the decision | 11:44:19 |
| 8 | rests with the seniormost people in the firm who | 11:44:20 |
| 9 | comprise the investment committee, who each of us | 11:44:24 |
| 10 | have decades of experience.  So we apply the | 11:44:28 |
| 11 | judgment that each of us have individually having | 11:44:31 |
| 12 | seen dozens if not hundreds of similar | 11:44:34 |
| 13 | opportunities around the world. | 11:44:37 |
| 14 | Q.  Does the investment recommendation | 11:44:39 |
| 15 | summarize or reflect the factors EIG considered in | 11:44:41 |
| 16 | making its investment in Sete? | 11:44:45 |
| 17 | A.  Several of them, but it's not meant to be | 11:44:50 |
| 18 | encyclopedic.  So... | 11:44:54 |
| 19 | Q.  Are there other documents that I could | 11:44:57 |
| 20 | look at that would tell me what other factors EIG | 11:44:59 |
| 21 | considered in making its investment in Sete? | 11:45:02 |
| 22 | A.  I mean, the other documents would be the | 11:45:12 |

CONFIDENTIAL                    EIG_KEP_00263048

Page 117

```
 1      due -- you know, the diligence documents that are    11:45:14

 2      prepared along the way.  Ultimately those roll up    11:45:17

 3      and presumably get summarized in the investment      11:45:21

 4      recommendation, but, you know, it's not a            11:45:24

 5      mechanical process.  As I said, at the end of the    11:45:25

 6      process, the ultimate decision rests with, you       11:45:28

 7      know, the four or five most people -- senior people  11:45:31

 8      in the firm who exercise business judgment, and      11:45:34

 9      each of us brings something different to that        11:45:37

10      discussion.                                          11:45:40

11          Q.  Is the decision to invest in Sete made by    11:45:41

12      the investment committee for each of the funds that  11:45:45

13      made investments?                                    11:45:48

14          A.  That's correct.                              11:45:49

15          Q.  Okay.  Who did the analysis of the           11:45:50

16      investment in Sete?                                  11:45:54

17          A.  With Sete, as with all transactions,         11:45:58

18      there's a deal team that's assembled when an         11:46:01

19      opportunity comes in, and then typically, again, as  11:46:06

20      months go by if the opportunity continues to be of   11:46:10

21      interest, you know, people are added to it along     11:46:15

22      the way and ultimately at the end, you know, it can  11:46:18
```

CONFIDENTIAL                                                      EIG_KEP_00263049

| | | |
|---|---|---|
| 1 | be, you know, six, eight, ten people on the team, | 11:46:23 |
| 2 | but it builds over time. | 11:46:27 |
| 3 | Q.  Who was on the team that analyzed the | 11:46:32 |
| 4 | potential investment in Sete Brasil for EIG? | 11:46:35 |
| 5 | A.  The people that come to mind in terms of | 11:46:37 |
| 6 | the actual deal team would be Kevin Corrigan, Kevin | 11:46:40 |
| 7 | Lowder, Simon Hayden, Hoshrav Patel.  I'm not sure | 11:46:48 |
| 8 | of what other junior people would have been | 11:47:14 |
| 9 | involved.  And then there's kind of a quality | 11:47:15 |
| 10 | control process that we go through where prior to | 11:47:27 |
| 11 | something coming to investment committee there'd be | 11:47:30 |
| 12 | a discussion among a subset of the investment | 11:47:33 |
| 13 | professionals, and I don't know who was part of | 11:47:40 |
| 14 | that in this particular transaction. | 11:47:43 |
| 15 | Q.  Did Mr. Talbot have any part in evaluating | 11:47:45 |
| 16 | the Sete Brasil investment for EIG? | 11:47:49 |
| 17 | A.  Yes. | 11:47:53 |
| 18 | Q.  What was his role in evaluating the Sete | 11:47:54 |
| 19 | Brasil investment? | 11:47:56 |
| 20 | A.  So Kurt was one of the members of the | 11:47:58 |
| 21 | investment committee, and in addition to that he | 11:48:02 |
| 22 | had a role which was kind of a coordinating role | 11:48:08 |

CONFIDENTIAL

Page 119

```
 1    where he managed resource allocation.  So deciding    11:48:12

 2    when and where to allocate deal people to specific    11:48:20

 3    teams, he had that responsibility.                    11:48:23

 4            So the deal lead would come to him and say    11:48:29

 5    I need some help, I need some people, who can you     11:48:31

 6    give me, and, you know, Kurt would negotiate among,   11:48:34

 7    you know, the other managing directors in the firm    11:48:39

 8    as to who was available and to make sure that each    11:48:41

 9    deal team had what they needed.  And then when        11:48:45

10    there were internal review discussions, he would      11:48:48

11    often coordinate those internal reviews.              11:48:51

12        Q.  But I'm interested specifically in his        11:48:57

13    role with respect to analyzing the Sete Brasil        11:48:59

14    investment.  What role, if any, did he play in        11:49:02

15    that?                                                 11:49:05

16        A.  He played the same role he played in every    11:49:07

17    other investment.  So there was nothing unique        11:49:09

18    about Sete in terms of his involvement.               11:49:12

19        Q.  Okay.  When the investment committee          11:49:15

20    considers whether to make an investment, what         11:49:22

21    information does it have -- what information --        11:49:26

22    actually, I'll come back to that.                     11:49:30
```

CONFIDENTIAL                                          EIG_KEP_00263051

Page 146

```
 1     form before it became final?                  13:14:40

 2          A.  Unlikely.  I don't recall.            13:14:44

 3          Q.  Okay.  Who is the investment committee for  13:14:46

 4     Energy Fund XIV?                               13:14:50

 5          A.  Well, myself, I'm the chair of the    13:14:57

 6     investment committee.  It would have included Randy  13:15:01

 7     Wade, Kurt Talbot, Jean-Daniel Borgeaud, and I  13:15:04

 8     don't believe we had a fifth member.  Normally we  13:15:21

 9     had five, but I believe we had four.           13:15:23

10          Q.  And are the people you just identified the  13:15:25

11     people that were the investment committee for  13:15:27

12     Fund XIV at the time the Sete Brasil transaction  13:15:32

13     was considered?                                13:15:35

14          A.  I believe so.                         13:15:36

15          Q.  Okay.  What would you do with this    13:15:38

16     investment -- what did you do with this investment  13:15:42

17     recommendation when you received it?           13:15:44

18          A.  We would schedule an investment committee  13:15:47

19     meeting, this would get distributed firm wide, so  13:15:51

20     all the investment professionals in the firm would  13:15:56

21     receive this document, and they'd have an      13:15:59

22     opportunity to ask questions of the deal team.  13:16:04
```

CONFIDENTIAL                                    EIG_KEP_00263078

```
 1              Then we would have a meeting.  It would     13:16:10
 2       typically -- when something gets to the investment  13:16:14
 3       recommendation stage, again, we would have          13:16:16
 4       discussed this at committee probably five or six    13:16:19
 5       times already in various stages, but at this stage  13:16:21
 6       we would have a pretty fulsome conversation,        13:16:26
 7       typically they'd last, you know, one to two hours   13:16:31
 8       on a single investment, and the investment          13:16:34
 9       committee but also really any other investment      13:16:41
10       professional in the firm who wanted to ask          13:16:43
11       questions or state an opinion would have an         13:16:45
12       opportunity to do so.                               13:16:49
13           Q.   Okay.  My question was what -- what did    13:16:51
14       you personally do when you -- with this document    13:16:54
15       when you received it?                               13:16:56
16           A.   I read it.                                 13:16:57
17           Q.   Okay.  Did you ask any questions of        13:16:59
18       anyone?                                             13:17:02
19           A.   Well, yes.                                 13:17:02
20           Q.   Who did you -- who did you ask questions   13:17:04
21       of?                                                 13:17:07
22           A.   I asked the deal team numerous questions   13:17:08
```

CONFIDENTIAL                                                    EIG_KEP_00263079

Page 148

```
 1        in the context of the investment committee meeting   13:17:13

 2        that I chaired.                                       13:17:16

 3            Q.   Okay.  So at the investment committee        13:17:17

 4        meeting you would have asked the deal team            13:17:20

 5        questions?                                            13:17:22

 6            A.   Correct.                                     13:17:24

 7            Q.   Are there other documents the investment     13:17:24

 8        committee would have reviewed in order to make its    13:17:27

 9        decision about this investment, the Sete Brasil       13:17:31

10        investment, besides Exhibit 8?                        13:17:35

11            A.   Yes.  So, again, this is the culmination     13:17:38

12        of a nine-month process where there had been          13:17:43

13        numerous discussions and update memos along the       13:17:46

14        way.  So everybody on the committee was well versed   13:17:49

15        in the opportunity, and so we would have been kept    13:17:53

16        up along the way.                                     13:17:58

17            Now, typically -- and I don't recall on           13:18:00

18        this investment -- there would be third-party         13:18:02

19        advisor reports and things like that.  I would        13:18:04

20        not -- I would not typically read those or look at    13:18:07

21        those.  To the extent that there was anything         13:18:11

22        relevant in those, I would expect the deal team to    13:18:15
```

CONFIDENTIAL                                          EIG_KEP_00263080

Page 149

1     summarize- -- excuse me -- summarize that in the        13:18:17

2     investment recommendation.                               13:18:19

3          Q.   What are third-party advisor reports that      13:18:21

4     you just referred to?                                    13:18:24

5          A.   We will often engage -- well, we always        13:18:25

6     engage third parties on every investment that we         13:18:29

7     make.                                                    13:18:34

8          Q.   So what third party did you engage with        13:18:34

9     respect to this investment, Sete Brasil?                 13:18:36

10         A.   Well, I know we had U.S. legal counsel, I      13:18:41

11    know we had Brazil legal counsel.  I think -- I          13:18:45

12    believe we had market reports on the presalt.  They      13:18:55

13    might have been -- I don't know if those were Wood       13:19:00

14    McKenzie reports or whether -- Wood McKenzie is a        13:19:04

15    widely used source in our industry for subsurface        13:19:10

16    analysis, but technical reports, independent             13:19:14

17    engineers, market consultants, those -- those types     13:19:20

18    of folks.                                                13:19:24

19         Q.   So -- but I'm -- I'm interested in what        13:19:25

20    third parties you used for this specific investment     13:19:28

21    evaluation.  Other than Brazilian counsel and U.S.      13:19:32

22    counsel, can you identify any specific third            13:19:37

CONFIDENTIAL                                          EIG_KEP_00263081

Page 150

1    parties that provided input to EIG with respect to   13:19:39

2    the Sete Brasil investment?                          13:19:43

3        A.  Not that I'm aware of.  I wouldn't be        13:19:44

4    involved with them.                                  13:19:46

5                      (Thomas Exhibit 9 was marked       13:19:48

6                       for identification.)              13:19:48

7    BY MR. WOLINSKY:                                     13:19:48

8        Q.  Okay.  Let me show you another document.     13:19:48

9    Here comes Exhibit 9.                                13:20:38

10       A.  I have it.                                    13:20:47

11       Q.  Okay.  This is the minutes of TCW Energy      13:20:48

12   Fund XIV EIG Investment Committee meeting on          13:20:53

13   June 27th, 2011.  Have you seen this document         13:20:56

14   before?                                               13:20:58

15       A.  No.                                           13:21:01

16       Q.  Okay.                                         13:21:01

17       A.  I don't recall seeing it.  I probably did     13:21:02

18   at the time.                                          13:21:07

19       Q.  All right.  And so do you recognize this      13:21:07

20   as a meeting minute that indicates the approval of    13:21:11

21   Fund XIV's investment in Sete Brasil?                 13:21:17

22       A.  Yes.                                          13:21:24

CONFIDENTIAL                                    EIG_KEP_00263082

Page 151

```
1        Q.   Okay.  It indicates that the Fund XIV     13:21:24

2    investment committee is three people, you, Jeffrey  13:21:27

3    Anderson and Alvin Albe.                            13:21:30

4        A.   Yeah.                                      13:21:34

5        Q.   Okay.  Is that accurate?                   13:21:35

6        A.   Yeah, I misspoke.  What I described for    13:21:35

7    you was the Fund XV committee.  This is the         13:21:37

8    transition fund from TCW, and so this is still      13:21:41

9    under the TCW committee structure.                  13:21:43

10       Q.   Okay.  So who is Mr. Albe?                 13:21:49

11       A.   He was a senior officer at TCW.            13:21:51

12       Q.   And who is Mr. Anderson?                   13:21:53

13       A.   He was a mid-level officer at TCW.         13:21:55

14       Q.   Okay.  Did either of them have any         13:21:59

15   involvement in evaluating the Sete Brasil           13:22:02

16   investment for EIG?                                 13:22:04

17       A.   Yes.  They would have been part of the --  13:22:07

18   the final discussion.                               13:22:11

19       Q.   Okay.  Would they have had any involvement 13:22:15

20   prior to this final discussion on June 27th, 2011?  13:22:17

21       A.   To the extent that we -- they participated 13:22:22

22   in committee meetings and those were held weekly.   13:22:23
```

CONFIDENTIAL                                                  EIG_KEP_00263083

Page 158

| | | |
|---|---|---|
| 1 | not complying with its capital contribution | 13:29:43 |
| 2 | obligations to Sete Brasil? | 13:29:46 |
| 3 |     A.  Yes. | 13:29:51 |
| 4 |     Q.  Okay.  Did -- when was that? | 13:29:51 |
| 5 |     A.  When the company was in judicial recovery. | 13:29:54 |
| 6 |     Q.  Okay.  So prior to the company going into | 13:29:57 |
| 7 | judicial recovery, did EIG ever consider not | 13:30:01 |
| 8 | complying with its capital contribution | 13:30:05 |
| 9 | obligations? | 13:30:07 |
| 10 |     A.  I don't believe so. | 13:30:09 |
| 11 |     Q.  Okay.  When you said that the -- the | 13:30:10 |
| 12 | decisions other than material changes are delegated | 13:30:14 |
| 13 | to you, would you have authority to decide not to | 13:30:17 |
| 14 | fund a capital call that EIG had committed to | 13:30:22 |
| 15 | funding? | 13:30:30 |
| 16 |     A.  Yes. | 13:30:32 |
| 17 |     Q.  Okay.  You would not need investment | 13:30:32 |
| 18 | committee permission to do that? | 13:30:33 |
| 19 |     A.  Correct. | 13:30:35 |
| 20 |     Q.  Okay.  Is there ever a time Sete Brasil | 13:30:35 |
| 21 | made a capital call that EIG decided -- did not | 13:30:37 |
| 22 | comply with? | 13:30:42 |

CONFIDENTIAL

EIG_KEP_00263090

```
                                                 Page 159
 1            A.   Not to my knowledge.            13:30:45

 2            Q.   Okay.  Is there ever a time up to and   13:30:46

 3      including January 2015 that you considered not   13:30:53

 4      complying with the capital call made by Sete   13:30:58

 5      Brasil, you being EIG?                     13:31:02

 6            A.   I don't believe so.             13:31:08

 7            Q.   Okay.  And is that because EIG was   13:31:09

 8      committed to contributing the capital that it had   13:31:13

 9      agreed to contribute to Sete Brasil?       13:31:17

10            A.   Yes.  We had a contractual commitment.   13:31:21

11            Q.   Okay.  And EIG -- did EIG ever consider   13:31:23

12      whether or not it had any basis to -- to withdraw   13:31:28

13      from that contractual obligation?          13:31:34

14            A.   I don't believe so.             13:31:39

15            Q.   Did EIG ever consider whether it had a   13:31:40

16      contractual basis to argue that it -- it no longer   13:31:42

17      had that contractual obligation?  That was a   13:31:47

18      terrible question.  Let me ask a different one.   13:31:51

19            Did EIG ever consider whether it had a   13:31:54

20      contractual basis to be excused from making capital   13:31:57

21      contributions it previously had committed to make?   13:32:03

22            A.   Only in 2016 is my recollection.   13:32:08
```

CONFIDENTIAL                                    EIG_KEP_00263091

Page 160

```
 1          Q.  And so when did EIG make its contractual    13:32:12

 2     obligation to commit 500 million Reais of capital    13:32:16

 3     to Sete Brasil?                                       13:32:24

 4          A.  Well, it happened in stages, but I believe   13:32:27

 5     the initial commitment was middle of 2011.           13:32:33

 6          Q.  Okay.  And as of 2 -- as of middle of 2011  13:32:38

 7     was EIG committed to providing capital to Sete        13:32:42

 8     Brasil?                                               13:32:50

 9          A.  I believe we were.  I think there were a     13:32:57

10     number of conditions precedent that were incumbent   13:32:59

11     upon the company, but subject to satisfaction of     13:33:07

12     those conditions precedent, then yes.                13:33:10

13          Q.  And to your knowledge, were those           13:33:13

14     conditions satisfied?                                13:33:14

15          A.  Subsequently, yes.                          13:33:17

16          Q.  Okay.  Let me go back to Exhibit 8, which   13:33:20

17     is the investment recommendation, and ask you a few  13:33:22

18     more questions about that.  Tell me when you have    13:33:27

19     that in front of you.                                13:33:29

20          A.  Okay.                                       13:33:34

21          Q.  Okay.  So if you look at page 22 of the     13:33:35

22     investment recommendation, that's the page that      13:33:42
```

CONFIDENTIAL                                                    EIG_KEP_00263092

Page 161

```
 1      starts with "Base Case Assumptions" at the top.    13:33:45

 2           A.  I have it.                                 13:33:58

 3           Q.  Okay.  Is this a page you would have       13:33:58

 4      looked at as part of deciding whether to vote in    13:34:03

 5      favor of the investment in Sete Brasil?             13:34:05

 6           A.  Yes, it is.                                13:34:10

 7           Q.  Okay.  The third line says "BRL to USD     13:34:12

 8      exchange rate"; do you see that?                    13:34:17

 9           A.  I do.                                      13:34:21

10           Q.  Do you have an understanding of how that   13:34:22

11      is relevant to the base case model?                 13:34:24

12           A.  I do.                                      13:34:29

13           Q.  What is your understanding?                13:34:31

14           A.  As I said earlier, a portion of the        13:34:35

15      expenses of the company were denominated in -- in   13:34:37

16      local currency, and so accounting for inflation or  13:34:41

17      deflation as it relates to those obligations        13:34:50

18      would -- you'd want to account for those in the     13:34:56

19      financial analysis.                                 13:34:59

20           Q.  And do you have an understanding of how it 13:35:00

21      would impact EIG's investment if this assumption    13:35:03

22      was incorrect?                                      13:35:06
```

CONFIDENTIAL                                                    EIG_KEP_00263093

Page 162

1        A.   I do.  I do.                          13:35:09

2        Q.   What's your understanding?            13:35:11

3        A.   Well, this really gets back to, again, the  13:35:12

4   whole structure of the transaction.  What we liked  13:35:17

5   about this transaction is that the impact, while    13:35:21

6   not immune to currency fluctuation, the impact here 13:35:26

7   was muted because of the contractual structure, and 13:35:32

8   so the contractual framework had several            13:35:36

9   protections built in to account for FX risk.  And   13:35:41

10  so -- and so while this is relevant in this and any  13:35:48

11  other investment we make outside the United States,  13:35:54

12  I didn't view this as, you know, one of the most     13:35:59

13  significant risks in this transaction because of     13:36:04

14  the contractual framework.                           13:36:06

15       Q.   The capital calls that Sete Brasil made 13:36:07

16  were in -- in Brazilian currency, Reais, correct?    13:36:10

17       A.   I believe so.                           13:36:16

18       Q.   Okay.  So if the -- if the Reais was    13:36:17

19  devalued relative to the dollar, the number of      13:36:22

20  dollars that EIG would need to meet that capital    13:36:26

21  call would be lower than if the currency ratio had  13:36:29

22  remained stable; is that right?                     13:36:35

CONFIDENTIAL                                    EIG_KEP_00263094

Page 226

```
 1    would actually come through?                    15:30:23

 2         A.  I don't think -- I don't think that was   15:30:26

 3    the case in April of 2014.                      15:30:28

 4         Q.  Well, 1.3 billion of it was already off   15:30:33

 5    the table is what Mr. Corrigan was telling you,   15:30:35

 6    right?                                          15:30:38

 7         A.  Yes, but the convertible debenture was a   15:30:40

 8    Band-Aid.  That wasn't the core part of the     15:30:44

 9    financing plan.                                 15:30:47

10         Q.  $1.3 billion was a -- sorry -- Reais was a   15:30:48

11    Band-Aid?                                       15:30:55

12         A.  Yes.                                   15:30:56

13         Q.  What was it covering up?               15:30:56

14         A.  Again, the --                          15:30:59

15         Q.  To use your analogy?                   15:31:01

16         A.  Fair enough.  Fair enough.  I'll give you   15:31:02

17    that one.                                       15:31:05

18         Q.  Sorry.  In seriousness, what -- what was   15:31:05

19    the Band-Aid of 1.3 billion Reais to -- to address?   15:31:08

20         A.  The lack of the long-term funding having   15:31:12

21    funded yet.  And so the total financing plan of the   15:31:17

22    company was $24 billion U.S.  Of that approximately   15:31:20
```

CONFIDENTIAL                                          EIG_KEP_00263158

Page 227

```
1      4 billion was designed to be shareholder's equity    15:31:32

2      and subordinated capital and about 20 billion U.S.    15:31:35

3      was designed to be debt financing, the biggest        15:31:43

4      piece of which was BNDS.                              15:31:47

5          Q.  And -- and do you remember how much the       15:31:49

6      BNDS piece was?                                       15:31:51

7          A.  I believe -- my recollection is it was        15:31:57

8      just over half of the total debt.                     15:32:00

9          Q.  So 10 billion?                                15:32:04

10         A.  Something in that neighborhood.               15:32:07

11         Q.  Okay.                                         15:32:09

12             Did it concern you at all in April of 2014    15:32:12

13     that the BNDS debenture was off the table?            15:32:16

14         A.  As I said, not particularly.  What            15:32:22

15     concerned me was that the BNDS long-term financing    15:32:24

16     was not in place.  If the debenture didn't happen,    15:32:27

17     which it didn't, it was just replaced with another    15:32:32

18     bridge loan.                                          15:32:35

19         Q.  So -- but as of April 2014 you were           15:32:36

20     concerned that the long-term financing from BNDS      15:32:38

21     hadn't been finalized?                                15:32:41

22         A.  Correct.                                      15:32:44
```

CONFIDENTIAL                                      EIG_KEP_00263159

Page 228

```
 1        Q.  Okay.                              15:32:44

 2            You then respond to Mr. Corrigan and say   15:32:45

 3        "Let's discuss tomorrow.  It's appropriate to   15:32:47

 4        register our displeasure, but we need to keep sight   15:32:49

 5        of the fact that our only client is Petrobras"; do   15:32:52

 6        you see that?                          15:32:55

 7        A.  I do.                              15:32:56

 8        Q.  What did you mean by "our only client is   15:32:57

 9        Petrobras"?                            15:33:01

10        A.  As I said earlier, my perception of this   15:33:02

11        transaction was that all roads in this   15:33:05

12        transaction -- everything revolved around   15:33:15

13        Petrobras, that Sete was just a financing conduit,   15:33:18

14        an off-balance sheet structure to enable Petrobras   15:33:22

15        to get access to these rigs without putting   15:33:27

16        $20 billion of debt on their balance sheet.  And   15:33:29

17        so, again, in my terms Sete was just a   15:33:32

18        securitization vehicle, that's all it was.  It   15:33:37

19        wasn't a real company and that what mattered is   15:33:40

20        what Petrobras thought.                 15:33:44

21                     (Thomas Exhibit 20 was marked   15:33:49

22                      for identification.)       15:33:49
```

CONFIDENTIAL                              EIG_KEP_00263160

Page 229

1    BY MR. WOLINSKY:                                  15:33:50

2        Q.  Okay.  Let me show you the next document.  15:33:50

3    Actually before I do -- well, let me show you the  15:33:58

4    next one.  Okay.  This is going to be marked 20.   15:34:01

5        A.  Okay.  I have it.                          15:34:48

6        Q.  Okay.  Good.  I'm glad you do because      15:34:49

7    mine's still a spinning circle.  I have a paper    15:34:52

8    copy.                                              15:34:55

9            So you can see here that the -- on the     15:34:56

10   first page -- there's only one page actually -- the 15:34:57

11   middle e-mail is from Kevin Corrigan to you and    15:35:02

12   Ronnie Hawkins saying "Please find attached a      15:35:09

13   fairly aggressive letter which Luce (Aldo Floris   15:35:12

14   and Lauro de Luca) have sent to the FIP            15:35:12

15   administrator with a request to send to Petrobras"; 15:35:18

16   do you see that?                                   15:35:20

17       A.  I do.                                      15:35:21

18       Q.  Okay.  And you respond that same day and   15:35:21

19   say "No way we should take a hostile approach      15:35:23

20   towards Petrobras.  You've already sent one letter 15:35:27

21   to Petrobras (via FIP) registering our displeasure 15:35:29

22   on this matter.  So there's no need for us to do   15:35:32

CONFIDENTIAL                                    EIG_KEP_00263161

Page 230

| | | |
|---|---|---|
| 1 | anything further.  Aldo should understand that we | 15:35:35 |
| 2 | have other Petrobras-related investments as well to | 15:35:37 |
| 3 | consider"; do you see that? | 15:35:39 |
| 4 | A.  I do. | 15:35:40 |
| 5 | Q.  And why were you telling Mr. Corrigan that | 15:35:41 |
| 6 | no way should we take a hostile approach towards | 15:35:43 |
| 7 | Petrobras? | 15:35:47 |
| 8 | A.  Again, Petrobras is the key to the whole | 15:35:54 |
| 9 | transaction and we can't be -- we should do | 15:35:56 |
| 10 | everything we can to avoid being in an adverse | 15:36:02 |
| 11 | situation with our only client in this transaction, | 15:36:05 |
| 12 | and that on top of that we have other investments | 15:36:10 |
| 13 | in Brazil where we're partnered with Petrobras and | 15:36:15 |
| 14 | I was concerned that us taking, you know, a | 15:36:20 |
| 15 | belligerent approach would -- would sour our | 15:36:28 |
| 16 | relationship in other regards. | 15:36:34 |
| 17 | Q.  And the other investment with Petrobras is | 15:36:35 |
| 18 | the Bolivia to Brazil pipeline? | 15:36:39 |
| 19 | A.  Yes.  And at this point we also owned | 15:36:43 |
| 20 | Prumo Logistica. | 15:36:46 |
| 21 | Q.  And what is Petrobras's relationship to | 15:36:47 |
| 22 | Prumo Logistica? | 15:36:50 |

CONFIDENTIAL                                    EIG_KEP_00263162

Page 236

```
 1    gas pipe -- natural gas distribution network.  It      15:45:01

 2    was a competitive process.  We partnered with a        15:45:06

 3    number of sovereign wealth funds and we -- these        15:45:10

 4    are public bids.  And so they literally opened the      15:45:17

 5    envelope and you see who wins, and we lost by less      15:45:23

 6    than 1/10th of 1 percent to Engie, the French           15:45:26

 7    utility.                                                15:45:32

 8         Q.   Okay.  So Petrobras was divesting and you     15:45:34

 9    put in a bid to purchase what they were divesting?      15:45:38

10         A.   Correct.                                      15:45:42

11                   (Thomas Exhibit 22 was marked            15:45:50

12                    for identification.)                    15:45:50

13    BY MR. WOLINSKY:                                        15:45:50

14         Q.   Got it.  Okay.  Let me show you the next      15:45:50

15    document.  This is going to be Exhibit 22.  Tell me     15:45:52

16    when you have it.  Do you have it?                      15:46:17

17         A.   I do.                                         15:46:32

18         Q.   Okay.  If you look at the third page of       15:46:32

19    the document, it's an e-mail from Kevin Corrigan to     15:46:34

20    you.  It's labeled "FIP Sondas/mail of Sete Brasil      15:46:41

21    001-2014 - Discussion about the third issuance          15:46:44

22    (simulations)"; do you see that?                        15:46:51
```

CONFIDENTIAL                                                    EIG_KEP_00263168

Page 237

```
 1        A.  I do.                                   15:46:53

 2        Q.  It says "You'll recall that there's been  15:46:54

 3    quite a bit of discussion over the past six months  15:46:57

 4    over the need for additional capital in Sete.    15:46:59

 5    Initially the company was suggesting nearly      15:47:01

 6    2 billion Reais (which is the correct amount to  15:47:03

 7    account for the devaluation of the Real over the  15:47:06

 8    past 18 months and to bring the debt/equity ratio  15:47:09

 9    in line with the 75 percent/25 percent the long-  15:47:13

10    term lenders have been demanding, BNDES, GIEK in  15:47:17

11    particular).  As there was very little support   15:47:19

12    among current shareholders for this path, there's  15:47:21

13    going to be a Band-Aid approach applied now to   15:47:23

14    adhere to BNDES's lending conditions for the first  15:47:26

15    batch of nine drill ships.  This is not the batch  15:47:29

16    of seven that was first awarded, but the way BNDES  15:47:32

17    is going about its approvals for long-term        15:47:35

18    financing.  So far only the first batch has been  15:47:37

19    formally approved."  And then he lays out some    15:47:41

20    questions about EIG's further investment; do you  15:47:45

21    see that?                                         15:47:47

22        A.  I do.                                    15:47:48
```

CONFIDENTIAL                                    EIG_KEP_00263169

Page 238

| | | |
|---|---|---|
| 1 | Q.  Okay.  So first of all, I -- I want to -- | 15:47:52 |
| 2 | I want to understand what you know about Sete's | 15:47:53 |
| 3 | financial condition as of February 1, 2014.  It | 15:47:57 |
| 4 | appears here that EIG was aware that -- that the | 15:48:01 |
| 5 | long-term funders were requiring a certain | 15:48:07 |
| 6 | debt-to-equity ratio that Sete was not meeting, | 15:48:10 |
| 7 | correct? | 15:48:13 |
| 8 | A.  Well, I think that -- that debt-to-equity | 15:48:16 |
| 9 | ratio, yes, had been in place for some time and, | 15:48:19 |
| 10 | yes, it was not meeting it. | 15:48:23 |
| 11 | Q.  And at least from Mr. Corrigan's e-mail it | 15:48:25 |
| 12 | appears that one -- or the only reason that it | 15:48:28 |
| 13 | wasn't meeting it was because of the devaluation of | 15:48:30 |
| 14 | AI over the past 18 months.  Is that your | 15:48:33 |
| 15 | understanding? | 15:48:38 |
| 16 | A.  I do not believe that's correct. | 15:48:42 |
| 17 | Q.  Okay.  What do you think is incorrect | 15:48:43 |
| 18 | about that? | 15:48:45 |
| 19 | A.  I think certainly the devaluation was a | 15:48:46 |
| 20 | major factor, but I think the -- the, you know, | 15:48:53 |
| 21 | delays were also a factor. | 15:48:58 |
| 22 | Q.  Delays in what? | 15:49:00 |

CONFIDENTIAL                                          EIG_KEP_00263170

Page 239

```
 1          A.   The long-term financing.              15:49:03

 2          Q.   Okay.  They were also a factor in the  15:49:04

 3    ratio being off?                                 15:49:06

 4          A.   No.  The quantum -- the ratio's off   15:49:11

 5    because the quantum of capital continues to grow. 15:49:14

 6          Q.   So the ratio was off in favor of capital 15:49:17

 7    compared to debt?                                15:49:20

 8          A.   As delays cause an increase in the need 15:49:21

 9    for capital and as the denominator increases your 15:49:28

10    ratio gets out of whack.                         15:49:34

11          Q.   Okay.  So it's your understanding that the 15:49:36

12    reason that the debt-to-equity ratio was off was  15:49:37

13    because there was too much capital invested       15:49:41

14    relative to that?                                15:49:46

15          A.   No.  The capital required continued to  15:49:47

16    grow, and so the amount of capital that was       15:49:50

17    available was --                                 15:49:57

18          Q.   I see.                                15:49:58

19          A.   -- not sufficient.                    15:49:59

20          Q.   I see.  Okay.                         15:50:00

21          A.   And yes, the FX was part of that.     15:50:02

22          Q.   Okay.  And how did the foreign exchange or 15:50:05
```

CONFIDENTIAL                                    EIG_KEP_00263171

Page 240

```
 1    the devaluation of the AI over the past 18 months   15:50:08
 2    impact the debt-to-equity ratio, if you know?       15:50:11
 3         A.  Presumably it's because they had contracts 15:50:14
 4    that were -- that mismatch between their capital,    15:50:22
 5    which was a combination of dollars and Reais, and    15:50:27
 6    their contracts and the -- the Reais portion of      15:50:29
 7    their contracts.                                     15:50:36
 8         Q.  And how would the devaluation of the Reais  15:50:38
 9    impact the debt-to-equity ratio based on what you    15:50:41
10    just described?                                      15:50:43
11         A.  Certainly a strengthening dollar, which is  15:50:47
12    what was happening, would make -- for local          15:50:50
13    investors would make all of those contracts more     15:50:53
14    expensive.                                           15:50:58
15         Q.  Okay.  So as the Reais became devalued the  15:50:59
16    contracts priced in dollars became more expensive?   15:51:02
17         A.  Correct.                                    15:51:06
18         Q.  Okay.  And how does that impact the         15:51:07
19    debt-to-equity ratio?                                15:51:09
20         A.  The -- the payments -- the dollar payments  15:51:13
21    under those contracts were larger, and so the --     15:51:16
22    the total amount of capital necessary to implement   15:51:21
```

CONFIDENTIAL                                    EIG_KEP_00263172

Page 241

```
 1     the business plan was larger and the debt        15:51:23

 2     commitments weren't a percentage, they were a    15:51:31

 3     finite number.  And so, you know, they had       15:51:33

 4     committed 75 percent of X and now the total cost 15:51:36

 5     was X plus 10, and so the ratio didn't work.     15:51:39

 6          Q.  Okay.  So if I understand you right,    15:51:46

 7     because of the devaluation of the Reais for Sete's 15:51:48

 8     purposes it caused there to be a need for        15:51:52

 9     additional funds which Sete then had to look to  15:51:55

10     fill that gap?                                   15:51:59

11          A.  That's correct.                         15:52:01

12          Q.  And that's why Mr. Corrigan is talking  15:52:01

13     about what the investors might do to contribute  15:52:05

14     additional money in order to fill the gap for the 15:52:08

15     additional money that was needed?                15:52:13

16          A.  That's correct.                         15:52:15

17          Q.  Okay.  And money was needed because of the 15:52:16

18     devaluation of the Reais over the past 18 months? 15:52:21

19          A.  That's correct.                         15:52:24

20          Q.  Okay.  All right.                        15:52:25

21          And then on the second page of this          15:52:28

22     document you respond and you say "I'm fine with   15:52:29
```

CONFIDENTIAL                                    EIG_KEP_00263173

Page 242

| | | |
|---|---|---|
| 1 | what you propose, but not with the 18.5 percent | 15:52:39 |
| 2 | premium"; do you see that? | 15:52:42 |
| 3 | A.  I do. | 15:52:46 |
| 4 | Q.  And then in the last line of this e-mail | 15:52:46 |
| 5 | you say "At some point we're going to need to stop | 15:52:48 |
| 6 | coddling these guys and treat them like a real | 15:52:50 |
| 7 | company"; do you see that? | 15:52:53 |
| 8 | A.  I do. | 15:53:00 |
| 9 | Q.  Okay.  Who are "these guys" in that | 15:53:00 |
| 10 | statement? | 15:53:04 |
| 11 | A.  I believe I'm referring to the Sete | 15:53:06 |
| 12 | management team. | 15:53:09 |
| 13 | Q.  Okay.  And so at that point in time you -- | 15:53:12 |
| 14 | you believed that EIG was coddling the Sete | 15:53:16 |
| 15 | management team; is that right? | 15:53:21 |
| 16 | A.  As it related to the capitalization of the | 15:53:22 |
| 17 | company, yes. | 15:53:25 |
| 18 | Q.  Okay.  And that's because EIG continued | 15:53:26 |
| 19 | to -- well, actually, rather than that, in what way | 15:53:29 |
| 20 | were you coddling them as it related to the | 15:53:32 |
| 21 | capitalization of the company? | 15:53:35 |
| 22 | A.  This was all related -- all part of this | 15:53:37 |

CONFIDENTIAL                                        EIG_KEP_00263174

Page 243

| | |
|---|---|
| 1 | continuous discussion that had been going on for | 15:53:41 |
| 2 | more than two years at this point about the equity | 15:53:45 |
| 3 | capitalization of the company, who the shareholders | 15:53:49 |
| 4 | were, how the equity was allocated among those | 15:53:55 |
| 5 | shareholders, and the entry price for new capital. | 15:53:58 |
| 6 | And so in my view the company was inexperienced in | 15:54:03 |
| 7 | how these types of transactions normally work and | 15:54:16 |
| 8 | were not handling things the way that a proper | 15:54:21 |
| 9 | company would. | 15:54:25 |

1   continuous discussion that had been going on for          15:53:41

2   more than two years at this point about the equity        15:53:45

3   capitalization of the company, who the shareholders       15:53:49

4   were, how the equity was allocated among those            15:53:55

5   shareholders, and the entry price for new capital.        15:53:58

6   And so in my view the company was inexperienced in        15:54:03

7   how these types of transactions normally work and         15:54:16

8   were not handling things the way that a proper            15:54:21

9   company would.                                            15:54:25

10       Q.  Okay.  So -- and what would it mean -- at        15:54:26

11  that point in time Sete was not -- you were not           15:54:30

12  treating Sete like a real company.  What did you          15:54:33

13  mean by that?                                             15:54:37

14       A.  It's consistent with what I've said             15:54:38

15  before.  I -- I never really viewed Sete as a real        15:54:40

16  company.  Again, I viewed it as a conduit.  It was        15:54:43

17  a securitization vehicle to -- to facilitate the          15:54:47

18  factoring of these -- of these contracts and not          15:54:52

19  much more than that.                                      15:54:56

20       Q.  And here you were saying that at some            15:54:57

21  point you're going to need to start treating them         15:54:59

22  like a real company; is that right?                       15:55:01

CONFIDENTIAL                                    EIG_KEP_00263175

Page 297

1          CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2                    I, TINA M. ALFARO, Registered Professional

3     Reporter, Certified Realtime Reporter, and Notary

4     Public, the officer before whom the foregoing

5     deposition was taken, do hereby certify that the

6     foregoing transcript is a true and correct record

7     of the testimony given; that said testimony was

8     taken by me stenographically and thereafter reduced

9     to typewriting under my direction; that reading and

10    signing was requested; and that I am neither

11    counsel for, related to, nor employed by any of the

12    parties to this case and have no interest,

13    financial or otherwise, in its outcome.

14                    IN WITNESS WHEREOF, I have hereunto set my

15    hand and affixed my notarial seal this 21st day of

16    December, 2020.

17

18    My Commission expires October 31, 2025.

19    _Tina M. Alfaro_

20    _____

21    NOTARY PUBLIC IN AND FOR THE

22    DISTRICT OF COLUMBIA

CONFIDENTIAL                                    EIG_KEP_00263229