**KEPPEL OPP'N EXH. 63**

# MEMORANDUM

**To:** K. Talbot
**From:** C. Taylor, K. Lowder
**Subject:** Brazilian Drillship – Generic Analysis
**Date:** February 24, 2011



---

## Dayrate & Construction Costs Returns Matrix

- Dayrates in USD, comprised partially of BRL denominated service rate
- Construction costs in USD, assumes 21 month schedule with 5 key milestone payment dates
- Unlevered returns based on project cash flows and do not assume any special tax provisions
- Levered returns assume 75% debt funds pro-rata construction costs at L+382bps (7.5% yield)
- 10 Year Refi Balance: amount of debt remaining after initial 10 year contract subject to 50% cash sweep
- 8x EBITDA sales multiple applied to achieve terminal value
- Revenues get no inflation benefit; Expenses subject to 2.5% CPI (USD) and 5.25% IPCA (BRL)

|  | 600mm | 650mm | 700mm | 750mm |
|---|---|---|---|---|
| **350k** | | | | |
| Unlevered IRR | 6.6% | 5.3% | 4.1% | 3.0% |
| Unlevered ROI | 1.5x | 1.4x | 1.3x | 1.2x |
| Levered IRR | 3.6% | 0.0% | 0.0% | 0.0% |
| Levered ROI | 1.2x | 0.7x | 0.5x | 0.4x |
| 10 Yr. Refi Balance | $359,772,248 | $413,356,986 | $466,941,724 | $520,526,462 |
| **400k** | | | | |
| Unlevered IRR | 11.3% | 9.9% | 8.6% | 7.4% |
| Unlevered ROI | 2.0x | 1.8x | 1.7x | 1.6x |
| Levered IRR | 19.4% | 15.5% | 11.5% | 7.0% |
| Levered ROI | 3.3x | 2.6x | 2.1x | 1.6x |
| 10 Yr. Refi Balance | $277,510,214 | $331,094,953 | $384,679,691 | $438,264,429 |
| **450k** | | | | |
| Unlevered IRR | 15.3% | 13.7% | 12.3% | 11.1% |
| Unlevered ROI | 2.5x | 2.3x | 2.1x | 2.0x |
| Levered IRR | 28.3% | 25.0% | 21.8% | 18.7% |
| Levered ROI | 5.4x | 4.5x | 3.8x | 3.2x |
| 10 Yr. Refi Balance | $195,248,181 | $248,832,919 | $302,417,657 | $356,002,396 |
| **500k** | | | | |
| Unlevered IRR | 18.8% | 17.2% | 15.7% | 14.3% |
| Unlevered ROI | 2.9x | 2.7x | 2.5x | 2.4x |
| Levered IRR | 35.0% | 31.9% | 28.9% | 26.1% |
| Levered ROI | 7.4x | 6.4x | 5.6x | 4.8x |
| 10 Yr. Refi Balance | $112,986,147 | $166,570,886 | $220,155,624 | $273,740,362 |
| **550k** | | | | |
| Unlevered IRR | 22.0% | 20.3% | 18.7% | 17.2% |
| Unlevered ROI | 3.4x | 3.1x | 2.9x | 2.7x |
| Levered IRR | 40.6% | 37.5% | 34.6% | 31.9% |
| Levered ROI | 9.5x | 8.3x | 7.3x | 6.5x |
| 10 Yr. Refi Balance | $30,724,114 | $84,308,852 | $137,893,590 | $191,478,329 |

Washington, DC › Houston › New York › London › Sydney

Exhibit DEF 0034 Lowder

Confidential

EIG00061031
EIG_KEP_00078361