**KEPPEL OPP'N EXH. 65**

# MEMORANDUM

**To**: K. Talbot; B. Thomas
**From:** K. Corrigan, C. Taylor, K. Lowder
**Subject:** Sete Brazil
**Date:** April 4, 2011



---

The attached analyses cover the perceived risks of a potential investment in Sete Brazil and highlight the cash flows from both a single asset (one of seven drillships) and a full project development.

Based on the preliminary work completed to date, it is the investment team's view that the opportunity warrants more thorough due diligence and the indicated returns, risks and structure fit the criteria for Funds XIV and/or XV investment consideration.

**Exhibit DEF 0037**
Lowder

Page | 1



| Sources & Uses: Single Asset SPE | Total | Pricing | Year 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| **Uses** | | | | | | |
| EPC | $ 662,429 | | 137,595 | 268,842 | 210,652 | 45,339 |
| Equipamentos Startup | 15,000 | | - | - | - | 15,000 |
| Cota FGCN | 3,781 | | - | - | - | 3,781 |
| CMA | 8,350 | | 1,734 | 3,389 | 2,655 | 572 |
| Insurance | 10,746 | | 10,746 | - | - | - |
| USD inflation adj. | 13,366 | | 997 | 4,079 | 6,140 | 2,150 |
| BRL inflation adj. | 25,617 | | 5,261 | 10,169 | 8,364 | 1,824 |
| Total Construction | 739,289 | | 156,333 | 286,479 | 227,812 | 68,666 |
| | | | | | | |
| Bridge Loan Principal Repayment | 156,077 | | - | 156,077 | - | - |
| Bridge Loan Interest | 6,216 | | - | 6,216 | - | - |
| Other Financial Costs | 2,069 | | - | 2,069 | - | - |
| Total Financial Costs During Construct | 164,362 | | - | 164,362 | - | - |
| **Total Uses** | **903,651** | | **156,333** | **450,840** | **227,812** | **68,666** |
| | | | | | | |
| **Sources** | Total | Pricing | | | | |
| Bridge Loan | $ 156,077 | L+ 300 | 117,250 | 38,827 | - | - |
| BNDES USD | 336,408 | L+ 275 | - | 202,993 | 102,515 | 30,900 |
| ECAs | 149,515 | L+ 300 | - | 90,219 | 45,562 | 13,733 |
| Commercial Banks | 112,136 | L+ 300 | - | 67,664 | 34,172 | 10,300 |
| Total Senior Debt | 754,136 | | 117,250 | 399,705 | 182,249 | 54,933 |
| | | | | | | |
| Subdebt: A Class | 42,612 | IPCA+ 650 | - | 25,713 | 12,985 | 3,914 |
| Total Debt | 796,748 | | 117,250 | 425,417 | 195,234 | 58,846 |
| | | | | | | |
| Equity A Class | 116,135 | equity | 35,730 | 41,368 | 27,690 | 8,346 |
| Equity B Class | 16,035 | equity & cost+ svc. | 3,353 | 6,323 | 4,887 | 1,473 |
| Bridge Loan Refi Excess Proceeds | (22,267) | - | - | (22,267) | - | - |
| Total Equity | 106,903 | | 39,083 | 25,423 | 32,577 | 9,819 |
| **Total Sources** | **903,651** | | **156,333** | **450,840** | **227,812** | **68,666** |

**Construction Risk** – EIG originally identified cost overruns and delivery delays as a primary risk due to local content mandates to employ Brazilian shipyards. The structure of the transaction mitigates the identified risk as follows: (i) only 42% of the EPC is dedicated to Brazilian yards which is primarily dedicated to the lower spec portions of each drillship while the remaining 58% is earmarked for construction of higher spec components at proved, world class yards in southeast asia, (ii) the contracts are turnkey therefore evaluation of the cost-risk becomes a credit exercise, (iii) standard construction time for comparable vessels is approximately 2.5 years, budgeted time for the Sete vessels is 4.0 - 4.5 years, an outside date for contract termination allows for up to 6 years and all penalties issued by Petrobras to Sete are pass-thru to the EPC contractor prior to the outside date.

**Debt Pricing and Refinancing** – the timing of the debt pricing relative to equity commitments is TBD. The bridge loan creates near term refinancing risk while the project naturally incurs longer-term refinancing risk.



Washington, DC    ›    Houston    ›    New York    ›    London    ›    Sydney

Confidential                                                                                     EIG00013761
Confidential                                                                                     EIG_KEP_00262581

| Operating Cash Flow Buildup: Single Asset SPE | Year | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dayrate Summary | Base Rate USD | Description | | | | | | | | | | | | |
| Charter Contract Dayrate | $ 296.0 | Base revenue source | | | | | | | | | | | | |
| Service Contract Dayrate | $ 162.0 | Opex pass thru to Class B | | | | | | | | | | | | |
| **Total Nameplate Dayrate** | **$ 458.0** | | | | | | | | | | | | | |
| | Base Rate USD | Currency Election | | | | | | | | | | | | |
| Charter Dayrate USD | $ 236.8 | 80% paid in USD | $ - | $ - | $ - | $ - | $ 250.7 | $ 251.7 | $ 253.0 | $ 254.3 | $ 255.7 | $ 257.0 | $ 258.2 | $ 259.5 |
| Charter Dayrate BRL | $ 59.2 | 20% paid in BRL | R$ - | R$ - | R$ - | R$ - | R$ 130.8 | R$ 134.8 | R$ 140.2 | R$ 145.8 | R$ 151.6 | R$ 157.7 | R$ 164.0 | R$ 170.5 |
| Total USD Equivilant Charter Dayrate | $ 296.0 | (elect up to 50/50) | $ - | $ - | $ - | $ - | $ 313.1 | $ 314.7 | $ 317.0 | $ 319.4 | $ 321.8 | $ 324.2 | $ 326.7 | $ 329.3 |
| Assumed Operating Uptime | | | 0% | 0% | 0% | 0% | 71% | 96% | 96% | 96% | 96% | 96% | 96% | 96% |
| Charter Revenues (USD Equivilant) | (dayrate) x (uptime) + (bonu | $ - | $ - | $ - | $ - | $ 83,938 | $ 115,008 | $ 116,875 | $ 117,752 | $ 118,965 | $ 119,513 | $ 120,434 | $ 121,384 | |
| Plus: Mobilization Rate | mobe cost offset | | - | - | - | - | 30,000 | - | - | - | - | - | - | - |
| Plus: Insurance & Spare Parts Rate | maintainence cost offset | | - | - | - | - | 9,144 | 12,232 | 12,264 | 12,264 | 12,298 | 12,264 | 12,264 | 12,264 |
| Total Revenues | | $ - | $ - | $ - | $ - | 123,082 | 127,240 | 129,139 | 130,016 | 131,262 | 131,777 | 132,698 | 133,648 | |
| Insurance & Spare Parts Expense | | | - | - | - | - | (9,144) | (12,232) | (12,264) | (12,264) | (12,298) | (12,264) | (12,264) | (12,264) |
| **EBITDA** | | $ - | $ - | $ - | $ - | **113,938** | **115,008** | **116,875** | **117,752** | **118,965** | **119,513** | **120,434** | **121,384** | |
| Capex | | | (156,333) | (286,479) | (227,812) | (68,666) | - | - | - | - | - | - | - | - |
| Taxes | | | - | - | - | - | (24,139) | - | - | - | - | - | - | - |
| Financial Income (expense) | | | - | (2,069) | - | - | 363 | 314 | 260 | 286 | 318 | 328 | 335 | 366 |
| Unlevered Free Cash Flow | | | (156,333) | (288,547) | (227,812) | (68,666) | 90,161 | 115,323 | 117,134 | 118,037 | 119,282 | 119,841 | 120,769 | 121,750 |

**Operating Expense Overruns:** In a standard investment in a drilling contractor, opex is a variable for the common shareholder. In the Sete structure, the dayrate has been bifurcated and the Class B Shareholder (rig operator) will bear the burden of daily cost inefficiencies. The Service Contract Dayrate essentially creates a cost plus O&M arrangement and mitigates the Class A Shareholder's risk associated with opex.

**Charter Currency Election:** The charter payments currency mix of USD & BRL can be elected by the Class A Shareholders not to exceed 50% local currency and up to 100% dollars. 80% USD and 20% BRL is the indicated preferred mix of currency given the debt service is weighted toward USD (analysis on page 4). This is a potential tool for EIG to further mitigate currency risk.

**Maintenance Capex:** The Insurance & Spare Parts Expense provision of the operating contract is a pass-thru mechanism with Petrobras. Limitations on this subsidy is an outstanding diligence item.

**Tax Regime:** Certain project taxes exist upon delivery of the vessels though depending on the ultimate investment structure it is unclear whether any specific taxes will be imposed related to a Fund XIV/XV foreign investment

Confidential

Confidential

EIG00013762

EIG_KEP_00262582

| Cash Waterfall: Single Asset SPE | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unlevered Free Cash Flow | | (156,333) | (288,547) | (227,812) | (68,666) | 90,161 | 115,323 | 117,134 | 118,037 | 119,282 | 119,841 | 120,769 | 121,750 |
| Funds Disbursement: | | | | | | | | | | | | | |
| Senior Fundings | | 117,250 | 399,705 | 182,249 | 54,933 | 19,873 | - | - | - | - | - | - | - |
| Sub Debt Fundings | | - | 25,713 | 12,985 | 3,914 | - | - | - | - | - | - | - | - |
| Class A Equity Fundings (85%) | | 35,730 | 19,101 | 27,690 | 8,346 | - | - | - | - | - | - | - | - |
| Class B Equity Fundings (15%) | | 3,353 | 6,323 | 4,887 | 1,473 | - | - | - | - | - | - | - | - |
| Total Funds Disbursement | | 156,333 | 450,840 | 227,812 | 68,666 | 19,873 | - | - | - | - | - | - | - |
| Cash Available for Debt Service | | - | 162,293 | - | - | 110,034 | 115,323 | 117,134 | 118,037 | 119,282 | 119,841 | 120,769 | 121,750 |
| Debt Service: | | | | | | | | | | | | | |
| Senior Principal | | - | (162,293) | - | - | (18,748) | (38,749) | (41,495) | (42,405) | (43,985) | (47,489) | (51,042) | (52,767) |
| Senior Interest | | - | - | - | - | (17,704) | (38,612) | (41,005) | (39,475) | (37,356) | (34,011) | (30,405) | (26,575) |
| Total Senior Debt Service | | - | (162,293) | - | - | (36,452) | (77,361) | (82,500) | (81,880) | (81,340) | (81,500) | (81,447) | (79,342) |
| Sub Debt Principal | | - | - | - | - | - | - | (816) | (1,192) | (1,322) | (1,467) | (1,627) | (1,804) |
| Sub Debt Interest | | - | - | - | - | (2,895) | (5,790) | (5,768) | (5,658) | (5,528) | (5,383) | (5,223) | (5,046) |
| Total Subordinated Debt Service | | - | - | - | - | (2,895) | (5,790) | (6,585) | (6,850) | (6,850) | (6,850) | (6,850) | (6,850) |
| DSR Funding Cash Adjustment | | - | - | - | - | (18,722) | (1,222) | 891 | 989 | 764 | 818 | 1,185 | 869 |
| Total Debt Service | | - | (162,293) | - | - | (58,069) | (84,372) | (88,194) | (87,741) | (87,426) | (87,532) | (87,112) | (85,323) |
| Cash Available to Shareholders | | - | - | - | - | 51,965 | 30,951 | 28,941 | 30,296 | 31,856 | 32,310 | 33,657 | 36,427 |
| Class A Dividends (85%) | | - | - | - | - | (40,944) | (29,534) | (24,600) | (25,752) | (27,077) | (27,463) | (28,608) | (30,963) |
| Class B Dividends (15%) | | - | - | - | - | (7,225) | (5,212) | (4,341) | (4,544) | (4,778) | (4,846) | (5,048) | (5,464) |
| Total Equity Distributions | | - | - | - | - | (48,170) | (34,746) | (28,941) | (30,296) | (31,856) | (32,310) | (33,657) | (36,427) |
| Remaining Cash Balance | | - | - | - | - | 3,795 | (0) | (0) | (0) | (0) | (0) | - | - |

Page | 4

Confidential                                                                                       EIG00013763
Confidential                                                                                       EIG_KEP_00262583

| Fund XIV/XV Cash Flow & Credit Metrics | | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | % Total | Investment | | | | | | | | | | | | |
| Class A Shares: Single Asset CF | 100% | $90,868 | $ (35,730) | $ (19,101) | $ (27,690) | $ (8,346) | $ 40,944 | $ 29,534 | $ 24,600 | $ 25,752 | $ 27,077 | $ 27,463 | $ 28,608 | $ 30,963 |
| Fund XIV/XV Share | 24.6% | $22,323 | (8,778) | (4,692) | (6,803) | (2,050) | 10,059 | 7,256 | 6,043 | 6,326 | 6,652 | 6,747 | 7,028 | 7,607 |
| | | | | | | | | | | | | | | |
| 7 Rig Program Development Schedule | | | Dec-11 | Dec-12 | Dec-13 | Dec-14 | Dec-15 | Dec-16 | Dec-17 | Dec-18 | Dec-19 | Dec-20 | Dec-21 | Dec-22 |
| SPE 1 | | | 17% | 34% | 36% | 5% | 7% | | | | | | | |
| SPE 2 | | | 14% | 28% | 41% | 10% | 0% | 7% | | | | | | |
| SPE 3 | | | 14% | 22% | 31% | 24% | 0% | 10% | | | | | | |
| SPE 4 | | | 14% | 8% | 19% | 48% | 8% | 0% | 4% | | | | | |
| SPE 5 | | | 14% | 7% | 4% | 25% | 45% | 1% | 0% | 4% | | | | |
| SPE 6 | | | 14% | 6% | 1% | 1% | 46% | 30% | 0% | 2% | | | | |
| SPE 7 | | | 14% | 6% | 1% | 0% | 3% | 31% | 32% | 8% | 5% | | | |
| | Commitment | Net Drawdown | | | | | | | | | | | | |
| Class A Shares: Full Project Developm | $651,284 | $495,713 | $ (164,698) | $ (24,979) | $ (116,814) | $ (104,304) | $ (70,088) | $ (14,830) | 52,654 | $ 121,455 | $ 131,545 | $ 164,450 | $ 145,525 | $ 153,537 |
| Fund XIV/XV Share | $160,000 | $121,781 | $ (40,461) | $ (6,137) | $ (28,697) | $ (25,624) | $ (17,218) | $ (3,643) | 12,935 | $ 29,838 | $ 32,316 | $ 40,400 | $ 35,751 | $ 37,719 |
| IRR | 21.0% | | - | - | - | - | - | - | 0.0% | -20.4% | -8.7% | -0.9% | 3.4% | 6.4% |
| ROI (end of original contracts) | 6.0x | | - | - | - | - | - | - | 0.1x | 0.4x | 0.6x | 0.9x | 1.2x | 1.6x |
| | Max/Min | Year | | | | | | | | | | | | |
| Total Debt Balance | $ 5,169,393 | Dec-18 | $ 540,465 | $ 1,351,037 | $ 2,255,512 | $ 3,116,090 | $ 3,995,793 | $ 4,709,289 | $ 5,066,869 | $ 5,169,393 | $ 5,047,780 | $ 4,732,610 | $ 4,395,256 | $ 4,036,589 |
| DSCR | 1.7x | Dec-20 | - | - | - | - | 4.7x | 3.4x | 2.4x | 1.9x | 1.8x | 1.7x | 1.7x | 1.7x |
| **Estimated Currency Flows Assuming 80/20 Currency Election:** | | | | | | | | | | | | | | |
| USD Cash Available for Debt Service | | | $ - | $ 841,045 | $ - | $ - | $ 65,873 | $ 158,124 | $ 342,393 | $ 443,636 | $ 636,515 | $ 675,498 | $ 680,681 | $ 685,916 |
| USD Debt Service | | | - | (841,045) | - | - | (18,885) | (102,914) | (249,376) | (399,983) | (561,522) | (691,465) | (689,523) | (684,989) |
| Remaining USD Available to Shareholders | | | $ - | $ - | $ - | $ - | 46,788 | $ 55,210 | $ 93,017 | $ 43,653 | $ 74,993 | $ (15,967) | $ (8,842) | $ 928 |
| USD DSCR | | | - | 1.0x | - | - | 3.5x | 1.5x | 1.4x | 1.1x | 1.1x | 1.0x | 1.0x | 1.0x |
| BRL Available to Shareholders | | | R$ - | R$ - | R$ - | R$ - | R$ 33,857 | R$ 83,015 | R$ 183,769 | R$ 243,500 | R$ 357,395 | R$ 395,467 | R$ 404,519 | R$ 411,881 |
| Projected BRL/USD FX | | | 1.67 | 1.85 | 1.90 | 2.00 | 2.05 | 2.10 | 2.15 | 2.20 | 2.25 | 2.30 | 2.35 | 2.40 |
| USD Equivilant BRL Available to Shareholders | | | - | - | - | - | 16,418 | 39,531 | 85,598 | 110,909 | 159,129 | 172,068 | 171,939 | 171,479 |
| | | Average | | | | | | | | | | | | |
| Estimated USD Proportion Dividend Stream | | 46% | - | - | - | - | 74% | 58% | 52% | 28% | 32% | -10% | -5% | 1% |
| Estimated BRL Proportion Dividend Stream | | 54% | - | - | - | - | 26% | 42% | 48% | 72% | 68% | 110% | 105% | 99% |

**FX:** At the project level, long term FX risk is mitigated by inflation adjustments to the dayrate. BRL elected charter payments adjust 100% with IPCA Brazilian Inflation. Shorter term inflation is limited to intra-quarter dividend flows (monthly payments held in local currency until a quarterly dividend payment are subject to short term FX movement). The outcome is relatively minimal overall direct currency exposure even before attempts to hedge (or simply request a higher proportion of USD charter payments).

Washington, DC   ›   Houston   ›   New York   ›   London   ›   Sydney

Confidential

Confidential

EIG00013764

EIG_KEP_00262584

The following pages explore the USD/BRL volatility, history and indicative markets.

Washington, DC  ›  Houston  ›  New York  ›  London  ›  Sydney

Page | 6

Confidential
Confidential

**BRL/USD Historical Trading**





Confidential
Confidential

EIG00013766
EIG_KEP_00262586

**BRL/USD Historical Volatility**



Page | 8



Confidential

Confidential

EIG00013767

EIG_KEP_00262587

**BRL/USD Indicative Market Volatility**



Page | 9

Washington, DC  ›  Houston  ›  New York  ›  London  ›  Sydney

Confidential
Confidential

EIG00013768
EIG_KEP_00262588