## NOTES TO INVESTMENT SUMMARIES

The material disclosed in these Investment Summaries may include statements, projections and other "forward looking" statements. Actual events may differ from those presented and EIG Global Energy Partners ("EIG") assumes no duty to update information provided. It should not be assumed that an investment will be profitable. Unless otherwise indicated, all references to an EIG fund include each of such fund's related parallel funds, feeder funds and alternative investment funds, as appropriate. Certain information contained herein has been obtained from published and non-published sources. It has not been independently verified by EIG. Except where otherwise indicated herein, the information provided herein is based on matters as they exist as of December 31, 2014 and not as of any future date, and will not be updated or otherwise revised to reflect information that subsequently becomes available, or circumstances existing or changes occurring after the date hereof.

The Fund Cash Basis reported in the Investment Summaries on pages 3 to 17 represents the cumulative contributions for each investment and does not include PIK interest. The Cash Basis is not synonymous with the Investment Cost as reported in the Schedule of Investments on page 23, as the Investment Cost is inclusive of any applicable PIK interest. In addition, the FMV Reported amounts on pages 3 to 17 represent the fair market value of each investment plus any accrued interest as of the measurement date. The FMV Reported amounts will not agree to the Investment FMV in the Schedule of Investments on page 23 as the Investment FMV is exclusive of accrued interest (accrued interest is included separately in the Statement of Assets and Liabilities).

## CALCULATION OF INTERNAL RATE OF RETURN ("IRR")

The "Gross IRR" and "Gross Multiple of Cost" each reflect investment-level performance based on daily cash inflows and outflows for each investment and, where applicable, the valuation of unrealized investments, and does not take into account carried interest, management fees and other expenses that were incurred by the Fund. "NA" or "Loss" indicates Gross IRRs that are not applicable due to the short duration of the investment or if the investment is currently held at a loss, respectively.

Effective June 30, 2012, EIG revised its methodology for calculating Gross IRR, in two ways that it believes results in a calculation that more appropriately reflects the economic performance of the investments. First, cash flows used in the calculations of Gross IRR now include fee income (transaction, investment banking, break-up, advisory and monitoring or other similar fees received in connection with the Fund's investments). Fee income was not included in the Gross IRR calculations prior to the quarter ended June 30, 2012. This change does not affect the calculation of net IRRs. Second, Gross IRRs are calculated using actual daily gross cash flows and day counts. Previously, Gross IRRs were calculated based on monthly gross cash flow and used a compounding convention.

The terminal values used in calculating the current Gross IRR are based on fair market value of the investments at December 31, 2014 which are calculated in accordance with US GAAP (ASC 820) and our valuation policy.

Prospective Investors are encouraged to contact EIG to discuss the procedures and methodologies used to calculate the investment returns and other information provided herein.

## LIQUIDITY AND OTHER RISKS

While valuations of unrealized investments are based on assumptions that EIG believes are reasonable under the circumstances, the actual realized returns on unrealized investments will depend on, among other factors, future operating results, the value of the assets and market conditions at the time of disposition, any related transaction costs and the timing and manner of sale, all of which may differ from the assumptions on which the valuations used in the prior performance data contained herein are based. Accordingly, the actual realized returns on these unrealized investments may differ materially from the returns indicated herein.

Past performance is not indicative of future results; no representation is being made that any investment will or is likely to achieve profits or losses similar to those achieved in the past, or that significant losses will be avoided. EIG managed funds invest in a number of securities and obligations that entail substantial inherent risks. The applicable Organizational Documents of a Fund describe certain risks and other important information and should be reviewed carefully before deciding to invest in such Fund. Such investment is only suitable for sophisticated investors and requires the financial ability and willingness to accept the high risks and the lack of liquidity inherent in such investment. Prospective Investors must be prepared to bear such risks for an indefinite period of time. Each investor should consult its own attorney, business adviser and tax adviser as to legal, business, tax and related matters concerning the information contained herein.

Many of the investments are highly illiquid, and there can be no assurance that an investor will be able to realize on such investments in a timely manner. There can be no assurance that an investment objective will be achieved or that an investor will receive any return of capital. Interest rates, general level of economic activity, price of securities, price of commodities, the rate of inflation and participation of other investors in the financial markets may affect the value and number of investments made by a fund or considered for prospective investment.