**KEPPEL OPP'N EXH.  70**

**MINUTES OF TCW ENERGY FUND XIV
EIG Investment Committee Meeting
June 27, 2011**

<u>**Committee Member(s)**</u>:

Alvin Albe
Jeffrey Anderson
Blair Thomas

<u>**Others Attending**</u>:

Kurt Talbot
Robert Vitale (acting Secretary)
Jean-Daniel Borgeaud
Wallace Henderson
Jerry Stalun
Carla Vogel
Pritpal Aujla
Kevin Corrigan
Andy Zmurovsky
Stephen Suo
Patrick Hickey
Phil Abejar
Niranjan Ravindran
Simon Hayden
Benjamin Vinocour
Harold Henderson

**Investment Recommendation:**    TCW Energy Fund XIV – up to Brazilian Reais ("R$") 250,000,000 (approximately $160,000,000) of common equity in Sondas – Fundo de Investimento em Patições ("FIP Sondas").

<u>**Sondas – Fundo de Investimento em Patições**</u>

Messrs. Corrigan and Hayden presented the investment opportunity, which is an investment of up to R$250,000,000 of common equity in FIP Sondas, a newly created investment vehicle established in Brazil that, along with Petróleo Brasileiro S.A. ("Petrobrás"), will own Sete Brasil Patições S.A. ("Sete").

The Investment Committee approved the investment.

Robert L. Vitale

TCW064360.1

Exhibit
DEF 74
Talbot

EXHIBIT
0003

**Confidential**
**Confidential**

EIG_KEP_00260322