**KEPPEL OPP'N EXH. 73**



EIG REPORT — APRIL 2014

# Brazil's Energy and Infrastructure Landscape
## – A White Paper

**EIG GLOBAL ENERGY PARTNERS**

Exhibit DEF 83

EXHIBIT 0002

Confidential

EIG_KEP_00258521



**HEADQUARTERS**

Washington, DC
1700 Pennsylvania Ave NW
Suite 800
Washington, DC 20006
202 600 3300

**REGIONAL OFFICES**

Houston, TX
333 Clay Allen Street, Suite 3500
Houston, TX 77002
713 615 7400

London, UK
First Floor, 45 Mount Street
London, W1K2RZ
United Kingdom
+44 207 399 0915

Sydney, AU
Suite 2001, Level 20, Gateway
1 Macquarie Place
Sydney, NSW 2000
Australia
+61 2 9338 2100

Hong Kong
Suite 3814-16
38/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
+852 3713 4388

Seoul, KR
41st Floor Gangnam Finance Centre
737 Yeoksam dong, Gangnam gu
Seoul, Korea 135-984

Rio de Janeiro, BR
Praia de Botafogo, 228 - 11th floor -
Botafogo
Rio de Janeiro, RJ
Brasil CEP: 22250-040
+55 21 3550 7462

# Table of Contents

I. Introduction: Brazil and EIG's Investment Strategy

II. Brazil's Transformation: Foundational Changes

III. The Pre-salt Revolution

IV. Pre-salt and the Broader Brazilian Energy Context

V. EIG's Brazil Opportunity

VI. Sete Brasil

VII. Prumo Logística

VIII. BTB Pipeline

IX. Signal and Noise in Brazilian Energy

X. Investing in the Long-Term Potential of Brazil

Confidential       EIG_KEP_00258522

# Executive Summary



> "Our objective with this White Paper is to provide some context for our recent investments in Brazil and to underscore several of the major underlying trends supporting our commitments to this important emerging market."
>
> - R. Blair Thomas, Chairman and CEO

The coincidence over the past decade of political and economic reform in Brazil with the discovery of massive oil reserves in the so-called "pre-salt" formations offshore has created for EIG an extraordinary opportunity set of transactions to consider over the past several years. While we began investing in Brazil almost fifteen years ago, in the past two and a half years, EIG-managed funds have committed more than US$1.2 billion to investments in Brazil, all involved in one manner or another in the development of hydrocarbon and iron-ore resources. With this level of investment activity, and our expectation of further opportunities in the future, we thought it made sense to "connect the dots" for our investors and other partners in a more formal way. Our objective with this White Paper is to provide some context for our recent investments in Brazil and to underscore several of the major underlying trends supporting our commitments to this important emerging market.

What follows represents a collaboration among all of EIG's partners, employees and advisors who touch our activities in Brazil: Kurt Talbot, our CIO, Ronnie Hawkins, our Head of International, Wallace Henderson, Derek Lemke-von Ammon, Kevin Corrigan, Andrew Ellenbogen, Marcel Abe, Simon Hayden, Kevin Lowder, and Brian Boland, as well as Luis Reiz of Lakeshore Advisors. In addition, Julia Sweig, the Nelson and David Rockefeller Senior Fellow and Director for Latin American Studies and the Global Brazil Initiative at the Council on Foreign Relations, and Daniel Kurtz-Phelan, a New American Fellow at the New America Foundation, served as advisors to us on the project.

We hope you find this White Paper informative.

Sincerely,

R. Blair Thomas, Chairman & CEO

3