**KEPPEL OPP'N EXH. 77**

| | |
|---|---|
| **Message** | |
| **From**: | Kevin Corrigan [Kevin.Corrigan@eigpartners.com] |
| **Sent**: | 27/7/2011 6:40:16 PM |
| **To**: | Barbara Olsen [bolsen@barringtonmedia.com] |
| **CC**: | Levin, John [jlevin@barringtonmedia.com]; Iris Peoples [Iris.Peoples@eigpartners.com]; Renee Davidovits [Renee.Davidovits@eigpartners.com] |
| **Subject**: | RE: Sete video profile |

Barbara,

Just want to let you know that Sete Brasil is supposed to speak with EAS (the shipbuilder) today about getting access to the shipyard for part of your filming (remember, they are near Recife). Otherwise, they are available to speak with you in Rio, but I suggest we try to nail down the dates asap, as their schedules fill up. Have you finalized your travel dates? I may be there as early as next Thursday (Aug. 4th), but it is still a moving target.

Best wishes, Kevin



Kevin Corrigan  >  Senior Vice President  >  kevin.corrigan@eigpartners.com
1700 Pennsylvania Ave. NW  >  Suite 800  >  Washington, DC 20006  >  (o) 202.600.3300  >  (f) 202.600.3400

---

**From:** Barbara Olsen [mailto:bolsen@barringtonmedia.com]
**Sent:** Monday, July 18, 2011 5:48 PM
**To:** Kevin Corrigan
**Cc:** Levin, John
**Subject:** Sete video profile

Hi Kevin:

Thank you for your time today. I look forward to hearing from you about next steps for scheduling this shoot. Thank you.

**Barbara Olsen** | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA  90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com

**Exhibit DEF 92**