**KEPPEL OPP'N EXH. 78**

Message

**From:** Kevin Corrigan [Kevin.Corrigan@eigpartners.com]
**Sent:** 1/8/2011 4:48:28 PM
**To:** Barbara Olsen [bolsen@barringtonmedia.com]
**CC:** Iris Peoples [Iris.Peoples@eigpartners.com]; Levin, John [jlevin@barringtonmedia.com]
**Subject:** RE: EIG/Sete Brasil video shoot

Barbara,

Have you received a response from Fernanda? I will be with Mr. Ferraz this Wednesday in his office at 6 p.m. Rio de Janeiro time — I could call you from there if you still need to work things out. Please let me know. (Rio is one hour ahead of EDT, fyi....)

Thanks, Kevin



Kevin Corrigan > Senior Vice President > kevin.corrigan@eigpartners.com
170# Pennsylvania Ave. NW > Suite #0# > Washington, #C 200#6 > (#) 2#2.600.33#6 > (f) 202.6##.3406

---

**From:** Barbara Olsen [mailto:bolsen@barringtonmedia.com]
**Sent:** Friday, July 29, 2011 9:35 AM
**To:** Kevin Corrigan
**Cc:** Iris Peoples; Levin, John
**Subject:** RE: EIG/Sete Brasil video shoot

Thank you very much.

**Barbara Olsen** | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA 90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com

**Exhibit DEF 93**

---

**From:** Kevin Corrigan [mailto:Kevin.Corrigan@eigpartners.com]
**Sent:** Friday, July 29, 2011 6:27 AM
**To:** Barbara Olsen
**Cc:** Iris Peoples; Levin, John
**Subject:** RE: EIG/Sete Brasil video shoot

Barbara,

I've reached out to the financial advisor we've worked with to expedite things.

---

**From:** Barbara Olsen [mailto:bolsen@barringtonmedia.com]
**Sent:** Friday, July 29, 2011 9:23 AM
**To:** Kevin Corrigan
**Cc:** Iris Peoples; Levin, John
**Subject:** FW: EIG/Sete Brasil video shoot

Hi Kevin:

Just to let you know that I have not heard back from Fernanda yet. Perhaps we should give it another day but, if I don't hear back by Monday, do you think it makes sense for you to contact them? Please let me know your thoughts. Thank you.

**Barbara Olsen** | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA 90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com

---

**From:** Barbara Olsen
**Sent:** Thursday, July 28, 2011 5:37 AM
**To:** 'fernanda@setebr.com'
**Cc:** Kevin Corrigan; 'Iris Peoples'
**Subject:** EIG/Sete Brasil video shoot

Good morning Fernanda:

Kevin Corrigan with EIG suggested I contact you.

EIG would like to make a short video profile about Sete Brasil that will be presented at their Annual Partners' Conference in September. The purpose of the videotape is to highlight and present the importance of your company to their investor audience.

The video would include (2) days of shooting: one day at Sete Brasil offices in Rio de Janeiro and one day at EAS near Racife. While at Sete Brasil, I would like to interview your CEO, João Ferraz and also, videotape general office activity. At EAS, I would like to videotape general ship building activity.

I am wondering if we are able to videotape during the week of August 22nd? Please let me know if this is possible. Thank you for your time.

**Barbara Olsen** | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA  90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com

Confidential                                                                                                                                        BARRINGTON_ET_00000448