**KEPPEL OPP'N EXH. 79**

| | |
|---|---|
| **From:** | Kevin Corrigan <Kevin.Corrigan@eigpartners.com> |
| **To:** | 'Jeppe Starup' |
| **CC:** | Randall Wade; Blair Thomas |
| **Sent:** | 3/9/2012 9:56:13 AM |
| **Subject:** | FW: Valor |

Jeppe,

Thought I would send along the attached article from today's "Valor" newspaper, roughly a "Wall Street Journal," or "FT" equivalent in Brazil, even if it's in Portuguese: the gist of the article is that Sete Brasil is currently about 30% oversubscribed for the second round capital raise, primarily due to overwhelming demand from the existing seven quotaholders, and that its going to be tough for new investors to get in. Having said that, Sete is interested in finding a way for ADICO to come in, so they are encouraging you to continue with your due diligence process; they are also setting up a schedule for the week of March 26th, and we should have confirmation on that early next week. Right now the idea would be to visit with Sete itself (the picture below if of João Ferraz, CEO of Sete, whom you would meet), Petrobras, a couple of current investors (Bradesco and Santander were mentioned), and then visit one of the shipyards. The closest one to Rio de Janeiro, where the aforementioned visits will take place, is the Brasfels (Keppel Fels of Singapore) facility in Angra dos Reis, about 2.5 hours away by car. Should you wish to visit more than one shipyard, or add a couple of other investors, the next best bet is probably EAS's facility (JV with Samsung of Queiroz Galvão and Camargo Correa, two of the largest construction/engineering groups in Brazil), which is near Recife, in Pernambuco State. The four visits plus a tour of Brasfels is a two-day visit; if we add EAS and other quotaholders, count on one more day.

Please let me know if this is still of interest, given the uncertain environment. I would recommend that you continue on this path, as being there and meeting the people involved will create goodwill and I trust will help in finding a way for a meaningful participation on the part of ADICO.

I look forward to hearing from you. Thanks and best wishes, Kevin

## Sete Brasil vai elevar capital e pode ter novos sócios

**Exhibit DEF 95**

Por **Francisco Góes | Do Rio**

A Sete Brasil, holding financeira dedicada a gerir grandes portfólios de ativos, prepara um aumento de capital. Os acionistas aprovaram, em assembleia geral extraordinária (AGE), em 1º de março, o aumento do limite do capital autorizado da empresa para R$ 7 bilhões. O valor é quase quatro vezes o capital social hoje subscrito, de R$ 1,9 bilhão. O processo, previsto para terminar até 30 de abril, poderá resultar na entrada de novos sócios na companhia, dona de uma carteira de US$ 75 bilhões. O montante refere-se a contratos de longa duração de afretamento com serviços de 28 sondas marítimas de perfuração de poços de petróleo com a Petrobras.

*João Carlos Ferraz, diretor-presidente: "Hoje a demanda [no aumento de capital] supera a oferta em cerca de 30%"*

Entre os novos sócios que podem tornar-se acionistas da Sete Brasil, a partir do começo de maio, estão o Energy Investment Group (EIG), um investidor institucional americano da área de energia, e a Lucce Drilling, empresa criada pelo investidor Aldo Floris. As duas empresas assinaram cartas-garantia de investimento com a Sete Brasil segundo as quais podem ser chamadas a participar do aumento de capital. Tudo vai depender do apetite dos atuais acionistas, que têm direito de preferência. Se houver sobras de ações, EIG e Lucce Drilling serão chamadas e terão obrigação de

comparecer.

É possível que nem todos os atuais acionistas participem da operação. A Sete Brasil tem dialogado com outros potenciais investidores nacionais e estrangeiros de países como China, Noruega, Arábia Saudita e Estados Unidos. A empresa também conversa com o BNDES sobre uma eventual participação no aumento de capital.

"Hoje a demanda [no aumento de capital] supera a oferta em cerca de 30%", disse João Carlos Ferraz, diretor-presidente da Sete Brasil. O capital está nas mãos de Petros e Funcef, cada um com 19,2%; dos bancos Bradesco, BTG Pactual e Santander, com participações individuais de 13,7%; da Previ (10%); Petrobras (5%), e Valia (5,5%).

Ferraz disse que os acionistas que participarem da operação terão de pagar um prêmio de determinado percentual sobre o valor a ser subscrito. Esse prêmio ainda está em negociação. Se um acionista resolvesse subscrever R$ 100 milhões em novas ações na empresa, por exemplo, e o prêmio fosse fixado em 1%, esse sócio teria que aportar R$ 101 milhões no aumento de capital. O dinheiro vai entrar no caixa e será utilizado para desenvolver o plano de negócios.

Ferraz disse que a integralização dos recursos não será imediata. "A subscrição é imediata, mas o recurso será integralizado ao longo do tempo. O que se combinou com os acionistas é que as integralizações serão pedidas conforme a necessidade de caixa da empresa." A operação é necessária para que a Sete Brasil possa ter lastro financeiro e leve adiante os contratos com a Petrobras de 28 sondas de perfuração que vão ser construídas no Brasil, com conteúdo nacional, para operar em lâmina d'agua de três mil metros de profundidade no pré-sal.

Segundo o presidente da Sete Brasil, a empresa vai aportar recursos próprios entre 20% e 25% em cada sonda. Os outros 75% a 80% serão financiados. "Os financiadores estão dispostos a participar do projeto, mas querem ter certeza que pelo menos a parte do equity [capital próprio] esteja subscrita. O que fazemos agora é um esforço para levantar esse capital e, assim, poder assinar os acordos de financiamento com os bancos." Um dos financiadores deve ser o BNDES.

O custo total do projeto das 28 sondas para a Petrobras é estimado em US$ 27 bilhões, incluindo não só a construção, mas outros itens como financiamento e acompanhamento das obras. Além dos contratos de afretamento com serviços para a Petrobras, a Sete Brasil vai levar adiante projetos de duas sondas destinadas ao mercado "spot". O total do portfólio chega, portanto, a 30 unidades a serem entregues até 2020. A expectativa é de que a primeira esteja pronta em 15 de junho de 2015, com a segunda sendo entregue dez meses depois. A partir daí, a meta é entregar uma unidade a cada oito meses.

Ferraz disse que será criada uma sociedade de propósito específico (SPE) para cada sonda na qual a Sete Brasil será sócia de operadoras. A SPE fará contrato de afretamento e serviços do equipamento com a Petrobras e o resultado do negócio será dividido entre a Sete e a operadora. Em licitação recente da Petrobras em que ganhou 21 sondas, a Sete Brasil conseguiu reduzir o preço médio de afretamento para US$ 530 mil por dia, em média. Ela acertou parceria com a Odebrecht para operação de cinco unidades, com a Etesco para outras cinco e com a Petroserv para mais duas. Há ainda acordos com Seadrill, Odfjefel - Galvão e Queiroz Galvão. Cada uma dessas operadoras será responsável por três unidades.

No momento, a Sete Brasil, que completa em abril um ano de operação, está finalizando as negociações com os estaleiros responsáveis pela construção das sondas.

Confidential

EIG00133574

EIG_KEP_00121470