**KEPPEL OPP'N EXH. 82**

| | |
|---|---|
| **From:** | /O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JOSE MAGELA BERNARDES45B on behalf of Jose Magela Bernardes |
| **Sent:** | 11/18/2014 6:03:59 PM |
| **Subject:** | RE: Petrobras |
| **Start:** | 11/18/2014 6:30:00 PM |
| **End:** | 11/18/2014 7:30:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organized |

Yes, he and I just discussed this.


Robert L. Vitale
>
General Counsel
>
robert.vitale@eigpartners.com

1700 Pennsylvania Ave. NW
> Suite
800 > Washington, DC 20006
>
(o) 202.600.3304
>
(m) 213.910.4063
>
(f) 202.600.3404

Dedicated Conference Line >
Domestic 877.260.7980
>
International 650.227.3755
>
Pass Code 9508103357 #

The information contained in this email is intended only for the person or entity to which
it is addressed and may contain confidential and/or privileged
material. Any review, use, distribution or disclosure by others is strictly prohibited. If
you are not the intended recipient of this email, please promptly notify the sender that
you have received it and delete all copies of this email along with all attachments.



From: Jose Magela Bernardes

Sent: Tuesday, November 18, 2014 4:52 PM
To: Robert Vitale
Subject: RE: Petrobras


Just finish talking to Andrew. He is heading your way and we will discuss.


-------- Original message --------
From: Robert Vitale <Robert.Vitale@eigpartners.com>

Date: 18/11/2014 19:13 (GMT-03:00)
To: Jose Magela Bernardes <jm.bernardes@eigpartners.com>




Confidential

CONFIDENTIAL

Subject: RE: Petrobras

I'm back at my desk - call me or what number should I use to call you. Thank Magela.




Robert L. Vitale
>
General Counsel >
robert.vitale@eigpartners.com

1700 Pennsylvania Ave. NW
> Suite 800
> Washington, DC 20006
>
(o) 202.600.3304 >
(m) 213.910.4063 >
(f) 202.600.3404

Dedicated Conference Line >
Domestic 877.260.7980
>
International 650.227.3755
>
Pass Code 9508103357 #

The information contained in this email is intended only for the person or entity to which
it is addressed and may contain confidential and/or privileged material. Any review, use,
distribution or disclosure by others is strictly prohibited. If you are not the intended
recipient of this email, please promptly notify the sender that you have received it and
delete all copies of this email along with all attachments.



From: Jose Magela Bernardes

Sent: Tuesday, November 18, 2014 12:12 PM
To: Robert Vitale
Subject: FW: Petrobras


FYI


From: Derek Lemke
Sent: Tuesday, November 18, 2014 2:55 PM
To: Jose Magela Bernardes; Ronnie Hawkins; Marcel Abe
Subject: RE: Petrobras


Just circling back one more time on this as I understand the broader context that Ronnie
outlined. Have we seen anything in connection with the corruption investigations that MIGHT
impact our investments
or portfolio companies? Is there any reason to think that there might have been illegal
payments made in connection with the award of the Petrobras contracts to Sete? Is it likely
that the circumstances around the contract award will be reviewed by governmental
authorities?

Thanks,

D

Confidential                                                                    EIG00255924
CONFIDENTIAL                                                                EIG_KEP_00263665

From: Jose Magela Bernardes
Sent: Tuesday, November 18, 2014 9:26 AM
To: Ronnie Hawkins; Derek Lemke; Marcel Abe
Subject: RE: Petrobras

Derek,

Just to complement Ronnie´s summary, Petrobras have being very active supporting SETE management in negotiations with local Rig operators and Shipyards demonstrating their interest in the success of SETE.

Regards,

Magela


From: Ronnie Hawkins
Sent: Tuesday, November 18, 2014 12:13 PM
To: Derek Lemke; Jose Magela Bernardes; Marcel Abe
Subject: RE: Petrobras

Derek

In terms of our investments, it is important to put it within the broader context of Petrobras's capex plan.

**Redacted – ICSI**

For the remaining two investments, it is again important to understand both in the context of pre-salt development for Petrobras and the broader oil community. In the case of Sete, the contractual framework for the deal relies on Petrobras for long-term charter payments once the drill ships are completed. Petrobras needs these drill ships as it is one of the biggest bottle necks for development of wells. With nearly 100% exploration success in the Pre-salt this is the bottleneck. In the midst of all of this, Petrobras has made several important reaffirmations of support for Sete in actions they have taken with regard to operators of the ships, etc. As you know, the management of Sete was changed by Petrobras precisely to bring greater operating focus and discipline and so their commitment to the deal remains very strong because the underlying need for these drill ships remains strategic and important.

**Redacted – ICSI**

Confidential

CONFIDENTIAL

EIG00255925

EIG_KEP_00263666

**Redacted – ICSI**

From: Derek Lemke

Sent: Tuesday, November 18, 2014 8:51 AM
To: Jose Magela Bernardes; Marcel Abe; Ronnie Hawkins
Subject: Petrobras

I've had an inquiry from New Holland [Redacted – ICSI] about the impact of the bribery scandal at Petrobras on our investments and portfolio companies. Would you please take a few minutes and summarize your views of the situation?

**Redacted – ICSI**

Sete strikes me as the situation where we have the most exposure. Is the board doing anything - cooperating with the investigation? Undertaking its own investigation?

**Redacted – ICSI**

Any impact on the overall situation? Pre-Salt development schedule?

This is reasonably important so please give me your best thinking.

D


Derek Lemke-von Ammon
>
Managing Director & Head of Capital Development
>
derek.lemke@eigpartners.com

1700 Pennsylvania Ave. NW
>
Suite 800 > Washington, DC 20006
>
(o) 202.600.3344
>
(m) 415.810.2780
Dedicated Conference Line
>
U.S. 877 260 7980
>
International +650 227 3755
>
Pass Code 4879361727 #
P
Please consider the environment before printing this e-mail.

The information contained in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, use, distributio

Confidential                                                                                                  EIG00255926
CONFIDENTIAL                                                                                              EIG_KEP_00263667