# KEPPEL OPP'N EXH. 94



STATE OF NEW YORK        )
                         )
                         )
COUNTY OF NEW YORK       )  ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Portuguese into English of the attached document with Bates number KEPPEL00049887.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this 9th day of July, 2021, by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

Exhibit PL 86

**Message**

**From:** Zwi [zwi@eaglebr.com.br]
**Sent:** January 14, 2011 3:16:24 p.m.
**To:** Yew Yuen CHOW [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yewyuen.chow1]
**Subject:** FW: Petrobras/Finance Presentation of January 12, 2011
**Attachment:** Sondas_Apresentacao para Operadores versao PDF.pdf [Rigs Presentation for Operators, PDF version]

Please try to open.
Zwi

BlackBerry®Oi.

---

**From:** sarcinelli@petrobras.com.br
**Date:** Friday, January 14, 2011 11:00:09 -0200
**To:** Zwi<zwi@eaglebr.com.br>
**Subject:** Petrobras/Finance Presentation of January 12, 2011

Zwi,

It took some time but I finally got a copy of the presentation.

Regards,
Reginaldo

*(See attached file: Sondas_Apresentacao para Operadores versao PDF.pdf)*

"O emitente desta mensagem é responsável por seu conteúdo e endereçamento. Cabe ao destinatário cuidar quanto ao tratamento adequado. Sem a devida autorização, a divulgação, a reprodução, a distribuição ou qualquer outra ação em desconformidade com as normas internas do Sistema Petrobras são proibidas e passíveis de sanção disciplinar, cível e criminal."

"The sender of this message is responsible for its content and addressing. The receiver shall take proper care of it. Without due authorization, the publication, reproduction, distribution or the performance of any other action not conforming to Petrobras System internal policies and procedures is forbidden and liable to disciplinary, civil or criminal sanctions."

"El emisor de este mensaje es responsable por su contenido y direccionamiento. Cabe al destinatario darle el tratamiento adecuado. Sin la debida autorización, su divulgación, reproducción, distribución o cualquier otra acción no conforme a las normas internas del Sistema Petrobras están prohibidas y serán pasibles de sanción disciplinaria, civil y penal."

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

Confidential                                                                                                                    KEPPEL00049887

| | |
|---|---|
| **Message** | |
| **From:** | Zwi [zwi@eaglebr.com.br] |
| **Sent:** | 14/1/2011 3:16:24 PM |
| **To:** | Yew Yuen CHOW [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yewyuen.chow1] |
| **Subject:** | Fw: Apresentação Petrobras/Finanças do dia 12/janeiro/2011 |
| **Attachments:** | Sondas_Apresentacao para Operadores versao PDF.pdf |

Please try to open.
Zwi

BlackBerry®Oi.

---

**From:** sarcinelli@petrobras.com.br
**Date:** Fri, 14 Jan 2011 11:00:09 -0200
**To:** Zwi<zwi@eaglebr.com.br>
**Subject:** Apresentação Petrobras/Finanças do dia 12/ janeiro/2011


Zwi,

Demorou um pouco mas finalmente consegui cópia da apresentação.

Abraço,
Reginaldo


*(See attached file: Sondas_Apresentacao para Operadores versao PDF.pdf)*


"O emitente desta mensagem é responsável por seu conteúdo e endereçamento. Cabe ao destinatário cuidar quanto ao tratamento adequado. Sem a devida autorização, a divulgação, a reprodução, a distribuição ou qualquer outra ação em desconformidade com as normas internas do Sistema Petrobras são proibidas e passíveis de sanção disciplinar, cível e criminal."

"The sender of this message is responsible for its content and addressing. The receiver shall take proper care of it. Without due authorization, the publication, reproduction, distribution or the performance of any other action not conforming to Petrobras System internal policies and procedures is forbidden and liable to disciplinary, civil or criminal sanctions."

"El emisor de este mensaje es responsable por su contenido y direccionamiento. Cabe al destinatario darle el tratamiento adecuado. Sin la debida autorización, su divulgación, reproducción, distribución o cualquier otra acción no conforme a las normas internas del Sistema Petrobras están prohibidas y serán pasibles de sanción disciplinaria, civil y penal."

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

Confidential
KEPPEL00049887