**KEPPEL OPP'N EXH. 95**



# Drilling Rigs in Brazil Project

**Presentation to Drilling Operators**

January 12th, 2011

**Exhibit**
PL 87

KEPPEL00049888

**PETROBRAS**

## Disclaimer

The presentation may contain forecasts about future events. Such forecasts merely reflect the expectations of the Company's management. Such terms as "anticipate", "believe", "expect", "forecast", "intend", "plan", "project", "seek", "should", along with similar or analogous expressions, are used to identify such forecasts. These predictions evidently involve risks and uncertainties, whether foreseen or not by the Company. Therefore, the future results of operations may differ from current expectations, and readers must not base their expectations exclusively on the information presented herein. The Company is not obliged to update the presentation/such forecasts in light of new information or future developments.

### Cautionary Statement for US investors

The United States Securities and Exchange Commission permits oil and gas companies, in their filings with the SEC, to disclose only proved reserves that a company has demonstrated by actual production or conclusive formation tests to be economically and legally producible under existing economic and operating conditions. We use certain terms in this presentation, such as oil and gas resources, that the SEC's guidelines strictly prohibit us from including in filings with the SEC.

Confidential

KEPPEL00049889

# PETROBRAS

## Contents

1. Project Rationale

2. The Proposed Structure

3. Daily Rates Calculation (Charter & Services)

4. Drilling Contractors' Participation in the Structure

5. Main Interfaces between Operators and Structure

6. Expected Main Benefits

7. Final Remarks

2

KEPPEL00049890

PETROBRAS

# Contents

1. Project Rationale

2. The Proposed Structure

3. Daily Rates Calculation (Charter & Services)

4. Drilling Contractors' Participation in the Structure

5. Main Interfaces between Operators and Structure

6. Expected Main Benefits

7. Final Remarks

Confidential

KEPPEL00049891

PETROBRAS

# Worldwide Oil Industry Overview



**GLOBAL OIL DEMAND SCENARIOS (EX –OPEC)**

The world oil production industry **will face huge difficulties to attend the projected demand** for the next years, considering just the existing sources.

Increasingly, the world will depend from **new discoveries to fulfill its projected demand**.

**Brazilian Pre-Salt** discovery has already become a historical **landmark for the worldwide industry** and will afford a **huge increment of investments** in the industry, in Brazil and abroad.

Source: IEA World Energy Outlook 2007, EIA International Energy Outlook 2007

Confidential

KEPPEL00049892

# PETROBRAS

## Pre-Salt Highlights



- **Total Area : 149,000 km$^2$**
  - Under concession: 45,615 km$^2$ (~39%)
  - To be auctioned:  103,385 km² (~61%)
- **Depths:**
  - 1.000-3.000 meters (sea water)
  - Up to  7.000 meters (wells)
- **Expected Recoverable Volume (Disclosed):**
  - Pre-Salt South:            9-14 bilhões boe [1]
  - Campos Basin (Post-Salt): 8-9 bilhões boe
- **Number of Wells:**
  - Campos Basin:   over  630
  - Pre-Salt South Cluster: 21  [2]

- Most of Petrobras' Business Plan is based on a fast-track oil production implementation of wells located in Pre-Salt Area;

- Such ambitious goals can only be <u>achieved through a wide and aggressive wells drilling program</u>;

- Such environment may be highly favorable for <u>creating and developing a local market</u> for operators, crew, shipyards (construction and repair), suppliers in general and technology development.

Note  (1): Considering only Tupi (5 a 8 bi boe), Guará (1,1 a 2 bi boe) and Iara (3 a 4 bi boe)
       (2): Include 20 well in the auctioned area and 1 in the Transfer of Rights Area – as of December 2010

5

Confidential                                                                                                                        KEPPEL00049893

# PETROBRAS

## Total demand was split into 2 packages: Short & Long Terms






Projected Total Demand until 2018 comprises 40 new rigs (ships and semi-submersibles):

- 12 firsts were already contacted through international bidding processes, and are expected to start operation up to 2013

- 28 remaining to be constructed in Brazil, to be delivered between 2014 e 2018

Confidential

KEPPEL00049894

**PETROBRAS**

## Standard Approach: via Drilling Rig Contractors Bids

- Standard Way: <u>Petrobras directly selects the Contractors</u> (Operators) through daily rates;

- <u>Demanded resources will be due only to Contractors</u>: shipyards, capital structure, financing sources, etc;

- Financing contracts credits are <u>conceded based on Contractors' future receivables</u> (daily rates to be paid by Petrobras), which will be only due <u>if and when rigs are available and operating</u>;

- Hence, <u>rigs construction and performance risks</u> will be <u>fundamental for defining financing conditions and pricing</u>;

- <u>The lack of history</u> of such construction in Brazil delivers new and unpredictable elements of <u>complex mitigation</u>, with high and direct impact on daily rates.

Confidential

# PETROBRAS

## Petrobras' Strategy for Contracting the Rigs

**PLAN A**

- <u>Petrobras' standard bidding process</u> to market rigs charter and operators, offering 10-year tenor contracts but demanding the rigs construction to take place in Brazilian shipyards

**PLAN B**

- <u>Financing Structure</u>, firstly associating Petrobras to Equity Investors for guaranteeing the rigs construction at Brazilian shipyards, but later transferring Petrobras' participation to Market Operators

Both bidding processes <u>will run absolutely in parallel</u> and will allow Petrobras to <u>compare the daily rates</u> generated by each option, so that Petrobras will contract the rigs from the best alternative or even from a combination of both

8

KEPPEL00049896

PETROBRAS

# Contents

1. Project Rationale

2. The Proposed Structure

3. Daily Rates Calculation (Charter & Services)

4. Drilling Contractors' Participation in the Structure

5. Main Interfaces between Operators and Structure

6. Expected Main Benefits

7. Final Remarks

Confidential

KEPPEL00049897

# PETROBRAS

## Plan B: via Finance Structure

For <u>risks mitigation</u> and for <u>attracting interest from Petrobras and other players</u>, the structure must:

- <u>Minimize disbursements</u> ➔ increasing finance (equity) investors participation for maximizing Project's leverage and reducing overall capital cost;

- <u>Limit Petrobras' ownership over the rigs</u> ➔ Less than 30% of all rigs will remain as owned by Petrobras and/or operated by Petrobras;

- <u>Avoid investments and debt consolidation in the balance sheet</u> (Petrobras and all its partners);

- <u>Be "*non-recourse*" to Petrobras and its partners</u>  (as the standard  model);

- <u>Enhance market interest  and the general feeling about Project  feasibility</u>;

- <u>Generate competitive daily rates for Petrobras</u> (aligned to market conditions).

Confidential

## Main Challenges and Risks

Being a baby born industry, the pioneer initiative for constructing the rigs in Brazil must forecast a wide set of mitigation mechanisms for the main perceived risks:



**Credit Risks**

- Intensive use of capital activity, it will be necessary to <u>raise a massive volume of funds, supported by the receivables</u> to be generated by the daily rates to be paid by Petrobras

**Income shortfall**

- The <u>Operators and Rigs quality</u> will be fundamental for <u>guaranteeing the cashflow generation</u> to ensure payment of all Project's obligations

**Daily Rates**

- If daily rates are not within <u>international market pricing conditions</u>, Petrobras' partners in Pre-Salt exploratory blocks may veto the use of the rigs

**Guarantees**

- The guarantees and <u>secure packages quality will be fundamental to finance the project</u>: Coverage Ratios, FGCN, Reserve Accs, Portfolio Financing, Renewal & Performance Funds, etc

**Technological Risks**

- Associated to the <u>pioneer construction</u>, may generate difficulties for the constructing process itself and lead to a loss of final quality

**Delay & Cost Overrun**

- The <u>pioneer construction may generate a loss of competitiveness, increase costs and delay schedule of rigs</u>, which may be mitigated by using a design widely accepted by market, by incentivizing association with international experienced constructors and FGCN

# PETROBRAS

## Financing Structure - Petrobras and Govern Main Objectives

**PETROBRAS**

- To <u>ensure the availability</u> of all rigs to face its demand in the Pre-Salt, <u>minimizing charter costs and associated risks</u>

**BRAZILIAN GOVERN**

- To make use of Petrobras' orders to <u>promote and make feasible a new</u>, modern and competitive <u>shipbuilding industry in Brazil</u>

Confidential

# Financing Structure – Others Players to feel also attracted

- **To develop a structure which makes possible the creation of a new and sound rigs operating market in Brazil with a strong participation of *"New Players"***



PETROBRAS

- Internal interest rates drop in Brazil may incentivize Brazilian finance investors to look for new types of investments, even with higher risks involved
- Opportunity to participate in projects of higher return
- To explore "new frontiers" together with Petrobras
- Brazilian Pension Funds become a natural target

Investors   Operators

Financers

- Natural interest for the activity
- Good opportunity for good and reliable operators for developing a bigger number of projects simultaneously
- Potential for acquiring the rigs at the end of the first charter contract term
- Facilitates the entrance of new players or the expansion of existing operators, increasing the market share of experienced and reliable operators

- "Pre-Salt" became a global theme in the finance market and is attracting the overall attention and interest from local and international financiers
- Great opportunity for financiers for participating in this new industry together with Petrobras.
- BNDES will play a key role by leading the financing package
- The huge scale of orders from international suppliers will definitively attract a major interest from ECA's
- FGCN actually reduces risks perception and leverage a higher participation from the financing market

**13**

# PETROBRAS

## Details of the Typical Structure: Construction Phase



Confidential                                                                                    KEPPEL00049902

# PETROBRAS

## Details of the Complete Structure: 1st System of 7 Rigs



Confidential

KEPPEL00049903

# PETROBRAS

## Sete Brasil Organization Chart



- Sete Brasil will be an operating private company, counting with a professional administrative structure comprised by own employees and market experienced executives (CEO, CFO e COO)

- Petrobras will have a participation in Sete Brasil varying between 5% e 10%

- Sete Brasil will not be a subsidiary of Petrobras

- Sete Brasil's bylaws forbid the company to use any employee from Petrobras, either shared or rendered to the company



Confidential

**PETROBRAS**

# Contents

1. Project Rationale

2. The Proposed Structure

3. Daily Rates Calculation (Charter & Services)

4. Drilling Contractors' Participation in the Structure

5. Main Interfaces between Operators and Structure

6. Expected Main Benefits

7. Final Remarks

Confidential

# PETROBRAS

## Main Variables for Project Feasibility



| Investment (Capex) | Charter Daily Rates | Finance Structure | Long Term Financing |
|---|---|---|---|
| **Defined and controlled by <u>Shipyards</u> (proposals delivered and under evaluation)** | **Limited and given by <u>International Chartering Market</u>** | Possibility of <u>inclusion of risks mitigating</u> elements, increasing Project finance-economic efficiency | Finance leverage maximization and <u>inclusion of better finance conditions</u> (BNDES, ECAs & commercial banks) |

<u>Variables controlled by others</u>
(given and input data)

<u>Variables managed</u> or controlled by
the <u>finance structure</u>
(Petrobras)

The main variable which may directly affect Project economics is the structure financing conditions, <u>specially tenor and amortization style</u>.

Confidential

**PETROBRAS**

## Daily Rates Calculation – Finance Model

- **For a given construction cost**, the Project finance model <u>calculates the daily rate enough to cover all Project obligations</u> with an additional margin to promote debt holders comfort (<u>DSCR</u>).

- Such daily rate <u>will be added to the service rate</u>, calculated based on actual operation costs: average from different sources of data (Petrobras, Special Consulting Companies and Operators). On top of the operation costs it will be added a <u>margin to cover expenses, taxes and profit</u>.

- The obligations and costs mentioned herein <u>include</u>:

| | |
|---|---|
| ➢ Debt Services Payment | ➢ Personnel Costs (O&M, *Training*, etc) |
| ➢ Investor Return | ➢ Insurance (Construction & Operation) |
| ➢ Administrative Costs Payment | ➢ *Spare Parts* |
| ➢ Construction Management Payment | ➢ Consumables |
| ➢ Taxes | ➢ Dry Dock Provision |
| ➢ Performance Fund funding | ➢ O/H (*Onshore* Base, *Management*, etc) |
| ➢ Renewal Fund funding | ➢ Others (*Catering*, Communication, etc.) |

**19**

KEPPEL00049907

# PETROBRAS

# Contents

1. Project Rationale

2. The Proposed Structure

3. Daily Rates Calculation (Charter & Services)

**4. Drilling Contractors' Participation in the Structure**

5. Main Interfaces between Operators and Structure

6. Expected Main Benefits

7. Final Remarks

Confidential

# PETROBRAS

## Operator Entrance in the Project - General Concept

> To avoid transferring <u>construction risks to future Operator</u> and, on the other hand, to allow him to <u>contribute with his experience and infrastructure for the quality of the asset constitution</u>, Petrobras and the selected Operator will execute the "Class B Shares Right to Purchase Agreement" ("<u>Right to Purchase</u>" – "RPA") for each SPC.

- <u>RPA will define price, date and conditions for exercising</u> the Class B shares transfer from Petrobras to the Selected Operator, upon delivery of the rig and its acceptance from the Parties

- The effective purchase will happen only under specific conditions including the <u>satisfactory acceptance</u> from Petrobras, Operator and IE of all performance and acceptance tests to be performed <u>of the rig upon delivery from shipyard</u>

- By means of RPA, the <u>future Operator will undertake certain responsibilities</u> and obligations, as conditions precedent for allowing its right of acquiring the Class B shares, including some obligations related to the <u>selection, hiring and training of the future crew</u> and the <u>purchase of initial inventory of materials and consumables</u> for rig operation

- <u>Whether Petrobras or Operator do not satisfactory perform its obligations in the RPA</u> the other Party will not be obligated to delivery or acquire the Class B shares, whatever is the case

- Upon effective exercise of the shares acquisition by Operator, he <u>will become the sole Class B shares owner and operator of that rig</u>



Class B Shares Right to Purchase Agreement

Confidential   KEPPEL00049909

# PETROBRAS

## Operator Entrance in the Project - Operational Continuity

The effectiveness of the drilling rigs operations and the <u>SPC shareholders ROE will directly depend on the actual Operator performance</u>. Consequently, in case Operator presents a continuous underperformance, he <u>might be replaced by other operator</u>.

* In case the rig performance goals are not met, causing a shortfall of cash in SPC so that it cannot undertake its finance obligations, <u>Class A shareholders will fund the required balance of cash, diluting Operator participation in the SPC</u>

* Whether SPC does not return to its required normal operations level and this results in a reduction of Operator's participation below 10%, <u>Operator will hand over to Class A shareholder an option to purchase all of its remaining Class B shares</u>

* In such case, <u>Class A will search for another operator for the rig</u> and will sell to this new operator all of its Class B shares in the SPC

* The Class B shareholder replacement mechanism foresees that, <u>during transition</u>, for the sake of rig operations continuity, (i) <u>Class A may utilize a "Contingent Operator" and (ii) existing Operator will continue to contribute by keeping some critical resources applied</u> to the rig: services contracts, key personnel, etc

* The draft of such mechanism will be later discussed with potential operators interested in taking part of the Project and acquiring Petrobras' Class B shares



Confidential

# Charter Agreement Renewal

At the end of the charter agreement first term (10 years), <u>whether Petrobras is not interested in renewing the contract</u>, the shareholders (Class A and B) will apply all of their efforts for <u>identifying new customers or buyers for that specific rig</u>.

* <u>There will be no guarantees to renew the Charter Agreement</u>, but in case of mutual interest, Petrobras will negotiate the conditions for renewing the contract for another 10-year period

* <u>In case contract is not successfully renewed</u>, there will be no steady cashflow generation to guarantee the financing outstanding repayment

* In such situation, the <u>Renewal Fund will serve to continue the debt service repayment as scheduled</u>, for at least 12 months after the 10th year of operation.

* During such period of time, whether the repayment schedule is fully met, <u>senior lenders cannot declare default of the company</u> but both shareholders (Class A and B) will have to diligently identify (i) new customers with the same credit risks of Petrobras or (ii) potential buyers for the rig

* <u>Class B shareholder will have the *Right of First Refusal*</u> for acquiring Class A shares of the SPC

* If the rig or shares are sold, all proceeds originated will firstly serve for senior lenders, for senior debt prepayment. Whether there is any balance this will be distributed to shareholders



Confidential    KEPPEL00049911

# PETROBRAS

## Operators Revenues (Class B)

**Each Operator potentially interested in acquiring Petrobras' Class B Shares:**

(1) Will have rights on <u>15% of dividends generated by SPC and 100% of Services Rate</u>

(2) Based on its future cashflow, applied to its WACC, <u>Operator will calculate the PREMIUM to be paid to Petrobras</u> for its Class B shares



Confidential

# Contents

1. Project Rationale

2. The Proposed Structure

3. Daily Rates Calculation (Charter & Services)

4. Drilling Contractors' Participation in the Structure

5. Main Interfaces between Operators and Structure

6. Expected Main Benefits

7. Final Remarks

Confidential

# PETROBRAS

# Main Project Milestones



**PETROBRAS**

# Main Contracts involving Operators



Confidential

# PETROBRAS

## Shareholders Agreement – Main Assumptions and Conditions

| | |
|---|---|
| **Rights** | ⁂ Class A and B shareholders will have the <u>same economic rights on their shares</u> |
| **Administration** | ⁂ SPC will be <u>managed by 2 directors</u>, appointed by Class A shareholder |
| **Asset Value Preservation** | ⁂ Class B, as <u>Operator, will undertake all responsibilities for ensuring the preservation of value of the rig</u> and its installed assets by mean of the AMA Agreement |
| **Refund of some Operational Expenses** | ⁂ <u>Shareholders (Class A & B) will be responsible for delivering or reimburse Operator</u> for some expenses related to asset standardization (<u>spare parts, insurance, dry dock</u>) |
| **Dilution** | ⁂ Possibility for <u>dilution</u> of the Class B shareholder, in <u>case the rig does not reach a targeted uptime performance</u> for fault exclusively attributed to the Operator |
| **Purchase Option** | ⁂ Class A will have a <u>right to purchase Class B</u> shares in total, which may be executed:<br>  ⁂ (i) in case Class B is <u>diluted to 10%</u> of participation in the SPC<br>  ⁂ (ii) upon <u>default of the Service Contract</u> of the rig, caused by Class B (as Operator)<br>⁂ The exercise price for the purchase option described herein, will be the book value |
| **Right of First Refusal** | ⁂ <u>Class B shareholder will have the Right of First Refusal</u> to purchase, partially or totally, the Class A shares, upon termination of the 1st term of the Charter Contract |
| **Transfer of Shares** | ⁂ SPCs shareholders (Class A and B) will be able to transfer their shares to any third party <u>upon consent from the other party</u> (Class B or A) |

**28**

KEPPEL00049916

**PETROBRAS**

# Class B Shares Right to Purchase Agreement

| | PETROBRAS | OPERATORS |
|---|---|---|
| **Rigs Design & Construction** | Inspect contracts and is responsible for ensuring the final quality of construction and all goods to be delivered | Contributes with its experience and supports Petrobras during design evaluation and construction inspections |
| **Key Personnel Hiring & Training** | Supports future Operator and contributes with its experience, documents and information about the Project | Leads all actions for selecting, hiring and training the future crew, including on the job training on their own rigs |
| **Equipment & Systems Performance Tests** | Leads all actions as Owner's representative for all activities about any equipment or system tests (on and offsite) | Supports Petrobras, as future operator, contributing with its experience on similar situations in previous projects |
| **Rigs Final Acceptance Tests** | Inspects and witnesses all tests aiming at ensuring adherence to the specs and the final quality of rig | Witnesses all tests aiming at final acceptance and receiving of the rig, its equipment and systems |
| **Initial Inventory of Materials and Consumables** | Supports future Operator and contributes with its experience, documents and information about the Project | Sole responsible for such purchases, assuring that all necessary materials will be available when needed |
| **Class B Shares Effective Transfer** | The effective transfer of shares from Petrobras to Operator (of each rig) will only happen upon: (i) final acceptance of the rig, (ii) final payment for the purchase of shares and (iii) fulfillment of all obligations set forth in the Class B Right to Purchase Agreement (RPA) | |

**29**

KEPPEL00049917

PETROBRAS

# Contents

1. Project Rationale

2. The Proposed Structure

3. Daily Rates Calculation (Charter & Services)

4. Drilling Contractors' Participation in the Structure

5. Main Interfaces between Operators and Structure

6. Expected Main Benefits

7. Final Remarks

Confidential

KEPPEL00049918

**PETROBRAS**

# Main benefits brought by the proposed structure

| Benefits | Petrobras | Federal Govern | Finance Investors | Operator |
|---|:---:|:---:|:---:|:---:|
| <u>Feasibility of the rigs construction in Brazil</u> incentivizing the creation of a new and modern shipbuilding infrastructure | ✓ | ✓ | | |
| Availability of <u>new rigs to be applied in the Pre-Salt</u> Area delivering competitive charter daily rates prices | ✓ | | ✓ | ✓ |
| "<u>*Non-recourse*</u>" finance structure to Petrobras or any other shareholder (Class A or B) | ✓ | | ✓ | ✓ |
| <u>Low level of capital employed</u> (disbursements) demanded by Petrobras or any other shareholder (Class A or B) | ✓ | | ✓ | ✓ |
| Long term Charter contracts with a <u>preferential right to purchase the rigs</u> (or shares) at the end of its 1st term | | | ✓ | ✓ |
| Do not give up from the <u>experience of good, traditional and reliable operators</u> | ✓ | | ✓ | ✓ |
| Develop in Brazil a <u>new market for rigs operation</u>, creating a <u>competitive and sustainable long term environment</u> | ✓ | ✓ | ✓ | ✓ |

**31**

KEPPEL00049919

**PETROBRAS**

# Favorable environment for rigs operation market expansion

This structure allows operators to <u>develop a huge number of projects simultaneously</u>, getting in an <u>already capitalized Project</u> and with most of the <u>risks already mitigated</u> or overcome, with <u>minimum disbursements</u> and in <u>partnership with Petrobras</u>



Increase of *market share* with less investments

Unique Opportunity for participating in a multiple scale project

Entering in a Project in a moment of lower risks (construction & financing)

**Petrobras Drilling Rigs Project**

Creation of a Brazilian Company born already as one of the biggest player worldwide

Partnership with Petrobras in a strategic Project

Confidential

**PETROBRAS**

# Expected Benefits to Operators

| Regular and Usual Challenges | | Benefits brought by the Structure |
|---|---|---|
| ▪ Limitation for some (smaller) operators in developing multiple scale projects at the same time |  | ▪ Maximizes finance leverage and avoids any impact of the *rating* of the Operators, ~85% of *equity* is funded by Class A |
| ▪ Demands huge capital expenditures and a strong and robust balance sheet | ➡ | ▪ Operators will disburse only 3% of the Total Project Cost in a completely "non-recourse" and "off-balance" structure |
| ▪ Charterer runs the construction risks solely and completely | ➡ | ▪ Petrobras selects shipyard and inspects construction works ➜ operators do not take any of the construction risks |
| ▪ Individual financing for each rig, with all obligations and risks taken solely by operator/charterer | ➡ | ▪ Portfolio Financing structure delivers more comfort to lenders, reducing demands, costs and collateral |
| ▪ Difficulty of obtaining financing with repayment tenors longer than charter contract periods | ➡ | ▪ *Portfolio Finance* and *Renewal Fund* provide a possibility for much longer financing tenors |

**33**

**PETROBRAS**

# Contents

1. Project Rationale

2. The Proposed Structure

3. Daily Rates Calculation (Charter & Services)

4. Drilling Contractors' Participation in the Structure

5. Main Interfaces between Operators and Structure

6. Expected Main Benefits

7. Final Remarks

Confidential

**PETROBRAS**

## Final Remarks

- Oil Industry is <u>definitively moving to Brazil</u>;

- Brazilian Authorities' requirements indicate an <u>upward trend for Brazilian goods and services</u> participation, in almost all applications, and <u>now including Drilling Rigs</u>;

- One may decide to complain or struggle. <u>Provided it is expected to be feasible</u>, PETROBRAS prefers <u>to comply and move on</u>;

- The Drilling Rigs Project provides conditions for feasibility of rigs construction in Brazil <u>without transferring the higher construction costs to the daily rates</u>;

- But its successful implementation can only be achieved with the strong support and high participation from <u>all involved players</u>: Government, Shipyards, Suppliers and, in special, Drilling Contractors;

- Petrobras would like to invite you all to join us in this initiative:

Let's work together to transform a bitter lime<br>
into a tasteful and refreshing lemonade …

**35**



**PETROBRAS**

# Drilling Rigs
# in Brazil
# Project

## Obrigado

## Q & A

January 12th, 2011

Confidential