**KEPPEL OPP'N EXH. 96**

| | |
|---|---|
| **Message** | |
| From: | CHIA Shan Ming [KFE-MKT] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SHAN.CHIA] |
| Sent: | 5/7/2011 10:17:48 AM |
| To: | TAN Leong Peng [KFE-ENGRG] [leongpeng.tan@keppelfels.com] |
| Subject: | Re: DSS38E(Dual Derick + DP3) Brazilian Costing for SeteBR |

Gerard is on leave. I will be at the meeting later.

Shan Ming

Sent from my iPhone

On Jul 5, 2011, at 8:44 AM, "TAN Leong Peng [KFE-ENGRG]" <leongpeng.tan@keppelfels.com> wrote:

> SETE is pressing for a price by today. You want to be involved or should I get Gerard??
>
> Best Regards
>
> Tan Leong Peng
> Deputy Engineering Manager
> Keppel FELS LTD
>
> DID: +65 68637808
> Fax: +65 68631739
> Email: leongpeng.tan@keppelfels.com
>
>
> -----Original Message-----
> From: TAN Leong Peng [KFE-ENGRG]
> Sent: Tuesday, July 05, 2011 8:43 AM
> To: TEY Chin Wong [KFE-COM]
> Cc: CHONG Khian [KFE-COM]; Jay SINGAM [KFE-COM]; CHAN Hong Hei [KFE-COM]; Yew Yuen CHOW [KOM-USA]
> Subject: RE: DSS38E(Dual Derick + DP3) Brazilian Costing for SeteBR
>
> Tey
>
> As spoken pls relook into the following:-
>
> 1. For Brasfels, pls use the KPI (manhrs/ton) that we had previously based on in last year submission.
> 2. Increase the commission to 2%.
> 3. To see what will be the difference in cost and local content if the upper column is to be done outside Brazil. Either Singapore (considered sub out) or AMFELS.
>
> Lets meet up at 10am to go through. Thanks
>
> Best Regards
>
> Tan Leong Peng
> Deputy Engineering Manager
> Keppel FELS LTD
>
> DID: +65 68637808
> Fax: +65 68631739
> Email: leongpeng.tan@keppelfels.com
>
> -----Original Message-----
> From: TEY Chin Wong [KFE-COM]
> Sent: Monday, July 04, 2011 10:32 PM
> To: Yew Yuen CHOW [KOM-USA]
> Cc: CHONG Khian [KFE-COM]; TAN Leong Peng [KFE-ENGRG]; Jay SINGAM [KFE-COM]; CHAN Hong Hei [KFE-COM]
> Subject: RE: DSS38E(Dual Derick + DP3) Brazilian Costing for SeteBR
>
> Dear YY,
> Pls see attached the revised summary of the DSS38E cost changes.
> More defined bulk, equipment cost (except drilling, still pending NOV) and engineering.
>
> We can analyse the escalation impact once we got the Brazil FGV indexes.
>

**Exhibit PL 90**

Confidential   KEPPEL00024030

```
> Best regards,
> Tey
>
>
> -----Original Message-----
> From: Yew Yuen CHOW [KOM-USA]
> Sent: Thursday, June 30, 2011 3:03 PM
> To: TAN Leong Peng [KFE-ENGRG]; TEY Chin Wong [KFE-COM]
> Cc: CHONG Khian [KFE-COM]
> Subject: RE: DSS38E(Dual Derick + DP3) Brazilian Costing for SeteBR
>
> Ok, noted. Thanks.
>
> -----Original Message-----
> From: TAN Leong Peng [KFE-ENGRG]
> Sent: Wednesday, June 29, 2011 8:40 PM
> To: TEY Chin Wong [KFE-COM]; Yew Yuen CHOW [KOM-USA]
> Cc: CHONG Khian [KFE-COM]
> Subject: RE: DSS38E(Dual Derick + DP3) Brazilian Costing for SeteBR
>
> Pls note the cost for above is not for dual derrick
>
> Best Regards
>
> Tan Leong Peng
> Deputy Engineering Manager
> Keppel FELS LTD
>
> DID: +65 68637808
> Fax: +65 68631739
> Email: leongpeng.tan@keppelfels.com
>
>
> -----Original Message-----
> From: TEY Chin Wong [KFE-COM]
> Sent: Wednesday, June 29, 2011 9:30 PM
> To: Yew Yuen CHOW [KOM-USA]
> Cc: TAN Leong Peng [KFE-ENGRG]; CHONG Khian [KFE-COM]
> Subject: RE: DSS38E(Dual Derick + DP3) Brazilian Costing for SeteBR
>
> Dear YY,
> Pls see attached the summarised of the impact of the increment due to the various reasons.
>
> Best regards,
> Tey
>
>
> _____
> From: Yew Yuen CHOW [KOM-USA]
> Sent: Tuesday, June 28, 2011 11:15 AM
> To: TEY Chin Wong [KFE-COM]
> Subject: FW: DSS38E(Dual Derick + DP3) Brazilian Costing  for SeteBR
>
> -----Original Message-----
> From: CRISTIANO BABA [mailto:CRISTIANO.BABA@kfelsbrasil.com.br]
> Sent: Monday, June 27, 2011 8:09 PM
> To: Kai Choong KWOK; MOK King Wee [KFE-COM]; Tommy SAM; Yew Yuen CHOW [KOM-USA]; GILBERTO ISRAEL
> Subject: DSS38E(Dual Derick + DP3) Brazilian Costing for SeteBR
>
> Dear YY,
>
> Please find attached spreadsheet for DSS38E(DP3+Dual Derrick) for SeteBR updated for actual Brazilian costing and also the calculation from our last pricing(748.800.000USD) updated used the escalation formula given by PNBV for our guidance.
>
> In the Brazilian costing spreadsheet, 100% of the rig being built in Brazil, no bulk material/equipment was taken into consideration(SG is sourcing for those and shall included vendor assistance for equipments), using dollar exchange rate of 1,55(Ptax today 1,5961), no temporary structure such as Side barges, supports, docking frame and T-barge conversion was included.  Man-hours increase due to dual derrick activities and actual KPI from shops.  This price does included any profit, contingency, insurance for overall project.  There are 14 qualification bellow for your consideration.
> We shall make a conference call tomorrow Singapore time 08 pm, 9 pm Brazilian time to go over our premises.
```

```
>
>
> Best Regards,
>
> CRISTIANO YASSUHIDE BABA
> Proposal Manager
> KeppelFELS Brasil S.A.
> Phone #: 55 21 2102-9400
> Fax #: 55 21 2224-2248
> E-mail: cristiano.baba@kfelsbrasil.com.br http://www.kfelsbrasil.com.br
>
>
> _____
> This email has been scanned by the MessageLabs Email Security System.
> For more information please visit http://www.messagelabs.com/email
_____
>
```

> CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.
>
> CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.
>
>
> CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.
>
>
> CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.
>
>
> CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.
>
>
> CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.