**KEPPEL OPP'N EXH. 100**

**Message**

| | |
|---|---|
| **From:** | Denise Fuzer - Isla Media Productions [islaproductions@islaproductions.com] |
| **Sent:** | 23/8/2011 3:15:43 PM |
| **To:** | Barbara Olsen [bolsen@barringtonmedia.com] |
| **Subject:** | Res: Fw: Videotape Brasfels shipyard on 8/24 |

Hello all,

For the crew we use:

T-shirt / Shoes
Denise - M / 37
Fernando - L / 41
Ivan - XL / 40

Regards

DF


-------------------------------------------------------------
Isla Media Productions
Av. Nossa Senhora de Copacabana 583/607
Zip Code 22050-000  -  Rio de Janeiro - Brazil
Tel.  +55-21-2548.1800
Fax. +55-21-2547.7664
Cell. +55-21-8194.1936
E-mail: islaproductions@islaproductions.com
Visit our web site: www.islaproductions.com
SKYPE ISLA: islaprod (not for chatting, Skype calls only)
BOOKING ISLA: info@islaproductions.com
Enviado pelo meu aparelho BlackBerry® da Vivo


**From:** Barbara Olsen <bolsen@barringtonmedia.com>
**Date:** Tue, 23 Aug 2011 14:08:05 -0400
**To:** islaproductions@islaproductions.com<islaproductions@islaproductions.com>
**Subject:** Fw: Videotape Brasfels shipyard on 8/24


*Barbara Olsen*
*Barrington Media*
*6210 Wilshire Blvd.*
*Suite 300*
*Los Angeles, CA 90048*
*O. 323.934.5800*
*M. 323.804.8400*
*www.Barringtonmedia.com*
*bolsen@barringtonmedia.com*

-----Original message-----

Confidential                                                    BARRINGTON_ET_00000651

**From:** ADRIANA FARAH <ADRIANA.FARAH@kfelsbrasil.com.br>
**To:** Barbara Olsen <bolsen@barringtonmedia.com>
**Cc:** ANA VAZ <ANA.VAZ@kfelsbrasil.com.br>, BETTY MOK <BETTY.MOK@kfelsbrasil.com.br>, CARLA SHIMABUKURO <CARLA.SHIMABUKURO@kfelsbrasil.com.br>
**Sent:** Tue, Aug 23, 2011 17:43:07 GMT+00:00
**Subject:** RE: Videotape Brasfels shipyard on 8/24

Dear Barbara,

The address is RODOVIA RIO SANTOS, KM 81 , S/N, JACUECANGA - ANGRA DOS REIS - RJ
ZIP CODE 23914-560


Brasfels Shipyard



Would like to take the chance to inform you that all of you should wear jeans.
kindly send me t-shirt size and shoes size in order to provide the PPI for all of you.

Bets regards


Adriana Farah
Administrative Supervisor
adriana.farah@kfelsbrasil.com.br
(21) 21029424

>>> Barbara Olsen <bolsen@barringtonmedia.com> 23/8/2011 14:06 >>>
Adriana:

Can you please provide me with the address of your shipyard location.
Thank you very much.


Barbara Olsen | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA  90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com




-----Original Message-----
From: ADRIANA FARAH [mailto:ADRIANA.FARAH@kfelsbrasil.com.br]
Sent: Monday, August 22, 2011 12:16 PM
To: Barbara Olsen
Subject: RE: Videotape Brasfels shipyard on 8/24

Dear  Barbara,

Is there any chance to re-schedule this videotape filming to thursday 25/08?

BARRINGTON_ET_00000652

Otherwise we keep doing it on wednesday.

best regards

Adriana Farah
Administrative Supervisor
adriana.farah@kfelsbrasil.com.br
(21) 21029424

>>> Barbara Olsen <bolsen@barringtonmedia.com> 19/8/2011 19:15 >>>
Hi Adriana:

Below are the crew names for the shoot on 8/24:

Producer/Director:  Barbara Olsen
Cameraman: Fernando Bastos
Assistant: Ivan Santos
Driver: Jefferson Regis
Prod. Assistant: Denise Fuzer

Barbara Olsen | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA  90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com

-----Original Message-----
From: ADRIANA FARAH [mailto:ADRIANA.FARAH@kfelsbrasil.com.br]
Sent: Friday, August 19, 2011 2:36 PM
To: Barbara Olsen
Cc: Kevin Corrigan; tommy.sam@keppelfels.com; Kai Choong KWOK
<kaichoong.kwok@keppelfels.com; BETTY MOK;
luiz.reis@lakeshorepartners.com.br; Valeria Mello
Subject: Re: Videotape Brasfels shipyard on 8/24

Dear Barbara


Ok, i will be there next wednesday.

Kindly send me the full name of people from your crew.
Any issue you may contact me on the 24-92693960

Best regards


Adriana Farah
Administrative Supervisor
adriana.farah@kfelsbrasil.com.br
(21) 21029424

>>> Barbara Olsen <bolsen@barringtonmedia.com> 19/8/2011 17:32 >>>
Hi Adriana:

Confidential

BARRINGTON_ET_00000653

Valeria Mello at Sete Brasil has told me that you will escort me and my
video crew on 8/24 so that we may videotape the Brasfels shipyards on
8/24. I will have 2-3 people with me in my crew. My plan is to drive
to Brasfels on the morning of 8/24 and arrive at Brasfels at
approximately 10:00 AM in the morning. I would like to videotape your
operations for approximately 2-3 hours.

Thank you very much for your help and I look forward to meeting you.
Thank you!

Barbara Olsen | Vice President
Barrington Media
6210 Wilshire Blvd.
Los Angeles, CA  90048
323.934.5800 office
323.804.8400 mobile
323.934.5890 fax
www.barringtonmedia.com

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

Confidential