**KEPPEL OPP'N EXH. 102**

| From: | lijh_t@china-inv.cn |
|---|---|
| To: | luiz.reis@lakeshorepartners.com.br; Ivan Hong |
| CC: | liuyy@china-inv.cn; Kevin Corrigan |
| Sent: | 9/26/2011 6:24:12 AM |
| Subject: | 答复: 转发: Sete |
| Attachments: | Sete Funding Analysis_Sep 26.xls |

Hi Luiz, Ivan,

Thanks for sending over the equity funding analysis. We previously did a similar analysis based on the IM figures and there are a few numbers we cant match.

In particular, the capex figure of US$ 22.4bn vs US$ 25.6bn from the IM.

Can you take a look at the attached excel and help us understand the difference? (feel free to make direct edits in the excel)

I also have typed up a few other more minor questions in the excel.

Thanks,
Kevin




Kevin Lee 李景宏
Special Investments Department
China Investment Corporation

Phone: +8610 8409 6594
Email: lijh_t@china-inv.cn

25th Floor, New Poly Plaza
No. 1 Chaoyangmen Beidajie
Dongcheng District
Beijing, P.R. China 100010


| 发件人: | 刘扬扬/CIC |
|---|---|
| 收件人: | 李景宏/CIC@CIC |
| 日期: | 2011-09-26 15:26 |
| 主题: | 转发: Sete |


---- 转发人 刘扬扬/CIC 时间 2011-09-26 15:26 ----

| 发件人: | luiz.reis@lakeshorepartners.com.br |
|---|---|
| 收件人: | liuyy@china-inv.cn |
| 抄送: | |
| 日期: | 2011-09-24 07:15 |

**Confidential**

主临:                   Sete

Dear Yangyang,

As requested by you, I have prepared the equity scenarios for Sete Brasil in the case of 21 new drillships and 14 new drillships.

21 New Drillships

Assumptions:
Capex USD 800 mln per drillship
Exchange Rate Dollar/Real: 1,75
Participation of Class B shareholders:
For the original 7 drillships - 15%
For the new 21 drillships - 20%
Mezzanine financing from Caixa Economica Federal - BRL 1.8 bln
Equity from Caixa Economica Federal - BRL 700 mln
Capital Structure: Equity + Sub-debt: 20%, Debt: 80%
Existing Equity Commitment: BRL 1,9 bln

Total Capex (for 28 rigs): USD 22.4 bln
Total Capex in Reais: BRL 39.2 bln
Total Equity + Mezzanine Financing: BRL 7.84 bln
Equity from Class B shareholders: BRL 294 mln (for the original seven drillships) and BRL 1.176 mln (for the new 21 drillships): BRL 1.47 bln
Total Equity + Mezzanine Financing requirements less the Equity coming from Class B shareholders: BRL 6.37 bln
Total Equity less the Mezzanine Financing from Caixa Economica Federal: BRL 4.57 bln
Total Equity less than existing Equity Committed: BRL 2.67 bln
Estimated Preemptive Rights from Existing Shareholders: BRL 1.050 mln (My own estimations: Previ: BRL 260 mln, Funcef: BRL 100 mln, Petros: BRL 150 mln, Bradesco: BRL 100 mln, BTG Pactual: BRL 300 mln, Petrobras: BRL 140 mln Valia: BRL 0 mln, Santander: 0 mln)
Total Equity less Preemptive Rights: BRL 1.620 bln
Existing Committed New Shareholders:
Luce Drilling (Aldo): BRL 250 mln
EIG: BRL 500 mln
Total Equity less Existing Committed Shareholders: BRL 870 mln
Existing Soft Commitments:
Smaller Pension Funds: BRL 200 mln
Caixa Economica Federal: BRL 700 mln
NY Investor: BRL 250 - 500 mln
Total Equity less Soft Commitments: (BRL 280 mln)

14 New Drillships

Assumptions:
Capex USD 800 mln per drillship
Exchange Rate Dollar/Real: 1,75
Participation of Class B shareholders:
For the original 7 drillships - 15%

**Confidential**

EIG00213727

EIG_KEP_00048710

For the new 21 drillships - 20%
Mezzanine financing from Caixa Economica Federal - BRL 1.35 bln
Equity from Caixa Economica Federal - BRL 450 mln
Capital Structure: Equity + Sub-debt: 20%, Debt: 80%
Existing Equity Commitment: BRL 1,9 bln

Total Capex (for 28 rigs): USD 16.8 bln
Total Capex in Reais: BRL 29.4 bln
Total Equity + Mezzanine Financing: BRL 5.88 bln
Equity from Class B shareholders: BRL 294 mln (for the original seven drillships) and BRL 784 mln (for the new 14 drillships): BRL 1.078 bln
Total Equity + Mezzanine Financing requirements less the Equity coming from Class B shareholders: BRL 4.810 bln
Total Equity less the Mezzanine Financing from Caixa Economica Federal: BRL 3.46 bln
Total Equity less than existing Equity Committed: BRL 1.560 bln
Estimated Preemptive Rights from Existing Shareholders: BRL 750 mln (My own estimations: Previ: BRL 160 mln, Funcef: BRL 60 mln, Petros: BRL 150 mln, Bradesco: BRL 100 mln, BTG Pactual:BRL 200 mln, Petrobras: BRL 80 mln Valia: BRL 0 mln, Santander: 0 mln)
Total Equity less Preemptive Rights: BRL 810 bln
Existing Committed New Shareholders:
Luce Drilling (Aldo): BRL 250 mln
EIG: BRL 500 mln
Total Equity less Existing Committed Shareholders: BRL 60 mln
Existing Soft Commitments:
Smaller Pension Funds: BRL 200 mln
Caixa Economica Federal: BRL 700 mln
NY Investor: BRL 250 - 500 mln
Total Equity less Soft Commitments: (BRL 1.090 mln)

I hope this helps. If CIC is interested to do the transaction, I would encourage you to make contact with Sete in writing before the bid (October 3rd) and clearly show such interest. As you can see, Caixa Economica Federal will have a significant stake in the transaction, but they are not yet approved. If you could show your strong interest prior to the bid and approve your investment before Caixa Economica Federal, I commit to you that I will do my best to allocate you in the transaction.

I hope this helps.

Best,
Luiz

本邮件内容包含保密信息。如阁下并非拟发送的收件人，请您不要阅读、保存、对外披露或复制本邮件的任何内容，或者打开本邮件的任何附件。请即回复邮件告知发件人，并立刻将该邮件及其附件从您的电脑系统中全部删除，不胜感激。

This email message may contain confidential and/or privileged information. If you are not the intended recipient, please do not read, save, forward, disclose or copy the contents of this email or open any file attached to this email. We will be grateful if you could advise the sender immediately by replying this email, and delete this email and any attachment or links to this email completely and immediately from your computer system.

Confidential

Confidential

EIG00213729

EIG_KEP_00048712

## Inputs

| | | |
|---|---|---|
| Capex Case | 1 | 1 = Sep 11 IM Figures; 2 = Aug 11 Sete Model; 3 = Latest Case (TBD) |
| Round 2 Bidding Case | 21 Rigs | |
| Assumed R$:US$ | 1.75 | |

**Main Clarification Points**
1. Total Capex of US$ 22.4bn vs. US$ 25.6bn in IM (update the column in blue on the right if $22.4bn is correct)
2. Round 1 Commitment of US$ 1.9bn vs. US$ 1.8bn (from EIG). Please refer to table below
3. In your email, for 14 new rig case, confirm the equity from Caixa should be R$ 450MM? (not $700M) per the calculation at the end.
4. Equity from Class B = US$ 123MM in IM (R$ 215MM) vs. R$ 294MM in email. Please confirm

## Sources and Uses and Equity Funding

**Based on IM Figures as of Sep 2011**

### Round 1 (7 rigs)

Units in millions unless otherwise stated

| Uses | R$ | US$ | % Total |
|---|---|---|---|
| EPC | 8,115 | 4,637 | 83.8% |
| EPC Indexation | 1,345 | 768 | 10.7% |
| Start-up Equipment | 184 | 105 | 1.9% |
| FGCN Insurance | 46 | 26 | 0.5% |
| Work Inspection | 102 | 58 | 1.1% |
| Insurance | 139 | 79 | 1.5% |
| Financial Costs | 76 | 44 | 0.5% |
| | | | |
| | | | |
| **Total Uses** | **10,007** | **5,718** | **100.0%** |

Round 1 Avg Rig Cost    662

| Sources | R$ | US$ | % Total |
|---|---|---|---|
| BNDES | 4,503 | 2,573 | 45.0% |
| ECAs | 2,001 | 1,144 | 20.0% |
| Bancos Comercials | 1,501 | 858 | 15.0% |
| Caixa Subdebt | 570 | 326 | 5.7% |
| **Total Debt** | **8,576** | **4,900** | **85.7%** |
| | - | | |
| Equity Class A | 1,216 | 695 | 12.2% |
| Petrobras | 122 | 70 | 1.2% |
| FIP Sondas | 1,095 | 626 | 10.9% |
| Equity Class B | 215 | 123 | 2.1% |
| **Total Equity** | **1,431** | **818** | **14.3%** |
| **Total Sources** | **10,007** | **5,718** | **100.0%** |

### Round 2 (21 rigs)

Units in millions unless otherwise stated

| Uses | R$ | US$ | % Total |
|---|---|---|---|
| EPC | 29,503 | 16,859 | 84.8% |
| EPC Indexation | 2,521 | 1,441 | 7.2% |
| Start-up Equipment | 1,103 | 630 | 3.2% |
| FGCN Insurance | 133 | 76 | 0.4% |
| Work Inspection | 882 | 504 | 2.5% |
| Insurance | 497 | 284 | 1.4% |
| Financial Costs | 168 | 96 | 0.5% |
| | | | |
| | | | |
| **Total Uses** | **34,806** | **19,889** | **100.0%** |

Round 2 Avg Rig Cost    803

| Sources | R$ | US$ | % Total |
|---|---|---|---|
| BNDES | 15,663 | 8,950 | 45.0% |
| ECAs | 6,961 | 3,978 | 20.0% |
| Bancos Comercials | 5,221 | 2,983 | 15.0% |
| Caixa Subdebt | 1,984 | 1,134 | 5.7% |
| **Total Debt** | **29,829** | **17,045** | **85.7%** |
| | | | |
| Equity Class A | 3,957 | 2,261 | 11.4% |
| Petrobras | 396 | 226 | 1.1% |
| FIP Sondas | 3,561 | 2,035 | 10.2% |
| Equity Class B | 1,020 | 583 | 2.9% |
| **Total Equity** | **4,977** | **2,844** | **14.3%** |
| **Total Sources** | **34,806** | **19,889** | **100.0%** |

### Total (28 rigs)

Units in millions unless otherwise stated

| Uses | R$ | US$ | % Total |
|---|---|---|---|
| EPC | 37,618 | 21,496 | 83.9% |
| EPC Indexation | 3,866 | 2,209 | 8.6% |
| Start-up Equipment | 1,286 | 735 | 2.9% |
| FGCN Insurance | 179 | 102 | 0.4% |
| Work Inspection | 984 | 562 | 2.2% |
| Insurance | 636 | 363 | 1.4% |
| Financial Costs | 244 | 139 | 0.5% |
| | | | |
| | | | |
| **Total Uses** | **44,813** | **25,607** | **100.0%** |

995.46

| Sources | R$ | US$ | % Total |
|---|---|---|---|
| BNDES | 20,166 | 11,523 | 45.0% |
| ECAs | 8,963 | 5,121 | 20.0% |
| Bancos Comercials | 6,722 | 3,841 | 15.0% |
| Caixa Subdebt | 2,554 | 1,460 | 5.7% |
| **Total Debt** | **38,405** | **21,946** | **85.7%** |
| | | | |
| Equity Class A | 5,173 | 2,956 | 11.5% |
| Petrobras | 517 | 296 | 1.2% |
| FIP Sondas | 4,656 | 2,661 | 10.4% |
| Equity Class B | 1,235 | 706 | 2.8% |
| **Total Equity** | **6,408** | **3,662** | **14.3%** |
| **Total Sources** | **44,813** | **25,607** | **100.0%** |

**Equity Consortium     (28 rigs)**
Units in millions unless otherwise stated

| | First Close | | | Second Close | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | R$ | US$ | % | R$ | US$ | % | R$ | US$ | % |
| **First Close Investors** | | | | | | | | | |
| Petros | 350 | 200 | 17.2% | 150 | 86 | 3.4% | 500 | 286 | 7.8% |
| Funcef | 350 | 200 | 17.2% | 100 | 57 | 2.3% | 450 | 257 | 7.0% |
| Banco Bradesco | 250 | 143 | 12.3% | 100 | 57 | 2.3% | 350 | 200 | 5.5% |
| BTG Pactual | 250 | 143 | 12.3% | 300 | 171 | 6.9% | 550 | 314 | 8.6% |
| Banco Santander | 250 | 143 | 12.3% | - | - | 0.0% | 250 | 143 | 3.9% |
| Previ | 180 | 103 | 8.8% | 260 | 149 | 5.9% | 440 | 251 | 6.9% |
| Valia | 100 | 57 | 4.9% | - | - | 0.0% | 100 | 57 | 1.6% |
| Lakeshore | 1 | 1 | 0.0% | - | - | 0.0% | 1 | 1 | 0.0% |
| Petrobras | 91 | 52 | 4.5% | 140 | 80 | 3.2% | 231 | 132 | 3.6% |
| **First Close Investors** | **1,822** | **1,041** | **89.5%** | **1,050** | **600** | **24.0%** | **2,872** | **1,641** | **44.8%** |
| | | | | | | | | | |
| **Second Close Investors (Committed)** | | | | | | | | | |
| EIG | | | | 500 | 286 | 11.4% | 500 | 286 | 7.8% |
| Aldo Flores | | | | 250 | 143 | 5.7% | 250 | 143 | 3.9% |
| **Second Close Investors (Committed)** | | | | **750** | **429** | **17.2%** | **750** | **429** | **11.7%** |
| | | | | | | | | | |
| **Second Close Investors (Soft Commitment)** | | | | | | | | | |
| CIC [TBD] | | | | [0] | [0] | 0.0% | - | - | 0.0% |
| Caixa | | | | [700] | 400 | 16.0% | 700 | 400 | 10.9% |
| Smaller Pension Funds | | | | [200] | 114 | 4.6% | 200 | 114 | 3.1% |
| NY Investor | | | | [250] | 143 | 5.7% | 250 | 143 | 3.9% |
| Other Investors (TBD) | | | | [401] | [229] | 9.2% | 401 | 229 | 6.3% |
| **Second Close Investors (Soft Commitment)** | | | | **1,551** | **886** | **35.5%** | **1,551** | **886** | **24.2%** |
| | | | | | | | | | |
| **Total Class A Equity** | **1,822** | **1,041** | **89.5%** | **3,351** | **1,915** | **76.7%** | **5,173** | **2,956** | **80.7%** |
| **Total Class B Equity** | **215** | **123** | **10.5%** | **1,020** | **583** | **23.3%** | **1,235** | **706** | **19.3%** |
| **Total Equity** | **2,037** | **1,164** | **100.0%** | **4,372** | **2,498** | **100.0%** | **6,408** | **3,662** | **100.0%** |