**KEPPEL OPP'N EXH. 103**

# EIG ENERGY FUND XV, L.P.
**Annual Report**
**December 31, 2013**

**Confidential**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

## CONTENTS

Letter to Limited Partners (Unaudited) ........................................................................................................ 2

Portfolio Summary (Unaudited) ................................................................................................................... 9

Management Discussions of Portfolio Investments (Unaudited) ................................................................ 10

Independent Auditor's Report ...................................................................................................................... 25

Financial Statements .................................................................................................................................... 26

Notes to Financial Statements ..................................................................................................................... 32

Supplementary Information (Unaudited)

    Administration .......................................................................................................................................... 41

1

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**LETTER TO LIMITED PARTNERS (Unaudited)**

**Summary**

Redacted – ICSI

The year ended December 31, 2013 was an active one for EIG.   Redacted – ICSI

Redacted – ICSI

Redacted – ICSI

2

**Confidential**

**EIG00214046**

**EIG_KEP_00052511**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**LETTER TO LIMITED PARTNERS (Unaudited)**

**Market Overview**

# Redacted – ICSI

3

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**LETTER TO LIMITED PARTNERS (Unaudited)**

Redacted – ICSI

**Fund XV - New Portfolio Investments**

Following is a brief description of the new Fund XV investments made during 2013.

Redacted – ICSI

4

**Confidential**

EIG00214048

EIG_KEP_00052513

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**LETTER TO LIMITED PARTNERS (Unaudited)**

## Redacted – ICSI

**Fund XV Portfolio Overview**

## Redacted – ICSI

5

**EIG00214049**

**EIG_KEP_00052514**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**LETTER TO LIMITED PARTNERS (Unaudited)**

**Redacted – ICSI**

**RANKING DIVERSITY**                    **SECTOR DIVERSITY**

**Redacted – ICSI**

6

**Confidential**

**EIG00214050**

**EIG_KEP_00052515**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

## LETTER TO LIMITED PARTNERS (Unaudited)

### Fund XV Material Portfolio Developments

# Redacted – ICSI

### Environment, Social and Governance

# Redacted – ICSI

### Developments at EIG Global Energy Partners

In addition to having an active year on the investment front, there were also important developments during 2013 for our management company. In December 2013, we announced that Ronnie Hawkins has joined us as a Managing Director. Most recently, Ronnie was a Senior Vice President and Head of Corporate Development for all of General Electric's energy businesses. He was previously an investment banker with First Boston and Citigroup. Ronnie is based in our Washington office and will oversee all of our non-US investment activities.

7

**Confidential**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**LETTER TO LIMITED PARTNERS (Unaudited)**

# Redacted – ICSI

We hope that you will be able to join us for our 2014 Annual Meeting, which will be held Tuesday, October 7th at the Mandarin Oriental Hotel in Washington, DC. As always, if you have questions or would like to discuss any of the information in this report, please do not hesitate to contact us.

Best regards,

R. Blair Thomas
*Chief Executive Officer*

Kurt A. Talbot
*Co-President*
*Chief Investment Officer*

Randall S. Wade
*Co-President*
*Chief Operating Officer*

March 14, 2014

8

EIG00214052

EIG_KEP_00052517

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**EIG ENERGY FUND XV - PORTFOLIO SUMMARY (Unaudited)** [a]

| Company | Committed Amount | Disbursements Through December 31, 2013 | Security Ranking | Interest/ Dividend Rate | Yield Enhancements | Primary Property Location |
|---|---|---|---|---|---|---|
| Investments Closed: | | | | | | |



| Sete Brasil Participações S.A. [h] | 135,000,000 [f] | 88,838,338 | Common Equity | - | Gains | Brazil |



a)
b)
c)
d)



f) *Commitment of $US million USD was calculated using the BRL to USD historical currency exchange rate at the time Fund XV entered into its commitment in BRL.*
g)
h) *Holdings are through FIP Sondas via EIG Sete Holdings S àr l. and EIG Sete Parent S àr l.*
i)
j)
k)
l)
m)



n)
o)
p)

9

EIG00214053

EIG_KEP_00052518

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

<u>**MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited)**</u>

# Redacted – ICSI

**Confidential**

**EIG00214054**

**EIG_KEP_00052519**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)



11

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)**

# Redacted – ICSI

12

EIG00214056

**EIG_KEP_00052521**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

<u>**MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)**</u>

# Redacted – ICSI

13

**Confidential**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)**



14

**Confidential**

**EIG00214058**

**EIG_KEP_00052523**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)**

# Redacted – ICSI

15

**Confidential**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)**

# Redacted – ICSI

16

EIG00214060

EIG_KEP_00052525

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)**

# Redacted – ICSI

17

EIG00214061

EIG_KEP_00052526

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)**



18

EIG00214062

EIG_KEP_00052527

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

## MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)

# Redacted – ICSI

19

**Confidential**

EIG00214063

EIG_KEP_00052528

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

<u>**MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)**</u>

# Redacted – ICSI

20

**Confidential**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)**

# Redacted – ICSI

21

**Confidential**

**EIG00214065**

**EIG_KEP_00052530**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

**MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)**

# Redacted – ICSI

22

**Confidential**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

## MANAGEMENT DISCUSSIONS OF PORTFOLIO INVESTMENTS (Unaudited) (Continued)

| SeteBrasil Holdings ("Sete") | | | | DECEMBER 31, 2013 | |
|---|---|---|---|---|---|
| INDUSTRY: | Oil & Gas, Midstream | | FUND: | Energy Fund XV | |
| PRINCIPAL ASSET LOCATION: | Brazil | | COMMITMENT: | $135,000 | |
| INVESTMENT DATE: | January 18, 2012 | | INVESTED CAPITAL (EQUITY ONLY): | $38,838 | |
| GROSS IRR: | Current | 20% | REALIZED PROCEEDS (EQUITY ONLY): | $0 | |
| | Previous Qtr | 23% | | | |
| GROSS MULTIPLE OF COST: | Current | 1.2x | UNREALIZED VALUE: | Current | $58,925 |
| | Previous Qtr | 1.3x | | Previous Qtr | $59,189 |

**INVESTMENT BACKGROUND**

Exploration by PetróleoBrasileiro S.A. ("Petrobras") of the "pre-salt" formations off the East coast of Brazil has resulted in the discovery of massive offshore oil reserves. Estimates of pre-salt reserves within existing discoveries in the Campos Basin alone range from 10.6 to 16.0 billion barrels of oil. Petrobras is the state-affiliated national oil company of Brazil and one of the world's leading deep water oil and gas exploration and production companies. Development of the pre-salt reserves will require capital expenditure of approximately $240 billion over the next 10-years and will create significant demand for energy infrastructure including drill-ships.

SeteBrasilParticipações S.A. ("Sete") was created to construct, own, and charter to Petrobras a fleet of 29 ultra-deep water drill-ships. The Company currently manages a construction program of 29 new vessels. These will be delivered to Petrobras from five shipyards between 2015 and 2020. Petrobras requires built-for-purpose, ultra-deep water drill-ships that can operate in water depths of up to 10,000 feet. Each vessel is to be built under a turnkey construction contract and placed under a 10-20 year charter agreement with Petrobras at a charter price that is defined for the duration of the contract and denominated in USD.

EIG-managed fund's committed up to 500 million Brazilian Reais (R$) to purchase common equity in Sete alongside Petrobras and other major Brazilian financial institutions. EIG is the only non-Brazilian participant and the only energy specialist among the investors.

**INVESTMENT THESIS**

* Strong sponsorship shareholder group comprises leading institutions from Brazil's energy and financial sectors.
* Development of over 10 billion barrels of oil reserves.
* Portfolio of 29-vessels in the program, all under long term charter contracts with investment grade counterparty (Petrobras). Charter price defined for duration of the contract and denominated in USD.
* Turnkey construction contracts with structural protections against cost overruns and delay

**INVESTMENT STRUCTURE (AS OF DECEMBER 31, 2013)**

| | CAPITAL COMMITMENT | FUND CASH BASIS | UNREALIZED VALUE | REALIZED PROCEEDS | TOTAL VALUE | COMMENTS |
|---|---|---|---|---|---|---|
| Senior Debt, L + 2.8% maturing March 2014 | $50,000 | $0 | $0 | $52,051 | $52,051 | Repaid January 15, 2013. Sub-commitment of the equity commitment. These realized proceeds are not included in disclosure of realized proceeds in the summary table above. |
| Equity | R$254,500 | R$78,583 | R$139,187 | R$0 | R$139,187 | |
| Total | R$254,500 | R$78,583 | R$139,187 | R$0 | R$139,187 | The Senior Debt repaid is excluded from the total. |

**RECENT EVENTS & STATUS (AS OF DECEMBER 31, 2013)**

Petrobras has awarded Sete charter contracts for 28 ultra-deepwater drilling vessels (23 drillships and five semi-submersibles). The 29th vessel is being built by Sete to Petrobras's specifications, but is not yet subject to charter. The EPC contracts for all 29 vessels have been executed among five shipyards. Construction has commenced at all the shipyards and the initial vessels construction is on time and on budget. However, given the recent devaluation of the Reais, and the fact that the equity commitments are denominated in Reais, there is a high likelihood that additional equity capital will be required to maintain the 80/20 debt/equity ratio. We anticipate that the existing shareholders will step up for their prorata share of any increase.

The Fund was allocated a 3.3% equity ownership in Sete in return for a commitment to invest R$254.5 million of which R$78.3 million has been funded.

In addition, the Fund, together with other EIG-managed funds provided Sete with a $100 million, two-year bridge loan, which funded on January 18, 2012, and was fully repaid on January 15, 2013.

The investment is currently performing as expected in the original base case with the construction of the first vessel started. As of December 31, 2013, the investment has generated $52.1 million in Realized Proceeds resulting from repayment of the Senior Debt and has $58.9 million in Unrealized Value, representing a 1.2x Gross Multiple of Cost and 20% Gross IRR

| | |
|---|---|
| *All $ & R$ values in Thousands unless otherwise stated | See also the notes to the financial statements and the notes on page 24 for additional information, including an explanation of calculating IRR. Past performance is not a guarantee of future results. |

Confidential

EIG00214067

EIG_KEP_00052532

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

NOTES TO INVESTMENT SUMMARIES



24

**Confidential**



**Independent Auditor's Report**

To the General Partner of
EIG Energy Fund XV, L.P.:

We have audited the accompanying financial statements of EIG Energy Fund XV, L.P. (the "Fund"), which comprise the statement of assets and liabilities, including the schedule of investments, as of December 31, 2013, and the related statements of operations, of changes in partners' capital and of cash flows for the year then ended.

### *Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### *Auditor's Responsibility*

Our responsibility is to express an opinion on the financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, we consider internal control relevant to the Fund's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Fund's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### *Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of EIG Energy Fund XV, L.P. at December 31, 2013, and the results of its operations, changes in its partners' capital and its cash flows for the year then ended, in accordance with accounting principles generally accepted in the United States of America.

*PricewaterhouseCoopers LLP*

March 14, 2014

**Confidential**

**EIG00214069**

**EIG_KEP_00052534**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

Dollar Amounts in Thousands

**STATEMENT OF ASSETS AND LIABILITIES**

# Redacted – ICSI

*See accompanying Notes to Financial Statements.*

26

**EIG00214070**

**EIG_KEP_00052535**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

Dollar Amounts in Thousands

<u>**STATEMENT OF OPERATIONS**</u>

Redacted – ICSI

*See accompanying Notes to Financial Statements.*

27

EIG00214071

EIG_KEP_00052536

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

Dollar Amounts in Thousands

STATEMENT OF CHANGES IN PARTNERS' CAPITAL

# Redacted – ICSI

# Redacted – ICSI

*See accompanying Notes to Financial Statements.*

28

EIG00214072

EIG_KEP_00052537

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

Dollar Amounts in Thousands

STATEMENT OF CASH FLOWS

# Redacted – ICSI

*See accompanying Notes to Financial Statements.*

29

**EIG00214073**

**EIG_KEP_00052538**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

Dollar Amounts in Thousands
December 31, 2013

SCHEDULE OF INVESTMENTS

| Par Value | LOANS AND OTHER INVESTMENTS | Cost | Fair Value |
|---|---|---|---|
| | Redacted – ICSI | | |

| Participating Interest | COMMON STOCK, PREFERRED EQUITY, WARRANTS AND OTHER EQUITY INVESTMENTS | | |
|---|---|---|---|
| | Redacted – ICSI | | |
| 1.0508% | Sete Brasil Participações [b],[c] (1.8% of Partners' Capital) | 13,572 | 20,518 |
| | Redacted – ICSI | | |

30

EIG00214074

EIG_KEP_00052539

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

Dollar Amounts in Thousands
December 31, 2013



(a)

(b) Redacted – ICSI

(c) *Energy Industry Segment: Midstream Oil and Gas. Total cost: $107,293.*

(d)

(e)

(f)

(g) *Holdings of Sete Brasil Participações S.A. are through FIP Sondas via EIG Sete Holdings S.àr.l. and EIG Sete Parent S.àr.l.*

(h)

(i)

(j)

(k)

*See accompanying Notes to Financial Statements.*

31

**Confidential**

EIG00214075

**EIG_KEP_00052540**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

December 31, 2013

NOTES TO FINANCIAL STATEMENTS

# Redacted – ICSI

Confidential

EIG00214076

EIG_KEP_00052541

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

December 31, 2013

**NOTES TO FINANCIAL STATEMENTS (Continued)**

# Redacted – ICSI

33

**Confidential**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

December 31, 2013

NOTES TO FINANCIAL STATEMENTS (Continued)

# Redacted – ICSI

34

**Confidential**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

December 31, 2013

NOTES TO FINANCIAL STATEMENTS (Continued)

# Redacted – ICSI

**Confidential**

**EIG00214079**

**EIG_KEP_00052544**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

December 31, 2013

NOTES TO FINANCIAL STATEMENTS (Continued)

Redacted – ICSI

36

Confidential

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

December 31, 2013

NOTES TO FINANCIAL STATEMENTS (Continued)

# Redacted – ICSI

37

Confidential

EIG00214081

EIG_KEP_00052546

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

December 31, 2013

**NOTES TO FINANCIAL STATEMENTS (Continued)**

# Redacted – ICSI

38

Confidential

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

December 31, 2013

**NOTES TO FINANCIAL STATEMENTS (Continued)**



Redacted – ICSI

39

**Confidential**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

December 31, 2013

**NOTES TO FINANCIAL STATEMENTS (Continued)**

Redacted – ICSI

**NOTE 10 - SUBSEQUENT EVENTS**

The Fund has evaluated subsequent events through March 14, 2014, the date the financial statements were available to be issued.

Redacted – ICSI

40

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

SUPPLEMENTARY INFORMATION

ADMINISTRATION

MANAGER [1]

EIG Management Company, LLC
*1700 Pennsylvania Avenue, NW*
*Washington, DC 20006*
*(202) 600-3300*

**EIG MANAGEMENT COMPANY, LLC**
**AND AFFILIATES**

R. Blair Thomas
*Chief Executive Officer*

Kurt A. Talbot
*Co-President and*
*Chief Investment Officer*

Randall S. Wade
*Co-President and*
*Chief Operating Officer*

Robert L. Vitale
*General Counsel*

Pritpal Aujla
*Chief Financial Officer*

Carla P. Vogel
*Chief Compliance Officer*

Jean-Daniel Borgeaud
*Managing Director*

Ronnie Hawkins
*Managing Director*

Wallace C. Henderson
*Managing Director*

Derek Lemke von-Ammon
*Managing Director*

Gerald Stalun
*Managing Director*

Curt S. Taylor
*Managing Director*

Bryant Cohen
*Senior Vice President*

Kevin Corrigan
*Senior Vice President*

Renee M. Davidovits
*Senior Vice President*

Andrew Ellenbogen
*Senior Vice President*

Brian T. Gilmore
*Senior Vice President*

Allison Grace
*Senior Vice President*

Patrick H. Hickey
*Senior Vice President*

Richard Punches
*Senior Vice President*

Niranjan Ravindran
*Senior Vice President*

Stephen Suo
*Senior Vice President*

*(1) See Note 1-Organization*

Clay Taylor
*Senior Vice President*

Andy Zhmurovsky
*Senior Vice President*

Marcel Takeshi Abe
*Vice President*

Christine Best
*Vice President*

Brian Boland
*Vice President*

Margaret Franks
*Vice President*

Ruairi Grant
*Vice President*

Simon Hayden
*Vice President*

Ali Kouros
*Vice President*

Kevin Lowder
*Vice President*

Walid Mouawad
*Vice President*

William Thierbach
*Vice President*

Benjamin Vinocour
*Vice President*

Michael Barakat
*Assistant Vice President*

Mark Bilali
*Assistant Vice President*

Jennifer Bounan
*Assistant Vice President*

Jonathan Hui
*Assistant Vice President*

Sarah S. Koulanjian
*Assistant Vice President*

Kenneth Lee
*Assistant Vice President*

Brian Maxted
*Assistant Vice President*

Daniel Plate
*Assistant Vice President*

Huey Siow
*Assistant Vice President*

Patrick Songsanand
*Assistant Vice President*

Christopher A. Tuohy
*Assistant Vice President*

Paul Clatterbuck
*Associate*

Malin Henriksson
*Associate*

Brian Hom
*Associate*

41

**EIG00214085**

**EIG_KEP_00052550**

**EIG ENERGY FUND XV, L.P.**
(A Delaware Limited Partnership)

## SUPPLEMENTARY INFORMATION (Continued)

### ADMINISTRATION (Continued)

Albina Kuzmenko
*Associate*

Benjamin Lee
*Associate*

Zahra Mayet
*Associate*

Terria McGee
*Associate*

Mahek Mehta
*Associate*

Hoshrav Patel
*Associate*

Austin Pearson
*Associate*

Patrick Storer
*Associate*

Andrew Tharp
*Associate*

Carly Wasik
*Associate*

Rebecca Wegand
*Associate*

Rachel Fose
*Analyst*

Josh Hall
*Analyst*

**GENERAL PARTNER**
EIG Energy Fund XV GP, LLC
*1700 Pennsylvania Avenue, NW*
*Washington, DC 20006*
*(202) 600-3300*

**LEGAL COUNSEL**
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

**INDEPENDENT AUDITORS**
PricewaterhouseCoopers LLP
1800 Tysons Boulevard
McLean, VA 22102-3811

**CUSTODIAN**
Citibank, N.A.
153 E. 53rd Street, 21st Floor
New York, NY 10022

**Confidential**

EIG00214086

EIG_KEP_00052551