**KEPPEL OPP'N EXH. 104**



**LIONBRIDGE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) |
| | )  ss |
| | ) |
| COUNTY OF NEW YORK | ) |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English of the attached document with Bates No. EIG_KEP_00075177.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 2° day of September, 20 21.

_____
JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

| | |
|---|---|
| From: | Denis CASTRO <denis.castro@sgcib.com> |
| To: | Corrigan, Kevin |
| Sent: | 9/27/2010 5:10:24 PM |
| Subject: | Petrobras & drilling rigs [C1] |
| Attachments: | Joao Carlos Ferraz.pdf; pic08925.jpg |

Kevin, take a look at Petrobras' recent presentation that may help you understand the new "trend" for platforms to be built in Brazil. Theoretically there is a plan A and plan B, but it seems unlikely that plan A is feasible for all units. Petrobras received a few proposals from local operators with very high prices according to the information to which I had access. If you have any questions I am at your disposal. Hope this is useful. Regards, Denis

(See attached file: Joao Carlos Ferraz.pdf)

(Embedded image moved to file: pic08925.jpg)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information. Any unauthorised use or dissemination is prohibited. E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential

EIG00025561
EIG_KEP_00075177

| | |
|---|---|
| **From:** | Denis CASTRO <denis.castro@sgcib.com> |
| **To:** | Corrigan, Kevin |
| **Sent:** | 9/27/2010 5:10:24 PM |
| **Subject:** | Petrobras & drilling rigs [C1] |
| **Attachments:** | Joao Carlos Ferraz.pdf; pic08925.jpg |

Kevin, veja recente apresentação da Petrobras que pode ajudar a entender o novo "tender" das plataformas a serem construidas no Brasil. Teoricamente tem plano A e B, porém parece improvável que o plano A seja factível para a totalidade das unidades. A Petrobras recebeu poucas propostas de operadores locais e com preços bastante altos de acordo com informações que eu tive acesso. Qualquer dúvida estou a disposição. Espero que seja útil. Abraço,
Denis


(See attached file: Joao Carlos Ferraz.pdf)


(Embedded image moved to file: pic08925.jpg)

************************************************************************
This message and any attachments (the "message") are confidential, intended
solely for the addressee(s), and may contain legally privileged information.
Any unauthorised use or dissemination is prohibited. E-mails are susceptible
to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or
affiliates shall be liable for the message if altered, changed or falsified.
************************************************************************

Confidential

EIG00025561

EIG_KEP_00075177