**KEPPEL OPP'N EXH. 105**

# Sete Brasil Participações S.A.

June 30, 2012

Sete Brasil Participações S.A. ("Sete") is a public / private partnership established by Petrobras, private investors and public pension funds to build ultra-deepwater drillships and charter them under long-term contracts to Petrobras. Petrobras is a majority state-owned national oil and gas company of Brazil. Sete will build 28 drillships and charter them to Petrobras under 10 - 20 year fixed-price dollar-denominated contracts. The total contemplated equity in this transaction is US$4.2bn. Senior financing, to be provided by BNDES, commercial banks and ECAs will total to approximately US$21.5bn. Each drill ship will be owned by Class A (Sete) and Class B (operator) shareholders.

| | | | | | | |
|---|---|---|---|---|---|---|
| Deal Lead: | K. Corrigan | Credit Committee Approved: | 27-Jun-11 | Original Technical Report: | | |
| Deal Support: | S. Hayden, H. Patel | Financial Close Date: | 31-Dec-11 | Author of Technical Report: | | |
| Technical Lead: | n/a | Closing Financial Statement: | NA | Last Technical Report: | | |
| Legal Counsel: | Chadbourne/Machado Meyer | Last Financial Statement: | NA | Author of Technical Report: | | |
| Tax Counsel: | Machado Meyer | Last Audited Fin. Statement: | NA | Last Market Report: | | |
| | | Last Management Accounts: | 31-Mar-13 | Author of Market Report: | ODS Petrodata | |
| Total EIG Commitment:* | $246,196,268 | Primary Fund: | XV | Secondary Fund: | XIV | |
| Amount Funded: | $175,000,000 | Commitment: | $123,098,134 | Commitment: | $123,098,134 | |
| Current Outstanding: | $175,000,000 | Current Outstanding: | $87,500,000 | Current Outstanding: | $87,500,000 | |
| Available Commitment: | $71,196,268 | Available Commitment: | $35,598,134 | Available Commitment: | $35,598,134 | |

* Commitment was R$500MM; BRL / USD = BRL 2.0309

| EIG Returns | Original | Current | Projected |
|---|---|---|---|
| IRR: | 17.9% | 0.0% | 27.2% |
| ROI: | 1.95x | 0.59x | 1.78x |
| Income: | $235,012,491 | ($100,503,921) | $191,901,293 |
| XIV | $117,506,245 | ($50,251,960) | $95,950,646 |
| XV | $117,506,245 | ($50,251,960) | $95,950,646 |
| Date: | 30-Jun-12 | 31-Mar-13 | |

## CAPITAL STRUCTURE AT CLOSE: June 30, 2012

| | Amount | Percentage | Pricing | Maturity | Debt/EBITDA (LTM) | Debt/EBITDA (FTM) | PV10/Debt | Security |
|---|---|---|---|---|---|---|---|---|
| Senior Debt | $20,550,720,304 | 80.0% | L+345; L+500 | NA | NA | NA | 0.1x | First lien on assets |
| Subordinated Debt | $924,341,335 | 3.6% | L + 1200 | NA | NA | NA | 0.1x | Second lien on assets |
| Total Debt | $21,475,061,639 | 83.6% | | | | | | |
| Equity Class A | | | | | | | | |
| Petrobras (5%) | $169,980,347 | 0.7% | | NA | NA | NA | | |
| FIP Sondas (95%) | $3,229,626,590 | 12.6% | | NA | NA | NA | | |
| Equity Class B | $813,731,804 | 3.2% | | NA | NA | NA | | |
| Total Equity | $4,213,338,741 | 16.4% | | | | | | |
| Total Capital | $25,688,400,380 | | | | | | | |

### Metrics at Close:
| | | | | | | |
|---|---|---|---|---|---|---|
| LTM EBITDA: | $0 | LTM Revenue: | $0 | LTM FCF: | $0 | |
| FTM EBITDA: | $0 | FTM Revenue: | $0 | FTM FCF: | $0 | |
| PV10 of FCF: | $2,708,470,365 | | | | | |

## CAPITAL STRUCTURE AS OF: June 30, 2012

| | Amount | Percentage | Pricing | Maturity | Debt/EBITDA (LTM) (1) | Debt/EBITDA (FTM) (1) | PV10/Debt | Security |
|---|---|---|---|---|---|---|---|---|
| Senior Debt | $20,550,720,304 | 80.0% | L+345; L+500 | NA | NA | NA | 0.1x | First lien on assets |
| Subordinated Debt | $924,341,335 | 3.6% | L + 1200 | NA | NA | NA | 0.1x | Second lien on assets |
| Total Senior | $21,475,061,639 | 83.6% | | | | | | |
| Equity Class A | | | | | | | | |
| Petrobras (5%) | $169,980,347 | 0.7% | | NA | NA | NA | | |
| FIP Sondas (95%) | $3,229,626,590 | 12.6% | | NA | NA | NA | | |
| Equity Class B | $813,731,804 | 3.2% | | NA | NA | NA | | |
| Total Equity | $4,213,338,741 | 16.4% | | | | | | |
| Total Capital | $25,688,400,380 | | | | | | | |

### Current Metrics:
| | | | | | | |
|---|---|---|---|---|---|---|
| LTM EBITDA: | $0 | LTM Revenue: | $0 | LTM FCF: | -$3,739,509,477 | |
| FTM EBITDA: | $0 | FTM Revenue: | $0 | FTM FCF: | -$4,154,512,191 | |
| PV10 of FCF: | $6,677,600,900 | | | | | |

### Asset Analysis:
| | EIG View | EV / FTM EBITDA |
|---|---|---|
| EV (PV10 FCF) | 6,677,600,900 | NA |

Confidential

EIG00184670
EIG_KEP_00094179

# Sete Brasil – June 2013 Update

## Operations

- Construction progressing at or ahead of schedule at foreign-owned shipyeards
- Some local shipyards continue to face minor delays, although it is still too early to draw definitive conlcusions

## Financial

- Projected Returns: 27.2% / 1.78x (IR: 17.9% / 1.95x)
- **BNDES & ECAs**
  - Kick-off meeting among BNDES, GIEK, Export Credit Norway and UK Export Finance occurred the week of June 10th to coordinate approach, discuss inter-creditor issues, etc. The Company believes good progress was made.
- **FMM – Merchant Marine Fund**
  - To be used for last batch of 8 drilships
  - Several meetings to date, and positive signs of a financing package of approximately $3.5-$4.0 billion.
- **Convertible Debentures ("DCA") from BNDESPAR**
  - BNDES' board of directors approved the R1.3 Billion investment on June 4th, 2013. Disbursement expected by Sept., 2013.

## Projections

- No changes

## Other

- Company hired CFO at the end of April, Ricardo Froes, known to EIG as former CFO of CCR a major toll road concessionaire in Brazil
- EAS finalized an agreement with three major Japanese shipyards, that are in the process of merging, for the purchase of 25% of the shares of EAS for R$ 207 million. IHI will own 60.44% of the minority stake, JGC 24.62%, and JMU 14.92%. There is an option to increase the group's ownership to 33.3%, which is expected to occur by December, 2013. This is a major step forward in EAS's program to return to the good graces of Petrobras, its principal client.

Confidential

EIG00184671
EIG_KEP_00094180

| Sete Brasil Participações S.A. 6/18/2013 17:29 $ (Thousands) | Qtrly 3/31/2012 | Qtrly 6/30/2012 | Qtrly 9/30/2012 | Qtrly 12/31/2012 | Qtrly 3/31/2013 | Qtrly 6/30/2013 | Qtrly 9/30/2013 | Qtrly 12/31/2013 | Qtrly 3/31/2014 | Annual 12/31/2011 | Annual 12/31/2012 | Annual 12/31/2013 | Annual 12/31/2014 | Annual 12/31/2015 | Annual 12/31/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rigs in Operation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 |
| Average Daily Charter Rate | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 315 | 348 |
| Total Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 87,876 | 514,763 |
| Total OPEX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (6,101) | (60,913) |
| EBITDA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 81,775 | 453,850 |
| EBITDA Margin | NA | NA | NA | NA | NA | NA | NA | NA | NA | 0.0% | 0.0% | 0.0% | 0.0% | 46.1% | 88.4% |
| CAPEX | (54,283) | (169,976) | (1,846,888) | (886,253) | (836,392) | (1,382,931) | (1,013,073) | (990,971) | (767,538) | (58,682) | (2,957,400) | (4,223,366) | (3,787,056) | (3,928,742) | (5,048,551) |
| Cumulative Capex | (112,965) | (282,941) | (2,129,829) | (3,016,082) | (3,852,474) | (5,235,405) | (6,248,478) | (7,239,449) | (8,006,986) | (58,682) | (3,016,082) | (7,239,449) | (11,026,505) | (14,955,247) | (20,003,798) |
| Cash Taxes | 0 | 0 | 0 | 0 | 0 | (0) | (0) | (0) | (0) | 0 | 0 | (0) | (0) | (26,160) | (75,396) |
| Unlevered Cash Flow | (54,283) | (169,976) | (1,846,888) | (886,253) | (836,392) | (1,382,931) | (1,013,073) | (990,971) | (767,538) | (58,682) | (2,957,400) | (4,223,366) | (3,787,056) | (3,873,126) | (4,670,098) |
| Interest & Other Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 214 |
| Free Cash Flow | (54,283) | (169,976) | (1,846,888) | (886,253) | (836,392) | (1,382,931) | (1,013,073) | (990,971) | (767,538) | (58,682) | (2,957,400) | (4,223,366) | (3,787,056) | (3,873,125) | (4,669,884) |
| Funds Disbursement | | | | | | | | | | | | | | | |
| Class A Shareholder | 26,853 | 135,777 | 623,373 | 343,458 | (637,423) | 186,202 | 138,065 | 133,174 | 102,579 | 49,880 | 1,129,461 | (179,982) | 508,078 | 524,732 | 654,524 |
| Sub Debt | 0 | 0 | 0 | 0 | 144,532 | 49,762 | 36,453 | 35,658 | 27,618 | 0 | 0 | 266,405 | 136,269 | 141,367 | 181,661 |
| Class B Shareholder | 3,169 | 34,199 | 98,879 | 61,693 | (89,853) | 40,622 | 28,097 | 29,362 | 23,311 | 8,802 | 197,940 | 8,228 | 113,064 | 119,649 | 173,526 |
| Bridge Loan | 24,261 | 0 | 1,124,637 | 481,103 | 0 | 0 | 0 | 0 | 0 | 0 | 1,630,000 | 0 | 0 | 0 | 0 |
| Senior Debt | 0 | 0 | 0 | 0 | 3,213,355 | 1,106,345 | 810,458 | 792,776 | 614,030 | 0 | 0 | 5,922,934 | 3,029,645 | 3,162,866 | 4,101,418 |
| Total Funding | 54,283 | 169,976 | 1,846,888 | 886,253 | 2,630,611 | 1,382,931 | 1,013,073 | 990,971 | 767,538 | 58,682 | 2,957,400 | 6,017,586 | 3,787,056 | 3,948,614 | 5,111,128 |
| Cash Available for Debt Service | 0 | 0 | 0 | 0 | 1,660,978 | (0) | (0) | 0 | 0 | 0 | 0 | 1,660,978 | 0 | 75,490 | 441,244 |
| FGCN Support for Const. Delays | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44,950 |
| Total Cash Balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39,548 | 277,911 |
| Senior Debt Outstanding | 24,261 | 24,261 | 1,148,897 | 1,630,000 | 3,213,355 | 4,360,306 | 5,225,912 | 6,084,812 | 6,775,852 | 0 | 1,630,000 | 6,084,812 | 9,483,556 | 13,153,152 | 17,771,647 |
| Amortization | 0 | 0 | 0 | 0 | (1,660,978) | 0 | 0 | 0 | 0 | 0 | 0 | (1,660,978) | 0 | (10,345) | (149,452) |
| Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (8,785) | (138,737) |
| Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Debt/EBITDA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 0.0x | 0.0x | 0.0x | 0.0x | 508.6x | 159.9x |
| EBITDA/Interest | NA | NA | NA | NA | NA | NA | NA | NA | NA | 0.0x | 0.0x | 0.0x | 0.0x | 2.9x | 1.8x |
| Subordinated Debt Outstanding | 0 | 0 | 0 | 0 | 144,532 | 198,630 | 241,042 | 283,931 | 320,067 | 0 | 0 | 283,931 | 461,771 | 667,110 | 928,663 |
| Amortization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (561) |
| Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (10,310) |
| Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Debt/EBITDA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 0.0x | 0.0x | 0.0x | 0.0x | 534.3x | 168.3x |
| Amortization | 0 | 0 | 0 | 0 | (1,660,978) | 0 | 0 | 0 | 0 | 0 | 0 | (1,660,978) | 0 | (10,345) | (150,313) |
| Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (8,785) | (149,047) |
| Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Debt/EBITDA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 0.0x | 0.0x | 0.0x | 0.0x | 534.3x | 168.3x |
| EBITDA/Interest | NA | NA | NA | NA | NA | NA | NA | NA | NA | 0.0x | 0.0x | 0.0x | 0.0x | 2.9x | 1.7x |
| Consolidated DSCR | NA | NA | NA | NA | 1.0x | NA | NA | NA | NA | 0.0x | 0.0x | 0.0x | 0.0x | 1.4x | 1.2x |
| PV10/Debt | 98.5x | 108.1x | 4.0x | 3.4x | 2.0x | 1.8x | 1.7x | 1.7x | 1.6x | 0.0x | 3.4x | 1.7x | 1.6x | 1.5x | 1.5x |
| EIG Cash Flow | | | | | | | | | | | | | | | |
| Debt Principal | (100,000) | 0 | 0 | 55,000 | 45,000 | 0 | 0 | 0 | 0 | 0 | (45,000) | 45,000 | 0 | 0 | 0 |
| Interest | 0 | 832 | 826 | 1,474 | 470 | 0 | 0 | 0 | 0 | 0 | 3,132 | 470 | 0 | 0 | 0 |
| Fees Received | 1,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000 | 0 | 0 | 0 | 0 |
| Common Equity Investment | 0 | 0 | (75,070) | 0 | 0 | 0 | 0 | (731) | (7,636) | 0 | (75,070) | (731) | (37,179) | (37,870) | (45,256) |
| Dividends Received | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 423,307 |
| Total EIG Cash Flow | (99,000) | 832 | (74,245) | 56,474 | 45,470 | 0 | 0 | (731) | (7,636) | (0) | (115,938) | 44,739 | (37,179) | (37,870) | 378,051 |
| Running EIG IRR | NA | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 27.1% |
| Running EIG ROI | 0.00x | 0.01x | 0.01x | 0.33x | 0.59x | 0.59x | 0.59x | 0.59x | 0.56x | 0.00x | 0.33x | 0.59x | 0.49x | 0.41x | 1.76x |

Confidential

EIG00184672

EIG_KEP_00094181

**Sete Brazil Operational Update**
As of 10/12/2012

| | SPE 1 | SPE 2 | SPE 3 | SPE 4 | SPE 5 | SPE 6 | SPE 7 | SPE 8 | SPE 9 | SPE 10 | SPE 11 | SPE 12 | SPE 13 | SPE 14 | SPE 15 | SPE 16 | SPE 17 | SPE 18 | SPE 19 | SPE 20 | SPE 21 | SPE 22 | SPE 23 | SPE 24 | SPE 25 | SPE 26 | SPE 27 | SPE 28 | SPE 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vessel Name | Arpoador | Copacabana | Grumari | Ipanema | Leblon | Leme | Marambaia | Recreio | Prado | Brocoby | Petrogas | Mangaratiba | Botinas | Ondina | Pituba | Bapeba | Itaringas | Itaoma | Imandituba | Guriupari | Camburi | Itacca | Itaunas | Itri | Itahy | Cuminé | Curumim | Setinas | Jewelbox |
| Charterer | Petrobras | Petrobras | Petrobras | Petrobras | Petrobras | Petrobras | Petrobras | | | | | | | | | | | | | | | | | | | | | | TBD |
| Shipyard | Atlantico Sul (EAS) | | | | | | | QGOG | Paraguacu | QGOG | Paraguacu | QGOG | OGS | OGS | OGS | OGS | BRP | | | Odfjell | Seabril | Odfjell | Seabril | Odfjell | Seabril | Ecovix | Ecovix | Ecovix | EAS |

**Shipyard Status**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shareholders | SembCorp Marine | 50% Queiroz Galvão 50% Camargo Correa | | | | | | 100% Keppel FELS | | | | | | 35% Odebrecht; 30% Kawasaki; 17.5% OAS, 17.5% UTC | | | | | | SembCorp Marine | | | | | | 75% Jackson Empreendimentos 25% Funcef | | | EAS |
| Technology Partner | SembCorp | IHI Corporation | | | | | | KeppelFELS | | | | | | Kawasaki Shipbuilding | | | | | | SembCorp Marine | | | | | | Cosco | | | IHI Corp. |
| Vessel Type | Drillship | Drillship | | | | | | Semi Sub | | | | | | Drillship | | | | | | Drillship | | | | | | Drillship | | | Drillship |
| Design | Gusto 12,000 | LMG Marin | | | | | | Semi-Sub DSS 38S-DP3 | | | | | | Gusto 12,000 | | | | | | LMG Espadon | | | | | | Gusto 12,000 | | | LMGMarin |
| Operational Status | Under construction | Operational (requiring minor capex) | | | | | | Operational (requiring minor capex) | | | | | | Greenfield construction, on track | | | | | | Greenfield construction, slightly behind schedule | | | | | | Significant expansion | | | tal (requiring m |
| Expected Shipyard Progress | 11.74% | 5.65% | | | | | | 4.30% | | | | | | 2.43% | | | | | | 11.74% | | | | | | 5.09% | | | |
| Actual Shipyard Progress | 13.08% | 4.30% | | | | | | 7.19% | | | | | | 1.56% | | | | | | 13.08% | | | | | | 5.24% | | | |

**Vessel Status**

**Charter**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charter Agreement Executed? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No |
| Length of Charter Contract | 20 years | 20 years | 10 years | 10 years | 10 years | 10 years | 10 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | 15 years | NA |
| Charter Extension | 0 years | 0 years | 10 years | 10 years | 10 years | 10 years | 10 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | 5 years | NA |
| Daily Charter Rate (real) | $298,000 | $298,000 | $298,000 | $298,000 | $298,000 | $298,000 | $298,000 | | $427,382 | $423,598 | $427,414 | $426,910 | $427,190 | $431,963 | $431,950 | $432,806 | $432,782 | $421,758 | $424,150 | $414,788 | $418,438 | $419,678 | $423,350 | $422,958 | $425,630 | $427,486 | $416,986 | $419,446 | NA |
| % Charter in USD | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | [80]% | NA |
| % Charter in BRL | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | [20]% | NA |

**Financing**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Financial Close Achieved? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Senior Debt (%) | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% | 75.0% |
| Equity (%) | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |

**Construction**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EPC Contract Executed? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Expected Progress | 32.20% | 7.85% | 7.46% | 6.52% | 5.19% | 4.65% | 3.97% | 25.80% | 3.00% | 0.00% | 0.00% | 0.00% | 0.00% | 9.15% | 1.08% | 1.08% | 1.08% | 1.08% | 1.08% | 8.27% | 8.34% | 8.34% | 8.34% | 8.34% | 8.34% | 5.10% | 4.75% | 4.34% | 3.97% |
| Actual Progress | 33.00% | 4.85% | 4.85% | 4.85% | 4.85% | 4.85% | 4.85% | 28.69% | 4.66% | 2.31% | 2.17% | 2.17% | 2.17% | 4.78% | 0.93% | 0.93% | 0.93% | 0.93% | 0.93% | 8.43% | 10.02% | 10.02% | 10.02% | 10.02% | 10.02% | 5.44% | 4.05% | 4.42% | 4.85% |

**Cost Overruns**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original EPC Cost (real) | $746MM | $662MM | $662MM | $662MM | $662MM | $662MM | $662MM | $741MM | $764MM | $764MM | $764MM | $764MM | $764MM | $746MM | $746MM | $743MM | $739MM | $739MM | $739MM | $764MM | $746MM | $746MM | $745MM | $746MM | $746MM | $722MM | $722MM | $722MM | $662MM |
| Forecast EPC Cost (real) | $746MM | $662MM | $662MM | $662MM | $662MM | $662MM | $662MM | $741MM | $754MM | $754MM | $754MM | $754MM | $754MM | $746MM | $746MM | $743MM | $739MM | $739MM | $739MM | $754MM | $746MM | $746MM | $745MM | $746MM | $746MM | $722MM | $722MM | $722MM | $662MM |
| Cost Increase Borne by Sete | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM |

**Delays**

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contracted Delivery Date | Jun-15 | Feb-16 | Jul-16 | Mar-17 | Nov-17 | Jul-18 | Dec-18 | Dec-15 | Dec-16 | Aug-17 | Apr-18 | Dec-18 | Aug-19 | Jul-16 | May-17 | Jan-18 | Sep-18 | May-19 | Jan-20 | Jul-16 | Nov-17 | Apr-18 | Sep-18 | Dec-19 | Aug-19 | May-16 | Mar-17 | Nov-17 | Jul-19 |
| Expected Delivery Date | Jun-15 | Feb-16 | Jul-16 | Mar-17 | Nov-17 | Jul-18 | Dec-18 | Mar-16 | Dec-16 | Aug-17 | Apr-18 | Dec-18 | Aug-19 | Jul-17 | Nov-17 | Apr-18 | Sep-18 | May-19 | Jan-20 | Jul-17 | Jun-17 | Nov-17 | Apr-18 | Dec-19 | Aug-19 | May-17 | Oct-17 | Mar-18 | Jul-19 |
| Delay | 0 mths | 0 mths | 0 mths | 0 mths | 0 mths | 0 mths | 0 mths | 3 mths | 0 mths | 0 mths | 0 mths | 0 mths | 0 mths | 12 mths | 6 mths | 3 mths | 0 mths | 0 mths | 0 mths | 12 mths | 6 mths | 3 mths | 0 mths | 0 mths | 0 mths | 12 mths | 6 mths | 3 mths | 0 mths |
| Cost Borne Borne By Sete | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM | $0MM |
| Delay Assumed in Model | 0 mths | 0 mths | 0 mths | 0 mths | 0 mths | 0 mths | 0 mths | 3 mths | 0 mths | 0 mths | 0 mths | 0 mths | 0 mths | 12 mths | 6 mths | 3 mths | 0 mths | 0 mths | 0 mths | 12 mths | 6 mths | 3 mths | 0 mths | 0 mths | 0 mths | 12 mths | 6 mths | 3 mths | 0 mths |

Confidential