**KEPPEL OPP'N EXH. 106**



| | |
| --- | --- |
| STATE OF NEW YORK | ) |
| | ) |
| | )  ss |
| | ) |
| COUNTY OF NEW YORK | ) |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English of the attached document with Bates Nos. EIG_KEP_00095123–EIG_KEP_00095129.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 19 day of July, 20 21.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

| | |
|---|---|
| From: | Tania Gobatti Calca <tania.calca@caixa.gov.br> |
| To: | aires@bradescobbi.com.br; Andre Koichiro Otake; Alexandre Prates Paterniani; aldofloris@flbinv.com.br; andrea.santichio@vale.com; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; bruno.almeida@previ.com.br; carolpagani@bradescobbi.com.br; cjunger@flbinv.com.br; cjunger@predialnet.com.br; dseabra@petros.com.br; Edna Lucia de Alencar Melo Camargo; fernando@bradescobbi.com.br; fipsondas@petrobras.com.br; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; gepar1@previ.com.br; gerin@previ.com.br; gilmardcw@previ.com.br; gustavo.viola@petrobras.com.br; ivan.hong@lakeshorepartners.com.br; Jean-Daniel.Borgeaud@eigpartners.com; jfmoreiraf@santander.com.br; kevin.corrigan@eigpartners.com; Lana.belfort@vale.com; laurodeluca@flbinv.com.br; Leonardo Calderaro da Graca Caseiro; leonardosansivieri@funcef.com.br; lucas.martinelli@btgpactual.com; luiz.reis@lakeshorepartners.com.br; malbuquerque@petros.com.br; marcella.sleiman@vale.com; marcia.freire@vale.com; marianav@funcef.com.br; mhalbuquerque@santander.com.br; moniqueoliveira@flbinv.com.br; oderval.duarte@btgpactual.com; priscilathomaz@previ.com.br; procha@petros.com.br; rmsantos@petros.com.br; tcao@petros.com.br; vcmelo@previ.com.br; vitorvallim@previ.com.br; wettori@santander.com.br; Quintella, Guto (Guto.Quintella@btgpactual.com); roseli.godoy@btgpactual.com; inesvieira@petrobras.com.br; Daniel Rodrigues (daniel.rodrigues@lakeshorepartners.com.br) |
| CC: | Yoshio Marcos Hashimoto; Rebeca Correa Balian; Luciana Hitomi Ferreira; Mauricio Antonio Alves da Costa; Fernando Henrique Augusto; Ri@setebr.com |
| Sent: | 5/29/2013 4:32:02 PM |

**Subject**: FIP SONDAS / Visit to the Keppel Shipyard _ 06-06-2013 _ schedule starting at 7 am

To the
Shareholders of FIP Sondas
c/c Sete Brasil

Dear all,

1       Below is the Company's adjusted schedule for the visit to the Keppel BrasFELS Shipyard in Angra dos Reis/RJ, which will take place on June 6, 2013:
Meeting point: Sete da Sete Brasil — Rua Humaitá, 275 — Rio de Janeiro/RJ
**Meeting time: 7:00 am**

The bus will leave the meeting point at **7:30 am** and travel time is approximately 2 hours and 30 minutes. Estimated arrival at the shipyard: 10 hours

Visit schedule:
10:30 am to 12:00 pm — presentation on BrasFels with representatives from the shipyard and presentation by CMA Petrobras.
12:00 pm to 1:00 pm — visit to facilities
1:30 pm - lunch
2:30 pm — return to Rio de Janeiro
17 hours — arrival at the meeting point.

Contact numbers:      Adriana — (21) 8493-9357
                      Camila — (21) 8887-0013
                      Ricardo — (21) 9249-0772

2       Dress code for participants is long pants and closed shoes with no heels.

3       I am at your disposal for any questions.

Confidential                                                               EIG00046164
                                                                           EIG_KEP_00095123

Regards

Tania Gobatti Calça Gonçalves
Desk Operator
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados [Development of Structured Funds]
Av. Paulista, 2.300 – 11 andar- São Paulo, SP
01310-300

**From**: Tania Gobatti Calca
**Sent**: Tuesday, May 28, 2013 1:33 PM
**To**: 'aires@bradescobbi.com.br'; Andre Koichiro Otake; Alexandre Prates Paterniani; 'aldofloris@flbinv.com.br'; 'andrea.santichio@vale.com'; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; 'bruno.almeida@previ.com.br'; 'carolpagani@bradescobbi.com.br'; 'cjunger@flbinv.com.br'; 'cjunger@predialnet.com.br'; 'dseabra@petros.com.br'; Edna Lucia de Alencar Melo Camargo; 'fernando@bradescobbi.com.br'; 'fipsondas@petrobras.com.br'; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; 'gepar1@previ.com.br'; 'gerin@previ.com.br'; 'gilmardcw@previ.com.br'; 'gustavo.viola@petrobras.com.br'; 'ivan.hong@lakeshorepartners.com.br'; 'Jean-Daniel.Borgeaud@eigpartners.com'; 'jfmoreiraf@santander.com.br'; 'kevin.corrigan@eigpartners.com'; 'Lana.belfort@vale.com'; 'laurodeluca@flbinv.com.br'; Leonardo Calderaro da Graca Caseiro; 'leonardosansivieri@funcef.com.br'; 'lucas.martinelli@btgpactual.com'; 'luiz.reis@lakeshorepartners.com.br'; 'malbuquerque@petros.com.br'; 'marcella.sleiman@vale.com'; 'marcia.freire@vale.com'; 'marianav@funcef.com.br'; 'mhalbuquerque@santander.com.br'; 'moniqueoliveira@flbinv.com.br'; 'oderval.duarte@btgpactual.com'; 'priscilathomaz@previ.com.br'; 'procha@petros.com.br'; 'rmsantos@petros.com.br'; 'tcao@petros.com.br'; 'vcmelo@previ.com.br'; 'vitorvallim@previ.com.br'; 'vvettori@santander.com.br'; Quintella, Guto (Guto.Quintella@btgpactual.com); roseli.godoy@btgpactual.com; 'inesvieira@petrobras.com.br'; Daniel Rodrigues (daniel.rodrigues@lakeshorepartners.com.br)
**Cc**: Yoshio Marcos Hashimoto; Rebeca Correa Balian; Luciana Hitomi Ferreira; Mauricio Antonio Alves da Costa; Fernando Henrique Augusto
**Subject**: FIP SONDAS / Visit to the Keppel Shipyard - 06-06-2013_ invitees

To
FIP Sondas Shareholders

Dear all,

1   As agreed at the Meeting of 05/23, we confirm the participation of all Shareholders to the visit to the Keppel BrasFELS Shipyard, on 06/06/2013, due to requests for additional spaces, the indicated names are listed in the attached spreadsheet.

2   We would like to remind you of the Company's schedule for this day:

> *7:30 am - group departs from the meeting point (Sete Brasil headquarters)*
>
> *10:00 am - estimated arrival at the shipyard*
>
> *10:30 am to 12:00 pm — presentation on the shipyard with the presence of shipyard representatives.*
>
> *12:00 pm to 1:00 pm — visit to facilities*
>
> *1:30 pm - lunch*
>
> *2:30 pm — return to Rio de Janeiro*
>
> *5:00 pm — arrival at the meeting point.*

3   We are at your disposal for any questions.

Regards

Confidential                                                                                              EIG00046165
                                                                                                          EIG_KEP_00095124

Tania Gobatti Calça Gonçalves
Desk Operations
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados [Development of Structured Funds]
Av. Paulista, 2.300 – 11 andar- São Paulo,
SP 01310-300

**From**: Tania Gobatti Calca
**Sent**: Tuesday, May 21, 2013 3:31 PM
**To**: 'aires@bradescobbi.com.br'; Andre Koichiro Otake; Alexandre Prates Paterniani; 'aldofloris@flbinv.com.br'; 'andrea.santichio@vale.com'; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; 'bruno.almeida@previ.com.br'; 'carolpagani@bradescobbi.com.br'; 'cjunger@flbinv.com.br'; 'cjunger@predialnet.com.br'; 'dseabra@petros.com.br'; Edna Lucia de Alencar Melo Camargo; 'fernando@bradescobbi.com.br'; 'fipsondas@petrobras.com.br'; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; 'gepar1@previ.com.br'; 'gerin@previ.com.br'; 'gilmardcw@previ.com.br'; 'gustavo.viola@petrobras.com.br'; 'ivan.hong@lakeshorepartners.com.br'; 'Jean-Daniel.Borgeaud@eigpartners.com'; 'jfmoreiraf@santander.com.br'; 'kevin.corrigan@eigpartners.com'; 'Lana.belfort@vale.com'; 'laurodeluca@flbinv.com.br'; Leonardo Calderaro da Graca Caseiro; 'leonardosansivieri@funcef.com.br'; 'lucas.martinelli@btgpactual.com'; 'luiz.reis@lakeshorepartners.com.br'; 'malbuquerque@petros.com.br'; 'marcella.sleiman@vale.com'; 'marcia.freire@vale.com'; 'marianav@funcef.com.br'; 'mhalbuquerque@santander.com.br'; 'moniqueoliveira@flbinv.com.br'; 'oderval.duarte@btgpactual.com'; 'priscilathomaz@previ.com.br'; 'procha@petros.com.br'; 'rmsantos@petros.com.br'; 'tcao@petros.com.br'; 'vcmelo@previ.com.br'; 'vitorvallim@previ.com.br'; 'wettori@santander.com.br'
**Cc**: Yoshio Marcos Hashimoto; Rebeca Correa Balian; Luciana Hitomi Ferreira; Mauricio Antonio Alves da Costa; Alexandre Pereira do Nascimento; Paula Cunha de Oliveira; Alberto Daniel Araujo da Silva
**Subject**: RES: FIP SONDAS / Visit to Keppel Shipyard - 06.06.2013_3 additional spaces

In due course, attached is the spreadsheet with the indicated participants.

Tania Gobatti Calça Gonçalves Tania Gobatti Calça Gonçalves
Desk Operations
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados [Development of Structured Funds]
Av. Paulista, 2.300 – 11 andar- São Paulo,
SP 01310-300

**From**: Tania Gobatti Calca
**Sent**: Tuesday, May 21, 2013 3:28 PM
**To**: 'aires@bradescobbi.com.br'; Andre Koichiro Otake; Alexandre Prates Paterniani; 'aldofloris@flbinv.com.br'; 'andrea.santichio@vale.com'; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; 'bruno.almeida@previ.com.br'; 'carolpagani@bradescobbi.com.br'; 'cjunger@flbinv.com.br'; 'cjunger@predialnet.com.br'; 'dseabra@petros.com.br'; Edna Lucia de Alencar Melo Camargo; 'fernando@bradescobbi.com.br'; 'fipsondas@petrobras.com.br'; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; 'gepar1@previ.com.br'; 'gerin@previ.com.br'; 'gilmardcw@previ.com.br'; 'gustavo.viola@petrobras.com.br'; 'ivan.hong@lakeshorepartners.com.br'; 'Jean-Daniel.Borgeaud@eigpartners.com'; 'jfmoreiraf@santander.com.br'; 'kevin.corrigan@eigpartners.com'; 'Lana.belfort@vale.com'; 'laurodeluca@flbinv.com.br'; Leonardo Calderaro da Graca Caseiro; 'leonardosansivieri@funcef.com.br'; 'lucas.martinelli@btgpactual.com'; 'luiz.reis@lakeshorepartners.com.br'; 'malbuquerque@petros.com.br'; 'marcella.sleiman@vale.com'; 'marcia.freire@vale.com'; 'marianav@funcef.com.br'; 'mhalbuquerque@santander.com.br'; 'moniqueoliveira@flbinv.com.br'; 'oderval.duarte@btgpactual.com'; 'priscilathomaz@previ.com.br'; 'procha@petros.com.br'; 'rmsantos@petros.com.br'; 'tcao@petros.com.br'; 'vcmelo@previ.com.br'; 'vitorvallim@previ.com.br'; 'wettori@santander.com.br'
**Cc**: Yoshio Marcos Hashimoto; Rebeca Correa Balian; Tania Gobatti Calca; Luciana Hitomi Ferreira; Mauricio Antonio Alves da Costa; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; Paula Cunha de Oliveira; Alberto Daniel Araujo da Silva
**Subject**: FIP SONDAS/ Visit to Keppel Shipyard - 06.06.2013_3 additional spaces

Confidential

EIG00046166
EIG_KEP_00095125

Dear all,

1      We would like to provide information to you on the visit to the Keppel Shipyard, in Rio de Janeiro, on 06/06/2013.

1.1      To close the schedule, confirmation is requested from the indicated participants (those who did not indicate a specific person, please let us know the name, document number, contact telephone number, clothing and shoe size), by tomorrow, 05/22.

2      Note that the Company has made offered 3 (three) additional spaces, which will be filled and decided at the Biweekly Meeting of 05/23, together with any persons left over from the attached list.

3      We are at your disposal for any questions.

Regards

Tania Gobatti Calça Gonçalves
Desk Operations
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados [Development of Structured Funds]
Av. Paulista, 2.300 – 11 andar- São Paulo,
SP 01310-300

---

**From:** Tania Gobatti Calca
**Sent:** Thursday, May 2, 2013 7:50 PM
**To:** a: 'aires@bradescobbi.com.br'; Andre Koichiro Otake; Alexandre Prates Paterniani; 'aldofloris@flbinv.com.br'; 'andrea.santichio@vale.com'; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; 'cjunger@flbinv.com.br'; 'cjunger@predialnet.com.br'; 'dseabra@petros.com.br'; Edna Lucia de Alencar Melo Camargo; 'fernando@bradescobbi.com.br'; 'fipsondas@petrobras.com.br'; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; 'gepar@previ.com.br'; 'gerin@previ.com.br'; 'gustavo.viola@petrobras.com.br'; 'ivan.hong@lakeshorepartners.com.br'; 'Jean-Daniel.Borgeaud@eigpartners.com'; 'jefferson.andrade@previ.com.br'; 'jfmoreiraf@santander.com.br'; 'jserra@petros.com.br'; 'kevin.corrigan@eigpartners.com'; 'Lana.belfort@vale.com'; 'laurodeluca@flbinv.com.br'; Leonardo Calderaro da Graca Caseiro; 'leonardosansivieri@funcef.com.br'; 'lucas.martinelli@btgpactual.com'; 'luiz.reis@lakeshorepartners.com.br'; 'malbuquerque@petros.com.br'; 'marcella.sleiman@vale.com'; 'marcia.freire@vale.com'; 'marianav@funcef.com.br'; 'mhalbuquerque@santander.com.br'; 'moniqueoliveira@flbinv.com.br'; 'oderval.duarte@btgpactual.com'; 'priscilathomaz@previ.com.br'; 'procha@petros.com.br'; 'rmsantos@petros.com.br'; 'tcao@petros.com.br'; 'vcmelo@previ.com.br'
**Cc:** Yoshio Marcos Hashimoto; Rebeca Correa Balian; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; Paula Cunha de Oliveira
**Subject:** FIP SONDAS/ Visit to Keppel Shipyard - 06.06.2013_ confirmation required by 05/03/2013
**Priority:** High

Dear all,

1      Considering that the date of the visit to the Keppel Shipyard was changed to 06/06, and that confirmation is required from interested parties so that the Company can take the appropriate measures and, if there are any spaces, they can be assigned to other Shareholders who requested them, the spreadsheet with the participants up to now, is shown below.

2      For shareholders who have not yet confirmed their presence or who do not intend to participate in the aforementioned visit, please confirm by tomorrow, 05/03/2013.

3      I am at your disposal for any questions.

Regards

Tania Gobatti Calça Gonçalves
Desk Operations
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados [Development of Structured Funds]

Confidential                                          EIG00046167
                                                                     EIG_KEP_00095126

Av. Paulista, 2.300 – 11 andar- São Paulo,
SP 01310-300

**From:** Tania Gobatti Calca
**Sent:** Friday, April 19, 2013 5:47 PM
**To:** 'aires@bradescobbi.com.br'; Andre Koichiro Otake; Alexandre Prates Paterniani; 'aldofloris@flbinv.com.br'; 'andrea.santichio@vale.com'; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; 'cjunger@flbinv.com.br'; 'cjunger@predialnet.com.br'; 'dseabra@petros.com.br'; Edna Lucia de Alencar Melo Camargo; 'fernando@bradescobbi.com.br'; 'fipsondas@petrobras.com.br'; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; 'gepar@previ.com.br'; 'gerin@previ.com.br'; 'gustavo.viola@petrobras.com.br'; 'ivan.hong@lakeshorepartners.com.br'; 'Jean-Daniel.Borgeaud@eigpartners.com'; 'jefferson.andrade@previ.com.br'; 'jfmoreiraf@santander.com.br'; 'jserra@petros.com.br'; 'kevin.corrigan@eigpartners.com'; 'Lana.belfort@vale.com'; 'laurodeluca@flbinv.com.br'; Leonardo Calderaro da Graca Caseiro; 'leonardosansivieri@funcef.com.br'; 'lucas.martinelli@btgpactual.com'; 'luiz.reis@lakeshorepartners.com.br'; 'malbuquerque@petros.com.br'; 'marcella.sleiman@vale.com'; 'marcia.freire@vale.com'; 'marianav@funcef.com.br'; 'mhalbuquerque@santander.com.br'; 'moniqueoliveira@flbinv.com.br'; 'oderval.duarte@btgpactual.com'; 'priscilathomaz@previ.com.br'; 'procha@petros.com.br'; 'rmsantos@petros.com.br'; 'tcao@petros.com.br'; 'vcmelo@previ.com.br'
**Cc:** Yoshio Marcos Hashimoto; Rebeca Correa Balian; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; Paula Cunha de Oliveira
**Subject:** FIP SONDAS1 Visit to Keppel Shipyard - date change - 06.06.2013

To
FIP Sondas Shareholders

Dear all,

1      As informed yesterday at the bimonthly meeting, we hereby forward a message from the Company indicating the change in the date to the visit to the Keppel Shipyard.

2      The spreadsheet with the requests received so far is attached, when the visit would take place in 05/23.

    2.1    Thus, please indicate whether the persons indicated so far will participate in the visit on June 6, and if you have not yet responded please at least indicate your interest in participating, and if you are not interested, the space will be offered to other guests.

3      I await your responses as soon as possible to inform the Company, as requested thereby.

Sincerely,

Tania Gobatti Calça Gonçalves
Desk Operations
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados [Development of Structured Funds]
Av. Paulista, 2.300 – 11 andar- São Paulo,
SP 01310-300

**From:** Investor Relations . [mailto:ri@setebr.com]
**Sent:** Tuesday, April 16, 2013 11:17 AM
**To:** Tania Gobatti Calca; GEDEF - GN Desenvolvimento de Fundos Estruturados
**Cc:** ri@setebr.com; Adriana Chagastelles; Humberto Fajardo; Jose Pinheiro; Eduardo Musa
**Subject:** FWD: Visit to Keppel Shipyard - date change - 06.06.2013

Dear Tania,

We were informed this morning that 05/23 for shareholders to visit the Keppel Shipyard is complicated as it is close to the date of negotiation of the Labor Agreement and there is a possibility of a strike at the Shipyard. Therefore, we would like to transfer the visit date to the next date for shareholders, 06/06/2013

Confidential

EIG00046168
EIG_KEP_00095127

The visit schedule remains unchanged.



[signature address]

---

**From**: Investor Relations [mailto:ri@setebr.com]
**Sent**: Tuesday, April 9, 2013 5:51 PM
**To**: a: Tania Calca; gedef@caixa.gov.br
**Cc**: ri@setebr.com; Adriana Chagastelles; Ricardo Castro; Jose Pinheiro; Humberto Fajardo
**Subject**: Visit to Keppel Shipyard - May 23, 2013

Dear Tania,

      As requested by several shareholders, we are arranging to schedule a visit to the BrasFels Shipyard, in Angra dos Reis. We propose that the visit be on 05/23/2013, the day already reserved for the shareholders' meeting.

For a thorough visit, the schedule suggested by the engineering team at Sete Brasil is as follows:

7:30 am - group departs from the meeting point (Sete Brasil headquarters)

10:00 am - estimated arrival at the shipyard

10:30 am to 12:00 pm — presentation on the shipyard with the presence of shipyard representatives.

12:00 pm to 1:00 pm — visit to facilities

1:30 pm - lunch

2:30 pm — return to Rio de Janeiro

5:00 pm — arrival at the meeting point.

Due to the logistics for the visit, one space will be offered for each representative of the FIP Sondas Shareholders. Thus, I ask that a completed attached spreadsheet be sent to us so that we can arrange for personal protection equipment and later preparations.

Regards,
[signature address]



Confidential

EIG00046169
EIG_KEP_00095128

Confidential

EIG00046170
EIG_KEP_00095129

| | |
|---|---|
| From: | Tania Gobatti Calca <tania.calca@caixa.gov.br> |
| To: | aires@bradescobbi.com.br; Andre Koichiro Otake; Alexandre Prates Paterniani; aldofloris@flbinv.com.br; andrea.santichio@vale.com; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; bruno.almeida@previ.com.br; carolpagani@bradescobbi.com.br; cjunger@flbinv.com.br; cjunger@predialnet.com.br; dseabra@petros.com.br; Edna Lucia de Alencar Melo Camargo; fernando@bradescobbi.com.br; fipsondas@petrobras.com.br; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; gepar1@previ.com.br; gerin@previ.com.br; gilmardcw@previ.com.br; gustavo.viola@petrobras.com.br; ivan.hong@lakeshorepartners.com.br; Jean-Daniel.Borgeaud@eigpartners.com; jfmoreiraf@santander.com.br; kevin.corrigan@eigpartners.com; Lana.belfort@vale.com; laurodeluca@flbinv.com.br; Leonardo Calderaro da Graca Caseiro; leonardosansivieri@funcef.com.br; lucas.martinelli@btgpactual.com; luiz.reis@lakeshorepartners.com.br; malbuquerque@petros.com.br; marcella.sleiman@vale.com; marcia.freire@vale.com; marianav@funcef.com.br; mhalbuquerque@santander.com.br; moniqueoliveira@flbinv.com.br; oderval.duarte@btgpactual.com; priscilathomaz@previ.com.br; procha@petros.com.br; rmsantos@petros.com.br; tcao@petros.com.br; vcmelo@previ.com.br; vitorvallim@previ.com.br; wettori@santander.com.br; Quintella, Guto (Guto.Quintella@btgpactual.com); roseli.godoy@btgpactual.com; inesvieira@petrobras.com.br; Daniel Rodrigues (daniel.rodrigues@lakeshorepartners.com.br) |
| CC: | Yoshio Marcos Hashimoto; Rebeca Correa Balian; Luciana Hitomi Ferreira; Mauricio Antonio Alves da Costa; Fernando Henrique Augusto; Ri@setebr.com |
| Sent: | 5/29/2013 4:32:02 PM |
| Subject: | FIP SONDAS| Visita ao Estaleiro Keppel_06-06-2013_agenda a partir das 7h |

Aos
Quotistas do FIP Sondas
c/c Sete Brasil

Prezados,

1	Segue abaixo a agenda ajustada da Companhia, para a visita ao Estaleiro Keppel BrasFELS em Angra dos Reis/RJ, que se realizará no dia 06/jun/13:
Ponto de encontro: Sete da Sete Brasil – Rua Humaitá, 275 – Rio de Janeiro/RJ
**Horário de encontro: 07:00 horas**

O ônibus sairá do ponto de encontro impreterivelmente às **7:30 hs** e a duração da viagem é de aproximadamente 2 horas e 30 minutos.
Previsão de chegada ao estaleiro: 10 horas

Agenda da visita:
10:30 às 12:00 – apresentação sobre o BrasFels com presença de representantes do estaleiro e apresentação do CMA Petrobras.
12:00 às 13 horas – visita às instalações
13:30  - almoço
14:30 – retorno ao Rio de Janeiro
17 horas – chegada ao ponto de encontro.

Telefones para contato:	Adriana – (21) 8493-9357
	Camila – (21) 8887-0013
	Ricardo – (21) 9249-0772

2	A recomendação de vestimenta para os participantes é calça comprida e sapatos fechados sem salto.

3	Permaneço à disposição para quaisquer eventualidades.

Confidential

EIG00046164
EIG_KEP_00095123

Atenciosamente

Tania Gobatti Calça Gonçalves
Operadora de Mesa
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados
Av. Paulista, 2.300 - 11ª andar - São Paulo, SP
01310-300

---

**De:** Tania Gobatti Calca
**Enviada em:** terça-feira, 28 de maio de 2013 13:33
**Para:** 'aires@bradescobbi.com.br'; Andre Koichiro Otake; Alexandre Prates Paterniani; 'aldofloris@flbinv.com.br'; 'andrea.santichio@vale.com'; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; 'bruno.almeida@previ.com.br'; 'carolpagani@bradescobbi.com.br'; 'cjunger@flbinv.com.br'; 'cjunger@predialnet.com.br'; 'dseabra@petros.com.br'; Edna Lucia de Alencar Melo Camargo; 'fernando@bradescobbi.com.br'; 'fipsondas@petrobras.com.br'; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; 'gepar1@previ.com.br'; 'gerin@previ.com.br'; 'gilmardcw@previ.com.br'; 'gustavo.viola@petrobras.com.br'; 'ivan.hong@lakeshorepartners.com.br'; 'Jean-Daniel.Borgeaud@eigpartners.com'; 'jfmoreiraf@santander.com.br'; 'kevin.corrigan@eigpartners.com'; 'Lana.belfort@vale.com'; 'laurodeluca@flbinv.com.br'; Leonardo Calderaro da Graca Caseiro; 'leonardosansivieri@funcef.com.br'; 'lucas.martinelli@btgpactual.com'; 'luiz.reis@lakeshorepartners.com.br'; 'malbuquerque@petros.com.br'; 'marcella.sleiman@vale.com'; 'marcia.freire@vale.com'; 'marianav@funcef.com.br'; 'mhalbuquerque@santander.com.br'; 'moniqueoliveira@flbinv.com.br'; 'oderval.duarte@btgpactual.com'; 'priscilathomaz@previ.com.br'; 'procha@petros.com.br'; 'rmsantos@petros.com.br'; 'tcao@petros.com.br'; 'vcmelo@previ.com.br'; 'vitorvallim@previ.com.br'; 'vvettori@santander.com.br'; Quintella, Guto (Guto.Quintella@btgpactual.com); roseli.godoy@btgpactual.com; 'inesvieira@petrobras.com.br'; Daniel Rodrigues (daniel.rodrigues@lakeshorepartners.com.br)
**Cc:** Yoshio Marcos Hashimoto; Rebeca Correa Balian; Luciana Hitomi Ferreira; Mauricio Antonio Alves da Costa; Fernando Henrique Augusto
**Assunto:** FIP SONDAS| Visita ao Estaleiro Keppel - data 06.06.2013_contemplados

Aos
Quotistas do FIP Sondas

Prezados Senhores,

1       Conforme acordado na Reunião de 23/05, confirmamos a participação de todos os Quotistas na visita ao Estaleiro Keppel BrasFELS, em 06/06/2013, contemplando as solicitações de vagas adicionais, cujos indicados constam da planilha em anexo.

2       Por oportuno, lembramos a agenda da Companhia para este dia:

   *7:30  - saída do grupo do ponto de encontro (sede da Sete Brasil)*

   *10 horas – chegada prevista ao estaleiro*

   *10:30 às 12:00 – apresentação sobre o estaleiro com presença de representantes do estaleiro.*

   *12:00 às 13 horas – visita às instalações*

   *13:30  - almoço*

   *14:30 – retorno ao Rio de Janeiro*

   *17 horas – chegada ao ponto de encontro.*

3       Permanecemos à disposição para quaisquer eventualidades.

Atenciosamente

Confidential

Tania Gobatti Calça Gonçalves
Operadora de Mesa
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados
Av. Paulista, 2.300 - 11ª andar - São Paulo, SP
01310-300

**De:** Tania Gobatti Calca
**Enviada em:** terça-feira, 21 de maio de 2013 15:31
**Para:** 'aires@bradescobbi.com.br'; Andre Koichiro Otake; Alexandre Prates Paterniani; 'aldofloris@flbinv.com.br'; 'andrea.santichio@vale.com'; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; 'bruno.almeida@previ.com.br'; 'carolpagani@bradescobbi.com.br'; 'cjunger@flbinv.com.br'; 'cjunger@predialnet.com.br'; 'dseabra@petros.com.br'; Edna Lucia de Alencar Melo Camargo; 'fernando@bradescobbi.com.br'; 'fipsondas@petrobras.com.br'; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; 'gepar1@previ.com.br'; 'gerin@previ.com.br'; 'gilmardcw@previ.com.br'; 'gustavo.viola@petrobras.com.br'; 'ivan.hong@lakeshorepartners.com.br'; 'Jean-Daniel.Borgeaud@eigpartners.com'; 'jfmoreiraf@santander.com.br'; 'kevin.corrigan@eigpartners.com'; 'Lana.belfort@vale.com'; 'laurodeluca@flbinv.com.br'; Leonardo Calderaro da Graca Caseiro; 'leonardosansivieri@funcef.com.br'; 'lucas.martinelli@btgpactual.com'; 'luiz.reis@lakeshorepartners.com.br'; 'malbuquerque@petros.com.br'; 'marcella.sleiman@vale.com'; 'marcia.freire@vale.com'; 'marianav@funcef.com.br'; 'mhalbuquerque@santander.com.br'; 'moniqueoliveira@flbinv.com.br'; 'oderval.duarte@btgpactual.com'; 'priscilathomaz@previ.com.br'; 'procha@petros.com.br'; 'rmsantos@petros.com.br'; 'tcao@petros.com.br'; 'vcmelo@previ.com.br'; 'vitorvallim@previ.com.br'; 'wettori@santander.com.br'
**Cc:** Yoshio Marcos Hashimoto; Rebeca Correa Balian; Luciana Hitomi Ferreira; Mauricio Antonio Alves da Costa; Alexandre Pereira do Nascimento; Paula Cunha de Oliveira; Alberto Daniel Araujo da Silva
**Assunto:** RES: FIP SONDAS| Visita ao Estaleiro Keppel - data 06.06.2013_3 vagas adicionais

Por oportuno, segue a planilha com os participantes indicados.

Tania Gobatti Calça Gonçalves
Operadora de Mesa
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados
Av. Paulista, 2.300 - 11ª andar - São Paulo, SP
01310-300

**De:** Tania Gobatti Calca
**Enviada em:** terça-feira, 21 de maio de 2013 15:28
**Para:** 'aires@bradescobbi.com.br'; Andre Koichiro Otake; Alexandre Prates Paterniani; 'aldofloris@flbinv.com.br'; 'andrea.santichio@vale.com'; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; 'bruno.almeida@previ.com.br'; 'carolpagani@bradescobbi.com.br'; 'cjunger@flbinv.com.br'; 'cjunger@predialnet.com.br'; 'dseabra@petros.com.br'; Edna Lucia de Alencar Melo Camargo; 'fernando@bradescobbi.com.br'; 'fipsondas@petrobras.com.br'; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; 'gepar1@previ.com.br'; 'gerin@previ.com.br'; 'gilmardcw@previ.com.br'; 'gustavo.viola@petrobras.com.br'; 'ivan.hong@lakeshorepartners.com.br'; 'Jean-Daniel.Borgeaud@eigpartners.com'; 'jfmoreiraf@santander.com.br'; 'kevin.corrigan@eigpartners.com'; 'Lana.belfort@vale.com'; 'laurodeluca@flbinv.com.br'; Leonardo Calderaro da Graca Caseiro; 'leonardosansivieri@funcef.com.br'; 'lucas.martinelli@btgpactual.com'; 'luiz.reis@lakeshorepartners.com.br'; 'malbuquerque@petros.com.br'; 'marcella.sleiman@vale.com'; 'marcia.freire@vale.com'; 'marianav@funcef.com.br'; 'mhalbuquerque@santander.com.br'; 'moniqueoliveira@flbinv.com.br'; 'oderval.duarte@btgpactual.com'; 'priscilathomaz@previ.com.br'; 'procha@petros.com.br'; 'rmsantos@petros.com.br'; 'tcao@petros.com.br'; 'vcmelo@previ.com.br'; 'vitorvallim@previ.com.br'; 'wettori@santander.com.br'
**Cc:** Yoshio Marcos Hashimoto; Rebeca Correa Balian; Tania Gobatti Calca; Luciana Hitomi Ferreira; Mauricio Antonio Alves da Costa; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; Paula Cunha de Oliveira; Alberto Daniel Araujo da Silva
**Assunto:** FIP SONDAS| Visita ao Estaleiro Keppel - data 06.06.2013_3 vagas adicionais

Confidential

EIG00046166
EIG_KEP_00095125

Prezados Senhores,

1    Servimo-nos desta mensagem para a realização da visita ao Estaleiro Keppel, no Rio de Janeiro, em 06/06/2013.

1.1    Para fechamento da agenda, solicita-se confirmação dos participantes indicados (aqueles que não indicaram uma pessoa específica, por gentileza nos informar o nome, nº do documento, telefone de contato, tamanho de roupa e sapato), até amanhã, 22/05.

2    Frise-se que a Companhia disponibilizou 3 (três) vagas adicionais, cujo preenchimento será decidido na Reunião Quinzenal de 23/05, juntamente com eventuais sobras da lista anexa.

3    Permanecemos à disposição para quaisquer eventualidades.

Atenciosamente

Tania Gobatti Calça Gonçalves
Operadora de Mesa
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados
Av. Paulista, 2.300 - 11ª andar - São Paulo, SP
01310-300

---

**De:** Tania Gobatti Calca
**Enviada em:** quinta-feira, 2 de maio de 2013 19:50
**Para:** 'aires@bradescobbi.com.br'; Andre Koichiro Otake; Alexandre Prates Paterniani; 'aldofloris@flbinv.com.br'; 'andrea.santichio@vale.com'; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; 'cjunger@flbinv.com.br'; 'cjunger@predialnet.com.br'; 'dseabra@petros.com.br'; Edna Lucia de Alencar Melo Camargo; 'fernando@bradescobbi.com.br'; 'fipsondas@petrobras.com.br'; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; 'gepar@previ.com.br'; 'gerin@previ.com.br'; 'gustavo.viola@petrobras.com.br'; 'ivan.hong@lakeshorepartners.com.br'; 'Jean-Daniel.Borgeaud@eigpartners.com'; 'jefferson.andrade@previ.com.br'; 'jfmoreiraf@santander.com.br'; 'jserra@petros.com.br'; 'kevin.corrigan@eigpartners.com'; 'Lana.belfort@vale.com'; 'laurodeluca@flbinv.com.br'; Leonardo Calderaro da Graca Caseiro; 'leonardosansivieri@funcef.com.br'; 'lucas.martinelli@btgpactual.com'; 'luiz.reis@lakeshorepartners.com.br'; 'malbuquerque@petros.com.br'; 'marcella.sleiman@vale.com'; 'marcia.freire@vale.com'; 'marianav@funcef.com.br'; 'mhalbuquerque@santander.com.br'; 'moniqueoliveira@flbinv.com.br'; 'oderval.duarte@btgpactual.com'; 'priscilathomaz@previ.com.br'; 'procha@petros.com.br'; 'rmsantos@petros.com.br'; 'tcao@petros.com.br'; 'vcmelo@previ.com.br'
**Cc:** Yoshio Marcos Hashimoto; Rebeca Correa Balian; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; Paula Cunha de Oliveira
**Assunto:** FIP SONDAS| Visita ao Estaleiro Keppel - data 06.06.2013_solicita confirmação até 03/05/2013
**Prioridade:** Alta

Prezados Senhores,

1    Considerando que houve alteração da data da visita ao Estaleiro Keppel para dia 06/06, bem como que há necessidade de confirmação dos interessados para que a Companhia tome as providências cabíveis e, sobrando vagas, sejam as mesmas possam ser destinadas a outros quotistas que assim o requereram, segue planilha com os participantes até o momento indicados.

2    Aos quotistas que ainda não confirmaram a presença ou que não tem intenção de participar da referida visita, solicita-se confirmar até amanhã, 03/05/2013.

3    Permaneço à disposição para quaisquer eventualidades.

Atenciosamente

Tania Gobatti Calça Gonçalves
Operadora de Mesa
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados

Av. Paulista, 2.300 - 11ª andar - São Paulo, SP
01310-300

---

**De:** Tania Gobatti Calca
**Enviada em:** sexta-feira, 19 de abril de 2013 17:47
**Para:** 'aires@bradescobbi.com.br'; Andre Koichiro Otake; Alexandre Prates Paterniani; 'aldofloris@flbinv.com.br'; 'andrea.santichio@vale.com'; Bruno Lanzelotte Chmatalik; Cassio Viana de Jesus; 'cjunger@flbinv.com.br'; 'cjunger@predialnet.com.br'; 'dseabra@petros.com.br'; Edna Lucia de Alencar Melo Camargo; 'fernando@bradescobbi.com.br'; 'fipsondas@petrobras.com.br'; Flavio Eduardo Arakaki; GEAFE02 - Governança; GEAFE GN Gestão de Fundos Estruturados; 'gepar@previ.com.br'; 'gerin@previ.com.br'; 'gustavo.viola@petrobras.com.br'; 'ivan.hong@lakeshorepartners.com.br'; 'Jean-Daniel.Borgeaud@eigpartners.com'; 'jefferson.andrade@previ.com.br'; 'jfmoreiraf@santander.com.br'; 'jserra@petros.com.br'; 'kevin.corrigan@eigpartners.com'; 'Lana.belfort@vale.com'; 'laurodeluca@flbinv.com.br'; Leonardo Calderaro da Graca Caseiro; 'leonardosansivieri@funcef.com.br'; 'lucas.martinelli@btgpactual.com'; 'luiz.reis@lakeshorepartners.com.br'; 'malbuquerque@petros.com.br'; 'marcella.sleiman@vale.com'; 'marcia.freire@vale.com'; 'marianav@funcef.com.br'; 'mhalbuquerque@santander.com.br'; 'moniqueoliveira@flbinv.com.br'; 'oderval.duarte@btgpactual.com'; 'priscilathomaz@previ.com.br'; 'procha@petros.com.br'; 'rmsantos@petros.com.br'; 'tcao@petros.com.br'; 'vcmelo@previ.com.br'
**Cc:** Yoshio Marcos Hashimoto; Rebeca Correa Balian; Fernando Henrique Augusto; Alexandre Pereira do Nascimento; Paula Cunha de Oliveira
**Assunto:** FIP SONDAS| Visita ao Estaleiro Keppel - alteração de data - Dia 06.06.2013

Aos
Quotistas do FIP Sondas

Prezados Senhores,

1   Conforme informado ontem na reunião quinzenal, vimos pela presente encaminhar mensagem da Companhia indicando a alteração da data da visita ao Estaleiro Keppel.

2   Segue anexa a planilha com as manifestações recebidas até o momento, quando a visita ocorreria em 23/05.
   2.1   Neste sentido, solicito aos senhores que se manifestem se os indicados até o momento participarão da visita a realizar-se em 06 de junho, e aos que ainda não se manifestaram que indiquem ao menos o interesse em participar, para caso não tenham interesse, tal vaga seja direcionada aos demais convidados.

3   Permaneço no aguardo de respostas o mais breve possível para dar conhecimento à Companhia, conforme requerido por ela.

Atenciosamente,

Tania Gobatti Calça Gonçalves
Operadora de Mesa
(11) 2159-7261

CAIXA ECONÔMICA FEDERAL
GN Desenvolvimento de Fundos Estruturados
Av. Paulista, 2.300 - 11ª andar - São Paulo, SP
01310-300

---

**De:** Relacionamento com Investidores . [mailto:ri@setebr.com]
**Enviada em:** terça-feira, 16 de abril de 2013 11:17
**Para:** Tania Gobatti Calca; GEDEF - GN Desenvolvimento de Fundos Estruturados
**Cc:** ri@setebr.com; Adriana Chagastelles; Humberto Fajardo; Jose Pinheiro; Eduardo Musa
**Assunto:** ENC: Visita ao Estaleiro Keppel - alteração de data - Dia 06.06.2013

Prezada Tania,

Fomos informados hoje pela manhã que a data de 23/05 para visita dos acionistas ao Estaleiro Keppel é sensível pois é próxima da negociação do Acordo Trabalhista e existe possibilidade de ocorrer greve no Estaleiro. Dessa forma, gostaríamos de transferir a data da visita para a próxima agenda com acionistas, dia 06/06/2013.

Confidential

EIG00046168
EIG_KEP_00095127

O cronograma de horários da visita se mantem inalterado.



Camila Hoehl Coelho de Souza
RI
Tel./Fax: +55 21 2528-0080
camila.souza@setebr.com
www.setebr.com
Rua do Humaitá, 275  13º andar  Humaitá

---

**De:** Relacionamento com Investidores . [mailto:ri@setebr.com]
**Enviada em:** terça-feira, 9 de abril de 2013 17:51
**Para:** Tania Calca; gedef@caixa.gov.br
**Cc:** ri@setebr.com; Adriana Chagastelles; Ricardo Castro; Jose Pinheiro; Humberto Fajardo
**Assunto:** Visita ao Estaleiro Keppel - Dia 23.05.2013

Prezada Tania,

Conforme solicitado por alguns acionistas, estamos providenciando o agendamento de uma visita ao Estaleiro BrasFels, em Angra dos Reis. Propomos que a visita seja realizada no dia 23/05/2013, dia já reservado ao encontro de acionistas.

Para que a visita seja melhor aproveitada, a agenda sugerida pela equipe de engenharia da Sete Brasil é a seguinte:

7:30 - saída do grupo do ponto de encontro (sede da Sete Brasil)

10 horas – chegada prevista ao estaleiro

10:30 às 12:00 – apresentação sobre o estaleiro com presença de representantes do estaleiro.

12:00 às 13 horas – visita às instalações

13:30 - almoço

14:30 – retorno ao Rio de Janeiro

17 horas – chegada ao ponto de encontro.

Em função da logística para a visita será disponibilizada uma vaga para cada representante dos Cotistas do FIP Sondas. Desta forma, solicito que nos seja encaminhada planilha anexa devidamente preenchida para que possamos providenciar os equipamentos de segurança e depois preparativos.

Atenciosamente,



Camila Hoehl Coelho de Souza
RI
Tel./Fax: +55 21 2528-0080
camila.souza@setebr.com
www.setebr.com
Rua do Humaitá, 275  13º andar  Humaitá

Confidential

**Confidential**

**EIG00046170**
**EIG_KEP_00095129**