**KEPPEL OPP'N EXH. 108**

| | |
|---|---|
| **From:** | Blair Thomas </O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=R. BLAIR THOMAS> |
| **To:** | Niranjan Ravindran; Derek Lemke |
| **CC:** | Kristina Lal; Marcel Abe; Gabriel Meira |
| **Sent:** | 2/18/2015 9:12:35 AM |
| **Subject:** | RE: Sete Brasil |
| **Attachments:** | 2015-02-18 Sete Brasil Update.pptx |

Update response attached.



**GLOBAL ENERGY PARTNERS**

R. Blair Thomas  >  Chief Executive Officer  >  blair.thomas@eigpartners.com

1700 Pennsylvania Ave. NW  >  Suite 800  >  Washington, DC 20006  >  (o) 202.600.3301  >  (f) 202.600.3401

The information contained in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient of this email, please promptly notify the sender that you have received it and delete all copies of this email along with all attachments.

**From:** Niranjan Ravindran
**Sent:** Tuesday, February 17, 2015 9:35 AM
**To:** Blair Thomas; Derek Lemke
**Cc:** Kristina Lal; Marcel Abe; Gabriel Meira
**Subject:** RE: Sete Brasil

Blair-

Attached is a draft of our response to Adico for your review.

Thanks

**From:** Derek Lemke
**Sent:** Tuesday, February 17, 2015 9:14 AM
**To:** Niranjan Ravindran
**Cc:** Kristina Lal; Marcel Abe; Gabriel Meira
**Subject:** RE: Sete Brasil

Niranjan,

I think this is fine and responsive but would go ahead and add the final bullet point. No need to do it separately. Please forward to Blair for his review.

D

Confidential

EIG00010948

EIG_KEP_00134490

**From:** Niranjan Ravindran
**Sent:** Monday, February 16, 2015 4:18 PM
**To:** Derek Lemke
**Cc:** Kristina Lal; Marcel Abe; Gabriel Meira
**Subject:** RE: Sete Brasil

Derek-

Attached is a high level response to the questions posed by Adico.

The only question that is not addressed is the last question – "How many vessels does EIG expect can be sustained going forward given potential changes/push-backs in the drilling programme?" My answer to this is that currently our expectation is that all 29 rigs will be delivered and used in the pre-salt program as the pre-salt programs are still economic, just not the huge cash cows there were at $100 oil. This may be best included in the cover email.

Please let me know your thoughts, and if you think we should expand upon the answers herein. Wanted to make sure you were comfortable before forwarding to Blair.

Thanks

Niranjan

**From:** Derek Lemke
**Sent:** Thursday, February 12, 2015 10:42 PM
**To:** Niranjan Ravindran
**Subject:** Re: Sete Brasil

Mid week next week at the latest.

D

Derek Lemke-von Ammon
(415) 810-2780

On Feb 12, 2015, at 7:40 PM, Niranjan Ravindran <Niranjan.Ravindran@eigpartners.com> wrote:

Derek, the Brazil team has gone completely silent on me. Assume they are busy with Blair. Do you have a timing for a response to Abu Dhabi?

**From:** Derek Lemke
**Sent:** Thursday, February 12, 2015 10:59 AM
**To:** Blair Thomas
**Cc:** Niranjan Ravindran; Kevin Lowder; Marcel Abe
**Subject:** Re: Sete Brasil

Ok

Derek Lemke-von Ammon
(415) 810-2780

On Feb 12, 2015, at 9:42 AM, Blair Thomas <Blair.Thomas@eigpartners.com> wrote:

Please do not send anything without me reviewing first.

Confidential

EIG00010949
EIG_KEP_00134491

Sent from my iPhone

On Feb 12, 2015, at 11:27 AM, Derek Lemke <Derek.Lemke@eigpartners.com> wrote:

I know you guys are tied up with Prumo but getting a comprehensive answer pulled together is a priority given Blair's planned visit. Niranjan, will you coordinate?

D

Derek Lemke-von Ammon
(415) 810-2780


Begin forwarded message:

**From:** Dhruv Narain <dnarain@adcouncil.ae>
**Date:** February 12, 2015 at 6:57:03 AM CST
**To:** "Derek Lemke (Derek.Lemke@eigpartners.com)" <Derek.Lemke@eigpartners.com>
**Cc:** "Blair Thomas (Blair.Thomas@eigpartners.com)" <Blair.Thomas@eigpartners.com>, Ahmed Ateeq Al Mazrouei <amazrouei@adcouncil.ae>, Syhem Messai <smessai@adcouncil.ae>, David Emes <demes@adcouncil.ae>, Ghalya Yousef Alabdulla <galabdulla@adcouncil.ae>
**Subject: Sete Brasil**

Hi Derek,

Thanks very much to Blair and yourself for addressing Sete on the call yesterday. This was very helpful and greatly appreciated given the publicity around the situation.

We are currently undertaking an in-depth risk analysis of our portfolio and have to present our findings to IC on the 23rd (conveniently, 4 hours after we see Blair!). Given the level of publicity on Petrobras and Sete, we anticipate considerable discussion on this. To that end, we would be very grateful if you would be able to answer some specific questions on Sete please. I understand that many of these may be difficult to answer at this stage but we would appreciate your estimates to the extent possible so that we will be able to provide a full picture as possible:

1. Please can you provide the latest timing estimate of construction completion by shipyard and vessel (latest estimate versus original plan).
2. Please can you provide the original, current and expected sources and uses table.
3. What is the total amount of loans (with tenors) outstanding?
4. We understand there is a R5bn equity guarantee from the Government – is this the same as the 'FGCN' (Fund to Guarantee Naval Construction) which was to be created and made available by the Government to reimburse the senior lenders in case of delays or cost overruns?
5. Do you have an estimate of the current financial impact from the delays in the L-T financing, delays in the construction, any penalties imposed upon Sete etc? What level of valuation mark-down should we expect?
6. How many vessels does EIG expect can be sustained going forward given potential changes/push-backs in the drilling programme?

Thanks very much,

Warm Regards,

Dhruv

**Dhruv Narain**
Principal

**Confidential**                                                                                                     EIG00010950
                                                                                                                      EIG_KEP_00134492

Global Infrastructure & Natural Resources

P.O. Box 61999, Abu Dhabi
United Arab Emirates
Phone: +971 2 6115811; Mobile: +971 506410121
dnarain@adcouncil.ae; www.adcouncil.ae

> untitled

IMPORTANT: This email and any files transmitted with or attached to it (this Email) are confidential and privileged and intended solely for the use of the individual or entity to whom they are addressed. This Email may be read, copied and used only by the intended recipients, and must not be re-transmitted in an amended form without the consent of the sender. Any unauthorized use of the information contained in this Email is strictly prohibited. If this Email is received in error, please notify the sender promptly, delete the material from your computer systems and other records and do not use, copy, or disclose the contents of this Email for the benefit of yourself or any third person. All e-mails to anyone @adcouncil.ae are communications to the Abu Dhabi Investment Council (the Council) and not private or confidential to any named individual. Furthermore this email represents the opinions of the sender and not necessarily those of the Council. Although the Council has taken reasonable precautions to ensure that no viruses are present in this email, the Council accepts no responsibility for any loss or damage arising from the use of this Email or for any errors or omissions in the content of this Email caused by electronic or technical failure.

# Sete Brazil





**CONFIDENTIAL - NOT FOR DISTRIBUTION**

Confidential

EIG00010952

EIG_KEP_00134494

# Vessel Construction



- As of October 2014, actual construction progress at 23.0% vs. planned 26.6%



| Operator | Shipyard | Charter Date | Expected CoD | Δ (months) |
|---|---|---|---|---|
| OAS ETESCO | Rio Grande | Aug-16 | Jan-17 | -4.9 |
| | Rio Grande | Feb-18 | Aug-17 | 6.3 |
| | Rio Grande | Oct-18 | Jun-18 | 3.7 |
| | Enseada | Feb-20 | Jun-19 | 7.8 |
| Atlas | Enseada | Oct-20 | Jan-20 | 8.5 |
| PETROBRAS | Jurong | Jun-15 | Dec-15 | -6.2 |
| | EAS | Mar-16 | Jan-17 | -10.6 |
| | EAS | Nov-16 | May-17 | -6.1 |
| | EAS | Jul-17 | Sep-17 | -1.8 |
| | EAS | Mar-18 | Jan-18 | 2.2 |
| Petrobras Netherlands B.V. | EAS | Nov-18 | Aug-18 | 2.3 |
| | EAS | Jul-19 | Dec-18 | 6.4 |
| ODFJELL | Jurong | Jul-16 | Oct-16 | -3.1 |
| | Jurong | Jan-18 | Dec-17 | -1.3 |
| | Jurong | Jan-20 | Mar-19 | 10.1 |
| Seadrill | Jurong | May-17 | Mar-17 | 1.7 |
| | Jurong | May-19 | Sep-18 | 8.3 |
| | Jurong | Sep-20 | Jan-20 | 8.4 |
| Seadrill (ex-Petroserv) | Brasfels | May-17 | Jan-17 | 3.7 |
| | Brasfels | Sep-18 | Apr-18 | 5.3 |
| OOG ODEBRECHT | Enseada | Aug-16 | May-17 | -9.3 |
| | Enseada | Jun-17 | Feb-18 | -8.1 |
| | Enseada | Oct-18 | Oct-18 | -0.1 |
| | Enseada | Jun-19 | Dec-18 | 6.1 |
| | Brasfels | Jan-20 | Aug-19 | 5.2 |
| queiroz galvão | Brasfels | Jul-16 | Feb-16 | 5.2 |
| | Brasfels | Jan-18 | Aug-17 | 5.3 |
| | Brasfels | May-19 | Dec-18 | 5.2 |
| To be defined | EAS | N/A | Aug-19 | |

Source: Company report released on Nov 25, 2014.

CONFIDENTIAL - NOT FOR DISTRIBUTION

Confidential

EIG00010953

EIG_KEP_00134495

# Sources & Uses



- Sources & Uses at EIG investment

**Original S&U Table for Sete Brasil Project (29 DRU's)**

| Sources | US$ | % | Uses | US$ | % |
|---|---|---|---|---|---|
| EPC contracts | 20.99 | 82% | BNDES | 12.75 | 50% |
| FX variation of EPC contract | 1.56 | 6% | ECAs | 5.10 | 20% |
| Pre-operational costs | 0.97 | 4% | Others (Finisa/Bonds/others) | 2.55 | 10% |
| Contingencies | 0.72 | 3% | **Total Debt** | **20.40** | **80%** |
| CMA - Petrobras | 0.71 | 3% | | | |
| Insurance | 0.24 | 1% | | | |
| FGCN | 0.15 | 1% | | | |
| Financing costs | 0.16 | 1% | Equity Sete Brasil | 3.37 | 13% |
| | | | Equity Class B | 0.81 | 3% |
| | | | FI-FGTS | 0.93 | 4% |
| | | | **Total Equity** | **5.10** | **20%** |
| **TOTAL** | **25.50** | **100%** | **TOTAL** | **25.50** | **100%** |

- Updated Sources & Uses

**Expected S&U Table for Sete Brasil Project (29 DRU's)**

| Sources | US$ | % | Uses | US$ | % |
|---|---|---|---|---|---|
| EPC contracts | 22.57 | 86% | BNDES | 9.12 | 35% |
| Adjustments to EPC contracts | 4.21 | 16% | FMM | 4.31 | 16% |
| FX variation of EPC contract | -5.46 | -21% | ECAs | 0.55 | 2% |
| Pre-operational costs | 1.63 | 6% | Bancos Comercais | 2.17 | 8% |
| Contingencies | 0.56 | 2% | BB Facility | 1.04 | 4% |
| CMA - Petrobras | 0.48 | 2% | FINISA | 1.52 | 6% |
| CMA - Operators | 0.43 | 2% | Others (Finisa/Bonds/others) | 0.90 | 3% |
| CMA - Sete Brasil | 0.10 | 0% | **Total Debt** | **19.60** | **74%** |
| Insurance | 0.47 | 2% | | | |
| FGCN | 0.19 | 1% | Others | 0.01 | 0% |
| Financing costs | 1.09 | 4% | Equity Sete Brasil | 4.776 | 18% |
| | | | Equity Class B | 1.085 | 4% |
| | | | FI-FGTS | 0.9 | 3% |
| G&A and others | 0.06 | 0% | **Total Equity** | **6.71** | **25%** |
| Cash | 0.01 | 0% | | | |
| **TOTAL** | **26.32** | **100%** | **TOTAL** | **26.32** | **100%** |

CONFIDENTIAL - NOT FOR DISTRIBUTION

# Sete Brazil Update



## Bridge Loans

- The Company currently has 6 Bridge Loan Facilities in place with 9 financial institutions totaling US$4.9 billion. All the Bridge Loans mature between February and May 2015. The Company is in the process of seeking to extend the Bridge Loans

## Long-Term Financing

- Recent issues at Petrobras has resulted in delays to the long term financing as lenders including BNDES continue to evaluate the situation
- Potential impact include:
  - Potential call of the remaining committed capital over the next months (earlier than anticipated)
  - Delay in payments to shipyards due to the lack of funds
  - Penalties payable to the shipyards/suppliers
  - Increased financial expenses (bridge loans) during construction
  - Decreased IRR

## FGCN: Government Guarantee

  - 50% of the principal of each financing transaction guaranteed by the FGCN

CONFIDENTIAL - NOT FOR DISTRIBUTION

Confidential

EIG00010955

EIG_KEP_00134497

# Sete Brazil Update



## EIG Expectation

- The Petrobras corruption scandal has paralyzed key aspects of the industry and makes it difficult to predict how things will ultimately be resolved. Sete, in our view, is a victim of fraud, although few parties in Brazil seem to have clean hands.

- The fundamental reason for the creation of Sete – to facilitate the construction and financing of deepwater drillships for use by Petrobras, and capitalizing those assets in an off-balance sheet format – is as strong today as the day that Sete was formed. As such, and reflecting the fact that multiple drillships are in advancing stages of construction, it seems reasonable to assume that some form of political solution will be reached that frees Sete to complete it's mission.

- A key structural protection at the time of the investment was the involvement of "Brazil Inc.", meaning Petrobras, key pension plans and financial institutions and shipyards that currently employ 180,000 Brazilians. The current crisis will test whether this protection is adequate.

- One outcome currently under discussion is a right-sizing of the key contracts (both construction and charter) which would involve impairments by all involved, a reduction in the number of ships to be delivered (20 being a reasonable target) and the provision of long-term financing by BNDES. It is too early to tell whether this, or other, solutions will be possible in the current political climate.

**CONFIDENTIAL - NOT FOR DISTRIBUTION**