**KEPPEL OPP'N EXH. 109**

# Sete Brasil

## Discussion Materials



July 27, 2015

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

1

EIG00010970

EIG_KEP_00134861

# Restructuring Plan Highlights
## Restructuring Plan Development



**EIG**
**GLOBAL ENERGY PARTNERS**

**Restructuring Plan aims to right-size company's portfolio based on the following assumptions:**

### Key Assumptions Underlying Restructuring Plan

- $ 1.3 B new money

- Sale of 4 DRU's under construction at EEP shipyard and cancellation of 10 DRU's

- Final portfolio of 15 DRU's to be owned by Sete Brasil after restructuring with revised COD

- Repayment of 30% of outstanding bridge loans in 2015 and no debt conversion to equity

- 70% of bridge loans becomes LT senior financing

- LT financing for phase 1 from BB and CEF ($ 4.4 B)

- Sete Brasil becoming operator of the DRU's

### Restructuring Plan Phases

| Phase 1 | Phase 2 | Phase 3 |
|---|---|---|
| • **# of DRU's: 9**    Keppel FELS Brasil<br>  — BrasFels: 4<br>  — Jurong: 5<br>• **Financing Strategy**<br>  — BB and CEF for LT financing | • **# of DRU's: 4**    Keppel FELS Brasil<br>  — BrasFels: 2<br>  — Jurong: 2<br>• **Financing Strategy**<br>  — Shipyards would finance construction directly with senior lenders (Asian banks)<br>  — EPC contracts assume delivery payment | • **# of DRU's: 2**    RioGrande<br>  — ERG: 2 (condition required by BB and CEF on the restructuring plan)<br>• **Financing Strategy**<br>  — Shipyard restructuring, then Sete to raise senior debt for 2 units |

Source: Sete Brasil Restructuring Plan, presented to shareholders on May 6, 2015.

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

2

**Confidential**

EIG00010971

EIG_KEP_00134862

# Key Stakeholders Involved in the Restructuring Plan
## Highlights



1. Most of creditors are exposed to equity risk in Sete and / or credit risk from shipyards
2. Creditors are partially protected on SETE by FGCN (50% of Sete's debt position)
3. Some DRU's have significant "trapped equity" – accounted as Intercompany Loans. If these specific DRU's receive LT financing, equity may be released to Sete Brasil
   - More than $ 200 M to be potentially released from ERG DRU's if Phase 3 materializes



### Shareholders

| Shareholder | Current Stake[1] | Current Exposure | Proportional New Equity[2] |
|---|---|---|---|
| BTG Pactual | 26.2% | 951.8 | 336 |
| Petros | 16.8% | 609.4 | 215 |
| Funcef | 16.8% | 609.4 | 215 |
| Petrobras | 9.4% | 340.4 | 120 |
| FI-FGTS | 7.7% | 280.4 | 99 |
| Santander | 6.1% | 221.5 | 78 |
| EIG | 6.0% | 221.1 | 78 |
| Luce Venture | 3.4% | 123.0 | 43 |
| Bradesco | 3.0% | 110.6 | 39 |
| Valia | 2.4% | 88.4 | 31 |
| Previ | 2.2% | 79.6 | 28 |
| Lakeshore | 0.0% | 1.8 | 1 |
| **TOTAL** | **100.0%** | **3,637** | **1,284** |

69%

Note:
(1) Assuming direct and indirect stakes in Sete Brasil
(2) Assuming average FX rate for illustrative purposes. Capital commitment in Brazilian Reais

### Shipyards

Sete is the only client

**BrasFELS (6 DRU's)** — Keppel FELS Brasil
- Best performing shipyard
- Owned by Keppel Fels (Singapore) (100%)
- Keeping construction of DRU's

**Jurong (7 DRU's)**
- Good performance
- Owned by SembCorp Marine (Singapore) (100%)
- Cooperating with the Restructuring Plan
- Keeping construction of DRU's

**EEP – Enseada (6 DRU's)** — EEP
- Significant construction delays
- Shipyard depends on the deal with Kawasaki
- Owned by Odebrecht (35%), Kawasaki (30%), OAS and UTC (17.5% each)
- 4 DRU's expected to be sold by Sete Brasil to EEP and 2 DRU's to be cancelled

**ERG - Rio Grande (3 DRU's)** — RioGrande
- Construction stopped and technically bankrupt
- Owned by Engevix (75%) and Mitsubishi (25%)
- 2 DRU's to be considered for the Phase Shipyard undergoing corporate restructuring

**EAS – Atlantico Sul (7 DRU's)** — Atlântico Sul
- Construction stopped
- Owned by Camargo Correa, Queiroz Galvão and JMU (33% each)
- All (7) EPC contracts to be cancelled
  - Sete will pay $ [200 – 300] M to cancel all contracts

### Creditors

**Debt Position – Breakdown by institution**

| Institutions | Amount | (%) |
|---|---|---|
| 1. Banco do Brasil: | $ 1,277 M | 30% |
| 2. FI-FGTS (CEF): | R$ 2,581 M | 19% |
| 3. Itaú BBA: | $ 694 M | 16% |
| 4. Santander: | $ 506 M | 12% |
| 5. Bradesco: | $ 506 M | 12% |
| 6. CEF: | $ 415 M | 10% |
| 7. Luce: | $ 47 M | 1% |

☐ Banks expected to provide LT financing
- Direct exposure to Sete: $ 1.7 B

☐ Directly exposed to equity risk
- Direct exposure to Sete: $ 1.9 B

**Operational Liabilities**

| | |
|---|---|
| Shipyards: | $1,163 |
| CMA Petrobras: | $30 |
| CMA Operators: | $14 |
| **Total** | **$ 1.2 B** |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

3

EIG00010972

EIG_KEP_00134863

# Preliminary Financial Results
## Assumes Company's Restructuring Plan / New Investor

EIG
GLOBAL ENERGY PARTNERS





Source: Sete Brasil Financial Model and Internal Analysis

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential

EIG00010973

EIG_KEP_00134864



# Sete Brasil
# Potential Developments

| Potential Scenarios | Comments |
|---|---|
| **Sale of Assets for Operators** | 1. Minimum or no additional equity to be required from shareholders<br>2. Feasible alternative for discussion with Petrobras and current LT financing providers<br>3. After assets sale, Sete Brasil would not exist or would be significantly reduced with no more than 5 DRU's<br>4. Potential significant write-off for shareholders<br>5. Key challenge is internal negotiation among shareholders |
| **Sete In Partnership with Operators** | 1. Requires at least $ 1.3 B new equity<br>  – At least $ 210 M from current shareholders<br>2. Sete would need to partner with at least 3 operators<br>3. Expected significant dilution for current shareholders that do not participate in capital raise<br>4. Key challenge is to bring operators for the project and raise additional equity |
| **Bankruptcy** | 1. At least 2 shipyards closed (EEP, Jurong) and significant decrease in Brazilian naval workforce<br>2. Sete's assets used to repay current loans and operational payments due since Nov'14<br>3. Shareholders' litigation against Petrobras |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

5

EIG00010974

EIG_KEP_00134865



# Appendix

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

6

Confidential

EIG00010975

EIG_KEP_00134866

# Summary of Current Situation



**EIG**
GLOBAL ENERGY PARTNERS

| | |
|---|---|
| **Background** | <ul><li>Since Jul'14, Sete Brasil has been undergoing several issues to raise long term financing and in Dec'14 Sete has ceased payments to shipyards and called the remaining committed capital from shareholders (reaching R$ 8.3 B)<ul><li>Sete did not finalize the negotiation of the operational agreements (AMA's) required to obtain long term financing</li><li>After release of the Car Wash allegations from a former Sete executive BNDES decided not to provide financing</li></ul></li><li>On April 1st 2015 Sete Brasil signed a standstill agreement with key stakeholders in order to draft a restructuring plan for the project and to avoid being executed by creditors and shipyards<ul><li>Standstill agreement remains valid until Aug 14th</li></ul></li></ul> |

| | |
|---|---|
| **Restructuring Plan** | <ul><li>Restructuring plan still subject to approval from key stakeholders</li><li>Company expects final approval by September</li><li>Restructuring plan requires $ 1.3 B in new additional equity<ul><li>Company expects to raise most of the required additional equity from new shareholders (potentially Asian investors) by Nov'2015</li><li>However, in order to implement 1st step of the plan, Sete Brasil needs additional capital injection of $ 210 M</li></ul></li></ul> |

| | |
|---|---|
| **Capital Raising Process** | <ul><li>On June 18th, Sete Brasil has notified its shareholders about the additional equity commitment ($ 210 M / EIG's stake: $ 12 M) required for the Company to implement the 1st phase of the restructuring plan</li></ul> |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

7

EIG00010976

EIG_KEP_00134867

# Developments Before Standstill Agreement
## Background


**EIG**
GLOBAL ENERGY PARTNERS

| September - October 2014 | November - December 2014 | January – March 2015 |
|---|---|---|

**Continued delays in LT financing**

1. On Oct 2014 management was estimating senior financing disbursement in Dec

2. Less favorable financing conditions under discussion, impact in shareholders' IRR started to be discussed with the Company

3. Negotiations with Operators on going and Seadrill willing to substitute Petroserv in 3 DRU's

4. Negotiations with Banco do Brasil for an additional bridge loan to support the company payments to shipyards in Nov 2014

5. Sete Brasil difficult financial situation started to show up on national newspapers

**Car Wash operation became public and short-term liquidity problems arising.**

1. Seaworthy (Etesco / OAS) operator exercised its put option in 3 units (under construction in Rio Grande shipyard)

2. On Nov 14th, Federal Police announced the 2nd phase of Car Wash Operation, to investigate corruption scheme involving Petrobras and the largest Brazilian construction companies

3. Due to the Car Wash operation allegations, further actions / documents have been required by BNDES from Sete Brasil and from shipyards as a condition for closing of senior financing

4. On Nov 25th, Sete Brasil started to postpone payments to shipyards

5. Sete ended Dec 2014 with a capital call reaching 100% shareholders' committed capital

**Sete Brasil is linked to Car Wash Operation and facing short-term liquidity problems and risks on long-term financing execution**

1. 2nd week of Jan: PBR has cancelled the extension of 2 rigs from Seadrill, which threatened to cancel contracts with Sete (2 DRU's from 1st batch)

2. UKEF did not accept anticorruption declaration from PBR – decreasing in $200M expected LT financing

3. On Feb 4th, Graça Foster and 5 PBR directors resigned, without signing Sete Brasil AMA

4. On Feb 5th, Pedro Barusco's plea bargain involved Sete former CEO and two directors, exacerbating company's LT financing discussions

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential

EIG00010977

EIG_KEP_00134868

# Highlights of the Cooperation Agreement Signed by Shareholders, Petrobras and Sete



**EIG**
GLOBAL ENERGY PARTNERS

## Background

| Topic | Discussion |
|---|---|
| DRU's | • 1st system DRU's are the main purpose of the Cooperation Agreement |
| Focus | • Protect Sete Brasil returns from two specific issues:<br>  1 – Deteriorated financing conditions from BNDES and commercial banks<br>  2 – Change orders required / authorized by Petrobras |
| Charter Rate Compensation | • Any change in charter rates to compensate Sete Brasil and Petrobras returns should be implemented only after execution of senior financing |
| Change Orders | • Additional capex related to change orders should lead to daily rates increase if required / authorized by Petrobras |
| Delivery delays / Local Content | • Penalties related to delivery delays and to disagreement with local content requirements will not allow Sete Brasil to request daily rate adjustments |
| Petrobras Acknowledgment | • At this moment, PBR claims that this agreement is not valid / applicable |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

9

EIG00010978

EIG_KEP_00134869

# Revised COD Schedule
## Based on Undergoing Discussions with Shipyards and PBR

**EIG**
GLOBAL ENERGY PARTNERS



Source: Sete Brasil Restructuring Plan, presented to shareholders on May 6, 2015.

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION
10

EIG00010979

EIG_KEP_00134870

# Restructuring Plan Highlights
## Next Steps



| By September 2015 | By November 2015 |
|---|---|
| • Receive final approval from Petrobras<br><br>• Receive final approval from creditors<br><br>• Raise additional equity $ 210 M from current shareholders<br><br>• Reach an agreement with Asian investors for the acquisition of 4 DRU's (EEP)<br><br>• Start implementation of corporate restructuring<br><br>• Acquire operators stake in the SPV's<br><br>• Engage new creditors (e.g.: China Development Bank)<br><br>• Engage additional potential investors and operators | • Structure Sete Operator in order to expedite senior financing disbursement for Phase 1 rigs<br><br>• Finish negotiations for senior debt financing for Phase 1 DRU's (Banco do Brasil and Caixa)<br><br>• Complete corporate restructuring (terminarion of Sete's operations in Austria)<br><br>• Negotiate with Jurong and BrasFels financing from Asian banks for Phase 2 rigs<br><br>• Raise additional required equity $ 1.1 B |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential

EIG00010980

EIG_KEP_00134871