**KEPPEL OPP'N EXH. 112**

Value Date:	December 8, 2014

## WIRE AUTHORIZATION SHEET

| | | | |
|---|---|---|---|
| Requested By: | James Vaccaro | Wire Type: | Transfer |
| Ext: | 2324 | Contingent Wire: | YES |

### Originating Account Information

Bank Name: Deutsche Bank Luxembourg S.A.

Account Name: EIG Sete Parent S.a.rl

Account Number: [REDACTED]

IBAN:

Swift Code:

ABA Number:

Amount: 15,088,880.88

Currency: USD

Description:

### Receiving Account Information

Bank Name: Deutsche Bank Luxembourg S.A.

Account Name: EIG Sete Holdings S.a.r.l

Account Number: [REDACTED]

IBAN:

Swift Code: DEUTLULL

ABA Number:

Chips Part Number:

Sort Code:

Swift Message Type:

Reference: Nahima Bared
CPEC and share premium

### Further Credit Account Information

FFC Bank:

FFC Account Name:

FFC Account Number:

IBAN:

FFC Swift:

Swift Message Type:

Authorized Signature:

By: [signature]

By: [signature]

[handwritten: NB 12/8/14]

**Confidential**



To: J. Edling, S. Profka, J. Williams – SEI;
From: P. Clatterbuck – EIG
Date: December 8, 2014
Subject: FIP Sondas funding by EIG Sete Holdings S.à.r.l (Funds XIV and XV) - Step Plan
CC: M. Abe, P. Aujla, M. Bernardes, C. Best, J.D. Borgeaud, S. Hayden, J. Hui, B. Maxted, T. McGee, C. Vogel, R. Wade, and C. Wasik

## Step 1 – December 8, 2014

EIG Management Company as Administrative Agent for EIG Sete Holdings S.à.r.l will confirm with DB-Brazil the FX rate to convert USD 15,088,880.88 into BRL 39,223,545.85 (see DB-FX instruction letter attached):

| Trade Date | Brazil Reais | ENTITY | Brazil Res. #2689 |
|---|---|---|---|
| 12/8/14 | BRL 39,223,545.85 | EIG Sete Holdings S.à.r.l | DB ▓ |

## Step 2 – December 8, 2014

EIG Energy Funds XIV and XV (EIG Funds) will wire a total of USD 15,088,880.88 by 4PM EST Monday, December 8, 2014 to EIG Sete Parent S.à.r.l DB-Lux account:

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 12/8/14 | USD $7,544,440.44 | EIG Sete Parent S.à.r.l | ▓ | **EIG Energy Fund XIV** | |
| | | | | EIG Energy Fund XIV, L.P. | 33.61906% |
| | | | | EIG Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | EIG Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | EIG Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 12/8/14 | USD $7,544,440.44 | EIG Sete Parent S.à.r.l | ▓ | **EIG Energy Fund XV** | |
| | | | | EIG Energy Fund XV, L.P. | 34.75343% |
| | | | | EIG Energy Fund XV-A, L.P. | 23.72042% |
| | | | | EIG Energy Fund XV-B, L.P. | 22.93350% |
| | | | | EIG Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

Correspondent Bank: Deutsche Bank, NY
Swift Code: BKTRUS33
Beneficiary Bank: Deutsche Bank Luxembourg S.A.
Beneficiary Bank Swift Code: DEUTLULL
Final Beneficiary Name: EIG Sete Parent S.à.r.l
Final Beneficiary Account: ▓
Attn: Nahima Bared
Reference: CPEC and share premium
Swift Message Type: MT 103

**SWIFT MESSAGE to be obtained ASAP**