

## Step 3 – December 8, 2014

Upon receipt by EIG Sete Parent S.à.r.l of USD 15,088,880.88 from the EIG Funds, the USD 15,088,880.88 will be immediately transferred to EIG Sete Holdings S.à.r.l using the payments instructions below:

```
Beneficiary Bank:              Deutsche Bank Luxembourg S.A.
Beneficiary Bank Swift Code:   DEUTLULL
Beneficiary Account Number:    [redacted]
Beneficiary Name:              EIG Sete Holdings S.à r.l
Attn:                          Nahima Bared
Reference:                     CPEC and share premium
```

## Step 4 – December 9, 2014

Upon the receipt of USD 15,088,880.88 into the EIG Sete Holdings S.à.r.l account DB-Lux will disburse USD 15,088,880.88 to its Brazilian account with DB-Brazil using the wire instructions below:

```
Deutsche Bank Trust Company Americas Inc (BKTRUS33)
ABA 021001033
a/c [redacted]
a/c Deutsche Bank S.A. - Banco Alemão - São Paulo (DEUTBRSP)

SWIFT MESSAGE to be obtained ASAP
Please pay without deduction - Do not clip wire fees,
charge any fees (if applicable) to sender
```

## Step 5 – December 10, 2014

DB-Brazil will settle the FX trade described in Step 1 and wire disbursement from the Brazil Res. #2689 account for closing/funding of FIP Sondas using the wire instructions below.

```
Bank Name:     Banco Bradesco S.A. (237)
Account name:  Fundo de Investimento em Participações Sondas
CNPJ (tax id) of the holder of the account: [redacted]
Conta CETIP do Fundo nº 11961.00-4
Código CETIP do Ativo nº 1196112SON
Account number: [redacted]
Agencia (Branch) number: 2856-8
```

_Christine Best_     _Pritpal Aujla_

1700 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006
202.600.3300



December 8, 2014

Deutsche Bank S.A. – Banco Alemão
Avenida Brigadeiro Faria Lima, 3900, 13º floor
São Paulo – SP, Brazil
04538-132
At: Mr. Bruno Ramos de Oliveira

Ref: EIG SETE HOLDINGS S.À.R.L. – FX Transaction and Subscription Instructions

Dear Bruno:

We hereby instruct Deutsche Bank S.A. – Banco Alemão to act on the following:

1. As of December 10, 2014, please credit the funds in BRL 39,223,545.85 in the account # ▮▮▮▮▮ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank S.A. – Banco Alemão. Please be informed that inflow FX transaction has been closed for settlement of BRL on December 8, 2014 in the amount of USD 15,068,880.88.

    a. Note that in order to have the FX settled, the USD amount will be credited at the below account on or before the settlement date, December 10, 2014:

    Account Bank: Deutsche Bank Trust Company Americas (BKTRUS33)
    ABA: 021-001-033
    Account#: ▮▮▮▮▮
    Benefit: Deutsche Bank S.A. – Banco Alemão – São Paulo (DEUTBRSP)

2. On December 10, 2014, the FX will be settled and BRL 39,223,545.85 in the account # ▮▮▮▮▮ held by EIG SETE HOLDINGS S.À.R.L. with Deutsche Bank will be wire transferred to the below account for the purpose of subscription of shares of FIP Sondas before 2PM São Paulo on December 10, 2014.

    Bank Name: Banco Bradesco (237) (SWIFT code: BBDEBRSP)
    CNPJ (tax id) of the holder of the account: ▮▮▮▮▮
    Account number: ▮▮▮▮▮
    Agencia (Branch) number: 2856-8
    Account name: FUNDO DE INVESTIMENTO EM PARTICIPAÇÕES SONDAS

The subscription letters and other related documents are being sent to you separate from this letter.

To confirm these instructions by phone, call the following phone number in the USA and ask for Brian Gilmore at +1-202-600-3310 (mobile: +1 (917) 385-7735). Alternatively, should you encounter difficulty, please contact Pritpal Aujla at +1-202-600-3307 (mobile: +1-213-248-3013). Should you encounter any difficulty in finding these individuals, please contact Paul Clatterbuck at +1-202-600-3352 (mobile: +1-604-307-6359), and he will track us down.

Regards,

EIG SETE HOLDINGS S.À.R.L.
By: EIG Management Company, LLC, Administrative Agent for EIG Sete Holdings Sarl

Pritpal Aujla, Senior Vice President and CFO    Brian Gilmore, Senior Vice President    Blair Thomas, CEO

Acknowledged by: Deutsche Bank S.A. – Banco Alemão

Amanda Custodio / Julien Uribe        Alexandre Martins

Confidential

Washington, DC   ›   Houston   ›   London   ›   Sydney   ›   Hong Kong

Confidential        EIG00136578
                    EIG_KEP_00147168