**KEPPEL OPP'N EXH. 117**

Deutsche Bank



EIG Sete Holdings S.a.r.l.  
Corporate Services Division  
2, Boulevard Konrad Adenauer  
L - 1115 Luxembourg  
Luxembourg

9

Deutsche Bank Luxembourg S.A.  
2, boulevard Konrad Adenauer  
L-1115 Luxembourg

Tel +352 42122 338  
Fax +352 42122 454

6. January 2015

Page 1/1

## Statement of Account No. 1

| Account no. | | Last account statement | |
|---|---|---|---|
| IBAN | ███████████ | Date | 29.12.2014 |
| | | Number | 0 |

| Date posted | Value date | Type of Transaction / reference | USD |
|---|---|---|---|
| **Previous Balance (29.12.2014)** | | | **133.404,87+** |
| 06.01.2015 | 06.01.2015 | 0035  350380  Credit<br>EIG Sete Hold.CPEC Share Prem | 42.567.695,54+ |
| 06.01.2015 | 06.01.2015 | 0001  350365  bank transfer (external)<br>EIG SET HOLDINGS SARARE PREMIUM | 42.567.695,54- |
| **Current Balance (06.01.2015)** | | | **133.404,87+** |

Best regards,

**Deutsche Bank Luxembourg S.A.**

The statement contains all transactions on your account. Please inform our audit department within one month in case of discrepancies.

IT-generated documents are valid without signature.  
Please refer to the back of this page for important information.

Confidential

EIG00257967  
EIG_KEP_00249977