**KEPPEL OPP'N EXH. 120**

## Kevin Corrigan (TCW)

| | |
|---|---|
| Where: | Sala do Ferraz |
| When: | Ter out 19 15:00:00 2010 (America/Sao_Paulo) |
| Until: | Ter out 19 15:30:00 2010 (America/Sao_Paulo) |
| Organisers | CN=Joao Carlos de Medeiros Ferraz/OU=RJ/O=Petrobras |
| Required Attendees: | rsilva@petrobras.com.br |

Can you please include Renato in the appointment book and invite him?



**JOÃO CARLOS MEDEIROS FERRAZ**
General Manager

FINANÇAS - TESOURARIA
Av. Republica do Chile, 65 - 3° andar - Sala 302
20031-912 – Rio de Janeiro - RJ
Phone: (21)3224-1659
Fax (21)2262-3677 / 32246197
E-mail: jferraz@petrobras.com.br

------ Forwarded by Joao Carlos de Medeiros Ferraz/RJ/Petrobras on 10/05/2010 04:30 PM ------

| "Corrigan, Kevin" <Kevin.Corrigan@tcw.com> 10/05/2010 04:24 PM | | |
|---|---|---|
| | To | "jferraz@petrobras.com.br" <jferraz@petrobras.com.br> |
| | cc | "fernandamoraes.HOPE@petrobras.com.br" <fernandamoraes.HOPE@petrobras.com.br> |
| | Subject | RE: Presentation |

Thank you much for your reply; this will work fine to us. Surely, we will not take more than thirty minutes of your time for our presentation.

See you on the 19th, at 03:00 PM.

Kevin



EXHIBIT 0008

Confidential                                                                                                          EIG_KEP_00257850



Kevin Corrigan | Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 800 | Washington, DC 20006
202-600-3306 direct | 202-600-3406 fax | kevin.corrigan@tcw.com

**From:** jferraz@petrobras.com.br [mailto:jferraz@petrobras.com.br]
**Sent:** Tuesday, October 05, 2010 3:20 PM **To:** Corrigan, Kevin
**Cc:** fernandamoraes.HOPE@petrobras.com.br **Subject:** Re: Presentation

I am available for a brief conversation on the 19th afternoon.
If this is ok to you, we can schedule about 30 minutes around 3 PM.
I am looking forward to receiving your reply.



**JOÃO CARLOS MEDEIROS FERRAZ**
General Manager

FINANÇAS - TESOURARIA
Av. Republica do Chile, 65 - 3° andar - Sala 302
20031-912 – Rio de Janeiro - RJ
Phone: (21)3224-1659
Fax (21)2262-3677 / 32246197
E-mail: jferraz@petrobras.com.br

"Corrigan, Kevin" <Kevin.Corrigan@tcw.com>

| "Corrigan, Kevin" <Kevin.Comgan@tcw.com> 09/30/2010 05:21 PM | | |
|---|---|---|
| | To | "jferraz@petrobras .com.br" <jferraz@petrobras.com.br> |
| | cc | |
| | Subject | Presentation |
| | | |
| | | |
| | | |

Confidential                                                                                                       EIG_KEP_00257851

Dear João Carlos,

I am the agent of a fund management company headquartered in Washington D.C. (with offices in Houston, London, and Sydney), which is a strong investor in the international power industry. I lived 13 years in Brazil when I was younger, and also worked in a New York bank, in addition to ten years working for the Inter-American Development Bank before joining TCW. In my time at Mantrust, in the 1980s, we had the biggest credit facility for oil import from Bank of America with Petrobras (different times!).

I'm writing this to you because I'm taking a trip to Rio de Janeiro on October 18 and 19, along with a colleague, and would like to know if scheduling a meeting for our presentation is possible, in addition to understand a little better if there are any opportunities for us to work in concert in major investments in which Petrobras is engaging.

Thank you much for your attention, I am looking forward to receiving your reply.

Sincerely, Kevin



**Kevin Corrigan** | Senior Vice President | EIG Alternative Investments | 1700 Pennsylvania Avenue, NW, Suite 800 | Washington, DC 20006 202-600-3306 direct | 202-600-3406 fax |
kevin.corrigan@tcw.com

Confidential

EIG_KEP_00257852