# KEPPEL OPP'N EXH. 126

| | |
|---|---|
| **From:** | Niranjan Ravindran <Niranjan.Ravindran@eigpartners.com> |
| **To:** | Kevin Corrigan |
| **Sent:** | 12/6/2013 12:47:36 PM |
| **Subject:** | Re: Sete Brasil |
| **Attachments:** | image001.jpg; image002.jpg |

For what's its worth I am with Aldo. Bad idea. Let's see what número uno has to say.

Please don't forget that IT stuff.

N.

On Dec 6, 2013, at 9:43 AM, "Kevin Corrigan" <Kevin.Corrigan@eigpartners.com> wrote:

But are you o.k. with the company taking on a $500 MM 10.2% subordinated loan for 7 years? Aldo is quite aghast at that.

Thanks, Kevin


<image001.jpg>

### EIG Global Energy (Brasil) Representações Ltda.

Kevin Corrigan  ›  Senior Vice President  ›  kevin.corrigan@eigpartners.com

Av. Ataulfo de Paiva, 1351 - 1 andar - Leblon  ›  Rio de Janeiro, RJ  ›  Brasil  CEP: 22440-034  ›  (o) +55 21 3550 7462  ›  (m) +55 21 8205 3221

The information contained in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient of this email, please promptly notify the sender that you have received it and delete all copies of this email along with all attachments.

**From:** Blair Thomas
**Sent:** Friday, December 06, 2013 3:01 PM
**To:** Kevin Corrigan
**Cc:** Simon Hayden; Hoshrav Patel; Niranjan Ravindran
**Subject:** RE: Sete Brasil

I support buying at R$1.02 but not R$1.76.


<image002.jpg>

R. Blair Thomas  ›  Chief Executive Officer  ›  blair.thomas@eigpartners.com

1700 Pennsylvania Ave. NW  ›  Suite 800  ›  Washington, DC 20006  ›  (o) 202.600.3301  ›  (f) 202.600.3401

The information contained in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient of this email, please promptly notify the sender that you have received it and delete all copies of this email along with all attachments.

**From:** Kevin Corrigan
**Sent:** Thursday, December 05, 2013 9:04 AM



Confidential

Confidential

EIG_KEP_00259344

**To:** Blair Thomas
**Cc:** Simon Hayden; Hoshrav Patel; Niranjan Ravindran
**Subject:** Sete Brasil

Blair,

One issue that's festering is what to do about the need for additional capital: the existing shareholders are by and large unwilling to put in more, but don't want us or Aldo to do more without paying a "market" premium, which probably means the valuation that was just done on behalf of the pension funds, and came up with a number of R$ 1.76/share (our subscription price is R$ 1.02/sh). One alternative being pursued is a subordinated loan, which Credit Suisse is prepared to provide, for up to US$ 500 MM, which would satisfy BNDES and the ECA's (the exact number is still a moving target). Conditions would be 7 years, five years' grace, at an all-in of 10.2%. I find this high, but wonder if you think we should take a strong view on this, or just let it slide and forget about putting in more equity.

Many thanks, Kevin


<image001.jpg>

**EIG Global Energy (Brasil) Representações Ltda.**

Kevin Corrigan   ⟩ Senior Vice President   ⟩ <kevin.corrigan@eigpartners.com>

Av. Ataulfo de Paiva, 1351 - 1 andar - Leblon  ⟩ Rio de Janeiro, RJ  ⟩ Brasil  CEP: 22440-034  ⟩ (o) +55 21 3550 7462  ⟩ (m) +55 21 8205 3221

The information contained in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient of this email, please promptly notify the sender that you have received it and delete all copies of this email along with all attachments.