**KEPPEL OPP'N EXH. 128**

# Redacted – ICSI



Confidential
Confidential

EIG_KEP_00260601

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

**Confidential**

**Confidential**

**EIG00251703**

**EIG_KEP_00260612**

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential
Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

EIG00251714

EIG_KEP_00260623

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential
Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

**Confidential**

**Confidential**

EIG00251722

**EIG_KEP_00260631**

# Sete Brasil – Overview
## 3Q'14 Update



**Key Recent Developments:**

**Construction Status**

- Overall construction progress at <u>18.5%</u> as of Jun'14 (expected <u>20.8%</u>)
- Out of the 9 drillships from 1st Batch, 6 are considerably behind schedule
- Update on shipyards

**Funding**

- Update on bridge loans (potential new bridges 5 and 6)
- Anticipation of capital calls to cover short term deficit
- LT financing for "batch 1" expected to be disbursed on November'14 (previously September'14)

**Finance**

- Updated Projected Returns: 10.6% / 1.54x (Jun'14: 12.9% / 1.62x; IR: 17.9% / 1.95x)



Updated Shareholding Structure

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential
Confidential

EIG00251723
EIG_KEP_00260632

# Sete Brasil – Construction Status (1/2)
## Market views on Brazilian Shipyards

**EIG** GLOBAL ENERGY PARTNERS

**2015 is expected to be a key year for Brazilian shipyards contracted by Sete Brasil**

- Four (out of five) shipyards are currently undergoing infrastructure construction or improvements in their facilities. Main bottlenecks are expected to be surpassed in the first semester of 2015
- EAS expects to receive detailed engineering drawings still in 2014 – therefore Sete expects huge advance in construction curves in 2015



| Shipyard | Comments |
|---|---|
| EAS Atlántico Sul (7 DRU's) | ▪ Significant delay in detailed engineering drawings from LMG and Remontowa<br>▪ Expected delays of at least 12 months for the first 2 vessels and 9 to 6 months on average for 7 vessels (based on market comments)<br>▪ Potential for local content penalties – EAS has already subcontracted Cosco (China) and JMU (Japan) for the construction of several mega-blocks<br>▪ Former CEO of South American operations of Dana Automotive was hired as CEO of EAS in Jul'14 |
| EEP Enseada (6 DRU's) | ▪ Shipyard still under construction<br>▪ Technical partner (Kawasaki) already started production in Japan<br>▪ Potential for significant local content penalties<br>▪ Probably will incur in delivery delays |
| Jurong - Aracruz (7 DRU's) | ▪ Shipyard still under construction<br>▪ Already started DRU construction in Korea<br>▪ Significant delays expected for the first vessels<br>▪ Recently under worker's strike in Brazil |
| BrasFels (6 DRU's) | ▪ Shipyard focused on offshore projects<br>▪ Located in Brazilian most traditional naval hub<br>▪ Expected to deliver rigs on time and according to local content requirements |
| ERG Rio Grande (3 DRU's) | ▪ Infrastructure still under development<br>▪ Significant delays are expected<br>▪ Hull construction already started in China |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential
Confidential

EIG00251724
EIG_KEP_00260633

# Sete Brasil – Construction Status (2/2)



EIG
GLOBAL ENERGY PARTNERS

### 1st Batch Construction Progress (As of Jun'14)

- Out of the 9 drillships from 1st Batch, 6 are behind schedule (Average delay: 8 months)
- Buffer between EPC handover and COD for charter contracts likely will not be sufficient to accommodate expected delays
- Considering the 29 units under construction, the physical progress as of Jun'14 reached 18.5% against 20.8% planned



| | | Construction Completion (%) | | Handover | | Charter | Delay / Advance (exp hand. – charter date) |
|---|---|---|---|---|---|---|---|
| | | Planned | Actual | Planned | Expected | | Months |
| KeppelFELS Brasil | Urca | 73.6% | **72.5%** | dec-15 | feb-16 | jul-16 | 5.2 |
| | Frade | 28.7% | **34.7%** | dec-16 | jan-17 | may-17 | 4.0 |
| EJA | Arpoador | 68.7% | 72.2% | | feb-16 | jun-15 | -8.2 |
| | Guarapari | 39.1% | 43.3% | jul-16 | dec-16 | jul-16 | -4.5 |
| | Curaba | 16.8% | 14.1% | dec-16 | mar-17 | may-17 | 2.2 |
| EEP | Ondina | 62.7% | 57.4% | jul-16 | may-17 | aug-16 | -9.3 |
| RioGrande | Cassino | 36.7% | 22.3% | mai-16 | apr-17 | ago-16 | -9.7 |
| Atlântico Sul | Grumari | 48.2% | 24.7% | jul-16 | may-17 | nov-16 | -9.3 |
| | Copacabana | 56.3% | 63.8% | feb-16 | dec-16 | mar-16 | -6.0 |

Avg Delay: 8 months

Source: Company report released on July 31, 2014.

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Page 34 of 51

4

# Sete Brasil – Senior Financing



**EIG**
GLOBAL ENERGY PARTNERS

## Update on Long Term Financing

- Long Term Financing for Batch 1 postponed from Sept'14 to Nov'14
- Management has underestimated BNDES timeline

---

### Details per Batch

**Batch 1**
- ✓ 9 Drillships
- ✓ CoD: 2015-2017
- ✓ Local Content Lender (50%): **BNDES**
- ✓ Other lenders: **UKEF / FINISA**

**Batch 2**
- ✓ 12 Drillships
- ✓ CoD: 2017-2018
- ✓ Local Content Lender (50%): BNDES
- ✓ Other lenders: ECA / Others

**Batch 3**
- ✓ 8 Drillships
- ✓ CoD: 2019-2020
- ✓ Local Content Lender (55%): FMM
- ✓ Other lenders: ECA / Others

### Details per lender (Batch 1)

**BNDES**
- ✓ US$3.7 BN
- ✓ Amortization: 14.5 years
- ✓ Grace period: Construction + 6m
- ✓ Cost: L+ 4.22% (1st System) | 4.33% (2nd System)

**FINISA / CEF**
- ✓ ~US$1.75 BN
- ✓ Amortization: 15.5 years
- ✓ Grace period: Construction + 6m
- ✓ Cost: 8.0% fixed coupon

**UKEF**
- ✓ US$200 – 250 MM
- ✓ Amortization: 12 years (TBD)

| Uses | US$ MM | % |
|---|---|---|
| EPC Contract | 6,653 | 87% |
| CMA | 264 | 3% |
| Pre-Op Costs | 395 | 5% |
| Insurance | 149 | 2% |
| Transaction Costs | 208 | 3% |
| **Total Uses** | **7,669** | **100%** |

| Sources | US$ MM | % |
|---|---|---|
| BNDES | 3,721 | 49% |
| UKEF | 214 | 3% |
| FINISA | 1,715 | 22% |
| Others | 103 | 1% |
| **Senior Debt** | **5,752** | **75%** |
| Sub. Debt | 287 | 4% |
| Equity Class A | 1,330 | 17% |
| Equity Class B | 301 | 4% |
| Total Equity | 1,631 | 21% |
| **Total Sources** | **7,669** | **100%** |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

5

Confidential
Confidential

EIG00251726
EIG_KEP_00260635

# Sete Brasil – Bridge Loans

**EIG**
GLOBAL ENERGY PARTNERS

### Update on Bridge Loans

- The Company has currently 4 Bridge Loan Facilities in place with 8 financial institutions totaling US$ 4.0 bn
- Bridges 5 and 6 still under negotiation with Standard bank and Banco do Brasil

**Preliminary Terms**

| Bridge 1 |
| --- |
| ✓ Amount: $700mm |
| ✓ 100% disbursed |
| ✓ Executed: Yes |
| ✓ Extended in Feb. '14 for 6 and 12 months |
| ✓ Maturity: Oct'14 / Feb'15 |
| ✓ Cost: L + [350 – 390] bps |
| ✓ Participating Banks: |




| Bridge 2 |
| --- |
| ✓ Amount: $1,700mm |
| ✓ 100% disbursed |
| ✓ Executed: Yes |
| ✓ Extended in Apr. '14 for 6 and 12 months |
| ✓ Maturity: Nov'14 / Apr'15 |
| ✓ Cost: L + 350 bps |
| ✓ Participating Banks: |




| Bridge 3 |
| --- |
| ✓ Amount: $1.1bn |
| ✓ 100% disbursed |
| ✓ Executed: Yes |
| ✓ Maturity: Aug'14 (6m extension right) |
| ✓ Cost: L + 300 bps |
| ✓ Participating Banks: |






| Bridge 4 |
| --- |
| ✓ Amount: $500mm |
| ✓ 100% disbursed (Mar.'14) |
| ✓ Executed: Yes |
| ✓ Maturity: Feb'15 |
| ✓ Funding by FMM |
| ✓ Cost: L + 390 bps |
| ✓ Participating Banks (B-lenders): |




| Bridge 5 |
| --- |
| ✓ Amount: $500m |
| ✓ Executed: No |
| ✓ Maturity: 3 + 3 months |
| ✓ Cost: L + 400 bps |
| ✓ Banks: |



| Bridge 6 |
| --- |
| ✓ Amount: R$1.1bn |
| ✓ Executed: No |
| ✓ Maturity: 9 months |
| ✓ Cost: 150% CDI or IPCA + 9% |
| ✓ Bank: |



CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential
Confidential

EIG00251727

EIG_KEP_00260636

# Sete Brasil – Equity Update



**GLOBAL ENERGY PARTNERS**

### Capital Updates

- Sept'14 Capital call reaches the commited capital of R$8.3 BN
- Sete Brasil already expects further capital injection from shareholders ranging from R$ 4.0BN to R$ 5.0BN

## Evolution of Sete's Capital Calls (R$ MM)



## Sept'14 Capital Call

- **Company facing liquidity constraints over the next few months (September through October) until LT financing for "batch 1" is disbursed**

  - LT Financing BNDES/Finisa: initial disbursement of R$ 3.6 billion estimated for November'14 (approvals in September)

- **Main reasons:**

  - Delay in obtaining LT financing from BNDES / FINISA for "batch 1"

  - Delay in obtaining alternative funding: $400 – 500 million in bridges

| Sources | | Uses | |
|---|---|---|---|
| | US$ MM | | US$ MM |
| Capital Call | 1,433 | Prepayment of Bridge 3 | 1,096 |
| | | WK and ST commitment | 337 |
| **TOTAL** | **1,433** | | **1,433** |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Page 37 of 51

7

# Sete Brasil - Key Discussions & Mitigants



| Topic | Discussion | Impact | Potential Mitigant |
|---|---|---|---|
| Delay in Senior Debt Disbursement | • Delay in obtaining senior financing with BNDES and Finisa | • Short term liquidity problems<br>• Higher interest rates during construction<br>• Early capital calls | • Agreement with Petrobras should entitle Sete to request compensation to maintain base shareholders' contractual return |
| Leverage | • Debt-to-equity ratio has decreased from 80% to 75% due to lenders requirements | • Additional equity required to fund each project<br>• Capital increases exceeding the committed capital of R$ 8.3 billion | • Agreement with Petrobras should entitle Sete to request compensation to maintain base shareholders' contractual return |
| Expected Delays | • Significant delays are expected for most of the units | • Penalties to be paid to Petrobras due to delays<br>• Delay in generating revenues from charter<br>• Petrobras is allowed to cancel the contract with the SPV if the delays exceed 2 years | • Shipyards will incur in equivalent penalty fees<br>• 6 months average buffer between delivery and charter dates<br>• FGCN to cover interest and principal installments due until the CoD of the unit |
| Uptime Assumptions | • Previous financial model assumes uptime rates ranging from 94% to 97% (very optimistic) | • Reduction in daily charter rates (bonus) | • Operators with expertise in ultra-deepwater<br>• Performance fund |
| Local Content Requirements | • Local content might not comply with requirements defined by Petrobras | • Petrobras is entitled to charge penalty fees from Sete | • Shipyards will also incur in penalty fees |
| EIG's Strategic Actions at Sete/ Board Level | • 3rd party technical audit process – Sete Brasil needs to have a clear view on delays and potential local content penalties<br>• Active administration of potential claims<br>• Improve Petrobras and Sete Brasil supervision at shipyards<br>• Implement accurate project reporting process | | |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential
Confidential

EIG00251729

EIG_KEP_00260638

# Sete Brasil – Financial Projections



## Update on Financial Projections

- Main assumptions update:
  - Aug and Sep'14 capital calls amounting R$4.0 bn (to be confirmed by Sete Brasil)
  - More conservative assumptions of uptime (based on new management suggestion)
  - Delivery dates according to the current estimates of Sete Brasil
- Updated Projected Returns: 10.6% / 1.54x (Jun'14: 12.9% / 1.62x) (IR: 17.9% / 1.95x)



Note: (1) Please see details in Appendix

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential

Confidential

EIG00251730

EIG_KEP_00260639

# Sete Brasil – Sep'14 Update



**EIG**
GLOBAL ENERGY PARTNERS

| Sete Brasil Participações | Historical | | Forecast | | | | Historical | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st Q | 2nd Q | 3rd Q | 4th Q | 1st Q | 2nd Q | Annual | Annual | Annual | Annual | Annual | Annual | Annual |
| $ '000, unless otherwise noted | Mar-14 | Jun-14 | Sep-14 | Dec-14 | Mar-15 | Jun-15 | Dec-12 | Dec-13 | Dec-14 | Dec-15 | Dec-16 | Dec-17 | Dec-18 |
| **Operational Highlights** | | | | | | | | | | | | | |
| Rigs in Operation | | | | | | | | | | | 2 | 11 | 19 |
| Average Daily Charter Rate | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 317 | 348 | 389 |
| **Summary Cash Flow** | | | | | | | | | | | | | |
| **Total Net Revenues** | - | - | - | - | - | - | - | - | - | 255,382 | 1,288,057 | 2,497,988 | |
| Opex + G&A | - | - | - | - | - | - | - | - | - | (48,072) | (251,209) | (553,801) | |
| EBITDA | - | - | - | - | - | - | - | - | - | 207,311 | 1,036,848 | 1,944,188 | |
| CAPEX | (721,485) | (742,632) | (751,738) | (1,257,066) | (1,296,963) | (1,149,691) | (1,683,876) | (3,255,968) | (3,472,821) | (5,017,560) | (5,284,019) | (3,238,831) | (2,145,884) |
| Working Capital | | | | | | | | | | | (38,180) | (188,034) | (208,169) |
| ICMS & IOF Tax Payment | | | | | | | | | | | (46,425) | (196,325) | (198,711) |
| Provisions and other expenses | (1,985) | (10,293) | - | (143,689) | (424) | (98,401) | - | (0) | (155,968) | (112,050) | (32,783) | (10,579) | (26,881) |
| **Free Cash Flow** | (723,471) | (752,925) | (751,738) | (1,400,755) | (1,297,388) | (1,245,092) | (1,683,876) | (3,255,968) | (3,628,888) | (5,129,611) | (5,184,096) | (2,596,921) | (633,417) |
| Cash Flow from Financing | 1,019,891 | 763,407 | 696,028 | 6,226,206 | 1,128,510 | 4,448,645 | 2,544,462 | 3,667,224 | 8,705,531 | 8,016,496 | 5,208,035 | 3,437,420 | 2,054,106 |
| Class A Shareholder | 39,186 | 96,958 | 63,680 | 557,114 | 204,298 | 499,095 | 415,440 | 74,017 | 756,938 | 1,214,258 | 1,059,901 | 645,221 | 359,388 |
| Sub Debt | 32,099 | 17,056 | 20,865 | 40,277 | 20,684 | 21,318 | - | 673,405 | 110,297 | 53,280 | 12,956 | - | - |
| Class B Shareholder | 9,361 | 18,976 | 14,463 | 124,311 | 43,446 | 108,267 | 97,200 | 29,623 | 167,111 | 265,278 | 266,890 | 163,737 | 91,647 |
| Bridge Loan and I/C | 939,244 | 630,417 | 597,020 | 431,265 | 422,430 | - | 2,031,822 | 2,890,179 | 2,597,945 | 422,430 | - | - | - |
| BNDES / FMM / FINISA | | | | 4,006,029 | 396,094 | 2,840,432 | | | 4,006,029 | 4,652,603 | 3,132,297 | 2,061,632 | 1,174,811 |
| UKEF + GIEK | | | | 976,883 | 21,913 | 131,303 | | | 976,883 | 223,766 | 107,392 | 40,812 | 19,537 |
| Commercial Banks | | | | 90,327 | 19,644 | 578,589 | | | 90,327 | 790,222 | 332,831 | 143,762 | 57,747 |
| BB Facility | | | | 875,250 | - | - | | | 875,250 | - | - | - | - |
| FINISA | | | | - | - | - | | | - | - | - | - | - |
| Others | | | | - | - | - | | | - | - | 51,552 | 226,922 | 254,868 |
| Cash Available for Debt Service | 296,420 | 10,482 | (55,710) | 4,825,451 | (168,878) | 3,203,553 | 860,586 | 411,256 | 5,076,643 | 2,886,885 | 13,939 | 840,499 | 1,420,690 |
| Debt Service | (472,379) | (32,918) | - | (4,123,170) | - | (2,804,909) | (235,343) | (782,213) | (4,628,467) | (2,804,909) | (54,271) | (317,612) | (1,159,839) |
| FGCN | | | | | | | | | | | 14,849 | 56,807 | 118,844 |
| Swap/Option Gains/Losses | | | | | | | | | | | (3,899) | (13,480) | (12,811) |
| Net Cash Flow Generation | (175,959) | (22,437) | (55,710) | 702,281 | (168,878) | 398,644 | 625,244 | (370,957) | 448,176 | 81,976 | (29,382) | 566,215 | 366,884 |
| **Balance Sheet Highlights** | | | | | | | | | | | | | |
| Cash | 79,404 | 56,998 | 1,287 | 708,568 | 534,690 | 933,834 | 626,350 | 255,393 | 703,568 | 765,598 | 634,255 | 654,026 | 197,800 |
| Fixed Assets | 5,871,618 | 6,675,234 | 7,450,376 | 9,680,288 | 10,489,417 | 12,033,869 | 1,759,783 | 5,099,148 | 9,080,288 | 14,967,835 | 21,096,024 | 24,902,742 | 27,158,467 |
| Total Debt | 5,222,113 | 5,887,958 | 6,529,217 | 8,189,916 | 9,166,523 | 10,530,257 | 1,809,982 | 4,674,750 | 8,180,016 | 12,692,109 | 17,505,683 | 20,904,113 | 22,604,696 |
| **EIG Cash Flow** | | | | | | | | | | | | | |
| Debt Principal | - | - | - | - | - | - | (45,000) | 45,000 | - | - | - | - | - |
| Interest | - | - | - | - | - | - | 3,132 | 470 | - | - | - | - | - |
| Fees Received | - | - | - | - | - | - | 1,000 | - | - | - | - | - | - |
| Common Equity Investment | - | (47,011) | (104,275) | (2,710) | - | (1,788) | (75,070) | (2,606) | (153,996) | (1,788) | - | (23,846) | (28,782) |
| Dividends Received | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total EIG Cash Flow** | - | (47,011) | (104,275) | (2,710) | - | (1,788) | (115,938) | 42,863 | (153,996) | (1,788) | - | (23,846) | (28,782) |
| Running EIG IRR | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Running EIG ROI | 0.58x | 0.46x | 0.31x | 0.31x | 0.31x | 0.31x | 0.33x | 0.58x | 0.31x | 0.31x | 0.31x | 0.29x | 0.27x |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Page 40 of 51

11

EIG00251731

EIG_KEP_00260640



# Appendix

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential
Confidential

EIG00251732
EIG_KEP_00260641

# Sete Brasil – Overview





**SPEs**

**70 to 85%** (operators hold the remaining 15 – 30%)

1ˢᵗ Batch (9 drillships COD 2015 - 2017): Ongoing discussions regarding LT Financing

**Shipyards (EPC Contracts)**



EAS (7)    Keppel    Rio Grande (3)

**Operators**

1ˢᵗ System ( drillships): Negotiation of Charter contracts



CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Page 42 of 51

13

Confidential
Confidential

EIG00251733

EIG_KEP_00260642

# Sete Brasil – Construction Status



## Overall Construction Progress (As of Jun'14)

- Considering the 29 units under construction, the physical progress as of Jun'14 reached 18.5% against 20.8% planned
- Construction progressing ahead of schedule at Brasfels shipyard, and although it is still too early to draw definitive conclusions, significant delays are expected for the other four shipyards

| | Overall 29 Rigs | |
|---|---|---|
| | Planned | Actual |
| Physical Progress | 20.8% | 18.5% |
| Financial Progress | 36.7% | 28.2% |



CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential
Confidential

EIG00251734

EIG_KEP_00260643

# Sete Brasil – Main assumptions update
# Uptime and Delivery dates


**EIG** GLOBAL ENERGY PARTNERS

| SPE | Shipyard | Sep'14 | Jun'14 | Variation |
|-----|----------|--------|--------|-----------|
| SPE 1 | Jurong | 8 months | 0 months | 8 months |
| SPE 2 | EAS | 10 months | 0 months | 10 months |
| SPE 3 | EAS | 10 months | 0 months | 10 months |
| SPE 4 | EAS | 5 months | 0 months | 5 months |
| SPE 5 | EAS | 2 months | 0 months | 2 months |
| SPE 6 | EAS | 2 months | 0 months | 2 months |
| SPE 7 | EAS | 1 months | 0 months | 1 months |
| SPE 8 | BrasFels | 2 months | 3 months | -1 months |
| SPE 9 | BrasFels | 1 months | 0 months | 1 months |
| SPE 10 | BrasFels | 0 months | 0 months | 0 months |
| SPE 11 | BrasFels | 0 months | 0 months | 0 months |
| SPE 12 | BrasFels | 0 months | 0 months | 0 months |
| SPE 13 | BrasFels | 0 months | 0 months | 0 months |
| SPE 14 | EEP | 9 months | 12 months | -3 months |
| SPE 15 | EEP | 10 months | 6 months | 4 months |
| SPE 16 | EEP | 8 months | 3 months | 5 months |
| SPE 17 | EEP | 3 months | 0 months | 3 months |
| SPE 18 | EEP | 3 months | 0 months | 3 months |
| SPE 19 | EEP | 2 months | 0 months | 2 months |
| SPE 20 | Jurong | 5 months | 12 months | -7 months |
| SPE 21 | Jurong | 3 months | 6 months | -3 months |
| SPE 22 | Jurong | 3 months | 3 months | 0 months |
| SPE 23 | Jurong | 2 months | 0 months | 2 months |
| SPE 24 | Jurong | 1 months | 0 months | 1 months |
| SPE 25 | Jurong | 1 months | 0 months | 1 months |
| SPE 26 | Rio Grande | 11 months | 12 months | -1 months |
| SPE 27 | Rio Grande | 7 months | 6 months | 1 months |
| SPE 28 | Rio Grande | 10 months | 3 months | 7 months |
| SPE 29 | EAS | 1 months | 0 months | 1 months |
| Average increase in delayed delivery | | | | 2 months |

| | Uptime 1st System | | | | Uptime 2nd System | | |
|------|--------|--------|-----------|------|--------|--------|-----------|
| Year | Sep 14 | Jun'14 | Variation | Year | Sep 14 | Jun 14 | Variation |
| Year 1 | 84.6% | 94.0% | -9.4% | Year 1 | 84.6% | 94.0% | -9.4% |
| Year 2 | 94.5% | 95.0% | -0.5% | Year 2 | 94.5% | 96.0% | -1.5% |
| Year 3 | 93.5% | 95.0% | -1.5% | Year 3 | 93.5% | 96.0% | -2.5% |
| Year 4 | 94.5% | 95.0% | -0.5% | Year 4 | 94.5% | 96.0% | -1.5% |
| Year 5 | 94.5% | 95.0% | -0.5% | Year 5 | 94.5% | 96.0% | -1.5% |
| Year 6 | 94.5% | 95.0% | -0.5% | Year 6 | 94.5% | 96.0% | -1.5% |
| Year 7 | 94.5% | 95.0% | -0.5% | Year 7 | 94.5% | 96.0% | -1.5% |
| Year 8 | 96.5% | 95.0% | 1.5% | Year 8 | 96.5% | 96.0% | 0.5% |
| Year 9 | 85.6% | 95.0% | -9.4% | Year 9 | 85.6% | 96.0% | -10.4% |
| Year 10 | 93.5% | 95.0% | -1.5% | Year 10 | 93.5% | 96.0% | -2.5% |
| Year 11 | 85.6% | 95.0% | -9.4% | Year 11 | 85.6% | 96.0% | -10.4% |
| Year 12 | 92.5% | 95.0% | -2.5% | Year 12 | 92.5% | 96.0% | -3.5% |
| Year 13 | 84.6% | 95.0% | -10.4% | Year 13 | 84.6% | 96.0% | -11.4% |
| Year 14 | 92.5% | 95.0% | -2.5% | Year 14 | 92.5% | 96.0% | -3.5% |
| Year 15 | 83.6% | 95.0% | -11.4% | Year 15 | 83.6% | 96.0% | -12.4% |
| Year 16 | 90.3% | 95.0% | -4.7% | Year 16 | 90.3% | 96.0% | -5.7% |
| Year 17 | 90.3% | 95.0% | -4.7% | Year 17 | 90.3% | 96.0% | -5.7% |
| Year 18 | 90.3% | 95.0% | -4.7% | Year 18 | 90.3% | 96.0% | -5.7% |
| Year 19 | 90.3% | 95.0% | -4.7% | Year 19 | 90.3% | 96.0% | -5.7% |
| Year 20 | 90.3% | 95.0% | -4.7% | Year 20 | 90.3% | 96.0% | -5.7% |
| Avg. | 90.8% | 95.0% | -4.1% | Avg. | 90.8% | 95.9% | -5.1% |

CONFIDENTIAL – EIG INTERNAL – NOT FOR REDISTRIBUTION

Confidential
Confidential

EIG00251735
EIG_KEP_00260644

## Sete Brasil Participações S.A.
*September 17, 2014*

Sete Brasil Participações S.A. ("Sete") is a public / private partnership established by Petrobras, private investors and public pension funds to build ultra-deepwater drillships and charter them under long-term contracts to Petrobras. Petrobras is a majority state-owned national oil and gas company of Brazil. Sete will build 29 drillships and charter them to Petrobras under 10 - 20 year fixed-price dollar-denominated contracts. The total contemplated equity in this transaction is US$4.2bn. Senior financing, to be provided by BNDES, commercial banks and ECAs will total to approximately US$25bn. Each drill ship will be owned by Class A (Sete) and Class B (operator) shareholders.

| | | | | | |
|---|---|---|---|---|---|
| Deal Lead: | K. Corrigan | Credit Committee Approved: | 27-Jun-11 | Original Technical Report: | |
| Deal Support: | S. Hayden, E. Vovard | Financial Close Date: | 31-Dec-11 | Author of Technical Report: | |
| Technical Lead: | n/a | Closing Financial Statement: | NA | Last Technical Report | |
| Legal Counsel: | Chadbourne/Machado Meyer | Last Financial Statement: | NA | Author of Technical Report: | |
| Tax Counsel: | Machado Meyer | Last Audited Fin. Statement: | NA | Last Market Report: | |
| | | Last Management Accounts: | 30-Jun-14 | Author of Market Report: | ODS Petrodata |

| | | | | | |
|---|---|---|---|---|---|
| Total EIG Commitment:* | $246,196,268 | *Primary Fund:* | XV | *Secondary Fund:* | XIV |
| Amount Funded: | $124,687,978 | Commitment: | $123,098,134 | Commitment: | $123,098,134 |
| Current Outstanding: | $124,687,978 | Current Outstanding: | $62,343,989 | Current Outstanding: | $62,343,989 |
| Available Commitment: | $121,508,290 | Available Commitment: | $60,754,144.84 | Available Commitment: | $60,754,145 |

*Commitment = R$ 304 BRL / USD = BR$.2009

| | Original | Current | Projected |
|---|---|---|---|
| IRR: | 17.5% | 0.2% | 10.6% |
| ROI: | 1.95x | 0.31x | 1.54x |
| Income: | $235,012,491 | ($168,660,553) | $133,253,167 |
| XIV | $117,506,245 | ($84,330,277) | $66,126,583 |
| XV | $117,506,245 | ($84,330,277) | $66,126,583 |
| Date:* | 30-Jun-12 | | 30-Jun-14 |

*Use this date since at close our analysis was based only on first 7 ships

### CAPITAL STRUCTURE AT CLOSE:                                       31-Dec-12

| | Amount | Precentage | Pricing | Maturity | Debt/EBITDA (LTM) | Debt/EBITDA (FTM) | PV10/Debt | Security |
|---|---|---|---|---|---|---|---|---|
| Senior Debt | $20,550,720,304 | 80.0% | L+345; L+500 | NA | | | 0.1x | First lien on assets |
| Subordinated Debt | $924,341,335 | 3.6% | L + 1200 | NA | | | 0.1x | Second lien on assets |
| Total Debt | $21,475,061,639 | 83.6% | | | | | | |
| | | | | | | | | |
| Equity Class A | | | | | | | | |
| Petrobras (5%) | $169,980,347 | 0.7% | | NA | NA | NA | | |
| FIP Sondas (95%) | $3,229,626,590 | 12.6% | | NA | NA | NA | | |
| Equity Class B | $813,731,804 | 3.2% | | NA | NA | NA | | |
| Total Equity | $4,213,338,741 | 16.4% | | | | | | |
| | | | | | | | | |
| Total Capital | $25,688,400,380 | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Metrics at Close:** | | | | | | |
| LTM EBITDA: | $0 | LTM Revenue: | $0 | LTM FCF: | $0 |
| FTM EBITDA: | $0 | FTM Revenue: | $0 | FTM FCF: | $0 |
| PV10 of FCF: | $2,708,470,365 | | | | |

### CAPITAL STRUCTURE AS OF:                                       30-Jun-14

| | Amount | Precentage | Pricing | Maturity | Debt/EBITDA (LTM) (1) | Debt/EBITDA (FTM) (1) | PV10/Debt | Security |
|---|---|---|---|---|---|---|---|---|
| Senior Debt | $19,339,658,306 | 74.2% | L+345; L+500 | NA | NA | NA | 0.7x | First lien on assets |
| Subordinated Debt | $849,938,197 | 3.3% | L + 1200 | NA | NA | NA | 0.7x | Second lien on assets |
| Total Senior | $20,189,596,503 | 77.5% | | | | | | |
| | | | | | | | | |
| Equity Class A | | | | | | | | |
| Petrobras (5%) | $237,343,436 | 0.9% | | | | | | |
| FIP Sondas (95%) | $4,509,525,278 | 17.3% | | | | | | |
| Equity Class B | $1,121,383,646 | 4.3% | | | | | | |
| Total Equity | $5,868,252,360 | 22.5% | | | | | | |
| | | | | | | | | |
| Total Capital | $26,057,848,863 | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Current Metrics:** | | | | | | |
| LTM EBITDA: | $0 | LTM Revenue: | $0 | LTM FCF: | -$3,013,301,700 |
| FTM EBITDA: | $0 | FTM Revenue: | $0 | FTM FCF: | -$4,694,972,188 |
| PV10 of FCF: | $5,777,800,294 | | | | |

| Asset Analysis: | EIG View | EV / FTM EBITDA |
|---|---|---|
| EV (PV10 FCF) | 5,777,800,294 | NA |

Confidential

Confidential

EIG00251736

EIG_KEP_00260645

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

EIG00251738

EIG_KEP_00260647

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

Confidential

Confidential

# Redacted – ICSI

**Confidential**

**Confidential**

EIG00251741

**EIG_KEP_00260650**

# Redacted – ICSI

**Confidential**

**Confidential**

EIG00251742

EIG_KEP_00260651