# KEPPEL OPP'N EXH. 132

| | |
|---|---|
| From: | Blair Thomas <Blair.Thomas@eigpartners.com> |
| To: | Kevin Corrigan |
| Sent: | 4/4/2015 9:34:37 PM |
| Subject: | RE: WSJ |

Thanks Kevin, I remain very bullish on Prumo and BTB has been rock solid. Sete is a challenge but I still believe that Brazil Inc. is likely to provide a solution. Cheers

R. Blair Thomas  > Chief Executive Officer  > blair.thomas@eigpartners.com
1700 Pennsylvania Ave. NW  > Suite 800  > Washington, DC 20006  > (o) 202.600.3301  > (f) 202.600.3401

The information contained in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient of this email, please promptly notify the sender that you have received it and delete all copies of this email along with all attachments.

-----Original Message-----
From: Kevin Corrigan [mailto:kcorrigan77@comcast.net]
Sent: Saturday, April 4, 2015 5:31 PM
To: Blair Thomas
Subject: WSJ

Good article, I thought. Liked your quotes. Hard to agree that we're chumps on Petrobras when there are $130 billion worth of bond holders and thousands of shareholders who also invested. I still believe in "Brazil Inc.," even if in a downsized version.

Happy Easter!


Sent from my iPhone

CONFIDENTIAL                                                                                                                        EIG_KEP_00280676