**KEPPEL OPP'N EXH. 133**

| | |
|---|---|
| **Message** | |
| **From:** | Simon LEE [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SIMON.LEE] |
| **Sent:** | 22/2/2013 5:43:49 PM |
| **To:** | GILBERTO ISRAEL [GILBERTO.ISRAEL@kfelsbrasil.com.br] |
| **CC:** | Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]; KUN LIANG [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Liang.kun]; LUIZ CAETANO [LUIZ.CAETANO@kfelsbrasil.com.br]; TAN Leong Peng [KFE-ENGRG] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Leongpeng.tan1]; Tommy SAM [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tommy.sam]; Yan Naing MYINT [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yan]; Bruno NG Wei Ming [KFE-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Bruno.Ng] |
| **Subject:** | RE: Brasfels visit with UKEF |

Gilberto,

Should be OK. You can present the same presentation during the last visit and Bruno will also be back in the yard too.

Regards
Simon

---

**From:** GILBERTO ISRAEL [mailto:GILBERTO.ISRAEL@kfelsbrasil.com.br]
**Sent:** Thursday, February 21, 2013 10:26 AM
**To:** Simon LEE [KOM-USA]
**Cc:** Kai Choong KWOK; KUN LIANG [KFE-PJM]; LUIZ CAETANO; TAN Leong Peng [KFE-ENGRG]; Tommy SAM; Yan Naing MYINT [KFE-PJM]
**Subject:** Re: Brasfels visit with UKEF

Simon
pls advise
Atc,
Gilberto

>>> Humberto Fajardo <humberto.fajardo@setebr.com> 20/2/2013 11:37 >>>
Dear Gilberto

We would like to schedule a visit on your Shipyard Brasfels at Angra dos Reis next Wednesday 27th February 2013 with the representative from UKEF – UK Export Finance, the UK's export credit agency.

They are attending Brazil with the special focus for financing of packages for SETE Drilling Units Project.

The Topics to be discussed will be Brasfells plan to build the drilling rigs in Brazil and how to achieve the time schedule. They would like also to visit the site.

We believe that the presentation that was already done for the last visit of GIEK will be enough.

Pls kindly confirm availability.

Rgds

Confidential
KEPPEL00007815



**Humberto Fajardo**
Coordenador de Projetos
Tel./Fax: +55 21 2526-0060
humberto.fajardo@setebr.com
www.setebr.com
Rua do Humaitá, 275 , 13º andar - Humaitá

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

Confidential                                                                                                                                                           KEPPEL00007816