**KEPPEL OPP'N EXH. 134**

| | |
|---|---|
| **Message** | |
| **From:** | Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAICHOONG.KWOK] |
| **Sent:** | 30/7/2011 3:29:48 PM |
| **To:** | zwi@eaglebr.com.br; Edmundo Santos [edmundo.santos@kfelsbrasil.com.br]; LUIZ CAETANO [luiz.caetano@kfelsbrasil.com.br]; LOW Tiau Tong [KFE-PROD] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Tiautong.low]; KUN LIANG [KFE-PJM] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Liang.kun]; LUIZ QUEIROZ [luiz.queiroz@kfelsbrasil.com.br] |
| **CC:** | Yew Yuen CHOW [KOM-USA] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Yewyuen.chow1] |
| **Subject:** | Re: Enc: Sete visit Brasfels |

Edmundo,

Plse liaise with Zwi and organize accordingly.

Ryes

KC
On Jul 29, 2011, at 12:37, "Zwi" <zwi@eaglebr.com.br> wrote:

>
> BlackBerry®Oi.
>
> -----Original Message-----
> From: "Zwi" <zwi@eaglebr.com.br>
> Date: Fri, 29 Jul 2011 13:32:50
> To: Kc<kaichoong.kwok@keppelfels.com>; YY Chow<yewyuen.chow@Keppelom-usa.com>
> Reply-To: zwi@eaglebr.com.br
> Subject: Sete visit Brasfels
>
> KC,
> Mr. Barusco call me now, asking if possible to visit Brasfels, next thursday 4th of August. It will be some investors in Sete and the total of people will be 6 persons leader by Fabio, construction manager for Sete. They will arrive in Brasfels at 2 PM by helicopter and have 2 hours of visit. Please give your position or call me! Mr. Barusco is waiting my call back.
> Rgds
> Zwi
> BlackBerry®Oi.
>
> _____
> This email has been scanned by the MessageLabs Email Security System.
> For more information please visit http://www.messagelabs.com/email
> _____

Confidential                                                                                                    KEPPEL00010310