**KEPPEL OPP'N EXH. 135**

Message

| | |
|---|---|
| **From:** | TONG Chong Heong [KOM-CEO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHONGHEONG.TONG] |
| **Sent:** | 17/1/2013 10:15:09 AM |
| **To:** | Kai Choong KWOK [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kaichoong.kwok]; CHOW Yew Yuen [KOM-COO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YewYuen.CHOW11] |
| **Subject:** | Re: Yard visitors |

Good

**From:** Kai Choong KWOK
**Sent:** Thursday, January 17, 2013 08:11 AM
**To:** TONG Chong Heong [KOM-CEO]; CHOW Yew Yuen [KOM-COO]
**Subject:** Yard visitors

Dear Mr Tong and YY,

Today, Ferraz, CEO of SETE Brasil led a delegation of senior management from DNB, GIEK and Eksportkreditt to visit the Yard and besides the yard tour, we presented to them our corporate video and also the construction program and methodology of the DRU projects. DNB, GIEK and Eksportkreditt are involved with financing SETE / Petrobras on the DRU program and are on a verification tour. They left at about 1300hrs.

We also hosted a visit by Shell Brasil Petroleo's Director of Upstream, Mr Antonio Guimaraes and his Mgmt team, showing them our activities, capacity and track record as well.

Both teams left the yard fully satisfied with what they saw.

For info, Ferraz, Barusco and Musa are planning to be in Singapore together with their wives on 23 Feb till 27 Feb.

With best rgds

KC

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

KEPPEL00011057