**KEPPEL OPP'N EXH. 137**

Message

| | |
|---|---|
| **From:** | Stephen Pan [stephen.pan@wwshipping.com] |
| **Sent:** | 27/9/2011 5:36:03 AM |
| **To:** | CHOO Chiau Beng [Keppel CEO] [chiaubeng.choo@keppelom.com]; TONG Chong Heong [KOM-CEO] [chongheong.tong@keppelom.com] |
| **CC:** | Yew Yuen CHOW [KOM-USA] [yewyuen.chow@keppelom-usa.com]; WONG Ngiam Jih [KOM-CFO] [ngiamjih.wong@keppelom.com] |
| **Subject:** | RE: Ship Offshore Forum Rio 16-17 September |
| **Attachments:** | Re Ship Offshore Forum Rio 16-17 September.msg.msg; Andrew Theophanatos-Offshore BuildingDev.pdf; Joao Carlos Ferraz-Drilling Rigs Projects Petrobras.pdf |

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

Confidential          KEPPEL00040804

Message

**From:** CHOO Chiau Beng [Keppel CEO] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHIAUBENG.CHOO1]
**Sent:** 27/9/2011 5:09:38 AM
**To:** stephen.pan@wwshipping.com; TONG Chong Heong [KOM-CEO] [chongheong.tong@keppelom.com]
**CC:** Yew Yuen CHOW [KOM-USA] [yewyuen.chow@keppelom-usa.com]; WONG Ngiam Jih [KOM-CFO] [ngiamjih.wong@keppelom.com]
**Subject:** Re: Ship Offshore Forum Rio 16-17 September

I have not seen them. Please send.

Sent from Blackberry Wireless Handheld

---

**From:** Stephen Pan [mailto:stephen.pan@wwshipping.com]
**Sent:** Tuesday, September 27, 2011 12:14 PM
**To:** CHOO Chiau Beng [Keppel CEO]; TONG Chong Heong [KOM-CEO]
**Subject:** Ship Offshore Forum Rio 16-17 September

I have some of the presentations given at the Marine Money sponsored Latin American Ship and Offshore Forum in Rio.

I will not send them if someone from KOM attended and you have all the papers. If not I will send on to KOM board.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

_____

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

_____

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

Confidential



The Drilling Rigs Project: Petrobras' Strategy for its successful implementation

Confidential
KEPPEL00040827

# Disclaimer

The presentation may contain forecasts about future events. Such forecasts merely reflect the expectations of the Company's management. Such terms as "anticipate", "believe", "expect", "forecast", "intend", "plan", "project", "seek", "should", along with similar or analogous expressions, are used to identify such forecasts. These predictions evidently involve risks and uncertainties, whether foreseen or not by the Company. Therefore, the future results of operations may differ from current expectations, and readers must not base their expectations exclusively on the information presented herein. The Company is not obliged to update the presentation/such forecasts in light of new information or future developments.

## Cautionary Statement for US investors

The United States Securities and Exchange Commission permits oil and gas companies, in their filings with the SEC, to disclose only proved reserves that a company has demonstrated by actual production or conclusive formation tests to be economically and legally producible under existing economic and operating conditions. We use certain terms in this presentation, such as oil and gas resources, that the SEC's guidelines strictly prohibit us from including in filings with the SEC.

1

Confidential                                                                                                         KEPPEL00040828

**PETROBRAS**

## AVISO

*Todas as informações desta apresentação têm caráter meramente informativo, não constituindo uma oferta, convite ou solicitação de oferta de subscrição ou compra de quaisquer valores mobiliários no Brasil ou em qualquer outra jurisdição e, portanto, não deve ser utilizado como base para qualquer decisão de investimento.*

## NOTICE

*All information and data contained herein this presentation are merely informative, and do not constitute by any means a offer, invitation or request for an offer of subscription or acquisition of any securities in Brazil or in any other jurisdiction and, therefore, shall not be used as support for any decision for an investment.*

2

Confidential
KEPPEL00040829