**PETROBRAS**

# Contents

- The Brazilian Pre Salt Province
- The Sustainability of the Drilling Activities in Brazil
- The Main Risks for the "Brazil Initiative"
- Petrobras' Strategy for implementing the Project
- Project's Main Benefits
- Final Remarks

Confidential
KEPPEL00040830

# PETROBRAS

## Contents

- The Brazilian Pre Salt Province
- The Sustainability of the Drilling Activities in Brazil
- The Main Risks for the "Brazil Initiative"
- Petrobras' Strategy for implementing the Project
- Project's Main Benefits
- Final Remarks

Confidential
KEPPEL00040831

# Pre Salt Province



Confidential
KEPPEL00040832

## Pre Salt Province



Confidential

KEPPEL00040833



## Santos Basin Pre Salt Pole

| Blocks | Consortia |
|---|---|
| BMS-8 | BR (66%), SH (20%) e PTG (14%) |
| BMS-9 | BR (45%), BG (30%) e RPS (25%) |
| BMS-10 | BR (65%), BG (25%) e PAX (10%) |
| BMS-11 | BR (65%), BG (25%) e PTG (10%) |
| BMS-21 | BR (80%), PTG (20%) |
| BMS-22 | EXX (40%), HES (40%) e BR (20%) |
| BMS-24 | BR (80%), PTG (20%) |

- The blue area represents the expected Pre-salt location
- Total Area: 149,000 km2 (55,000 sq-mi)
- Area under Concession: 41,772 km2 (15,342 sq-mi) @ 28%
- Area still to be conceded: 107,228 km² @ 72%



Confidential