

# PETROBRAS

## Santos Basin Pre Salt in Comparison with Campos Basin



- Considering the 6 already conceded blocks (28%), they represent 150% of Campos Basin total area

9

Confidential

KEPPEL00040836



Confidential

KEPPEL00040837

# Enhancing Reserves

Santos Pre-Salt volumes have <u>more than doubled</u> the existing Brazilian reserves: considering recoverable capacity already announced + transfer of rights compensation



Confidential

KEPPEL00040838

**PETROBRAS**

# Contents

- The Brazilian Pre Salt Province
- **The Sustainability of the Drilling Activities in Brazil**
- The Main Risks for the "Brazil Initiative"
- Petrobras' Strategy for implementing the Project
- Project's Main Benefits
- Final Remarks

Confidential

KEPPEL00040839