

Confidential



Confidential

KEPPEL00040841

## The *South Cluster* of Pre-Salt Drilling Schedule

- In all already conceded blocks in Pre-Salt 31 wells have been drilled resulting in a 87% success rate.[1]

- Considering only Pre-Salt *South Cluster* (Santos Basin) 15 wells have been drilled with a 100% success rate.[1]

- So far, 5 ultra deepwater drilling rigs are in use.[1]



Timeline:
- 2000 — Acquisition of the Santos Basin Pre-Salt blocks
- 2007 — Tupi discovery announcement
- 2009 — 1st Oil Production in Pre-Salt
- 2010–2011 — Bem-Te-Vi, Tupi, Parati e Carioca
- 2011 — 1st Drilling rig from the *Intl* Package starts to operate
- 2012–2013 — Guará, Caramba e Iara
- 2014 — 1st *Brazilian* Drilling Rig starts to operate

(1) Source: Petrobras – as of April, 2010

15

Confidential

KEPPEL00040842

# PETROBRAS

## Pre Salt Highlights



- Total Area: 149,000 km²
  - Area under concession: 41,772 km² (~28%) [1]
  - Area to be auctioned: 107,228 km² (~72%) [1]
- Depth:
  - 1.000-3.000 meters (water line)
  - Up to 7.000 depth (wells)
- Fields:
  - Santos Basin: 8-12 billion boe [2]
  - Campos Basin: 8-9 billion boe
- Wells:
  - Campos Basin: over 630
  - Santos Basin Pre Salt: 15 [3]

- Most of Petrobras' Business Plan is based on a fast track plan for maximizing the oil production in the Pre Salt area;
- For achieving such goals, a huge and long term drilling program is being implemented;
- A local drilling business market for operators, crews, shipyards, suppliers, technology and investors is being created and will be active for decades.

Note (1): Not including the transfer of rights with compensation area
     (2): Considering only Tupi & Iara
     (3): as of April, 2010

Confidential                                                                                                           KEPPEL00040843

# PETROBRAS

## Drilling Rigs Demand (known)





- The 6 conceded blocks in the Pre Salt South Cluster area generate a long term demand of 40 drilling rigs;

- 1st set of 12 units: contracted back in 2008 and are expected to be delivery up to 2012;

- 28 remaining units: to be built in Brazil, and will be delivery from 2013 through 2018.

17

Confidential

KEPPEL00040844