# PETROBRAS

## New areas in Pre Salt - Transfer of Rights with Compensation



- After Petrobras started its recent program for contracting new drilling rigs (2008 and 2009) new areas in Pre Salt South Cluster have been added to Petrobras' portfolio;

- These new areas (Transfer of Rights with Compensation) mount approx. 3,900 km$^2$, or almost 10% of the already conceded area in Pre Salt;

- For these new blocks, Petrobras is the sole concessionaire.

18

Confidential                                                                 KEPPEL00040845

**PETROBRAS**

# Contents

The Brazilian Pre Salt Province

The Sustainability of the Drilling Activities in Brazil

The Main Risks for the "Brazil Initiative"

Petrobras' Strategy for implementing the Project

Project's Main Benefits

Final Remarks

KEPPEL00040846

**PETROBRAS**

# Main Risks and Challenges

Being a new industry, the rigs pioneer construction in Brazil must be preceded by careful assessment of all associated risks and include a package of mitigation factors:

### Credit Risk

- Intensive capital activity, there will be a great challenge for raising a massive volume of funds (equity and debt), ballasted with the charter contracts receivables

### Guarantees

- The guarantees package quality will mandatory for financing the project and its feasibility: DSCR, FGCN, Reserve Accounts, Portfolio Finance, Renewal and Performance Funds, etc.

### Shortfall of Revenues

- The final quality of the rigs and the Operator performance will be fundamental for guaranteeing the cash generation for repaying all obligations

### Technological Risk

- This is associated with the pioneer construction in Brazil, and must be mitigated to avoid difficulties with the construction process and the final quality of the rigs

### Charter Daily Rates

- All Charter and Services Daily Rates must be within international market parameters, otherwise no rig will be selected and contracted

### Delay and Cost Overrun

- The pioneer construction in Brazilian shipyards may lead to a loss of productivity, delays and higher costs. Mitigation: use of a proven wide accepted design, association with experienced contractors and FGCN

Financeability

Construction

Pre Salt Drilling Rigs

Performance

Economic Feasibility

20

KEPPEL00040847

# PETROBRAS

## Risks and Mitigations

| RISKS | MITIGATING FACTORS | |
| --- | --- | --- |
| | **Traditional** | **Additional** |
| **Non acceptance** upon delivery from shipyard | Use of a widely accepted design and a high performance shipyard with a successful history of construction | PB permanent supervision of shipyard's works and enforcing a high standard and experienced contractor association |
| **Delay** in delivery | Use of a high performance shipyard, warranties and liquidated damages | FGCN, contracting 7 identical units (learning curve) & enforcing shipyard association w/ an expert contractor |
| **Cost Overrun** | Use of a proved design, guarantee packages and insurance policies (BAR, DSU) | "Learning Curve" providing increase of productivity, shipyard collateral (FGCN), parametric index (pricing realignment) |
| Operator Low **Performance** | Use of a high standard and proved Operator and insurance policies | "Performance Fund", mechanism for Operator replacement, Operator & Petrobras as Company's shareholders |
| **Financing** (Credit) | Use of robust DSCR (over 1.20), assets residual value and an actual secondary market for such assets | Portfolio Finance structure, "Renewal and Performance Funds", PB as sponsor and construction supervisor and FGCN |
| **Market Prices** (for Daily Rates) | Long term contracts for drilling units chartering | Finance structure efficiency, longer tenors for debt repayment and comprehensive risks mitigation package |

21

Confidential                                                                                      KEPPEL00040848

**PETROBRAS**

# Contents

The Brazilian Pre Salt Province

The Sustainability of the Drilling Activities in Brazil

The Main Risks for the "Brazil Initiative"

Petrobras' Strategy for implementing the Project

Project's Main Benefits

Final Remarks

Confidential

KEPPEL00040849