

Confidential
KEPPEL00040855

**PETROBRAS**

## Charter Daily Rates Determination – Finance Model

- Petrobras' finance model determines what should be the <u>minimum charter daily rates</u> resulting out of a given drilling rig <u>construction cost</u>, so that there will be always enough revenue to cover all obligations and expenses, above an additional margin: the <u>Debt Services Covered Ratio</u> (DSCR), including:
    - Senior Debt Service repayment
    - Shareholders return (ROCE)
    - Administrative costs
    - Construction works management costs
    - Taxes
    - Funding of the Performance and Renewal Funds
    - Drilling Rig Operation expenses (plus Operator margin)
    - Rig insurances
    - Spare Parts
    - Others

29

Confidential

KEPPEL00040856



KEPPEL00040857

**PETROBRAS**

# Contents

- The Brazilian Pre Salt Province
- The Sustainability of the Drilling Activities in Brazil
- The Main Risks for the "Brazil Initiative"
- Petrobras' Strategy for implementing the Project
- **Project's Main Benefits**
- Final Remarks

## Main benefits brought by the Finance Structure

| Benefits | Petrobras | Federal Govern | Investor | Operator |
|---|---|---|---|---|
| Feasibility for the rigs construction in Brazil, stimulating the creation of a new, modern and competitive naval construction in the Country | ✓ | ✓ | | |
| Availability for Petrobras of new and up to date drilling rigs with charter daily rates aligned to market prices | ✓ | | ✓ | ✓ |
| Non recourse structure to any shareholder (Petrobras, Finance Investors and Operators) | ✓ | | ✓ | ✓ |
| Low flow of disbursements for any shareholder (Petrobras, Finance Investors and Operators) | ✓ | | ✓ | ✓ |
| Long term charter contracts with a preferential right to purchase finance investors shares at the end of the charter term (by Operator) | | | | ✓ |
| Traditional and reliable operators will participate to use their experience in favor of the Project | ✓ | | | ✓ |
| Offshore Deepwater Drilling Operations will be fast developed in Brazil, creating a competitive, sound and sustainable new market in the Country | ✓ | ✓ | ✓ | ✓ |

Confidential

KEPPEL00040859