PETROBRAS

# Contents

The Brazilian Pre Salt Province

The Sustainability of the Drilling Activities in Brazil

The Main Risks for the "Brazil Initiative"

Petrobras' Strategy for implementing the Project

Project's Main Benefits

Final Remarks

PETROBRAS

# Final Remarks

- Oil Industry is definitively moving to Brazil;
- Brazilian Authorities' requirements indicate an upward trend for Brazilian goods and services participation, in almost all applications;
- In some cases, standard ways of doing and implementing businesses may not be so effective for overcoming the new challenges;
- But it is possible to achieve feasibility and even to increase profitability in such scenarios of drastic changes;
- Petrobras would like to invite all players to join us in finding solutions for existing and new challenges, using know-how, experience and creativity.
- One may say that the new environment would impair their business. Well, could be ...
- But we strongly believe that it is always possible to make a tasteful and refreshing lemonade from a bitter lemon...

Confidential

PETROBRAS
Thank you
João Carlos M. Ferraz
PETROBRAS - Finance&Treasury
General Manager
jferraz@petrobras.com.br