**KEPPEL OPP'N EXH. 138**

| | |
|---|---|
| **Message** | |
| **From**: | Jeff CHOW [KOM-LEGAL] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JEFF.CHOW] |
| **Sent**: | 19/9/2011 11:52:44 PM |
| **To**: | Nora MARSUKI [KOM-LEGAL] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Nora.MARSUKI] |
| **Subject**: | Message |

Put this in a plain paper and pass to CHT / YY, then delete email:

Further to our t/c, made the suggestion to have one of us go to explain the situation. However, the problem is that we will not be brought to all involved to explain.

As such, need to execute the standard Commission Agreement with Eagle do Brasil, with the 1.5%, as a copy of this will be showed up the line to convey that this is all. Nothing more. We've signed before for other jobs and have seen other agreements with Eagle for even larger amounts.

Would prefer not to, but the Comm. Agreement, may be the only thing that will satisfy people. Other than reverting to original plan, wherein proof would not be required then.

At a loss as to alternatives.

Confidential
KEPPEL00045696