**KEPPEL OPP'N EXH. 139**

**To:**       Nora MARSUKI [KOM-LEGAL][nora.marsuki@keppelom.com]; Jeff CHOW [KOM-LEGAL][jeff.chow@keppelom.com]
**From:**     Nora MARSUKI [KOM-LEGAL][nora.marsuki@keppelom.com]
**Sent:**     Mon 19/9/2011 11:45:55 PM (UTC)
**Subject:**  Conversation with Nora MARSUKI [KOM-LEGAL], Jeff CHOW [KOM-LEGAL]

Jeff CHOW [KOM-LEGAL] [7:36 AM]:
  Nora, can you find the Eagle Do Brasil commission agreement for P61 and email me a soft copy.  Urgent.
Nora MARSUKI [KOM-LEGAL] [7:37 AM]:
  ok. let me look for it now
Jeff CHOW [KOM-LEGAL] [7:38 AM]:
  Type this message to YY.
Nora MARSUKI [KOM-LEGAL] [7:38 AM]:
  ok
Jeff CHOW [KOM-LEGAL] [7:39 AM]:
  Will need to prepare Commission Agreement with Eagle for the 1.5%.  Is this okay, as he will have to show that this is all he is
  getting?

Nora MARSUKI [KOM-LEGAL] [7:39 AM]:
  to text to him?
Jeff CHOW [KOM-LEGAL] [7:40 AM]:
  No.  Type on paper and see how to get to him.
Nora MARSUKI [KOM-LEGAL] [7:40 AM]:
  ok

Confidential

KEPPEL00280920