**KEPPEL OPP'N EXH. 146**

**Message**

| | |
|---|---|
| **From:** | TAN Leong Peng [KFE-ENGRG] [/O=KEPPEL GROUP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LEONGPENG.TAN1] |
| **Sent:** | 7/6/2013 10:10:57 PM |
| **To:** | GILBERTO ISRAEL [GILBERTO.ISRAEL@kfelsbrasil.com.br] |
| **CC:** | Bruno NG Wei Ming [KFE-PROD] [bruno.ng@keppelfels.com]; Kai Choong KWOK [kaichoong.kwok@keppelfels.com]; LOW Tiau Tong [KFE-PROD] [tiautong.low@keppelfels.com]; LUIZ CAETANO [LUIZ.CAETANO@kfelsbrasil.com.br]; Simon LEE [KOM-USA] [simon.lee@keppelom-usa.com]; Yan Naing MYINT [KFE-PJM] [yannaing.myint@keppelfels.com] |
| **Subject:** | Re: "All Lenders Meeting" |

Pls send out the slides today with comments that the pictures need to be updated. She is fine with this.

Sent from my iPhone

On 8 Jun, 2013, at 3:44 AM, "GILBERTO ISRAEL" <GILBERTO.ISRAEL@kfelsbrasil.com.br> wrote:

> Bruno
> Pls update the photos and send to me by Monday morning
> I need to send to Marina
> Obrigado
>
> PS Do you have the 4 Gold pilars slide to send to me?
> >>> "Bruno NG Wei Ming [KFE-PROD]" <bruno.ng@keppelfels.com> 6/6/2013 23:41 >>>
> Hi KC,
>
> Please see attached updated slides from Petrobras President presentation.
>
> Please note that all figures are based on end Apr as end May is still not available at this point in time. Photos to be updated later.
>
> Regards
> Bruno Ng
>
> ---
>
> **From:** Kai Choong KWOK
> **Sent:** Thursday, 6 June, 2013 3:41 PM
> **To:** GILBERTO ISRAEL (GILBERTO.ISRAEL@kfelsbrasil.com.br); Bruno NG Wei Ming [KFE-PROD]
> **Cc:** TAN Leong Peng [KFE-ENGRG]; Yan Naing MYINT [KFE-PJM]; Simon LEE [KOM-USA]; LOW Tiau Tong [KFE-PROD]; LUIZ CAETANO (luiz.caetano@kfelsbrasil.com.br)
> **Subject:** FW: "All Lenders Meeting"
>
> Gentlemen,
>
> Plse see below request for presentation of the Yard and DRU project to SETE's potential lenders scheduled for Tues 11 June at 0830hrs at Rio.
>
> Gilberto to make the presentation assisted by Bruno on the DRU project presentation. Plse use the presentation given to Petrobras President in Nov 2012 but updated.
>
> Rgds
>
> KC

Confidential                                                                                                KEPPEL00589219

**From:** fmarina@petrobras.com.br [mailto:fmarina@petrobras.com.br]
**Sent:** Wednesday, 5 June, 2013 17:00
**To:** Kai Choong KWOK; zwi@eaglebr.com.br
**Cc:** cristiborges@petrobras.com.br; yves@petrobras.com.br; Yan Naing MYINT [KFE-PJM]; TAN Leong Peng [KFE-ENGRG]
**Subject:** Enc: "All Lenders Meeting"

KC

Next week, (10/06 and 11/06), SeteBR and Operators will have meetings with all lenders. It is a very important process.

Keppel has been helping us on this process and as already discussed with Zwi, next Tuesday (11/06) Keppel shall make a presentation about the Drillship project and the shipyards .I request you to make the presentation.

We need to receive the presentation next friday morning to comment and revert to SeteBR and Operators by the end of the day

> Thanks for the support. Mr Yves, located in Angra, is the focal point by Petrobras side to assist Keppel.
>
> Best regards
>
> Marina Barbosa Fachetti

----- Repassado por Marina Barbosa Fachetti/RJ/Petrobras em 05/06/2013 16:15 -----

De: Regina Ozorio <regina.ozorio@setebr.com>
Para: sarcinelli@petrobras.com.br, fmarina@petrobras.com.br, Robert Japp <robert.japp@setebr.com>
Cc: Jose Pinheiro <jose.pinheiro@setebr.com>, Eduardo Musa <eduardo.musa@setebr.com>
Data: 04/06/2013 12:21
Assunto: "All Lenders Meeting"

Fizemos agora um papo com o Ivan/Francisco e entendo que o call previsto não se faz mais necessário num primeiro momento.....(tá difícil mesmo de casar horários...).
O mais importante de tudo é passar pros estaleiros a mensagem que :
    ESSA É A REUNIÃO MAIS IMPORTANTE DO PROCESSO DE FINANCIMANTO !!! Os credores precisam sair desse encontro com a convicção de que tudo está sob controle (construção estaleiros e construção das sondas). O conforto deles está na mesma medida da agilidade e disposição de financiar. Portanto o foco é de compromisso com o Projeto e com seus riscos !!!

Os estaleiros devem se fazer representar pelos seus presidentes ou diretores, pois o foco será mais financeiro/jurídico do que de detalhes técnicos. Entendemos ser salutar que o presidente/diretor se faça acompanhar do Project Director de forma a subsidiá-lo no caso de qq eventual pergunta mais específica.
Cada estaleiro fará sua apresentação individualmente, sem participar das demais. Ao final da apresentação um representante do Giek/Eca dará amensagem e reforçará a importância do

GIEK e Eksportkreditt em receber os contratos de fornecedores noruegueses para seguir com a analise da operação (volume, condições etc). Como sabemos isso tem sido difícil e portanto é importante que os estaleiros recebam essa mensagem direto dos Lenders.
Adicionalmente e após a apresentação cada estaleiro deverá ficar disponível por cerca de 30 min, fora do salão de apresentações, para eventual conversa um dos integrantes dos Lenders.

É desejável que os estaleiros nos enviem a minuta da apresentação até essa 6afeira, dia 07/06.

É importante termos no dia 10 e no dia 11 a presença de representate(s) da Sete e do CMA Petrobras

A sequência de apresentação e sugestão de apresentadores, que consolidamos com o Ivan deverá ser:
Tuesday 11/6 - Shipyards & Operators
08:30   Keppel (Ziwi)
09:30   EEP (Fernando Barbosa)
10:30   EAS (Otoniel)
11:30   Break
12:00   EJA (Michael Chia)
13:00   ERG2 (Daniel Perez)
14:00   Operator 1 (OOG)
15:00   Operator 2 (QGOG)
16:00   Break
16:30   Operator 3 (Seadrill)

O foco da apresentação será conforme meu correio anterior, abaixo :
o   O GIEK pediu para os estaleiros apresentarem também os seguintes temas (além dos solicitados pelo BNDES):
▪ estrutura acionária, organograma das entidades e aonde estão os ativos dos estaleiros
▪ plano de financiamento dos estaleiros em construção (para ERG, EEP, EJA, EAS)
▪ Além disso, o GIEK comentou que vai enviar perguntas (mais técnicas) sobre CMA (não recebemos até o momento, mas podem fazer na hora)
o   Temas a serem abordados:
▪ ações para evitar sobrecustos e atrasos
▪ ações para atingir o conteúdo local mínimo
▪ implantação do estaleiro, quando for o caso
▪ execução do projeto
▪ nível de detalhamento do cronograma
▪ concorrência de outras encomendas
▪ questões relativas à transferência de tecnologia, se for o caso
▪    Incluir um slide com os fornecimentos já contratados e a contratar com fornecedores noruegueses/ingleses.

Estamos nos concentrando aqui em responder antecipadamente a todas as perguntas que nos foram enviadas pelo Giek.....
Nos falamos,
Regina
<ATT00001>

**De:** Ivan Hong [mailto:ivan.hong@lakeshorepartners.com.br]
**Enviada em:** terça-feira, 4 de junho de 2013 07:57

**Para:** Regina Ozorio; Marina; Reginaldo; Robert Japp
**Cc:** Maria Valente; Eduardo Musa; Wendell Ramada
**Assunto:** Re: Reunião entre Credores

Oi Regina,
A agenda do CMA Petrobras e estaleiros continua a mesma, segue abaixo.
Sobre os operadores ja falei com todos e tenho confirmação da participação.
O evento sera no Caesar Park em Ipanema.

Sobre as perguntas sobre CMA, nao recebemos nada ate agora. As ultimas perguntas foram as que enviei dia 27/5 (no final do email).

Agenda da all lenders:
Monday 10/6 - General Update, Yards & CMA
09:30   Kick off presentation from João Ferraz
10:30   Update on financing issues by Ricardo Froes and Francisco Dutra
11:30   Updated presentation by Noble Denton (including lunch)
15:00   Break
15:30   Presentation by Petrobras CMA
17:30   Agenda review by Sete Brasil
18:00   Review of all Parties Involved by Sete Brasil
18:30   Due Diligence Update (Legal, Technical, Insurance, Market and Environmental)

Tuesday 11/6 - Shipyards & Operators
08:30   Yard 1
09:30   Yard 2
10:30   Yard 3
11:30   Break
12:00   Yard 4
13:00   Yard 5
14:00   Operator 1 (OOG)
15:00   Operator 2 (QGOG)
16:00   Break
16:30   Operator 3 (Seadrill)

Perguntas adicionais:
Please forward this mail to those you believe are most suited to answer the questions:
1. Acceptance of technical yard specification. The ND report refers to three documents (NDp94):
   i. Exhibit X General functional description,
   ii. Exhibit II General Technical specification and
   iii. Vessel technical Yard Specification.

The General Technical Specification provides many technical details with respect to capacities and utility requirements.

ND further refer to a "Specification Compliance Review - SCR". Such SCR will demonstrate whether the yards' design solutions are in compliance with the functional and technical specification. Such SCR is important considering the payment structure. (The shift of ownership in accordance with progress payments, calls for the design to be accepted as a totality)

a. Is this a formal acceptance of the "Vessel Technical Yard Specification"?

Confidential
KEPPEL00589222

b.   If so, does it replace the other two (technical and functional) descriptions?
c.   After such SCR; Who is responsible for compliance with the Functional and Technical specifications?

2.   EPC Contracts

Are the contracts fixed and firm? The documentation reviewed may indicate otherwise:
a.   Project Schedule as described in Exhibit XX is not finalised.  Ref contract section 11.3:  A detailed project schedule to be agreed after signing the contract.  Please specify the contracts where this is completed (submit copy).

b.   Will this new project schedule replace the "Final Delivery Date" stated in section 11.3b where Final Delivery Date is stated to be 1800 days after "Notice to proceed"?

c.   Has the Notice to Proceed been issued for all contracts? Please specify.

d.   As such, what are the contractual delivery dates (final delivery date) for all DRUs?

3.   The contract for DRU #1 is with Estaleiro Atlantico Sul. However, Jurong is listed to deliver DRU #1 in the overall schedule (received from Noble Denton). Further it is mentioned that EAS shall deliver 7 DRUs while only 6 is listed. This indicates that there have been re-arrangements in the portfolio.

a.   What is the reason for this change?

b.   Was this change made within the contractual framework? Please explain.

Obrigado, ivan
Ivan Hong
+55 11  9 7344 9314

---

**From:** Regina Ozorio <regina.ozorio@setebr.com>
**Date:** Tue, 4 Jun 2013 00:35:53 -0300
**To:** Marina<fmarina@petrobras.com.br>; Reginaldo<sarcinelli@petrobras.com.br>; Robert Japp<robert.japp@setebr.com>
**Cc:** <ivan.hong@lakeshorepartners.com.br>; Stella Valente<mspv@setebr.com>; Eduardo Musa<eduardo.musa@setebr.com>; Wendell Ramada<wendell.ramada@setebr.com>
**Subject:** Reunião entre Credores

Marina e Reginaldo,
Precisamos retomar os preparativos e ações para esse evento agora nos próximos dias 10-a 14/06.
Pela Sete o Japp está ficando a frente dessa organização, e gostaria que o qto antes agilizássemos os ptos abaixo que são um resumo das principais ações.

Podemos ainda hoje (3af) ao final do dia fazer um call as 16:00, e repassar os itens abaixo, inclusive contando com a presença do Ivan aqui copiado :
➢ Com respeito à apresentação da **Petrobras CMA**: por sugestão do Ferraz, a Petrobras (Reginaldo) faria a mesma apresentação que foi feita para o Conselho de Administração. Ele acha que aquele conteúdo é ideal para essa reunião.
➢ **Estaleiros:**

o já temos a relação das confirmações de participação e contatos ?

o Na reunião com o Eksportkreditt, ficou combinados de fazer uma reuniao rapida (e separada) entre cada estaleiro e o Eksportkreditt.

A ideia e reforcar que o GIEK e Eksportkreditt precisam receber os contratos de fornecedores noruegueses para seguir com a analise da operação (volume, condições etc).

Tivemos muita dificuldade em conseguir informações ate hoje, portanto entendemos que e importante os estaleiros receberem a mensagem for direto dos lenders.

Você pode pedir para cada estaleiro ficar mais 30min depois da apresentação para esse bate papo?

o O GIEK pediu para os estaleiros apresentarem também os seguintes temas (além dos solicitados pelo BNDES):
- estrutura acionária, organograma das entidades e aonde estão os ativos dos estaleiros
- plano de financiamento (para ERG, EEP, EJA, EAS)
- Além disso, o GIEK comentou que vai enviar perguntas (mais técnicas) sobre CMA (Ivan recebemos as perguntas ???)

o Temas a serem abordados:
- ações para evitar sobrecustos e atrasos
- ações para atingir o conteúdo local mínimo
- implantação do estaleiro, quando for o caso
- execução do projeto
- nível de detalhamento do cronograma
- concorrência de outras encomendas
- questões relativas à transferência de tecnologia, se for o caso

o Ivan: você poderia confirmar a agenda ??? Gostaria de repassar com você os dias onde nossa participação se fará necessária. E qto à visita ao EAS ????

o Ivan: pelos correios trocados, e confirmando, entendo que com respeito aos Operadores Selecionados estes já foram convidados por você e estão orientados qto à apresentação a ser feita, correto ?

Acredito ter feito um reumo de todos os tópicos.

Abrçs,
Regina


**De:** fmarina@petrobras.com.br [mailto:fmarina@petrobras.com.br]
**Enviada em:** segunda-feira, 13 de maio de 2013 17:29
**Para:** Regina Ozorio; sarcinelli@petrobras.com.br
**Cc:** marisol.imia@petrobras.com.br
**Assunto:** Re: ENC: Reunião entre Credores


Regina

Já foram feitas diversas apresentações para o GIEK (eu a primeira, Reginaldo a segunda) , UKEK (Reginaldo) e CA da SETEBR (REginaldo e eu). Depois tiveram as apresentações por projeto para a ND e também no workshop do GIEK.Revisaremos as apresentações em conjunto (Reginaldo e eu) e acordaremos como apresentar.

Vou solicitar as UIEs do SSE que reservem as datas junto aos EPCistas e informem para voce as pessoas de contato junto com os e-mails, nesta semana.
sds

Confidential
KEPPEL00589224

Marina Barbosa Fachetti

<ATT00002>Regina Ozorio ---13/05/2013 16:58:56---Marina e Reginaldo, Segue solicitação para agendamento e apresentação do CMA Petrobras na

De: Regina Ozorio <regina.ozorio@setebr.com>
Para: fmarina@petrobras.com.br, sarcinelli@petrobras.com.br
Cc: ivan.hong@lakeshorepartners.combr
Data: 13/05/2013 16:58
Assunto: ENC: Reunião entre Credores

Marina e Reginaldo,
Segue solicitação para agendamento e apresentação do CMA Petrobras na reunião com os credores no prox mês. Pelo que o Ivan me falou o Reginaldo já teria feito apresentação semelhante.
Os tópicos a serem abordados dizem respeito ao tema risco de construção, e segundo orientação a idéia é apresentar o status da construção das sondas (e estaleiros se for caso), estrutura do CMA, técnicos e engenheiros envolvidos etc.
Com respeito a participação dos estaleiros, posso fazer o contato e convite sem problemas, mas como o contato é através de vocês tb pode ser !!! Só please agradeceria se me enviassem as pessoas/e-mails de contato dos estaleiros. Para os estaleiros a apresentação deve constar de uma apresentação geral, do procurement, descrição técnica do estaleiro/projeto, mão-de-obra, conteúdo local, etc.....caso hajam novos temas propostos estes serão informados ao longo da semana.
Agradeceria retorno confirmando.

Sds, Regina
<ATT00001>

**De:** Ivan Hong [mailto:ivan.hong@lakeshorepartners.com.br]
**Enviada em:** segunda-feira, 13 de maio de 2013 15:46
**Para:** eduardo.musa@setebr.com; Regina Ozorio
**Cc:** Ricardo Froes; Jose Francisco Dutra; Daniel Rodrigues; Luiz Reis
**Assunto:** Reunião entre Credores

Musa/Regina,
Tudo bem?
Na semana do dia 10-14/6 vamos promover uma reunião entre todos os credores de longo prazo (BNDES, GIEK, UKEF e Eksportkreditt) no Rio de Janeiro. Um dos principais temas é o risco de construção.
Para isso montamos uma agenda que contempla uma apresentação da Noble Denton (Engenheiro Independente), CMA Petrobras e apresentações rápidos dos estaleiros. Segue abaixo o cronograma preliminar.
Precisamos da ajuda da Engenharia para falar com a CMA Petrobras e com os estaleiros para

reservar a agendas das pessoas. Ainda não definimos o local, deverá ser em um hotel dado o numero de participantes.
Além disso, estamos pensando em fazer uma visita com o GIEK e o UKEF para o EAS no dia 14/6.
Obrigado, Ivan.

Monday 10/6 - General Update /Yard
- 09:30  Kick off presentation from João Ferraz
- 10:30  Update on financing issues by Ricardo Froes and Francisco Dutra
- 11:30  Updated presentation by Noble Denton (including lunch)
- 15:00  Break
- 15:30  Presentation by Petrobras CMA
- 17:30  Agenda review
- 19:30  Dinner with Almir Barbassa & João Ferraz (tentative)

Tuesday 11/6 - Shipyards & BAR Insurance
- 09:00  Yard 1
- 10:10  Yard 2
- 11:20  Yard 3
- 12:30  Lunch
- 14:00  Yard 4
- 15:10  Yard 5
- 16:30  Presentation from Sete Brasil's Insurance consultant on Builder's All Risk Insurance Policy

Wednesday 12/6 - Operators & Legal
- 09:00  Operator 1
- 10:10  Operator 2
- 11:20  Operator 3
- 12:30  Lunch
- 14:00  Operator 4
- 15:10  Operator 5
- 16:30  Detailed Contractual structure and contract check list by Davis Polk

Thursday 13/6 - Legal
- 09:00  Term Sheet Overview by Sete Brasil, Davis Polk and Souza Cescon
- 11:30  Status of loan and security documents and drafting responsibilities
- 12:30  Lunch
- 14:00  Meetings between lenders (jurisdiction, contracts drafting, Q&A, timing of drawdown, etc)
- 16:30  Wrap up section /Next steps

Friday 14/6 - Visit to EAS


**Ivan Hong**
Lakeshore Partners

Rua São Tomé, 86 - 19º andar - Conjunto 191
Vila Olímpia - São Paulo - SP - CEP: 04551-080
Tel: +55 11 3169 6228 | +55 21 3550 7464
Cel: +55 11 9 7344 9314

"O emitente desta mensagem é responsável por seu conteúdo e endereçamento. Cabe ao destinatário cuidar quanto ao tratamento adequado. Sem a devida autorização, a divulgação, a reprodução, a distribuição ou qualquer outra ação em desconformidade com as normas internas do Sistema Petrobras são proibidas e passíveis de sanção disciplinar, cível e criminal."

"The sender of this message is responsible for its content and addressing. The receiver shall take proper care of it. Without due authorization, the publication, reproduction, distribution or the performance of any other action not conforming to Petrobras System internal policies and procedures is forbidden and liable to disciplinary, civil or criminal sanctions."

"El emisor de este mensaje es responsable por su contenido y direccionamiento. Cabe al destinatario darle el tratamiento adecuado. Sin la debida autorización, su divulgación, reproducción, distribución o cualquier otra acción no conforme a las normas internas del Sistema Petrobras están prohibidas y serán pasibles de sanción disciplinaria, civil y penal."

"O emitente desta mensagem é responsável por seu conteúdo e endereçamento. Cabe ao destinatário cuidar quanto ao tratamento adequado. Sem a devida autorização, a divulgação, a reprodução, a distribuição ou qualquer outra ação em desconformidade com as normas internas do Sistema Petrobras são proibidas e passíveis de sanção disciplinar, cível e criminal."

"The sender of this message is responsible for its content and addressing. The receiver shall take proper care of it. Without due authorization, the publication, reproduction, distribution or the performance of any other action not conforming to Petrobras System internal policies and procedures is forbidden and liable to disciplinary, civil or criminal sanctions."

"El emisor de este mensaje es responsable por su contenido y direccionamiento. Cabe al destinatario darle el tratamiento adecuado. Sin la debida autorización, su divulgación, reproducción, distribución o cualquier otra acción no conforme a las normas internas del Sistema Petrobras están prohibidas y serán pasibles de sanción disciplinaria, civil y penal."

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIALITY: This e-mail (including any attachments) is confidential and may contain proprietary information. If you are not the intended recipient, be advised that you have received this e-mail in error. Any use, disclosure, dissemination, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender by return e-mail and then irretrievably delete it from your system.

Confidential                                                                                                                                    KEPPEL00589228