**KEPPEL OPP'N EXH. 149**



Keppel Offshore & Marine (Organisational Chart) - 2016

Keppel Offshore & Marine (Organisational Chart) - 2015



Updated as at 25 September 2015

Confidential

KEPPEL_00000154



Keppel Offshore & Marine Organisational Chart — Updated as at 18 November 2014





Keppel Offshore & Marine (KOM) organizational chart, updated as at 3 December 2012.

# Keppel Offshore & Marine Limited (KOM)



Confidential    KEPPEL_00000158

# Keppel Offshore & Marine Limited (KOM)



Confidential

KEPPEL_00000159

# Keppel Offshore & Marine Limited (KOM)

