**KEPPEL OPP'N EXH. 150**

**PETROBRAS NETHERLANDS B.V.**

June 11th, 2010

**Notice to Bidders**
**Reference: Request For Proposal # 0003554.09.8**
**CRT-PNBV-7DRU-3554-0047**

Dear Sirs,

Through the present Circular Letter, PNBV provides additional information regarding the Bidding Process for supplying goods and services on the construction of the 7 Drilling Rig Unities.

After through analyses of the received Technical Proposals, along with related documents, regarding the Request For Proposal above, and acting accordingly to the prerogatives stated by Section 4.2.7 and Section 5.2 of the ITB, the Bidding Committee has come to the decision of qualifying the Technical Proposals presented by the following invited Bidders:

- Alusa Engenharia Ltda. and Galvão Engenharia S.A.;
- Construtora Andrade Gutierrez S.A.;
- Construtora Norberto Odebrecht S.A., Construtora OAS Ltda., and UTC Engenharia S.A.;
- Estaleiro Atlântico Sul S.A.;
- Estaleiro EISA Alagoas S.A.
- Jurong Shipyard Pte Ltd.;
- Keppel Fels Brasil S.A.;

Invited Bidders referred in the list below have their Proposals disqualified, according to the Bidding Committee evaluation, based on criteria established under Section 5.2 of the ITB:

- Engevix Engenharia S.A.
- STX Brasil Offshore S.A.

Additionally the Bidding Committee informs that, pursuant to Section 4.3 of the Instructions To Bidders, a meeting with the invited Bidder Estaleiro Atlântico Sul S.A. was held with the purpose of clarifying issues in its Technical Proposal. Also with the purpose of obtaining clarification from the invited Bidders: Construtora Andrade Gutierrez S.A.; STX Brasil Offshore S.A.; Alusa Engenharia Ltda. and Galvão Engenharia S.A.; Estaleiro EISA Alagosa S.A.; and Engevix Engenharia S.A., PNBV has sent e-mails inquiring such Bidders regarding technical issues in their Proposals.

Minutes of the above mentioned meeting, along with the answers received by PNBV are attached to the present Circular Letter.

In due course, the Bidding Committee will communicate the date and place for holding the public session with the purpose of opening the Commercial Proposals, as per item 4.2.9 of the ITB

Yours faithfully,

**Bidding Committee**
**Petrobras Netherlands B.V.**
bc7dru@petrobras.com.br

1/1   CRT-PNBV-7DRU-3554-0047

Confidential   KEPPEL00414911