**KEPPEL OPP'N EXH. 151**

# EIG
GLOBAL ENERGY PARTNERS

## Inter-Office Correspondence

**To:** J. Edling, R. Phillips, R. Baker, M. Blika - SEI
**From:** S. Kim, J. Hui & C. van der Kloet
**Date:** January 13, 2012
**Subject:** EIG Sete Parent S.à.r.l - Gateway, Fund XIV and Fund XV
**CC:** K. Corrigan, P. Abejar, P. Aujla, R. Davidovits, C. Vogel, J.D. Borgeaud, R. Wade and B. Thomas

Please prepare this disbursement for Friday, January 13, 2012, using the wiring instructions below:
($50 bank fee is added to each disbursement)

| DATE | AMOUNT | ENTITIES | Account | ALLOCATION | |
|---|---|---|---|---|---|
| 1/13/12 | USD $5,205,250 | EIG Sete Parent S.à.r.l | | Gateway Energy & Resource Holdings, LLC | $5,205,250 |
| 1/13/12 | USD $44,844,850 | EIG Sete Parent S.à.r.l | | TCW Energy Fund XIV | $44,844,850 |
| | | | | TCW Energy Fund XIV, L.P. | 33.61906% |
| | | | | TCW Energy Fund XIV-A, L.P. | 37.62405% |
| | | | | TCW Energy Fund XIV-B, L.P. | 6.23948% |
| | | | | TCW Energy Fund XIV (Cayman), L.P. | 22.51741% |
| | | | | | 100.0000% |
| 1/13/12 | USD $50,050,050 | EIG Sete Parent S.à.r.l | | Energy Fund XV | $50,050,050 |
| | | | | Energy Fund XV, L.P. | 34.75343% |
| | | | | Energy Fund XV-A, L.P. | 23.72042% |
| | | | | Energy Fund XV-B, L.P. | 22.93350% |
| | | | | Energy Fund XV (Cayman), L.P. | 18.59265% |
| | | | | | 100.0000% |

**Correspondent Bank:** Deutsche Bank Trust Company Americas, New York
**Correspondent Bank Swift Code:** BKTRUS33
**Beneficiary Bank:** Deutsche Bank Luxembourg S.A.
**Beneficiary Bank Swift Code:** DEUTLULL
**Final Beneficiary Name:** EIG Sete Parent S.a.r.l
**Final Beneficiary Account:**
**Attn:** Anja Lakoudi
**Reference:** Funding
**Swift Message Type:** MT 103

**PLEASE PROVIDE SWIFT # ASAP.**

_____
Phil Abejar

_____
Randy Wade

O: EIG DEAL FILES ENERGY XV Sete Correspondence 011312 Sete 100m bridge loan transfer request.doc



# Inter-Office Correspondence

**To:** J. Edling, R. Phillips, R. Baker, M. Bilka – SEI, A. Lakoudi, R. Caspers – DB

**From:** S. Kim, J. Hui & C. van der Kloet

**Date:** January 13, 2012

**Subject:** EIG Sete Holdings S.à.r.l Disbursement Request

**CC:** K. Corrigan, P. Abejar, P. Aujla, R. Davidovits, C. Vogel, J.D. Borgeaud, R. Wade and B. Thomas

Upon the receipt of the disbursements from the EIG funds into the EIG Sete Parent account and as approved by the Board, please transfer $100,000,000 immediately to EIG Sete Holdings, S.à.r.l, using the wire instructions below.

| | |
|---|---|
| Beneficiary Bank: | Deutsche Bank Luxembourg S.A. |
| Beneficiary Bank Swift Code: | DEUTLULL |
| Beneficiary Account Number: | ▮ |
| Beneficiary Name: | EIG Sete Holdings S.à r.l |
| Attn: | Anja Lakoudi |
| Reference: | EIG Sete Holdings S.à.r.l |

*PLEASE PROVIDE SWIFT # ASAP.*

_____
Phil Abejar

_____
Randy Wade

## Inter-Office Correspondence

**EIG GLOBAL ENERGY PARTNERS**

| | |
|---|---|
| **To:** | J. Edling, R. Phillips, R. Baker, M. Bilka - SEI, A. Lakoudi, R. Caspers - DB |
| **From:** | S. Kim, J. Hui & C. van der Kloet |
| **Date:** | January 18, 2012 |
| **Subject:** | **Sete International Funding Disbursements** |
| **CC:** | K. Corrigan, P. Abejar, P. Aujla, R. Davidovits, C. Vogel, J.D. Borgeaud, **R. Wade** and B. Thomas |

On January 18, 2012, please process the disbursements below from EIG Sete Holdings S.à.r.l account as approved by the Board –

Please disburse $99,500,000, to Sete International GmbH, using the wire instructions below.

> **Beneficiary Bank:** Deutsche Bank Vienna
> **Beneficiary Bank Swift Code:** DEUTATWW
> **Account number:** [redacted]
> **IBAN:** [redacted]
> Beneficiary Name: Sete International GmbH PSA
> *PLEASE PROVIDE SWIFT # ASAP.*

Upon the completion of the fund transfer to Sete International GmbH above, please disburse $500,000 to EIG Global Energy Partners, using the wire instructions below.

> **Account #:** [redacted]
> **Account Name:** EIG Global Energy Partners LLC (Transaction and Other Fees Account)
> **ABA:** 121000248
> **Bank Name:** Wells Fargo Bank N.A.
> **Address:** 420 Montgomery, San Francisco, CA 94104
>
> *PLEASE PROVIDE SWIFT # ASAP.*

_____
Phil Abejar

_____
Randy Wade

_____
Ryan Phillips

_____
Jeffrey Edling