**KEPPEL OPP'N EXH. 153**

# Sete Brazil



**Exhibit**
DEF 114

CONFIDENTIAL - NOT FOR DISTRIBUTION

EIG00010952

EIG_KEP_00134494



# Vessel Construction

- As of October 2014, actual construction progress at 23.0% vs. planned 26.6%



| Operator | Shipyard | Charter Date | Expected CoD | Δ (months) |
|---|---|---|---|---|
| OAS ETESCO | Rio Grande | Aug-16 | Jan-17 | -4.9 |
| | Rio Grande | Feb-18 | Aug-17 | 6.3 |
| | Rio Grande | Oct-18 | Jun-18 | 3.7 |
| | Enseada | Feb-20 | Jun-19 | 7.8 |
| Atlas | Enseada | Oct-20 | Jan-20 | 8.5 |
| PETROBRAS | Jurong | Jun-15 | Dec-15 | -6.2 |
| | EAS | Mar-16 | Jan-17 | -10.6 |
| | EAS | Nov-16 | May-17 | -6.1 |
| | EAS | Jul-17 | Sep-17 | -1.8 |
| | EAS | Mar-18 | Jan-18 | 2.2 |
| Petrobras Netherlands B.V. | EAS | Nov-18 | Aug-18 | 2.3 |
| | EAS | Jul-19 | Dec-18 | 6.4 |
| ODEJELL | Jurong | Jul-16 | Oct-16 | -3.1 |
| | Jurong | Jan-18 | Dec-17 | -1.3 |
| | Jurong | Jan-20 | Mar-19 | 10.1 |
| Seadrill | Jurong | May-17 | Mar-17 | 1.7 |
| | Jurong | May-19 | Sep-18 | 8.3 |
| | Jurong | Sep-20 | Jan-20 | 8.4 |
| Seadrill (ex-Petroserv) | Brasfels | May-17 | Jan-17 | 3.7 |
| | Brasfels | Sep-18 | Apr-18 | 5.3 |
| OOG ODEBRECHT | Enseada | Aug-16 | May-17 | -9.3 |
| | Enseada | Jun-17 | Feb-18 | -8.1 |
| | Enseada | Oct-18 | Oct-18 | -0.1 |
| | Enseada | Jun-19 | Dec-18 | 6.1 |
| | Brasfels | Jan-20 | Aug-19 | 5.2 |
| queiroz galvao | Brasfels | Jul-16 | Feb-16 | 5.2 |
| | Brasfels | Jan-18 | Aug-17 | 5.1 |
| | Brasfels | May-19 | Dec-18 | 5.2 |
| To be defined | EAS | N/A | Aug-19 | |

Source: Company report released on Nov 25, 2014.

CONFIDENTIAL - NOT FOR DISTRIBUTION

EIG00010953

EIG_KEP_00134495

# Sources & Uses



**GLOBAL ENERGY PARTNERS**

- Sources & Uses at EIG investment

**Original S&U Table for Sete Brasil Project (29 DRU's)**

| Sources | US$ | % | Uses | US$ | % |
|---|---|---|---|---|---|
| EPC contracts | 20.99 | 82% | BNDES | 12.75 | 50% |
| FX variation of EPC contract | 1.56 | 6% | ECAs | 5.10 | 20% |
| Pre-operational costs | 0.97 | 4% | Others (Finisa/Bonds/others) | 2.55 | 10% |
| Contingencies | 0.72 | 3% | Total Debt | 20.40 | 80% |
| CMA - Petrobras | 0.71 | 3% | | | |
| Insurance | 0.24 | 1% | | | |
| FGCN | 0.15 | 1% | | | |
| Financing costs | 0.16 | 1% | Equity Sete Brasil | 3.37 | 13% |
| | | | Equity Class B | 0.81 | 3% |
| | | | FI-FGTS | 0.93 | 4% |
| | | | Total Equity | 5.10 | 20% |
| TOTAL | 25.50 | 100% | TOTAL | 25.50 | 100% |

- Updated Sources & Uses

**Expected S&U Table for Sete Brasil Project (29 DRU's)**

| Sources | US$ | % | Uses | US$ | % |
|---|---|---|---|---|---|
| EPC contracts | 22.57 | 86% | BNDES | 9.12 | 35% |
| Adjustments to EPC contracts | 4.21 | 16% | FMM | 4.31 | 16% |
| FX variation of EPC contract | -5.46 | -21% | ECAs | 0.55 | 2% |
| Pre-operational costs | 1.63 | 6% | Bancos Comercais | 2.17 | 8% |
| Contingencies | 0.56 | 2% | BB Facility | 1.04 | 4% |
| CMA - Petrobras | 0.48 | 2% | FINISA | 1.52 | 6% |
| CMA - Operators | 0.43 | 2% | Others (Finisa/Bonds/others) | 0.90 | 3% |
| CMA - Sete Brasil | 0.10 | 0% | Total Debt | 19.60 | 74% |
| Insurance | 0.47 | 2% | | | |
| FGCN | 0.19 | 1% | Others | 0.01 | 0% |
| Financing costs | 1.09 | 4% | Equity Sete Brasil | 4.776 | 18% |
| | | | Equity Class B | 1.085 | 4% |
| | | | FI-FGTS | 0.9 | 3% |
| G&A and others | 0.06 | 0% | Total Equity | 6.71 | 25% |
| Cash | 0.01 | 0% | | | |
| TOTAL | 26.32 | 100% | TOTAL | 26.32 | 100% |

CONFIDENTIAL - NOT FOR DISTRIBUTION

EIG00010954

EIG_KEP_00134496

# Sete Brazil Update



## Bridge Loans

▪ The Company currently has 6 Bridge Loan Facilities in place with 9 financial institutions totaling US$4.9 billion.  All the Bridge Loans mature between February and May 2015.  The Company is in the process of seeking to extend the Bridge Loans

## Long-Term Financing

▪ Recent issues at Petrobras has resulted in delays to the long term financing as lenders including BNDES continue to evaluate the situation

▪ Potential impact include:

  o Potential call of the remaining committed capital over the next months (earlier than anticipated)

  o Delay in payments to shipyards due to the lack of funds

  o Penalties payable to the shipyards/suppliers

  o Increased financial expenses (bridge loans) during construction

  o Decreased IRR

## FGCN:  Government Guarantee

  o 50% of the principal of each financing transaction guaranteed by the FGCN

CONFIDENTIAL - NOT FOR DISTRIBUTION

EIG00010955

EIG_KEP_00134497

# Sete Brazil Update



## EIG Expectation

- The Petrobras corruption scandal has paralyzed key aspects of the industry and makes it difficult to predict how things will ultimately be resolved. Sete, in our view, is a victim of fraud, although few parties in Brazil seem to have clean hands.

- The fundamental reason for the creation of Sete – to facilitate the construction and financing of deepwater drillships for use by Petrobras, and capitalizing those assets in an off-balance sheet format – is as strong today as the day that Sete was formed. As such, and reflecting the fact that multiple drillships are in advancing stages of construction, it seems reasonable to assume that some form of political solution will be reached that frees Sete to complete it's mission.

- A key structural protection at the time of the investment was the involvement of "Brazil Inc.", meaning Petrobras, key pension plans and financial institutions and shipyards that currently employ 180,000 Brazilians. The current crisis will test whether this protection is adequate.

- One outcome currently under discussion is a right-sizing of the key contracts (both construction and charter) which would involve impairments by all involved, a reduction in the number of ships to be delivered (20 being a reasonable target) and the provision of long-term financing by BNDES. It is too early to tell whether this, or other, solutions will be possible in the current political climate.

CONFIDENTIAL - NOT FOR DISTRIBUTION

EIG00010956

EIG_KEP_00134498