**KEPPEL OPP'N EXH. 154**

**MINUTES OF ENERGY FUND XV**
**EIG Investment Committee Meeting**
**Held at the Offices of EIG Global Energy Partners in Washington, DC**
**September 16, 2011**

**Committee Member(s):**

Alvin Albe
Jeffrey Anderson
Kurt Talbot
Blair Thomas
Randall Wade

**Others Attending:**

Robert Vitale (acting Secretary)
Jean-Daniel Borgeaud
Wallace Henderson
Jerry Stalun
Carla Vogel
Pritpal Aujla
Kevin Corrigan
Brian Gilmore
Andy Zhmurovsky
Patrick Hickey
Phil Abejar
Benjamin Vinocour
Harold Henderson

**Investment Recommendation:** Energy Fund XV – up to Brazilian Reais ("R$") 250,000,000 (approximately $160,000,000) of common equity in Sondas – Fundo de Investimento em Paticipações ("FIP Sondas").

**Sondas – Fundo de Investimento em Paticipações**

After referring the Committee members to the Investment Committee recommendation materials provided to the Committee members in advance of the meeting (the "Investment Materials"), Mr. Thomas presented the investment opportunity, which is an investment of up to R$250,000,000 of common equity in FIP Sondas, a newly created investment vehicle established in Brazil that, along with Petróleo Brasileiro S.A. ("Petrobrás"), will own Sete Brasil Paticipações S.A. ("Sete"). TCW Energy Fund XIV had previously committed to fund up to an additional R$250,000,000 of common equity in FIP Sondas. Mr. Thomas indicated that Gateway Energy & Resource Holdings, LLC is expected to invest up to $15,000,000 in R$ equivalent and that another EIG-managed account may invest up to $25,000,000 in R$ equivalent, in each case in the common equity of FIP Sondas.

Exhibit
DEF 76
Talbot

EXHIBIT
0004

Redacted – ICSI

TCW064360.1

Confidential EIG00246129
Confidential EIG_KEP_00260324

**Redacted – ICSI**

After a discussion among the Committee members, the Investment Committee approved each of the foregoing investments. Attached as Exhibit A is the approval of the Special Limited Partner of Energy Fund XV. The Investment Materials are hereby incorporated by reference herein.

Robert L. Vitale, Committee Secretary

Exhibit A

Pursuant to Section 3.9(b) of the Second Amended and Restated Limited Partnership Agreement of Energy Fund XV, L.P. (the "Fund"), as amended from time to time, the Special Limited Partner hereby approves the Fund's purchase of (i) up to Brazilian Reais ("R$") 250,000,000 (approximately $160,000,000) of common equity issued by Sondas – Fundo de Investimento em Paticipações; Redacted – ICSI

Redacted – ICSI

SPECIAL LIMITED PARTNER:

**TCW-EIG FUND XV PARTNERS, L.P.**

By TCW-EIG Alternative Investments, LLC
Its general partner

By: ______________________
Name: R. Blair Thomas
Title: Chairman of the Board

By: ______________________
Name: Robert L. Vitale
Title: Chief Legal Officer

TCW064360.1