# Kramer Levin



Daniel B. Goldman
Partner
T  212.715.9162
F  212.715.8128
dgoldman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T  212.715.9100
F  212.715.8000

October 25, 2023

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *EIG Energy Fund XIV, L.P., et al. v. Keppel Offshore & Marine Ltd.*,
       No. 18-cv-01047 (PGG)

Dear Judge Gardephe:

We represent Plaintiffs EIG Energy Fund XIV, L.P., *et al.* in the above-referenced matter.  Pursuant to an email sent from Your Honor's Chambers to the parties on October 23, 2023, Plaintiffs respectfully submit the attached video exhibit.  The video was produced by Barrington Media in this case in connection with its August 2011 visit to BrasFELS, Defendant's shipyard, and is Bates stamped BARRINGTON_ET_00000849.  Defendant has reviewed this cover letter and the attached video exhibit and has no objections to this submission.

Respectfully submitted,

/s/ Daniel B. Goldman
Daniel B. Goldman

CC: All Counsel of Record (via ECF)