# VIDEO EXHIBIT

# BARRINGTON_ET_00000849

# [NATIVE FILE SUBMITTED TO COURT BY E-MAIL]