**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
EIG ENERGY FUND XIV, L.P., EIG ENERGY
FUND XIV-A, L.P., EIG ENERGY FUND XIV-B,
L.P., EIG ENERGY FUND XIV (CAYMAN), L.P.,
EIG ENERGY FUND XV, L.P., EIG ENERGY
FUND XV-A, L.P., EIG ENERGY FUND XV-B, L.P.,
and EIG ENERGY FUND XV (CAYMAN), L.P.

                    Plaintiffs,

     -against-                                        18 **CIVIL** 1047 (PGG)

                                                                   **JUDGMENT**

KEPPEL OFFSHORE & MARINE LTD.,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 20, 2024, Keppel's motion for summary judgment is granted, and EIG's motion for summary judgment is denied. Judgment is entered for Defendant; accordingly, the case is closed.

**Dated:** New York, New York

       March 20, 2024

                                                                         **RUBY J. KRAJICK**

                                                                           Clerk of Court

                                              **BY:**    *K. Mango*

                                                                           **Deputy Clerk**