UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――x
EIG ENERGY FUND XIV, L.P.,                          :
EIG ENERGY FUND XIV-A, L.P.,                        :
EIG ENERGY FUND XIV-B, L.P.,                        :
EIG ENERGY FUND XIV (CAYMAN), L.P.,                 :
EIG ENERGY FUND XV, L.P.,                           :
EIG ENERGY FUND XV-A, L.P.,                         :
EIG ENERGY FUND XV-B, L.P., and                     :   Case No. 18-cv-01047-PGG
EIG ENERGY FUND XV (CAYMAN), L.P.,                  :
                                                    :
                        Plaintiffs,                 :
                                                    :
        - against -                                 :
                                                    :
KEPPEL OFFSHORE & MARINE LTD.,                      :
                                                    :
                        Defendant.                  :
                                                    :
―――――――――――――――――――――――――――x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs EIG Energy Fund XIV, L.P., EIG Energy Fund XIV-A, L.P., EIG Energy Fund XIV-B, L.P., EIG Energy Fund XIV (Cayman), L.P., EIG Energy Fund XV, L.P., EIG Energy Fund XV-A, L.P., EIG Energy Fund XV-B, L.P., and EIG Energy Fund XV (Cayman), L.P. ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from: (i) the Memorandum Opinion & Order dated March 20, 2024 granting Defendant Keppel Offshore & Marine Ltd.'s motion for summary judgment and denying Plaintiffs' motion for summary judgment (Dkt. No. 158); and (ii) the Judgment entered by the United States District Court for the Southern District of New York on March 20, 2024 (Dkt. No. 159).

Dated: New York, New York
       April 12, 2024

Respectfully submitted,

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: /s/ *Daniel B. Goldman*
    Daniel B. Goldman
    Kerri Ann Law
    Claudia Pak
    1177 Avenue of the Americas
    New York, New York 10036
    (212) 715-9100
    dgoldman@kramerlevin.com

*Attorneys for Plaintiffs*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2024, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system.

                          /s/ *Daniel B. Goldman*
                          Daniel B. Goldman